on March 15, 1995, with Jane Peterer.

☐ CORRESPONDENCE
Yes

FOR COPYRIGHT OFFICE USE ONLY

**5**

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

PREVIOUS REGISTRATION Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
Yes ☒ No ☐  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
☐ This is the first published edition of a work previously registered in unpublished form.
☐ This is the first application submitted by this author as copyright claimant.
☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼         Year of Registration ▼

**6**

DERIVATIVE WORK OR COMPILATION. Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
Preexisting Material. Identify any preexisting work or works that this work is based on or incorporates. ▼

Material Added to This Work. Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**7**

DEPOSIT ACCOUNT If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼         Account Number ▼

CORRESPONDENCE Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼
GLOBFARY INC.
550 EAST 76TH STREET, SUITE 26H
NEW YORK NY 10021

Area Code & Telephone Number ▶ 212 - 249-9820

**8**

CERTIFICATION* I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of VARAL PUBLISHING
          Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
                                                                    date ▶ 1/26/95

Handwritten signature (X) ▼
[signature]

**9**

MAIL CERTIFICATE TO
Name ▼
GLOBFARY INC.
Number/Street/Apt ▼
550 EAST 76TH STREET, STE 26H
City/State/Zip ▼
NEW YORK NY 10021