UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK                              04-CV-9772
                                                            Index No.
RALPH VARGAS
BLAND-RICKY ROBERTS
                                       Plaintiff(s)/Petitioner(s)    Calendar No.
                against                                              AFFIDAVIT
PFIZER, INC.; PUBLICIS, INC.; FLUID MUSIC; et al.                    OF
                                       Defendant(s)/Respondent(s)    SERVICE

STATE OF NEW YORK, COUNTY OF: NEW YORK  ss.:

The undersigned, being sworn, says: Deponent is not a party herein, is over 18 years of age and resides at New York County

On February 28, 2005 at 3:25 P.M., at 111 EIGHTH AVENUE, NEW YORK, NY 10011

deponent served the within  ☐ summons  ☐ with notice  ☐ summons, Spanish summons and complaint, the language
                            ☐ summons and complaint  ☐ notice of petition and petition  required by NYCRR 2900.2(e), (f) & (h) was set forth on
                            ☐ subpoena duces tecum  ☐ subpoena  on the face of the summons(es)
                            ☐ citation  ☒ SUMMONS + FIRST AMENDED COMPLAINT

on PFIZER, INC. - c/o CT CORPORATION SYSTEM  ☒ defendant  ☐ witness  hereinafter called  therein
                                              ☐ respondent            the recipient   named

INDIVIDUAL  by delivering a true copy of each to said recipient personally; deponent knew the person so served to be the person described as
1. ☐       said recipient therein.

CORPORATION  a FOREIGN  corporation, by delivering thereat a true copy of each to Angela Solomon
2. ☒       personally, deponent knew said corporation so served to be the corporation, described in same as said recipient and knew said
            individual to be PROCESS SPECIALIST DESIGNATED TO ACCEPT thereof.

SUITABLE   by delivering thereat a true copy of each to                                        a person of suitable age and
AGE PERSON discretion. Said premises is recipient's  ☐ actual place of business  ☐ dwelling place  ☐ usual place of abode within the state.
3. ☐

AFFIXING TO  by affixing a true copy of each to the door of said premises, which is recipient's  ☐ actual place of business  ☐ dwelling place
DOOR, ETC.   ☐ usual place of abode within the state. Deponent was unable, with due diligence to find recipient or a person of suitable age
4. ☐         and discretion, thereat, having called there

MAILING TO   Deponent talked to                    at said premises who stated that recipient  ☐ lived  ☐ worked there.
RESIDENCE    Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to recipient
USE WITH 3 OR 4  at recipient's last known residence, at                                                                        and deposited
5A. ☐       said envelope in an official depository under exclusive care and custody of the U.S. Postal Service within New York State.

MAILING TO   Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class post paid envelope properly
BUSINESS     addressed to recipient at recipient's actual place of business, at
USE WITH 3 OR 4                                                              in an official depository under the exclusive care and custody of the U.S. Postal Service
5B. ☐       within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof,
            by return address or otherwise, that the communication was from an attorney or concerned an action against the recipient.

DESCRIPTION  ☐ Male      ☐ White Skin   ☒ Black Hair    ☐ White Hair   ☐ 14-20 Yrs.   ☐ Under 5'     ☐ Under 100 Lbs.
☒           ☒ Female    ☒ Black Skin   ☐ Brown Hair    ☐ Balding      ☒ 21-35 Yrs.   ☐ 5'0"-5'3"    ☐ 100-130 Lbs.
            ☐ Yellow Skin ☐ Blonde Hair  ☐ Mustache     ☐ 36-50 Yrs.   ☒ 5'4"-5'8"    ☒ 131-160 Lbs.
            ☐ Brown Skin  ☐ Gray Hair    ☐ Beard        ☐ 51-65 Yrs.   ☐ 5'9"-6'0"    ☐ 161-200 Lbs.
            ☐ Red Skin    ☐ Red Hair     ☐ Glasses      ☐ Over 65 Yrs. ☐ Over 6'      ☐ Over 200 Lbs.
            Other identifying features: ___

WITNESS     $            the authorized traveling expenses   ☐ was paid (tendered) to the recipient
FEES                     and one day's witness fee:          ☐ was mailed to the witness with subpoena copy.
☐

MILITARY    I asked the person spoken to whether recipient was in active military service of the United States or of the State of New York in any capacity
SERVICE     whatever and received a negative reply. Recipient wore ordinary civilian clothes and no military uniform. The source of my information
☐           and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the recipient is not
            in military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on 3/1/05

OSARYS M. RODRIGUEZ
Notary Public, State of New York
Qualified in New York County
Commission Expires Feb. 19, 20 06

License No. 1009485

147 — Affidavit of service                                         © 1999 by Blumberg Excelsior, Inc. Publisher NYC 10013
                                                                                                    www.blumberg.com