UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK    Index No. 04 CV 9772

RALPH VARGAS
BLAND-RICKY ROBERTS

Plaintiff(s)/Petitioner(s)

against

PFIZER, INC.; PUBLICIS, INC.; FLUID MUSIC; and

Defendant(s)/Respondent(s)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK, COUNTY OF NEW YORK ss.:

The undersigned, being sworn, says: Deponent is not a party herein, is over 18 years of age and resides at County of New York

On February 28, 2005 at 3:56 P.M. at 532 BROADWAY 5th Fl. NY, NY 10012 deponent served the within ☑ Summons and First Amended Complaint

on FLUID MUSIC c/o DAVID SHAPIRO - Apresid. Soc. Prop. ☑ defendant

**INDIVIDUAL** ☑ by delivering a true copy of each to said recipient personally; deponent knew the person so served to be the person described as said recipient therein.

**DESCRIPTION** ☑
☑ Male ☑ White Skin ☐ Black Hair ☑ White Hair ☐ 14-30 Yrs. ☐ Under 5' ☐ Under 100 Lbs.
☐ Female ☐ Black Skin ☐ Brown Hair ☐ Balding ☐ 21-35 Yrs. ☐ 5'0"-5'3" ☐ 100-130 Lbs.
☐ Yellow Skin ☐ Blonde Hair ☐ Mustache ☑ 36-50 Yrs. ☐ 5'4"-5'8" ☐ 131-160 Lbs.
☐ Brown Skin ☐ Gray Hair ☐ Beard ☐ 51-65 Yrs. ☐ 5'9"-6'0" ☑ 161-200 Lbs.
☐ Red Skin ☐ Red Hair ☐ Glasses ☐ Over 65 Yrs. ☑ Over 6' ☑ Over 200 Lbs.

Sworn to before me on 3/7/05

OSARYS M. RODRIGUEZ
Notary Public, State of New York
Qualified in New York County
Commission Expires Feb. 19, 20 0_

License No. 1009485