03/15/2005  16:10   5187322666        RAYMOND L COLON ESQ        PAGE 02
                                      KLM SEARCH SERVICES        PAGE 02

# AFFIDAVIT OF SERVICE

State of New York      )
County of RENSSELAER  )

The undersigned being duly sworn, deposes and says:

LARRY MARTENSSON is not a party to the action, is over
(name of person serving papers)

18 years of age and resides at 27 Lakeside Dr
Castleton NY 12033
(complete address of person serving papers)

That on 3/14/05 @ 9AM, deponent served the within
(date of service)
SUMMONS IN A CIVIL CASE, CASE NUMBER 04-CV-9772
PUBLICIS, INC.  (name of document[s] served)

upon SECRETARY OF STATE (@ 9AM 3/14/05) located at
(name of person/corporation served)

41 STATE ST, ALBANY, NY 12231
(complete address where other party/corporation served)

(Select method of service)            NORAH MIDLER - DEMO

X  Personal Service: by delivering a true copy of the aforesaid documents personally; deponent knew said person/corporation so served to be the person/corporation described.

___ Service by Mail: by depositing a true copy of the aforesaid documents in a postpaid properly addressed envelope in a post office or official depository under the exclusive care and custody of the United States Postal Service.

Larry Martensson
Signature of person serving papers

LARRY MARTENSSON
Printed Name

Sworn to before me this 15th
day of March 2005

Karen A Vecchione
Notary Public

KAREN A. VECCHIONE
Notary Public, State of New York
#01VE5060702
Qualified in Rensselaer County
My Commission Expires May 20, 20_06