Mar 17 05 09:07p　　JPL PROCESS SERVICE　　　000-000-0000　　　p.1

DISTRICT Court　　NEW YORK County　　　Index / case # 04 CV 9772

RALPH VARGAS; BLAND-RICKY ROBERTS
Plaintiff

**AFFIDAVIT OF SERVICE**

PFIZER, INC.; PUBLICIS, INC.; FLUID MUSIC; EAST WEST COMMUN.
Defendant

Los Angeles County, State of: CALIFORNIA　　JEFF LANCASTER　　being sworn says: Deponent is not a party herein; is over the age of 18 years and resides in the State of CALIFORNIA

On 3-14-05　at 4:50PM am/pm at: 9000 WEST SUNSET BLVD. #1550 WEST HOLLYWOOD, CA.

Deponent served the within Summons, Complaint

On: EAST WEST COMMUNICATIONS, INC.　　(herein after called the recipient) therein named.

☐ **Individual** — By delivering a true copy of each to said recipient personally; Deponent knew the person so served to be the person described in as said recipient therein

☑ **Suitable Age person** — by delivering thereat a true copy of each to CHRISTIE MICHEL a person of suitable age and discretion. Said premises is defendants ☐ Actual Place of Residence ☑ Actual Place of Business within the State

☐ **Affixing to Door** — By affixing a true copy of each to the door of said premises which is defendants ☐ Actual Place of Residence ☐ Actual Place of Business, within the State. Deponent was unable with due diligence to find defendant or person of suitable age and discretion thereat having called there

☐ **Corporation or Partnership** — by delivering thereat a true copy of each to _____ personally. Deponent knew said corporation / partnership so served to be the corporation / partnership described in said aforementioned document as said defendant and knew said individual to be _____ thereof.

☐ **Mailing** — Within 20 days of such delivery, or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known ☐ Actual Place of Residence ☐ Actual Place of Business, at _____ and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "personal and confidential" and did not indicate on the outside, thereof by return address or otherwise that the communication was from an attorney or concerned an action against the defendant.

☑ **Description**

| | | | | | |
|---|---|---|---|---|---|
| ☐ Male | ☑ white skin | ☐ black hair | ☐ 14-20 Yrs | ☐ Under 5' | ☐ Under 100 Lbs |
| ☑ Female | ☐ black skin | ☑ brown hair | ☑ 21-35 Yrs | ☐ 5'0"-5'3" | ☑ 100-130 Lbs |
| | ☐ yellow skin | ☐ gray hair | ☐ 36-50 Yrs | ☑ 5'4"-5'8" | ☐ 131-160 Lbs |
| | ☐ brown skin | ☐ blonde hair | ☐ 51-65 Yrs | ☐ 5'9"-6'0" | ☐ 161-200 Lbs |
| | ☐ red skin | ☐ red hair | ☐ Over 65 Yrs | ☐ Over 6' | ☐ Over 200 Lbs |

Other Identifying Features

☐ **Military Service** — I asked the person spoken to whether defendant was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

☐ Subpoena Fee Tendered in the amount of

☑ JEFF LANCASTER - Registered Process Server - Los Angeles County - #4696

Sworn to before me on 3-17-2005

_Paula Ammons_　　　　　　　　　　　　　　　　　　_JEFF LANCASTER_

State Of California
County Of Los Angeles
Subscribed And Sworn
(Or Affirmed) Before Me
On: March 17th, 2005

PAULA AMMONS
NOTARY PUBLIC - CALIFORNIA
COMMISSION # 1457473
LOS ANGELES COUNTY
My Comm. Exp. Dec. 21, 2007