```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/25/2005
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
                                :

RALPH VARGAS and BLAND-RICKY
ROBERTS,                           :

                    Plaintiff,       :

            -against-             :

PFIZER, INC. et al.            :

                  Defendants.      :

------------------------------X

04 Civ. 9772 (WHP)

SCHEDULING ORDER

WILLIAM H. PAULEY III, District Judge:

       All counsel in this civil action having appeared for a conference with the Court on March 18, 2005, the following schedule is established on consent of the parties:

1. Plaintiffs shall effect service on defendant Brian Transeau by April 5, 2005;

2. Plaintiffs shall serve their interrogatories and/or document requests by April 15, 2005;

3. Defendants shall respond to Plaintiffs' interrogatories and/or document requests by April 29, 2005;

4. Defendants shall file and serve their motion to transfer by May 13, 2005;

5. Plaintiffs shall file and serve their opposition by May 27, 2005;

6. Defendants shall file and serve their reply, if any, by June 6, 2005; and

Dockets.Justia.com

7. Oral argument is scheduled for June 24, 2005, at 11:00 a.m.

Dated: March 25, 2005
      New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

*Counsel of Record*:

Paul A Chin, Esq.
Law Offices of Paul A. Chin
233 Broadway, 5th Floor
New York, NY 10279
*Counsel for Plaintiff*

Bruce P. Keller, Esq.
Debevoise & Plimpton
919 Third Avenue
New York, NY 10022
*Counsel for Defendant Pfizer*

Edward P. Kelly, Esq.
Tiajoloff & Kelly
Chrysler Building, 37th Floor
405 Lexington Avenue
New York, NY 10174
*Counsel for Defendant Fluid Music*