UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RALPH VARGAS and<br>BLAND-RICKY ROBERTS<br><br>        Plaintiffs<br>vs.<br><br>PFIZER INC., PUBLICIS, INC., FLUID MUSIC,<br>EAST WEST COMMUNICATIONS, INC. and<br>BRIAN TRANSEAU p/k/a "BT"<br><br>        Defendants | CASE NO.: 04 CV 9772 (WHP)<br><br>ECF CASE<br><br>WAIVER OF SERVICE OF<br>SUMMONS AND FIRST<br>AMENDED COMPLAINT |

TO:    **PAUL A. CHIN, ESQ. (PC9656)**
         **Attorney for Plaintiffs**
         **Law Offices of Paul A. Chin**
         **233 Broadway, 5th Floor**
         **New York, NY 10279**

Pursuant to the Order of the Honorable William H. Pauley, III, of March 18, 2005, directing Defendant East West Communications to provide Plaintiffs with Defendant Brian Transeau's home address or that Defendant Transeau's attorney accept service of a copy of the summons and First Amended Complaint no later than March 22, 2005, in order for Plaintiffs to effectuate service under Rule 4 of the Federal Rules of Civil Procedure, <u>I hereby acknowledge and affirm that I am authorized to accept service of the summons and First Amended Complaint in this action on behalf of Defendant Brian Transeau and hereby accept such service</u>.

I hereby acknowledge receipt of the enclosed summons and First Amended Complaint, and a means by which I can return this waiver of service to you without cost to me. Defendant Brian Transeau will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the above captioned Court except for objections based on a

Dockets.Justia.c

defect in the summons or in the service of the summons.

I understand that a judgment may be entered against Defendant Brian Transeau if an answer, or motion under Rule 12(b)(2) of the Federal Rules of Civil Procedure or 28 U.S.C. §1404(a), is not served upon you by May 13, 2005, as Ordered by Judge William H. Pauley, III.

3/28/05
Date

Kurosh Nasseri, Esq.
Law Offices of Kurosh Nasseri, PLLC.
3207a M Street, NW, 3rd Floor
Washington, DC 20007
*Agent Authorized to Accept Service for Defendant Brian Transeau*