UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK
------------------------------------------------------------- x
RALPH VARGAS and                                               :
BLAND-RICKY ROBERTS,                                           :  Case No. 04 CV 9772 (WHP)
                                                               :
                    Plaintiffs,                                :  **NOTICE OF APPEARANCE**
                                                               :
        - against -                                            :
                                                               :
PFIZER, INC., PUBLICIS, INC., FLUID                            :
MUSIC, EAST WEST COMMUNICATIONS,                               :
INC. and BRIAN TRANSEAU p/k/a "BT",                            :
                                                               :
                    Defendants.                                :
------------------------------------------------------------- x

        PLEASE TAKE NOTICE that DAVIS WRIGHT TREMAINE LLP hereby enters its appearance as counsel for defendants EAST WEST COMMUNICATIONS, INC. and BRIAN TRANSEAU in the above-captioned proceeding, and requests that notice of all matters arising herein, and all documents and papers in this case, be served on the undersigned attorneys at the address stated below.

Dated: New York, New York
       April 26, 2005

                                       DAVIS WRIGHT TREMAINE LLP

                                       By: _____
                                             Samuel M. Leaf (SL 0633)

Eric Stahl (of counsel)
1633 Broadway
New York, New York 10019
(212) 489-8230

Attorneys for Defendants East West
Communications and Brian Transeau

TO: Bruce Keller, Esq.
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
(212) 909-6000
Attorneys for Defendant Pfizer, Inc.

Edward P. Kelly, Esq.
TIAJOLOFF & KELLY
Chrysler Building, 37th Floor
405 Lexington Avenue
New York, New York 10174
(212) 490-3285
Attorneys for Defendant Fluid Music

Sara L. Edelman, Esq.
DAVIS & GILBERT, LLP
1740 Broadway
New York, New York 10019
(212) 468-4897
Attorneys for Defendant Publicis, Inc.

Paul A. Chin, Esq.
LAW OFFICES OF PAUL A. CHIN
The Woolworth Building
233 Broadway, 5th Floor
New York, New York 10279
(212) 964-8030

2

NYC 157216v1 68291-1