FILED ELECTRONICALLY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------- X
RAPLH VARGAS, and
BLAND-RICKY ROBERTS

         Plaintiffs,

  -against-

PFIZER INC., PUBLICIS, INC., FLUID MUSIC,
EAST WEST COMMUNICATIONS, INC. and
BRIAN TRANSEAU a/k/a "BT"

         Defendants.

---------------------------------------------------------------------- X

**CASE NO.: 04 CV 9772 (WHP)**

**ECF CASE**

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

    Please enter the appearance of Bruce P. Keller of Debevoise & Plimpton, LLP as counsel in this case for Defendant Pfizer, Inc..

Dated:   New York, New York
           April 28, 2005

                           Respectfully Submitted,
                           DEBEVOISE & PLIMPTON LLP

                           By: S/ _____
                              Bruce P. Keller (BK 9300)
                              919 Third Avenue
                              New York, New York 10022
                              (212) 909-6000
                              Attorneys for Defendant Pfizer, Inc.

TO: Edward P. Kelly, Esq. (EK 8430)
TIAJOLOFF & KELLY
Chrysler Building, 37th Floor
405 Lexington Ave.
New York, New York 10174
Attorneys for Defendant Alanda Music, Ltd. d/b/a Fluid Music

Sara L. Edelman, Esq. (SE 2540)
DAVIS & GILBERT, LLP
1740 Broadway
New York, New York 10019
Attorneys for Defendant Publicis, Inc.

Samuel M. Leaf, Esq. (SL 0633)
Eric Stahl (of counsel)
DAVIS WRIGHT TREMAINE, LLP
1633 Broadway
New York, NY 10019
Attorneys for Defendant East West Communications, Inc. and
    Defendant Brian Transeau

Paul A. Chin, Esq. (PC 9656)
LAW OFFICES OF PAUL A. CHIN
The Woolworth Bldg.
233 Broadway, 5th Floor
New York, NY 10279
Attorneys for Plaintiffs

# CERTIFICATE OF SERVICE

I, James J. Pastore Jr., associated with Debevoise & Plimpton LLP, attorneys for Defendant Pfizer, Inc. certify:

I am over eighteen (18) years of age. On the 28th day of April 2005, I caused copies of the my Notice of Appearance to be served by First-Class U.S. mail on the following individuals:

    Edward P. Kelly, Esq. (EK 8430)
    TIAJOLOFF & KELLY
    Chrysler Building, 37th Floor
    405 Lexington Ave.
    New York, New York 10174
    Attorneys for Defendant Alanda Music, Ltd. d/b/a Fluid Music

    Sara L. Edelman, Esq. (SE 2540)
    DAVIS & GILBERT, LLP
    1740 Broadway
    New York, New York 10019
    Attorneys for Defendant Publicis, Inc.

    Samuel M. Leaf, Esq. (SL 0633)
    Eric Stahl (of counsel)
    DAVIS WRIGHT TREMAINE, LLP
    1633 Broadway
    New York, NY 10019
    Attorneys for Defendant East West Communications, Inc. and
       Defendant Brian Transeau

    Paul A. Chin, Esq. (PC 9656)
    LAW OFFICES OF PAUL A. CHIN
    The Woolworth Bldg.
    233 Broadway, 5th Floor
    New York, NY 10279
    Attorneys for Plaintiffs

Pursuant to 28 U.S.C. § 1746, I certify under the penalty of perjury that the foregoing is true and correct.

Executed on April 28, 2005 in New York, New York.

                        S/_____
                        James J. Pastore, Jr.