**ORIGINAL** PAULEY, J.

Bruce P. Keller (BK-9300)
Debevoise & Plimpton LLP
919 Third Avenue
New York, New York 10022
(212) 909-6000
Attorneys for Pfizer, Inc.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/10/2005
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RAPLH VARGAS, and
BLAND-RICKY ROBERTS

        Plaintiffs,

-against-

PFIZER INC., PUBLICIS, INC., FLUID MUSIC,
EAST WEST COMMUNICATIONS, INC. and
BRIAN TRANSEAU a/k/a "BT"

        Defendants.
------------------------------------------------------------X

CASE NO.: 04 CV 9772 (WHP)

ECF CASE

### STIPULATION DISMISSING WITH PREJUDICE COUNTS THREE AND FOUR OF THE AMENDED COMPLAINT

IT IS HEREBY STIPULATED AND AGREED by and among undersigned counsel for Plaintiffs Ralph Vargas and Bland-Ricky Roberts, and Defendants Pfizer, Inc., Publicis, Inc., Alanda Music, Ltd. d/b/a Fluid Music, East West Communications, Inc., and Brian Transeau that, pursuant to the conference held before the Honorable William H. Pauley III on March 18, 2005, and Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Count III (Lanham Act) and Count IV (unfair competition) of Plaintiffs' First Amended Complaint, dated February 8, 2005, are hereby DISMISSED WITH PREJUDICE as against all Defendants.

21914349v6

**SO ORDERED:**

_____
WILLIAM H. PAULEY III U.S.D.J.

Dated: New York, New York
April 27, 2005

                               DEBEVOISE & PLIMPTON, LLP

                               By: _____
                                    Bruce P. Keller, Esq. (BK 9300)
                                    919 Third Avenue
                                    New York, New York 10022
                                    Attorneys for Defendant Pfizer, Inc.

                               TIAJOLOFF & KELLY

                               By: _____
                                    Edward P. Kelly, Esq. (EK 8430)
                                    Chrysler Building, 37th Floor
                                    405 Lexington Ave.
                                    New York, New York 10174
                                    Attorneys for Defendant Alanda Music,
                                         Ltd. d/b/a Fluid Music

                               DAVIS & GILBERT, LLP

                               By: _____
                                    Sara L. Edelman, Esq. (SE 2540)
                                    1740 Broadway
                                    New York, New York 10019
                                    Attorneys for Defendant Publicis, Inc.

                               DAVIS WRIGHT TREMAINE, LLP

                               By: _____
                                    Samuel M. Leaf (SL 0638)
                                    Eric Stahl (of counsel)
                                    1633 Broadway
                                    New York, NY 10019
                                    Attorneys for Defendant East West
                                         Communications, Inc. and
                                         Defendant Brian Transeau

LAW OFFICES OF PAUL A. CHIN

By: /s/
Paul A. Chin, Esq. (PC 9656)
233 Broadway, 5th Floor
New York, NY 10279
Attorneys for Plaintiffs

SO ORDERED:

_____
William H. Pauley III
United States District Judge

3

21914349v6