SOUTHERN DISTRICT NEW YORK
------------------------------------------------------------- x
RALPH VARGAS and
BLAND-RICKY ROBERTS,

          Plaintiffs,

    - against -

PFIZER, INC., PUBLICIS, INC., FLUID
MUSIC, EAST WEST COMMUNICATIONS,
INC. and BRIAN TRANSEAU p/k/a "BT",

          Defendants.
------------------------------------------------------------- x

Case No. 04 CV 9772 (WHP)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/13/2005

## ORDER

Upon consideration of the motion of defendants East West Communications, Inc. and Brian Transeau for the admission *pro hac vice* of Eric M. Stahl to this Court to appear as counsel for said defendants, and upon consideration of the declarations of Samuel M. Leaf and Eric M. Stahl in support thereof, it is hereby ORDERED that the motion is GRANTED and that Eric M. Stahl may enter his appearance as counsel for said defendants and actively participate in the conduct of these proceedings.

It is SO ORDERED this 13th day of May, 2005.

William H. Pauley, U.S.D.J.

**SO ORDERED:**

WILLIAM H. PAULEY III U.S.D.J.

NYC 157223v1 68291-1