# LAW OFFICES OF PAUL A. CHIN
### MEMBER NEW YORK & MARYLAND BARS

---

March 31, 2005

**VIA HAND DELIVERY**
The Honorable William H. Pauley III
U.S. District Court for the Southern District of New York
500 Pearl Street
Chambers 2210
Courtroom 11D
New York, NY 10007



MEMORANDUM ENDORSED

Re: Scheduling Conference
Vargas, et. al. v. Pfizer, Inc., et. al.
Case No.: 04 CV 9772 (WHP)

Dear Judge Pauley:

This firm represents Ralph Vargas and Bland-Ricky Roberts, plaintiffs in the above referenced matter. Pursuant to the instructions of your Honor's Courtroom Deputy, I am writing to request that the scheduling conference in this case currently set for June 7, 2005, at 10:00 AM, be adjourned to June 7, 2005, at 2:30 PM.

A scheduling conference for this case is currently set for June 7, 2005, at 10:00 AM. However, I will be in Kings County Supreme Court during the morning of June 7, 2005; therefore, I will not be available to participate in the scheduling conference at 10:00 AM. For this reason I respectfully request that the scheduling conference be adjourned to 2:30 PM.

All defendants have consented to this adjournment and will be available to conduct the scheduling conference on June 7, 2005, at 2:30 PM. In addition, your Honor's Courtroom Deputy informed me that the Court will be available to conduct the scheduling conference at the requested time (i.e. 2:30 PM).

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/2/2005

Respectfully submitted,

Paul A. Chin

Application Granted.

Cc: Sara Edelman, Esq. (via fax)
(Attorney for Defendant Publicis, Inc.)

**SO ORDERED:**

Eric M. Stahl, Esq. (via fax)

WILLIAM H. PAULEY III U.S.D.J.
6/2/2005

Sam Leaf, Esq.        (via fax)
(Attorneys for Defendants Brian Transeau and East West Communications, Inc.)

Bruce P. Keller, Esq.  (via fax)
(Attorney for Defendant Pfizer, Inc.)

Edward P. Kelly, Esq. (via fax)
(Attorney for Defendant Fluid Music)