```
                                                    ┌──────────────────────────────────┐
                                                    │ USDC SDNY                        │
                                                    │ DOCUMENT                         │
                                                    │ ELECTRONICALLY FILED             │
                                                    │ DOC #: _____           │
                                                    │ DATE FILED: 6/10/2005            │
                                                    └──────────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
                                                    :
RALPH VARGAS and BLAND-RICKY
ROBERTS,                                            :

         Plaintiff,              :        04 Civ. 9772 (WHP)

       -against-                       :        SCHEDULING ORDER

PFIZER, INC. et al.                                 :

        Defendants.              :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

      All counsel in this civil action having appeared for a conference with the Court on

June 7, 2005, the following schedule is established on consent of the parties:

      1.     The parties shall make their initial disclosures by June 24, 2005;

      2.     Defendants shall file and serve their motion for summary judgment
            by June 30, 2005;

      3.     Plaintiffs shall file and serve their opposition by July 21, 2005;

      4.     Defendants shall file and serve their reply, if any, by August 1,
            2005;

      5.     Oral argument is scheduled for August 12, 2005, at 11:00 a.m.;

      6.     All discovery will be completed by November 30, 2005;

      7.     Counsel will submit a joint pre-trial order in accord with this
            Court's Individual Practices by December 30, 2005; and

Dockets.Justia

8.    A final pretrial conference will be held on January 6, 2006 at 10:00
      a.m.

Dated: June 9, 2005
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

*Counsel of Record*:

Paul A Chin, Esq.
Law Offices of Paul A. Chin
233 Broadway, 5th Floor
New York, NY 10279
*Counsel for Plaintiff*

Bruce P. Keller, Esq.
Debevoise & Plimpton
919 Third Avenue
New York, NY 10022
*Counsel for Defendant Pfizer*

Edward P. Kelly, Esq.
Tiajoloff & Kelly
Chrysler Building, 37th Floor
405 Lexington Avenue
New York, NY 10174
*Counsel for Defendant Fluid Music*

Samuel M. Leaf, Esq.
Davis Wright Tremaine LLP
1633 Broadway
New York, NY 10019
*Counsel for Defendants East West and Brian Transeau*

Sara L. Edelman, Esq.
Davis & Gilbert, LLP
1740 Broadway
New York, NY 10019
*Counsel for Defendant Publicis*