Bruce P. Keller (BK 9300)
James J. Pastore (JP 3176)
Debevoise & Plimpton LLP
919 Third Avenue
New York, New York 10022
(212) 909-6000
Attorneys for Pfizer, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
RAPLH VARGAS, and
BLAND-RICKY ROBERTS

      Plaintiffs,

  -against-

PFIZER INC., PUBLICIS, INC., FLUID MUSIC,
EAST WEST COMMUNICATIONS, INC. and
BRIAN TRANSEAU a/k/a "BT"

      Defendants.
------------------------------------------------------------------- X

CASE NO.: 04 CV 9772 (WHP)

ECF CASE

## DEFENDANT PFIZER'S STATEMENT PURSUANT TO FED.R.CIV. P. 7.1(a)

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant Pfizer Inc. hereby certify that defendant has no

Dockets.Justia.com

corporate parent and that no publicly held corporation owns 10% or more of defendant's stock.

Dated: New York, New York
June 30, 2005

DEBEVOISE & PLIMPTON, LLP.

By: /S/
Bruce P. Keller, Esq. (BK 9300)
James J. Pastore (JP 3176)
919 Third Avenue
New York, New York 10022
(212) 909-6000
Attorneys for Defendant Pfizer, Inc.