UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
RAPLH VARGAS, and
BLAND-RICKY ROBERTS

          Plaintiffs,

      -against-

PFIZER INC., PUBLICIS, INC., FLUID MUSIC,
EAST WEST COMMUNICATIONS, INC. and
BRIAN TRANSEAU a/k/a "BT"

          Defendants.

------------------------------------------------------------------- X

**CASE NO.: 04 CV 9772 (WHP)**

**ECF CASE**

**CERTIFICATE OF SERVICE**

    I, James J. Pastore, Jr., associated with Debevoise & Plimpton LLP, attorneys for Defendant Pfizer, Inc. certify:

    I am over eighteen (18) years of age. On this 30th day of June, 2005, I caused to be served copies of the Notice of Appearance, Answer of Defendant Pfizer to Plaintiffs' First Amended Complaint, and Defendant Pfizer's Statement Pursuant to Fed. R. Civ. P. 7.1(a) on the following individuals in the manner indicated below:

BY ECF:

Edward P. Kelly, Esq. (EK 8430)
TIAJOLOFF & KELLY
Chrysler Building, 37th Floor
405 Lexington Ave.
New York, New York 10174
Attorneys for Defendant Alanda Music, Ltd. d/b/a Fluid Music

21978974v1

Sara L. Edelman, Esq. (SE 2540)
DAVIS & GILBERT LLP
1740 Broadway
New York, New York 10019
Attorneys for Defendant Publicis, Inc.

Samuel M. Leaf, Esq. (SL 0633)
DAVIS WRIGHT TREMAINE, LLP
1633 Broadway
New York, NY 10019
Attorneys for Defendant East West Communications, Inc. and
  Defendant Brian Transeau

Paul A. Chin, Esq. (PC 9656)
LAW OFFICES OF PAUL A. CHIN
The Woolworth Bldg.
233 Broadway, 5th Floor
New York, NY 10279
Attorney for Plaintiffs


BY FIRST CLASS MAIL

Eric Stahl
DAVIS WRIGHT TREMAINE, LLP
2600 Century Square
1501 Fourth Avenue
Seattle, WA 98101-1688


Pursuant to 28 U.S.C. § 1746, I certify under the penalty of perjury that the foregoing is true and correct.

Executed on June 30, 2005 in New York, New York.

                                                 /S/
                                         James J. Pastore, Jr.