|  | FILED ELECTRONICALLY |
|---|---|

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
RAPLH VARGAS, and
BLAND-RICKY ROBERTS

            Plaintiffs,

   -against-

PFIZER INC., PUBLICIS, INC., FLUID MUSIC,
EAST WEST COMMUNICATIONS, INC. and
BRIAN TRANSEAU a/k/a "BT"

           Defendants.
------------------------------------------------------------------- X

**CASE NO.:  04 CV 9772 (WHP)**

**ECF CASE**

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

    Please enter the appearance of James J. Pastore Jr. of Debevoise & Plimpton, LLP as counsel in this case for Defendant Pfizer, Inc..

Dated:   New York, New York
           June 30, 2005

                              Respectfully Submitted,
                              DEBEVOISE & PLIMPTON LLP

                              By:    /S/
                                   James J. Pastore Jr.(JP 3176)
                                   919 Third Avenue
                                   New York, New York  10022
                                   (212) 909-6000
                                   Attorneys for Defendant Pfizer, Inc.

TO: Edward P. Kelly, Esq. (EK 8430)
TIAJOLOFF & KELLY
Chrysler Building, 37th Floor
405 Lexington Ave.
New York, New York 10174
Attorneys for Defendant Alanda Music, Ltd. d/b/a Fluid Music

Sara L. Edelman, Esq. (SE 2540)
DAVIS & GILBERT, LLP
1740 Broadway
New York, New York 10019
Attorneys for Defendant Publicis, Inc.

Samuel M. Leaf, Esq. (SL 0633)
DAVIS WRIGHT TREMAINE, LLP
1633 Broadway
New York, NY 10019
Attorney for Defendant East West Communications, Inc. and Defendant Brian Transeau

Eric Stahl
DAVIS WRIGHT TREMAINE, LLP
2600 Century Square
1501 Fourth Avenue
Seattle, WA 98101-1688
Attorney for Defendant East West Communications, Inc. and Defendant Brian Transeau

Paul A. Chin, Esq. (PC 9656)
LAW OFFICES OF PAUL A. CHIN
The Woolworth Bldg.
233 Broadway, 5th Floor
New York, NY 10279
Attorneys for Plaintiffs