UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
RAPLH VARGAS, and                                       :
BLAND-RICKY ROBERTS                                     :     **CASE NO.:  04 CV 9772 (WHP)**
                                                        :
            Plaintiffs,                                 :     **ECF CASE**
                                                        :
            -against-                                   :
                                                        :
PFIZER INC., PUBLICIS, INC., FLUID MUSIC,               :
EAST WEST COMMUNICATIONS, INC. and                      :     **CERTIFICATE OF SERVICE**
BRIAN TRANSEAU a/k/a "BT"                               :
                                                        :
            Defendants.                                 :
                                                        :
                                                        :
                                                        :
---------------------------------------------------------------- X

        I, James J. Pastore, Jr., associated with Debevoise & Plimpton LLP, attorneys for

Defendant Pfizer, Inc. certify:

        I am over eighteen (18) years of age.  On this 30th day of June, 2005, I caused to

be served copies of the Notice of Appearance, Answer of Defendant Pfizer to Plaintiffs'

First Amended Complaint, and Defendant Pfizer's Statement Pursuant to Fed. R. Civ. P.

7.1(a) on the following individuals in the manner indicated below:

        BY ECF:

        Edward P. Kelly, Esq. (EK 8430)
        TIAJOLOFF & KELLY
        Chrysler Building, 37th Floor
        405 Lexington Ave.
        New York, New York 10174
        Attorneys for Defendant Alanda Music, Ltd. d/b/a Fluid Music

Dockets.Justia.com

Sara L. Edelman, Esq. (SE 2540)
DAVIS & GILBERT LLP
1740 Broadway
New York, New York 10019
Attorneys for Defendant Publicis, Inc.

Samuel M. Leaf, Esq. (SL 0633)
DAVIS WRIGHT TREMAINE, LLP
1633 Broadway
New York, NY 10019
Attorneys for Defendant East West Communications, Inc. and
 Defendant Brian Transeau

Paul A. Chin, Esq. (PC 9656)
LAW OFFICES OF PAUL A. CHIN
The Woolworth Bldg.
233 Broadway, 5th Floor
New York, NY 10279
Attorney for Plaintiffs


BY FIRST CLASS MAIL

Eric Stahl
DAVIS WRIGHT TREMAINE, LLP
2600 Century Square
1501 Fourth Avenue
Seattle, WA 98101-1688


 Pursuant to 28 U.S.C. § 1746, I certify under the penalty of perjury that the

foregoing is true and correct.

 Executed on June 30, 2005 in New York, New York.


      <u>  /S/     </u>
       James J. Pastore, Jr.

21978974v1