UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

RALPH VARGAS, and
BLAND-RICKY ROBERTS  :  Case No.: 04 CV 9772 (WHP)

        Plaintiffs,  :  ECF CASE

vs.  :  Judge William H. Pauley III

PFIZER INC., PUBLICIS, INC., FLUID MUSIC,  :
EAST WEST COMMUNICATIONS, INC. and  :
BRIAN TRANSEAU p/k/a "BT"  :

        Defendants.  :

## PROPOSED ORDER

Samuel L. Leaf (SL 0633)
Eric M. Stahl
Davis Wright Tremaine LLP
1633 Broadway
New York NY 10019-6708
(212) 489-8230
*Attorneys for Defendant East West
Communications, Inc. and Brian Transeau*

Sara L. Edelman (SE 2540)
Davis & Gilbert LLP
1740 Broadway
New York, NY 10019
(212) 468-4800
*Attorneys for Defendant Publicis, Inc.*

Bruce P. Keller BK 9300)
Debevosie & Plimpton LLP
919 Third Avenue
New York, NY 10022
(212) 909-6000
*Attorneys for Defendant Pfizer, Inc.*

Edward P. Kelly (EK 8340)
Tiajoloff & Kelly
The Chrysler Building, 37th Fl.
405 Lexington Avenue
(212) 490-3285
*Attorneys for Defendant Fluid Music*

1

The Court having fully considered Defendants' Joint Motion For Summary Judgment including the accompanying declarations and Plaintiffs response thereto and accompanying declarations and Defendants reply and accompanying declarations;

NOW THEREFORE, it is hereby ordered that Defendants' Joint Motion for Summary Judgment is granted and all claims of Plaintiffs are hereby dismissed with prejudice.

So Ordered,

Dated: June 30, 2005

_____
U.S.D.J.