# EXHIBIT A

Dockets.Justia.com



