UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RALPH VARGAS, and <br> BLAND-RICKY ROBERTS <br><br> Plaintiffs, <br><br> vs. <br><br> PFIZER INC., PUBLICIS, INC., FLUID MUSIC, <br><br> EAST WEST COMMUNICATIONS, INC. and <br> BRIAN TRANSEAU p/k/a "BT" <br><br> Defendants. | **DECLARATION OF** <br> **EDWARD P. KELLY** <br><br><br><br> Civil Action No.: 04 CV 9772 (WHP) <br><br><br> ECF CASE <br><br><br> Judge William H. Pauley III |

## Declaration of Edward P. Kelly

1. I, Edward P. Kelly, am counsel for Defendant Alanda Music, Ltd. d/b/a Fluid Music ("Fluid") in the referenced action. I make this declaration based upon my personal knowledge of the facts set forth herein. I make this declaration in support of Defendants' Joint Motion for Summary Judgment. I am over 18 years of age and if called upon to testify I would and could testify competently as to the factual matters stated herein.

2. Attached as Exhibit A is a true and correct copy of the Plaintiffs' Initial Disclosures served upon defense counsel on June 24, 2005.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 30th day of June 2005

_____
Edward P. Kelly