# EXHIBIT B

Dockets.Justia.com





