# EXHIBIT C

Dockets.Justia.com

**Exhibit C** (Declaration by A. Ricigliano)

List of drum method books reviewed in order of year of copyright.

1. Burns, Roy, and Feldstein Saul (Sandy). *Intermediate Drum Method.* Belwin-Mills Publishing Corp.1967.

2. Burns, Roy and Halpern, Howard. *Elementary Rock and Roll Drumming.* Belwin, Inc., Rockville Centre, NY, 1968.

3. Cusatis, Joe. *Rudimental Patterns (Full Drum Set Studies for the Modern Drummer).* Belwin-Mills Publishing Corp.1968.

4. Appice, Carmine. *Ultimate Realistic Rock Drum Method.* Warner Bros. Publications, Miami, FL, 1972.

5. Wilson, Patrick. *Basix Rock Drum Method.* Alfred Publishing Co., Inc. U.S.A. 1996.

6. Morgenstein, Rod and Mattingly, Rick. *The Drumset Musician.* Hal Leonard Corporation, Milwaukee, WI 1997.

7. Ernest, Bob. *The Phunky Hip-Hop Drummer.* Carl Fischer, New York, NY 1999.

8. Rothman, Joel. *Step One: Play Rock Drums.* Amsco Publications, New York, 1999.

9. Zubraski, Dave. *Absolute Beginners Drums.* Amsco Publications, New York, 1999.

10. Schroedl, Scott. *Play Drums Today!* Hal Leonard Corporation Milwaukee, WI, 2001.

11. Schroedl, Scott. *Hip-Hop and Rap Drum Beats & Loops.* Hal Leonard Corporation Milwaukee, WI, 2001.

# 1

# INTERMEDIATE

*I DM*

# DRUM

# METHOD





## ROY BURNS and SAUL (SANDY) FELDSTEIN

### Includes:
- *RUDIMENTAL STUDIES*
- *ROLL STUDIES*
- *READING EXERCISES*

HAB 100

# SECTION I: RUDIMENTS

Each drum rudiment, except for those employing grace notes, is a combination of single and double strokes. The rudiment is the sticking pattern.

Example:

Groups of single strokes:



Groups of double strokes:



For example, by combining one group of singles ( R L / L R ) and one group of doubles ( R R / L L ), we form the rudiment known as the single paradiddle ( R L R R / L R L L ).

Accents may be added to this rudiment.

Example:



The fingering of a rudiment may also be subjected to permutation.

Example:



R R L R L L R L

Since all standard rudiments are formed by combining groups of singles and groups of doubles, it is impossible to play anything on a drum that is not a variation of some rudiment.

A RUDIMENT IS (SHOULD BE) A MOST PRACTICAL FINGERING TO EXECUTE A MOST POPULAR RHYTHM. When fingerings are written in they are to be strictly observed. In the exercises below, it should be noted that each fingering produces a different sound, even though the rhythm remains unchanged. Each of these sounds will have its proper place under some future musical condition.



Practical Rudiment:

| R | L | R | L |
|---|---|---|---|
| L | R | L | R |
| R | R | L | L |
| L | L | R | R |
| R | L | R | R |
| L | R | L | L |

Effect Rudiment:

| R | L | L | L |
|---|---|---|---|
| L | R | R | R |
| R | R | R | L |
| L | L | L | R |
| R | R | R | R |
| L | L | L | L |

The "effect rudiment" is appropriate at times (especially when playing on a drum set), but it is difficult to execute smoothly and cleanly.

The "practical rudiment" can be played faster, with less effort and with a flowing rhythmic feeling. The practical rudiment, except for those incorporating grace notes, never has more than two beats in a row in one hand.

HA BK. 100

Copyright © 1967 by BELWIN MILLS PUBLISHING CORP.
All Rights Assigned to and Controlled by BEAM ME UP MUSIC, c/o CPP/BELWIN, INC., Miami, FL 33014
International Copyright Secured     Made In U.S.A.     All Rights Reserved



(8.)

L R R R L L L R R  R L R L L L R R  R L L L R R R L L  L R L R R L R L



(9.)

L R L R L R R L  R L R L R L L R  L R L R R R L R L L  L R L R R R L R L



(10.)

