# EXHIBIT D

1

Dockets.Justia.com

List of prepared music tracks on compact disc.

| Track | Title |
|-------|-------|
| 1 | *Bust Dat Groove* |
| 2 | Celebrex |
| 3 | *Aparthenonia* |
| The next three tracks were prepared by Donato Music from the *Ultimate Realistic Rock Drum Method by Joe Cusatis.* | |
| 4 | Basic hi-hat/snare patterns |
| 5 | Page 17 number 12 |
| 6 | Page 17 number 14 |
| The next five tracks are excerpts taken from commercially available recordings. Corresponding musical transcriptions of each excerpt are attached. | |
| 7 | *Stomp Em Out* (excerpt) recorded by Mobb Deep, currently available on the album titled "Juvenile Hell" released 1995. |
| 8 | *It's A New Day* (excerpt) recorded by The Skill Snaps 1974 (currently available on the album titled "Mastercuts Breaks" Various Artists). |
| 9 | *Love and Happiness* (excerpt) recorded by Al Green originally recorded 1972 (currently available on the CD titled "Al Green Greatest Hits). |
| 10 | *Float On* (excerpt) recorded by The Floaters 1977 (currently available on The Floaters album titled "Float On"). |
| 11 | *Gatur Bait* (excerpt) recorded by The Gaturs 1994 (currently available on The Gaturs album titled "Wasted." |

# A HARD COPY OF THIS PART OF EXHIBIT D TO THE DECLARATION OF ANTHONY RICIGLIANO HAS BEEN FILED WITH THE CLERK OF THE COURT



# Stomp Em Out

Exhibit D Track 7 (Declaration A. Ricigliano)

Excerpt from 0:15 to 0:34



## "It's a New Day"

Exhibit D Track 8 (Declaration A. Ricigliano)

Excerpt from 0:00 - 0:34







"Love and Happiness"

Excerpt from 0:35-1:00

Exhibit D Track 9 (Declaration A. Ricigliano)

"Love and Happiness"    Exhibit D Track 9 (Declaration A. Ricigliano)    *Page: 2*

"Float on"    Exhibit D Track 10 (Declaration A. Ricigliano)
Excerpt Starting at 3:05

# Gatur Bait

Excerpt from 0:00 to 0:27

Exhibit D Track 11 (Declaration A. Ricigliano)