# EXHIBIT E

# Celebrex       Exhibit E (Declaration A. Ricigliano)







Celebrex    **Exhibit E** (Declaration A. Ricigliano)    *Page: 4*

