DAVIS & GILBERT LLP
Sara Edelman (SE 2540)
1740 Broadway
New York, New York 10019
(212) 468-4800

Attorneys for Publicis, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RALPH VARGAS, and
BLAND-RICKY ROBERTS,

   Plaintiffs,

-against-

PFIZER INC., PUBLICIS, INC., FLUID MUSIC,
EAST WEST COMMUNICATIONS, INC. and :
BRIAN TRANSEAU p/k/a "BT,

   Defendants.

04 CV 9772 (WHP)

**RULE 7.1 DISCLOSURE STATEMENT**

ECF CASE

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned counsel of record for defendant Publicis, Inc., a private (non-governmental) party, certifies that the following are its corporate parents and any publicly held corporation that owns 10% or more of its stock:

 Publicis USA Holdings, Inc.
 Publicis Groupe SA

Dated: June 30, 2005

DAVIS & GILBERT LLP

By: _____
 Sara Edelman (SE 2540)
1740 Broadway
New York, New York 10019
Attorneys for Defendant Publicis, Inc.

# CERTIFICATE OF SERVICE

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that on the 30th day of June 2005, I caused to be served a copy of the foregoing Rule 7.1 Statement by first class mail, postage prepaid, upon counsel for Plaintiff and Co-Defendants as follows:

        Paul A. Chin, Esq.
        Law Offices of Paul A. Chin
        233 Broadway, 5th Floor
        New York, NY 10279
        Attorneys for Plaintiffs

        Edward P. Kelly, Esq.
        Tiajoloff & Kelly
        The Chrysler Building, 37th Fl.
        405 Lexington Avenue
        New York, NY 10174
        Attorneys for Defendant Alanda Music, Ltd.
        d/b/a Fluid Music

        Eric M. Stahl, Esq.
        Davis Wright Tremaine LLP
        1501 4th Avenue, Suite 2600
        Seattle, WA 98101-1688
        Attorneys for Defendants East West
        Communications, Inc. and Brian Transeau

        Bruce P. Keller, Esq.
        Debevoise & Plimpton LLP
        919 Third Avenue
        New York, NY 10022
        Attorneys for Defendant Pfizer, Inc.

_____
SARA EDELMAN