Edward P. Kelly (EK 8340)
Tiajoloff & Kelly
The Chrysler Building, 37th Fl.
405 Lexington Avenue
New York, NY 10174
(212) 490-3285

Attorneys for Defendant
Alanda Music, Ltd. d/b/a Fluid Music

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

———————————————————————

| | |
|---|---|
| RALPH VARGAS, and<br>BLAND-RICKY ROBERTS | : **DISCLOSURE STATEMENT**<br>: **PURSUANT TO RULE 7.1(a)**<br>: **FED. RULES CIV. P.** |
| Plaintiffs, | : |
| v. | : |
| PFIZER INC., PUBLICIS, INC., FLUID MUSIC,<br>EAST WEST COMMUNICATIONS, INC. and<br>BRIAN TRANSEAU p/k/a "BT" | : Civil Action No.: 04 CV 9772 (WHP)<br>:<br>: ECF CASE |
| Defendants. | : Judge William H. Pauley III |

———————————————————————

Pursuant to Rule 7.1(a), Fed. Rules Civ. P., Defendant Alanda Music, Ltd. d/b/a Fluid Music

Vargas et al v. Pfizer Inc. et al          Doc. 35

(herewith "Defendant") which is a non-governmental corporate party in the referenced action

states that it has no parent corporation and any publicly held corporation that owns 10% or more

of its stock. This statement is submitted in duplicate.

Dockets.Justia.com

Respectfully submitted,

Dated: June 30, 2005

Edward P. Kelly (EK 8430)
Attorney for Defendant
Alanda Music, Ltd. d/b/a Fluid Music

Tiajoloff & Kelly
The Chrysler Building, 37th Fl.
405 Lexington Avenue
New York, NY 10174
(212) 490-3285 (tel.)
(212) 490-3295 (fax)