

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/30/2005

# Davis Wright Tremaine LLP

LAWYERS



ANCHORAGE   BELLEVUE   LOS ANGELES   NEW YORK   PORTLAND   SAN FRANCISCO   SEATTLE   SHANGHAI   WASHINGTON, D.C.

1633 BROADWAY
NEW YORK, NY 10019-6708

TEL (212) 489-8230
FAX (212) 489-8340
www.dwt.com

JUN 30 2005
CHAMBERS OF
WILLIAM H. PAULEY
U.S.D.J.

June 30, 2005

**VIA FACSIMILE**

Hon. William H. Pauley
United States District Judge
United States Courthouse
Room 2210
500 Pearl Street
New York, New York 10007-1581

Application Granted.

**SO ORDERED:**

_____
WILLIAM H. PAULEY III U.S.D.J.
6/30/05

Re:   Vargas, et al. v. Pfizer, Inc., et al. (04 CV 9772) (WHP)

Dear Judge Pauley:

    This firm represents defendants East West Communications, Inc. and Brian Transeau in the above-entitled matter. I write concerning the summary judgment motion which is to be filed on behalf of all defendants today. A few of the exhibits to the declarations in support of that motion cannot be electronically filed. Specifically, one of the exhibits is a CD, and another is color printout of computer generated sound wave analyses of the works in question, which will likely be distorted when converted to PDF format for electronic filing.

    The Clerk of the Court has informed me that your Honor's permission is required in order for defendants to file these exhibits in hard copy form. We respectfully request that the Court grant such permission. Given the exigency of this request, your Honor's clerk has informed us that we may transmit this letter to the Court by facsimile.

Respectfully,

Samuel M. Leaf

NYC 159286v1 68291-1

Dockets.Justia



Hon. William H. Pauley
June 30, 2005
Page 2


cc:   (via facsimile)
      Paul A. Chin, Esq.
      Bruce P. Keller, Esq.
      Edward P. Kelly, Esq.
      Sara L. Edelman, Esq.

NYC 159286v1 68291-1