UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

RALPH VARGAS, and
BLAND-RICKY ROBERTS

    Plaintiffs,

vs.

PFIZER INC., PUBLICIS, INC., FLUID MUSIC,
EAST WEST COMMUNICATIONS, INC. and
BRIAN TRANSEAU p/k/a "BT"

    Defendants.

Case No.: 04 CV 9772 (WHP)

ECF CASE

Hon. William H. Pauley III

---

## AMENDED NOTICE OF MOTION FOR SUMMARY JUDGMENT

Samuel L. Leaf (SL 0633)
Eric M. Stahl (*pro hac vice*)
Davis Wright Tremaine LLP
1633 Broadway
New York NY 10019-6708
(212) 489-8230
*Attorneys for Defendant East West
Communications, Inc. and Brian Transeau*

Sara L. Edelman (SE 2540)
Davis & Gilbert LLP
1740 Broadway
New York, NY 10019
(212) 468-4800
*Attorneys for Defendant Publicis, Inc.*

Bruce P. Keller BK (9300)
Debevosie & Plimpton LLP
919 Third Avenue
New York, NY 10022
(212) 909-6000
*Attorneys for Defendant Pfizer, Inc.*

Edward P. Kelly (EK 8340)
Tiajoloff & Kelly
The Chrysler Building, 37th Fl.
405 Lexington Avenue
(212) 490-3285
*Attorneys for Defendant Fluid Music*

**PLEASE TAKE NOTICE** that, upon the upon the Declaration of Edward Kelly dated June 30, 2005, and the exhibits annexed thereto, the Declaration of Anthony Ricigliono dated June 29, 2005, and the exhibits annexed thereto, the Declaration of Brad Stratton, dated June 29, 2005; the Declaration of Brian Transeau, dated June 28, 2005; the Declaration of Rhys Moody, dated June 27, 2005, the accompanying memorandum of law, and upon all prior pleadings and proceedings had herein, Defendants Pfizer, Inc., Publicis, Inc., Alanda Music, Ltd. d/b/a Fluid Music, East West Communications, Inc. and Brian Transeau (hereinafter "Defendants"), hereby move this Court, before the Honorable William H. Pauley III, at the United States Courthouse for the Southern District New York, located at 500 Pearl Street, New York, New York, for an Order pursuant to Rule 56 of the Federal Rules of Civil Procedure, dismissing the Complaint on the ground that the work allegedly infringed is not sufficiently original to be protectible under the Copyright Act.

The date for Plaintiffs' response and oral argument is set forth in the Court's Order of June 10, 2005.

WHEREFORE, Defendants request that the Court grant their motion and provide the relief set forth in the Proposed Order submitted herewith.

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP

Dated: July 1, 2005

By: _____
Samuel M. Leaf (SL 0633)
Eric M. Stahl (admitted pro hac vice)

1633 Broadway
New York, NY 10019
(212) 489-8230
*Attorneys for Defendants East West
Communications, Inc. and Brian Transeau*

2

Bruce P. Keller
Debevoise & Plimpton LLP
919 Third Avenue
New York, New York 10022
*Attorneys for Defendant Pfizer, Inc.*

Sara L. Edelman
Davis & Gilbert LLP
1740 Broadway
New York, New York 10019
*Attorneys for Defendant Publicis, Inc*

Edward P. Kelly
Tiajoloff & Kelly
The Chrysler Building, 37th Floor
405 Lexington Avenue
New York, New York 10174
*Attorneys for Defendant Fluid Music*

To: Paul A. Chin
     Law Offices of Paul A. Chin
     233 Broadway, 5th Floor
     New York, NY 10279
     *Attorneys for Plaintiffs*
     *Ralph Vargas and Bland-Ricky Roberts*

159326