UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK

----------------------------------------------------------------- x
RALPH VARGAS and
BLAND-RICKY ROBERTS,

      Plaintiffs,

  - against -

PFIZER INC., PUBLICIS, INC., FLUID
MUSIC, EAST WEST COMMUNICATIONS,
INC. and BRIAN TRANSEAU p/k/a "BT",

      Defendants.
----------------------------------------------------------------- x

Case No. 04 CV 9772 (WHP)

## DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for defendant East West Communications, Inc. ("East West") certifies that East West is a privately held corporation that has no parent company, and no publicly traded corporation owns 10% or more of East West's stock.

Dated: July 6, 2005

                DAVIS WRIGHT TREMAINE LLP

                By: _____
                  Samuel M. Leaf (SL 0635)
                  Eric Stahl (*pro hac vice*)

                1633 Broadway
                New York, New York 10019
                (212) 489-8230

                *Attorneys for Defendant*
                *East West Communications, Inc.*

NYC 159312v1 68284-1              1

Dockets.Justia.com