UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK

------------------------------------------------------- x

RALPH VARGAS and                          :
BLAND-RICKY ROBERTS,                      :          Case No. 04 CV 9772 (WHP)
                                          :
                    Plaintiffs,           :          **ECF CASE**
                                          :
             - against -                  :
                                          :          **AFFIDAVIT OF SERVICE**
PFIZER INC., PUBLICIS, INC., FLUID        :
MUSIC, EAST WEST COMMUNICATIONS,          :
INC. and BRIAN TRANSEAU p/k/a "BT",       x

                    Defendants.

-------------------------------------------------------


        I, LESLIE MAJER being sworn, say: I am not a party to the action, am

over 18 years of age and reside at Brooklyn, New York. On July 6, 2005, I served the within

DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1 on the following

individuals in the manner indicated below:


        BY ECF


TO:     Bruce Keller, Esq.
        DEBEVOISE & PLIMPTON LLP
        919 Third Avenue
        New York, New York 10022
        (212) 909-6836
        Attorneys for Defendant Pfizer, Inc.

        Edward P. Kelly, Esq.
        TIAJOLOFF & KELLY
        Chrysler Building, 37th Floor
        405 Lexington Avenue
        New York, New York 10174
        (212) 490-3295
        Attorneys for Defendant Fluid Music

1

Sara L. Edelman, Esq.
DAVIS & GILBERT, LLP
1740 Broadway
New York, New York 10019
(212) 468-4888
Attorneys for Defendant Publicis, Inc.

Paul A. Chin, Esq.
LAW OFFICES OF PAUL A. CHIN
The Woolworth Building
233 Broadway, 5th Floor
New York, New York 10279
(212) 964-2575
Attorney for Plaintiffs

_____
LESLIE MAJER

Sworn to before me this
___ day of July, 2005.

_____
Notary Public

159427

PHYLLIS SCHOENBERG
Notary Public, State of New York
No. 01SC4953986
Qualified in New York County
Commission Expires 9/2/05

2