**Copyright | Search Records Results**

Registered Works Database (Claimant Search)
**Search For:** JBR, INC/JBR RECORDS, INC/JBR RECORDS
*1 Item*
**For a list of commonly used abbreviations that appear in the catalog record, click here.**

---

1. Registration Number: SR-178-748
   Title: Funky drummer : vol. 2.
   Imprint: JBR Records 14001, c1994.
   Description: Sound disc : 33 1/3 rpm ; 12 in.
   Note: Performed by Ralph Vargas & Carlos Bess.
   Claimant: (p) on recording; acJBR Records, Inc. (employer for hire)
   Created: 1994
   Published: 11Feb94
   Registered: 26Jan95
   Miscellaneous: C.O. corres.
   Contents: The hoody beat. Mo' phatt beat. Butters. Phatty phatt. Beats out the Rap to disc. Boy got feel. IOU dat. Mad flavor. Beat to dat. Ode to M Sticks. The shit is mad phatt. Bust dat groove (w/ ride) Bust dat gro (w/o ride) Bess Sabbath. Sly Bess.
   Special Codes: 7/U/L

---

Home | Contact Us | Legal Notices | Freedom of Information Act (FOIA) | Library of Congress

U.S. Copyright Office
101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707-3000