# LAW OFFICES OF PAUL A. CHIN
### MEMBER NEW YORK & MARYLAND BARS

July 20, 2005

**VIA HAND DELIVERY**
The Honorable William H. Pauley III
U.S. District Court for the Southern District of New York
500 Pearl Street
Chambers 2210
Courtroom 11D
New York, NY 10007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/24/05

JUL 21 2005
CHAMBERS OF
WILLIAM H. PAULEY
U.S.D.J.

    Re:    *Vargas, et. al. v. Pfizer, Inc., et. al.*
           *Case No.: 04 CV 9772 (WHP)*

Dear Judge Pauley:

This firm represents Plaintiffs in the above referenced matter. Plaintiffs request that the Court grant them an extension of time in which to file their Opposition to Defendants' Motion for summary judgment and allow Plaintiffs to file their Opposition by Friday, July 22, 2005.

Pursuant to the current Scheduling Order, Plaintiffs' Opposition is required to be filed by Thursday, July 21, 2005. Plaintiffs are requesting one additional day in order to complete their Opposition. Plaintiffs have received consent from all Defendants regarding this request for an extension of time. Plaintiffs have also consented to Defendants request for one additional day in which to file their Reply. No previous request for extensions have been requested by either Plaintffs or Defendants. The requested extensions will not change the other deadlines in the current Scheduling Order.

Therefore, Plaintiffs respectfully request that the Court allow Plaintiffs to file their Opposition to Defendants' Motion for summary judgment by Friday, July, 22, 2005, and allow Defendants to file their Reply by Tuesday, August 2, 2005.

                                Respectfully submitted,

                                Paul A. Chin

Cc:    Sara Edelman, Esq.    (via fax)
        (Attorney for Defendant Publicis, Inc.)

        Eric M. Stahl, Esq.    (via fax)

Application Granted.

**SO ORDERED:**

WILLIAM H. PAULEY III U.S.D.J.

Sam Leaf, Esq.        (via fax)
(Attorneys for Defendants Brian Transeau and East West Communications, Inc.)

Bruce P. Keller, Esq.  (via fax)
(Attorney for Defendant Pfizer, Inc.)

Edward P. Kelly, Esq. (via fax)
(Attorney for Defendant Fluid Music)