UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK

------------------------------------------------------------x

RALPH VARGAS and
BLAND-RICKY ROBERTS,

        Plaintiffs,

- against -

PFIZER, INC., PUBLICIS, INC., FLUID
MUSIC, EAST WEST COMMUNICATIONS,
INC. and BRIAN TRANSEAU p/k/a "BT",

        Defendants.

------------------------------------------------------------x

Case No. 04 CV 9772 (WHP)

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that ERIC STAHL of DAVIS WRIGHT TREMAINE LLP hereby enters his appearance as co-counsel for defendants EAST WEST COMMUNICATIONS, INC. and BRIAN TRANSEAU in the above-captioned proceeding, and requests that notice of all matters arising herein, and all documents and papers in this case, be served on the undersigned attorneys at the address stated below.

Dated: New York, New York
       July 5, 2005

DAVIS WRIGHT TREMAINE LLP

By: _____
      Eric Stahl (ES 8910)

1501 Fourth Avenue
Seattle, Washington, 98101-1688
(206) 628-7762
Email: ericstahl@dwt.com

Attorneys for Defendants East West
Communications and Brian Transeau

1

TO: Bruce Keller, Esq.
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
(212) 909-6000
Attorneys for Defendant Pfizer, Inc.

Edward P. Kelly, Esq.
TIAJOLOFF & KELLY
Chrysler Building, 37th Floor
405 Lexington Avenue
New York, New York 10174
(212) 490-3285
Attorneys for Defendant Fluid Music

Sara L. Edelman, Esq.
DAVIS & GILBERT, LLP
1740 Broadway
New York, New York 10019
(212) 468-4897
Attorneys for Defendant Publicis, Inc.

Paul A. Chin, Esq.
LAW OFFICES OF PAUL A. CHIN
The Woolworth Building
233 Broadway, 5th Floor
New York, New York 10279
(212) 964-8030

159378