UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK

------------------------------------------------------------x

RALPH VARGAS and
BLAND-RICKY ROBERTS,

           Plaintiffs,

    - against -

PFIZER, INC., PUBLICIS, INC., FLUID
MUSIC, EAST WEST COMMUNICATIONS,
INC. and BRIAN TRANSEAU p/k/a "BT",

           Defendants.

------------------------------------------------------------x

Case No. 04 CV 9772 (WHP)

**DECLARATION OF SERVICE**

      I hereby declare that on July 25, 2005, I electronically filed the following documents with the Clerk of the Court using the CM/ECF system:

1.     Notice of Appearance; and

2.     Declaration of Service

The Court's CM/ECF system will send notification of such filing to the following persons:

Bruce Keller, Esq.
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
(212) 909-6000
Attorneys for Defendant Pfizer, Inc.

Edward P. Kelly, Esq.
TIAJOLOFF & KELLY
Chrysler Building, 37th Floor
405 Lexington Avenue
New York, New York 10174
(212) 490-3285
Attorneys for Defendant Fluid Music

Sara L. Edelman, Esq.
DAVIS & GILBERT, LLP
1740 Broadway
New York, New York 10019
(212) 468-4897
Attorneys for Defendant Publicis, Inc.

Paul A. Chin, Esq.
LAW OFFICES OF PAUL A. CHIN
The Woolworth Building
233 Broadway, 5th Floor
New York, New York 10279
(212) 964-8030

I declare under penalty of perjury under the laws of the United States of America that the foregoing statement is true and correct.

Executed at Seattle, Washington, this 25th day of July, 2005.

                                                        Christine Kruger