Y: JAMES E. MCMILLAN, ... ->JAMES E. MCMILLAN, PC ; ...
TVED: 11/10/04 11:01AM;
FROM : ROBERTS INTERNATIONAL    FAX NO. : 570 5881154    Nov. 10 2004 11:03AM P2

UNITED STATES COPYRIGHT OFFICE

Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**PA 744-655**

EFFECTIVE DATE OF REGISTRATION

**JAN 27 1995**

Month . Day . Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** TITLE OF THIS WORK ▼

BUST DAT GROOVE

PREVIOUS OR ALTERNATIVE TITLES ▼

BUST DAT GROOVE W/RIDE
BUST DAT GROVE W/O RIDE

NATURE OF THIS WORK ▼ See instructions

MUSIC - DRUM RHYTHM/DRUM LOOPS

**2** NAME OF AUTHOR ▼

RALPH VARGAS

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
Citizen of ▶ USA
OR { Domiciled in ▶ USA

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼

MUSIC - DRUM RHYTHM/DRUM LOOPS

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Citizen of ▶
OR { Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No

NATURE OF AUTHORSHIP

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Citizen of ▶
OR { Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No

NATURE OF AUTHORSHIP

**3** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
1991

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Day ▶ 15   ▶ FEBRUARY   ▶ 1994
UNITED STATES OF AMERICA

**4** COPYRIGHT CLAIMANT(S)

VARAL PUBLISHING
530 EAST 76TH STREET, SUITE 26H
NEW YORK NY 10021

APPLICATION RECEIVED
JAN 27 1995
ONE DEPOSIT RECEIVED
JAN 27 1995
TWO DEPOSITS RECEIVED
REMITTANCE NUMBER AND DATE

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

RALPH VARGAS D/B/A VARAL PUBLISHING

MORE ON BACK ▶

on March 15, 1995, with Jane Peterer.

☐ CORRESPONDENCE
  Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
☐ This is the first published edition of a work previously registered in unpublished form.
☐ This is the first application submitted by this author as copyright claimant.
☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼     **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
**Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**

See instructions
before completing
this space

**Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼     Account Number: ▼

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼
GlobeArt Inc.
550 East 76th Street, Suite 26H
New York NY 10021

GlobeArt Inc.
550 East 76th Street
Suite 26H
New York, NY 10021

Be sure to
give your
daytime phone
number

Area Code & Telephone Number ▶ 212 - 249 9220

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of **VARAL PUBLISHING**
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
                                                                    date ▶ 1/26/95

Handwritten signature (X) ▼

MAIL
CERTIFI-
CATE TO

Name ▼
GLOBEART INC.
Number/Street/Apartment Number ▼
550 EAST 76TH STREET, STE 26H
City/State/ZIP ▼
NEW YORK NY 10021

**9**

Certificate
will be
mailed in
window
envelope

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material

MAIL TO:
Register of Copyrights
Library of Congress
Washington, D.C. 20559