# Document Cover Sheet
UNITED STATES COPYRIGHT OFFICE

**For Recordation of Documents**

Copyright Office fees are subject to change. For current fees check the Copyright Office website at www.copyright.gov, write to the Copyright Office, or call (202) 707-3000.

Volume _____ Document _____

Volume _____ Document _____

Date of Recordation M ___ D ___ Y ___
(ASSIGNED BY THE COPYRIGHT OFFICE)

Funds Received _____

**DO NOT WRITE ABOVE THIS LINE · SEE INSTRUCTIONS ON REVERSE**

To the Register of Copyrights: *Please record the accompanying original document or properly certified copy thereof.*

**1** First party name given in the document: **JBR Records, Inc.**
(IMPORTANT: Please read instruction for this and other spaces.)

**2** First title given in the document: **Copyright Assignment**

**3** Total number of titles in the document: **1**

**4** Amount of fee calculated: **$80**

**5** Fee enclosed
☒ Check ☐ Money order
☐ Fee authorized to be charged to Copyright Office Deposit Account

Deposit Account number _____

Deposit Account name _____

**6** Completeness of document
☒ Document is complete by its own terms    ☐ Document is not complete. Record "as is."

IMPORTANT NOTE: A request to record a document "as is" under 37 CFR §201.4(c)(2) is an assertion that: (a) the attachment is completely unavailable for recordation; (b) the attachment is not essential to the identification of the subject matter of the document; and (c) it would be impossible or wholly impracticable to have the parties to the document sign or initial a deletion of the reference to the attachment.

**7** Certification of Photocopied Document

Complete this certification if a photocopy of the original signed document is substituted for a document bearing the actual original signature.
NOTE: This space may not be used for documents that require an official certification.

I declare under penalty of perjury that the accompanying document is a true and correct copy of the original document.

Signature _____ Date _____

Duly authorized agent of _____

**8** Return to:
Name: **Law Offices of Paul A. Chin - Attn: Paul Chin, Esq**
Number/Street: **233 Broadway** Apt/Suite: **5th Floor**
City: **New York** State: **NY** Zip: **10279**
Phone number: **212-964-8030** Fax number: **212-964-2575**
Email: **lawyerchin@aol.com**

SEND TO: *Library of Congress, Copyright Office, Documents Recordation Section, LM-462, 101 Independence Avenue SE, Washington, DC 20559-6000*
INCLUDE ALL THESE TOGETHER: (1) Two copies of this form; (2) payment from a Deposit Account or by check/money order payable to *Register of Copyrights*; and (3) your document.

# COPYRIGHT ASSIGNMENT

**WHEREAS**, JBR RECORDS, INC., a New York Corporation (Assignor), is the owner of all copyrights in and to the sound recording entitled "FUNKY DRUMMER: VOL. 2," Copyrighted Registration Number SR-178-748 (the "Work"); and

**WHEREAS**, Assignor has agreed to assign the Work to BLAND RICKY ROBERTS (Assignee), and Assignee wished to acquire all of Assignor's rights, title and interest in and to the Work, including copyrights therein and any and all renewals and extensions thereof;

**NOW, THEREFORE** for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, Assignor does hereby assign to Assignee, free and clear of all liens, claims and encumbrances, all of Assignor's right, title and interest in and to the Works, including any and all copyrights therein, and any and all renewals and extensions thereof under applicable law. This COPYRIGHT ASSIGNMENT is intended to meet all requirements of section 204(a) of the Copyright Act of 1976 and all amendments thereto.

This COPYRIGHT ASSIGNMENT is made effective as of January 1, 1997

**ASSIGNOR: JBR RECORDS, INC.**
By: _[signature]_
Its: President
Date: 10/09/05

**ACCEPTED:**
_[signature]_
Bland-Ricky Roberts - Assignee
Date: 10/09/05

**STATE OF NEW YORK** )
)ss.:
**COUNTY OF NEW YORK**)

On _October 9_, 2005, before me personally appeared Bland-Ricky Roberts, the President, sole owner of JBR RECORDS, INC. and ASSIGNOR identified herein, proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that such person executed the same in such person's authorized capacity.

_[signature]_
**Notary Public**

**My Commission expires on** _____.

RAYMOND L. COLON
Notary Public, State of New York
No. 4971702
Qualified in New York County
Commission Expires 09-10- 11-13-06

LAW OFFICES OF PAUL A. CHIN
ATTY. TRUST ACCOUNT CFM
THE WOOLWORTH BUILDING
233 BROADWAY 5TH FL.
NEW YORK, NY 10279

1418

DATE 10/31/05

PAY TO THE ORDER OF Register of Copyrights      $ 80.00

Eighty      DOLLARS

CHASE
JPMorgan Chase Bank
280 Broadway
New York, NY 10007

FOR Recordation for Copyright Assignment