UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

New York, NY 10019
(212) 489-8230
samleaf@dwt.com
ericstahl@dwt.com
*Counsel for Defendants East West Communication
and Brian Transeau*

Dated: New York, New York
    November 9, 2005          Respectfully submitted,

                                        s/Paul A. Chin
                               Paul A. Chin, Esq. (PC 9656)
                               LAW OFFICES OF PAUL A. CHIN
                               The Woolworth Building
                               233 Broadway, 5th Floor
                               New York, NY 10279
                               (212) 964-8030
                               *Attorneys for Plaintiffs*