UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

New York, NY 10019
(212) 489-8230
samleaf@dwt.com
ericstahl@dwt.com
*Counsel for Defendants East West Communication
and Brian Transeau*

Dated: New York, New York
  November 9, 2005        Respectfully submitted,

                  s/Paul A. Chin
              Paul A. Chin, Esq. (PC 9656)
              LAW OFFICES OF PAUL A. CHIN
              The Woolworth Building
              233 Broadway, 5th Floor
              New York, NY 10279
              (212) 964-8030
              *Attorneys for Plaintiffs*