DAVIS & GILBERT LLP
Sara Edelman (SE 2540)
1740 Broadway
New York, New York 10019
(212) 468-4800

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RALPH VARGAS and BLAND-RICKY ROBERTS,<br><br>        Plaintiffs,<br><br>-against-<br><br>PFIZER INC., PUBLICIS, INC., FLUID MUSIC, EAST WEST COMMUNICATIONS, INC. and BRIAN TRANSEAU p/k/a "BT,"<br><br>        Defendants. | 04 CV 9772 (WHP)<br><br>**NOTICE OF APPEARANCE**<br><br>ECF CASE |

PLEASE ENTER the appearance of Sara Edelman of Davis & Gilbert LLP as counsel in this case for Defendant Pfizer, Inc. and send copies of all pleadings to the address below.

Dated: November 21, 2005
      New York, New York

DAVIS GILBERT LLP

By: _____
Sara Edelman (SE 2540)
1740 Broadway
New York, New York 10019
(212) 468-4800

# DECLARATION OF SERVICE

I, Sara Edelman, declare, under penalty of perjury pursuant to 28 U.S.C. § 1746, that the following is true and correct:

That on the 22nd day of November 2005, I caused the annexed document to be served by first-class U.S. mail on the following individuals:

Bruce P. Keller (BK 9300)
Debevoise & Plimpton LLP
919 Third Avenue
New York, New York 10022
(212) 909-6000
Attorneys for Defendant Pfizer, Inc.

Samuel M. Leaf, Esq. (SL 06033)
Eric Stahl (of counsel)
Davis Wright Tremaine, LLP
1633 Broadway
New York, New York 10019
Attorneys for Defendant East West Communications, Inc. and
 Defendant Brian Transeau

Paul A. Chin, Esq. (PC 9656)
Law Offices Of Paul A. Chin
The Woolworth Bldg.
233 Broadway, 5th Floor
New York, New York 10279
Attorneys for Plaintiffs

Dated:   New York, New York
         November 22, 2005

_____
Sara Edelman