UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RALPH VARGAS, and<br>BLAND-RICKY ROBERTS | Case No.: 04 CV 9772 (WHP) |
| Plaintiffs, | ECF CASE |
| vs. | Hon. William H. Pauley III |
| PFIZER INC., PUBLICIS, INC., FLUID MUSIC,<br>EAST WEST COMMUNICATIONS, INC. and<br>BRIAN TRANSEAU p/k/a "BT" | CERTIFICATE OF SERVICE |
| Defendants. | |

I, LESLIE MAJER, associated with Davis Wright Tremaine LLP, attorneys for Defendant, East West Communications, Inc. and Defendant Brian Transeau certify:

I am over eighteen (18) years of age. On this 28th day of November, 2005, I caused to be served copies of Defendants' ANSWER TO SECOND AMENEDED COMPLAINT on the following individuals in the manner indicated below:

BY ECF & U.S. MAIL:

>Paul A. Chin, Esq.
>Law Offices of Paul A. Chin
>233 Broadway, 5th Floor
>New York, NY
>*Counsel for Plaintiff*

>Bruce Keller, Esq.
>Debevoise & Plimpton LLP
>919 Third Avenue
>New York, NY 10022

>Sara L. Edelman, Esq.
>Davis & Gilbert LLP
>1740 Broadway

New York, NY 10019

Edward P. Kelly, Esq.
Tiajoloff & Kelly
The Chrysler Building
405 Lexington Ave., 37th Floor
New York, NY 10174

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct.

_____
Leslie Majer

Sworn to before me this
28th day of November, 2005

_____
Notary Public

AMALIA KAPITANELIS
Notary Public, State of New York
31-4621757
Qualified in New York County
Term Expires June 30, 2026

163713

2