PAULEY, J.

DAVIS & GILBERT LLP
Sara Edelman (SE 2540)
1740 Broadway
New York, New York 10019
(212) 468-4800

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/8/05

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RALPH VARGAS, and
BLAND-RICKY ROBERTS,

        Plaintiffs,

-against-

PFIZER INC., PUBLICIS, INC., FLUID MUSIC,
EAST WEST COMMUNICATIONS, INC. and
BRIAN TRANSEAU p/k/a "BT,"

        Defendants.

04 CV 9772 (WHP)

**STIPULATION AND ORDER OF**
**SUBSTITUTION OF COUNSEL**

ECF CASE

Vargas et al v. Pfizer Inc. IT IS HEREBY CONSENTED AND AGREED by the undersigned that Davis & Doc. 64 Gilbert LLP, 1740 Broadway, New York, New York, 10019 be and hereby is substituted as attorney of record for defendant Alanda Music, Ltd. d/b/a Fluid Music in the above-entitled action in place and instead of Tiajoloff & Kelly, The Chrysler Building, 405 Lexington Avenue, New York, New York 10174, respectively, as of the date hereof.

Dated: November 21, 2005

SO ORDERED:

_____
WILLIAM H. PAULEY III U.S.D.J.
December 6, 2005

DAVIS GILBERT LLP

By: _____
    Sara Edelman (SE 2540)
1740 Broadway
New York, New York 10019
(212) 468-4800

TIAJOLOFF & KELLY

By: *Edward Kelly* (signature)
Edward Kelly (EK 8430)
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
(212) 490-3285

SO ORDERED:

_____
Hon. William H. Pauley, U.S.D.J.

DAVIS & GILBERT LLP
Sara Edelman (SE 2540)
1740 Broadway
New York, New York 10019
(212) 468-4800

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RALPH VARGAS and BLAND-RICKY ROBERTS, <br><br> Plaintiffs, <br><br> -against- <br><br> PFIZER INC., PUBLICIS, INC., FLUID MUSIC, EAST WEST COMMUNICATIONS, INC. and BRIAN TRANSEAU p/k/a "BT," <br><br> Defendants. | 04 CV 9772 (WHP) <br><br> **AFFIDAVIT OF SARA EDELMAN PURSUANT IN SUPPORT OF APPLICATION TO SUBSTITUTE COUNSEL** <br><br> ECF CASE |

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK )

SARA EDELMAN, being duly sworn, deposes and states:

1. I am an attorney with the law firm of Davis & Gilbert LLP. I submit this affidavit pursuant to Local Rule 1.4 of the Rules of this Court and in support of the application of defendant Alanda Music, Ltd. d/b/a Fluid Music for an Order substituting Davis & Gilbert LLP for Tiajoloff & Kelly as attorneys of record for Alanda Music, Ltd. d/b/a Fluid Music.

2. The substitution of Davis & Gilbert LLP is being effected upon the consent of Alanda Music, Ltd. and Tiajoloff & Kelly.

3. A stipulation providing for substitution of counsel executed by Tiajoloff & Kelly and Davis & Gilbert LLP accompanies this affidavit.

4. Substitution at this time will neither delay nor prejudice the prosecution of this action. Fact discovery in this action is ongoing and no trial date has been set. In addition, I have been representing defendant Publicis, Inc. since the commencement of this action and, therefore, am fully familiar with the facts of this case.

WHEREFORE, I respectfully request that this application be granted and the Order of Substitution entered.

_____
SARA EDELMAN (SE 2540)

Sworn to and subscribed before me this
21st day of November, 2005

_____
Notary Public
MILES BAUM
Notary Public, State of New York
No. 02BA5216336
Qualified in Nassau County
Commission Expires June 30, 2006

2

# DECLARATION OF SERVICE

I, Sara Edelman, declare, under penalty of perjury pursuant to 28 U.S.C. § 1746, that the following is true and correct:

That on the 22nd day of November 2005, I caused the annexed document to be served by first-class U.S. mail on the following individuals:

>Bruce P. Keller (BK 9300)
>Debevoise & Plimpton LLP
>919 Third Avenue
>New York, New York 10022
>(212) 909-6000
>Attorneys for Defendant Pfizer, Inc.
>
>Samuel M. Leaf, Esq. (SL 06033)
>Eric Stahl (of counsel)
>Davis Wright Tremaine, LLP
>1633 Broadway
>New York, New York 10019
>Attorneys for Defendant East West Communications, Inc. and
>  Defendant Brian Transeau
>
>Paul A. Chin, Esq. (PC 9656)
>Law Offices Of Paul A. Chin
>The Woolworth Bldg.
>233 Broadway, 5th Floor
>New York, New York 10279
>Attorneys for Plaintiffs

Dated:   New York, New York
         November 22, 2005

                                  _____
                                  Sara Edelman