PAUL 675.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/8/05
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK

------------------------------------------------------x

RALPH VARGAS and
BLAND-RICKY ROBERTS,

                  Plaintiffs,

        - against -

PFIZER INC., PUBLICIS, INC., FLUID
MUSIC, EAST WEST COMMUNICATIONS,
INC. and BRIAN TRANSEAU p/k/a "BT"

                  Defendants.

------------------------------------------------------x

CASE NO. 04 CV 9772 (WHP)

ECF CASE

REVISED SCHEDULING ORDER

The following schedule is hereby stipulated and agreed by and among the parties hereto:

1. All discovery will be completed by March 31, 2006;

2. Plaintiffs will designate expert witnesses by January 31, 2006

3. Defendants will designate expert witnesses by March 3, 2006

4. All dispositive motions shall be filed by May 12, 2006. No dispositive motions shall be filed by either party with respect to the issue of originality.

5. Counsel will submit a joint pre-trial order in accord with this Court's Individual Practices by July 12, 2006, and

6. A final pretrial conference will be held on July 21, 2006 at 10:00 a.m.

Dated: November 18, 2005
         New York, New York

LAW OFFICES OF PAUL A. CHIN

By: /s/
    Paul A. Chin (PC9656)
233 Broadway, 5th Floor
New York, NY
*Counsel for Plaintiff*

DEBEVOISE & PLIMPTON LLP

By: /s/ Bruce P. K.
    Bruce Keller, Esq. (BK9300)
919 Third Avenue
New York, NY 10022
*Counsel for Defendant Pfizer, Inc.*

SO ORDERED:

_____
WILLIAM H. PAULEY III U.S.D.J.

Vargas et al v. Pfizer Inc. et al    Doc. 65

| | |
|---|---|
| DAVIS & GILBERT LLP | DAVIS WRIGHT TREMAINE LLP |
| By: _____<br>Sara L. Edelman (SE2540)<br>1740 Broadway<br>New York, NY 10019<br>*Counsel for Defendants Pfizer, Inc.,*<br>*Publicis, Inc. and Fluid Music* | By: _____<br>Samuel M. Leaf (SL0633)<br>1633 Broadway<br>New York, New York 10019<br>*Counsel for Defendants*<br>*East West Communications, Inc. and*<br>*Brian Transeau* |

SO ORDERED:

_____
HONORABLE WILLIAM H. PAULEY III
United States District Judge

2