UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RALPH VARGAS and<br>BLAND-RICKY ROBERTS<br><br>        Plaintiffs<br>vs.<br><br>PFIZER INC., PUBLICIS, INC., FLUID MUSIC,<br>EAST WEST COMMUNICATIONS, INC. and<br>BRIAN TRANSEAU p/k/a "BT"<br><br>        Defendants | CASE NO.:    04 CV 9772 (WHP)<br><br>NOTICE AND ORDER OF<br>DISMISSAL PURSUANT TO<br>RULE 41(a)(2) AS TO PFIZER,<br>INC., PUBLICIS, INC. AND<br>FLUID MUSIC<br><br>(ECF) |

Pursuant to Federal Rule of Civil Procedure Rule 41(a)(2), please take notice that Plaintiffs, Ralph Vargas and Bland-Ricky Roberts, hereby dismiss their claims and/or causes of action solely against Defendants Publicis, Inc., Pfizer, Inc., and Alanda Music, Ltd. d/b/a Fluid Music, with prejudice, with each party to bear its own costs and fees, including reasonable attorneys' fees. Plaintiffs shall continue to prosecute their claims and/or causes of action against Defendants East West Communication, Inc. and Brian Transeau.

Dated: February 8, 2006
       New York, New York

LAW OFFICES OF PAUL A. CHIN

By: _____
    Paul A. Chin (PC9656)
233 Broadway, 5th Floor
New York, NY
*Counsel for Plaintiffs*

DAVIS & GILBERT LLP

By: _____
    Sara L. Edelman (SE2540)
1740 Broadway
New York, NY 10019
*Counsel for Defendants Pfizer, Inc.,*
*Publicis, Inc. and Fluid Music*

**SO ORDERED:**

_____
HONORABLE WILLIAM H. PAULEY III
United States District Court Judge