Vargas et al v. Pfizer Inc. et al     Doc. 68 Att. 1

## CERTIFICATE OF SERVICE

I hereby certify and declare that on the 9th day of February, 2006, I served a true and correct copy of the NOTICE AND ORDER OF DISMISSAL PURSAUNT TO RULE 41(a)(2) AS TO PFIZER, INC., PUBLICIS, INC. AND FLUID MUSIC by mailing same, via first-class mail, postage pre-paid, and placed in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York, to:

> Sara Edelman, Esq.
> Davis & Gilbert
> 1740 Broadway
> New York, NY 10019
> *Attorneys for Defendants Pfizer, Inc.,*
> *Publicis, Inc. and Fluid Music*
>
> Eric M. Stahl, Esq.
> Davis Wright Tremaine, LLP.
> 1501 4th Avenue, Suite 2600
> Seattle, WA 98101-1688
> *Attorneys for East West Communications, Inc. and*
> *Brian Transeau*

Dated: February 9, 2006
      New York, New York

Submitted,

Paul A. Chin, Esq. (PC 9656)
LAW OFFICES OF PAUL A. CHIN
The Woolworth Building
233 Broadway, 5th Floor
New York, NY 10007
(212) 964-8030
*Attorneys for Plaintiffs*

Dockets.Justia.com