UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/10/06

RALPH VARGAS and
BLAND-RICKY ROBERTS

   Plaintiffs

vs.

PFIZER INC., PUBLICIS, INC., FLUID MUSIC,
EAST WEST COMMUNICATIONS, INC. and
BRIAN TRANSEAU p/k/a "BT"

   Defendants

CASE NO.: 04 CV 9772 (WHP)

NOTICE AND ORDER OF
DISMISSAL PURSUANT TO
RULE 41(a)(2) AS TO PFIZER,
INC., PUBLICIS, INC. AND
FLUID MUSIC

(ECF)

  Pursuant to Federal Rule of Civil Procedure Rule 41(a)(2), please take notice that Plaintiffs, Ralph Vargas and Bland-Ricky Roberts, hereby dismiss their claims and/or causes of action solely against Defendants Publicis, Inc., Pfizer, Inc., and Alanda Music, Ltd. d/b/a Fluid Music, with prejudice, with each party to bear its own costs and fees, including reasonable attorneys' fees. Plaintiffs shall continue to prosecute their claims and/or causes of action against Defendants East West Communication, Inc. and Brian Transeau.

Dated: February 8, 2006
   New York, New York

LAW OFFICES OF PAUL A. CHIN

By: _____
  Paul A. Chin (PC9656)
233 Broadway, 5th Floor
New York, NY
*Counsel for Plaintiffs*

DAVIS & GILBERT LLP

By: _____
  Sara L. Edelman (SE2540)
1740 Broadway
New York, NY 10019
*Counsel for Defendants Pfizer, Inc.,
Publicis, Inc. and Fluid Music*

SO ORDERED:

_____
HONORABLE WILLIAM H. PAULEY III
United States District Court Judge
February 10, 2006

# CERTIFICATE OF SERVICE

I hereby certify and declare that on the 9th day of February, 2006, I served a true and correct copy of the NOTICE AND ORDER OF DISMISSAL PURSAUNT TO RULE 41(a)(2) AS TO PFIZER, INC., PUBLICIS, INC. AND FLUID MUSIC by mailing same, via first-class mail, postage pre-paid, and placed in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York, to:

    Sara Edelman, Esq.
    Davis & Gilbert
    1740 Broadway
    New York, NY 10019
    *Attorneys for Defendants Pfizer, Inc.,*
    *Publicis, Inc. and Fluid Music*

    Eric M. Stahl, Esq.
    Davis Wright Tremaine, LLP.
    1501 4th Avenue, Suite 2600
    Seattle, WA 98101-1688
    *Attorneys for East West Communications, Inc. and*
    *Brian Transeau*

Dated: February 9, 2006
      New York, New York

Submitted,

Paul A. Chin, Esq. (PC 9656)
LAW OFFICES OF PAUL A. CHIN
The Woolworth Building
233 Broadway, 5th Floor
New York, NY 10007
(212) 964-8030
*Attorneys for Plaintiffs*