AO 458 (Rev. 10/95)    Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN    DISTRICT OF    NEW YORK

RALPH VARGAS, et al.
v.
PFIZER INC., et al.

APPEARANCE

Case Number: 04 CV 9772 (WHP)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendants East West Communications, Inc. and Brian Transeau p/k/a "BT"

I certify that I am admitted to practice in this court.

February 23, 2006
Date

*(signature)* Teena H. Lee
Signature

Teena H. (Kim) Lee    (TK 3073)
Print Name    Bar Number

Davis Wright Tremaine LLP
Address

1633 Broadway, New York, New York 10019
City    State    Zip Code

(212) 489-8230    (212) 489-8340
Phone Number    Fax Number