## WILLKIE FARR & GALLAGHER LLP

787 Seventh Avenue
New York, NY 10019-6099
Tel: 212 728 8000
Fax: 212 728 8111

February 17, 2006

**VIA FIRST CLASS MAIL**

Ruth McLeane
Attorney Admissions
United States District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re:   Vargas, et al. v. Pfizer, Inc., et al. (04 CV 9772) (WHP)

Dear Ms. McLeane:

I am writing to inform the court that I am no longer associated with the firm of Davis Wright Tremaine, LLP ("DWT"), counsel for defendant's East West Communications, Inc. and Brian Transeau in the above-referenced matter. Accordingly, could you please remove my name and e-mail address from the e-mail notification list for this matter.

Please do not hesitate to contact me at the above number, should you have any questions.

Respectfully,

Samuel M. Leaf

cc:   (via E-mail)
      Eric Stahl, Esq.
      Mr. Leslie Majer

NEW YORK   WASHINGTON   PARIS   LONDON   MILAN   ROME   FRANKFURT   BRUSSELS