UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK
------------------------------------------------------------- x
RALPH VARGAS and
BLAND-RICKY ROBERTS,

               Plaintiffs,

      - against -

PFIZER INC., PUBLICIS, INC., FLUID
MUSIC, EAST WEST COMMUNICATIONS,
INC. and BRIAN TRANSEAU p/k/a "BT",

               Defendants.
------------------------------------------------------------- x

Case No. 04 CV 9772 (WHP)

**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

PLEASE TAKE NOTICE that upon the annexed Affidavit of Eric M. Stahl pursuant to Rule 1.4 of the Local Rules for the United States District Court, Southern and Eastern Districts of New York and the Stipulation and Order, Davis Wright Tremaine LLP withdraws as counsel for defendant Brian Transeau in the above-captioned action, and Brian Transeau appears in this action *pro se*.

Dated: New York, New York
        March 21, 2006

DAVIS WRIGHT TREMAINE LLP

By: _____
Teena H. (Kim) Lee (TK 3073)
1633 Broadway
New York, NY 10019-6708
(212) 489-8230

NYC 167079v1 68291-1