UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK

------------------------------------------------------------- x

RALPH VARGAS and
BLAND-RICKY ROBERTS,

      Plaintiffs,

- against -

PFIZER INC., PUBLICIS, INC., FLUID
MUSIC, EAST WEST COMMUNICATIONS,
INC. and BRIAN TRANSEAU p/k/a "BT",

      Defendants.

------------------------------------------------------------- x

Case No. 04 CV 9772 (WHP)

**STIPULATION AND ORDER FOR SUBSTITUTION OF COUNSEL**

IT IS HEREBY STIPULATED AND AGREED that Davis Wright Tremaine by Eric M. Stahl, Esq., hereby withdraws as counsel in the above-captioned action for defendant Brian Transeau, and that Brian Transeau appears in this action pro se. Pursuant to Rule 1.4 of the Local Rules for the United States District Court, Southern and Eastern Districts of New York, this Stipulation is supported by the accompanying Affidavit of Eric M. Stahl sworn to March 21, 2006.

Dated: March 21, 2006

DAVIS WRIGHT TREMAINE LLP

By: _____
Eric M. Stahl (ES 8910) (*pro hac vice*)
1501 Fourth Avenue
Seattle, WA 98101
(206) 628-7762

_____
Brian Transeau
2658 Griffiths Park Blvd., #511
Los Angeles, CA 90039

SO ORDERED:

_____
Honorable William H. Pauley III
United States District Court Judge