AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Vargas et al.

v.

Pfizer Inc., et al.

**APPEARANCE**

Case Number: 04 CV 9772 (WHP)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant Brian Transeau p/k/a "BT"

I certify that I am admitted to practice in this court.

May 23, 2006
Date

Signature

David S. Olson
Print Name

DO 4906
Bar Number

Stanford Law School Center for Internet & Society
Address

559 Nathan Abbott Way Stanford, CA 94305
City  State  Zip Code

(650) 724-0517
Phone Number

(650) 723-4426
Fax Number