PAULEY, S.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK
-----------------------------------------------------------x
RALPH VARGAS and
BLAND-RICKY ROBERTS,

          Plaintiffs,

- against -

PFIZER INC., PUBLICIS, INC., FLUID
MUSIC, EAST WEST COMMUNICATIONS,
INC. and BRIAN TRANSEAU p/k/a "BT,"

          Defendants.
-----------------------------------------------------------x

Case No. 04 CV 9772 (WHP)

ECF CASE

SECOND REVISED
SCHEDULING ORDER

MAY 3 2006 CHAMBERS OF

      The following schedule is hereby stipulated and agreed by and among the remaining parties hereto:

1. Discovery will be extended until August 15, 2006, for the purpose of conducting the depositions of Brian Transeau, Dr. Richard Boulanger, Ivan Rodgriguez, Matthew Ritter, Dr. Steven Smith, Ralph Vargas, and Bland-Ricky Roberts;

2. Any other outstanding issues regarding discovery shall be resolved by August 15, 2006;

3. Counsel will submit a joint pre-trial order in accord with this Court's Individual Practices by October 12, 2006;

//
//
//

Vargas et al v. Pfizer Inc. et al

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/7/06

Doc. 74

4. A final pretrial conference will be held on October 13, 2006 at 10:30 a.m;

5. The other deadlines identified in the Scheduling Order filed and executed by the Honorable William H. Pauley, III on December 8, 2005, shall remain unchanged.

Dated: May 24, 2006
Stanford, California

LAW OFFICES OF PAUL A. CHIN

By: _____
Paul A. Chin (PC9656)
233 Broadway, 5th Floor
New York, NY
*Counsel for Plaintiffs*

DAVIS WRIGHT TREMAINE LLP

By: _____
Eric M. Stahl (ES 8910) (*pro hac vice*)
1633 Broadway
New York, NY 10019
*Counsel for Defendants*
*East West Communications, Inc.*

STANFORD LAW SCHOOL
CENTER FOR INTERNET AND SOCIETY
CYBERLAW CLINIC

By: _____
David S. Olson (DO 4906)
599 Nathan Abbott Way
Stanford, CA 94305
*Counsel for Defendant Brian Transeau*

Dated: June 6, 2006

SO ORDERED:

_____
WILLIAM H. PAULEY III U.S.D.J.