AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN     DISTRICT OF     NEW YORK

**APPEARANCE**

Vargas, et al.

v.

Pfizer Inc., et al.

Case Number: 04 CV 9772 (WHP)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant Brian Transeau p/k/a "BT"

I certify that I am admitted to practice in this court.

June 28, 2006
Date

*Julie A. Ahrens* (signature)

Julie Ahrens     JA 0372
Print Name     Bar Number

Kirkland & Ellis LLP, 555 California St., Ste 2700
Address

San Francisco, CA 94104
City     State     Zip Code

(415) 439-1453     (415) 439-1353
Phone Number     Fax Number