ORIGINAL

Julie A. Ahrens
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California 94104-1501
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RALPH VARGAS and BLAND RICKY ROBERTS,, <br><br> Plaintiffs, <br><br> - against - <br><br> PFIZER INC., PUBLICIS, INC., FLUID MUSIC, EAST WEST COMMUNICATIONS, INC., and BRIAN TRANSEAU p/k/a "BT,", <br><br> Defendants. | Case No.: 04 CV 9772 (WHP) <br><br> ECF Case |

### NOTICE OF MOTION AND MOTION FOR ADMISSION *PRO HAC VICE*

PLEASE TAKE NOTICE that, pursuant to Rule 1.3(c) of this Court's Local Rules, Defendant Brian Transeau p/k/a "BT" (hereinafter "BT") by his attorneys Kirkland & Ellis LLP, hereby move to admit *pro hac vice* Alice C. Garber and Christopher Keegan, to this bar for the purposes of this action.

The affidavit of Alice C. Garber and Christopher Keegan, sworn to on August 7, 2006, and accompanying affidavits and exhibits, are attached hereto in support of this application. A proposed order is also attached.

Dated: August 7, 2006

Julie A. Ahrens, Esq. (JA 0372)

KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California 94104-1501
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Attorneys for Defendant
BRIAN TRANSEAU p/k/a "BT,"

Julie A. Ahrens (NY SB No. 4167649)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California 94104-1501
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RALPH VARGAS and BLAND - RICKY ROBERTS,<br><br>Plaintiffs,<br><br>- V. -<br><br>PFIZER INC., PUBLICIS, INC., FLUID MUSIC, EAST WEST COMMUNICATIONS, INC., and BRIAN TRANSEAU p/k/a "BT",<br><br>Defendants. | Case No.: 04 CV 9772 (WHP)<br><br>ECF Case |

### AFFIDAVIT OF JULIE A. AHRENS IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

JULIE A. AHRENS, being duly sworn, deposes and states:

1. I am a practicing attorney duly admitted to the Bar of the State of New York and admitted to practice before this Court. I am an associate at the firm of Kirkland & Ellis LLP, attorneys for Defendant Brian Transeau p/k/a "BT" (hereinafter "BT"). I submit this affidavit in support of BT's motion pursuant to Rule 1.3(c) of this Court's Local Rules for an order permitting Alice C. Garber and Christopher Keegan to appear as counsel *pro hac vice* on behalf of BT for the purposes of this action.

2. Ms. Garber is an associate of the firm of Kirkland & Ellis LLP in San Francisco, California. She is a practicing attorney and a member in good standing of the Bar of California. In addition she is also admitted to practice in the United States District Court for the Northern District of California and the Eastern District of Texas. Ms. Garber's affidavit in support of this motion including a copy of the certificates of good standing certifying her status as a member of

the California State Bar are attached as Exhibit A. Copies of Ms. Garber's other certificates will be provided upon request.

3. Mr. Keegan is also an associate of the firm of Kirkland & Ellis LLP in San Francisco, California. He is a practicing attorney and a member in good standing of the Bar of California. In addition he is also admitted to practice in the United States District Court for the Northern District of California, Eastern District of California, Central District of California, Southern District of California, and the United States Court of Appeals for the Ninth Circuit. Mr. Keegan's affidavit in support of this motion including a copy of the certificates of good standing certifying his status as a member of the California State Bar and the United States District Court for the Northern District of California, are attached as Exhibit B. Copies of Mr. Keegan's other certificates will be provided upon request.

4. Ms. Garber and Mr. Keegan have never been denied admission or disciplined by any court.

Dated: August 7, 2006

Julie A. Ahrens, Esq.

KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California 94104-1501
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Attorneys for Defendant
BRIAN TRANSEAU p/k/a "BT,"

Subscribed and sworn to before me Janaya R. Guerrero, Notary Public
This 7th of August, 2006, by Julie A. Ahrens, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Janaya R Guerrero
Notary Public

JANAYA R. GUERRERO
Commission # 1529457
Notary Public - California
Alameda County
My Comm. Expires Nov 28, 2008

-2-

# CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of August 2006, I caused to be served by **FEDERAL EXPRESS** a copy of the attached NOTICE OF MOTION FOR ADMISSION *PRO HAC VICE* with supporting affidavits of Julie A. Aherns, Alice C. Garber and Christopher Keegan, and proposed Order upon:

>Eric M. Stahl, Esq.
>Davis Wright Tremaine, LLP
>1401 4th Avenue, Suite 2600
>Seattle, WA 98101-1688
>(206) 628-7699
>*Counsel for Defendant East West Communication*
>
>Paul A. Chin, Esq.
>Law Offices of Paul A. Chin
>The Woolworth Building
>233 Broadway, 5th Floor
>New York, NY 10279
>(212) 964-8030
>*Attorney for the Plaintiff*

