UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
                              :
RALPH VARGAS and BLAND-RICKY   :
ROBERTS,                       :
                              :     04 Civ. 9772 (WHP)
            Plaintiffs,       :
                              :     SCHEDULING ORDER No. 4
        -against-             :
                              :
PFIZER, INC. et al.           :
                              :
            Defendants.       :
                              :
------------------------------X

WILLIAM H. PAULEY III, District Judge:

Counsel in this civil action having appeared for a phone conference with the Court on September 1, 2006, the following schedule is established on consent of the parties:

1. Defendants shall file and serve their motion for summary judgment by September 22, 2006;

2. Plaintiffs shall file and serve their opposition to Defendants' motion for summary judgment, if any, by October 6, 2006;

3. Defendants shall file and serve their reply, if any, by October 13, 2006;

4. Oral argument will be held on November 3, 2006 at 10:30 a.m.; and

5. The final pretrial conference in this action is adjourned to November 3, 2006 at 10:30 a.m.

Dated: September 5, 2006
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

*Counsel of Record:*

Paul A Chin, Esq.
Law Offices of Paul A. Chin
233 Broadway, 5th Floor
New York, NY 10279
*Counsel for Plaintiffs*

David Sidney Olson
Stanford Law School Center for Internet & Society
559 Nathan Abbot Way
Stanford, CA 94305
*Counsel for Defendant Brian Transeau*

Eric M. Stahl, Esq.
Davis Wright Tremaine, LLP
1501 Fourth Avenue
Seattle, WA 98101

Julie Angela Ahrens, Esq.
Kirkland & Ellis LLP
555 California Street, Suite 2700
San Francisco, CA 94104
*Counsel for Defendant East West*