UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK

------------------------------------------------------------x

RALPH VARGAS and
BLAND-RICKY ROBERTS,

              Plaintiffs,

- against -

PFIZER INC., PUBLICIS, INC., FLUID
MUSIC, EAST WEST COMMUNICATIONS,
INC. and BRIAN TRANSEAU p/k/a "BT",

              Defendants.

------------------------------------------------------------x

Case No. 04 CV 9772 (WHP)

**EAST WEST COMMUNICATIONS, INC.'S JOINDER IN MOTION FOR SUMMARY JUDGMENT**

      Defendant East West Communications, Inc. ("East West") joins the motion for summary judgment to be filed today by Defendant Brian Transeau. The claims against East West should be dismissed for all of the reasons stated by Mr. Transeau, and for the reasons stated herein.

      The following facts are undisputed: East West is the distributor of the soundware CD "Breakz from the Nu Skool," on which the "Aparthenonia" drum loop appears. East West had no role in creating "Aparthenonia," and has no knowledge of how Mr. Transeau created it. Mr. Transeau provided East West with the master soundware recording for "Breakz from the New Skool" (including "Aparthenonia"). East West simply duplicated the master, without editing, mixing or other alternation. East West sold the soundware with the same content contained on the master it received from Mr. Transeau, in the same form. See Declaration of Eric M. Stahl, Exhibit A (FRCP 30(b)(6) Deposition of East West), at pp 48:4-50:8. There is no evidence or allegation that East West had independent access to Plaintiffs' work.

      Accordingly, Mr. Transeau's lack of access to Plaintiffs' work is dispositive as to both defendants. The reasons set forth in Mr. Transeau's moving papers for dismissal of all claims against him therefore also require dismissal of all claims against East West.

Dated: Seattle, Washington
September 22, 2006

                                     DAVIS WRIGHT TREMAINE LLP

By: [signature]
      Eric Stahl (ES 8910) (*pro hac vice*)
      Teena H. (Kim) Lee (TK 3073)

1633 Broadway
New York, New York 10019
(212) 489-8230

*Attorneys for East West Communications, Inc.*

TO:    Paul A. Chin, Esq.
        LAW OFFICES OF PAUL A. CHIN
        233 Broadway, 5th Floor
        New York, New York 10007
        (212) 964-8030

        *Attorneys for Plaintiffs Ralph Vargas*
        *and Blank-Ricky Roberts*

        David S. Olson
        Stanford Law School
        559 Nathan Abbott Way
        Stanford, California 94305
        (650) 724-0517

        Julie Ahrens
        Kirkland & Ellis LLP
        555 California Street
        San Francisco, CA 94104
        (415) 439-1453

        *Attorneys for Defendant Brian Transeau*