UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK

------------------------------------------------------------- x

RALPH VARGAS and
BLAND-RICKY ROBERTS,

                Plaintiffs,

     - against -

PFIZER INC., PUBLICIS, INC., FLUID
MUSIC, EAST WEST COMMUNICATIONS,
INC. and BRIAN TRANSEAU p/k/a "BT",

                Defendants.

------------------------------------------------------------- x

Case No. 04 CV 9772 (WHP)

**DECLARATION OF ERIC M.
STAHL IN SUPPORT OF EAST
WEST COMMUNICATIONS, INC.'S
JOINDER OF MOTION FOR
SUMMARY JUDGMENT**

ERIC M. STAHL declares as follows:

1. I am a partner of the firm of Davis Wright Tremaine LLP, counsel of record for defendant East West Communications, Inc. ("East West"). I submit this declaration in support of the accompanying East West's Joinder in Motion for Summary Judgment.

2. Attached hereto as Exhibit A are true and correct copies of pages 48 through 50 from the F.R.C.P. 30(b)(6) deposition of East West, taken on May 3, 2006. Although captioned as the "Deposition of Doug Rogers," Mr. Rogers (East West's President) was in fact deposed as a corporate designee pursuant to a Rule 30(b)(6) deposition notice.

                                                                              _____
                                                                              Eric M. Stahl

TO: Paul A. Chin, Esq.
LAW OFFICES OF PAUL A. CHIN
233 Broadway, 5th Floor
New York, New York 10007
(212) 964-8030

*Attorneys for Plaintiffs Ralph Vargas
and Bland-Ricky Roberts*

David S. Olson
Stanford Law School
559 Nathan Abbott Way
Stanford, California 94305
(650) 724-0517

Julie Ahrens
Kirkland & Ellis LLP
555 California Street
San Francisco, CA 94104
(415) 439-1453

*Attorneys for Defendant Brian Transeau*

EXHIBIT A

ORIGINAL

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

RALPH VARGAS AND BLAND-RICKY )
ROBERTS, )
                PLAINTIFFS, )
)
V. )   NO. 04CV9772 (WHP)
)
PFIZER INC., PUBLICIS, INC., FLUID )
MUSIC EAST WEST )
COMMUNICATIONS, INC., AND )
BRIAN TRANSEAU P/K/A "BT", )
)
                DEFENDANTS. )

# CONFIDENTIAL
(PURSUANT TO STIPULATION, THIS TRANSCRIPT HAS BEEN
DESIGNATED CONFIDENTIAL)

## DEPOSITION OF DOUGLAS ROGERS

## MAY 3, 2006

REPORTED BY:
PAMELA S. HARRIS
CSR NO. 3909
JOB NO. 06AE179-PH



COURT REPORTERS
700 S. Flower Street
Suite 1100
Los Angeles, California 90017
Office: (213) 955-0070
Fax: (213) 955-0077

| | |
|---|---|
| 1 | POSITION WITH RESPECT TO THAT KIND OF CONDUCT? |
| 2 |     A.    WELL, WE OBVIOUSLY HAVE THE RIGHT TO -- |
| 3 | TO SUE THEM FOR BREACH OF THE LICENSE. |
| 4 |     Q.    NOW, WITH RESPECT TO THE CREATION OF |
| 5 | THE BREAKZ FROM THE NU SKOOL CD, WERE YOU AT ALL |
| 6 | INVOLVED IN THE CREATIVE PROCESS OF THE CD? |
| 7 |     A.    NO. |
| 8 |     Q.    DID THE RECORDING OF THE BREAKZ FROM |
| 9 | THE NU SKOOL CD OCCUR IN ANY FACILITY OWNED, |
| 10 | OPERATED OR RENTED BY EAST WEST COMMUNICATIONS? |
| 11 |     A.    NO. |
| 12 |     Q.    OKAY. SO IS IT YOUR POSITION THAT MR. |
| 13 | TRANSEAU CREATED THE BREAKZ FROM THE NU SKOOL CD IN |
| 14 | RECORDING FACILITIES THAT HE GOT HIMSELF? |
| 15 |     MR. STAHL: OBJECT TO THE FORM OF THE QUESTION. |
| 16 |     MR. CHIN: STRIKE THAT. |
| 17 |     Q.    IS IT YOUR POSITION THAT YOU HAVE NO |
| 18 | IDEA WHERE MR. TRANSEAU RECORDED THE SOUNDS THAT |
| 19 | WERE CONTAINED ON THE BREAKZ FROM THE NU SKOOL CD? |
| 20 |     MR. STAHL: OBJECT TO THE FORM OF THE QUESTION. |
| 21 |     THE DEPONENT: THE FIRST CONTACT I HAD WITH HIM |
| 22 | WAS HE PRESENTED ME WITH FINISHED MASTERS; SO I |
| 23 | DON'T KNOW ANYTHING ABOUT HOW THEY WERE CREATED. |
| 24 | BY MR. CHIN: |
| 25 |     Q.    OKAY. AND THE FINISHED MASTERS, IS |

```
 1  IT -- ARE THE MASTERS IN SOUNDWARE RECORDING THE
 2  SAME AS MASTERS IN REGULAR MUSICAL RECORDINGS THAT
 3  CONTAIN WORDS AND LYRICS?
 4       A.   YES.
 5       Q.   OKAY.  AND SO THE -- ARE YOU FAMILIAR
 6  WITH HOW A MASTER IS MADE?
 7       A.   YES.
 8       Q.   OKAY.  AND SO THE MASTER THAT YOU
 9  RECEIVED FROM THE BREAKZ FROM THE NU SKOOL ALBUM, IT
10  CONTAINED SOUNDS -- DID IT CONTAIN SOUNDS THAT WERE
11  ON DIFFERENT -- STRIKE THAT.  STRIKE THAT.  SORRY.
12            THE MASTER FOR THE BREAKZ FROM THE NU
13  SKOOL CD, AFTER YOU RECEIVED IT, WHAT, IF ANYTHING,
14  DID YOU DO WITH THE MASTER IN ORDER TO GET IT READY
15  FOR COMMERCIAL RELEASE?
16       A.   WE REPLICATED IT.
17       Q.   AND DID YOU REPLICATED IT -- STRIKE
18  THAT.
19            DID YOU REPLICATE IT BY CHANGING THE
20  FORMAT OF THE MASTER TO A TWO-TRACK CD?
21       A.   NO.  IT WAS -- WE WERE GIVEN A CD WHICH
22  WE USED AS A MASTER.
23       Q.   OKAY.  SO THE CD THAT YOU USED, YOU
24  JUST SIMPLY DUPLICATED IT?
25       A.   RIGHT.
```

