UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK

---------------------------------------------------------------- x
| | : | |
|---|---|---|
| RALPH VARGAS and | : | |
| BLAND-RICKY ROBERTS, | : | Case No. 04 CV 9772 (WHP) |
| | : | |
| Plaintiffs, | : | **CERTIFICATE OF SERVICE** |
| | : | |
| - against - | : | |
| | : | |
| PFIZER INC., PUBLICIS, INC., FLUID | : | |
| MUSIC, EAST WEST COMMUNICATIONS, | : | |
| INC. and BRIAN TRANSEAU p/k/a "BT", | : | |
| | : | |
| Defendants. | : | |

---------------------------------------------------------------- x

I hereby certify that on the 22nd day of September, 2006, I caused to be filed the:

1. EAST WEST COMMUNICATIONS, INC.'S JOINDER IN MOTION FOR SUMMARY JUDGMENT;

2. DECLARATION OF ERIC M. STAHL IN SUPPORT OF EAST WEST COMMUNICATIONS, INC.'S JOINDER OF MOTION FOR SUMMARY JUDGMENT;

3. RULE 56.1 STATEMENT OF UNDISPUTED FACTS; and,

4. CERTIFICATE OF SERVICE

with the Clerk of the above-captioned court using the CM/ECF filing system which will send notification of such filing to the following:

    Julie Angela Ahrens    jahrens@kirkland.com
    Paul A Chin    lawyerchin@aol.com,
    Sara Lynn Edelman    sedelman@dglaw.com,
    Bruce P. Keller    bpkeller@debevoise.com, nfjoseph@debevoise.com
    Teena Heejung Lee    teenalee@dwt.com
    David Sidney Olson    dolson@law.stanford.edu, lyndaj@stanford.edu
    James J. Pastore , Jr    jjpastor@debevoise.com,
    Eric M. Stahl    ericstahl@dwt.com

A copy of the foregoing document(s) was/were delivered via U.S. Mail to:

    NONE

Executed at Seattle, Washington, this 22nd day of September, 2006.

                                              /s/ Eric M. Stahl
                                              Eric M. Stahl