UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RALPH VARGAS AND BLAND RICKY ROBERTS,

        Plaintiffs,

v.

PFIZER INC., PUBLICIS, INC., FLUID MUSIC, EAST WEST COMMUNICATIONS, INC., AND BRIAN TRANSEAU P/K/A "BT",

        Defendants.

04 CV 9772 (WHP)
ECF CASE

---

## NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT

**PLEASE TAKE NOTICE** that, upon the bases set forth in the accompanying memorandum of law and exhibits annexed theretp, the declaration of Christopher W. Keegan and exhibits annexed thereto, the declaration of Brian Transeau, the declaration of Dr. Richard Boulanger, the declaration of Matthew DiMittia, the declaration of Carlos Vasquez, as well as upon all prior pleadings and proceedings had herein, Defendant Brian Transeau, joined by Defendant East-West Communications, Inc. (hereinafter "Defendants"), hereby move this Court, before the Honorable William H. Pauley III, at the United States Courthouse for the Southern District of New York, located at 500 Pearl Street, New York, New York, for an Order pursuant to Rule 56 of the Federal Rules of Civil Procedure dismissing the Complaint on the grounds set forth in the accompanying memorandum, including but not limited to that the accused drum beat was independently created and there is no evidence of access or copying of the asserted sound recording and therefore no infringement under the Copyright Act.

The date for Plaintiffs' response and oral argument is set forth in the Court's Order of September 5, 2006. Plaintiff's Response shall be due on October 6, 2006 and oral argument shall be at on November 3, 2006 at 10:30 a.m. or as soon thereafter as the Court is available.

WHEREFORE, Defendants request that the Court grant their motion and provide the relief set forth in the Proposed Order submitted herewith.

Dated: September 25, 2006.

KIRKLAND & ELLIS LLP

By: _____
Julie A. Ahrens (JA 0372)
jahrens@kirkland.com
Christopher W. Keegan (CK 2853)
ckeegan@kirkland.com

KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California 94104-1501
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

David S. Olson (DO 4906)
dolson@law.stanford.edu
STANFORD LAW SCHOOL CYBERLAW CLINIC
CENTER FOR INTERNET AND SOCIETY
559 Nathan Abbott Way
Stanford, California 94305-8610
Telephone: (650) 724-0517
Facsimile: (650) 723-4426

Attorneys for Defendant
BRIAN TRANSEAU p/k/a "BT"