# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RALPH VARGAS AND BLAND RICKY ROBERTS,

    Plaintiffs,

v.

PFIZER INC., PUBLICIS, INC., FLUID MUSIC, EAST WEST COMMUNICATIONS, INC., AND BRIAN TRANSEAU P/K/A "BT",

    Defendants.

04 CV 9772 (WHP)
ECF CASE

## DECLARATION OF CHRISTOPHER W. KEEGAN
## IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

1. I, Christopher W. Keegan am an attorney licensed by the state of California and the state of Illinois and admitted to practice before this Court.

2. I am an associate at the firm of Kirkland & Ellis LLP and make the following declaration based upon my own personal knowledge:

3. Attached as Exhibit B to Defendant's Motion for Summary Judgment is a true and correct copy of excerpts of the deposition of Ralph Vargas, taken on July 31, 2006 and continued on August 10, 2006.

4. Attached as Exhibit C to Defendant's Motion for Summary Judgment is a true and correct copy of excerpts of the deposition of Bland-Ricky Roberts, taken on August 2, 2006.

5. Attached as Exhibit D to Defendants' Motion for Summary Judgment is a true and correct copy of Defendants' Deposition Exhibit 8, Plaintiffs' Document Bates Labelled 00017.

6. Attached as Exhibit E to Defendants' Motion for Summary Judgment is a true and correct copy of Dr. Richard Boulanger's Declaration, dated September 22, 2006.

7. Attached as Exhibit F to Defendant's Motion for Summary Judgment is a true and correct copy of the rebuttal report submitted by Dr. Richard Boulanger on behalf of Brian Transeau.

8. Attached as Exhibit G to Defendant's Motion for Summary Judgment is a true and correct copy of Brian Transeau's Declaration in Support of Defendant's First Motion for Summary Judgment.

9. Attached as Exhibit H to Defendants' Motion for Summary Judgment is a true and correct copy of Brian Transeau's Supplemental Declaration in Support of Defendants' Motion for Summary Judgment, dated September 22, 2006.

10. Attached as Exhibit I to Defendant's Motion for Summary Judgment is a true and correct copy of excerpts of the deposition of Brian Transeau, taken on August 16, 2006.

11. Attached as Exhibit J to Defendant's Motion for Summary Judgment is a true and correct copy of the Declaration by Anthony Ricigliano on behalf of the Defendants, June 30, 2005.

12. Attached as Exhibit K to Defendant's Motion for Summary Judgment is a true and correct copy of excerpts of the deposition of Mathew Ritter, taken on August 10, 2006.

13. Attached as Exhibit L to Defendant's Motion for Summary Judgment is a true and correct copy of excerpts of the deposition of Steven Smith, taken on August 15, 2006.

14. Attached as Exhibit M to Defendant's Motion for Summary Judgment is a true and correct copy of the expert report submitted by Dr. Steven Smith on behalf of Plaintiffs.

15. Attached as Exhibit N to Defendant's Motion for Summary Judgment is a true and correct copy of the expert report submitted by Dr. Richard Boulanger on behalf of Brian Transeau.

16. Attached as Exhibit O to Defendant's Motion for Summary Judgment is a true and correct copy of excerpts of the deposition of Ivan A. Rodriguez, taken on August 9, 2006.

17. Attached as Exhibit P to Defendant's Motion for Summary Judgment is a true and correct copy of the Second Amended Complaint filed by Plaintiffs.

18. Attached as Exhibit Q to Defendant's Motion for Summary Judgment is a true and correct copy of Plaintiffs' Supplemental Responses and Objections to Defendants' Interrogatories, dated July 26, 2006.

19. Attached as Exhibit R to Defendant's Motion for Summary Judgment is a true and correct copy of the declaration of Carlos Vasquez, dated September 22, 2006.

20. Attached as Exhibit S to Defendant's Motion for Summary Judgment is a true and correct copy of Plaintiffs' document production, document bates labeled 00003.

21. Attached as Exhibit T to Defendant's Motion for Summary Judgment is a true and correct copy of the declaration of Michael DiMittia, dated September 22, 2006.

22. Attached as Exhibit U to Defendant's Motion for Summary Judgment is a true and correct copy of excerpts of the deposition of Matthew Ritter, taken on August 10, 2006.

23. Attached as Exhibit V to Defendant's Motion for Summary Judgment is a true and correct copy of the declaration submitted by Ivan Rodriquez on behalf of Plaintiffs.

Dated: September 25, 2006

Christopher W. Keegan

KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California 94104-1501
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Attorneys for Defendant
BRIAN TRANSEAU p/k/a "BT,"