# EXHIBIT B

Dockets.Justia.com

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

RALPH VARGAS and BLAND-RICKY ROBERTS,

                Plaintiffs,

                       Civil Action

                       No.

     -against-       04CV 9772 (JCF)


PFIZER, INC., PUBLICIS, INC.,

FLUID MUSIC, EAST WEST

COMMUNICATIONS, INC. and

BRIAN TRANSEAU p/k/a "BT",

                Defendants

------------------------------------x

              July 31, 2006

              9:35 a.m.

**CERTIFIED COPY**

     Videotaped Deposition of

RALPH VARGAS, taken by Defendants, pursuant to

Notice, at the offices of Kirkland & Ellis,

153 East 53rd Street, New York, New York,

before TAMMEY M. PASTOR, a Registered

Professional Reporter, Certified LiveNote

Reporter and Notary Public within and for the

State of New York.



**LEGALINK®**
A MERRILL COMPANY

575 Market St
11th Floor
San Francisco, CA 94105

tel (415) 357-4300
tel (800) 869-9132
fax (415) 357-4301

www.merrillcorp.com

GLOBAL COURT REPORTING · LEGAL VIDEOGRAPHY · TRIAL SERVICES

1                    RALPH VARGAS

2          A.     There is some -- can I answer?

3                 MR. CHIN:    Yes.  Sure.

4          A.     I think there were some other

5   additional sounds for sound effects.

6          Q.     So Mr. Chin is objecting,

7   sometimes for legal reasons or when he thinks

8   the record isn't clear, something like that.

9   But you can answer.  If he ever wants you not

10  to answer he will definitely tell you.  Just

11  so you know.

12         A.     Okay.

13         Q.     It is something we do as part

14  of the process.

15                You said additional sound

16  effects; is that right?

17         A.     Yes.

18         Q.     What do you mean by sound

19  effects?

20         A.     Most of the times it is tones.

21         Q.     Where do the tones come from?

22         A.     The engineer.

23         Q.     Who was the engineer on Funky

24  Drummer I and II?

25         A.     Carlos Bess.

1                    RALPH VARGAS

2          Q.    He engineered on both Volumes?

3          A.    Yes.

4          Q.    Who else was involved in making

5    Funky Drummer I and II?

6          A.    That was it.  Him and me.

7    That's it.

8          Q.    So no one else played drums on

9    Funky Drummer I or Funky Drummer II?

10         A.    Carlos played on maybe four or

11   five tracks.

12         Q.    Is he also a drummer?

13         A.    He was a drummer.

14         Q.    What does Mr. Bess do

15   currently?

16         A.    Engineer.

17         Q.    What is it that an engineer

18   does?

19         A.    He works behind the mixing

20   board.

21         Q.    What does he behind the mixing

22   board?

23         A.    He records you, you know, makes

24   sure the sound is clean, it is mixed properly

25   and the levels are correct.

                    RALPH VARGAS

general information on how you made it to safe

some time, I will just talk about them both

together, but if there is differences between

how you made Funky Drummer I and Funky Drummer

II, will you try to let me know?

          A.    I will.

          Q.    Okay, great.  You had set up

when you were making Funky Drummer bass drum,

snare and hi-hat; that's correct?

          A.    Yes.

          Q.    Then I would like you to take

me through the process of what came next in

this setup, the mics, mixing board to the

recorder and all that.  We will talk about

each piece of equipment you used.  Okay?

               So after the drums, after those

three drum pieces we talked about, what else

was used?

               MR. CHIN:  Objection.

          Q.    There was a microphone next?

               MR. CHIN:  Objection.

          A.    Yes.

          Q.    Then the mic is connected to

what?

RALPH VARGAS

1
2 about why did you decide to make Funky Drummer

3 Volume I in the first place?

4          A.     Well, the idea was conceived

5 about '93.  At the time I noticed a lot of

6 producers were sampling drum sounds from

7 various records and I thought it would be a

8 great idea to go in and do a sample album with

9 just drum beats done live with no

10 instrumentation in the way where they can just

11 feel free to take what they wanted, you know,

12 from the record.

13          Q.     So producers could use your

14 album to sample drum beats?

