# EXHIBIT C

Dockets.Justia.com

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

RALPH VARGAS and BLAND-RICKY ROBERTS,

               Plaintiffs,

                      Civil Action

                      No.

      -against-        04CV 9772 (JCF)


PFIZER, INC., PUBLICIS, INC.,

FLUID MUSIC, EAST WEST

COMMUNICATIONS, INC. and

BRIAN TRANSEAU p/k/a "BT",

               Defendants

------------------------------------x

      CONTAINS CONFIDENTIAL

    ATTORNEYS' EYES ONLY PORTIONS

          August 2, 2006

          9:40 a.m.

    Videotaped Deposition of

BLAND-RICKY ROBERTS, taken by Defendants,

pursuant to Notice, at the offices of Kirkland

& Ellis, 153 East 53rd Street, New York, New

York, before TAMMEY M. PASTOR, a Registered

Professional Reporter, Certified LiveNote

Reporter and Notary Public within and for the

State of New York.

**CERTIFIED COPY**

CONFIDENTIAL

Attorneys' Eyes Only



LEGALINK®
A MERRILL COMPANY

575 Market St
11th Floor
San Francisco, CA 94105

tel (415) 357-4300
tel (800) 869-9132
fax (415) 357-4301

www.merrillcorp.com

GLOBAL COURT REPORTING · LEGAL VIDEOGRAPHY · TRIAL SERVICES

BLAND-RICKY ROBERTS

1

2          Q.     What is your understanding of

3    how sampling works?

4          A.     One who is in the production

5    field would hear a particular sound or song or

6    portion thereof, use what is known as a

7    sampling machine, take that portion of that

8    song or sound that they are interested in and

9    record it and use it in the composition or use

10   it in a manner which best suits them for, I

11   guess, producing or preparing a song.

12         Q.     Okay.  Is it possible to sample

13   from, a sound or a song from vinyl?

14         A.     Yes.

15                MR. CHIN:  Objection.  Sorry.

16   Objection, you can answer.

17         A.     Yes.

18         Q.     And is it possible to sample a

19   song or a sound from a compact disk?

20                MR. CHIN:  Objection.  You can

21   answer.

22         A.     Yes.

23         Q.     Just going over what you said,

24   in order to sample you first obtain a copy of

25   the song that you want to copy; right?

BLAND-RICKY ROBERTS

1

2      A.    Song, sound source, it is a

3 source.

4      Q.    Right.

5      A.    Once you obtain the source you

6 then go to copy the source.  You can't sample

7 without having the source.

8      Q.    Okay.  Great.  Have you ever

9 used sampling to create music?

10     A.    No.

11     Q.    Do you currently record music?

12     A.    Okay, do I currently record

13 music?  Me personally or do I still have

14 artists that I'm recording?

15     Q.    We'll take it one at a time.

16 Do you personally record music?

17     A.    No.

18     Q.    Do you have artists that you

19 record?

20     A.    I have artists that I've paid

21 for their recordings, but I am not personally

22 not the person doing the recordings.

23     Q.    So your involvement with

24 artists recording is more of a financial

25 backing of the recording?

1               BLAND-RICKY ROBERTS

2    of music that the label released?

3          A.    To some degree pretty much

4    covers everything.

5          Q.    Right. So JBR did put out

6    albums; right?

7          A.    Yes.

8          Q.    Can you say whether it was less

9    than 10?

10         A.    No.

11               MR. CHIN:  Objection.  You can

12   answer.

13         A.    No.

14         Q.    And it was in operation from

15   approximately 1989 to 1995; right?

16         A.    '95, '96.

17         Q.    So over six years you had ten

18   or eleven artists; right?

19         A.    That I can remember.

20         Q.    Which of those artists do you

21   specifically remember did release albums?

22         A.    Kevin Owens had an album.  Ray,

23   Goodman & Brown had an album.  Al McDowell had

24   an album.  We put a specialty record which is

25   the Funky Drummer series.

1              BLAND-RICKY ROBERTS

2                   MR. CHIN:    No.   They are going

3      to quote you.

4              A.    Then don't quote me.   Then I

5      don't know would be the best answer.

6              Q.    Okay.

7              A.    But Ray, Goodman & Brown did a

8      substantial number.

9              Q.    More than 20,000?

10             A.    Did a substantial number.

11             Q.    When were those, like the Ray,

12     Goodman & Brown album, when was that released?

13             A.    As I told you earlier, I am bad

14     with dates, I couldn't give you an exact date.

15             Q.    Was it toward the beginning of

16     when the label went into operation?

17             A.    In the middle.

18             Q.    Okay.   In the middle, so early

19     90s?

20             A.    Yes.

21             Q.    What about Kevin Owens?

22             A.    Early 90s.

23             Q.    Early 90s, okay.

24                   Where were, we'll take Ray,

25     Goodman & Brown, where were those albums sold?

BLAND-RICKY ROBERTS

1

2      Q.      Was Funky Drummer II ever

3  released on any other media other than vinyl?

4      A.      No.

5      Q.      Never on compact disk?

6      A.      No.

7      Q.      Never on cassette tape?

8      A.      No.

9      Q.      Who pressed the vinyl for Funky

10  Drummer I?

11      A.      That is a good question, I

12  don't remember whether I used Metropolitan,

13  whether I used a pressing plant in Brooklyn,

14  the name slips me right now.  That really

15  escapes me.  I don't remember that name or if

16  I used the Florida Records.  I don't remember

17  who I used for that.  I don't remember who I

18  used for I or II to be honest with you.

