# EXHIBIT D

Dockets.Justia.com

**Distribution List**
**Funky Drummer I & II**

| | |
|---|---|
| **Beat Street Records (NY/local)** | 219 East Fordham Road<br>Bronx NY 10458 |
| **Carmine's Records (NY/local)** | |
| **City Hall (west cost/national)** | |
| **Concourse Music (NY/local)** | |
| **Downstairs Records (NY/local)** | 43rd Street<br>Between 5th and 6th Avenues |
| **Downtown Records (NY/local)** | 164 West 25th Street<br>New York NY |
| **Eight Ball Records (NY/local)** | 105 East 9th Street<br>New York NY 10003-5401<br>212-473-6343 |
| **Indi Distribution (national)** | Secaucus, NJ |
| **Metropolitan Recording Corp (NY/local)** | 900 Passaic Avenue<br>East Newark NJ 07029-2833<br>973-488-8080 |
| **Pearl One Stop (national)** | Brooklyn, NY |
| **Rock and Soul (NY/local)** | 462 Seventh Avenue<br>Between 35th & 26th Streets<br>New York NY |
| **Tiger Distribution (int'l)** | |
| **Vinyl-mania (NY/local)** | 60 Carmine Street<br>New York NY<br>212-924-7223 |
| | |

**000017**



DEPOSITION EXHIBIT
DK-8
7-31-06
TAMMEY M. PASTOR, R.P.R.