# EXHIBIT L

Dockets.Justia.com

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

---oOo---

RALPH VARGAS and BLAND-RICKY          )

ROBERTS,                              )

                                  )

    Plaintiffs,     )

                                  ) No. 04CV 9772

vs.                                   ) (JCF)

                                  )

                                  )

PFIZER, INC.; PUBLICIS, INC.;         )

FLUID MUSIC; EAST WEST                )

COMMUNICATIONS, INC. and              )

BRIAN TRANSEAU, p/k/a "BT",           )


    Defendants.


    Deposition of

  STEVEN W. SMITH, Ph.D.

_____

  Tuesday, August 15, 2006


# CERTIFIED COPY


Reported by:

GEORGE SCHUMER, CSR     (01-384619)



**LEGALINK®**

A **WORDWAVE** COMPANY

**LegaLink San Francisco**
575 Market Street, 11th Floor
San Francisco, CA 94105

tel (415) 357-4300
tel (800) 869-9132
fax (415) 357-4301

www.legalink.com

GLOBAL COURT REPORTING · LEGAL VIDEOGRAPHY · TRIAL SERVICES

| | | |
|---|---|---|
| 11:53:51 | 1 | Defendant Exhibit 36? |
| 11:53:58 | 2 | A.  Yes. |
| 11:54:03 | 3 | Q.  After you prepared your fax, and sent it off |
| 11:54:16 | 4 | to Mr. Chin, what happened next? |
| 11:54:19 | 5 | A.  Mr. Chin requested that I spend additional |
| 11:54:30 | 6 | time, and develop the full expert report. |
| 11:54:34 | 7 | Q.  Did you agree to do so? |
| 11:54:35 | 8 | A.  Yes. |
| 11:54:36 | 9 | Q.  Did you have any restrictions on your time |
| 11:54:40 | 10 | that caused you concern, as to being able to do this? |
| 11:54:44 | 11 | A.  I told Mr. Chin that my time was going to be |
| 11:54:46 | 12 | limited; that I could perhaps spend a few days on it. |
| 11:54:49 | 13 | I certainly couldn't spend a few weeks on it. |
| 11:54:52 | 14 | Q.  You agree, don't you, that the overall methods |
| 11:54:59 | 15 | used by Boulanger are standard techniques in signal |
| 11:55:03 | 16 | analysis; is that right? |
| 11:55:05 | 17 | A.  Yes. |
| 11:55:06 | 18 | Q.  And you agree that the overall methods used by |
| 11:55:10 | 19 | Boulanger are appropriate for the analysis at hand in |
| 11:55:15 | 20 | this case? |
| 11:55:15 | 21 | A.  Yes. |
| 11:55:16 | 22 | Q.  What led you to believe, at the time of your |
| 11:55:28 | 23 | February 26 fax, that Aparthenonia -- at least in some |
| 11:55:40 | 24 | sections -- is a copy of Funky Drummer? |
| 11:55:45 | 25 | MR. CHIN:  Objection. |

| | | |
|---|---|---|
| 11:59:19 | 1 | A.   Perhaps "exact copy." |
| 11:59:21 | 2 | Q.   So when I say "exact copy," what would that |
| 11:59:25 | 3 | mean to you? |
| 11:59:28 | 4 | A.   By the term "exact copy," I would mean that |
| 11:59:31 | 5 | one is completely indistinguishable from the other |
| 11:59:34 | 6 | one. |
| 11:59:34 | 7 | Q.   That sounds good.  And so then we, say, took |
| 11:59:41 | 8 | the two squiggles, and laid one on top of each other, |
| 11:59:45 | 9 | in exactly the right bias.  Then one would completely |
| 11:59:52 | 10 | cover the other, without sticking out anywhere. |
| 11:59:55 | 11 | Right? |
| 11:59:55 | 12 | MR. CHIN:  Objection. |
| 11:59:56 | 13 | You can answer. |
| 11:59:58 | 14 | THE WITNESS:  If they were exact copies, under |
| 11:59:59 | 15 | the definition we're using of "exact copy." |
| 12:00:03 | 16 | MR. OLSON:  Q.   Then that would be correct? |
| 12:00:04 | 17 | A.   Yes. |
| 12:00:04 | 18 | Q.   So can we, going forward, use "exact copy" as |
| 12:00:09 | 19 | you have just defined it? |
| 12:00:11 | 20 | A.   Yes. |
| 12:00:11 | 21 | Q.   So when I say "exact copy," you know what I'm |
| 12:00:15 | 22 | talking about now? |
| 12:00:18 | 23 | A.   Yes. |
| 12:00:19 | 24 | Q.   And I know what you are talking about. |
| 12:00:21 | 25 | MR. CHIN:  What is the definition for |

67

| | | |
|---|---|---|
| 12:04:32 | 1 | MR. OLSON:  Q.  So I understand that people |
| 12:04:33 | 2 | may mean somewhat different things by saying -- I |
| 12:04:41 | 3 | think you said "almost identical."  But that would -- |
| 12:04:48 | 4 | even though there could be a subjective range of |
| 12:04:51 | 5 | meaning there, it is distinguished from "exact copy"; |
| 12:04:54 | 6 | correct? |
| 12:04:54 | 7 | MR. CHIN:  Objection. |
| 12:04:55 | 8 | You can answer. |
| 12:04:56 | 9 | THE WITNESS:  Yes. |
| 12:04:56 | 10 | MR. OLSON:  Q.  Why don't we go forward?  We |
| 12:05:00 | 11 | know what "exact copy" means, so if we want to talk |
| 12:05:07 | 12 | about things that look a lot alike, we can go along |
| 12:05:11 | 13 | and take it as it comes.  Does that sound good? |
| 12:05:14 | 14 | MR. CHIN:  Objection. |
| 12:05:15 | 15 | THE WITNESS:  Yes, that sounds fair. |
| 12:05:17 | 16 | MR. OLSON:  Q.  So I want to draw your |
| 12:05:19 | 17 | attention back to the two dark, fat squiggles.  What |
| 12:05:24 | 18 | would you call these?  I call them squiggles.  What |
| 12:05:26 | 19 | would you call them? |
| 12:05:28 | 20 | A.  Lines. |
| 12:05:31 | 21 | Q.  Two fat, dark lines at 1000 frequency.  Do you |
| 12:05:35 | 22 | know the two I'm referring to, that you pointed out |
| 12:05:37 | 23 | earlier? |
| 12:05:38 | 24 | A.  Yes. |
| 12:05:38 | 25 | Q.  These two lines are not exact copies. |

