# EXHIBIT O

Dockets.Justia.com

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

RALPH VARGAS and BLAND-RICKY ROBERTS,

               Plaintiffs,

                       Civil Action

                       No.

      -against-        04CV 9772 (JCF)


PFIZER, INC., PUBLICIS, INC.,

FLUID MUSIC, EAST WEST

COMMUNICATIONS, INC. and       **CERTIFIED COPY**

BRIAN Transeau p/k/a "BT",

               Defendants

------------------------------------x

                August 9, 2006

                9:15 a.m.

       Videotaped Deposition of

IVAN A. RODRIGUEZ, taken by Defendants,

pursuant to Notice, at the offices of Kirkland

& Ellis, 153 East 53rd Street, New York, New

York, before TAMMEY M. PASTOR, a Registered

Professional Reporter, Certified LiveNote

Reporter and Notary Public within and for the

State of New York.



**LEGALINK**®
A MERRILL COMPANY

575 Market St
11th Floor
San Francisco, CA 94105

tel (415) 357-4300
tel (800) 869-9132
fax (415) 357-4301

www.merrillcorp.com

GLOBAL COURT REPORTING · LEGAL VIDEOGRAPHY · TRIAL SERVICES

1          IVAN A. RODRIGUEZ - CONFIDENTIAL
2     Reason you pull up different synthesizers.
3     You assign a certain channel to a synthesizer
4     and it will permit the keyboard to control
5     that synth.  Once you are ready to record,
6     whatever you play gets recorded into a
7     sequence.  So it is basically a big sequencing
8     program with different sound sources.
9          Q.    Have you ever used the full
10    version of Propellerhead Reason, the pay
11    version?
12         A.    No.
13         Q.    Have you used the basic
14    version?
15         A.    No.
16         Q.    What's your familiarity --
17    strike that.
18              Where does your familiarity
19    with Propellerhead Reason come from?
20         A.    Well, not only because it is
21    promoted along with the Pro Tools and it is in
22    every magazine in the world, but a lot of the
23    up and coming producers that are more computer
24    based, they like live by it.
25         Q.    But it is not something you

1          IVAN A. RODRIGUEZ - CONFIDENTIAL

2     personally have used?

3          A.     No, I have not used it.

4          Q.     Are you aware of whether there

5     are sampled drum sounds available in

6     Propellerhead Reason?

7          A.     I have to assume there are.

8     There has to be a full load of sounds, a basic

9     load of sounds for folks to start off with.

10          Q.     When I say sample drum sounds,

11     do you understand me to mean a recording of a

12     live drum?

13          A.     Well, I understand you to say

14     that.  I don't know that is what they have.  I

15     don't know if it is synthetic.  I never

16     listened to it, so I couldn't say.

17          Q.     I want to be clear when we're

18     talking about synthetic or live.  Would those

19     two terms differentiate, if I say synthetic

20     drum sound what does that mean to you?

21          A.     It means it is created from

22     different tones, different oscillators,

23     something actually manufactured digitally.

24          Q.     And if I say a live drum sound

25     that is recorded, what does that mean to you?

1      IVAN A. RODRIGUEZ - CONFIDENTIAL

2    live.  You would know it wasn't a drummer.

3         Q.    Even if you used samples of

4    live drumming?

5         A.    It is not just samples, it is

6    the processing, the way you program it.  The

7    way it comes across that is what I mean by

8    saying there are so many variables it is not

9    like two cakes, it is each individual cake is

10   different.  I can't reproduce that cake

11   without real ingredients.

12        Q.    But your opinion is

13   Aparthenonia is a result of digitally moving

14   pieces of Bust Dat Groove around; correct?

15        A.    It is my opinion the record was

16   taken, sampled, either as a whole or in

17   pieces, then broken down, created, rhythm

18   created then roll was moved to the tail versus

19   the top.  Then you have yourself a record.

20   But to me, in my profession and totally honest

21   opinion, that record was, as we say, flipped

22   around.

23             Before I could commit to it

24   that is when I told Mr. Chin I will prove it

25   to you.  Then I did it.  When I gave him the

240

1      IVAN A. RODRIGUEZ - CONFIDENTIAL

2    CD he couldn't tell me which was the real one

3    which was Ralph's and which was the other

4    gentleman.  The properties are so true nobody

5    can tell it flanged.  Anybody will tell you

6    even little kids when they want two DJs live

7    they play the two records at the same time.

