# EXHIBIT R

## DECLARATION OF CARLOS VASQUEZ

1. My name is Carlos Vasquez, I currently reside at ADDRESS and I am a senior sound editor. The following statements are made based on my own personal knowledge.

2. From my discussions with BT, I am generally familiar with the some of the allegations of the *Vargas v. Pfizer* lawsuit and the allegations Mr. Vargas and others are making against Brian Transeau.

3. BT and I have worked together for 6 years and I first met BT in 1986. I have worked with BT on several projects, including "Driven", "The Fast and the Furious", "Zoolander", "The Kevin Hill Show", "The Tommy Lee Show", "Breaks From The Nu Skool" and "Twisted Texture" and toured with BT on several tours, and hundreds of one off shows including "Movement in Still Life" Tour from Fall of 2000 to Spring 2001.

4. BT creates his own drum beats using his computer and software programs. BT is world-known for his electronic music and he has several albums of electronic music.

5. BT's Breakz from the Nu Skool album is different than his normal electronic music, as it contains hundreds of beats he created using his computer and software. Each beat is a simple and basic drum beat BT independently created using his computers and software.

6. BT made the tracks for his Breakz from the Nu Skool album, including Aparthenonia, on the tour bus on the NAME tour. I traveled with BT on that tour and spent a lot of time on the tour bus with BT.

7. BT's studio space on the tour bus consisted of his computers and speakers. He used that equipment to create Breakz from the Nu Skool. There were no vinyl albums on the tour bus and no turntables on the tour bus either.

8. I am familiar with the Reason software package and know that is has a large sound library with a large inventory of drum sounds that can be used to create virtually any kind of drum rhythm and sound. Using the Reason software package, or just about any other music software package, I could create both Aparthenonia and Bust Dat Groove. Those beats are such basic and simple beats that they can easily be created.

9. Prior to hearing about this lawsuit, I had never heard of Ralph Vargas, Bland Ricky Roberts, or JBR Records. Likewise, I had never heard of the albums Funky Drummer Vol. 1, Funky Drummer Vol. 2 or the track Bust Dat Groove.

I declare under penalty of perjury that the above statement is true and correct to the best of my recollection as signed by me on 21st day of September, 2006.

*[signature]*

Carlos Vasquez