# EXHIBIT S



JBR Records, Inc.
P.O. Box 667
Corona-Elmhurst Station
New York, NY 11373
Tel: (718) 341-2007
Fax: (718) 341-0290

## Distribution List
### FUNKY DRUMMER I / II

| | |
|---|---|
| Indi Distribution | (National) |
| Pearl One Stop | (National) |
| Tiger Distribution | (International) |
| City Hall | (West Coast/National) |
| | |
| Rock and Soul | (NY/local) |
| Downtown Records | (NY/local) |
| Downstairs Records | (NY/local) |
| Eight Ball Records | (NY/local) |
| Broadway Sounds | (NY/local) |
| Carmine's Records | (NY/local) |
| Vinyl-mania | (NY/local) |
| Beat Street Records | (NY/local) |
| Concourse Music | (NY/local) |

000003