# EXHIBIT T

# DECLARATION OF MICHAEL DIMATTIA

1. My name is Michael DiMattia, I currently reside at 10825 Rose Ave Apt. 103, Los Angeles, CA and I am a Composer / Editor (Music and Audio). The following statements are made based on my own personal knowledge.

2. I have known Brian Transeau "BT" since Feb. of 2001.

3. From my discussions with BT, I am familiar with some of the allegations of the *Vargas v. Pfizer* lawsuit and some of the allegations Mr. Vargas and others are making against BT.

4. I worked for BT at his studio from Feb of 2001 until April of 2006. Binary Acoustics was established in 2004 (from Feb 2004 on I was officially considered a Binary Acoustics employee).

5. I am familiar with how BT made some of the tracks for his Breakz from the Nu Skool album. I was responsible for portions of the editing of Breakz from the Nu Skool.

6. I worked in BT's studio while BT continued to program tracks for Breakz from the Nu Skool. At that time BT's studio did not have a turntable or vinyl records. In fact, BT did not have a turntable in his studio until years later when he began to work as a DJ.

7. BT used his computers and software in the creation and production of beats for Breakz from the Nu Skool from scratch, including Aparthenonia one of the "dirt breaks."

8. Prior to this lawsuit, I had never heard of Ralph Vargas, Bland Ricky Roberts, or JBR Records. Likewise, I had never heard of the albums Funky Drummer Vol. 1, Funky Drummer Vol. 2 or the track Bust Dat Groove.

9. I am familiar with the Reason software package and know that it has many different sound libraries available with a large inventory of drum sounds that can be used to create virtually any kind of drum rhythm and sound. I also know that you can use any custom made sounds with Reason to create beats and loops. When using Reason, BT took great pride in making his own sounds, kits, and presets and programming them using Reason (as he is always on the cutting edge and makes every effort to be original and unique).

I declare under penalty of perjury that the above statement is true and correct to the best of my recollection as signed by me on 22nd day of September, 2006.

Michael DiMattia