# EXHIBIT U

Dockets.Justia.com

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

-----------------------------------x

RALPH VARGAS and BLAND-RICKY ROBERTS,

                  Plaintiffs,

                        Civil Action
                          No.
     -against-       04CV 9772 (JCF)

PFIZER, INC., PUBLICIS, INC.,
FLUID MUSIC, EAST WEST
COMMUNICATIONS, INC. and
BRIAN TRANSEAU p/k/a "BT",

                  Defendants

-----------------------------------x
                August 10, 2006
                9:10 a.m.

        Videotaped Deposition of

MATTHEW RITTER, taken by Defendants, pursuant

to Notice, at the offices of Kirkland & Ellis,

153 East 53rd Street, New York, New York,

before TAMMEY M. PASTOR, a Registered

Professional Reporter, Certified LiveNote

Reporter and Notary Public within and for the

State of New York.

0058b63b-3833-416a-861e-5c6e63aa5456

1                   MATTHEW RITTER

2            Q.    So you don't know whether it is

3      possible to create the exact same sounds as on

4      Bust Dat Groove, create those electronically?

5                   MR. CHIN:  Objection.

6            A.    I don't know enough about

7      electronic music.  I actually know very little

8      about it.  So, I don't know if there is

9      technology that exists that could do that.

10           Q.    When we were talking about the

11     ghost notes on the snare, you said you thought

12     those were -- that was a rare sound because

13     the snare wires were tuned exceedingly

14     tightly; right?

15                  MR. CHIN:  Objection.

16           A.    I believe that it is extremely

17     unusual for a snare drum to at one moment

18     sound like a snare drum and without turning it

19     on or off, which would be physically

20     impossible in this case, to have it

21     momentarily later sound like a tom-tom.

22           Q.    Okay.  But when you turn the

23     snare off, it does sounds like a tom-tom;

24     right?

25                  MR. CHIN:  Objection.  You're

0058b63b-3833-416a-861e-5c6e63aa5456

1                    MATTHEW RITTER
2      the same music history class, for example.
3      But my percussion like performance things,
4      yes, they were separate from the classical
5      department.  They were in the jazz department.
6            Q.      Did you also study like
7      classical percussion instruments as well at
8      the Hartt School?
9            A.      Very little, but I did study
10     snare drum technique.
11           Q.      Okay.
12           A.      Classical snare drum.
13           Q.      As a professional drummer what
14     is it that you do?
15           A.      Currently I am teaching
16     lessons.  As my full time job I teach
17     somewhere between 25 and 35 private drum set
18     lessons per week.  I am also just finishing up
19     production on an instructional drumming DVD
20     which will be internationally distributed by
21     Hal Leonard, which is the world's largest
22     music publishing company.
23                    I also occasionally when time
24     affords do some performance jobs such as
25     playing for a theater production or doing a

1                    MATTHEW RITTER

2       jazz gig.

3              Q.    How much do you charge for your

4       individual lessons?

5              A.    $60 per lesson.

6              Q.    How long is a lesson?

7              A.    One hour.

8              Q.    How often do you have what you

9       call performance jobs?

10             A.    These days very rarely.  I

11      don't generally have the time to do anything

12      except working on my video and teaching

13      lessons.  So maybe once every several months

14      that is the way it has been for the past

15      couple years.

16                   Before that there was a time

17      when I was performing as a drummer full time

18      and living on the road with a traveling show

19      and so forth.

20             Q.    Were those traveling shows what

21      is reflected on your resume like the Broadway

22      type shows?

23             A.    Yeah, exactly.  I also want to

24      state just to make sure everything I say is

25      100 percent accurate, you asked if I studied

0058b63b-3833-416a-861e-5c6e63aa5456

1                 MATTHEW RITTER
2    drum to create one note after the other very
3    fast.  To almost create the illusion of a
4    sustained sound.  A multiple bounce stroke is
5    taking one single stick and letting it
6    ricochet against the drum head two or more
7    times sometimes an untold number of times if
8    you get extra little buzzes and stuff in
9    there.
10            Q.     You were saying that is not a
11   snare roll but the multiple bounce stroke on
12   the snare; right?
13            A.     Yes, correct.
14            Q.     Does the multiple bounce stroke
15   on Bust Dat Groove sound identical to
16   Aparthenonia?
17            A.     Yes, it sounds identical.
18            Q.     Does the hi-hat sound identical
19   on Bust Dat Groove and Aparthenonia?
20            A.     Yes, it does.
21            Q.     Does the bass drum sound
22   identical on Bust Dat Groove and Aparthenonia?
23            A.     Yes, it does.  May I ask a
24   question?
25            Q.     Sure.

0058b63b-3833-416a-861e-5c6e63aa5456

1                    MATTHEW RITTER
2          A.     When you ask me if they sound
3    identical, you're talking about the sound of
4    the instrument, because obviously as I said
5    the rhythmic elements have been juxtaposed.
6          Q.     Right. When you say identical
7    you mean the sound of those elements?
8          A.     Yes.
9          Q.     Are identical; right?
10         A.     Yes.
11         Q.     Other than the change in the
12   order of the elements there is no difference
13   in sounds; right?
14         A.     Right.
15         Q.     Would a professional drummer
16   ever refer to a multiple bounce stroke like
17   the one found in Bust Dat Groove as a drum
18   roll?
19         A.     I don't believe he would.  No.
20         Q.     Is that because, like you said,
21   to play a roll you have to use both hands
22   whereas the multiple bounce stroke on Bust Dat
23   Groove, it would be physically impossible to
24   play that with both hands?
25         A.     It is not only that.  It is

1                    MATTHEW RITTER

2       the record.  The time is 12:51.

3            A.    So what am I listening to?

4            Q.    We are going to play a track

5       from what was Exhibit C1 to Mr. Rodriquez's

6       declaration.  It has been marked Defendants'

7       Exhibit 27.  I want you to just listen to it

8       then I will ask you questions about the

9       tracks.

10                 MR. CHIN:   I'm objecting.  Are

11      you going to tell the witness what is on the

12      CD?

13                 MS. AHRENS:   I have

14      identify -- I will identify the tracks I am

15      playing so it is clear for the record.

16                 MR. CHIN:   Okay.

17           A.    Also you want to move the

18      speakers closer to me.

19           Q.    Sure.

20                 (Track Playing.)

21           Q.    Sorry, I'll start it again.

22                 MR. CHIN:   Can this go up any?

23                 MS. AHRENS:   Yes.  Hold on.

24                 (Track Playing.)

