# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

555 California Street
San Francisco, California 94104

Julie A. Ahrens
To Call Writer Directly:
415 439-1453
jahrens@kirkland.com

415 439-1400

www.kirkland.com

Facsimile:
415 439-1500

September 22, 2006   *Application granted.*

**SO ORDERED:**

_____
WILLIAM H. PAULEY III U.S.D.J.
9/22/06

**VIA FACSIMILE**

The Honorable William H. Pauley III
United States District Court
Southern District of New York
500 Pearl Street, Chambers 2210
Courtroom 11D
New York, NY 10007

Re: *Vargas, et al. v. Pfizer, Inc.; et al.*
USDC Case No. 04 CV 9772 (WHP)

Dear Judge Pauley:

This firm represents Defendant Brian Transeau in the above-referenced matter. Defendant Transeau respectfully requests that the Court grant him an extension of one business day in which to file his Motion for Summary Judgment and allow him to file it on Monday, September 25, 2006. Defendant has requested the Plaintiffs' consent but has not heard back from Plaintiffs' counsel.

Pursuant to the current Scheduling Order, Plaintiffs' Opposition is required to be filed by Friday, October 6, 2006. Defendant proposes allowing Plaintiffs one additional business day in order to complete their Opposition, making it due on October 9, 2006, and extending Defendant's Reply deadline by one business day to October 16, 2006. The requested extensions will not change the other deadlines in the current Scheduling Order.

Therefore, Defendant Transeau respectfully requests that the Court allow him to file his Motion for Summary Judgment by Monday, September 25, 2006, allow Plaintiffs to file their Opposition by Monday, October 9, 2006, and allow Defendant Transeau to file his Reply by Monday, October 16, 2006.

Respectfully Submitted,

*Julie A. Ahrens*
Julie A. Ahrens

JAA/rt
cc: All Counsel (via fax)

Chicago    London    Los Angeles    Munich    New York    Washington, D.C.

Vargas et al v. Pfizer Inc. et al    Doc. 89