

SEP 2 2 2006

**KIRKLAND & ELLIS LLP**
AND AFFILIATED PARTNERSHIPS

555 California Street
San Francisco, California 94104-1501

| Julie A. Ahrens | 415 439-1400 | Facsimile: |
|---|---|---|
| To Call Writer Directly: | | 415 439-1500 |
| 415 439-1453 | www.kirkland.com | Dir. Fax: 415 439-1353 |
| jahrens@kirkland.com | | |

September 22, 2006

**BY FAX**

Hon. William H. Pauley
United States District Judge
United States Courthouse
Room 2210
500 Pearl Street
New York, NY 10007-1581

Re:   *Vargas, et al. v. Pfizer, Inc., et al.;* 04 CV 9772 (WHP)

Dear Judge Pauley:

This firm represents Defendant Brian Transeau in the above-entitled matter. I write concerning the summary judgment motion which is to be filed on behalf of Defendant Transeau on Monday, September 25, 2006. A few of the exhibits to the declarations in support of that motion cannot be electronically filed. Specifically, these CD's contain waveform analysis of audio sounds and audio files, which cannot be converted to PDF format for electronic filing.

We respectfully request that the Court grant permission to file these exhibits in hard copy.

Sincerely,

Julie A. Ahrens

AJA/jlc

cc:   Paul A. Chin
      Eric Stahl

Application granted.
SO ORDERED:

WILLIAM H. PAULEY III U.S.D.J.