UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| RALPH VARGAS and BLAND - RICKY ROBERTS,<br><br>      Plaintiffs,<br><br>  - V. -<br><br>PFIZER INC., PUBLICIS, INC., FLUID MUSIC, EAST WEST COMMUNICATIONS, INC., and BRIAN TRANSEAU p/k/a "BT",<br><br>      Defendants. | Case No.:  04 CV 9772 (WHP)<br><br>ECF Case |
|---|---|

## JOINT PRETRIAL ORDER EXHIBIT B

## PLAINTIFFS' EXHIBIT LIST

Plaintiffs expect to introduce the following exhibits in the trial of this matter. Defendants' objections, if any, are noted.

| No. | Description | Defendants' Objection(s) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |
| 6. | | |
| 7. | | |
| 8. | | |
| 9. | | |
| 10. | | |