UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| RALPH VARGAS and BLAND - RICKY ROBERTS, | Case No.: 04 CV 9772 (WHP) |
|---|---|
| Plaintiffs, | ECF Case |
| - V. - | |
| PFIZER INC., PUBLICIS, INC., FLUID MUSIC, EAST WEST COMMUNICATIONS, INC., and BRIAN TRANSEAU p/k/a "BT", | |
| Defendants. | |

## JOINT PRETRIAL ORDER EXHIBIT C

## DEFENDANTS' EXHIBIT LIST

Defendants expect to introduce the following exhibits in the trial of this matter. Plaintiffs' objections, if any, are noted.

| No. | Description | Plaintiffs' Objection(s) |
|---|---|---|
| A. | Second Amended Complaint | |
| B. | BT's Answer to Second Amended Complaint | |
| C. | East West's Answer to Second Amended Complaint | |
| D. | Exhibit B of Anthony Ricigliano's Declaration, Pro Tools Waveform Graphs of Celebrex commercial, *Aparthenonia* and *BDG* | |
| E. | Exhibit C of Anthony Ricigliano's Declaration, Excerpts of Drum Training/Method Books | |
| F. | Exhibit D of Anthony Ricigliano's Declaration, audio CD with 11 tracks and written | |

|   |   |   |
|---|---|---|
|   | transcriptions of the audio tracks |   |
| G. | Exhibit A of Anthony Ricigliano's Supplemental Declaration, "Drums of indefinite pitch," *The New Harvard Dictionary of Music* |   |
| H. | Exhibit B of Anthony Ricigliano's Supplemental Declaration, Turek, *The Elements of Music: Concepts and Applications* Volume 1, selected pages |   |
| I. | Fig. 1 of Dr. Richard Boulanger's Original Report |   |
| J. | Fig. 2 of Dr. Richard Boulanger's Original Report |   |
| K. | Fig. 3 of Dr. Richard Boulanger's Original Report |   |
| L. | Fig. 4 of Dr. Richard Boulanger's Original Report |   |
| M. | Fig. 5 of Dr. Richard Boulanger's Original Report |   |
| N. | Fig. 6 of Dr. Richard Boulanger's Original Report |   |
| O. | Fig. 7 of Dr. Richard Boulanger's Original Report |   |
| P. | Fig. 8 of Dr. Richard Boulanger's Original Report |   |
| Q. | Fig. 9 of Dr. Richard Boulanger's Original Report |   |
| R. | Fig. 10 of Dr. Richard Boulanger's Original Report |   |
| S. | Fig. 11 of Dr. Richard Boulanger's Original Report |   |
| T. | Fig. 12 of Dr. Richard Boulanger's Original Report |   |
| U. | Fig. 13 of Dr. Richard Boulanger's Original Report |   |
| V. | Fig. 14 of Dr. Richard Boulanger's Original Report |   |
| W. | Fig. 15 of Dr. Richard Boulanger's Original Report |   |
| X. | Fig. 16 of Dr. Richard Boulanger's Original Report |   |
| Y. | Fig. 17 of Dr. Richard Boulanger's Original Report |   |

| | | |
|---|---|---|
| Z. | Fig. 18 of Dr. Richard Boulanger's Original Report | |
| AA. | Fig. 19 of Dr. Richard Boulanger's Original Report | |
| BB. | Fig. 20 of Dr. Richard Boulanger's Original Report | |
| CC. | Fig. 21 of Dr. Richard Boulanger's Original Report | |
| DD. | Fig. 22 of Dr. Richard Boulanger's Original Report | |
| EE. | Fig. 23 of Dr. Richard Boulanger's Original Report | |
| FF. | Fig. 24 of Dr. Richard Boulanger's Original Report | |
| GG. | Fig. 25 of Dr. Richard Boulanger's Original Report | |
| HH. | Fig. 26 of Dr. Richard Boulanger's Original Report | |
| II. | Fig. 27 of Dr. Richard Boulanger's Original Report | |
| JJ. | Fig. 28 of Dr. Richard Boulanger's Original Report | |
| KK. | Fig. 29 of Dr. Richard Boulanger's Original Report | |
| LL. | Fig. 30 of Dr. Richard Boulanger's Original Report | |
| MM. | Fig. 31 of Dr. Richard Boulanger's Original Report | |
| NN. | Fig. 32 of Dr. Richard Boulanger's Original Report | |
| OO. | Fig. 33 of Dr. Richard Boulanger's Original Report | |
| PP. | Fig. 34 of Dr. Richard Boulanger's Original Report | |
| QQ. | Fig. 35 of Dr. Richard Boulanger's Original Report | |
| RR. | Fig. 36 of Dr. Richard Boulanger's Original Report | |
| SS. | Ex. 2 of Dr. Richard Boulanger's Rebuttal Report | |
| TT. | Ex. 3 of Dr. Richard Boulanger's Rebuttal Report | |
| UU. | Ex. 4 of Dr. Richard Boulanger's Rebuttal Report | |
| VV. | Ex. 5 of Dr. Richard Boulanger's Rebuttal Report | |

