# LAW OFFICES OF PAUL A. CHIN
MEMBER NEW YORK & MARYLAND BARS

---

October 10, 2006

**VIA FAX (212) 805-6390**
The Honorable William H. Pauley III
U.S. District Court Judge
U.S. District Court for the Southern District of New York
500 Pearl Street, Chambers 2210
New York, NY 10007

    *Re:*   *Request for an extension of time to file Plaintiffs' Opposition to Defendant's Motion for Summary Judgment*
          <u>*Vargas, et. al. v. Pfizer, Inc., et. al.*</u>
          *U.S. District Court for the Southern District of New York*
          *Case No.: 04 CV 9772 (WHP)*

Dear Judge Pauley:

This firm represents Plaintiffs in the above referenced matter. As a result of a recurring medical condition, I was unable to timely file Plaintiffs' opposition to Defendant Brian Transeau's ("Defendant BT") motion for summary judgment on Monday, October 9, 2006. For the reasons stated below, <u>Plaintiffs respectfully request that they be allowed to file their opposition to Defendant BT's motion for summary judgment on Wednesday, October 11, 2006.</u>

Pursuant to Defendant BT's request for an extension to file his motion for summary judgment, this Court extended the deadline for Defendant BT's motion for summary judgment from September 22, 2006 to September 25, 2006. As a result, Plaintiffs' opposition papers were due on October 9, 2006.

On Saturday, October 7, 2006, I suffered a gout attack which required immediate medication (colchicine and indomethacin). I am required to continue on the medication for at least three days, during this period I am partially bed-ridden and the medication has side-effects including drowsiness. As a result, I was unable to file and serve Plaintiffs' opposition papers on Monday, October 9, 2006. Today is the last day that I will be on this medication.

This morning I telephoned the attorneys representing Defendant BT but was unable to reach either of them (Ms. Julie Ahrens and Mr. David Olson are both located in San Francisco, California). I sent both attorneys a letter, via e-mail, this morning indicating that I would be seeking a short extension of time to submit Plaintiffs' opposition and the reasons therefore. A copy of this letter is attached hereto.

*Application granted.*
SO ORDERED:

_____
WILLIAM H. PAULEY III U.S.D.J.
October 11, 2006

Vargas et al v. Pfizer Inc. et al        Doc. 94

# LAW OFFICES OF PAUL A. CHIN

233 BROADWAY, 5TH FLOOR

NEW YORK, NY 10279

PHONE (212) 964-8030 • FAX (212) 964-2575

## FACSIMILE TRANSMITTAL SHEET

| TO: The Honorable William H. Pauley, III. | FROM: Paul A. Chin, Esq. |
|---|---|
| COMPANY: U.S. District Court for the Southern District of New York | DATE: 10/10/2006 |
| FAX NUMBER: 212-805-6390 | TOTAL NO. OF PAGES INCLUDING COVER: 4 |
| PHONE NUMBER: 212-805-6387 | SENDER'S REFERENCE NUMBER: N/A |
| RE: **_Vargas et. al. v. Pfizer, Inc. et. al._** **_Case No: 04 CV 9772 (WHP)_** | YOUR REFERENCE NUMBER: N/A |

☐ URGENT    X FOR REVIEW    ☐ PLEASE COMMENT    X PLEASE REPLY    ☐ PLEASE RECYCLE

NOTES/COMMENTS

SUBMITTED BY FAX UPON COURT APPROVAL.