MEMORANDUM ENDORSED

# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

555 California Street
San Francisco, California 94104-1501

Julie A. Ahrens
To Call Writer Directly:
415 439-1453
jahrens@kirkland.com

415 439-1400

www.kirkland.com

Facsimile:
415 439-1500
Dir. Fax: 415 439-1353

October 10, 2006

**BY FAX**

Hon. William H. Pauley
United States District Judge
United States Courthouse
500 Pearl Street, Room 2210
New York, NY 10007-1581

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED

10/13/06

Re:   *Vargas, et al. v. Pfizer, Inc., et al.*; 04 CV 9772 (WHP)

Dear Judge Pauley:

    This firm represents Defendant Brian Transeau in the above-entitled matter. I write concerning Plaintiffs' request for an extension to file their opposition to Defendants' Motion for Summary Judgment. Defendant Transeau does not oppose Plaintiffs' request for additional time, but <u>respectfully requests that if the Court grants Plaintiffs' request, the Court grant a corresponding two-day extension for Defendants' reply brief to Wednesday, October 18, 2006.</u> Plaintiffs' counsel has indicated he will not oppose this request.

Sincerely,

*Julie A. Ahrens*

Julie A. Ahrens

cc:  Paul A. Chin
     Eric Stahl

Application granted
SO ORDERED:

*[signature]*
WILLIAM H. PAULEY III U.S.D.J.
October 11, 2006

Chicago      London      Los Angeles      Munich      New York      Washington, D.C.

Vargas et al v. Pfizer Inc. et al                                                                    Doc. 95