# EXHIBIT 2

Dockets.Justia.com

1
2  UNITED STATES DISTRICT COURT
3  FOR THE SOUTHERN DISTRICT OF NEW YORK
4  ----------- - ------------------x
5  RALPH VARGAS and BLAND-RICKY ROBERTS,
6              Plaintiffs,
                       Civil Action
7                      No.
            -against-    04CV 9772 (NRB)
8
   PFIZER, INC., PUBLICIS, INC.,
9  FLUID MUSIC, EAST WEST
   COMMUNICATIONS, INC. and
10 BRIAN TRANSEAU p/k/a "BT",
11             Defendants
12 ----------- --- -----------x
                July 31, 2006
13              9:35 a.m.
14              Videotaped Deposition of
15 RALPH VARGAS, taken by Defendants, pursuant to
16 Notice, at the offices of Kirkland & Ellis,
17 153 East 53rd Street, New York, New York,
18 before TAMMEY M. PASTOR, a Registered
19 Professional Reporter, Certified LiveNote
20 Reporter and Notary Public within and for the
21 State of New York.
22
23
24
25

---

   A P P E A R A N C E S:
       LAW OFFICES OF PAUL A. CHIN
       Attorneys for Plaintiffs
           The Woolworth Building
           133 Broadway
           New York, New York 10007
       BY:  PAUL A. CHIN, ESQ.

       KIRKLAND & ELLIS
       Attorneys for Defendant Brian Transeau
           153 East 53rd Street
           New York, New York 10022

       BY:  JULIE AHRENS, ESQ.

            -and-

       DAVID S. OLSON, ESQ.
       STANFORD LAW SCHOOL
           Crown Quadrangle
           559 Nathan Abbott Way
           Stanford, California 94305-8610

   ALSO PRESENT:
       MATTHEW CHAVEZ, LegaLink Action Video

---

2              VIDEOGRAPHER: Here begins
3  videotape number 1 in the deposition of Ralph
4  Vargas in the matter of Ralph Vargas and
5  Bland Ricky Roberts versus Pfizer, Inc., et
6  al. in the United States District Court,
7  Southern District of New York. Case number 04
8  CV 9772 JCB.
9              Today's date is July 31, 2006.
10 The time on the video monitor is 9:34 a.m. The
11 video operator today is Matthew Chavez, a
12 notary public contracted by LegaLink Video
13 Solutions San Francisco, California. This
14 video deposition is taking place at Kirkland &
15 Ellis, 153 East 53rd Street, New York, New
16 York.
17             Counsel, please voice identify
18 yourself, state whom you represent.
19             MR. OLSON:   David Olson with
20 Stanford Law School, Center for Internet and
21 Society, attorney for defendant Brian
22 Transeau.  With me is Julie Ahrens of Kirkland
23 & Ellis, another attorney for defendant
24 Transeau.
25             MR. CHIN:   Paul Chin for

---

2  plaintiffs Ralph Vargas and Bland-Ricky
3  Roberts.
4              VIDEOGRAPHER: The court
5  reporter today is Tammey Pastor of LegaLink.
6  Please swear the witness.
7              RALPH VARGAS,
8  having been first duly sworn by the Notary
9  Public (Tammey M. Pastor), was examined and
10 testified as follows:
11 EXAMINATION CONDUCTED BY MR. OLSON:
12          Q.   Good morning, Mr. Vargas.
13          A.   Good morning.
14          Q.   So as you just heard, my name
15 is David Olson.  I am one of the attorneys for
16 one of the defendants in the case, Brian
17 Transeau.  We are here today to take your
18 deposition in the case of Vargas V Pfizer.
19 You're aware of that?
20          A.   Yes, I am
21          Q.   Before we get started on the
22 substantive stuff, I just want to go over some
23 kind of housekeeping details.  So first I'll
24 just ask have you given a deposition before?
25          A.   No.

5          Q.    Well then I think it makes
3     sense for us to talk about how it works so
4     you're -- we're all clear on everything.  That
5     kind of leads me to the first point.  Although
6     we have got a videographer, the court reporter
7     needs to get down all of your responses on the
8     written transcript.  She can't record head
9     nods or head shakes, you just need to make
10    sure we all say yes or no when you're
11    answering a question.  Does that make sense?
12          A.    Yes.
13          Q.    Okay.  Is there any reason this
14    morning that you can't give full and competent
15    testimony?
16          A.    No.  No reason.
17          Q.    Great.  There is no
18    medications, prescription drugs, anything like
19    that that would affect your ability to
20    testify?
21          A.    No.
22          Q.    So the other thing is that as I
23    ask questions, if they are not clear to you or
24    if you don't understand anything, if you just
25    let me know, I will try to clarify it for you.

