# EXHIBIT 4



**JBR Records, Inc.**

P.O. Box 667
Corona Elmhurst Station
New York, NY 11373
Tel: (718) 341-2007
Fax: (718) 341-0290

# Distribution List
## FUNKY DRUMMER I / II

| | |
|---|---|
| Indi Distribution | (National) |
| Pearl One Stop | (National) |
| Tiger Distribution | (International) |
| City Hall | (West Coast/National) |
| | |
| Rock and Soul | (NY/local) |
| Downtown Records | (NY/local) |
| Downstairs Records | (NY/local) |
| Eight Ball Records | (NY/local) |
| Broadway Sounds | (NY/local) |
| Carmine's Records | (NY/local) |
| Vinyl-mania | (NY/local) |
| Beat Street Records | (NY/local) |
| Concourse Music | (NY/local) |

000003

## Distribution List
## Funky Drummer I & II

| | |
|---|---|
| Beat Street Records (NY/local) | 219 East Fordham Road<br>Bronx NY 10458 |
| Carmine's Records (NY/local) | |
| City Hall (west cost/national) | |
| Concourse Music (NY/local) | |
| Downstairs Records (NY/local) | 43rd Street<br>Between 5th and 6th Avenues |
| Downtown Records (NY/local) | 164 West 25th Street<br>New York NY |
| Eight Ball Records (NY/local) | 105 East 9th Street<br>New York NY 10003-5401<br>212-473-6343 |
| Indi Distribution (national) | Secaucus, NJ |
| Metropolitan Recording Corp (NY/local) | 900 Passaic Avenue<br>East Newark NJ 07029-2833<br>973-488-8080 |
| Pearl One Stop (national) | Brooklyn, NY |
| Rock and Soul (NY/local) | 462 Seventh Avenue<br>Between 35th & 26th Streets<br>New York NY |
| Tiger Distribution (int'l) | |
| Vinyl-mania (NY/local) | 60 Carmine Street<br>New York NY<br>212-924-7223 |

000017