L R R L L R L R L  L R L R R L R L  L R L R L L R R L  L R L R R R L R L



L R R L L R L R L  L R L R R L R L  L R L R L L R L R L  L R L R R R L

# THE RUFF

### (Review)

A "ruff" is a combination of two or more <u>single-stroked</u> grace notes and a man note. The grace notes are much softer than the main note, and are always to be played as delicately as possible.

Examples:



The 3 Stroke Ruff:

R L    R

grace notes    main note

L R    L

grace notes    main note

The 4 Stroke Ruff:

L R L    R

grace notes    main note

R L R    L

grace notes    main note

The 3 Stroke Ruff:
(Single Strokes)



R L R   L R L   R L R   L R L

IDM

Exercises for developing the Three Stroke Ruff



R L R L R L R L R L R L



R L R L R L R L R L R L

The 4 Stroke Ruff:
(Single Strokes)

 

RLR L LRL R RLR L LRL R

Exercises for developing the Four Stroke Ruff



R L R L R R L R L L R L R R L R

Exercises for developing the Four Stroke Ruff



R L R L L R L R R L R L L R L R

The 5 Stroke Ruff:
(Single Strokes)



RLRLR LRLRL RLRLR LRLRL

Exercises for developing the Five Stroke Ruff



R L R L R L R L R L L R L R L R L R L R



R L R L R L R L R L R L R L R L R L R L

HAB 100

**2**

# ELEMENTARY ROCK and ROLL DRUMMING

## By ROY BURNS and HOWARD HALPERN

### TABLE OF CONTENTS

| Page | |
|---|---|
| 2 | Playing the Snare Drum |
| | A Note on the Snare Drum Grip |
| 3 | Snare Drum Exercises |
| 4 | Playing the Bass Drum |
| 5 | Key to Abbreviations |
| | Playing the Ride Cymbal |
| 6 | Ride Cymbal and Bass Drum Exercises |
| 7 | Playing the Hi-Hats |
| 8 | Ride Cymbal, Bass Drum and Hi-Hat Exercises |
| 10 | Ride Cymbal, Bass Drum, Hi-Hat and Snare Drum Exercises |
| 12 | Eighteen Exercises Introducing Eighth Notes on Snare Drum against the Rock & Roll Cymbal Rhythm |
| 14 | Bass Drum and Hi-Hat Exercises |
| 15 | Rock & Roll Rhythms |
| 18 | Adding the Hi-Hat |
| 19 | Fill-ins |

© BELWIN, Inc., 1968, Rockville Centre, L.I., N.Y.
All Rights Reserved    Printed in U.S.A.
HAB 111

After you have practiced all exercises from page 6 to 16 inclusive, using the R.C. Beat as written, practice them again and substitute the Quarter note R.C. Beat wherever applicable.

Example:     Ex. 1 as written below:                    Ex. 1 using Quarter note R.C. Beat:

 

## RIDE CYMBAL and BASS DRUM EXERCISES















Elementary R&R Drum.



# 3

# Rudimental
# PATTERNS

## Full Drum Set Studies for the Modern Drummer
### by JOE CUSATIS

## Table of Contents

**Section I: Left Hand Patterns** . . . . . . . . . . . . . . . . . . . . . . . .3

    **Eighth-Note Studies** . . . . . . . . . . . . . . . . . . . . . . . . . . . .3

    **Triplet Studies** . . . . . . . . . . . . . . . . . . . . . . . . . . . . .6

**Section II: Rudimental Patterns** . . . . . . . . . . . . . . . . . . . . .12

    **The Three Stroke Ruff** . . . . . . . . . . . . . . . . . . . . . . . . .12

    **The Four Stroke Ruff** . . . . . . . . . . . . . . . . . . . . . . . . .17

    **The Five Stroke Ruff** . . . . . . . . . . . . . . . . . . . . . . . . .27

    **The Five Stroke Roll** . . . . . . . . . . . . . . . . . . . . . . . . .33

    **The Seven Stroke Ruff** . . . . . . . . . . . . . . . . . . . . . . . .35

    **The Seven Stroke Roll** . . . . . . . . . . . . . . . . . . . . . . . .36

    **The Nine Stroke Ruff** . . . . . . . . . . . . . . . . . . . . . . . . .40

    **The Nine Stroke Roll** . . . . . . . . . . . . . . . . . . . . . . . . .42

**The Flam** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .47

**The Paradiddle** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .63

**The Double Paradiddle** . . . . . . . . . . . . . . . . . . . . . . . . .67

**The Triple Paradiddle** . . . . . . . . . . . . . . . . . . . . . . . . .70

Cover Design: Debbie Johns Lipton

Copyright © 1968 BELWIN-MILLS PUBLISHING CORP. (ASCAP)
All Rights Administered by WARNER BROS. PUBLICATIONS U.S. INC.
All Reserved including Public Performance for Profit