_____
Joseph J. Cali

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RALPH VARGAS and BLAND - RICKY ROBERTS,,<br><br>Plaintiffs,<br><br>- V. -<br><br>PFIZER INC., PUBLICIS, INC., FLUID MUSIC, EAST WEST COMMUNICATIONS, INC., and BRIAN TRANSEAU p/k/a "BT,",<br><br>Defendants. | Case No.: 04 CV 9772 (WHP)<br><br>ECF Case |

## AFFIDAVIT OF ALICE C. GARBER IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Alice C. Garber, file this Affidavit in support of Brian Transeau's (hereinafter "BT") Motion for Admission *Pro Hac Vice*, and hereby state as follows:

1. I am admitted to practice in, and am a member in good standing of, the Bar of the State of California. I am also admitted to practice in the United States District Court for the Northern District of California and the United States District Court for the Eastern District of Texas. A certificate of good standing certifying my status as a member of the California State Bar are attached to this affidavit. If certificates are needed for the other courts, I will provide them.

2. I have never been the subject of disciplinary action by the bars or courts of any jurisdiction in which I am licensed.

3. I have never been denied admission to any court to which I have applied.

4. My office address, telephone number and facsimile number are included below my signature.

5. Kirkland & Ellis LLP has been retained to represent BT in this action. Alice C. Garber is an Associate of Kirkland & Ellis LLP.

Dated: August 7, 2006

_____
Alice C. Garber
California State Bar No. 202854
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California 94104-1501
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

SUBSCRIBED AND SWORN TO BEFORE ME by the said Alice C. Garber on this 7th day of August, 2006, proved to me on the basis of satisfactory evidence to be the person who appeared before me.



_____
Notary Public in and for the State of California

My Commission Expires on Nov. 28, 2008

| | 180 HOWARD STREET |
|---|---|
| **THE STATE BAR OF CALIFORNIA** | SAN FRANCISCO, CALIFORNIA 94105-1639<br>TELEPHONE (415) 538-2000 |

August 2, 2006

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, ALICE CATHERINE GARBER, #202854 was admitted to the practice of law in this state by the Supreme Court of California on November 29, 1999; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

State of California County of
___San Francisco___
Subscribed and sworn to (or affirmed)
Before me on this _3rd_ day of _August_ 20_06_, by
___Waffa N. Salfiti___
personally known to me or proved to me on
the basis of satisfactory evidence to be the
person(s) who appeared before me.

Signature _____

(Seal)

THE STATE BAR OF CALIFORNIA

Waffa N. Salfiti
Custodian of Membership Records

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RALPH VARGAS and BLAND - RICKY ROBERTS,,<br><br>Plaintiffs,<br><br>- V. -<br><br>PFIZER INC., PUBLICIS, INC., FLUID MUSIC, EAST WEST COMMUNICATIONS, INC., and BRIAN TRANSEAU p/k/a "BT,",<br><br>Defendants. | Case No.:  04 CV 9772 (WHP)<br><br>ECF Case |

### AFFIDAVIT OF CHRISTOPHER W. KEEGAN IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Christopher W. Keegan, file this Affidavit in support of Brian Transeau's (hereinafter "BT") Motion for Admission *Pro Hac Vice*, and hereby state as follows:

1. I am admitted to practice in, and am a member in good standing of, the Bar of the State of California and the Bar of the State of Illinois. I am also admitted to practice in the United States District Court for the Eastern District of California, the United States District Court for the Central District of California, the United States District Court for the Southern District of California and the United States Court of Appeals for the Ninth Circuit. A certificate of good standing certifying my status as a member of the California State Bar is attached to this affidavit. If certificates are needed for the other courts, I will provide them.

2. I have never been the subject of disciplinary action by the bars or courts of any jurisdiction in which I am licensed.

3. I have never been denied admission to any court to which I have applied.

4. My office address, telephone number and facsimile number are included below my signature.

5. Kirkland & Ellis LLP has been retained to represent BT in this action. Christopher W. Keegan is an Associate of Kirkland & Ellis LLP.

Dated: August 8, 2006

/s/ Christopher W. Keegan
Christopher W. Keegan
California State Bar No. 232045
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California 94104-1501
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

SUBSCRIBED AND SWORN TO BEFORE ME by the said Christopher W. Keegan on this 28th day of July, 2006, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

/s/ Sandia E. Harges
Notary Public in and for the State of California

My Commission Expires on 3/14/09



SANDIA E. HARGES
Commission # 1559241
Notary Public - California
San Francisco County
My Comm. Expires Mar 14, 2009

-2-

# THE STATE BAR OF CALIFORNIA

180 HOWARD STREET
SAN FRANCISCO, CALIFORNIA 94105-1639
TELEPHONE (415) 538-2000

August 2, 2006

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, CHRISTOPHER WILLIAM KEEGAN, #232045 was admitted to the practice of law in this state by the Supreme Court of California on September 21, 2004; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

State of California County of
San Francisco
Subscribed and sworn to (or affirmed)
Before me on this 2nd day of August 2006, by
Waffa N Salfiti
personally known to me or proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature

(Seal)

THE STATE BAR OF CALIFORNIA

Waffa N. Salfiti
Custodian of Membership Records