| | |
|---|---|
| 1 | Q. OKAY. SO WAS IT -- YOU DIDN'T HAVE TO |
| 2 | MIX IT OR PUT IT ONTO A TWO TRACK? |
| 3 | A. NO. |
| 4 | Q. OKAY. AND THE ORIGINAL CD THAT YOU |
| 5 | RECEIVED FROM BRIAN TRANSEAU FOR BREAKZ FROM THE NU |
| 6 | SKOOL CONTAINS THE SAME CONTENT THAT THE BREAKZ FROM |
| 7 | THE NU SKOOL CD THAT WAS SOLD TO CONSUMERS |
| 8 | CONTAINED? |
| 9 | A. YES. |
| 10 | Q. OKAY. NOW, I MAY HAVE ASKED YOU THIS |
| 11 | ALREADY, BUT WE'LL GO BACK OVER IT. WHY IS IT -- |
| 12 | STRIKE THAT. |
| 13 | DID YOU REGISTER THE MASTER WITH THE |
| 14 | COPYRIGHT OFFICE FOR THE BREAKZ FROM THE NU SKOOL |
| 15 | CD? |
| 16 | A. ASKED AND ANSWERED. |
| 17 | Q. RIGHT. |
| 18 | MR. STAHL: OBJECTION; ASKED AND ANSWERED. |
| 19 | GO AHEAD. I MEAN, YOU PROBABLY DID |
| 20 | PREFACE THE QUESTION BY SAYING YOU HAD ALREADY ASKED |
| 21 | IT. |
| 22 | MR. CHIN: YEAH. |
| 23 | Q. SO JUST FOR MY -- JUST TO REMIND ME. |
| 24 | A. NO. |
| 25 | Q. NO. OKAY. AND YOU DIDN'T REGISTER IT |

```
1   STATE OF CALIFORNIA      )
                             )  SS.
2   COUNTY OF LOS ANGELES    )
3
4        I, PAMELA S. HARRIS, CERTIFIED SHORTHAND
5   REPORTER, CERTIFICATE NO. 3909, FOR THE STATE OF
6   CALIFORNIA, HEREBY CERTIFY:
7            THE FOREGOING PROCEEDINGS WERE TAKEN
8   BEFORE ME AT THE TIME AND PLACE THEREIN SET FORTH,
9   AT WHICH TIME THE DEPONENT WAS PLACED UNDER OATH BY
10  ME;
11           THE TESTIMONY OF THE DEPONENT AND ALL
12  OBJECTIONS MADE AT THE TIME OF THE EXAMINATION WERE
13  RECORDED STENOGRAPHICALLY BY ME AND WERE THEREAFTER
14  TRANSCRIBED;
15           THE FOREGOING TRANSCRIPT IS A TRUE AND
16  CORRECT TRANSCRIPT OF MY SHORTHAND NOTES SO TAKEN;
17           I FURTHER CERTIFY THAT I AM NEITHER
18  COUNSEL FOR NOR RELATED TO ANY PARTY TO SAID ACTION
19  NOR IN ANY WAY INTERESTED IN THE OUTCOME
20  THEREOF.
21           IN WITNESS WHEREOF, I HAVE HEREUNTO
22  SUBSCRIBED MY NAME THIS    8TH     DAY OF
23     MAY      , 2006.
24
25                                  [signature: Pam Harris]
```

A&E COURT REPORTERS (213) 955-0070  FAX: (213) 955-0077