15          A.     Uh-huh.

16          Q.     And it would be easier to

17 sample drum beats off your album because there

18 are no other instruments in the way?

19          A.     Right. Exactly.  Yes.

20          Q.     So would you call this a sample

21 album?

22          MR. CHIN:  Objection.

23          A.     It was a specialty record.

24          Q.     What does that mean?

25          A.     It didn't fall under the same

112

1            RALPH VARGAS

2        A.    I presented the idea to Rick

3   Roberts.

4        Q.    What did Mr. Roberts say about

5   the idea?

6        A.    He says it sounds good, go

7   ahead and do it.

8        Q.    Did you discuss at the time

9   what his role would be?

10       A.    Yes.

11       Q.    What did you discuss?

12       A.    He wanted to be in partners

13   with this situation.  So we worked it out.

14       Q.    What were the terms of the

15   partnership?

16       A.    We pretty much had a handshake

17   deal, we go half and half on everything.

18       Q.    Did he help pay for the cost of

19   producing Funky Drummer I and II?

20       A.    Went right down the middle

21   even.

22       Q.    Did Mr. Bess pay for any of the

23   cost of producing Funky Drummer I or II?

24       A.    No.

25       Q.    Did you discuss what label

1                    RALPH VARGAS

2    that help your recollection of when Funky

3    Drummer Volume II was recorded?

4           A.    Yes.

5           Q.    After reviewing these documents

6    what is your best estimate of when Funky

7    Drummer Volume II was recorded?

8           A.    Between 1994 and '95.

9           Q.    Do you see on Exhibit 3 that

10   page 1, where it says "effective date of

11   registration," it should be at the top of page

12   13?

13          A.    Yes.

14          Q.    I am looking at 13, not 15.

15          A.    Yes.    January 27.

16                MR. CHIN:    No 1.

17          A.    1995.    January 26.

18          Q.    For Exhibit 3 which is the

19   sound recording copyright registration, does

20   it say "effective date of registration,

21   January 26, 1995?"

22          A.    Yes.

23          Q.    Then for Exhibit 2 which is the

24   composition registration, do you see where it

25   says "effective date of registration, January

1                    RALPH VARGAS

2               What did you use Varal

3    Publishing for?

4          A.     For my works at the time that

5    is Varal Publishing.

6          Q.     Sorry.  Varal Publishing.  How

7    long did you do business as Varal Publishing?

8          A.     It's still being used as we

9    speak.

10          Q.     When did you first start using

11    Varal Publishing?

12          A.     In the beginning of this

13    project.

14          Q.     This project being Funky

15    Drummer?

16          A.     Yes.

17          Q.     Volume I?

18          A.     Yes.

19          Q.     While we have these documents

20    out, do you see the address under Varal

21    Publishing there in block 4?

22          A.     Yes.

23          Q.     530 East 76th Street.

24          A.     Yes.

25          Q.     Suite 26H?

1                    RALPH VARGAS

2          Q.    To your knowledge they worked

3    it out before any legal action?

4          A.    Yes.

5          Q.    How about with Sprite

6    commercial?

7          A.    Same thing.

8          Q.    After you had the DAT tape for

9    Funky Drummer Volume II, what did you do next

10   with that tape?

11         A.    I handed it over to Rick

12   Roberts.

13         Q.    And what happened next as far

14   as the --

15         A.    He was in control of that.  The

16   record label owned it.

17         Q.    When you say he owned it, what

18   do you mean?

19         A.    It belongs to the record label

20   because it was put out on JBR Records.

21         Q.    So what happened next to

22   actually distribute the Funky Drummer Volume

23   II?

24         A.    Well, II was manufactured

25   somewhere in Brooklyn.  I forget the name of

1                    RALPH VARGAS
2    the manufacturing house.  We took it ourselves
3    to these records stores.  The one shops, the
4    mom and pop stores.
5           Q.    When you say it was
6    manufactured in Brooklyn, what do you mean?
7           A.    They pressed the record and,
8    you know, put jackets on it and put the labels
9    on it.
10          Q.    When you say press the record,
11   does that mean on to vinyl?
12          A.    Yes.  You know, they
13   manufactured the record, yeah.
14          Q.    Was Funky Drummer II
15   distributed on any other media than vinyl?
16          A.    No.  The format was always
17   vinyl.
18          Q.    How about Funky Drummer I?
19          A.    Both.  Always vinyl.
20          Q.    Only distributed on vinyl.
21   They were never distributed on CDs?
22          A.    We talked about doing that but
23   never did it.
24          Q.    Cassette tapes?
25          A.    No.