19      Q.      So for Funky Drummer I it could

20  have been Metropolitan you said?

21      A.      Uh-huh.

22      Q.      Another place in Brooklyn.

23      A.      Yes.  I don't remember that

24  name, though.

25      Q.      And another place in Florida?

1     BLAND—RICKY ROBERTS

2 Drummer II were made?

3    A.  There was three because of the

4 demand for the record.

5    Q.  So, how many copies of Funky

6 Drummer II were pressed?

7    A.  4,000.

8    Q.  So there was the first one of

9 1,500.

10    A.  Correct.

11    Q.  Then the second pressing?

12    A.  2,000.

13    Q.  Then the third pressing?

14    A.  500.

15    Q.  500.  What is the time frame

16 between the first pressing and the last

17 pressing?

18    A.  A month, maybe.  A month.

19    Q.  One month?

20    A.  Yeah.  A month.

21    Q.  So, do you remember when Funky

22 Drummer II was first pressed?

23    A.  No.

24    Q.  Do you recall the year?

25    A.  No.  But it was prior to going

BLAND-RICKY ROBERTS

2  other.

3      Q.    Do you have, did you keep

4  copies of any of those documents reflecting

5  the number of copies of Funky Drummer II that

6  were manufactured?

7      A.    If in fact I did receive them,

8  I would have had a copy back then.  I don't

9  have one now.

10      Q.    Okay.  Does anyone else have a

11  copy of those documents?

12      A.    Not to my knowledge.

13      Q.    Would you know about it if

14  someone else did have a copy of those

15  documents?

16      MR. CHIN:  Objection.  You can

17  answer.

18      A.    I would want to say yes, but

19  the answer would actually have to be no.  If

20  someone from their organization that made the

21  Records, pressed the Records, if they had a

22  copy, I wouldn't know that.

23      Q.    Okay.  Would you have written

24  notes or any other, you know, memorialization

25  of the number of, an accounting of the number

119

1                    BLAND-RICKY ROBERTS

2      of copies that you pressed?

3                    MR. CHIN:  Objection.

4           A.    I don't know.  Written notes

5      today?

6           Q.    Yes.

7           A.    No.  No.

8           Q.    Are the numbers you are saying

9      for pressing of Funky Drummer II, are you

10     relying only on your memory to testify to

11     those numbers?

12                   MR. CHIN:  Objection.

13          A.    Pretty much.

14          Q.    Other than your memory what

15     else are you relying on to say that 4,000

16     copies of Funky Drummer II were pressed?

17          A.    It would strictly be memory.

18          Q.    Anything else?

19          A.    No.

20          Q.    There is nothing else other

21     than your memory that you're relying on to

22     testify to the number of copies of Funky

23     Drummer II that were pressed?

24                   MR. CHIN:  Objection.

25          Q.    You can answer.

                                                    120

1          BLAND-RICKY ROBERTS

2          A.     Nothing but my memory.

3          Q.     Did you review any documents at

4    all that gave you that number?

5          A.     No.  It's all recollection.

6          Q.     So if your memory was mistaken,

7    there is no other way to know the total number

8    of copies of Funky Drummer II that were

9    pressed?

10          MR. CHIN:  Objection.

11          A.     Correct.

12          Q.     I will go through the same

13   thing for Funky Drummer I.  Are you relying

14   solely on your memory to testify to the

15   number of copies that were pressed of Funky

16   Drummer I?

17          A.     Yes.

18          Q.     Is there anything else?

19          MR. CHIN:  Objection.

20          A.     No.

21          Q.     Did you review any documents

22   that gave you, that got you to the number

23   3,000 for the copies of Funky Drummer I that

24   were pressed?

25          MR. CHIN:  Objection.

121

1          BLAND-RICKY ROBERTS

2          A.    No.

3          Q.    So if your memory is mistaken

4    as to that number, there is no other way to

5    know the total number of Funky Drummer I

6    copies that were pressed?

7                MR. CHIN:  Objection.

8          A.    To date, no.

9          Q.    Is it possible your memory for

10   the number of Funky Drummer II -- sorry --

11   strike that.

12                Is it possible your memory you

13   pressed 4,000 copies of Funky Drummer II, is

14   it possible you're mistaken?

15                MR. CHIN:  Objection.

16         A.    No.  Not since the money came

17   out of my pocket.  No.  I am pretty good with

18   that, you know, in terms of that Funky Drummer

19   series because Funky Drummer was one of the

20   last Records I did.

21         Q.    But you don't remember where it

22   was pressed?

23                MR. CHIN:  Objection.

24         A.    No, not at this point in time.

25         Q.    You don't remember when it was

1     BLAND-RICKY ROBERTS

2 pressed?

3     MR. CHIN: Objection.

4   A.  I am bad with dates.

5   Q.  You said it was one of the last

6 projects you worked on before JB&R went out of

7 business?

8   A.  JBR.

9     MR. CHIN: Objection.

10   Q.  Sorry. Is it one of the last

11 projects you worked on before JBR Records went

12 out of business?

13   A.  Yes, it was. It was among the

14 last.