71

| | | |
|---|---|---|
| 12:07:59 | 1 | I purposely looked at a wide range of signals, |
| 12:08:02 | 2 | to see what would be the best figures in the |
| 12:08:05 | 3 | preparation of my book. |
| 12:08:08 | 4 | MR. OLSON:  Q.  Were you looking for figures, |
| 12:08:09 | 5 | in the preparation of your book, that would produce |
| 12:08:14 | 6 | clear sine waves? |
| 12:08:21 | 7 | A.  Not necessarily. |
| 12:08:23 | 8 | Q.  What were you looking for? |
| 12:08:27 | 9 | A.  I was looking for sounds that produced |
| 12:08:31 | 10 | interesting-looking and informative figures for the |
| 12:08:36 | 11 | book. |
| 12:08:36 | 12 | Q.  What year was this, that you were looking at |
| 12:08:39 | 13 | the audio waves? |
| 12:08:45 | 14 | A.  1996 or 1997. |
| 12:08:47 | 15 | Q.  Since that time, have you done any electronic |
| 12:08:51 | 16 | analysis of music? |
| 12:08:54 | 17 | A.  No. |
| 12:08:54 | 18 | Q.  Have you done any electronic analysis of |
| 12:08:57 | 19 | drums? |
| 12:08:57 | 20 | A.  No.  Other than in this report. |
| 12:08:59 | 21 | Q.  Other than in this report, since the work you |
| 12:09:04 | 22 | did on your book in 1996 or 1997, have you done any |
| 12:09:11 | 23 | electronic analysis of audio files? |
| 12:09:13 | 24 | A.  No. |
| 12:09:14 | 25 | Q.  You don't have a personal knowledge of the |

LegaLink, A Merrill Communications Company   (800) 869-9132

| | | |
|---|---|---|
| 12:09:28 | 1 | degree of similarity that two different snare drums |
| 12:09:35 | 2 | would show in a sonogram such as the one shown in your |
| 12:09:42 | 3 | fax, do you? |
| 12:09:43 | 4 | MR. CHIN:  Objection. |
| 12:09:49 | 5 | THE WITNESS:  No. |
| 12:09:50 | 6 | MR. OLSON:  Q.  So after you prepared the fax |
| 12:10:03 | 7 | which is Defendant Exhibit 36, you said that Mr. Chin |
| 12:10:09 | 8 | asked you to prepare a fuller report on this case; is |
| 12:10:14 | 9 | that right? |
| 12:10:14 | 10 | A.  Correct. |
| 12:10:15 | 11 | Q.  What did you do next, with regard to your work |
| 12:10:18 | 12 | on this case? |
| 12:10:19 | 13 | A.  I did a more detailed analysis of the data |
| 12:10:26 | 14 | presented in Dr. Boulanger's report, and from that |
| 12:10:31 | 15 | more detailed analysis I prepared the expert report -- |
| 12:10:34 | 16 | the draft of the expert report. |
| 12:10:36 | 17 | Q.  What did you use to do your more detailed |
| 12:10:48 | 18 | analysis? |
| 12:10:48 | 19 | A.  I'm not sure I understand the question. |
| 12:10:50 | 20 | Q.  Did you use any of the materials listed in |
| 12:10:53 | 21 | your expert report? |
| 12:10:55 | 22 | A.  Yes, I did. |
| 12:10:56 | 23 | Q.  Which ones? |
| 12:11:00 | 24 | A.  Dr. Boulanger's report, almost exclusively. |
| 12:11:04 | 25 | Q.  I know that you reviewed the other material, |

75

| | | |
|---|---|---|
| 12:11:09 | 1 | but did any of the other material that you listed in |
| 12:11:12 | 2 | your expert report as having been reviewed -- did you |
| 12:11:16 | 3 | rely on any of it in forming the opinion given in your |
| 12:11:21 | 4 | expert report in this case? |
| 12:11:22 | 5 | A.  No, I didn't. |
| 12:11:23 | 6 | Q.  Did you use any tools in conducting your |
| 12:11:35 | 7 | analysis for your expert report? |
| 12:11:36 | 8 | A.  I'm not sure I understand the definition of |
| 12:11:40 | 9 | "tools." |
| 12:11:42 | 10 | Q.  Other than reading Dr. Boulanger's report, is |
| 12:11:47 | 11 | there anything else you made use of? |
| 12:11:49 | 12 | A.  I digitally scanned in some of his data, and |
| 12:11:55 | 13 | used those electronic files for comparison. |
| 12:12:01 | 14 | Q.  And "his" -- by "his," you mean Dr. Boulanger? |
| 12:12:06 | 15 | A.  Yes. |
| 12:12:07 | 16 | Q.  So you did not feed the audio files at issue |
| 12:12:14 | 17 | in this case into a computer; correct? |
| 12:12:18 | 18 | A.  Correct. |
| 12:12:19 | 19 | Q.  You didn't personally perform any of the |
| 12:12:23 | 20 | sonogram analysis of the files; correct? |
| 12:12:26 | 21 | A.  Correct. |
| 12:12:29 | 22 | Q.  And you didn't personally conduct any of the |
| 12:12:33 | 23 | Fast Fourier Transform analysis on the data in this |
| 12:12:41 | 24 | case; correct? |
| 12:12:42 | 25 | A.  Correct. |