8    They play the same records at the same time.

9    It is called flanging.  That can only happen

10   when the two items are totally identical.

11        I had that happening with

12   Aparthenonia and the edited Bust Dat Groove

13   you have one on left speaker, one on right. I

14   kind of broke it down pretty much as simply as

15   possible as opposed to try to muddy it up with

16   a bunch of graphs.  Some stuff is very

17   difficult.  This is so airy, so open.  It is

18   crystal clear to me.

19        Q.    You say flanging, what is it

20   that causes flanging when you play the same

21   song at the same time?

22        A.    When you play the same sections

23   of the same song or same bass or same horns,

24   even two crash cymbals, if they are absolutely

25   identical and put adjacent to each other they

1          IVAN A. RODRIGUEZ - CONFIDENTIAL

2     that purposely so it couldn't be used against

3     the defendant to say I did something to the

4     record that wasn't natural.  I took it exactly

5     as it was off the vinyl.  Chopped it up and

6     put it in.

7               If you listen to it

8     independently you will notice a sort of

9     dryness to Ralph's, Mr. Vargas' because I

10    didn't purposely use reverb, even though with

11    that there is still like a mirror image.

12         Q.    If you used digital signal

13    processing could you make them sound even more

14    alike?

15         A.    I would say almost 100 percent.

16    Because, see, I don't know if I would have had

17    master's up front, I would have probably not

18    even had to do this because I can tell right

19    from the master's because multitrack master's

20    shows me what you done and how you done it.

21    If I had presets, if someone told me I did

22    reverb 23 from TC Electronic Corp. or

23    something I would have added that.

24               I told Mr. Chin I could

25    probably even eventually figure it out, but it

1       IVAN A. RODRIGUEZ - CONFIDENTIAL

2 would take some time. I don't know how long.

3 I would have to toy with literally thousands

4 of reverbs until I got the tone used before.

5 Even if I had like what we call a recall

6 sheet, sometimes folks use a recall sheet when

7 you work because you toy around with different

8 settings until the artist goes that's it. You

9 keep notes like that. He likes setting number

10 23 on this particular plug in. You keep that.

11 If I would have known that, I would have added

12 it to that. It would have been exact.

13       Q. You can use digital signal

14 processing to make one drum loop sounds more

15 like another?

16       A. No. What I am explaining if

17 you look at the last page of this graph, I

18 believe we gave you a color one or Mr. Chin

19 did, he initially gave in a color one.

20       Q. I never received a color one?

21       A. The color one was easier on the

22 eyes, easy to explain. It is basically the

23 same graphs.

24       Q. You're referring to graph

25 Exhibit B to your declaration Defendant's

      IVAN A. RODRIGUEZ - CONFIDENTIAL

what you observed?

          A.    Yes.

          Q.    You observed that Aparthenonia

was slightly faster tempo?

          A.    It slightly.

          Q.    Maybe 104 beats per minute?

          A.    Maybe.  Maybe a tad less.  The

readout you get from a drum machine isn't

necessarily exact.  It is actually the clock

within the device that determines the speed.

          Q.    Can you choose whatever sound

level you want to put into Pro Tools?

          A.    Yes, you can.

          Q.    So is it your testimony

Mr. Moody could have put Bust dat Groove in to

get the exact same amplifier that he had on

Aparthenonia in his analysis?

          A.    Yes, sir.  That is my

testimony.

          Q.    Do you see Mr. Moody's graph

you said the second beat is the snare; is that

right?

          A.    Yes.

          Q.    Do you see how the amplitude on

1        IVAN A. RODRIGUEZ - CONFIDENTIAL

2    tones are the ones that initially told me they

3    were the same record.  If they were just flat

4    snares I wouldn't have been able to tell.

5        Q.    Drums have pitch; right?

6        A.    Pitch, yes, tone when you pitch

7    it up the tone changes, it is brighter,

8    darker.

9        Q.    And you can adjust pitch on the

10   MP3,000; right?

11        A.    Yes, you can.

12        Q.    You adjusted the pitch on Bust

13   Dat Groove to make it higher so it sounds more

14   like Aparthenonia in your edited version;

15   correct?

16        A.    No.  Incorrect.  I adjusted it

17   for speed.  Not so that it could sound the

18   same.  It was moving a little bit slower

19   because of the tempo of the new record.  When

20   you pitch it, it catches up in speed.  If you

21   pitch it drastically then you're affected.