25           Q.    I am going to start it over

0058b63b-3833-416a-861e-5c6e63aa5456

1                    MATTHEW RITTER
2    since the two tracks went together.  So it is
3    clear.  But the first track I am going to play
4    is track 2 from Defendants' Exhibit 27.
5              A.    All right.
6                    (Track Playing.)
7              A.    That was pretty.
8              Q.    It's always something.  Do you
9    want me to play the track again so it is not
10   interrupted?
11             A.    Sure.  Play it one more time.
12             Q.    Again I am playing track 2 from
13   Defendants' Exhibit 27.
14                   (Track Playing.)
15             A.    Okay.
16             Q.    Okay.  Do you recognize the
17   sound on that track?
18                   MR. CHIN:  Objection.
19             A.    I recognize it as a hi-hat
20   sound.
21             Q.    Is there anything particular
22   about the hi-hat sound --
23                   MR. CHIN:  Objection.
24             Q.    -- that you hear?
25                   MR. CHIN:  Objection.  You can

1                    MATTHEW RITTER

2    answer.

3           A.    Yes, there are two alternating

4    sounds.  One sounds like the shaft of a drum

5    stick played on the edge of the hi-hat.  The

6    other one sounds like the tip of the drum

7    stick played on the top of the hi-hat.  So we

8    have a slightly broader sloshier sound first

9    followed by a tighter tick sound, both of them

10   we together we end up with tick-tock,

11   tick-tock thing between the two sounds.

12          Q.    And you hear, is it you hear

13   two different sounds?

14               MR. CHIN:  Objection, misstates

15   testimony.  You can answer.

16          A.    I hear two sounds.  Seem to be

17   alternating back and forth.

18          Q.    Are the two sounds different?

19               MR. CHIN:  Objection.  You can

20   answer.

21          A.    I hear two different sounds

22   that are alternating back and forth.  They are

23   both hi-hat.  One sounds like a hi-hat played

24   with the shaft of a stick on the edge of the

25   high hat and one sounds like a hi-hat played

0058b63b-3833-416a-861e-5c6e63aa5456

1                    MATTHEW RITTER

2      on the top of with a tip of a stick.

3            Q.   Okay.  Now I am going to play

4      for you what is track 3 on Defendants'

5      Exhibit 27.

6                  MR. CHIN:   What is Defendants'

7      Exhibit 27?

8                  MS. AHRENS:   Defendants'

9      Exhibit 27 again is Exhibit C1 to

10     Mr. Rodriquez' declaration.

11           A.   Okay.

12                (Track Playing.)

13           Q.   Can you tell me what those

14     sounds were?

15                MR. CHIN:  Objection.

16           A.   May I hear it one more time?

17           Q.   Sure.  Sorry.

18                (Track Playing.)

19           A.   It sounds like a bass drum

20     sound played with simultaneously with a

21     slightly opened hi-hat.  That the same

22     combination is happening twice, but in one

23     version it is the open hi-hat sound is a

24     little more pronounced.  So it is, again,

25     alternating back and forth between slightly

0058b63b-3833-416a-861e-5c6e63aa5456

1                    MATTHEW RITTER

2    different sounds, both of which are base drum

3    with hi-hat, slightly opened.

4            Q.    Okay.  So are the sound

5    different?

6                    MR. CHIN:  Objection.

7            A.    Yes.  One of the, one of them

8    the open hi-hat sound is a little more

9    pronounced than other.  So, again, they are

10   going back and forth in a sort of tick-tock

11   tick-tock.

12           Q.    Now, I am going to play track 4

13   from Defendants' Exhibit 27 which again is

14   Exhibit C1 to the Rodriquez declaration.

15                   MR. CHIN:  I would like it

16   also to be known on the record I don't have

17   the CD in front of me.  And I don't know what

18   track is being played.

19                   (Track Playing.)

20                   MS. AHRENS:  I am going to

21   start the track again so we keep it separate.

22                   MR. CHIN:  Okay.

23                   MS. AHRENS:  I did present the

24   track.

25                   MR. CHIN:  I am not in front

0058b63b-3833-416a-861e-5c6e63aa5456

1                    MATTHEW RITTER

2    of the laptop, so I don't know which one is

3    being played.

4                    MS. AHRENS:   I am

5    testifying -- I am stating on the record the

6    tracks that I am playing are what I am

7    stating.

8                    MR. CHIN:   Okay.

9                    MS. AHRENS:   And I am not

10   tricking anyone or playing a track other than

11   what I am saying I'm playing.

12                   MR. CHIN:   I am just not in

13   front of the laptop.  That is all I'm saying.

14                   MS. AHRENS:   I did show you

15   the CD.  You watched me put it into my laptop.

16                   MR. CHIN:   Do you have the

17   declaration?

18                   MS. AHRENS:   Yes, I have the

19   declaration.

20                   MR. CHIN:   Can I get a copy? I

21   don't have it with me.  Can I get it so I can

22   read as we go along.

23                   MS. AHRENS:   It is Defendants'

24   Exhibit 22.

25                   MR. CHIN:   Thanks.

0058b63b-3833-416a-861e-5c6e63aa5456

1                    MATTHEW RITTER
2              Q.    I am going to start again track
3    4 to Defendants' Exhibit 27.  This is the
4    Exhibit C1 to the Rodriquez declaration. Are
5    you ready, Mr. Ritter?
6              A.    Yes.
7                    (Track Playing.)
8              A.    Can I hear it one more time,
9    please?
10             Q.    Sure.
11                   (Track Playing.).
12             Q.    Can you tell me what those
13   sounds are?
14                   MR. CHIN:  Objection.  You can
15   answer.
16             A.    That sounds like a bass drum to
17   me.
18             Q.    Sorry, I didn't hear?
19             A.    Sounds like a bass drum sound.
20             Q.    Are the sound -- is the base
21   drum sounds on that track different?
22             A.    To me it sounds like --
23                   MR. CHIN:   Hold on.
24   Objection.
25             A.    To me it sounds like the same

0058b63b-3833-416a-861e-5c6e63aa5456

1                    MATTHEW RITTER

2    bass drum.  There is a phenomenon which

3    honestly I don't remember the name of right

4    now, but when people hear the same sound

5    played in a series their mind looks for a way

6    to organize it so they automatically start to

7    hear it in groups of twos usually, sometimes

8    threes.

9                    So when I first heard this bass

10   drum track I start initially heard a tick-tock

11   kind of back forth, back forth as if it were

12   two slightly different sounds.  At this point

13   I remembered this phenomenon I am telling you

14   about and tried to start to clear my mind

15   after each bass drum hit and it started to

16   sound to me like the exact same sounds

17   repeated over and over.

18           Q.    Do you need to hear it again?

19           A.    No.

20           Q.    Now I am going to play track 1

21   on Defendants' Exhibit 27.

22           A.    Okay.

23           Q.    This is the Rodriquez

24   declaration Exhibit C1.

25                    (Track Playing.)

0058b63b-3833-416a-861e-5c6e63aa5456

1                    MATTHEW RITTER
2      with Rogers snares?
3           A.    I'm not.
4           Q.    Were they ever like a common
5      snare drum?
6           A.    I don't know how common they
7      were.  The most common drums have always been
8      just Singerland, Lund, Pearl, recently Yamaha.
9      Gretsch has always been revered in certain
10     circles and was less common, Rogers, I know is
11     also less common, but I don't know to what
12     extent.
13          Q.    We can move back to where we
14     were before you were instructed not to answer.
15     I believe we had played, I will just find what
16     we were working with.  We were looking at or
17     listening to Defendants' Exhibit 30 which is
18     the Funky Drummer Volume II album.
19          A.    Can I have the speakers as
20     close to me as possible.
21               (Discussion off the record).
22          Q.    Sure.  We played track number 1
23     from Funky Drummer Volume II.  I'll play that
24     again.  Sorry, it is not working.
25          A.    The volume is not even on.