| | | |
|---|---|---|
| WW. | Ex. 6 of Dr. Richard Boulanger's Rebuttal Report | |
| XX. | Ex. 7 of Dr. Richard Boulanger's Rebuttal Report | |
| YY. | Ex. 8 of Dr. Richard Boulanger's Rebuttal Report | |
| ZZ. | Ex. 9 of Dr. Richard Boulanger's Rebuttal Report | |
| AAA. | Ex. 10 of Dr. Richard Boulanger's Rebuttal Report | |
| BBB. | Audio Sample CD of Dr. Richard Boulanger's Rebuttal Report, tracks 1 – 52 | |
| CCC. | *Breakz from the Nu Skool* (BT 00026 & 00027, two audio CDs) | |
| DDD. | *Aparthenonia*, master version as rendered from Logic (BT 00021, audio CD, one track) | |
| EEE. | James Brown Funky Drummer Comparisons, audio CD, 4 tracks (BT 00028) (Defendant's Deposition Exhibit 4) | |
| FFF. | Royalty Report for January 2003 - December 2004 re: BT (EW 007) | |
| GGG. | Royalty Report for June 2002 - December 2002 re: BT (EW 008) | |
| HHH. | Royalty Report for October 2001 - June 2002 (EW 009) | |
| III. | Agreement between Brian Transeau and East West Communications, dated 4/6/2001 (EW 001-006) | |
| JJJ. | Confidential Settlement Agreement and General Release (FL 001 - FL 014) | |
| KKK. | Audio CD Edan, *Sound of The Funky Drummer*, with track list (BT 00022 - 00024) | |
| LLL. | LL Cool J, *Mama Said Knock You Out*, from the album *All World: Greatest Hits* (BT 00025, audio CD Track 1) | |

| | | |
|---|---|---|
| MMM. | Pop Will Eat Itself, *Not Now James, We're Busy,* from the album *This Is the Day...This Is the Hour...This Is This!!* (BT 00025, audio CD Track 2) | |
| NNN. | Sinéad O'Connor, *I Am Stretched Out on Your Grave*, from the album *I Do Not Want What I Haven't Got* (BT 00025, audio CD Track 3) | |
| OOO. | New Order, *Ruined in a Day*, from the album *Republic* (US Release) (BT 00025, audio CD Track 4) | |
| PPP. | Nine Inch Nails, *Piggy (Nothing Can Stop Me Now)*, from the album *Further Down the Spiral* (BT 00025, audio CD Track 5) | |
| QQQ. | Fine Young Cannibals, *I'm Not the Man I Used to Be*, from the album *The Raw & the Cooked* (BT 00025, audio CD Track 6) | |
| RRR. | MC Frontalot, *Good Old Clyde*, from the album *Nerdcore Hiphop (demo)* (BT 00025, audio CD Track 7) | |
| SSS. | Dr. Dre, *Let Me Ride*, from the album *The Chronic* (BT 00025, audio CD Track 8) | |
| TTT. | Public Enemy, *Fight the Power*, from the album *20th Century Masters - The Millennium Collection: The Best of Public Enemy* (BT 00025, audio CD Track 9) | |
| UUU. | Chubb Rock & Hitman Howie Tee, *Talkin' Loud, Ain't Sayin'* | |

| | | |
|---|---|---|
| | *Jack*, from the album *And the Winner Is?* (BT 00025, audio CD Track 10) | |
| VVV. | The Pharcyde, *Officer*, from the album *Bizarre Ride II* (BT 00025, audio CD Track 11) | |
| WWW. | Elton John, *Little Jeanie* from the album *Greatest Hits, Vol. III* (BT 00029, audio CD Track 1) | |
| XXX. | Elton John, *Sad Songs Say So Much*, from the album *Greatest Hits, Vol. III* (BT 00029, audio CD Track 2) | |
| YYY. | Billy Joel, *Big Shot*, from the album *Greatest Hits, Vol. II* (BT 00029, audio CD Track 3) | |
| ZZZ. | Chicago, *We Can Stop The Hurtin'* from the album, *Chicago 17* (BT 00029, audio CD Track 4) | |
| AAAA. | The Miracles, *Love Machine*, from the album *Love Machine* (BT 00029, audio CD Track 5) | |
| BBBB. | James Brown, *Papa's Got A Brand New Bag*, from the album *20 All Time Greatest Hits* (BT 00029, audio CD Track 6) | |
| CCCC. | Plaintiffs' Responses and Objections to Fluid Music's Document Requests (7/24/2005) | |
| DDDD. | Plaintiffs' Responses and Objections to Fluid Music's Interrogatories (7/24/2005) | |
| EEEE. | Plaintiffs' Responses and Objections to Fluid Music's Requests to Admit (7/24/2005) | |
| FFFF. | Plaintiffs' Responses and Objections to Document Requests (Nov. 9, 2005) | |
| GGGG. | Plaintiffs' Supplemental Responses and Objections to Document Requests (April 11, 2006) | |

| | | |
|---|---|---|
| HHHH. | Plaintiffs' Second Supplemental Response and Objections to Document Requests (7/26/2006) | |
| IIII. | Plaintiffs' Responses and Objections to Interrogatories (11/9/2005) | |
| JJJJ. | Plaintiffs' Supplemental Responses and Objections to Interrogatories (7/26/2006) (with Roberts's verification dated 7/28/2006 and Vargas's verification dated 7/28/2006) | |
| KKKK. | 7/26/2006 Letter from Paul Chin to Julie Ahrens re discovery | |
| LLLL. | 8/28/2006 Letter from Julie Ahrens to Paul Chin re discovery | |