      Okay?
3          A.    Okay.
4          Q.    Then if you don't ask -- if you
      don't say it is unclear I'll assume you
6     understand the question and we can proceed.
7     Does that sound fair?
8          A.    Yes.
9          Q.    Okay.  Sorry, I am having a
10    little interference on my speaker here.  I
11    will turn off my little portable speakers
12    until we need them.
13                All right.  Let me just start
14    out asking you some background information.
15    First off, can you state your full name.
16          A.    My full name is Ralph Vargas.
17          Q.    What is your middle name, if
18    any?
19          A.    I don't have any middle name.
20          Q.    Okay.  So, just Ralph Vargas.
21    If I have seen listings or trademarks for
22    Ralph H. Vargas or Ralph Henry Vargas, that is
23    someone else?
24          A.    Yes.
25          Q.    What is your birthday?

2          A.    6/1/56.  September 1.
3          Q.    September 1.  Got it.  Where
4     were you born?
5          A.    In New York City.
6          Q.    I would also like to ask you
7     about your, just quickly kind of go over your
8     educational background, musical training that
9     sort of things.  I will ask some questions
10    about that.  First off, did you complete high
11    school?
12          A.    Yes.
13          Q.    Where did you go to high
14    school?
15          A.    Harren High School.
16          Q.    Is that here in New York?
17          A.    Yes.  It was on 58th and 10th
18    Avenue.  It is not there no longer.
19          Q.    Did you have any educational
20    training beyond that?
21          A.    No.
22          Q.    What about musical training --
23    well, let me backup a minute.  Are you a
24    professional musician?
25          A.    Yes, I am.

2          Q.    When did you start, when did
3     you first start getting into music?
4          A.    About 30 years ago I started
5     playing drums.
6          Q.    How old were you at the time
7          A.    I guess I was around 12, 13,
8     somewhere around there.
9          Q.    Did you play drums at home?
10          A.    Yeah, I played drums at home.
11          Q.    Did you take drum lessons or
12    did you --
13          A.    After a while I did.  I took a
14    couple of different drum lessons.  I used to
15    study in the Bronx on Saturdays, my parents
16    used to take me to a drum clinic.  So I would
17    get some form of formal training.  Then later
18    on as I got older I went to the Jazz-mobile
19    workshop.  I used to go there on Saturdays to
20    get some drum training.
21          Q.    What is the Jazz-mobile
22    workshop?
23          A.    It is on like around 138th
24    Street and Fifth Avenue.  They would have
25    professional drummers there as teachers.  They

2  you looking for?
3      A.   A certain looseness sound where
4  when you do the roll that I did, it has a
5  certain feel to it where you can just know
6  from tuning and feel this is just right. Sort
7  of like cooking, you know when it's right.
8  That's the way I want it.
9      Q.   Just to follow up a little bit
10  on obeying your Talrat and Wu-Tang Clan, did
11  you ever threaten to sue either one of them?
12      A.   Either one of them meaning --
13      Q.   Let me break it down. Did you
14  ever threaten to sue for Wu-Tang Clan's use of
15  one of your tracks?
16      MR. CHIN:  Objection.  I think
17  the testimony is his publisher dealt with it.
18      A.   That is what I was about to
19  say. She pretty much dealt with all of that.
20      Q.   Do you know if she threatened
21  to sue on your behalf?
22      A.   I know that she reached out to
23  them and she gave them a time limit, if they
24  didn't contact her that she would seek legal
25  action, but they worked it out.