Any duplication, adaptation or arrangement of the compositions
contained in this collection requires the written consent of the Publisher.
No part of this book may be photocopied or reproduced in any way without permission.

## RULES

1. Practice slowly at first without Hi-Hat and Bass Drum.
2. Memorize each exercise.
3. Add Hi-Hat and then Bass Drum.
4. Note sticking.

## CODE

Small Tom Tom
Snare Drum
Large Tom Tom
Bass Drum

Hi-Hat



### THE FOUR STROKE RUFF

The following Patterns contain almost all of the possible drum set applications of the Four Stoke Ruff. Patterns 1 through 3 are each presented in three version:  A) right hand lead; B) left hand lead; C) combination, using alternating Four Stroke Ruffs.

## PATTERN 1.



**4**





This new edition is dedicated to my mother, Mary N. Appice

Project Manager: Ray Brych • Editor: Rick Gratton • Inside poster photo: Robert Knight • Original oil painting of cover design: Arlene Lawin

Copyright © 1972 CARMINE APPICE ENTERPRISES, INC.
This Edition Copyright © 2001 Carmine Appice Enterprises, Inc.
16633 Ventura Blvd. #1450, Encino, California 91436
All Rights Reserved

No part of this book may be reproduced, stored in a retrieval system, or transmitted in any form or by any means,
electronic, mechanical, photocopying, recording, or otherwise, without the prior permission of the publisher.

Exclusively Distributed by:



**WARNER BROS. PUBLICATIONS**
Warner Music Group
An AOL Time Warner Company
USA: 15800 NW 48th Avenue, Miami, FL 33014



WARNER/CHAPPELL MUSIC
CANADA: 15800 N.W. 48th AVENUE
MIAMI, FLORIDA 33014
SCANDINAVIA: P.O. BOX 533, VENDEVAGEN 85 B
S-182 15, DANDERYD, SWEDEN
AUSTRALIA: P.O. BOX 353
3 TALAVERA ROAD, NORTH RYDE N.S.W. 2113
ASIA: THE PENINSULA OFFICE TOWER, 12th FLOOR
18 MIDDLE ROAD,
TSIM SHA TSUI, KOWLOON, HONG KONG

NUOVA CARISCH
ITALY: VIA CAMPANIA, 12
20098 S. GIULIANO MILANESE (MI)
ZONA INDUSTRIALE SESTO ULTERIANO
SPAIN: MAGALLANES, 25
28015 MADRID
FRANCE: CARISCH MUSICOM,
25, RUE D'HAUTEVILLE, 75010 PARIS

INTERNATIONAL MUSIC PUBLICATIONS LIMITED
ENGLAND: GRIFFIN HOUSE,
161 HAMMERSMITH ROAD, LONDON W6 8BS
GERMANY: MARSTALLSTR. 8, D-80539 MÜNCHEN
DENMARK: DANMUSIK, VOGNMAGERGADE 7
DK 1120 KOBENHAVNK

Any duplication, adaptation or arrangement of the compositions
contained in this collection requires the written consent of the Publisher.
No part of this book may be photocopied or reproduced in any way without permission.
Unauthorized uses are an infringement of the U.S. Copyright Act and are punishable by law.

*Realistic Rock*

Some exercises, such as polyrhythms, cannot be varied because the ride cymbal or Hi-Hat hand is playing set patterns. For polyrhythms, play the A, B and C patterns on the Hi-Hat (worked by foot).

_____ **Part 2**

TRK 1                    **Quarter Notes**





## Changing Bass Drum Patterns

## Sixteen Bar Solo Using Hand On 2 And 4





**Steady Four On The Snare**

**5**



# basix™

# Rock Drum Method

## Patrick Wilson

It's not easy learning a musical instrument, even for those who seem to have a natural ability or talent. It takes time to develop skills through practice and patience. While playing rock drums may seem easier than, perhaps, keyboard or guitar, it takes real dedication to become a virtuoso!