1              RALPH VARGAS

2         Q.    So, how many copies of Funky

3    Drummer II were pressed?

4         A.    As far as I can remember, 1,500

5    of II.  But then you'd have to ask Rick.  He

6    took care of all of that stuff.

7         Q.    How many were pressed of Funky

8    Drummer Volume I?

9         A.    We had an initial pressing of

10   1,500.  We sold out on that and got another

11   1,500 pressed up.  I think that was it.  You

12   have to ask Rick on that one, too.  But that's

13   what I remember.

14        Q.    All I'm asking you is your best

15   recollection.

16        A.    Yeah.  Yeah.

17        Q.    When you were just talking,

18   about Funky Drummer Volume I in that last

19   answer?

20        A.    The one that got pressed up

21   twice, yeah.  I.  II only got 1,500, Volume

22   II.

23        Q.    So there was never a second

24   pressing of Volume II?

25              MR. CHIN:  Objection.  It is

1              RALPH VARGAS

2    important that he don't guess.  I don't want

3    him to guess.  I want him to give his best

4    estimate to his personal knowledge.  If he is

5    guessing, I don't want him to guess.

6              MR. OLSON:  All we're asking

7    for is best estimates.  Since all we have in

8    this case are people's estimates, I am

9    entitled to them.

10             MR. CHIN:  Absolutely.  You're

11   entitled to his best estimates.  But guessing

12   is different than best estimates.  I think we

13   can agree on that.

14             MR. OLSON:  All I am asking

15   for is best estimates.

16             MR. CHIN:  Okay.

17        Q.   Mr. Vargas, with regard to

18   Funky Drummer Volume II, was it pressed more

19   than once, to your knowledge?

20        A.   II, I remember 15.  Rick could

21   have pressed more, that is why I said he would

22   have the answers to that, more accurate

23   answers than I would.  That was in his

24   department.

25        Q.   I understand that.  All I am

1                    RALPH VARGAS

2    asking about is your knowledge?

3          A.    1,500 of II.

4          Q.    So to your knowledge -- strike

5    that.

6                As far as you know there wasn't

7    a second pressing of Funky Drummer Volume II?

8          A.    Yeah, as far as I can remember,

9    yes.

10         Q.    You said after it was pressed

11   you took it to mom and pop record stores;

12   right?

13         A.    Yes.

14         Q.    You said "we," who is we?

15         A.    Rick Roberts, Bland-Ricky

16   Roberts.

17         Q.    And you?

18         A.    And me, yes.

19         Q.    Anyone else?

20         A.    No.

21         Q.    Other than distributing to mom

22   and pop record stores, was Funky Drummer

23   Volume II distributed in any other way?

24         A.    Rick took it to different

25   distribution houses around the city.

1                    RALPH VARGAS

2          Q.     Do you remember any of those

3    distribution houses?

4          A.     Only a few.  There was a lot

5    more that he took care of.  That all falls in

6    his area.

7          Q.     Can you give me the names of

8    any you remember?

9          A.     There was a record store called

10   Rock 'N Soul, Downstairs Records, Downtown

11   Records.  There was another record store, then

12   the rest was distribution houses he had, that

13   he went to.

14                    (Defendants' Exhibit 8

15   for identification, Distribution Lists Funky

16   Drummer I and II, production numbers 000017.)

17         Q.     I am handing you what has been

18   marked as Defendants' Exhibit 8.  It bears

19   Plaintiffs' Bates production number of 17.

20                    Could you read the title of the

21   document at the top?

22         A.     Distribution Lists Funky

23   Drummer I and II.

24         Q.     Have you seen this document

25   before?

1                    RALPH VARGAS

2          A.    Yes.

3          Q.    Did you help prepare this

4    document?

5          A.    Somewhat, yeah.

6          Q.    Where did the information for

7    this document come from?

8          A.    Initially Rick had most of this

9    information.