15   Q.  Can you tell me the name of the

16 salesperson who agreed to the terms of the

17 manufacturing deal for the pressing of Funky

18 Drummer II?

19     MR. CHIN: Objection.

20   A.  No, I can't. I have family

21 members I haven't seen in a while, I couldn't

22 tell you their name. If it is not relevant to

23 me now and I don't, you know, I wouldn't

24 remember.

25   Q.  So you don't know who you

```
 1              BLAND-RICKY ROBERTS
 2   talked to to get the albums pressed; right?
 3              MR. CHIN:  Objection.
 4         A.    Not today, I don't.  No.
 5         Q.    And you don't know the name of
 6   the company where the albums were pressed;
 7   right?
 8              MR. CHIN:  Objection.
 9         A.    No.  I can tell you it was in
10   Brooklyn.  I just can't remember the name of
11   the company.  I mean that was ten years ago,
12   that's why I wouldn't remember that person's
13   name.  It is somebody who I haven't dealt with
14   in ten years.  It is a company I haven't dealt
15   with in over ten years.
16         Q.    Right. Being that long ago you
17   can't remember?
18              MR. CHIN:  Objection.  Remember
19   what?
20         Q.    Who pressed Funky Drummer II.
21         A.    Not 100 percent.  I mean I
22   could possibly find that company if they still
23   exist by driving around in Brooklyn.
24         Q.    So, do you remember -- if you
25   drove around in Brooklyn to find that company,
```

1                    BLAND-RICKY ROBERTS

2          A.     Yes.

3          Q.     Who was that?

4          A.     It was originally registered by

5   Jane Peterer who was my, she was our agent

6   for -- she was my publisher.  And then it was

7   later amended and that was registered by my

8   attorney.

9          Q.     I am going to show you what has

10  been marked Defendants' Exhibit 3.  Do you

11  recognize this document?

12         A.     Yes.

13         Q.     What is it?

14         A.     It is the Certificate of

15  Registration of an SR Form, which stands for

16  sound recording with the United States

17  government, Copyright Office.

18         Q.     Do you see there in block

19  number 1 where it says "title of this work?"

20         A.     Yes.

21         Q.     What does it say there?

22         A.     "Funky Drummer Volume II."

23         Q.     Is this the Certificate of

24  Registration for the sound recording of Funky

25  Drummer Volume II?

1                    BLAND-RICKY ROBERTS

2          A.     Sorry, I didn't hear you.

3          Q.     Is this the Certificate of

4    Registration for the sound recording in Funky

5    Drummer Volume II?

6          A.     Yes, it is.

7          Q.     Do you see there in block

8    number 3 toward the bottom 3A it says "year in

9    which creation of this work was completed?"

10         A.     Uh-huh.

11         Q.     What does it say there?

12         A.     "1994."

13         Q.     Does that refresh your

14   recollection as to when the Funky Drummer

15   Volume II was completed?

16         A.     Well, it says here 1994.

17         Q.     Do you remember, can you tell

18   me when Funky Drummer Volume II was offered

19   for sale?

20         A.     It would have been shortly

21   thereafter the registration of this document.

22         Q.     You see there in 3B where it

23   says the date and nation of the first

24   publication of this particular work was

25   February 11, 1994; do you see that?

BLAND-RICKY ROBERTS

1

2          A.      Yes, uh-huh.

3          Q.      So, does that date on this form

4  reflect when Funky Drummer II was released for

5  sale?

6                  MR. CHIN:  Objection.  You can

7  answer.

8          A.      It says February 11, 1994.

9          Q.      What does that mean to you when

10  it says "date of first publication, date and

11  nation of this first publication of this

12  work?"

13                  MR. CHIN:  Objection.  The

14  issue of whether publication is a legal term.

15  But he can still answer.

16          Q.      To the extent you know.

17          A.      Publication would be the time

18  in which it is distributed or produced.

19          Q.      Okay.

20          A.      It states here it was done on

21  that date, so I would imagine that's the date.

22          Q.      Is Funky Drummer Volume I,

23  sorry -- strike that.

24                  Do you have any reason to doubt

25  the date that is on this form, that that's

BLAND-RICKY ROBERTS

1

2     accurate?

3          A.    I have no reason to doubt it.

4          Q.    Is Funky Drummer Volume I still

5     for sale today?

6          A.    When you ask me still for sale,

7     do you mean am I selling it?

8          Q.    Sure.  Are you selling it?

9          A.    No.  Not presently.

10         Q.    Do you know if anyone is

11    selling it?

12         A.    I have seen it on the internet

13    for sale once or twice.

14         Q.    Is it still being sold first

15    end user sales?

16         A.    No.  Not first end.

17         Q.    So if you have seen it for sale

18    it is a used copy being sold?

19         A.    Correct.  To my knowledge.

20    Because I didn't buy it, so to my knowledge it

21    is.

22         Q.    When did you stop selling Funky

23    Drummer Volume I?

24         A.    I don't know the exact date.

25         Q.    Where did you see Funky Drummer

1                    BLAND-RICKY ROBERTS

2     internet?

3          A.     No.

4          Q.     How many times did you see it

5     for sale on the internet?

6          A.     In the beginning? I saw it

7     once.  I think it was once.  Because one of my

8     kids was on the internet.  That is how I

9     happened to see it.

10         Q.     When did you stop selling --

11    sorry, is Funky Drummer Volume II still for

12    sale?

13         A.     During what time frame?

14         Q.     Presently.

15         A.     Is it for sale now?

16         Q.     Yes.

17         A.     No, it is not.

18         Q.     And when did you stop selling

19    Funky Drummer Volume II?

20         A.     Shortly after the last

21    pressing.