76

| | | |
|---|---|---|
| 12:12:44 | 1 | Q.  Your job was to look at Dr. Boulanger's |
| 12:12:48 | 2 | report, and make your conclusions from that; is that |
| 12:12:50 | 3 | correct? |
| 12:12:50 | 4 | A.  Correct. |
| 12:12:51 | 5 | Q.  So you were limited to the data that was |
| 12:13:00 | 6 | present in Dr. Boulanger's report? |
| 12:13:02 | 7 | A.  Correct. |
| 12:13:03 | 8 | Q.  Did you feel that that was enough data to |
| 12:13:11 | 9 | reach your conclusions? |
| 12:13:12 | 10 | A.  Yes. |
| 12:13:13 | 11 | Q.  At any point, did you think that it would have |
| 12:13:26 | 12 | been beneficial to have more data than was provided to |
| 12:13:29 | 13 | you in Dr. Boulanger's report? |
| 12:13:32 | 14 | A.  I based my conclusions on whatever data was |
| 12:13:40 | 15 | available.  If I had additional data, perhaps I could |
| 12:13:45 | 16 | reach additional conclusions, but the conclusions I |
| 12:13:47 | 17 | reached were completely justified by the data I had. |
| 12:13:49 | 18 | Q.  Because you understood your job being to look |
| 12:13:54 | 19 | at the reporting data of Dr. Boulanger, and render an |
| 12:13:59 | 20 | opinion from that; right? |
| 12:14:00 | 21 | A.  Yes. |
| 12:14:00 | 22 | Q.  Mr. Chin never asked you to take audio files |
| 12:14:04 | 23 | and start from scratch with digitally analyzing them; |
| 12:14:10 | 24 | correct? |
| 12:14:11 | 25 | A.  Correct. |

77

| | | |
|---|---|---|
| 12:15:51 | 1 | Q. And your conclusion as to your second opinion, |
| 12:16:20 | 2 | that it is likely that Aparthenonia and Funky Drummer |
| 12:16:23 | 3 | are copies -- I would like to ask you a question about |
| 12:16:26 | 4 | that opinion; okay? |
| 12:16:28 | 5 | MR. CHIN: Objection. |
| 12:16:28 | 6 | You can answer. |
| 12:16:29 | 7 | THE WITNESS: Yes. |
| 12:16:30 | 8 | MR. OLSON: Q. That is based on similarities |
| 12:16:35 | 9 | that you perceived in the data presented in |
| 12:16:42 | 10 | Dr. Boulanger's report; correct? |
| 12:16:43 | 11 | MR. CHIN: Objection. |
| 12:16:43 | 12 | You can answer. |
| 12:16:44 | 13 | THE WITNESS: I think it is more than |
| 12:16:46 | 14 | similarities I perceived. I think I developed |
| 12:16:49 | 15 | objective evidence that they were. |
| 12:16:54 | 16 | MR. OLSON: Q. Your opinion, then, is based |
| 12:16:56 | 17 | on what you have just referred to as "objective |
| 12:17:00 | 18 | evidence of similarity between Aparthenonia and Funky |
| 12:17:05 | 19 | Drummer"; is that correct? |
| 12:17:06 | 20 | MR. CHIN: Objection. |
| 12:17:07 | 21 | THE WITNESS: Yes. |
| 12:17:07 | 22 | MR. OLSON: Q. Anything else that forms the |
| 12:17:12 | 23 | basis of that second opinion? |
| 12:17:13 | 24 | A. No. |
| 12:17:17 | 25 | Q. You agree, don't you, that frequency spectra |

79

| | | |
|---|---|---|
| 12:17:33 | 1 | are a much more sensitive measure of the similarity of |
| 12:17:36 | 2 | audio wave forms than hearing; correct? |
| 12:17:39 | 3 | A.  Yes, I would agree with that. |
| 12:17:45 | 4 | Q.  And you also agree that comparing the |
| 12:17:53 | 5 | frequency spectra of Aparthenonia and Funky Drummer is |
| 12:17:57 | 6 | an appropriate and powerful method of resolving if |
| 12:18:00 | 7 | Aparthenonia is a digitally edited and/or manipulated |
| 12:18:06 | 8 | copy of Funky Drummer; correct? |
| 12:18:08 | 9 | A.  Correct. |
| 12:18:08 | 10 | Q.  So you don't have an issue with the tools |
| 12:18:11 | 11 | Dr. Boulanger chose to analyze the audio files; |
| 12:18:15 | 12 | correct? |
| 12:18:15 | 13 | A.  Correct. |
| 12:18:16 | 14 | Q.  You think the methodology is okay; correct? |
| 12:18:18 | 15 | A.  The methodology, as far as preparation of the |
| 12:18:22 | 16 | raw data, I have no objection to. |
| 12:18:26 | 17 | Q.  But it is the conclusions based on that data |
| 12:18:33 | 18 | that you think are incorrect? |
| 12:18:35 | 19 | A.  That's correct. |
| 12:18:36 | 20 | Q.  Do you know the name of the -- I know it is |
| 12:18:47 | 21 | referred to in Dr. Boulanger's report and your report |
| 12:18:51 | 22 | as "Funky Drummer," but do you know the name of the |
| 12:18:54 | 23 | plaintiffs' drum track that's at issue in this suit? |
| 12:18:57 | 24 | A.  Yes. |
| 12:18:58 | 25 | Q.  What is it? |