22        Q.    Did that change the tone as

23   well?

24        A.    Slightly.

25        Q.    Do you mean something different

1          IVAN A. RODRIGUEZ - CONFIDENTIAL
2     when you say pitch than when you say tone?
3          A.    No.  For me pitch and tone are
4     pretty much the same.
5          Q.    So I understand there is drums
6     can have pitch.  That can be adjusted by
7     tuning the drums?
8          A.    Correct.  The skins.
9          Q.    And you adjusted the pitch by
10    changing the timing on Bust Dat Groove snare
11    hit; right?
12         A.    No.  I adjusted the pitch not
13    the timing.  The pitch corresponds to timing.
14    If you pitch something upward it moves a tad
15    bit faster.  Timing would just be timing,
16    meaning you actually move the item.
17         Q.    I might have misheard before.
18    I thought you said you made the snare hit a
19    little faster which adjusted the pitch; is
20    that correct?
21         A.    No.  Backwards.  I adjusted the
22    pitch so it could be a bit faster.
23         Q.    Okay.  So you adjusted the
24    pitch of the snare from the original Bust Dat
25    Groove; correct?

1          IVAN A. RODRIGUEZ - CONFIDENTIAL

2          A.      Correct.

3          Q.      That made it a bit faster;

4     correct?

5          A.      Slightly.

6          Q.      You've testified that when you

7     say that you can use pitch or tone to mean the

8     same thing; is that right?

9          A.      For me it can.  I understand it

10    that way.

11         Q.      When you been using it here

12    with us today, did you mean different things

13    when you said pitch than tone or do you mean

14    the same thing?

15         A.      No, for me they mean the same.

16    For you tone may be base and treble on a

17    radio.  For me it is not because I am working

18    within a studio.

19         Q.      I want to understand how you

20    are using it.

21         A.      Like someone says how do you

22    like my tone?  To me it is their pitch.

23         Q.      I understand about drums having

24    pitch.  But then let me ask does Bust Dat

25    Groove have any melody?

1          IVAN A. RODRIGUEZ - CONFIDENTIAL

2          Q.     They play equally on both

3    speakers straight up the middle?

4          A.     Straight up the middle they

5    fill both speakers, yes.

6                 (Track Playing.)

7          Q.     Did you adjust the pitch at all

8    in making these two snare roll comparisons?

9          A.     I do not recall.  I only recall

10   the snare.

11         Q.     So you might have or you might

12   not?

13                MR. CHIN:  Objection.

14         A.     I would probably say might not.

15         Q.     But you don't recall for

16   certainty today?

17         A.     I don't recall for certainty,

18   no, I do not.

19         Q.     Let's listen to track 2.

20                (Track Playing.)

21         Q.     Can you describe what we are

22   listening to on track 2?

23         A.     You are listening to samples of

24   the closed hi-hat in Aparthenonia and closed

25   hi-hat from Bust Dat Groove.

1          IVAN A. RODRIGUEZ - CONFIDENTIAL

2          Q.     Is the first sound from

3   Aparthenonia?

4          A.     The first one is Aparthenonia.

5          Q.     Second one is from Bust Dat

6   Groove?

7          A.     Correct.

8          Q.     Then do they repeat again A B,

9   A B?

10          A.     Yes.  That is the arrangements.

11          Q.     Is this the closed hi-hat you

12  are referring to in 13 B of your declaration

13  on page 6?

14          A.     Yes.

15          Q.     I am going to play that again

16  from the beginning.

17                 (Track Playing.)

18          Q.     So those two don't sound

19  exactly the same to me.  One sounds a little

20  flatter.  Do you hear any difference?

21                 MR. CHIN:  Objection.

22          A.     That is the DSP.  That is what

23  the signal processing does.

24          Q.     So you hear the difference,

25  too?

1          IVAN A. RODRIGUEZ - CONFIDENTIAL

2          A.    Yes, I do.

3          Q.    Is it your opinion that using

4    digital signal processing you could make those

5    two sounds sound exactly the same?

6          A.    If I had the exact same

7    settings I believe I can.  Whatever the

8    settings were that were used to brighten and

9    equalize and process that hi-hat.

10          Q.    Could you do it on your own?

11          A.    Yes.  But I couldn't be sure of

12    the preset.  There are literally thousands of

13    reverbs, depending on what the defendant has

14    in his collection.  I would only be making a

15    guess.