0058b63b-3833-416a-861e-5c6e63aa5456

1               MATTHEW RITTER
2        Q.      I am going to start it over for
3   you.
4               (Track Playing.)
5        Q.      In asking of any of these
6   questions, if you want to hear the track again
7   or any part of it again please feel free.
8        A.      Sure.
9        Q.      I will play it as many times as
10  you want.  What sounds do you hear on that
11  recording?
12       A.      May I hear it one more time.
13       Q.      Sure.
14               (Track Playing.)
15       A.      I hear bass drum, snare drum
16  and hi-hat.
17       Q.      You said bass drum, snare drum
18  and hi-hat?
19       A.      Yes.
20       Q.      Those are the -- I am going to
21  play you the second track on Defendants'
22  Exhibit 2, we are going to go track by track.
23               I want you to tell me, just
24  listen to the drummer, tell me if you think
25  that the drummer on the second track is a

0058b63b-3833-416a-861e-5c6e63aa5456

1                    MATTHEW RITTER

2    different drummer than the drummer on the

3    first track?

4                    MR. CHIN:    Objection.    But you

5    can answer.

6         A.    I am going to say right away

7    since this is not a drummer that I'm familiar

8    with, unless he is playing the exact same

9    thing, I probably will have no way to know.

10        Q.    You testified and you stated in

11   your declaration that each time a drummer

12   makes a recording that drummer leaves a

13   fingerprint; right?

14        A.    Yes.    That's right.

15        Q.    And that you can tell based on

16   listening whether the same drummer is playing?

17        A.    Playing the same thing.    In

18   other words, if you are about to play me

19   something now that is a different rhythm, I

20   haven't heard what this drummer's fingerprint

21   sounds like playing this second rhythm.    So I

22   have nothing to compare it to from the first

23   rhythm.

24                    On the other hand, if we took

25   rhythm number 1 you just played to me and had

0058b63b-3833-416a-861e-5c6e63aa5456

1                    MATTHEW RITTER
2     two other drummers play that same rhythm, the
3     way they space the various elements of that
4     rhythm I would in all likelihood be able to
5     tell which drummer played which or whether it
6     was the same person doing the same thing.
7           Q.    On Bust Dat Groove part of what
8     would be the fingerprint of that recording
9     would be the ghost notes; right?
10          A.    Yes, that's part of it.
11          Q.    Part of it was the multiple
12    bounce stroke; right?
13          A.    Right. Which is also a ghost
14    note because it is played extremely softly.
15          Q.    Let's go through and identify
16    the instruments on, we will do track number 2.
17          A.    Okay.
18          Q.    Just identify the instruments
19    on each track.
20                (Track Playing.)
21          Q.    That is track number 2.  What
22    are the instruments?
23          A.    Can I hear it again.  I am
24    getting some static through the speaker, I am
25    not sure if it is snare rattle or the speaker

1                    MATTHEW RITTER

2     or what.

3                    (Track Playing.)

4          A.     That sounds also like bass

5     drum, snare drum and hi-hat to me.

6          Q.     If there is anything about --

7     sorry, if you can tell me and you can tell

8     that any of the tracks has a different drummer

9     than another, go ahead and let me know.  If

10    you can't, fair enough.

11                    MR. CHIN:     Objection.  Is it

12    possible to read back what his answer was

13    before that just so can write it down in my

14    notes.

15                    (The preceding answer was

16    read.)

17                    MR. CHIN:     My question is is

18    that what you guys are going to do?

19                    MS. AHRENS:     We are going to

20    go -- I am going to go through each track and

21    play it and identify the instruments and ask

22    him if he can identify.  I will make the

23    question more specific to Mr. Vargas.

24          Q.     I am going to play track number

25    1 again.

1              MATTHEW RITTER

2         (Track Playing.).

3         Q.    On track number 1 can you tell

4    me whether that is Ralph Vargas playing the

5    drums or not?

6              MR. CHIN:   Objection.

7         A.    I have no idea.   I never heard

8    Ralph play a rhythm like that.   So I don't

9    know if I am hearing Ralph play it now.

10         Q.    You have heard, of course Ralph

11    play other drum tracks that you know are Ralph

12    playing?

13              MR. CHIN:   Objection.

14         A.    I have heard Ralph play one

15    other drum track as well as, as I mentioned to

16    you on my second meeting with him he played a

17    snippet of himself in a wedding band or

18    something like that in his car.   I don't

19    really remember what it sounded like.

20         Q.    Okay.   And on track number 1

21    did you hear any ghost notes?

22         A.    Before I answer may I hear it

23    again.   That is really the thing I would

24    probably want to wear headphones and listen

25    very carefully more than I am able to do with

0058b63b-3833-416a-861e-5c6e63aa5456

1                    MATTHEW RITTER

2    these speakers.

3            Q.    Okay.  Let me play it for you

4    again?

5            A.    Since this is a sworn

6    testimony.  I will try and see if I hear any.

7                  (Track Playing.)

8            A.    Can I hear it once more,

9    please.

10           Q.    Sure.

11                 (Track Playing.)

12           A.    I am not able to hear any on

13   this but I have no way of knowing if there

14   really is any because I would want to listen

15   more closely with headphones.

16           Q.    When you made your original

17   transcription of Bust Dat Groove, you were

18   listening to that on your DiscMan; right?

19           A.    Right.

20           Q.    You heard ghost notes on that;

21   right?

22           A.    I did, yeah.  They are

23   definitely more pronounced on that recording

24   than on this one if there are any.  I think

25   there might not be any on this one.

0058b63b-3833-416a-861e-5c6e63aa5456

1                 MATTHEW RITTER

2          Q.     That copy of Bust Dat Groove on

3     your DiscMan, that was a copy that was, you

4     said was a poor quality copy?

5          A.     It would only play on that

6     machine.  So, I mean it was not burned

7     properly or something.  Because it didn't play

8     on most machines.

9          Q.     Okay.  I am going to do -- on

10    track number 1 we still just have bass drum,

11    snare drum and hi-hat?

12         A.     Yes.

13         Q.     I am going to play -- and on

14    track number 1 you said you can't say whether

15    it is Mr. Vargas or not?

16                MR. CHIN:   Objection.

17         A.     I don't know if it is

18    Mr. Vargas or not.

19         Q.     You don't know.  I am going to

20    play track number 2 from Defendants'

21    Exhibit 30.

22                (Track Playing.)

23         Q.     What instruments do you hear on

24    track number 2?