2      Q.   To your knowledge they worked
3  it out before any legal action?
4      A.   Yes.
5      Q.   How about with Sprite
6  commercial?
7      A.   Same thing.
8      Q.   After you had the SWV tape for
9  Funky Drummer Volume II, what did you do next
10  with that tape?
11      A.   I handed it over to Ricy
12  Rubetin.
13      Q.   And what happened next as far
14  as the --
15      A.   He was in control of that. The
16  record labe, owned it.
17      Q.   When you say he owned it, what
18  do you mean?
19      A.   It belongs to the record label
20  because it was put out on JDK records.
21      Q.   So what happened next to
22  actually distribute the Funky Drummer Volume
23  II?
24      A.   Well, it was manufactured
25  somewhere in Brooklyn. I forget the name of

2  the manufacturing house. We took it ourselves
3  to these records stores. The one shops, the
4  mom and pop stores.
5      Q.   When you say it was
6  manufactured in Brooklyn, what do you mean?
7      A.   They pressed the record and,
8  you know, put jackets or it and put the labels
9  on it.
10      Q.   When you say press the record,
11  does that mean on to vinyl?
12      A.   Yes. You know, they
13  manufactured the record, yeah.
14      Q.   Was Funky Drummer II
15  distributed on any other media than vinyl?
16      A.   No. The format was always
17  vinyl.
18      Q.   How about Funky Drummer I?
19      A.   Both. Always vinyl.
20      Q.   Only distributed on vinyl.
21  They were never distributed on CDs?
22      A.   We talked about doing that but
23  never did it.
24      Q.   Cassette tapes?
25      A.   No.

2      Q.   So, how many copies of Funky
3  Drummer II were pressed?
4      A.   As far as I can remember, 1,500
5  of it. But then you'd have to ask Rick. He
6  took care of all of that stuff.
7      Q.   How many were pressed of Funky
8  Drummer Volume I?
9      A.   We had an initial pressing of
10  1,500. We sold out on that and got another
11  1,500 pressed up. I think that was it. You
12  have to ask Rick on that one, too. But that's
13  what I remember.
14      Q.   All I'm asking you is your best
15  recollection.
16      A.   Yeah. Yeah.
17      Q.   When you were just talking
18  about Funky Drummer Volume I in that last
19  answer?
20      A.   The one that got pressed up
21  twice, yeah. I. II only got 1,500. Volume
22  II.
23      Q.   So there was never a second
24  pressing of Volume II?
25      MR. CHIN:  Objection.  It is

2  important that he don't guess. I don't want
3  him to guess. I want him to give his best
4  estimate to his personal knowledge. If he is
5  guessing, I don't want him to guess.
6      MR. OLSON: All we're asking
7  for is best estimates. Since all we have in
8  this case are people's estimates, I am
9  entitled to them.
10     MR. CHIN: Absolutely. You're
11 entitled to his best estimates. But guessing
12 is different than best estimates. I think we
13 can agree on that.
14     MR. OLSON: All I am asking
15 for is best estimates.
16     MR. CHIN: Okay.
17     Q. Mr. Vargas, with regard to
18 Funky Drummer Volume II, was it pressed more
19 than once, to your knowledge?
20     A. If I remember it. Rick could
21 have pressed more, that is why I said he would
22 have the answers to that, more accurate
23 answers than I would. That was in his
24 department.
25     Q. I understand that. All I am

2      Q. Do you remember any of those
3  distribution houses?
4      A. Only a few. There was a lot
5  more that he took care of. That all falls in
6  his area.
7      Q. Can you give me the names of
8  any you remember?
9      A. There was a record store called
10 Rock 'N Soul, Downstairs Records, Downtown
11 Records. There was another record store, then
12 the rest was distribution houses he had, that
13 he went to.
14     (Defendants' Exhibit 6
15 for identification, Distribution Lists Funky
16 Drummer I and II, production numbers 000017.)
17     Q. I am handing you what has been
18 marked as Defendants' Exhibit 6. It bears
19 Plaintiffs' Bates production number of 17.
20     Could you read the title of the
21 document at the top?
22     A. Distribution Lists Funky
23 Drummer I and II.
24     Q. Have you seen this document
25 before?

2  asking about is your knowledge?
3      A. 1,000% of it.
4      Q. Or to your knowledge -- strike
5  that.
6      As far as you know there wasn't
7  a second pressing of Funky Drummer Volume II?
8      A. Yeah, as far as I can remember,
9  yes.
10     Q. You said after it was pressed
11 you took it to mom and pop record stores;
12 right?
13     A. Yes.
14     Q. You said "we," who are we?
15     A. Rick Roberts, Rlano Ricky
16 Roberts.
17     Q. And you?
18     A. And me, yes.
19     Q. Anyone else?
20     A. No.
21     Q. Other than distributing to mom
22 and pop record stores, was Funky Drummer
23 Volume II distributed in any other way?
24     A. Rick took it to different
25 distribution houses around the city.