The ideal situation in learning any instrument is to find a great teacher. Very, very few of today's awesome players made it without someone's help. If you find you really love playing drums, you'll also find a way to study with an experienced drummer who has talent and the ability to help you do what you love: laying down great grooves and monster drives!

## ABOUT THE CD

 The CD that is available with the book features play-along pieces, so you can learn without having all your musician friends come over, watching and waiting while you work on playing! The right channel of the recording can be turned off, which has the drum track. Look for the CD logo throughout the book . . . it indicates where there are companion recorded examples!

 Tracks 1–12
**Play Now!**

The opening of the optional CD (Tracks 1–12) does not require use of the book. By just listening, it will take you step-by-step through the instruction needed to play a simple rock beat in less than 20 minutes! By the end of this session, you will be ready to play along with studio musicians laying down a basic rock beat!!!

**Featured drummer: Dave Tull**
Keyboards: Greg Hilfman
Bass: Tre Henry
Guitar: Steve Hall

Copyright © MCMXCVI Alfred Publishing Co., Inc.
All rights reserved. Printed in USA.

*Cover photo courtesy of Yamaha Corporation of America*

Alfred

# DIGGING IN!

Here are some basic rock-oriented patterns using sixteenths and dotted rhythms. Fills are played in the fourth bar. *The right hand plays on a closed hi-hat, read from the ride-cymbal line. (Because of this, the hi-hat has been omitted here.)* These are tricky, so it may take extra effort until you feel comfortable with them. Also, watch for dynamic markings (see the previous page).





◀ **Keith Moon** (The Who)
Photo: Courtesy of M.C.A.

*Keith Moon of The Who was one of the most influential rock drummers of all time; his often wild, expressive style reflected the general attitude of freedom and intensity that characterized the best classic rock of the 1960s and 1970s.*

# Early Rock   as in *Johnnie B. Goode* (Chuck Berry) and *Proud Mary* (Creedence Clearwater Revival)



## VARIATIONS

**A**   Try rim shots on the snare for an extra "kick."

**B**   Play the hi-hat on all four beats or play the ride cymbal part on closed hi-hat.

**C**   Instead of constant eighth notes on the ride cymbal, ocasionally mix in quarter notes.

**6**

# THE Drumset Musician

## by Rod Morgenstein and Rick Mattingly

ISBN 0-7935-6554-5



HAL•LEONARD®
CORPORATION
7777 W. BLUEMOUND RD. P.O. BOX 13819 MILWAUKEE, WI 53213

Copyright © 1997 by HAL LEONARD CORPORATION
International Copyright Secured    All Rights Reserved

For all works contained herein:
Unauthorized copying, arranging, adapting, recording or public performance is an infringement of copyright.

# ■ CHAPTER ONE

## 8th-note beats

This chapter begins with rock beats featuring both 8th-note and quarter-note ride patterns. The examples in this section are all in 4/4 time, which is the most common time signature used in rock music. In fact, 4/4 is also known as "common time" and instead of the 4/4 time signature you'll sometimes see a large C at the beginning of the staff.

We will start with an 8th-note ride pattern. Since we are in 4/4 time, the 8th notes are dividing each beat in half, and so they are counted "1 & 2 & 3 & 4 &." To begin, play straight 8th notes over and over on the ride cymbal or closed hi-hat with one hand, counting as in the example at right.

Next, play the ride pattern with one hand on the ride cymbal or hi-hat, and also play the snare drum with the other hand on counts 2 and 4, as shown in the example at right.

Now, try playing the bass drum along with either the ride cymbal or hi-hat. The bass drum notes should be played on counts 1 and 3, as in the example at right.

When you are comfortable with that, try playing ride cymbal (or hi-hat), snare drum and bass drum together, as in pattern 1a on page 11.

On the following pages, the left column consists of patterns with an 8th-note ride. Although the notation shows the 8th notes on the hi-hat, the examples should also be practiced with ride cymbal. Use the 8th-note ride as a framework and keep it very steady. Practice slowly at first so you can concentrate on accuracy and precision. Once you are playing a pattern correctly, you can work on playing it at faster tempos.