10          Q.    Where did he have the

11    information?

12          A.    I guess he has the records or

13    he did a lot of this himself.  I happened to

14    be with him a few times, that's why I know of

15    some of the places.

16          Q.    When you say he did a lot of

17    this, do you mean compiling this document

18    Exhibit 8 --

19          A.    Oh, no.

20          Q.    -- or do you mean distribution?

21          A.    Distribution.

22          Q.    Plaintiffs recently produced

23    this document with the column on the right

24    which has a little bit of contact information

25    for some of the entities on the left.  Are you

1                    RALPH VARGAS

2    aware of that, that this was recently

3    produced?

4           A.    Yes.

5           Q.    Did you help come up with the

6    contact information in the column on the

7    right?

8           A.    Yes.

9           Q.    Where did you get that

10   information from?

11          A.    Some of them I went there

12   personally.  So I had access and knew about

13   the addresses.

14          Q.    Which Ones?

15          A.    Downstairs Records, Eight Ball

16   Records, Rock and Soul.

17          Q.    How about Downtown Records?

18          A.    Downtown Records, too, they are

19   gone, they used to be on the 25th.

20          Q.    How about Vinyl Mania?

21          A.    Vinyl Mania, they are still

22   there, yes.

23          Q.    Do you know what Tiger

24   Distribution is?

25          A.    No.  That was all under Rick's

1                      RALPH VARGAS

2    handling.

3         Q.    Had you ever heard of them?

4         A.    No.   Then there is a lot of

5    them there I never heard of that Rick took

6    care of.

7         Q.    Had you ever heard of Indi

8    Distribution?

9         A.    Yes, Indi I heard of, yes.

10        Q.    What is Indi Distribution?

11        A.    I don't know much about it, but

12   I do remember hearing that a lot.

13        Q.    Do you know the extent of their

14   distribution network?

15        A.    No.

16              MR. CHIN:  Objection.

17        A.    I don't know too much about

18   that, Rick does.

19        Q.    How about City Hall, have you

20   heard of that? It is the third from the top.

21        A.    City Hall, no.

22        Q.    So once the records had been

23   taken to record stores and were being

24   distributed, I want to talk about what

25   happened next.

1          RALPH VARGAS

2              What was the system to divide

3    up proceeds from sales of Funky Drummer Volume

4    II?

5          A.    A lot of that stuff was on

6    consignment to the stores.  As they sold them

7    we would come every week or every two weeks.

8          Q.    Do you remember the price the

9    Volume II sold in the stores?

10         A.    I think it was like $8 or

11   something.

12         Q.    Do you remember the deal, the

13   consignment deal you had with the record

14   stores?

15         A.    No.  Rick would know that.  He

16   handled that.

17         Q.    What is your best estimate of

18   how much of each sale you got when they were

19   on consignment?

20              MR. CHIN:   Objection.

21         A.    I don't remember.

22         Q.    Would it have been more than

23   $1?

24              MR. CHIN:   Objection.

25         A.    Yes, but the exact price, I

1                    RALPH VARGAS

2    get it back then.

3              MR. CHIN:    What we will do, we

4    can, as we always do, they can come and

5    inspect it at our offices, listen to it if you

6    like; right?

7              MR. OLSON:    All right. Let me

8    just get clear on the record the facts.

9              MR. CHIN:    I just want to put

10   on the record you do have the CD of it with

11   nothing but Bust Dat Groove on it?

12             MR. OLSON:    We have a CD of

13   Bust Dat Groove but not the other tracks,

14   right.

15             MR. CHIN:    Right. None of the

16   other tracks which are not a part of the

17   litigation, right.

18        Q.    Mr. Vargas, I want to get it

19   clear, how many copies of Funky Drummer Volume

20   II do you have?

21        A.    My own personal copy.

22        Q.    Just one copy?

23        A.    One copy.

24        Q.    Do you know where any other

25   copies are?

1                    RALPH VARGAS

2          A.    They don't exist anymore.  They

3     are out of print.

4          Q.    How many copies of the masters

5     do you have?

6          A.    I have the two master reels of

7     Volume I and II, the two inch tapes.

8          Q.    What about the DAT tapes, do

9     you know where they are?