22         Q.     When was that?

23         A.     Within that month time frame

24    that we spoke of earlier.  Date, I couldn't

25    give you a date.

BLAND-RICKY ROBERTS

1

2    Q.    So if we are going off of the

3  approximate date of February 1994 when Funky

4  Drummer Volume II was released, you stopped

5  selling it shortly thereafter?

6        A.    March --

7        MR. CHIN:  Wait until she

8  finishes.

9        Q.    Shortly thereafter?

10       MR. CHIN:  Objection.

11       A.    March, April, thereabout.

12       Q.    Have you ever seen copies of

13  Funky Drummer Volume II offered for sale on

14  the internet?

15       A.    No.

16       Q.    I just want to talk about the

17  distribution process for Funky Drummers volume

18  and we talked about your distributor generally

19  for JBR Records.  We will focus on Funky

20  Drummer I first.  Again I am going to ask you

21  the questions specific to each album.  If you

22  say that it was the same for Funky Drummer II,

23  you can tell us that and it will go faster.

24  I'll ask separately otherwise.

25       How was Funky Drummer I

BLAND-RICKY ROBERTS

distributed?

A.    It was distributed, as I stated
earlier, through the trunk of the car, as well
as through formal distributor channels.

Q.    When you say trunk of the car,
you're talking about the trunk of your car?

A.    That's a term used loosely.  As
you mentioned a few minutes ago.  You asked me
about Mr. Vargas delivering Records to Rock
and Soul.

Q.    Right.

A.    That would be considered out of
the trunk of the car as opposed to that
distribution entity that their salesperson
selling that record we would be selling it.
We call that out of the trunk of the car.

Q.    That is direct --

A.    Direct sales.

Q.    -- direct sales from the label
and the artist in this case, you said
Mr. Vargas is not an artist.  So direct sales
from the label and the musician; right?

A.    Okay.

Q.    For the sales of Funky Drummer

159

BLAND-RICKY ROBERTS

Volume I, you said there was also more formal

distributor channels?

        A.     Indi, we used Indi, we used

Pearl which is a one stop out of Brooklyn.  We

used Tiger.  Tiger.  Tiger.  The name slips me

right now.  Tiger something or something Tiger

was an international distributor out of

Jersey.  Englewood, New Jersey.  And we

distributed product to all of those sources as

well.

        Q.     Other than Indi, Pearl or Tiger

were there any other distribution sources what

you were calling more the formal distribution

for Funky Drummer Volume I?

        A.     There was one other one that

was located down the block from the Limelight.

I just can't remember the name of that one.  I

know he distributed international as well.

        Q.     You are talking about the

Limelight here in New York City on Sixth

Avenue.

        A.     Yes.

        Q.     Or what used to be there.  It

is something else already.

BLAND-RICKY ROBERTS

1

2     A.     Right.

3     Q.     There was another distributor

4 there, you just don't remember their name?

5     A.     I don't remember their name,

6 the proper name.

7     Q.     You said you also made direct

8 sales to record stores, were those record

9 stores local here in New York?

10     A.     Yes.

11     Q.     What were the names of those

12 stores?

13     A.     You had Rock and Soul.  You had

14 Downstairs.  You had Downtown.  You had

15 Carmine Records.  You had Vinyl-mania.  Eight

16 Ball Records.  Eight Ball, by the way, was an

17 international distributor because they had

18 their own record company.  So I know that they

19 shipped product everywhere.

20          One in the Bronx.  There is a

21 couple in the Bronx on Concourse, Grand

22 Concourse, I can't remember.  There was one on

23 Fordham Road I know we went to.  That's all I

24 can remember.

25     Q.     Other than Rock and Soul,

BLAND-RICKY ROBERTS

1
2 Downstairs, Downtown, I think you said
3 Carmine, Vinyl-mania, Eight Ball Records there
4 were a couple, two, are you saying two in the
5 Bronx?
6      A.    Let's say several.
7      Q.    Several in the Bronx?
8      A.    More than two.  Maybe four.
9      Q.    Were there other record
10 stores to which you distributed Funky Drummer
11 Volume I?
12      A.    There very well may have been,
13 I just can't remember names right now.
14      Q.    Where would you get that
15 information if you had to, the names of any of
16 those other stores?
17      A.    When you say had to, do you
18 mean my life depends on it?
19      Q.    Sure.
20      A.    I'm in trouble.
21      Q.    Is there any document that
22 reflects what record stores Funky Drummer
23 Volume I was distributed to?
24      A.    That exists now?
25      Q.    No.  That existed at the time

162

BLAND-RICKY ROBERTS

1 it was being sold.

2          A.     Oh, sure.

3          Q.     Who has those documents?

4          A.     Not being smart, probably a
landfill somewhere.

5          Q.     So are there any documents that
exist now?

6          A.     No.

7          Q.     Is any information about what
stores Funky Drummer Volume I was distributed
to through direct sales that any information
you have, are you relying solely on your
memory for that?

8          A.     Yes.

9          Q.     Any information about what
distributors sold Funky Drummer Volume I, is
that information from your memory?