80

| | | |
|---|---|---|
| 12:18:58 | 1 | A. "Bust Dat Groove." |
| 12:19:01 | 2 | Q. And are you familiar with that that comes from |
| 12:19:05 | 3 | plaintiff's album Funky Drummer, Volume II? |
| 12:19:09 | 4 | A. Yes. |
| 12:19:10 | 5 | Q. Are you familiar that there are two audio |
| 12:19:16 | 6 | tracks on Funky Drummer, Volume II, that both have |
| 12:19:22 | 7 | Bust Dat Groove in their title? |
| 12:19:23 | 8 | MR. CHIN: Objection. |
| 12:19:23 | 9 | THE WITNESS: No, I wasn't familiar with that. |
| 12:19:26 | 10 | MR. OLSON: Q. There is a file called "Bust |
| 12:19:28 | 11 | Dat Groove," and there is a separate file called "Bust |
| 12:19:30 | 12 | Dat Groove Without Ride." I will tell you that |
| 12:19:35 | 13 | everyone agrees, and Mr. Vargas has testified, and |
| 12:19:38 | 14 | everyone else, that it is Bust Dat Groove Without Ride |
| 12:19:40 | 15 | that's the subject of this litigation. Okay? |
| 12:19:43 | 16 | A. I understand. |
| 12:19:44 | 17 | Q. And so when I refer to "Bust Dat Groove," I'm |
| 12:19:50 | 18 | going to be referring to "Bust Dat Groove Without |
| 12:19:53 | 19 | Ride." Okay? |
| 12:19:54 | 20 | A. I understand. |
| 12:19:55 | 21 | Q. And when you say "Bust Dat Groove," we will |
| 12:20:00 | 22 | assume, unless you tell us otherwise, that you are |
| 12:20:03 | 23 | referring to the track that's at issue in this case. |
| 12:20:05 | 24 | Okay? |
| 12:20:06 | 25 | A. Yes, absolutely. |

81

| | | |
|---|---|---|
| 13:41:31 | 1 | Q.   And then I'll write "first copy" next to the |
| 13:41:34 | 2 | line that has the lower case letters in the same order |
| 13:41:37 | 3 | as the original; okay? |
| 13:41:39 | 4 | A.   Yes. |
| 13:41:39 | 5 | Q.   And I'll write "second copy" next to the line |
| 13:41:45 | 6 | that has lower case letters out of order, where they |
| 13:41:48 | 7 | start with "b."  Do you see that? |
| 13:41:52 | 8 | A.   Yes. |
| 13:41:53 | 9 | MR. CHIN:   I'm going to object.   Do they |
| 13:41:54 | 10 | represent anything?   The original does not represent |
| 13:42:01 | 11 | Bust Dat Groove, and then the first copy does not |
| 13:42:03 | 12 | represent Aparthenonia.   You are just asking |
| 13:42:06 | 13 | hypothetically? |
| 13:42:07 | 14 | MR. OLSON:   Yes. |
| 13:42:08 | 15 | MR. CHIN:   Okay, I just wanted to understand; |
| 13:42:11 | 16 | I'm sorry. |
| 13:42:12 | 17 | MR. OLSON:   Q.   Dr. Smith, you understand what |
| 13:42:13 | 18 | we're doing here; right? |
| 13:42:15 | 19 | MR. CHIN:   Objection. |
| 13:42:17 | 20 | MR. OLSON:   Q.   You understand -- have you |
| 13:42:20 | 21 | been confused about anything we have discussed about |
| 13:42:23 | 22 | the letters I'm putting on this paper? |
| 13:42:26 | 23 | A.   No, I believe this is just a direct |
| 13:42:27 | 24 | restatement of what is in my expert report, where the |
| 13:42:30 | 25 | capital letters A, B, C and D represent a drummer |

95

| | | |
|---|---|---|
| 13:42:34 | 1 | striking an instrument four times in succession, where |
| 13:42:37 | 2 | those four would all be extremely similar -- what I |
| 13:42:40 | 3 | call "associated copies." |
| 13:42:43 | 4 | MR. OLSON:  Q.  Okay, good. |
| 13:42:45 | 5 | And if we take a wave form analysis of the |
| 13:42:50 | 6 | original being compared to a wave form analysis of |
| 13:42:55 | 7 | what I have labeled the second copy, which begins with |
| 13:42:58 | 8 | the drum strikes out of order, those wave forms are |
| 13:43:00 | 9 | going to look different; correct? |
| 13:43:02 | 10 | MR. CHIN:  Objection. |
| 13:43:05 | 11 | THE WITNESS:  Yes, and by "yes," I mean that |
| 13:43:08 | 12 | capital A and small B would not be an exact copy of |
| 13:43:14 | 13 | each other.  And likewise, capital B and small c would |
| 13:43:20 | 14 | not be an exact copy, and so on. |
| 13:43:23 | 15 | MR. OLSON:  Right. |
| 13:43:24 | 16 | Q.  And the wave form analysis of the entirety of |
| 13:43:29 | 17 | the loop that Dr. Boulanger performed in this case |
| 13:43:33 | 18 | showed differences between Bust Dat Groove and |
| 13:43:37 | 19 | Aparthenonia; correct? |
| 13:43:39 | 20 | MR. CHIN:  Objection. |
| 13:43:41 | 21 | THE WITNESS:  I didn't understand that. |
| 13:43:41 | 22 | (Document referred to herein marked |
| 13:43:42 | 23 | for identification Exhibit 35) |
| 13:43:42 | 24 | MR. OLSON:  Q.  I'm going to hand you what has |
| 13:43:46 | 25 | been marked previously by the court reporter -- it |