16          Q.    Given enough time can you make

17    them sound, do you think in your professional

18    opinion, the same through use of DSP?

19          A.    I think my current opinion of

20    it being 98 percent the same I can bring it

21    probably up to 99.  I couldn't be 100 because

22    I would have no knowledge what the reverb was

23    so that it would be unquestionable.  You

24    couldn't tell the difference in the reverbs,

25    but I don't know what that setting is.

1      IVAN A. RODRIGUEZ - CONFIDENTIAL

2  he requested it, even if I remember correctly

3  Reasons wasn't even mentioned in the

4  beginning.  It was just a master.  Reasons

5  from what I understand came later.

6          Q.    Let's listen to the rest of

7  these tracks quickly and get you on your way.

8  Track number 3.

9              (Track Playing.)

10         Q.    Can you describe what we are

11 hearing there?

12         A.    We are hearing the kick drum

13 that I mentioned was used as a filler kick

14 that was pulled out of Bust Dat Groove and

15 used in Aparthenonia.  We hear, my opinion, a

16 slight difference because of processing.  Bit

17 of a brighter edge but core of the kick is the

18 same.

19         Q.    When you say filler kick, that

20 is referring to the alternate kick that is

21 described in 13 D of your declaration on

22 page 6; correct?

23         A.    Correct.

24         Q.    I heard a difference in the 2

25 tracks.  Sorry, let's backup.  What do we

1       IVAN A. RODRIGUEZ - CONFIDENTIAL

2             (Track Playing.)

3       Q.    What is track 3, what are we

4  hearing?

5       A.    Track 3 is the kick that was

6  sampled from the second beat going into the

7  third.

8       Q.    Is that the kick splash?

9       A.    Splash.

10      Q.    Referred to at 13 C of your

11  declaration?

12      A.    Correct.  The differences

13  you're hearing are in brightness, but you have

14  the splash on the kick.

15      Q.    In both?

16      A.    In both.  If you turn the

17  speakers toward you you can hear it.  That

18  again was one of the reasons I was more and

19  more convinced as I went by, because how would

20  Reasons create a kick with Ralph's splash in

21  it with the same tone of kick.  It is just

22  like twins almost.  It is almost like twins.

23         So how can they come from two

24  different mothers if it is twins, it is from

25  the same guy in my opinion.  It was somehow

408

1          IVAN A. RODRIGUEZ - CONFIDENTIAL

2     it the same, I don't believe him.

3          Q.     First on track 3 do we have

4     Aparthenonia's kick; is that right?

5          A.     Correct.  It is the brighter

6     one.

7          Q.     Then second is Bust Dat Groove

8     kick?

9          A.     Correct.

10         Q.     They repeat A B as before?

11         A.     Correct.

12         Q.     Let's listen one more time.

13         A.     Sure.

14              (Track Playing.)

15         Q.     Is there a splash on that first

16    one?

17         A.     There is a splashy sort of what

18    we call gated sound.  It is almost like a

19    cough.  You hear reverb hangs, it is like a

20    "pa" but then a gate goes "chu, chu", it is a

21    reverb gated and cut off.  That is not exactly

22    a gated reverb, but gated sounds.  It is a

23    splashy sound, it is absolutely identical on

24    both other than brightness, the EQ.  I believe

25    if I bring that one up with the treble and add

1          IVAN A. RODRIGUEZ - CONFIDENTIAL

2     whatever the reverb was on that it would be

3     absolutely identical.

4          Q.     In your expert opinion what

5     instrument is used to create the sound we are

6     hearing on track 3?

7          A.     The complete sound?

8          Q.     Yeah.

9          A.     It is a kick drum with a cymbal

10     hitting simultaneously on top of it.

11          Q.     Let's listen to track 4.

12          (Track Playing.)

13          Q.     What are we hearing on track 4?

14          A.     You are hearing the filler kick

15     being used in Aparthenonia, then in Bust Dat

16     Groove.

17          Q.     Is that what is called the

18     alternate kick in 13 D of your declaration?

19          A.     Correct.

20          Q.     Back to track 3 for a second.

21     Did track 3 contain the kick splash that is

22     referred to as 13 C in your declaration?

23          A.     Correct.

24          Q.     Which one do we hear first on

25     track 4?

1          IVAN A. RODRIGUEZ - CONFIDENTIAL

2          A.     The first one you heard was

3    Aparthenonia.  The second was Bust Dat Groove.

4          Q.     Do they repeat A B?

5          A.     Yes, they do.

6                 (Track Playing.)