25         A.     Bass drum, snare, hi-hat and a

1                MATTHEW RITTER
2  ghost note on the snare.
3          Q.    Is the ghost notes an
4  instrument?
5          A.    No.
6          Q.    So three instruments you hear
7  are a bass, a snare drum and a hi-hat right?
8          A.    Yes.
9          Q.    But you did hear a ghost note
10  too?
11          A.    I did.
12          Q.    Can you say whether the drummer
13  on track 2 is different than the drummer on
14  track 1?
15                MR. CHIN:   Objection.
16          A.    I have no idea.
17          Q.    Can you tell if the drummer on
18  track number 2 is Mr. Vargas?
19                MR. CHIN:   Objection.
20          A.    I have no idea.
21          Q.    Did you hear on track number 2
22  any multiple bounce strokes?
23          A.    No, I did not.  I heard one
24  isolated ghost stroke.
25          Q.    Okay.  I will play track number

0058b63b-3833-416a-861e-5c6e63aa5456

1                    MATTHEW RITTER

2      3 from Defendants' Exhibit number 30.

3                    (Track Playing.)

4                    MR. CHIN:    Let her ask the

5      questions.

6            Q.    Can you identify what

7      instruments are played on track number 3?

8            A.    Bass drum, snare drum and

9      hi-hat.

10           Q.    Do you have an opinion as to

11     whether the bass drum, snare drum and hi-hat

12     are the same bass drum, snare drum and hi-hat

13     that were played on track 2?

14                   MR. CHIN:  Objection.

15           A.    I don't know.  I will have to

16     hear, you know, again it is like the drummer's

17     fingerprint thing, I would want to hear the

18     same drum set playing the same rhythm because,

19     you know, how loud the person is playing the

20     snare changes the tambour of the instrument

21     and so forth.

22                   I would want to hear the same

23     rhythm played twice on two different drum sets

24     or the same to determine if it was the same

25     drum set.  How you strike a drum, you know,

0058b63b-3833-416a-861e-5c6e63aa5456

1              MATTHEW RITTER

2    significantly can change the sound of the

3    drum.  I do hear some ghost notes, by the way.

4              Q.    Okay. Forgive me if I asked you

5    this about track 3, can you say whether track

6    3 is different, a different drummer than the

7    drummer on the previous track?

8              MR. CHIN:  Objection.

9              A.    I don't know who is playing the

10   drums.

11             Q.    Okay.  Even though you don't

12   know who is playing the drums can you

13   determine whether it is a different drummer

14   than the previous track?

15             MR. CHIN:  Objection.

16             A.    I don't know if it is the same

17   or different drummer.

18             Q.    Can you -- so you can't whether

19   it is Mr. Vargas or not; right?

20             MR. CHIN:  Objection.

21             A.    I cannot tell who is the

22   drummer.

23             Q.    You said you heard ghost notes;

24   is that right?

25             A.    Yes, I did.

```
1                    MATTHEW RITTER
2        Q.    How many ghost notes?
3        A.    Can I hear it again.
4        Q.    I can play it again sure.
5              (Track Playing.)
6        A.    I hear at least three already.
7        Q.    Did you hear any multiple
8   bounce strokes?
9        A.    No.
10       Q.    I just want to ask when you
11  made your transcription of Funky Drummer?
12       A.    Yes.
13       Q.    You also made a transcription
14  of Aparthenonia, you made those, some of the
15  original versions of those transcriptions you
16  made from listening to the tracks on a
17  DiscMan; right?
18       A.    This is true.
19       Q.    For both songs; right?
20       A.    Yes.
21       Q.    What kind of headphones were
22  you listening to when you used your DiscMan?
23       A.    They are called Studio Kans,
24  they are professional recording studio
25  headphones.
```

1                    MATTHEW RITTER
2          Q.    Sorry, what was the name of the
3    headphones again?
4          A.    Studio Kans K-A-N-S.
5          Q.    Is there any other kind of
6    manufacturer name or anything?
7          A.    No.
8          Q.    The ghost notes that you said
9    you heard on track number 3 --
10         A.    That is the one we just heard?
11         Q.    Yes.
12         A.    Yup.
13         Q.    Are those Mr. Vargas' ghost
14   notes?
15              MR. CHIN:   Objection.
16         A.    I don't know whose ghost notes
17   they are.  I will say they do sound like tom
18   hits to me.  It sounds to me like it is either
19   Mr. Vargas or it is somebody playing on a drum
20   that was tuned by Mr. Vargas and trying to
21   imitate Mr. Vargas' ghost notes technique.
22         Q.    Why would you say it would be
23   like it sounds like a drum tuned by
24   Mr. Vargas?
25         A.    Because, again, it is

0058b63b-3833-416a-861e-5c6e63aa5456

1                    MATTHEW RITTER

2    exceedingly rare for one drum to suddenly

3    sound like a different drum just because it is

4    being played at a very soft volume.  I mean

5    the sound of the drum can change a little, but

6    to have it suddenly sound like a tom-tom, a

7    moment ago it sounded like a snare is very

8    unusual.  I hear that same phenomenon on this

9    record.

10                    So, I heard that on Bust Dat

11   Groove.  I know that Ralph at least on that

12   song chose to choke the snares on his drum.  I

13   hear that same phenomenon here.

14        Q.     I will play track number 4 from

15   Defendants' Exhibit 30.

16                    (Track Playing.)

17        A.     Okay.

18        Q.     What instruments do you hear on

19   track number 4?

20        A.     Bass drum, snare drum and

21   cymbal.

22        Q.     Is it a ride cymbal?

23        A.     The person is using it like a

24   ride cymbal which means they are playing

25   constant rhythm on it.  It is very hard to

0058b63b-3833-416a-861e-5c6e63aa5456

MATTHEW RITTER

1          MATTHEW RITTER
2  tell what kind of cymbal it is.  But, yes, it
3  is being used as a ride cymbal.  So some
4  cymbal.
5          Q.    Do the instruments you hear on
6  track number 4 in your opinion, are they the
7  same instruments that you heard played on
8  track number 3 -- do the instruments you hear
9  on track number 4 are they the same
10  instruments you heard played on track number
11  3?
12          MR. CHIN:  Objection.
13          A.    I don't know.
14          Q.    Can you say whether the drummer
15  is different on track number 4 than on the
16  previous track?
17          MR. CHIN:  Objection.
18          A.    I don't know, but I will say
19  that if asked to speculate I would assume
20  that, it may be -- it may be the same drummer
21  because I hear a ghost note immediately
22  following a loud snare accent.  Which is
23  something I've heard on, you know, I also
24  heard on previous tracks we play here.
25          Q.    Okay.  On the previous tracks

0058b63b-3833-416a-861e-5c6e63aa5456

1                    MATTHEW RITTER
2    we played here, track number 3 you said had at
3    least three ghost notes were those similar
4    ghost notes followed by a loud snare?
5              A.    Can I hear number 3 again?
6              Q.    Sure.
7                    (Track Playing.)
8              A.    Yes.  Yes.  This is a drummer
9    that likes to play a soft ghost note
10   immediately after a loud snare, which is not
11   very common.  So it is may well be the same
12   drummer but the rhythm sounds different.  So I
13   don't know if it is the same person.
14             Q.    Did you hear any other --
15   sorry, how many ghost notes did you hear on
16   that track?
17             A.    Track 4; right?
18             Q.    Yes.
19             A.    Can I hear it again, please.
20                   (Track Playing.)
21             A.    I only can clearly make out one
22   there is a lot of white noise because of the
23   cymbal.  I can make out one immediately
24   following a loud snare hit.
25             Q.    Can you tell if track number 4

0058b63b-3833-416a-861e-5c6e63aa5456

1                    MATTHEW RITTER

2    is Mr. Vargas playing the drums?