2      A. Yes.
3      Q. Did you help prepare this
4  document?
5      A. Somewhat, yeah.
6      Q. Where did the information for
7  this document come from?
8      A. Initially Rick had most of this
9  information.
10     Q. Where did he have the
11 information?
12     A. I guess he has the records or
13 he did a lot of this himself. I happened to
14 be with him a few times, that's why I know of
15 some of the places.
16     Q. When you say he did a lot of
17 this, do you mean compiling this document
18 Exhibit 6 --
19     A. Oh, no.
20     Q. -- or do you mean distribution?
21     A. Distribution.
22     Q. Plaintiffs recently produced
23 this document with the column on the right
24 which has a little bit of contact information
25 for some of the entities on the left. Are you

2　category as a regular record, you know, so it
3　was filed under specialty.
4　　　　Q.　Who was the -- so the target
5　audience for Rinky Drummer I was who mainly?
6　　　　A.　It was mainly hip-hop, a lot of
7　people in hip-hop music would gravitate to
8　that type of record.
9　　　　Q.　Hip-hop producers?
10　　　A.　Producers, DJs.
11　　　Q.　Anybody else?
12　　　A.　Remixers. Production houses.
13　　　Q.　So, was it intended for music
14　listening consumers?
15　　　A.　No.
16　　　Q.　So it wasn't intended to be
17　sold like, say, an LL Cool J album for someone
18　to listen to on their home stereo?
19　　　A.　No.
20　　　Q.　So you conceived the idea in
21　1993. What were you doing at the time you
22　conceived the idea?
23　　　　MR. CHIN:　Objection, asked and
24　answered. You can answer again.
25　　　A.　At the time I was doing A&R

2　this case, also known as Bland-Ricky Roberts?
3　　　　A.　Yes.
4　　　　Q.　Do you know something I am
5　curious about, do you know if Rick Roberts is
6　his official legal name or Bland-Ricky?
7　　　　A.　Bland-Ricky.
8　　　　Q.　Okay. Who else worked for JBX
9　Records in '93?
10　　　A.　Sidel Carter.
11　　　Q.　Anyone else?
12　　　A.　There were at least four or
13　five other people. I don't remember their
14　names.
15　　　Q.　How did you get to know
16　Bland-Ricky Roberts?
17　　　A.　We were friends, we still are
18　friends, from the 70s.
19　　　Q.　How did you meet?
20　　　A.　I was brought in to a
21　situation, his brother had a singing group
22　called Truly Yours. And I was brought in by
23　the bass player at that time. That is how I
24　met Rick. He was doing a road managing for
25　various recording groups on the road.

1　work for JBX Records part-time.
2　　　　Q.　What is A&R work?
3　　　　A.　Artist repertoire.
4　　　　Q.　What's that mean?
5　　　　A.　I would be the one who would
6　select certain tracks or songs that I felt
7　would be ones that would sell or the ones that
8　had most potential and select, you know, the
9　staff.
10　　　Q.　What is JBX Records?
11　　　A.　It was an independent record
12　shel out of Queens.
13　　　Q.　You said was; is it not
14　functioning anymore?
15　　　A.　No.
16　　　Q.　When did it stop functioning as
17　a label?
18　　　A.　I don't recall exactly when.
19　　　Q.　What is your best estimate?
20　　　A.　I guess around '98 maybe.
21　　　Q.　Do you know who owned JBR
22　Records?
23　　　A.　Rick Roberts.
24　　　Q.　Is that your co-plaintiff in