The right-hand columns on the following pages feature beats with a quarter-note ride. In each example, the bass drum and snare drum are playing the same pattern as you go across the page. The only difference is in the ride pattern. Even though you will not be playing 8th notes on every beat, you should still count "1 & 2 & 3 & 4 &" throughout the pattern so that when you do have an 8th on the second part of a beat in the bass drum or snare drum part, you will be able to place it precisely. Remember that the spaces between notes are just as important as the notes you play.



Listen to track 1 on the CD to hear how selected beats from this chapter should sound. Once you are comfortable with the patterns on a page, try playing them along with tracks 3, 5, 7 and 9 on the CD.

## Left-foot hi-hat

When playing the ride cymbal, many drummers keep a pulse with the left foot on the hi-hat pedal. Two common hi-hat patterns are shown at right that can be used with the patterns in Chapter One. Be sure to bring the two hi-hat cymbals together sharply so as to produce a "chick" sound. Adding a fourth limb is a challenge, so be patient.



# 7



# The Phunky Hip-Hop Drummer

## By

## the Beat Professor

## Bob Ernest

### INCLUDES CD
#### with 6 play-along grooves
#### featuring DJ Tonee McGuire

Art Work Inspiration and Collaboration: Zachary Ernest. Audio produced and recorded by Chris Christensen at Mad Labs Studio. Special thanks to Richard Wilson, Scott Rosner, Stan Iceland, Chris Christensen, George Marsh, Chris and Eric at Chronic Music; Andrea, Berta, Matt, Alec, Zachary, Jim Long and Sandy Feldstein. Also, thanks to Jack Verga aka Cactusjack for the inspiration and technical assistance.

## CARL FISCHER®
65 Bleecker Street, New York, NY 10012

Copyright © 1999 by Carl Fischer, LLC
*International Copyright Secured.*
All rights reserved including performing rights.
WARNING! This publication is protected by Copyright law. To photocopy or reproduce by
any method is an infringement of the Copyright law. Anyone who reproduces copyrighted
matter is subject to substantial penalties and assessments for each infringement.
Printed in the U.S.A.

O5459

ISBN 0-8258-3604-2

## The Basic Beat.

Pattern number 1 is a must if you're going to play Hip-Hop or Funk. You've got to play it at all tempos and make it groove! Patterns 2-7 are simple variations of pattern number 1.



# New Rhythms.

♪♩♩ , ♪♪♩ .  Some new sixteenth note patterns to break-up between the Snare Drum and the Bass Drum.



# New Rhythms.

Don't forget the accents in pattern twelve.



**8**

# S T E P | O N E :

# *Play* Rock Drums

### by Joel Rothman
**Everything you need to know to play rock drums like a pro.**
**No previous knowledge of drums necessary.**
**Packed with solid instruction and useful photos to help you every step of the way.**

Cover photography by Randall Wallace

This book Copyright © 1999 by Amsco Publications,
A Division of Music Sales Corporation, New York

All rights reserved. No part of this book may be
reproduced in any form or by any electronic or mechanical means,
including information storage and retrieval systems,
without permission in writing from the publisher.

Order No. AM 947529
US International Standard Book Number: 0.8256.1669.7
UK International Standard Book Number: 0.7119.6960.4

Exclusive Distributors:
**Music Sales Corporation**
257 Park Avenue South, New York, NY 10010 USA
**Music Sales Limited**
8/9 Frith Street, London W1V 5TZ England
**Music Sales Pty. Limited**
120 Rothschild Street, Rosebery, Sydney, NSW 2018, Australia

Printed in the United States of America by
Vicks Lithograph and Printing Corporation

**Amsco Publications**
New York/London/Sydney

Notice that the hi-hat rhythm is played continually, while the left stick strikes the snare only on the counts of two and four. This is the simplest, most basic pattern in rock drumming.

## Elementary Rock Beats

The following group of exercises shows various possibilities for playing the bass drum, while the hi-hat and snare drum are played exactly as indicated in the last exercise.




Notes for the bass drum have their stems facing down, and the staff will now include a second line specifically for the bass drum part.



# 9

# ABSOLUTE BEGINNERS
# Drums



AMSCO PUBLICATIONS
London/New York/Paris/Sydney/Copenhagen/Madrid

Exclusive Distributors:
**Music Sales Corporation**
257 Park Avenue South
New York, NY 10010 USA.