10         A.    Rick has those.

11         Q.    Do you have any knowledge about

12    how many of the, well -- strike that.

13              To the best of your knowledge

14    how many copies of Funky Drummer Volume II

15    were sold?

16              MR. CHIN:  Objection.  You can

17    answer if you can.

18         A.    I would think all of them.  We

19    didn't have any returns out of the initial

20    pressing that we done on II.

21         Q.    If they had been, if there had

22    been any returns, would they come to you or to

23    Mr. Roberts?

24         A.    Mr. Roberts.

25         Q.    So it is possible there were

1                      RALPH VARGAS

2     some returns you don't know about; is that

3     correct?

4                 MR. CHIN:  Objection.  That is

5     not what he said.

6           Q.    Let me rephrase the question

7     then.  Is it possible there were returns you

8     don't know about?

9                 MR. CHIN:  Objection as to

10    form.

11          A.    As far as I know, none of them

12    were returned.

13          Q.    Okay.  My question was a little

14    bit different.  All I want to know is, is it

15    possible there were returns to Mr. Roberts and

16    you wouldn't know about it?

17                MR. CHIN:  Objection as to

18    form.

19          A.    He never mentioned to me that

20    any was returned.

21          Q.    If there were any returned, is

22    it something you would expect Mr. Roberts to

23    tell you?

24                MR. CHIN:  Objection.

25          A.    Yes.

1　　　　　　　　　　RALPH VARGAS

2　　　　　Q.　　Why is that?

3　　　　　A.　　Because we were partners.

4　　　　　Q.　　When you took copies of Funky

5　Drummer Volume II to the record stores, how

6　many would you take at a time to a particular

7　store?

8　　　　　A.　　Might be 10, might be 15.

9　　　　　Q.　　Did there ever come a time when

10　you went back to one of the stores with more

11　copies of the album?

12　　　　　A.　　When they sold out.  They would

13　ask for more, they would double up on it when

14　they saw it was moving.

15　　　　　Q.　　What does double up mean?

16　　　　　A.　　Whatever the order was, if we

17　gave them 10 or 15 they would get 30 or 20.

18　Whatever.

19　　　　　Q.　　What's your best estimate of

20　the most copies of Funky Drummer Volume II

21　that you provided to any store?

22　　　　　　　　MR. CHIN:  Objection.  You can

23　answer.

24　　　　　A.　　I would say no more than 15,

25　maybe a little more than that.

1                    RALPH VARGAS

2          Q.    What is your best estimate of

3    the total number of copies you provided to any

4    one particular store from the beginning of the

5    time it was on sale through to the current?

6                    MR. CHIN:   Objection.

7          A.    I can't recall.  All of the

8    stores had a different amount they took.

9          Q.    Was there any store that took

10   more than 500?

11                   MR. CHIN:   Objection.

12         A.    I don't know what the total

13   amount was.

14         Q.    I am just asking for your best

15   estimate.  You were involved in taking 10 or

16   15 at a time?

17         A.    I can't give it to you because

18   I really don't know.

19         Q.    So you don't know if -- I

20   understand it is hard to re-create, but you

21   were involved in taking copies of the records

22   to the record stores; right?

23                   MR. CHIN:   I happen an

24   objection.  Why don't you ask him would the

25   records you took to the store, what was the

1                     RALPH VARGAS

2          Q.     When you made profits from

3     playing with Total Remix, did you record that

4     income on your income taxes?

5                     MR. CHIN:  Objection,

6     relevance.

7          A.     Yes, I have a separate tax

8     ID number.

9          Q.     Do you have an accountant who

10    helps you with your taxes?

11                    MR. CHIN:  Objection,

12    relevance?

13         A.     I don't have a separate.  Just

14    a regular, you know, tax people.

15         Q.     Who did your taxes, say in

16    1996?

17                    MR. CHIN:  Objection,

18    relevance?

19         A.     H&R.

20         Q.     H&R Block?

21         A.     Yes.

22         Q.     Did you tell H&R Block that you

23    had proceeds from sales of Funky Drummer

24    Volume II that you needed to account for?

25         A.     No.

1                    RALPH VARGAS

2    really don't.