10          A.     Yes.  You can add another
distributor.  City Hall on the West Coast.
City Hall also.

11          Q.     Did you just remember that?

12          A.     Yeah, based on you saying based
on your memory.

13          Q.     Were there any other -- who was

1          BLAND-RICKY ROBERTS

2     responsible for distributing Funky Drummer

3     Volume I?

4          A.     What do you mean by who was

5     responsible?

6          Q.     Whose responsibility was it to

7     see that Funky Drummer Volume I was

8     distributed anywhere?

9          A.     Mine.

10          Q.     Was there anyone else who was

11     responsible for that?

12          A.     No.

13          Q.     Was there anyone else who

14     helped you distribute Funky Drummer I?

15          A.     Sure.

16          Q.     Who was that?

17          A.     Ralph and all of the above

18     mentioned.

19          Q.     And all of the above mentioned,

20     you mean --

21          A.     All those that you wrote down.

22          Q.     Each store?

23          A.     Yes.

24          Q.     Helped you distribute.  As well

25     as obviously each of the distributors?

164

BLAND-RICKY ROBERTS

1

2          A.      Yes.

3          Q.      Did anyone at Globe Art help

4    distribute the copies of Funky Drummer

5    Volume I?

6          A.      No.

7          Q.      Did Jane Peterer, did she help

8    distribute copies of Funky Drummer Volume I?

9          A.      No.

10          Q.      Then for Funky Drummer Volume

11    II, how was that distributed?

12          A.      Same way.  Volume I was

13    distributed.

14          Q.      By that you mean there was

15    direct sales to record stores; right?

16          A.      Direct sales to record stores

17    as well as formal distribution channels.

18          Q.      For Funky Drummer Volume II,

19    did any of those formal channels differ than

20    what you testified to about Volume I?

21          MR. CHIN:  Objection.

22          A.      No.

23          Q.      Were any of the stores where

24    you made direct sales of Funky Drummer II,

25    were those different than the ones you listed

BLAND-RICKY ROBERTS

2    was thrown in the dumpster.

3           Q.    So, of all the JBR documents

4    pertaining to Funky Drummer I or -- pertaining

5    to Funky Drummer I, is this the only document

6    that you have found?

7           A.    It is the only one I found that

8    I can remember.  I didn't give anything else

9    to Mr. Chin that I can remember.  This is it.

10          Q.    Did you give to Mr. Chin all of

11   the documents in your possession regarding

12   Funky Drummer, either album, the series?

13          A.    I and II.

14          Q.    Yes.

15          A.    Yes, I gave him everything that

16   I had.  I think this and then he obtained the

17   SR forms.

18          Q.    Okay.  Did you ask your wife if

19   she had any other JBR documents that would be

20   relevant to this case?

21          A.    Yes.  Once she found this I

22   did.

23          Q.    Yes?

24          A.    Once she had found this I did

25   ask her and she said I don't even know --

169

BLAND-RICKY ROBERTS

1

2    well, we won't go there.  She said she didn't

3    know why it was in there, you know.  So, this

4    kind of appeared kind of through the grace of

5    God I would say.  Because I had forgotten all

6    about that this existed until she showed it to

7    me.

8           Q.    Okay.  Did Sabrina search for

9    other documents after she found this one?

10          A.    No.  Because there was only one

11    box that had papers and stuff in it.

12          Q.    This was a box that was kept at

13    your house; is that right?

14          A.    Yes.

15          Q.    Your house in Pennsylvania?

16          A.    Pennsylvania now, yes.  She was

17    actually looking for something else and came

18    across this.

19          MS. AHRENS:  We can break now

20    for a minute.  We have to break to change the

21    videotape.

22          A.    I understand.

23          VIDEOGRAPHER:  Going off the

24    record.  It the time is 2 o'clock.  This is

25    the end of tape number 2.

1          BLAND-RICKY ROBERTS

2    copies of Funky Drummer Volume II did you sell

3    to Carmine Records?

4              MR. CHIN:  Objection.

5         A.    I'm not sure.

6         Q.    Do you have a best, your best

7    estimate of how many copies of Volume II were

8    sold to Carmine Records?

9         A.    No.

10        Q.    Do you know that more than one

11   copy of Funky Drummer Volume II was sold to

12   Carmine Records?

13        A.    Yes.

14        Q.    Was it less than 100?

15             MR. CHIN:  Objection.

16        A.    Yes.

17        Q.    So for Carmine Records

18   somewhere between 1 and 100 copies of Funky

19   Drummer Volume II were sold; right?

20             MR. CHIN:  Objection.

21        A.    Yes.

22        Q.    For City Hall, what is that?

23        A.    City Hall is a distributor on

24   the West Coast.

25        Q.    Where is City Hall?

BLAND-RICKY ROBERTS

1

2    A.    California.

3    Q.    Do you know where in

4 California?

5    A.    San Rafael, if I am not

6 mistaken.

7    Q.    San Rafael.   Okay.   Where did

8 -- you said City Hall was a distributor.

9 Where did City Hall distribute its Records?

10    A.    Nationally.

11    Q.    Did City Hall distribute

12 Records to retail outlets?

13    A.    Yes.

14    Q.    And were those retail outlets

15 in every state?

16    A.    Very well could have been.

17    Q.    Okay.   Do you know any of the

18 specific retail stores that City Hall

19 distributed to?