96

| | | |
|---|---|---|
| 15:48:28 | 1 | A. No, I believe that term is all-encompassing, |
| 15:48:34 | 2 | what I'm referring to. |
| 15:48:47 | 3 | MR. OLSON: Why don't we go off the record? |
| 15:48:49 | 4 | We need to change the videotape. |
| 15:48:53 | 5 | THE VIDEOGRAPHER: The time now is 3:49. We |
| 15:48:55 | 6 | are going off the videotape record. This also is the |
| 15:48:58 | 7 | conclusion of Tape 3 in the deposition of Dr. Steven |
| 15:49:05 | 8 | Smith. |
| 15:49:07 | 9 | (Discussion off the record) |
| 15:53:13 | 10 | (Recess taken, 3:49-4:02 p.m.) |
| 16:00:14 | 11 | THE VIDEOGRAPHER: The time now is 4:02; we're |
| 16:01:28 | 12 | back on the videotape record. This also marks the |
| 16:01:31 | 13 | beginning of Tape 3 in the videotape record of |
| 16:01:35 | 14 | Dr. Steven Smith. We have had a couple of folks join |
| 16:01:37 | 15 | us. Please state your name for the record. |
| 16:01:40 | 16 | MR. KEEGAN: Chris Keegan of Kirkland and |
| 16:01:43 | 17 | Ellis, representing Brian Transeau. |
| 16:01:46 | 18 | MR. TRANSEAU: Brian Transeau. |
| 16:01:49 | 19 | THE VIDEOGRAPHER: Please proceed. |
| 16:01:50 | 20 | MR. OLSON: Q. Dr. Smith, we were talking, |
| 16:01:52 | 21 | before we broke to change the tape, about |
| 16:01:56 | 22 | Aparthenonia, and what we were referring to as Funky |
| 16:02:01 | 23 | Drummer; right? |
| 16:02:01 | 24 | A. Yes. |
| 16:02:03 | 25 | Q. And you had mentioned -- we were talking about |

167

| | |
|---|---|
| 16:02:05 | 1 |
| 16:02:08 | 2 |
| 16:02:11 | 3 |
| 16:02:12 | 4 |
| 16:02:16 | 5 |
| 16:02:18 | 6 |
| 16:02:20 | 7 |
| 16:02:21 | 8 |
| 16:02:28 | 9 |
| 16:02:38 | 10 |
| 16:02:41 | 11 |
| 16:02:41 | 12 |
| 16:02:43 | 13 |
| 16:02:48 | 14 |
| 16:02:51 | 15 |
| 16:02:55 | 16 |
| 16:02:56 | 17 |
| 16:03:01 | 18 |
| 16:03:06 | 19 |
| 16:03:07 | 20 |
| 16:03:14 | 21 |
| 16:03:19 | 22 |
| 16:03:22 | 23 |
| 16:03:26 | 24 |
| 16:03:29 | 25 |

1    whether there should be exact copies in Aparthenonia;

2    correct?  As compared to Funky Drummer.

3         A.  I didn't understand that question.

4         Q.  Let me start again, then.

5             You did not find any exact copies in

6    Aparthenonia from Funky Drummer; correct?

7         A.  Correct.

8         Q.  You stated that one reason for that may be

9    because of noise that was introduced in translating

10   Funky Drummer from a vinyl to a digital format;

11   correct?

12        A.  That's a possibility, yes.

13        Q.  Aside from the noise that could have been

14   introduced, is there any other reason you would not

15   find exact matches, or exact copies, in Aparthenonia,

16   from Funky Drummer?

17        A.  Yes, the entire issue of -- that I would call

18   the associated copy versus direct copy.

19        Q.  Can you explain that to me?

20        A.  As we look at my Figure 1, which shows the 1.8

21   seconds out of the 2.3-second bar, that is a

22   subsection of this pattern, repeated 26 times.

23            For instance, if plaintiffs are correct and,

24   for instance, AP-12 out of Aparthenonia really is a

25   copy out of Funky Drummer, there's no reason to think

168

| | | |
|---|---|---|
| 16:03:32 | 1 | that AP-12 is a direct copy of FD-12.  AP-12 could |
| 16:03:39 | 2 | have been copied out of any of the other 26 copies |
| 16:03:41 | 3 | that we don't see here on the page. |
| 16:03:43 | 4 | Q.  Now I understand. |
| 16:03:45 | 5 | Let me ask you a couple of questions about |
| 16:03:48 | 6 | that. |
| 16:04:02 | 7 | Are you aware that a drum rhythm can be |
| 16:04:07 | 8 | created by taking a single bar of drumming and |
| 16:04:13 | 9 | repeating it? |
| 16:04:14 | 10 | MR. CHIN:  Objection. |
| 16:04:15 | 11 | THE WITNESS:  It is my understanding that that |
| 16:04:18 | 12 | is how both of these are created -- repeating a bar, |
| 16:04:20 | 13 | either electronically or having a musician repeat it. |
| 16:04:24 | 14 | MR. OLSON:  Q.  So a musician could just keep |
| 16:04:28 | 15 | drumming for a certain number of bars; right? |
| 16:04:30 | 16 | A.  Yes. |
| 16:04:31 | 17 | Q.  On the other hand, a musician could drum; |
| 16:04:37 | 18 | correct? |
| 16:04:40 | 19 | A.  Yes, a musician can drum. |
| 16:04:43 | 20 | Q.  And you could take one single bar of that |
| 16:04:49 | 21 | drummer's drumming; right? |
| 16:04:51 | 22 | A.  Yes. |
| 16:04:51 | 23 | Q.  And you could then digitally copy that bar, |
| 16:04:56 | 24 | and just place it one after another, and create a drum |
| 16:05:00 | 25 | rhythm, say, long enough for a standard pop song; |

169

| | | |
|---|---|---|
| 16:05:03 | 1 | right? |
| 16:05:03 | 2 | MR. CHIN:  Objection. |
| 16:05:04 | 3 | THE WITNESS:  Yes. |
| 16:05:05 | 4 | MR. OLSON:  Q.  And are you familiar that in |
| 16:05:10 | 5 | hip-hop music, for instance, drum beats are often |
| 16:05:14 | 6 | created for songs by sampling a small drum rhythm and |
| 16:05:20 | 7 | repeating it? |
| 16:05:21 | 8 | MR. CHIN:  Objection. |
| 16:05:22 | 9 | THE WITNESS:  I have read that in one of the |
| 16:05:24 | 10 | expert reports.  I wasn't aware of it until these |
| 16:05:26 | 11 | proceedings. |
| 16:05:27 | 12 | MR. OLSON:  Q.  Do you have any reason to |
| 16:05:28 | 13 | doubt that? |
| 16:05:29 | 14 | A.  No. |
| 16:05:29 | 15 | Q.  So let's take that example.  I would like you |
| 16:05:33 | 16 | to assume that the Funky Drummer loop is created by a |
| 16:05:38 | 17 | single bar that's then digitally copied and repeated; |
| 16:05:43 | 18 | okay? |
| 16:05:43 | 19 | A.  Yes. |
| 16:05:44 | 20 | Q.  If that's the case, does it change your |
| 16:05:48 | 21 | opinion, in any way? |
| 16:05:49 | 22 | MR. CHIN:  Objection. |
| 16:05:52 | 23 | THE WITNESS:  If Funky Drummer was created by |
| 16:05:59 | 24 | taking the 2.3-second pattern and repeating it the 26 |
| 16:06:04 | 25 | times by digital copying, such that each of those 26 |