7          Q.     I am going to play it again.

8    Wrong track.  Okay.

9                 (Track Playing.)

10         Q.     Again I hear somewhat of a

11   difference, do you hear a difference in those

12   two?

13         A.     Slight.

14                MR. CHIN:  Objection.

15         Q.     What was your answer?

16         A.     My answer was I hear a slight

17   difference.

18         Q.     What in your opinion creates

19   that difference?

20         A.     EQ and DSP.  Equalization,

21   brighter top, and a digital signal processing

22   to let it breath a little more.

23         Q.     Now I want to take you to track

24   5.  This is where we are going to hear

25   Aparthenonia and then Bust Dat Groove;

```
1          IVAN A. RODRIGUEZ - CONFIDENTIAL
2     correct?
3          A.     Yes.
4          Q.     Then it says in your
5     declaration, the third you hear both playing
6     at the same time and both hear the audio
7     flange; is that right?
8          A.     Correct.
9          Q.     Let's listen to that.
10          (Track Playing.)
11          Q.     Right there.  Did they just
12     start playing at the same time?
13          A.     They are flanging, yes, they
14     are playing together.
15          Q.     Before we get to them playing
16     together so the two sounds somewhat different
17     to me, do they sound somewhat different to
18     you?
19          MR. CHIN:  Objection.
20          A.     In my professional opinion
21     outside of the DSP they are absolutely exact.
22          Q.     Right.  But I am not asking
23     about outside the DSP.  I am saying as we
24     listen to them?
25          A.     Yes.  The DSP is lacking the
```

```
1          IVAN A. RODRIGUEZ - CONFIDENTIAL
2    breath it seems to cut off short because of
3    breathing the reverb.
4          Q.    I understand you think some
5    things could be done to make them sound the
6    same.
7          A.    Correct.
8          Q.    As we listen to them here do
9    they sound different to you?
10               MR. CHIN:  Objection.
11         A.    Slightly.
12         Q.    I can hear difference.  Can you
13   hear a difference?
14         A.    Slight, very small.
15         Q.    To me it sounds like
16   Aparthenonia sounds a little, I don't know,
17   would brighter be the term?
18         A.    Right. It is brighter and
19   airier.  Again, no disrespect, I don't
20   understand the law.  My audio the way I
21   understand audio you don't understand it.  Of
22   course it sounds different.  That is why I
23   have to continue to say slight because if
24   someone of the same caliber of me would sit
25   there he would understand what I mean by
```

414

1        IVAN A. RODRIGUEZ - CONFIDENTIAL

2   slight.  He would say you're missing reverb,

3   correct.  Otherwise if I weren't to consider

4   reverb I am listening to the same exact record

5   in my world with musicians.  Musicians would

6   pick that up instantly.

7        Q.    They would pick up how it could

8   be similar.  They can hear what I can hear

9   which is differences too; right?

10       A.    True.  But as a professional

11  they would know all it lacks is reverb,

12  someone that has that profession, someone like

13  yourself especially if your job is to defend

14  the product you are going to notice some

15  differences maybe sounds that way to you but

16  to me or maybe even someone sitting in that

17  desk out there, I think they would think it is

18  exactly the same thing.

19       Q.    When we are talking about track

20  5 here and talking about Bust Dat Groove, this

21  is your edited version of Bust Dat Groove?

22       A.    Correct.

23       Q.    The one you took from a sample

24  of the original Bust Dat Groove --

25       A.    Correct.

1

2               C E R T I F I C A T E

3    STATE OF NEW YORK    )

4                         : ss.

5    COUNTY OF NEW YORK   )

6

7           I, TAMMEY M. PASTOR, a Registered

8    Professional Reporter and Notary Public within

9    and for the State of New York, do hereby

10   certify:

11          That TIMOTHY M. YESSMAN, the witness

12   whose deposition is hereinbefore set forth, was

13   duly sworn by me and that such deposition is a

14   true record of the testimony given by the

15   witness.

16          I further certify that I am not

17   related to any of the parties to this action by

18   blood or marriage, and that I am in no way

19   interested in the outcome of this matter.

20          IN WITNESS WHEREOF, I have hereunto

21   set my hand this 15ᵗʰ day of August, 2006

22

23

24   TAMMEY M. PASTOR.
                              TAMMEY M. PASTOR, RPR
25