3                    MR. CHIN:   Objection.

4            A.    I don't know if it is

5    Mr. Vargas.

6            Q.    Did you hear on that track any

7    multiple bounce strokes?

8            A.    No, I did not.

9            Q.    Do you believe -- we have a

10   pair of headphones, would you prefer to listen

11   to the tracks through the headphones, would

12   that help?

13           A.    It might help.  I can try that.

14           Q.    Okay.  I don't know if this is

15   going to cut out the sound for all of us.

16           A.    There is a loud buzzing.

17                  MR. CHIN:   There is now?

18                  THE WITNESS:   Yes, there is.

19                  MR. CHIN:   Does anybody know

20   how to get rid of that?

21                  VIDEOGRAPHER:  It might help if

22   you take it right out of the computer instead

23   of the headphones.

24           A.    That is going to cover up any

25   nuance I am trying to find.

0058b63b-3833-416a-861e-5c6e63aa5456

1              MATTHEW RITTER

2              MS. AHRENS:   Can we go off the

3    record.

4              VIDEOGRAPHER:   Going off the

5    record the time is 4:03.

6              (Recess taken.)

7              VIDEOGRAPHER:   We are back on

8    the record.   The time is 4:04.

9         Q.    Mr. Ritter, we are going to

10   play track number 5 through the headphones

11   that we have given you.   This is track number

12   5 on Defendants' Exhibit 30.

13             (Track Playing.)

14        A.    I'm sorry, I have to go back to

15   speakers, it sounds like it is underwater,

16   maybe it varies from track to track.   I think

17   I would prefer the speakers.

18        Q.    Do you want to hear it again

19   through the speakers?

20        A.    Yes.   Just the speakers.   Sorry

21   about that.

22        Q.    That's okay.   Here is track

23   number 5 through the speakers, we might have

24   to turn it up.

25             (Track Playing.)

0058b63b-3833-416a-861e-5c6e63aa5456

1                    MATTHEW RITTER
2          A.     It is so crackly.
3          Q.     I hear the crackling as well.
4    To me it sounds like a needle on a record, on
5    a vinyl.  Does that sound --
6          A.     That sounds like that might be
7    correct.  Yes.
8          Q.     Can you identify what
9    instruments are played on track number 5?
10         A.     Yes.  May I hear it one more
11   time.
12         Q.     Sure.
13                (Track Playing.)
14         A.     Can I hear it once more,
15   please.
16         Q.     Uh-huh.
17                (Track Playing.)
18         A.     There is bass drum, snare drum,
19   hi-hat.
20         Q.     Do you have an opinion whether
21   those three instruments are the same as on the
22   previous track?
23         A.     No, I don't have an opinion.  I
24   don't know.
25         Q.     Is the cymbal that we heard on

0058b63b-3833-416a-861e-5c6e63aa5456

1                    MATTHEW RITTER

2    track 5 different than the cymbal we heard on

3    track 4?

4                    MR. CHIN:  Objection.

5           A.      Is track 4 the one that I said

6    they are playing it like a ride cymbal?

7           Q.      Yes.  We can hear track 4.

8           A.      This sounds like a hi-hat to

9    me.  The other one sounded like a cymbal being

10   used as a ride cymbal.

11          Q.      Could a hi-hat cymbal be used

12   as a ride symbol?

13          A.      It is possible if it were

14   opened all of the way so the two cymbals

15   didn't hit each other.

16          Q.      I can play track 4 again.  But

17   I wanted to ask whether you thought on track

18   number 4 the cymbal that was being played like

19   a ride was a hi-hat symbol being played like a

20   ride?

21          A.      I am going -- there are ride

22   cymbals of every shape and size.  Usually a

23   hi-hat refers to two cymbals placed together

24   so that they now bump up against one another.

25   So I have no idea what kind of cymbal the

1                MATTHEW RITTER
2      person is playing on, but it wasn't two
3      cymbals closed together.
4              Q.    Okay.  Fair enough.  Can you
5      say on track number 5 whether the drummer is
6      different than the previous track?
7              A.    No, I don't know.
8              Q.    Okay.  Can you tell if track
9      number 5 is being played by Mr. Vargas?
10              MR. CHIN:  Objection.
11              A.    I have no idea.
12              Q.    Did you hear any ghost notes on
13      track number 5?
14              A.    I don't know.  Can I hear it
15      again.
16              Q.    Sure.
17              (Track Playing.)
18              A.    It does sounds like there is
19      one ghost notes.  I'm not clear what
20      instrument it's on.  It may be on the snare.
21      It may not.  It sounds very tom-like to me
22      again.  I'm not sure.  This recording is
23      muddier than the others I heard.
24              Q.    Okay.  When you say you're not
25      sure what instrument it is played on, is it

0058b63b-3833-416a-861e-5c6e63aa5456

1                   MATTHEW RITTER

2    possible the ghost note is being played on the

3    hi-hat?

4                   MR. CHIN:  Objection.

5          A.    I don't believe it is possible

6    it is being played on the hi-hat.

7          Q.    Is it possible the ghost note

8    is being played on the bass drum?

9                   MR. CHIN:  Objection.

10         A.    I believe it is being played on

11   some instrument with a hand not the foot.

12         Q.    Okay.  So the three instruments

13   we hear there, what you hear there is the bass

14   drum, the snare and hi-hat; right?

15         A.    Yes.  Except like I said there

16   is one ghost note that again sounds distinctly

17   tom-like.

18         Q.    That ghost note, it could be a

19   tom?