1　　　　Q.　Was he road manager for Truly
2　Yours?
3　　　　A.　Yes. He was road manager for
4　Truly Yours.
5　　　　Q.　When you say you were brought
6　in to the group Truly Yours, what were you
7　brought in to do?
8　　　　A.　Be the drummer. They needed a
9　drummer.
10　　　Q.　Were you the only drummer at
11　that time for Truly Yours?
12　　　A.　Yes.
13　　　Q.　So, Roberts was managing, road
14　managing the group Truly Yours while you were
15　drumming for the group?
16　　　A.　Yes.
17　　　Q.　Did you become friends at that
18　time?
19　　　A.　Yes.
20　　　Q.　What was your relationship
21　after that? That was back in the 70s; did you
22　stay in touch with Mr. Roberts from the 70s
23　through '93?
24　　　A.　Yes.

```
 2   page 3, paragraph 1, do you recall -- strike
 3   that.
 4              Strike that question.
 5              MR. CHIN:  No further
 6   questions.
 7        EXAMINATION CONDUCTED BY MR. OLSON:
 8        Q.    So, I think I was confused on
 9   one thing.  I just went to ask a follow-up
10   question or two, then I think I will be done,
11   Mr. Vargas.  Can I ask you a couple quick
12   questions?
13        A.    Sure.
14        Q.    With regard to the payments you
15   received from licensing to the Wu-Tang Clan
16   for their album the 7th Chamber, do you recall
17   talking with Mr. Chin about that?
18        A.    Yes.
19        Q.    You recall that we looked at a
20   document that showed a check where you were
21   paid $7,965.?? related to that; right?
22        A.    Yes.
23        Q.    Did you say that was only a
24   portion of what you were paid for that
25   licensing?
```

```
 2        A.    That was all that I got paid.
 3        Q.    That was all you got paid.
 4        A.    Yes.
 5              MR. OLSON:  Okay.  I just
 6   misunderstood.  No further questions.
 7              MR. CHIN:  On the 10th -- do
 8   just keep it on the record.
 9              MR. OLSON:  Sorry, let's stay
10   on the record a minute.  I am not sure if we
11   got it on it.  So we've agreed, Mr. Chin,
12   correct me if I am wrong, that we will
13   continue this deposition on August 10th and
14   we'll nail down the exact details, but it will
15   be on the same day that plaintiffs are taking
16   the deposition of -- sorry, that defendants
17   are taking the deposition of plaintiffs'
18   expert Mr. Butler.
19              MR. CHIN:  Right.  Then at that
20   date we will work on how much time you are
21   going to want for Mr. Vargas or beforehand
22   we'll agree to how much time.
23              MR. OLSON:  Okay.  But we have
24   an hour and ten minutes left, I believe on the
25   record.  Is that right, Mr. Chin?
```

```
 2              MR. CHIN:  I believe that is
 3   it.  I just have to check the rules to make
 4   sure.
 5              MR. OLSON:  Okay.  Let's just
 6   put on the record how long we have been on
 7   then.
 8              VIDEOGRAPHER:  Including that
 9   last question?
10              MR. OLSON:  Sure.  That's
11   fine.
12              VIDEOGRAPHER:  5:51 you were
13   on.  6:48 including --
14
15
16
17              (Continued on following page.)
18
19
20
21
22
23
24
25
```

```
 1
 2              MR. CHIN:  That includes both
 3   of us, okay?
 4              MR. OLSON:  Yes.  And 1:55 for
 5   defendants.
 6              MR. CHIN:  Thanks.
 7              VIDEOGRAPHER:  Going off the
 8   record.  The time is 6:22 this is the end of
 9   tape number 4.
10
11              (Time Noted: 6:22 p.m.)
12
13              _____
14                   RALPH VARGAS
15
16   Subscribed and sworn to before me
17   this _____ day of _____, 2006.
18
19   _____
20
21
22
23
24
25
```

1    RALPH VARGAS
2 STATE OF NEW YORK ) Pg __ of __ Pgs
3       ss:
4 COUNTY OF NEW YORK )
5  I wish to make the following changes,
6 for the following reasons:
7 PAGE LINE
8 ____ ____ CHANGE: ...
9     REASON: ...
10 ...  CHANGE: ...
11     REASON: ...
12    CHANGE: ...
13    REASON: ...
14    CHANGE: ...
15    REASON: ...
16   CHANGE: ...
17    REASON: ...
18   CHANGE: ...
19    REASON: ...
20   CHANGE: ...
21    REASON: ...
22   CHANGE: ...
23    REASON: ...
24   CHANGE: ...
25    REASON: ...