**Music Sales Limited**
8/9 Frith Street,
London W1D 3JB, England.

**Music Sales Pty Limited**
120 Rothschild Avenue,
Rosebery, NSW 2018, Australia.

Order No. AM 92617
ISBN 0.7119.7429.2

This book © Copyright 1999 by Amsco Publications,
A Division of Music Sales Corporation, New York
www.musicsales.com

Unauthorized reproduction of any part of this publication by any
means including photocopying is an infringement of copyright.

Written by Dave Zubraski
Cover and text photographs by George Taylor
Other photographs courtesy of LFI/Redferns
Book design by Chloë Alexander
Model & drum consultant Jim Benham

Printed in United States of America by
Vicks Lithograph and Printing Corporation

# Basic rock rhythms

Now let's try playing a basic rock rhythm. We'll break it down into three stages:

**Stage 1** Play the following eighth-note rhythm on the closed hi-hat with your right hand.

Say the count as you play: **1** & **2** & **3** & **4** & etc.

Keep practicing this exercise until you can play it with smoothness and ease.

 demonstrates this rhythm slowly, and

 speeds it up a bit.



**Stage 2** Play the hi-hat rhythm as before, but now also play the snare drum with your left hand on beats 2 and 4. This means that on beats 2 and 4 you are playing both the snare and hi-hat simultaneously.

 is a slower example of this rhythm.

If you have trouble putting the snare and hi-hat parts together, isolate the snare part and just play on beats 2 & 4. Once you've got that rock steady, add the eighth-note hi-hat part.

Track 5 is slightly faster.



**Tip**

This symbol is called a repeat sign and it means you play all the bars that fall between two such signs twice. The first repeat sign is usually left out if it comes at the beginning of a piece.

When playing the closed hi-hat and snare drum your right hand crosses over your left hand as shown in the photograph.



# 10

# Play
# Drums
## Today!

### A Complete
### Guide to
### the Basics

by Scott Schroedl

Recording Credits:
Todd Greene, Producer
Jake Johnson, Engineer
Doug Boduch, Guitar
Scott Schroedl, Drums
Tom McGirr, Bass
Warren Wiegratz, Keyboards
Andy Drefs, Narration

ISBN 0-634-02185-0



HAL•LEONARD®
CORPORATION
7777 W. BLUEMOUND RD. P.O. BOX 13819 MILWAUKEE, WI 53213

Copyright © 2001 HAL LEONARD CORPORATION
International Copyright Secured  All Rights Reserved

For all works contained herein:
Unauthorized copying, arranging, adapting, recording or public performance is an infringement of copyright.
Infringers are liable under the law.

Visit Hal Leonard Online at
**www.halleonard.com**

## Half-Open (Sloshy) Hi-Hat

Half-open (sloshy) hi-hat notes is written on the top space above the
staff, but has an "o" with a line through it above each note.



To achieve the half-open "sloshy" sound, release some pressure on the pedal so that, when you hit
the cymbals, you hear a "sizzle." You can also think of this as sort of "sloppy" closed hat sound.


Track 30

## Sloshy Hat



## Foot Hi-Hat

You can also play the hi-hats without hitting them—by stepping on the pedal with your left foot.



■ Hi-hat played with the
foot is written just below
the staff, stem down.



Starting position for this technique is with your foot on the pedal, holding the cymbals closed. Just
before the note to be played, open the cymbals by lifting your foot. Close the cymbals on the beat
to be played, and hold them closed until you need to play them again. This way, you're not holding
the cymbals open waiting for the next note. It's also easier to keep your balance on the stool.

# 11



# Drum Beats & Loops

**SOUND LIBRARY SERIES**

*The Ultimate Resource for Digital Composing*

By Scott Schroedl

Produced by John Machnik

ISBN 0-634-01815-9



**HAL•LEONARD®**
CORPORATION
7777 W. BLUEMOUND RD. P.O. BOX 13819 MILWAUKEE, WI 53213

Copyright © 2001 by HAL LEONARD CORPORATION
International Copyright Secured All Rights Reserved

No part of this book may be reproduced in any form or by
any means without the prior written permission of the Publisher.

Visit Hal Leonard Online at
**www.halleonard.com**

# East Coast