3              Q.    To your knowledge did Bust Dat

4    Groove ever receive any radio airplay?

5              A.    I've never heard it, no.

6              Q.    To your knowledge did Bust Dat

7    Groove ever receive any TV airplay?

8              A.    Other than the Celebrex.

9              Q.    Okay.  Other than allegedly in

10   the Celebrex ad, to your knowledge did Bust

11   Dat Groove ever receive any TV airplay?

12             A.    As far as I know.  Sometimes,

13   you know people use it and I'm not aware of it

14   so I don't know.

15             Q.    I'm just asking --

16             A.    As far as I know.

17             Q.    As far as you know the answer

18   is?

19             A.    I don't know.

20             Q.    Let me ask it one more time

21   just to get a yes or no answer.  As far as you

22   know -- strike that.

23                   Other than allegedly in the

24   Celebrex commercial, as far as you know did

25   Bust Dat Groove ever receive any TV airplay?

1                    RALPH VARGAS

2          A.    I don't know.

3          Q.    Did Mr. Roberts ever give you

4   any kind of written accounting for profits

5   from the Funky Drummer II album?

6          A.    No.

7          Q.    Did you ever license any tracks

8   from the Funky Drummer II album?

9          A.    No.

10         Q.    Do you know if anyone ever

11  licensed any tracks from the Funky Drummer II

12  album?

13                MR. CHIN:  Objection.

14         A.    I don't know.

15         Q.    Did you try to license tracks

16  from the Funky Drummer II album?

17         A.    I didn't personally, but maybe

18  Jane Peterer did.

19         Q.    Do you have any knowledge of

20  any attempts she made to license tracks from

21  the Funky Drummer album?

22         A.    No.  But I got personal phone

23  calls myself from people that wanted to use it

24  and I would direct them to Jane Peterer.

25         Q.    People who wanted to use tracks

238

1                     RALPH VARGAS

2  from Funky Drummer II?

3         A.    Yeah.

4         Q.    Which tracks?

5         A.    I don't remember the exact

6  tracks.

7         Q.    Did anyone call wanting to use

8  Bust Dat Groove?

9         A.    I don't know.  Sometimes they

10  would call her directly, so...

11         Q.    I am just asking with reference

12  to the calls you stated you received, did

13  anyone call with regard to Bust Dat Groove?

14         A.    We didn't get into even finding

15  out what track they wanted to use because I

16  would direct them to Jane Peterer.  She was

17  handling all my publishing work, so...

18         Q.    Did you follow up with

19  Ms. Peterer after you directed people to her?

20         A.    Yes.  And she told me who was

21  inquiring.  But we didn't get into what track

22  or anything like that, you know.

23         Q.    Did any of those inquiries lead

24  to someone paying for license to the track?

25         A.    As far as I know, no.

1                    RALPH VARGAS

2    efforts on your behalf with respect to Funky

3    Drummer Volume II?

4         A.    Yes.

5         Q.    Did she help you obtain any

6    money for Funky Drummer II?

7         A.    We had a lot of things pending

8    that she left hanging, she didn't complete.

9    So, I would say at this time, no.

10        Q.    So, again, she didn't follow

11   through; is that correct? So no additional

12   funds resulted from her work with regard to

13   Funky Drummer Volume II; correct?

14        A.    Correct.

15        Q.    And with regard to Bust Dat

16   Groove specifically, it's correct it has never

17   been sold, licensed or assigned to any

18   third-party; is that correct?

19        A.    As far as I know, yes.

20        Q.    So let's talk about the

21   Celebrex ad.  When did you first hear the

22   Celebrex ad at issue in this case?

23        A.    I don't remember the exact

24   date, but they were playing it a lot.

25        Q.    When I say the Celebrex ad, do

1

2                    C E R T I F I C A T E

3      STATE OF NEW YORK    )

4                               :  ss.

5      COUNTY OF NEW YORK   )

6               I, TAMMEY M. PASTOR, a Registered

7      Professional Reporter, Certified LiveNote

8      Reporter and Notary Public within and for the

9      State of New York, do hereby certify:

10               That RALPH VARGAS, the witness whose

11     deposition is hereinbefore set forth, was duly

12     sworn by me and that such deposition is a true

13     record of the testimony given by the witness.