20    A.    No.

21    Q.    How many copies of Funky

22 Drummer Volume I did you sell to City Hall?

23    A.    I don't have an exact number.

24    Q.    Do you have an estimate?

25    A.    No.

192

1          BLAND-RICKY ROBERTS

2          Q.    Was it more than one?

3          A.    Yes.

4          Q.    Was it less than 100?

5                MR. CHIN:  Objection.

6          A.    Less than?

7          Q.    Yes.

8          A.    No.  It would have been maybe

9    more than.

10         Q.    Was it less than 150?

11               MR. CHIN:  Objection.

12         A.    I don't know.

13         Q.    So you do know it was more than

14   100, but you're not sure -- would an accurate

15   range between 100 and 150?

16               MR. CHIN:  Objection.

17         A.    I don't know.

18         Q.    Was it less than 300 --

19               MR. CHIN:  Objection.

20         Q.    -- that you sold to City Hall?

21               MR. CHIN:  Objection.

22         Q.    You can answer.

23         A.    I don't know.

24         Q.    For Funky Drummer Volume II how

25   many copies did you sell to City Hall?

BLAND-RICKY ROBERTS

1

2     Q.    Where does Tiger Distribution

3  distribute albums to?

4     A.    I would have to say to the

5  whole country.  I know for sure they did

6  England, they did France, they did Germany

7  because I discussed that with them.  And they

8  did Italy.  Past that, I don't know.

9     Q.    Did Tiger Distribution

10  distribute to retail stores; is that right?

11     A.    As far as I know that is where

12  they sent Records.

13     Q.    Did they distribute Records in

14  the United States?

15     A.    I'm not 100 percent sure, I

16  don't know.

17     Q.    Did you sell copies of Funky

18  Drummer Volume II to Tiger Distribution?

19     A.    Yes.

20     Q.    How many copies did you sell to

21  them?

22     A.    About -- let's see, they took a

23  hundred each time.  I went there a few times.

24  I don't know the exact number, but I know each

25  time they took a hundred.  So they took two

213

BLAND-RICKY ROBERTS

1

2 boxes each time.

3       Q.     Each time was two boxes?

4       A.     Uh-huh.

5       Q.     You're saying you took boxes

6 there was Tiger Distribution in New York?

7       A.     No.   They were in Englewood,

8 New Jersey.

9       Q.     Okay.   Are they still in

10 business?

11       A.     I don't know.

12       Q.     So is your best estimate of the

13 number of copies of Volume II you sold to

14 Tiger Distribution, would that be 200?

15          MR. CHIN:   Objection.   You can

16 answer.

17       A.     I went there a couple of times

18 and I don't know.

19       Q.     Just to get an idea, a couple

20 of times you mean two, possibly three?

21       A.     Possibly.

22       Q.     So maybe between 200 and 300

23 copies of Funky Drummer Volume II were sold to

24 Tiger Distribution; is that right?

25       A.     Possibly.

214

BLAND-RICKY ROBERTS

1

2     Q.     Would it have been more than

3  300?

4     A.     I don't think so.

5     Q.     Definitely not more than 500?

6     A.     Not more than 300, I don't

7  believe.

8     Q.     Okay.  Did you ever receive

9  reports that Funky Drummer Volume II was sold

10  in any foreign countries?

11     A.     Reports meaning like

12  statements?

13     Q.     Statements or any oral

14  communication.

15     A.     Oral communications, I mean we

16  discussed it, as I told you.  We talked about

17  England, we talked about France, we talked

18  about Italy, we talked about Germany.

19     Q.     When you say we discussed it

20  you're talking about yourself and an

21  individual at Tiger Distribution?

22     A.     Yes, sales staff that was

23  there.

24     Q.     The sales staff told you Funky

25  Drummer Volume II sold in England; is that

BLAND-RICKY ROBERTS

1
2  right?

3            MR. CHIN:  Objection.  You can

4  answer.

5       A.    Yeah, well, yeah, the same

6  territories that I told you.

7       Q.    Okay.  They told you that the

8  Funky Drummer Volume II was distributed to

9  stores in England; right?

10           MR. CHIN:  Objection.

11      Q.    And France; is that right?

12           MR. CHIN:   You can answer.

13      A.    Well, let me say this, they

14  told me the Records were sent over there.

15  Whether or not it was sold, I can't tell you

16  because that's a COD type thing.  Once it

17  leaves, once I give them the Records I have to

18  get paid for them.

19      Q.    Okay.

20      A.    There is no returns.

21      Q.    There was no return policy?

22      A.    No returns for the

23  international stuff.

24      Q.    Okay.  Were there any other

25  distributors you worked with other than Tiger

1              BLAND-RICKY ROBERTS

2    Distribution that claimed international

3    distribution of Funky Drummer Volume II?

4          A.     City Hall, if I am not mistaken

5    does something with Japan.

6          Q.     Did City Hall distribute Funky

7    Drummer Volume II in Japan?

8          A.     I don't know.

9          Q.     Did you have a return policy

10   with City Hall?

11         A.     Just, but there was no returns.

12   Indi as well did some international

13   distributing.

14         Q.     Okay.

15         A.     I can't tell you what

16   territories, but I know they did do

17   international distributing as well.

18         Q.     Did Indi Distribution

19   distribute Funky Drummer Volume II

20   internationally?

21         A.     I don't know.

22         Q.     Did anyone ever tell you that

23   they did?

24         A.     No.

25         Q.     So looking again at this list

217

1              BLAND-RICKY ROBERTS

2    on Defendants' Exhibit 8, Bates labeled 17,

3    can you tell me which of the distributors

4    listed here you had a return policy with? If

5    any.