170

| | |
|---|---|
| 16:06:09 | 1   individual copies was in fact a direct digital copy, |
| 16:06:13 | 2   that would weaken my conclusion. |
| 16:06:15 | 3        MR. OLSON:   Q.  Because in that case we would |
| 16:06:17 | 4   expect you to find an exact copy from Aparthenonia -- |
| 16:06:20 | 5   in Aparthenonia -- from that 2.6-second loop? |
| 16:06:26 | 6        MR. CHIN:  Objection.  In Funky Drummer, or |
| 16:06:29 | 7   Aparthenonia? |
| 16:06:30 | 8        MR. OLSON:   Q.  Is my question unclear to you? |
| 16:06:32 | 9   A.  It is now. |
| 16:06:34 | 10   Q.  That's what your lawyer is here for. |
| 16:06:37 | 11        Is it a 2.6-second loop, or 2.3? |
| 16:06:58 | 12   A.  2.3, I believe. |
| 16:07:01 | 13   Q.  Right.  I see that on Page 2 of your report. |
| 16:07:04 | 14        If Funky Drummer was created by taking the |
| 16:07:10 | 15   2.3-second pattern that Dr. Boulanger analyzes in his |
| 16:07:17 | 16   report, and then repeating it, then we would expect, |
| 16:07:24 | 17   if Aparthenonia is a copy of Funky Drummer, to find an |
| 16:07:30 | 18   exact copy in Aparthenonia from Funky Drummer; |
| 16:07:33 | 19   correct? |
| 16:07:34 | 20   A.  No, not what we were calling an exact copy, |
| 16:07:37 | 21   but what I would call a "direct copy." |
| 16:07:39 | 22   Q.  What is a direct copy? |
| 16:07:41 | 23   A.  A direct copy has the potential of including |
| 16:07:46 | 24   noise in it, as opposed to an exact copy, which we |
| 16:07:49 | 25   said was indistinguishable in any way. |

171

| | | |
|---|---|---|
| 16:09:03 | 1 | Q.  Now what I have put in the fourth copy line, |
| 16:09:08 | 2 | the little a, b, c, d with the bars over them:  Would |
| 16:09:15 | 3 | those be what you were referring to as direct copies |
| 16:09:17 | 4 | of the A, B, C and D from the original? |
| 16:09:20 | 5 | A.  Yes. |
| 16:09:20 | 6 | Q.  But are different from a, b, c and d, from |
| 16:09:27 | 7 | what we said was the first copy; right? |
| 16:09:30 | 8 | A.  Yes, in the first copy those are exact, which |
| 16:09:33 | 9 | are indistinguishable from A, B, C and D. |
| 16:09:36 | 10 | Q.  So in the fourth copy you can distinguish "a" |
| 16:09:39 | 11 | a little bit, because there is a little amount of |
| 16:09:43 | 12 | noise; correct? |
| 16:09:44 | 13 | A.  Correct. |
| 16:09:45 | 14 | Q.  Now I want you to assume that the Funky |
| 16:09:56 | 15 | Drummer pattern was made from taking the 2.3-second |
| 16:09:59 | 16 | loop that Dr. Boulanger analyzes, and repeating that; |
| 16:10:03 | 17 | okay? |
| 16:10:03 | 18 | A.  It is my understanding you are saying it is a |
| 16:10:07 | 19 | digital exact copy? |
| 16:10:10 | 20 | Q.  Yes, thank you. |
| 16:10:13 | 21 | Let me restate it.  I would like you to assume |
| 16:10:16 | 22 | that Funky Drummer was made by taking the 2.3-second |
| 16:10:21 | 23 | loop that Dr. Boulanger analyzed, digitally copying |
| 16:10:25 | 24 | and repeating that loop; okay? |
| 16:10:27 | 25 | A.  Yes. |

| | | |
|---|---|---|
| 16:10:32 | 1 | Q. So in the example that I just described, for |
| 16:10:44 | 2 | each new beginning of the loop, the first drum strike |
| 16:10:48 | 3 | would be an exact copy of the beginning of the |
| 16:10:50 | 4 | previous loop; correct? |
| 16:10:51 | 5 | A. Yes. |
| 16:10:52 | 6 | Q. Now if Aparthenonia was created from Funky |
| 16:11:04 | 7 | Drummer, as I have just asked you to assume it exists, |
| 16:11:10 | 8 | you would expect to find direct copies in Aparthenonia |
| 16:11:13 | 9 | from Funky Drummer; correct? |
| 16:11:15 | 10 | MR. CHIN: Objection. |
| 16:11:17 | 11 | THE WITNESS: Correct. |
| 16:11:17 | 12 | MR. OLSON: Q. In your report, you don't |
| 16:11:23 | 13 | point to any direct copies from Funky Drummer in |
| 16:11:26 | 14 | Aparthenonia; correct? |
| 16:11:28 | 15 | A. In my report I stated that I did not believe |
| 16:11:33 | 16 | that there could be direct copies that exist.  I |
| 16:11:39 | 17 | didn't specifically look for direct copies, because I |
| 16:11:41 | 18 | was under the assumption, very different than what we |
| 16:11:44 | 19 | are now, about the nature of Funky Drummer being an |
| 16:11:46 | 20 | exact copy between the various bars. |
| 16:11:49 | 21 | Q. What was your assumption about Funky Drummer |
| 16:11:51 | 22 | that you made, when you were performing your analysis? |
| 16:11:56 | 23 | A. My assumption is that the 26 or 27 bars of |
| 16:12:00 | 24 | Funky Drummer are associated copies, meaning that they |
| 16:12:02 | 25 | were not exact duplicates of each other; that they |