20                  MR. CHIN:  Objection.

21         A.    I don't know.  It could be or

22   it could be the same phenomenon I heard in

23   other tracks today which is a snare sounding

24   like a tom.  The reason I am not assure in

25   this case is because the hit I heard is not

0058b63b-3833-416a-861e-5c6e63aa5456

1                    MATTHEW RITTER
2      immediately following a snare drum, which
3      means that a drummer may have time to move his
4      hands to another drum all together.
5           Q.    I will play track number 6 on
6      Defendants' number 30.
7                 (Track Playing.)
8           A.    Can I hear it again, please.
9           Q.    Sure.
10                (Track Playing.)
11                MR. CHIN:    What is that, is
12     that part of the record?
13                THE WITNESS:    I don't know
14     what that is.
15                (Track Playing.)
16          A.    Okay.
17          Q.    On track number 6 what
18     instruments do you hear?
19          A.    Bass drum, hi-hat and snare
20     drum.
21          Q.    Do you have an opinion as to
22     whether those are the same bass drum, snare
23     and hi-hat as on the previous track?
24          A.    I don't know.
25          Q.    Can you say whether the drummer

1                      MATTHEW RITTER
2      on track 5 is different than the previous --
3      sorry, whether the drummer on track 6 is
4      different than on the previous track?
5                      MR. CHIN:  Objection.
6           A.     I can't say.  I don't know.
7           Q.     Can you tell if it is
8      Mr. Vargas playing track number 6?
9                      MR. CHIN:  Objection.
10          A.     I don't know.
11          Q.     Did you hear any ghost notes in
12     track number 6?
13          A.     I did not hear any.
14          Q.     Did you hear any multiple
15     bounce strokes in track 6?
16          A.     No.  But I will say the
17     quality, as you guys are probably hearing
18     already is degenerating as we go track by
19     track.  There is a lot of static coming
20     through this.  I don't know if it is the
21     machine or recording.  I am being asked to
22     identify notes that are extremely difficult to
23     hear even if the drum was in the room with us.
24                      But that having been said, I
25     will say no, I don't hear any ghost notes on

1                    MATTHEW RITTER
2    that.
3         Q.    You are saying those drums and
4    those sounds are extremely difficult to hear
5    even in a room with a live drummer, but you
6    formed your opinion listening to a recording
7    on a DiscMan; is that right?
8              MR. CHIN:  Objection.
9         A.    That's correct because on that
10   particular recording certain of the elements,
11   including most of the ghost notes were
12   prominent enough for me to hear them.  Just as
13   has been the case with a couple of the tracks
14   I heard today.
15        Q.    Okay.  Track number 7 from
16   Defendants' Exhibit 30.
17             (Track Playing.)
18        Q.    On track number 7 can you tell
19   me what instruments are played?
20        A.    Bass drum, snare drum and
21   hi-hat.
22        Q.    Do you have an opinion as to
23   whether those are the same instruments that
24   were on the previous track?
25             MR. CHIN:  Objection.

0058b63b-3833-416a-861e-5c6e63aa5456

1                    MATTHEW RITTER
2            A.    I don't know if they are the
3    same instruments.  I do know that the sound is
4    very unusual on this track.  It sounds
5    extremely boomy and muddy, I don't know if
6    that is the way it was recorded or something
7    enhanced digitally, but in either case I don't
8    know if it is the same drums used on the
9    previous track.
10           Q.    Can you say whether the drummer
11   is different than the drummer for the previous
12   track?
13                 MR. CHIN:  Objection.
14           A.    I don't know.
15           Q.    Can you tell if it is
16   Mr. Vargas playing the drums on track
17   number 7?
18                 MR. CHIN:  Objection.
19           A.    I don't know.
20           Q.    Did you hear any ghost notes on
21   track 7?
22           A.    No.  I did not.
23           Q.    Did you hear any multiple
24   bounce strokes on track number 7?
25           A.    No.

0058b63b-3833-416a-861e-5c6e63aa5456

1               MATTHEW RITTER

2         Q.     I am going to play track number

3    8 from Defendants' Exhibit 30.

4               (Track Playing.)

5         Q.     Can you tell me what

6    instruments are on track 8?

7         A.     Bass drum, snare drum and

8    hi-hat.

9         Q.     Do you have an opinion as to

10   whether these drums are the same as the

11   previous, the drums used in any of the

12   previous tracks?

13              MR. CHIN:   Objection.

14        A.     I don't know.  But again this

15   sound on this is very -- sounds very strange

16   to me, like something that may have been

17   altered electronically somehow.  When the

18   snares hit it seems to echo for almost the

19   whole rest of the measure.  So either it is in

20   an echo chamber or there has been a certain

21   kind of reverb put on or the mic is positions

22   in a way to get very unusual recorded sounds.

23        Q.     Would added effects make it

24   more difficult to identify whether it is the

25   same drummer playing?

0058b63b-3833-416a-861e-5c6e63aa5456

1                MATTHEW RITTER
2          A.    I don't know.  Possibly.  I
3   mean the more a recording is tampered with in
4   any way the more it becomes obscure of what
5   was there originally.
6          Q.    On track number 8 -- I can't
7   remember where I was -- did you hear any ghost
8   notes?
9          A.    May I hear it one more time.
10         Q.    Sure.
11               (Track Playing.)
12         A.    I don't believe there are any
13  ghost notes on that recording.
14         Q.    Did you hear any multiple
15  bounce strokes on track 8?
16         A.    No, I did not.
17         Q.    Do you know if any effects were
18  used in the studio when Funky Drummer Volume
19  II was being recorded?
20         A.    I don't know.
21         Q.    Do you know if any effects were
22  added to Funky Drummer II when it was being
23  mixed?
24         A.    I have no idea.
25         Q.    Track number 9 from Defendants'

1                    MATTHEW RITTER
2    Exhibit number 30.
3                    (Track Playing.)
4         Q.    Do you know what instruments
5    are on track number 9?
6         A.    Bass drum, snare drum, hi-hat
7    and human voices.
8         Q.    Can you say whether the
9    instruments you hear on track number 9 are the
10   same as the instruments played on track
11   number 8?
12                MR. CHIN:  Objection.
13        A.    I don't know.
14        Q.    Can you say whether the drummer
15   on track 9 is different than the previous, the
16   drummer on the previous track?
17                MR. CHIN:  Objection.
18        A.    I don't know.
19        Q.    Can you tell if track 9 is
20   being played by Mr. Vargas?
21                MR. CHIN:  Objection.
22        A.    I cannot tell.
23        Q.    Did you hear any ghost notes on
24   track number 9?
25        A.    I did not hear any, but I don't

0058b63b-3833-416a-861e-5c6e63aa5456

1                 MATTHEW RITTER

2    know if there are any because there were

3    children laughing and there is a lot of static

4    coming from the machine.  Even if they were

5    there, I don't trust that I would be able to

6    hear them with that kind of recording.

7              Q.    Did you hear any multiple

8    bounce stroke on track number 9?

9              A.    I did not hear any but again

10   the nuances were pretty obscured as I was

11   listening to that because of the children's

12   voices and stuff they had put in.

13             Q.    I will play track number 10

14   from Defendants' Exhibit 30.

15                  (Track Playing.)

16             Q.    What instruments -- do you want

17   to hear track 10 again?

18             A.    Sure.

19                  (Track Playing.)

20             A.    Okay.

21             Q.    What instruments do you hear on

22   track number 10?

23             A.    Bass drum, hi-hat, rim click

24   which means hitting on the rim of the snare

25   drum and a person humming.

0058b63b-3833-416a-861e-5c6e63aa5456

1                    MATTHEW RITTER

2          Q.    Is a rim click, would you

3    consider that an instrument?