---

1   C E R T I F I C A T E
2 STATE OF NEW YORK )
3      : ss.
4 COUNTY OF NEW YORK )
5  I, TAMMEY M. PASTOR, a Registered
6 Professional Reporter, Certified LiveNote
7 Reporter and Notary Public within and for the
8 State of New York, do hereby certify:
9  That RALPH VARGAS, the witness whose
10 deposition is hereinbefore set forth, was duly
11 sworn by me and that such deposition is a true
12 record of the testimony given by the witness.
13  I further certify that I am not
14 related to any of the parties to this action
15 by blood or marriage, and that I am in no way
16 interested in the outcome of this matter.
17  IN WITNESS WHEREOF, I have
18 hereunto set my hand this ____ day of
19 _____, 2006.
20
21
22
23    _____
24    TAMMEY M. PASTOR, RPR, CLR

---

2   I N D E X
3
4  E X H I B I T S
5        PAGE
6 (Defendants' Exhibit 1 for 145
7 identification, Vargas Affidavit
8 1/22/05, no production numbers.)
9 (Defendants' Exhibit 2 for 149
10 identification, Bust Dat Groove
11 Copyright Certificate, production
12 numbers 000015 through 16.)
13 (Defendants' Exhibit 3 for 152
14 identification, Certificate of
15 Registration, production numbers
16 000013 and 14.)
17 (Defendants' Exhibit 4 for 165
18 identification, CD entitled James
19 Brown Funky Drummer Comparisons,
20 production no numbers.)
21 (Defendants' Exhibit 5 for 173
22 identification, Declaration of
23 Matthew Ritter, no production
24 numbers.)

---

2 (Defendants' Exhibit 6 for 181
3 identification, CD of Exhibit D
4 from the Ricigliano's declaration,
5 no production numbers.)
6 (Defendants' Exhibit 7 for 181
7 identification, Declaration of
8 Anthony Ricigliano, no production
9 numbers.)
10 (Defendants' Exhibit 8 for 217
11 identification, Distribution Chart
12 Funky Drummer I and II, production
13 numbers 000012.)
14 (Defendants' Exhibit 9 for 249
15 identification, Letter 5/3/07,
16 production numbers 000018.)
17 (Defendants' Exhibit 10 for 257
18 identification, Letter dated
19 6/8/04, production numbers 00004
20 through 5.)
21 (Defendants' Exhibit 11 for 262
22 identification, Second Amended
23 Complaint, no production numbers.)
24

```
2
3     (Defendants' Exhibit 12 for          277
4     identification, Plaintiff's
5     Supplemental Responses and
6     Objections to Interrogatories, no
7     production numbers.)
8     (Defendants' Exhibit 13 for          278
9     identification, Contract Summary
10    and check Check 1692 to Ralph
11    Vargas, production numbers
12    000061.)
13    (Defendants' Exhibit 14 for          278
14    identification, Check 1803 7/10/04
15    to Ralph Vargas, production
16    numbers 000067.)
17    (Defendants' Exhibit 15 for          280
18    identification, Signed
19    Verification Page, no production
20    numbers.)
21    (Defendants' Exhibit 16 for          293
22    identification, Plaintiff's
23    Supplemental Responses to Document
24    Requests, no production numbers.)
```

```
2
3     (Defendants' Exhibit 17 for          293
4     identification, Confidential
5     Settlement Agreement and General
6     Release, production numbers
7     RV-0001 through 14.)
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
```

A.   I would say somewhere around
'90, '91.
Q.   During these 15 years did you
continue to play music professionally?
A.   Yes.
Q.   Was it, did you always have a
professional gig or was it on and off?
A.   On and off.
Q.   Just to be clear, when I say
gig, you know what that means; right?
A.   Yes.
Q.   What does that mean to you?
A.   It is a performance, you know.
Q.   A job?
A.   A job, yeah.
Q.   Okay, good. So it was on and
off. In '90 or '91 when you stopped doing
building maintenance, what was your next
nonmusic job?
A.   At that time I started to do
some traveling.
Q.   What was the purpose of your
traveling?
A.   I got involved with some

A.   '90 to probably around '94 or
'95, something like that. Yeah.
Q.   Okay. Why did you stop working
with New Edition?
A.   I moved on to do other gigs
with other groups.
Q.   What made you move on to other
groups?
A.   I had an opportunity to record
with a group that was just coming out on
Capitol Records. The group was called 4 By 4.
Q.   Did you drum on their album
that they were recording?
A.   On 4 by 4 I was on the album as
the drummer.
Q.   How many albums was that; one
album?
A.   One album.
Q.   Did you perform on any albums
or recordings by New Edition?
A.   No.
Q.   How long were you with --
first, what was the name of the album that 4
By 4 recorded?

recording acts and went on the road with them.
Q.   So you were traveling as a
musician?
A.   Yes.
Q.   What act did you first get
involved with that you went on the road with?
A.   It was a group called New
Edition.
Q.   I believe I'm familiar with
that group. What kind of music did New
Edition play?
A.   They did R&B, soul.
Q.   How long did you -- so I just
want to make sure I understand this, were on a
tour with them, you were drumming for them on
one of their tours?
A.   Yes. I was with them about
four and a half years.
Q.   So that would have been from
what year to what year?
A.   It was somewhere in the early
90s.
Q.   So maybe '90 to '94 or '91 to
'95, somewhere in there?