14               I further certify that I am not

15     related to any of the parties to this action

16     by blood or marriage, and that I am in no way

17     interested in the outcome of this matter.

18               IN WITNESS WHEREOF, I have

19     hereunto set my hand this _2nd_ day of

20     _August_ , 2006.

21

22

23

24     _____

25          TAMMEY M. PASTOR, RPR, CLR

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

RALPH VARGAS and BLAND-RICKY ROBERTS,

                         Plaintiffs,
                                    Civil Action
                                    No.
          -against-            04CV 9772 (JCF)

PFIZER, INC., PUBLICIS, INC.,
FLUID MUSIC, EAST WEST
COMMUNICATIONS, INC. and
BRIAN TRANSEAU p/k/a "BT",

                         Defendants        CERTIFIED COPY

------------------------------------x
                    August 10, 2006
                    5:10 p.m.

     Continued Videotaped Deposition of

RALPH VARGAS, taken by Defendants, pursuant to

Notice, at the offices of Kirkland & Ellis,

153 East 53rd Street, New York, New York,

before TAMMEY M. PASTOR, a Registered

Professional Reporter, Certified LiveNote

Reporter and Notary Public within and for the

State of New York.


LEGALINK®
A MERRILL COMPANY

575 Market St
11th Floor
San Francisco, CA 94105

tel (415) 357-4300          www.merrillcorp.com
tel (800) 869-9132
fax (415) 357-4301

GLOBAL COURT REPORTING · LEGAL VIDEOGRAPHY · TRIAL SERVICES

1                      RALPH VARGAS

2    read.)

3            Q.    Other than the similarity you

4    perceived between Aparthenonia and Bust Dat

5    Groove, let me withdraw that question.

6                 Mr. Vargas --

7            A.    Yes.

8            Q.     -- you don't know of any

9    evidence that defendants in this case had

10   access to Funky Drummer Volume II prior to

11   this case beginning; do you?

12                 MR. CHIN:  Objection.

13           A.    Your client, BT?

14           Q.    Sure.

15           A.    Had access.

16           Q.    Let's start with BT.

17           A.    Ask the question again to me,

18   please.

19           Q.    Yes.  You don't personally know

20   of any evidence that BT had access to Bust Dat

21   Groove Without Ride before he made

22   Aparthenonia; do you?

23                 MR. CHIN:  Objection.

24           A.    I believe he had access.

25           Q.    What is that belief based on?

                                            395

1                    RALPH VARGAS

2                    MR. CHIN:   Objection.   You can

3     answer.

4          A.     Because I explained to you when

5     I was here before that he has a lot of my

6     compositions on his sound library CD.

7          Q.     Mr. Vargas, are you seeking

8     damages in this case for the use of any of

9     your tracks other than Bust Dat Groove?

10         A.     I have to talk with my lawyer

11    Paul, if I may before I answer.

12         Q.     Is it regarding privileged

13    communications?

14                 MR. CHIN:   He wants to ask me

15    a question.  I have to find out if it

16    privilege.  Then I can tell him whether or not

17    he can answer.

18                 MR. OLSON:   Go off.

19                 VIDEOGRAPHER:  Going off

20    record.  The time is 5:53.

21                 (Recess taken.)

22                 VIDEOGRAPHER:  Back on the

23    record.  The time is 5:55.

24         Q.     Mr. Vargas, are you suing BT in

25    this case regarding any tracks other than Bust

                                              396

1                    RALPH VARGAS

2          Q.    We talked about that?

3          A.    Yeah.

4          Q.    Is my recollection correct you

5    could not in your last deposition without your

6    list available remember any of the tracks that

7    were the same; is that correct?

8          A.    Right.

9          Q.    You didn't give me any

10   similarities last time?

11               MR. CHIN:  Objection you can

12   answer.

13         A.    No.

14         Q.    So, Mr. Vargas, other than

15   where you think that BT has the same or

16   similar tracks on one of his albums as from

17   one of your albums, other than that, do you

18   have any evidence that BT had access to Funky

19   Drummer Volume II before Aparthenonia was

20   created?

21               MR. CHIN:  Objection, asked and

22   answered.  You can answer again.