6              A.    Distributors?

7              Q.    Yes.

8              A.    City Hall, Indi.  Pearl would

9    have been a return policy, but there was no

10   returns.

11             Q.    Which if any of these companies

12   listed on Bates labeled 17 returned to you

13   copies of Funky Drummer Volume II?

14             A.    Nobody.

15             Q.    You testified earlier you had

16   pressed approximately 4,000 copies of Funky

17   Drummer Volume II; is that right?

18             A.    Correct.

19             Q.    Did you sell all the copies of

20   Funky Drummer Volume II?

21             A.    To my knowledge, yes.

22             Q.    Other than the stores and

23   distributors listed on Defendants' Exhibit 8,

24   page 17, were there other distributors you

25   distributed Funky Drummer Volume II to?

BLAND-RICKY ROBERTS

1

2     A.     Yes.  That one that was on down

3     the block from the Limelight  I don't remember

4     the name of that distributor.

5     Q.     That distributor that would

6     have been Sixth Avenue in New York?

7     A.     Between Sixth and Fifth Avenue

8     or was it Seventh at that point.  It may be

9     Sixth and Seventh because I think they cross.

10     Q.     Where did that distributor

11     distribute its Records to?

12     A.     Nationally.  I remember they

13     talked about accounts in Chicago and a couple

14     of West Coast accounts.

15     Q.     They were distributed to retail

16     stores?

17     A.     Yes.

18     Q.     Any other states you remember

19     that this distributor distributed to?

20     A.     No.

21     Q.     Did you sell copies -- sorry,

22     how many copies of Funky Drummer Volume II did

23     you sell to this distributor?

24     A.     I am not a hundred percent

25     sure.

BLAND-RICKY ROBERTS

1

2      Q.      That was the retail sales

3  price?

4      A.      Yes -- no.  Wholesale.

5      Q.      So by that you mean the price

6  at which you sold Funky Drummer Volume II?

7      A.      Correct.

8      Q.      To either the retailers or the

9  distributor; right?

10     A.      Uh-huh.

11     Q.      Okay.  And from your $8 sales

12 price you split the expenses with Mr. Vargas;

13 is that right -- strike that.

14             That question I can reword it.

15 You said you pressed approximately 4,000

16 copies of Funky Drummer Volume II; is that

17 right?

18     A.      Correct.

19     Q.      And you sold all of those

20 copies; is that right?

21     A.      To my knowledge, yes.

22     Q.      Each of those copies were sold

23 for $8; is that correct?

24     A.      I sold them for $8.  I don't

25 know what they were sold for.  Different list

```
 1               BLAND-RICKY ROBERTS
 2   prices at different stores.
 3          Q.   Okay.  But each of those you
 4   sold for $8?
 5          A.   Yes.
 6          Q.   So your approximate total sales
 7   on Funky Drummer Volume II is $32,000; right?
 8          A.   In revenue, yes.
 9          Q.   In revenue right. So your
10   expenses came out of that $32,000; right?
11          A.   Correct.
12          Q.   You split the expenses and --
13          A.   And the profit.
14          Q.   -- and the profit 50/50 with
15   Mr. Vargas; right?
16          A.   Correct.
17          Q.   Do you have an estimate of what
18   the expenses were for Funky Drummer Volume II?
19          A.   No.
20          Q.   So your net profit for Funky
21   Drummer Volume II was less than $16,000; is
22   that right?
23               MR. CHIN:  Objection.
24          Q.   You can answer.
25               MR. CHIN:   Yes, you can
```

228

BLAND-RICKY ROBERTS

answer.

A.    Yes, it would have been based on the fact that you had to pay for the pressing and whatever other expenses I had.

Q.    Right. Then the other expenses we talked about, the recording time, etc. Other than the sales price of $8 per copy to the retail stores did you make any other -- strike that.

When you sold to retail stores for $8 were you ever paid additional money from the stores based on the price they sold the album at?

A.    No.

Q.    So your price for selling the album was set at $8?

A.    Yes.

Q.    $8 was the same for the distributors you sold to as well; right?

A.    Yes.

Q.    Was the track Bust Dat Groove ever on any other recording than Funky Drummer Volume II?

MR. CHIN:  Objection.  Are we

1              BLAND-RICKY ROBERTS

2    talking about Bust Dat Groove Without a Ride,

3    the composition that is the subject matter of

4    the Complaint?

5              MS. AHRENS:   Yes.  Sorry.

6              MR. CHIN:   That's fine.   I

7    withdraw my objection.  You can answer it.

8         A.    Are you asking me was it only

9    contained on that record or are you asking me

10   was it used for other Records?

11        Q.    Yes.  Was Bust Dat Groove

12   Without a Ride, was that ever on any other

13   recording, other than Funky Drummer Volume II?

14        A.    Prior to this Complaint, none

15   that I know of.  With this Complaint, yes.

16        Q.    So, other than your allegation

17   that Bust Dat Groove Without a Ride is on the

18   Celebrex commercial, that track was never on

19   any other recording?

20             MR. CHIN:   Objection.  You can

21   answer.

22        A.    Not that I know of.

23        Q.    To your knowledge did Bust Dat

24   Groove ever receive any radio or TV airplay

25   other than allegedly in the Celebrex

230

1                    BLAND-RICKY ROBERTS

2     commercial?