174

| | | |
|---|---|---|
| 16:12:06 | 1 | were made by a drummer playing the bar over and over. |
| 16:12:11 | 2 | Q.  Even if the drummer played the bar over and |
| 16:12:22 | 3 | over physically, there's a possibility that you would |
| 16:12:25 | 4 | find a direct copy between Funky Drummer and |
| 16:12:27 | 5 | Aparthenonia, if Aparthenonia is a copy; right? |
| 16:12:31 | 6 | MR. CHIN:  Objection. |
| 16:12:33 | 7 | THE WITNESS:  It is just on random chance, 1 |
| 16:12:37 | 8 | in 26. |
| 16:12:38 | 9 | MR. OLSON:  Q.  Did you look for any such |
| 16:12:40 | 10 | direct copy? |
| 16:12:41 | 11 | A.  I didn't have any way of distinguishing what |
| 16:12:46 | 12 | was a direct copy, versus an associated copy.  What I |
| 16:12:50 | 13 | was able to do was just make a comparison of how |
| 16:12:53 | 14 | similar they were. |
| 16:12:55 | 15 | Q.  Is there anything you could do to determine |
| 16:13:08 | 16 | whether there's a direct copy from Funky Drummer in |
| 16:13:12 | 17 | Aparthenonia? |
| 16:13:13 | 18 | A.  I don't believe there is, based on the data |
| 16:13:18 | 19 | directly, and Dr. Boulanger's report.  Certainly if |
| 16:13:24 | 20 | you were looking at all 26 bars, there would be the |
| 16:13:26 | 21 | possibility of examining that data for it. |
| 16:13:28 | 22 | Q.  Now I want you to assume something different. |
| 16:13:31 | 23 | I want you to go back to the assumption you had when |
| 16:13:34 | 24 | you did your analysis, which is that Funky Drummer was |
| 16:13:36 | 25 | created all by live drumming; okay? |

| | | |
|---|---|---|
| 16:13:40 | 1 | A.   Yes. |
| 16:13:41 | 2 | Q.   And that means that the drummer, just from the |
| 16:13:43 | 3 | beginning of Funky Drummer to the end, it is a drummer |
| 16:13:47 | 4 | physically playing the pattern; right? |
| 16:13:49 | 5 | A.   Yes. |
| 16:13:50 | 6 | Q.   Not a digital loop that's repeating. |
| 16:13:55 | 7 | A.   Correct. |
| 16:13:56 | 8 | Q.   If Funky Drummer was played, and it is |
| 16:14:09 | 9 | entirely physically by a drummer, then it is your |
| 16:14:16 | 10 | opinion that if you compare any one bar of Funky |
| 16:14:18 | 11 | Drummer to Aparthenonia, you may not find a direct |
| 16:14:21 | 12 | copy; correct? |
| 16:14:22 | 13 | A.   Correct. |
| 16:14:23 | 14 | Q.   But if you were to look at all of Funky |
| 16:14:28 | 15 | Drummer, then if Aparthenonia is a copy, you should |
| 16:14:32 | 16 | find a direct copy in Aparthenonia from Funky Drummer; |
| 16:14:37 | 17 | correct? |
| 16:14:38 | 18 | MR. CHIN:   Objection. |
| 16:14:39 | 19 | THE WITNESS:   There would have to be a direct |
| 16:14:41 | 20 | copy present.  Whether or not you could find it or not |
| 16:14:44 | 21 | is another matter. |
| 16:14:47 | 22 | MR. OLSON:   Q.   Let's start with what has to |
| 16:14:49 | 23 | be present. |
| 16:14:59 | 24 | Would every drum strike in Aparthenonia have |
| 16:15:04 | 25 | to be a direct copy of some drum strike in Funky |

| | | |
|---|---|---|
| 16:15:08 | 1 | Drummer? |
| 16:15:08 | 2 | A.  If it was derived entirely from Funky Drummer. |
| 16:15:15 | 3 | There's certainly the possibility of that additional |
| 16:15:18 | 4 | content was added to Aparthenonia. |
| 16:15:20 | 5 | Q.  So then let's talk only about the parts of |
| 16:15:28 | 6 | Aparthenonia that were allegedly created by copying |
| 16:15:32 | 7 | Funky Drummer.  Okay? |
| 16:15:33 | 8 | A.  Yes. |
| 16:15:34 | 9 | Q.  And so we'll put aside for now anything that |
| 16:15:40 | 10 | may or may not have been added, okay? |
| 16:15:43 | 11 | A.  Yes. |
| 16:15:44 | 12 | Q.  For every drum strike in Aparthenonia that's |
| 16:15:49 | 13 | allegedly a copy of a drum strike in Funky Drummer, |
| 16:15:54 | 14 | there must be the relationship between source drum |
| 16:15:58 | 15 | strike and direct copy; right? |
| 16:16:04 | 16 | MR. CHIN:  Objection. |
| 16:16:04 | 17 | THE WITNESS:  Yes. |
| 16:16:05 | 18 | MR. OLSON:  Q.  Accordingly, if you looked at |
| 16:16:11 | 19 | all the drum strikes in the totality of Funky Drummer, |
| 16:16:16 | 20 | and even if a drummer physically played the whole drum |
| 16:16:20 | 21 | track, you should be able to find a source for every |
| 16:16:35 | 22 | direct copy in Aparthenonia; correct? |
| 16:16:39 | 23 | MR. CHIN:  Objection. |
| 16:16:42 | 24 | THE WITNESS:  Again, a source would have to be |
| 16:16:45 | 25 | present.  Whether or not you could find it is a matter |

177

| | |
|---|---|
| 16:16:47 | 1 |
| 16:16:56 | 2 |
| 16:16:58 | 3 |
| 16:17:05 | 4 |
| 16:17:08 | 5 |
| 16:17:23 | 6 |
| 16:17:26 | 7 |

16:16:47   1   of speculation, based on actually conducting the

16:16:56   2   experiment.