4          A.    When we notate it we usually

5    put it as a separate thing.  It has got its

6    own symbol for a rim.  I think that is the

7    most specific way to say it.  Snare rim.

8          Q.    Is a rim click different

9    than -- forget it.  Scratch that.

10             Can you say whether the

11   instruments that are used on track number 10

12   are the same as on the previous track?

13             MR. CHIN:  Objection.

14         A.    I don't know.

15         Q.    Can you say whether the drummer

16   on track number 10 is different than the

17   previous track?

18             MR. CHIN:  Objection.

19         A.    I don't know.

20         Q.    Can you tell if it is

21   Mr. Vargas playing the drums on track number

22   10?

23             MR. CHIN:  Objection.

24         A.    I don't know.

25         Q.    Did you hear any ghost notes on

0058b63b-3833-416a-861e-5c6e63aa5456

1                    MATTHEW RITTER
2    track number 10?
3         A.    Yes, there are some ghost notes
4    on the rim that are bordering on not ghost
5    notes because sometimes the volume on them
6    creeps up a little bit.  Yes, there are some
7    ghost notes on the rim of the drum.
8         Q.    Did you hear any multiple
9    bounce stroke on track 10?
10        A.    No, I did not.
11        Q.    I am going to play track number
12   11 from Defendants' Exhibit 30.
13              (Track Playing.)
14        Q.    What instruments do you hear on
15   track number 11?
16        A.    Let me hear it once more,
17   please.
18        Q.    Sure.
19              (Track Playing.)
20        A.    Okay.
21        Q.    What instruments do you hear on
22   track number 11?
23        A.    I hear bass drum, hi-hat, snare
24   drum and some other kind of sound that is like
25   a high pitched metallic sound, maybe somebody

0058b63b-3833-416a-861e-5c6e63aa5456

1                    MATTHEW RITTER
2      hitting on the side of a cymbal stand or
3      something and putting that in there or a drum
4      that is made of metal and is tuned slightly
5      incorrectly so that there is some overtones
6      coming from the metal of the drum.
7           Q.    Could it be anything else?
8           A.    Sure.  It could be anything.
9      It is an unusual sound effect.  I don't know
10     where it originated from.  But it has got sort
11     of a high pitched metallic sound.  Almost like
12     taking a hammer and hitting it on a window
13     frame or something.  It is played in unison
14     with the snare drum hits.
15          Q.    Right. Can you say whether the
16     instruments you could identify on track number
17     11, whether those are the same instruments
18     that were played on the previous track?
19               MR. CHIN:  Objection.
20          A.    No, I can't say.
21          Q.    Can you tell if whether the
22     drummer is different on track number 11 than
23     on the previous track?
24               MR. CHIN:  Objection.
25          A.    I can't tell.

0058b63b-3833-416a-861e-5c6e63aa5456

1                    MATTHEW RITTER

2          Q.     Can you tell if track number 11

3     is Mr. Vargas?

4                    MR. CHIN:   Objection.

5          A.     I don't know.

6          Q.     Did you hear any ghost notes on

7     track 11?

8          A.     I did not hear any.

9          Q.     Did you hear any multiple

10    bounce stroke on track 11?

11         A.     No.

12         Q.     I will play track number 12.

13                (Track Playing.)

14         Q.     Can you identify the

15    instruments played on track 12?

16         A.     May I hear it once more,

17    please.

18         Q.     Sure.

19                (Track Playing.)

20         A.     Okay.

21         Q.     Can you identify the

22    instruments on track 12?

23         A.     Bass drum, snare drum and

24    hi-hat.

25         Q.     Do you haven opinion as to

0058b63b-3833-416a-861e-5c6e63aa5456

1                    MATTHEW RITTER
2        whether those are the same bass drum, snare
3        drum and hi-hat that were on the previous
4        track?
5                    MR. CHIN:  Objection.
6             A.    I don't.
7             Q.    Can you say whether the drummer
8        on track number 12 is the same or different
9        than the previous track's drummer?
10                   MR. CHIN:  Objection.
11            A.    I don't know.
12            Q.    Can you tell if track number 12
13       is played by Mr. Vargas?
14                   MR. CHIN:  Objection.
15            A.    No.
16            Q.    Did you hear any ghost notes on
17       track 12?
18            A.    Yes.
19            Q.    And did you hear multiple
20       bounce strokes on track 12?
21            A.    May I hear it once more,
22       please.
23            Q.    Sure.
24                   (Track Playing.)
25            A.    Once more.

1                    MATTHEW RITTER

2                    (Track Playing.)

3          Q.     What instruments -- sorry, did

4    you hear any multiple bounce stroke on track

5    12?

6          A.     I heard one, yes.

7          Q.     I will play track number 13

8    from Defendants' number 30 -- actually we can

9    go off the record.  We need to switch the

10   tape.

11                 VIDEOGRAPHER:  Going off the

12   record.  The time is 4:26.  This is the end of

13   tape number 3.

14                 (Recess taken.)

15                 VIDEOGRAPHER:  Back on the

16   record.  The time is 4:30.  This is beginning

17   of tape number 4.

18         Q.     Mr. Ritter, you said you wanted

19   to finish your answer about the multiple

20   bounce stroke?

21         A.     Right. I would like to hear it

22   once more.

23         Q.     Talking about track number 12.

24                 (Track Playing.)

25         A.     I'm not able to say whether

1                   MATTHEW RITTER
2    that multiple bounce stroke was executed with
3    one or two hands.  Whereas on Bust Dat Groove
4    it was definitely executed with one hand.
5    This one to me sounds a more aggressive and it
6    also sounds like the hi-hat may stop
7    momentarily there, in which case it is
8    possible the drummer took both sticks and did
9    sort of a simultaneous two handed multiple
10   bounce stroke.
11           Q.    So if it was two hands it
12   wouldn't be, you wouldn't perform one multiple
13   bounce stroke with two hands?
14           A.    You might take both sticks and
15   kind of go "zzzzzz" yeah.
16           Q.    I want to go into track number
17   13 of Defendants' Exhibit 30.
18                 (Track Playing.)
19           Q.    On track 13 what instruments do
20   we hear?
21           A.    Bass drum, snare drum and
22   hi-hat.
23           Q.    Can you tell if that is
24   Mr. Vargas playing track number 13?
25                 MR. CHIN:  Objection.  Go

0058b63b-3833-416a-861e-5c6e63aa5456

1               MATTHEW RITTER

2    ahead.

3          A.    I don't know.

4          Q.    Do you hear ghost notes on

5    track 13?

6          A.    No, I don't hear any.

7          Q.    Do you hear multiple bounce

8    stroke on track 13?

9          A.    No.

10         Q.    We will play track 14.

11               (Track Playing.)

12         Q.    I will start it over.  That is

13   track 14 of Defendants' Exhibit 30.

14               (Track Playing.)

15         A.    Okay, all right.  I know that.

16   That must be Bust Dat Groove with Ride.

17   Finally.  Yes, that is Mr. Ralph Vargas

18   playing Bust Dat Groove on his drum set with a

19   ride cymbal added in.