A.   4 By 4.
Q.   Was this their debut album?
A.   Yes.
Q.   How long were you with 4 By 4.
A.   I'd say no more than about two
and a half years.
Q.   Did you tour with them?
A.   Yes.
Q.   What instruments did you play
with 4 By 4?
A.   I played drums and sang
background vocals.
Q.   Had you done any singing
professionally before 4 By 4?
A.   I was singing background with
New Edition. That was the first time I
started singing background.
Q.   Did you sing on the 4 By 4
album?
A.   No.
Q.   Just drums?
A.   Just drums.
Q.   Why did you leave touring with
or working with 4 By 4?

```
2      A.   They disbanded.  They got
3  dropped from the label.
4      Q.   What did you do next?
5      A.   I got involved in a lot of
6  local acts.
7      Q.   When you say local, you mean,
8  around New York City?
9      A.   Around New York City.
10     Q.   So were you performing with
11 more than one act during that --
12     A.   Yes.  I was free-lancing.
13     Q.   What was the year that 4 By 4's
14 album came out, to the best of your memory?
15     A.   I don't remember.
16     Q.   Well, maybe we can piece it
17 together a little bit.  You said you were with
18 New Edition until maybe '94 or '95; is that
19 correct?
20     A.   Yes.
21     Q.   Then you moved on to 4 By 4;
22 correct?
23     A.   Yes.
24     Q.   Then you were with them about
25 two and a half years; is that right?
```

---

```
2      A.   No.
3      Q.   So somewhere in the late 90s
4  then 4 By 4 disbanded to the best of your
5  recollection; is that right?
6      A.   Yes.
7      Q.   How long did you free lance
8  after 4 By 4 disbanded?
9      A.   I would say about six years.
10     Q.   Can you tell me the names of
11 some of the acts you performed with?
12     A.   Platinum Rock.  CC Rogers.
13 Quest Star.  Flick.  Atlantis.  Black Ivory.
14 That's all I can remember off the top of my
15 head at this time.
16     Q.   Okay.  Did you play the drums
17 with all of these groups?
18     A.   Yes.
19     Q.   Did you do background vocals
20 for any of these groups?
21     A.   No.
22     Q.   After that six years of
23 free-landing, what did you do next?
24     A.   I landed a -- I started
25 working at Chelsea Piers.  That was a regular
```

---

```
2      A.   Yes.
3      Q.   So that would make it, what,
4  '94 or '95, maybe '96, something like that?
5      A.   No, 1998 is too far up.
6      Q.   Sorry, that would be when they
7  disbanded.
8      A.   Yes.  I would say between '94
9  and '96.
10     Q.   The album came out between '94
11 and '96?
12     A.   Yeah.
13     Q.   Do you recall what year they
14 disbanded?
15     A.   Probably about a year and a
16 half to eight months after they broke up.
17     Q.   Just to make sure I'm clear,
18 during the time you were with New Edition and
19 4 By 4, were you doing any other non-music
20 work?
21     A.   Yes.
22     Q.   Actually let me rephrase that
23 so it is clear on the record.  During the time
24 you were with New Edition and 4 By 4 were you
25 doing any non-musical work?
```

---

```
2  9 to 5.
3      Q.   That is Chelsea Piers here in
4  New York City; right?
5      A.   Yes.  On Pier Sixty, yes.
6      Q.   What did you do at -- well, let
7  me strike that.  When did you start working at
8  Chelsea Piers?
9      A.   I believe '96 or '97.
10     Q.   Okay.  How long did you work
11 there?
12     A.   I worked there about seven and
13 a half years.
14     Q.   What was your job?
15     A.   I was a life safety supervisor.
16     Q.   What were your job
17 responsibilities?
18     A.   I dealt with the fire
19 department, police department.  And my job was
20 to make sure the complex was totally safe in
21 every way, sidewalks, roof.
22     Q.   So building and ground safety?
23     A.   Yes.
24     Q.   What about you said you dealt
25 with the police department, were you involved
```