23         A.    I don't know.

24         Q.    You don't have any other

25   evidence or you don't know?

                                            400

1                    RALPH VARGAS

2                MR. CHIN:  Objection.

3         A.     I don't know.

4         Q.     What would you need to

5    determine that?

6                MR. CHIN:  Objection.

7         A.     I actually don't know.  I am

8    just going by what I heard on his CD and what

9    is on my vinyl record that I can say with

10   confidence.  I mean if you're asking me did he

11   have the actual record in his hand, I don't

12   know.  Or where did he get it from, I don't

13   know.

14        Q.     Sure.  All I am trying to do is

15   make sure I'm clear on the basis for your

16   belief that it was copied.  I understand that

17   you believe there is work of BTs that is

18   similar or the same to yours; right?

19                MR. CHIN:  Objection.  You can

20   answer.

21        A.     Yes.  He has a lot of

22   similarities and a lot that are exactly note

23   for note.

24        Q.     That makes you confident

25   Aparthenonia is a copy of Bust Dat Groove;

                                              401

1                    RALPH VARGAS

2       correct?

3                    MR. CHIN:  Objection.  You can

4       answer.

5            A.    Absolutely without a doubt.

6            Q.    I understand that.  Other than

7       on the basis of the similarities that you find

8       between BT's recorded tracks and your recorded

9       tracks, do you have any other personal

10      knowledge that BT had access to Funky Drummer

11      Volume II before Aparthenonia was created?

12                   MR. CHIN:  Objection.

13           A.    No.

14           Q.    Mr. Vargas, I am going to have

15      marked as Defendants' Exhibit 32.

16                   (Defendants' Exhibit 32

17      for identification, Track Listing and

18      Information, production numbers 000019 through

19      21.)

20           Q.    Sorry, Mr. Vargas, that  is

21      missing a page.  If you hand it back to me

22      I'll make sure it is complete.  It was missing

23      the last page.

24                   For the record I will identify

25      this as having been produced with plaintiffs'

                                                  402

RALPH VARGAS

master.   Listen to the question.

        A.      Okay.

        Q.      Can you sample the song without
having the physical record itself?

        A.      If someone else sampled it?

        Q.      No.   No.   My question is this,
you know how to sample?

        A.      Yes, you need the record, you
need the physical record to sample, yes.

        Q.      Why do you need the physical
record to sample?

        A.      Unless it is out there in some
other form you actually need the record to
sample it.

        Q.      Have you ever accidently
sampled a record before?

        A.      I don't quite understand that
question.

        Q.      When you sampled a record did
you do it intentionally?

        A.      I have done it intentionally,
yes.

        Q.      Have you ever accidently
sampled something before?

416

RALPH VARGAS

A.    No.

Q.    Have you ever heard of anybody accidently sampling something before?

A.    Never heard of that before.

Q.    Have you read Mr. Matthew Ritter's report?

A.    Yes.

Q.    Have you seen his report?

A.    Yes.

Q.    Do you know what the conclusions of his report are?

A.    Yes.

Q.    What did he conclude in his report?

MR. OLSON:    Objection.

A.    It was the same.

Q.    What was the same?

MR. OLSON:    Objection.

A.    The whole composition was the same.

Q.    What compositions?  You got to be clear here.

A.    Bust Dat Groove was the same as BT's version.

417

1

2                  C E R T I F I C A T E

3   STATE OF NEW YORK    )

                                    : ss.

4   COUNTY OF NEW YORK   )

5           I, TAMMEY M. PASTOR, a Registered

6   Professional Reporter, Certified LiveNote

7   Reporter and Notary Public within and for the

8   State of New York, do hereby certify:

9           That RALPH VARGAS, the witness

10  whose deposition is hereinbefore set forth,

11  was duly sworn by me and that such deposition

12  is a true record of the testimony given by the

13  witness.

14          I further certify that I am not

15  related to any of the parties to this action

16  by blood or marriage, and that I am in no way

17  interested in the outcome of this matter.

18          IN WITNESS WHEREOF, I have

19  hereunto set my hand this 18th day of

20  August     , 2006.

21

22

23                    _Tammey M Pastor_

24                    TAMMEY M. PASTOR, RPR

25

                                            432