3          A.     I can't answer that.

4          Q.     Why?

5          A.     I have no knowledge.  I mean I

6     don't know what goes on in other states, you

7     know, a radio station may have it and may very

8     well be using it for a commercial every day,

9     but I have no knowledge of it because I am not

10    in that state and I'm unable to witness.

11         Q.     Okay.  You were never told that

12    Bust Dat Groove was being played on the radio;

13    were you?

14                 MR. CHIN:  Objection you can

15    answer.

16         A.     Other than the Celebrex

17    commercial?

18         Q.     Right.

19         A.     No.

20         Q.     Other than allegedly in the

21    Celebrex commercial, you were never told that

22    Bust Dat Groove was getting television

23    airplay; were you?

24         A.     Other than the Celebrex

25    commercial, no.

BLAND-RICKY ROBERTS

1

2      Q.     Was Bust Dat Groove ever

3  licensed to anyone?

4      A.     By us, not that I remember, not

5  that I can recall.

6      Q.     When you say by us, that seems

7  to imply that maybe someone else did license

8  it.  Did anyone you know of license Bust Dat

9  Groove?

10      MR. CHIN:  Objection.  You can

11  answer.

12      A.     Yes.  On that Beatz of the Nu

13  Skool.  That's what is in question now.

14      Q.     I just want to be clear when I

15  speak of Bust Dat Groove, I am referring to

16  Bust Dat Groove Without Ride, the track that

17  is at issue here.

18      A.     Yes.

19      Q.     Okay.  I will just get one

20  document for you.  Can we have this marked as

21  Defendants' Exhibit 19.

22      (Defendants' Exhibit 19 for

23  identification, 11/9/05 Plaintiffs' Responses

24  and Objections to Interrogatories, no

25  production numbers.)

232

BLAND-RICKY ROBERTS

1

2          A.     What do you mean by sample of

3    Bust Dat Groove?

4          Q.     Was it, like we talked about

5    earlier, like definition of sample, like a

6    digital copy of Bust Dat Groove?

7          A.     Yes.  Yes.

8          Q.     And is it your position that

9    the underlying track of the Celebrex

10   commercial which you referred to, from Breakz

11   from the Nu Skool, Aparthenonia; right?

12         A.     Yes.  That is what they call

13   it.

14         Q.     And is it your position that

15   Aparthenonia is a digital copy of Bust Dat

16   Groove?

17         A.     Yes.

18         Q.     Did anyone else other than

19   Mr. Vargas raise the issue -- raise an issue

20   about this ad or tell you about the ad?

21              MR. CHIN:  Objection.  You can

22   answer.

23         A.     Tell me about the ad?

24         Q.     Yes.

25         A.     No.

BLAND-RICKY ROBERTS

1

2          MR. CHIN:  Objection.  You can

3   answer.

4          A.    What makes it similar or to me

5   the same was A, my ears.  B, the expert

6   testimony and the comparisons that were made

7   by those experts.  So, without a doubt, you

8   know, I know that they are the same.

9          Q.    Anything other than your ear

10  and the experts' testimony that makes you so

11  sure that the two tracks are the same?

12         A.    No.

13         Q.    You did say Aparthenonia is

14  identical to Bust Dat Groove Without Ride; is

15  that correct?

16         A.    Yes.

17         Q.    Other than your alleged

18  similarity between Aparthenonia and Bust Dat

19  Groove track at issue, do you have any

20  evidence that Brian Transeau had access to the

21  Bust Dat Groove track before he made

22  Aparthenonia?

23         MR. CHIN:  Objection.

24         Q.    You can answer.

25         A.    Do I have knowledge that he had

1                    BLAND-RICKY ROBERTS

2    access to it?

3         Q.    Yes.  Do you have knowledge of

4    that?

5         A.    Nothing other than what I

6    believe to be true.

7         Q.    What is that?

8         A.    That he had to have had access

9    because they are so identical.

10        Q.    Okay.  Other than the

11   similarity, the alleged similarity between the

12   two tracks, you don't have any other evidence

13   that Brian Transeau had access to a copy of

14   Bust Dat Groove; do you?

15        A.    No, I don't.

16        Q.    Was Bust Dat Groove ever

17   registered with any public performance

18   collection societies?

19        A.    It would automatically be

20   registered based on Ralph belonging to one.

21        Q.    What does that mean?

22        A.    What does it mean?

23             MR. CHIN:  Objection.

24        Q.    Yes.  What does it mean it

25   automatically would have been registered?

1                BLAND-RICKY ROBERTS

2               C E R T I F I C A T E

3 STATE OF NEW YORK     )

                          : ss.

4 COUNTY OF NEW YORK   )

5            I, TAMMEY M. PASTOR, a Registered

6 Professional Reporter, Certified LiveNote

7 Reporter and Notary Public within and for the

8 State of New York, do hereby certify:

9            That BLAND-RICKY ROBERTS, the

10 witness whose deposition is hereinbefore set

11 forth, was duly sworn by me and that such

12 deposition is a true record of the testimony

13 given by the witness.

14            I further certify that I am not

15 related to any of the parties to this action

16 by blood or marriage, and that I am in no way

17 interested in the outcome of this matter.

18            IN WITNESS WHEREOF, I have

19 hereunto set my hand this _4th_ day of

20 _August_ , 2006.

21

22      _Tammey M. Pastor_

23 TAMMEY M. PASTOR, RPR, CLR

24

25