16:16:58   3        MR. OLSON:   Q.   For every piece of

16:17:05   4   Aparthenonia that's allegedly copied from Funky

16:17:08   5   Drummer, the source for that direct-copied piece must

16:17:23   6   exist within Funky Drummer; correct?

16:17:26   7        A.   Correct.

16:17:26   8        Q.   Now you have said a few times "if you could

16:17:31   9   find it."  What do you mean by that?

16:17:34   10        A.   It would be my expectation that if we

16:17:37   11   conducted this same kind of analysis of Dr. Boulanger,

16:17:43   12   that we would find it, but without actually doing

16:17:45   13   that, I don't know if doing that there would be other

16:17:47   14   factors which would prevent you from finding it.

16:17:53   15        Q.   If you or Dr. Boulanger were to look at every

16:18:05   16   drum strike in Funky Drummer, and you were unable to

16:18:11   17   find any exact copies between Aparthenonia and Funky

16:18:16   18   Drummer, would that change your opinion in this case?

16:18:18   19        MR. CHIN:   Objection.

16:18:19   20        THE WITNESS:   Not exact copies.  If we were

16:18:26   21   not able to find any direct copies it would certainly

16:18:29   22   influence it.

16:18:30   23        MR. OLSON:   Q.   I want to take both those in

16:18:34   24   turn.  I understand what you are saying, but let's

16:18:36   25   just talk about exact copies first, all right?  Using

178

| | | |
|---|---|---|
| 16:18:39 | 1 | the definition we have agreed to of "exact copy." |
| 16:18:43 | 2 | Okay? |
| 16:18:43 | 3 | A.  Yes. |
| 16:18:44 | 4 | Q.  If you were to look at every drum strike in |
| 16:18:52 | 5 | Funky Drummer, and you could not find a single exact |
| 16:18:55 | 6 | copy between Aparthenonia and Funky Drummer, would |
| 16:18:59 | 7 | that affect your opinion in this case? |
| 16:19:01 | 8 | MR. CHIN:  Objection. |
| 16:19:03 | 9 | THE WITNESS:  No. |
| 16:19:04 | 10 | MR. OLSON:  Q.  Not at all? |
| 16:19:06 | 11 | A.  No. |
| 16:19:06 | 12 | Q.  Now let's talk about direct copies. |
| 16:19:21 | 13 | Well, first, I think it is clear, but could |
| 16:19:28 | 14 | you state your definition of "direct copy"? |
| 16:19:30 | 15 | MR. CHIN:  Objection.  Asked and answered. |
| 16:19:34 | 16 | You can answer. |
| 16:19:35 | 17 | THE WITNESS:  A direct copy is a copy that |
| 16:19:39 | 18 | also includes the effective noise. |
| 16:19:45 | 19 | MR. OLSON:  Q.  So it is a copy from an |
| 16:19:56 | 20 | original that has some differences from noise in the |
| 16:20:01 | 21 | copying process; right? |
| 16:20:04 | 22 | MR. CHIN:  Objection. |
| 16:20:05 | 23 | THE WITNESS:  Yes.  For instance, if there was |
| 16:20:07 | 24 | a drum strike on a vinyl record, and I copied that |
| 16:20:10 | 25 | into a digital medium, I would call those direct |

16:20:14   1   copies -- meaning there is some noise introduced into

16:20:17   2   the process by the time it got to the digital signal.

16:20:21   3          MR. OLSON:  Q.  So if you were to conduct an

16:20:34   4   analysis of all the drum strikes in Funky Drummer, and

16:20:40   5   couldn't find a single drum strike in Aparthenonia

16:20:45   6   that was a direct copy of any drum strike in Funky

16:20:48   7   Drummer, would that change your opinion in this case?

16:20:50   8          MR. CHIN:  Objection.

16:20:52   9          THE WITNESS:  Yes, if I was able to conclude

16:20:55   10  that any of the potential matches I found were not

16:20:58   11  direct copies.  But deciding that something is a

16:21:06   12  direct copy versus an associated copy would be a very

16:21:11   13  difficult task -- an experiment I don't know if you

16:21:15   14  could do that or not.

16:21:24   15         MR. OLSON:  Q.  So you don't know, one way or

16:21:26   16  another, if FFT would allow you to say when drum

16:21:35   17  strikes copied from a vinyl album into a digital

16:21:40   18  format are direct copies?

16:21:45   19         MR. CHIN:  Objection.

16:21:46   20         MR. OLSON:  Q.  Is that right?

16:21:47   21     A.  That's correct.  The only way you could

16:21:49   22  actually tell is to actually do the experiment, and

16:21:51   23  see how compelling the data are.

16:21:53   24     Q.  You have not done that experiment?

16:21:55   25     A.  I have not.

180

## CERTIFICATE OF REPORTER

I, George Schumer, a Certified Shorthand Reporter, hereby certify that the witness in the forgoing matter was by me duly sworn to tell the truth, the whole truth and nothing but the truth in the within-entitled cause;

That said proceeding was taken down in shorthand by me, a disinterested person, at the time and place therein stated, and that the testimony of the said witness was thereafter reduced to typewriting, by computer, under my direction and supervision;

That before completion of the deposition, review of the transcript ✓ was ___ was not requested. If requested, any changes made by the deponent (and provided to the reporter) during the period allowed are appended hereto.

I further certify that I am not of counsel or attorney for either or any of the parties to the said deposition, nor in any way vested in the outcome of this cause, and that I am not related to any of the parties thereto.

DATED: _August 22, 2006_

_George Schumer_

George Schumer, CSR 3326