20         Q.    What about, let's go through

21   it.  What instruments do you hear on track 14?

22         A.    Bass drum, snare drum, ride

23   cymbal.  Let me listen again and see if he

24   pulled the hi-hat out or if the hi-hat is

25   still in there, too.

0058b63b-3833-416a-861e-5c6e63aa5456

1                    MATTHEW RITTER
2                    (Track Playing.)
3          A.      And hi-hat.
4          Q.      So bass drum, snare drum,
5    hi-hat and ride cymbal?
6          A.      Yes.
7          Q.      That one you can say for sure
8    that is a ride symbol?
9          A.      Again, what one person calls a
10   ride cymbal someone else will call a crash
11   cymbal.  A cymbal is a cymbal.  A ride cymbal
12   you play constantly, we call ride.  If you are
13   playing a ride symbol, I don't know what size
14   or shape or model it is.
15         Q.      On this track you said you can
16   tell that is Mr. Vargas; right?
17         A.      Yes.  Exactly.
18         Q.      Why is that?
19         A.      Because again since I am
20   hearing the same, you know, I am hearing
21   Ralph's drumming within the same rhythm I am
22   already accustomed to listening to him I
23   immediately recognized his nuance, it is the
24   same sounds on the snare, the same sounds on
25   the bass drum.  The exact same multiple bounce

0058b63b-3833-416a-861e-5c6e63aa5456

1           MATTHEW RITTER
2    stroke that sounds like a roll on a tom.  It
3    sounds like tom, you know.
4           Q.    Are you saying that is the --
5    you are saying that is the exact same multiple
6    bounce stroke; correct?
7           A.    I believe it is, yes, I believe
8    it is actually the same recording with maybe
9    Ralph himself puts a cymbal in there,
10   something.
11          Q.    Okay.  Going on to track number
12   15.
13          (Track Playing.)
14          A.    Can I hear the previous one
15   once again.
16          Q.    Sure thing.  We were playing
17   track 15, you want to hear track 14 again?
18          A.    Yes.  I want to hear With Ride
19   and Without Ride back to back.
20          (Track Playing.)
21          A.    Okay.
22          Q.    Then track 15?
23          A.    Yes.
24          (Track Playing.).
25          A.    Okay.

0058b63b-3833-416a-861e-5c6e63aa5456

1                    MATTHEW RITTER
2          Q.     What instruments were played on
3     track 15?
4          A.     Bass drum, snare drum and
5     hi-hat.
6          Q.     Do you recognize track 15?
7          A.     Yes, that is Bust Dat Groove by
8     Ralph Vargas.
9          Q.     And we will go on to track
10    number 16.
11                 (Track Playing.)
12         A.     Okay.
13         Q.     What instruments do you hear
14    there?
15         A.     Bass drum, snare drum and
16    hi-hat.
17         Q.     Is that, can you tell if that
18    is Mr. Vargas playing the drums on track 16?
19                 MR. CHIN:  Objection.
20         A.     I don't know.
21         Q.     Do you have any opinion on
22    whether that is Mr. Vargas?
23                 MR. CHIN:  Objection.
24         A.     I don't know.  I don't know.
25         Q.     Did you hear any ghost notes on

0058b63b-3833-416a-861e-5c6e63aa5456

1                    MATTHEW RITTER
2    track number 16?
3          A.    I didn't hear any on that one.
4          Q.    Did you hear any multiple
5    bounce stroke on track 16?
6          A.    No.
7          Q.    Last one, track 17.  Here we
8    go.
9                (Track Playing.)
10          A.    Can I hear it once more,
11    please.
12          Q.    Sure.
13                (Track Playing.)
14          A.    Okay.
15          Q.    What instruments do you hear
16    there?
17          A.    Bass drum, snare drum and some
18    other sound that is a little foreign to me,
19    maybe it is a second snare drum or some other
20    kind of high pitched sound.  It sounds like it
21    has been put in there somehow.
22          Q.    Can you tell if that drum track
23    on number 17 is played by Mr. Vargas?
24                MR. CHIN:  Objection.
25          A.    I don't know.

0058b63b-3833-416a-861e-5c6e63aa5456

1                    MATTHEW RITTER
2    playing on one of those particular tracks, do
3    you recall that?
4         A.    Did I ask that?
5         Q.    No.   That Ms. Ahrens asked you.
6         A.    Yes.   I recall that.
7         Q.    What would you need to do in
8    order to ascertain whether or not somebody
9    other than Ralph Vargas was playing on one of
10   the tracks on Funky Drummer Volume II?
11        A.    Again, I would need to hear
12   that other person playing the drum composition
13   in question, figure out what they sound like
14   playing that rhythm.   Then compare it to what
15   is on the record.
16        Q.    Would it also help you to know
17   who that other person was?
18             MS. AHRENS:   Objection,
19   leading.
20        A.    It would help, yes, if I were
21   familiar with that drummer.   Some drummers,
22   like I said earlier today are very famous and
23   over time I become familiar with their
24   idiosyncracies, I can usually recognize them.
25        Q.    What experience do you have

0058b63b-3833-416a-861e-5c6e63aa5456

1                    MATTHEW RITTER

2       with obtaining licenses for music?

3            A.    Zero.

4            Q.    What experience do you have in

5       sampling?

6            A.    Zero.

7            Q.    In Mr. Ricigliano -- strike

8       that.

9                  Do you recall reviewing

10      Mr. Ricigliano's declaration?

11           A.    Yes, I do.

12           Q.    Is it fair to say you disagree

13      with his conclusions in that, in his

14      declaration?

15           A.    Yes, I disagree.

16                 MS. AHRENS:   Objection,

17      leading.

18           Q.    Could you give me some of the

19      things that you strongly disagreed with

20      Mr. Ricigliano in terms of his conclusion in

21      his declaration in this case?

22                 MS. AHRENS:   Objection,

23      leading.  Mischaracterizes.

24           A.    Yes.  First of all I was

25      immediately struck by the fact that

0058b63b-3833-416a-861e-5c6e63aa5456

1

2                    C E R T I F I C A T E

3       STATE OF NEW YORK    )

4                                    : ss.

5       COUNTY OF NEW YORK   )

6                 I, TAMMEY M. PASTOR, a Registered

7       Professional Reporter, Certified LiveNote

8       Reporter and Notary Public within and for the

9       State of New York, do hereby certify:

10                 That MATTHEW RITTER the witness

11      whose deposition is hereinbefore set forth,

12      was duly sworn by me and that such deposition

13      is a true record of the testimony given by the

14      witness.

15                 I further certify that I am not

16      related to any of the parties to this action

17      by blood or marriage, and that I am in no way

18      interested in the outcome of this matter.

19                 IN WITNESS WHEREOF, I have

20      hereunto set my hand this _____ day of

21      _____, 2006.

22

23

24      _____

25      TAMMEY M. PASTOR, RPR, CLR

0058b63b-3833-416a-861e-5c6e63aa5456