# EXHIBIT 5

# In The Matter Of:

## RALPH VARGAS and BLAND-RICKY ROBERTS v. PFIZER, INC.,

## BLAND-RICKY ROBERTS
August 2, 2006

# CONTAINS CONFIDENTIAL PORTIONS
# LEGALINK MANHATTAN

*420 Lexington Avenue - Suite 2108*
*New York, NY 10170*
PH: 212-557-7400 / FAX: 212-692-9171

ROBERTS, BLAND-RICKY - Vol. I


LEGALINK
A MERRILL COMPANY

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

RALPH VARGAS and BLAND-RICKY ROBERTS,

                      Plaintiffs,
                              Civil Action
                              No.
   -against-       04CV 9772 (JCF)

PFIZER, INC., PUBLICIS, INC.,
FLUID MUSIC, EAST WEST
COMMUNICATIONS, INC. and
BRIAN TRANSEAU p/k/a "BT",

                      Defendants

------------------------------------x

      CONTAINS CONFIDENTIAL
    ATTORNEYS' EYES ONLY PORTIONS
         August 2, 2006
          9:40 a.m.

     Videotaped Deposition of

BLAND-RICKY ROBERTS, taken by Defendants,

pursuant to Notice, at the offices of Kirkland

& Ellis, 153 East 53rd Street, New York, New

York, before TAMMEY M. PASTOR, a Registered

Professional Reporter, Certified LiveNote

Reporter and Notary Public within and for the

State of New York.

```
 1
 2    APPEARANCES:
 3        LAW OFFICES OF PAUL A. CHIN
              Attorneys for Plaintiffs
 4            The Woolworth Building
              233 Broadway
 5            New York, New York 10007
 6        BY:  PAUL A. CHIN, ESQ.
 7
          KIRKLAND & ELLIS
 8            Attorneys for Defendant Brian Transeau
              153 East 53rd Street
 9            New York, New York 10022
10
          BY:  JULIE AHRENS, ESQ.
11
                   -and-
12
          DAVID S. OLSON, ESQ.
13        STANFORD LAW SCHOOL
              Crown Quadrangle
14            559 Nathan Abbott Way
              Stanford, California 94305-8610
15
               (Via Telephone)
16
17    ALSO PRESENT:
18        MATTHEW CHAVEZ, LegaLink Action Video
08:33:57 19
20
21
22
23
24
25
```

```
                    1        BLAND-RICKY ROBERTS
09:36:58  2        VIDEOGRAPHER: Here begins
09:40:31  3   videotape number 1 in the deposition of Ricky
09:40:35  4   Roberts in the matter of Ralph Vargas, and
09:40:35  5   Bland-Ricky Roberts versus Pfizer, Inc., et
09:40:39  6   al. in the United States District Court
09:40:42  7   Southern District of New York case number 04
09:40:46  8   CV 9772 WHP.
09:40:49  9        Today's date is August 2, 2006.
09:40:52 10   The time on the video monitor is 9:40 a.m. The
09:40:56 11   video operator today is Matthew Chavez, a
09:40:58 12   notary public contracted by LegaLink Video
09:41:02 13   Solutions, San Francisco, California.
09:41:04 14        This video deposition is taking
09:41:06 15   place at Kirkland & Ellis, 153 East 53rd
09:41:10 16   Street.
09:41:11 17        Counsel, please voice identify
09:41:12 18   yourself and state whom you represent.
09:41:17 19        MS. AHRENS: Good morning.
09:41:18 20   Julie Ahrens with Kirkland & Ellis. I
09:41:21 21   represent the defendant Brian Transeau.
09:41:23 22   Joining us by telephone is David Olson of
09:41:26 23   Stanford Law School. He is also an attorney
09:41:28 24   for the defendant Brian Transeau.
09:41:31 25        MR. CHIN: And Paul Chin, I am
```

```
09:41:31  1                BLAND-RICKY ROBERTS
09:41:33  2   the attorney for Ralph Vargas and Bland-Ricky
09:41:37  3   Roberts, plaintiffs in this case.
09:41:39  4        VIDEOGRAPHER: The court
09:41:39  5   reporter today is Tammey Pastor of LegaLink.
09:41:39  6        BLAND-RICKY ROBERTS
09:47:24  7   residing at 509 Lake Of the Pines, East
09:47:28  8   Stroudsburg, Pennsylvania 18302, having been
09:47:28  9   first duly sworn by the Notary Public (Tammey
09:47:28 10   M. Pastor), was examined and testified as
09:41:51 11   follows:
09:41:51 12   EXAMINATION CONDUCTED BY MS. AHRENS
09:41:54 13        Q.  Good morning, Mr. Roberts.
09:41:55 14        A.  Good morning.
09:41:56 15        Q.  As you heard, my name is Julie
09:41:58 16   Ahrens. We are here today to take your
09:42:00 17   deposition in the case of Vargas versus
09:42:03 18   Pfizer. Are you aware of that?
09:42:04 19        A.  Yes, ma'am.
09:42:05 20        Q.  Could you just state your name
09:42:06 21   for the record, please.
09:42:13 22        A.  Bland-Ricky.
09:42:13 23        Q.  Could you spell that?
09:42:14 24        A.  Bland-Ricky Roberts.
09:42:20 25        Q.  Mr. Roberts, have you ever been
```

```
09:42:20  1                BLAND-RICKY ROBERTS
09:42:21  2   deposed before?
09:42:22  3        A.  Yes.
09:42:24  4        Q.  So you may know some of the
09:42:25  5   general rules, but I will go over them again.
09:42:29  6   It is important that you hear each question
09:42:32  7   that I ask if you. If for some reason you
09:42:35  8   don't hear a question I am happy to repeat it,
09:42:38  9   just let me know, I will repeat the question
09:42:40 10   or you can ask the court reporter to read it
09:42:42 11   back.
09:42:42 12        Will you tell me if you do not
09:42:44 13   hear a question?
09:42:45 14        A.  Yes, I will.
09:42:48 15        Q.  It is also important you
09:42:49 16   understand each question. If for any reason
09:42:50 17   you don't understand what I am asking you,
09:42:53 18   just please ask me to rephrase it or let me
09:42:55 19   know that you don't understand and I'll do my
09:42:58 20   best to make it more clear. Will you tell me
09:43:00 21   if you don't understand a question?
09:43:02 22        A.  Yes, I will.
09:43:06 23        Q.  Will you let me know if you
09:43:07 24   need to look at a document in order to answer
09:43:09 25   any of my questions?
```

BLAND-RICKY ROBERTS

12:02:35 1
12:02:39 2 A. Yes.
12:02:56 3 Q. How many copies of Funky
12:02:59 4 Drummer I were sold?
12:03:01 5 A. About 3,000, 3,500, somewhere
12:03:04 6 in there.
12:03:17 7 Q. How long was Funky Drummer I
12:03:18 8 offered for sale?
12:03:22 9 A. Not very long. That's why
12:03:23 10 there was a Funky Drummer II.
12:03:25 11 Q. Okay.
12:03:26 12 A. Because that particular record
12:03:31 13 was a grass roots effort between Ralph and
12:03:36 14 myself. More so myself than Ralph where, you
12:03:38 15 know, I gave X amount of pieces to Indi. I
12:03:43 16 gave X amount of pieces to various, what would
12:03:47 17 be independent record stores where I was kind
12:03:49 18 of selling it out of the trunk of the car, if
12:03:52 19 you would.
12:03:52 20 Q. Right.
12:03:59 21 A. Within a week's time those
12:04:00 22 units that I had, you know, given to those
12:04:06 23 independent stores had sold. I mean this
12:04:09 24 thing flew off the shelves. They were
12:04:11 25 specialty record stores because you would have

Page 103

BLAND-RICKY ROBERTS

12:04:11 1
12:04:13 2 the production guys go there and the rappers
12:04:16 3 would go there. People who were into like
12:04:22 4 record production, artists, you know, we had
12:04:27 5 people like D'Angelo bought it. Major guys at
12:04:31 6 the time bought that record.
12:04:48 7 Q. What format was Funky Drummer I
12:04:49 8 sold in?
12:04:56 9 A. Both albums, strictly vinyl.
12:04:57 10 Q. At any point when I am asking
12:04:58 11 questions about Funky Drummer I and II and
12:05:01 12 your answer applies to both, if you can answer
12:05:03 13 it that way, that's fine. I am going to ask
12:05:05 14 it individually so it is not a compound
12:05:07 15 question.
12:05:07 16 A. Okay.
12:05:08 17 Q. But if you answer, that's fine
12:05:09 18 we can save time that way if it is the same.
12:05:11 19 A. Okay.
12:05:12 20 Q. So Funky Drummer I and II were
12:05:14 21 both on vinyl?
12:05:15 22 A. Uh-huh.
12:05:18 23 Q. Was Funky Drummer I ever
12:05:20 24 released on any other media?
12:05:23 25 A. We didn't release on any other.

Page 104

BLAND-RICKY ROBERTS

12:05:23 1
12:05:30 2 Q. Was Funky Drummer II ever
12:05:31 3 released on any other media other than vinyl?
12:05:34 4 A. No.
12:05:37 5 Q. Never on compact disk?
12:05:39 6 A. No.
12:05:40 7 Q. Never on cassette tape?
12:05:41 8 A. No.
12:05:44 9 Q. Who pressed the vinyl for Funky
12:05:46 10 Drummer I?
12:05:51 11 A. That is a good question. I
12:05:52 12 don't remember whether I used Metropolitan,
12:05:59 13 whether I used a pressing plant in Brooklyn,
12:06:02 14 the name slips me right now. That really
12:06:08 15 escapes me. I don't remember that name or if
12:06:10 16 I used the Florida Records. I don't remember
12:06:19 17 who I used for that. I don't remember who I
12:06:24 18 used for I or II to be honest with you.
12:06:27 19 Q. So for Funky Drummer I it could
12:06:33 20 have been Metropolitan you said?
12:06:35 21 A. Uh-huh.
12:06:36 22 Q. Another place in Brooklyn.
12:06:37 23 A. Yes. I don't remember that
12:06:38 24 name, though.
12:06:39 25 Q. And another place in Florida?

Page 105

BLAND-RICKY ROBERTS

12:06:39 1
12:06:40 2 A. Florida Press. I think it was
12:06:47 3 called Florida Press I think it was called.
12:06:51 4 Q. Was Funky Drummer II pressed by
12:06:53 5 the same company that pressed Funky Drummer I?
12:06:58 6 A. Not necessarily. But I don't
12:06:59 7 remember right now.
12:07:02 8 Q. Okay. Were there any other
12:07:06 9 companies who could have pressed Funky Drummer
12:07:08 10 II?
12:07:10 11 A. No.
12:07:12 12 Q. Mr. Vargas had mentioned that
12:07:13 13 he thought it was pressed in Brooklyn. Does
12:07:15 14 that refresh your recollection?
12:07:18 15 MR. CHIN: Objection.
12:07:19 16 A. Well, I said Brooklyn but I
12:07:20 17 don't remember the name of the company. I
12:07:22 18 don't remember.
12:07:28 19 Q. Do you know if that company is
12:07:29 20 still in business?
12:07:29 21 A. No, I don't.
12:07:35 22 Q. How many copies of Funky
12:07:36 23 Drummer I were pressed at first?
12:07:43 24 A. At first?
12:07:43 25 Q. Yes.

BLAND-RICKY ROBERTS

A. Song, sound source, it is a source.
Q. Right.
A. Once you obtain the source you then go to copy the source. You can't sample without having the source.
Q. Okay. Great. Have you ever used sampling to create music?
A. No.
Q. Do you currently record music?
A. Okay, do I currently record music? Me personally or do I still have artists that I'm recording?
Q. We'll take it one at a time. Do you personally record music?
A. No.
Q. Do you have artists that you record?
A. I have artists that I've paid for their recordings, but I am not personally not the person doing the recordings.
Q. So your involvement with artists recording is more of a financial backing of the recording?

BLAND-RICKY ROBERTS

MR. CHIN: Objection. You can answer.
A. It is more than financial backing. It is financial backing as well as there are artists that would be signed to me for either the purpose of production, to put the record out as a record company, or for management.
Q. Okay. So what is your current involvement with artists who are making music?
MR. CHIN: Objection. You can answer.
A. From a, strictly from a record company end.
Q. Are you finished?
A. Yes.
Q. Do you currently own a record company?
A. I own an entertainment company that has a record component that is in the works being developed at this point.
Q. Can you tell me about your entertainment company, what does it do?
A. At this particular point in

BLAND-RICKY ROBERTS

time we are just basically recording artists to put into the marketplace.
Q. What type of artists?
A. Type of music?
Q. Sure. Yes.
A. Right now it is predominantly urban.
Q. What do you mean by urban?
A. Hip-hop, R&B.
Q. Are these recording artists making original music?
A. Yes.
Q. Do you have any other, any interest in any other companies currently?
A. No.
Q. No ownership interest in any other companies?
A. No.
Q. Any investment interests in other companies?
A. No.
Q. Have any of the artists that you currently work with sampled music?
A. No.

BLAND-RICKY ROBERTS

Q. What is your role in the entertainment company that you own?
A. I run it.
Q. What do you mean by running it?
A. It is my responsibility to take care of the day-to-day chores.
Q. What are the day-to-day chores that you are responsible for?
A. Answering phones, paying the bills, talking with those artists that I've contracted in reference to their song creations and mentor them. Whatever other function is necessary to make this company run on a daily basis.
Q. Okay. What is the name of your Company?
A. New Image Group.
Q. How long has it been operating?
A. About two and a half years.
Q. Is it in Stroudsburg, Pennsylvania?
A. Currently.
Q. So, other than recording artists, what other, if anything, is New Image

Page 58

```
10:59:05  1              BLAND-RICKY ROBERTS
10:59:10  2   distributed in the same manner as which one of
10:59:14  3   those major distributors would be
10:59:16  4   distributing.
10:59:18  5          Q.   Okay. So Indi Distribution
10:59:20  6   worked to have under its umbrella independent
10:59:26  7   record labels together as a collective --
10:59:30  8          A.   You can call it a collective.
10:59:32  9   I wouldn't call it a collective. Although it
10:59:34 10   is a collective. I would call it independent
10:59:38 11   labels distributing through that one source.
10:59:41 12          Q.   Okay. Then Indi Distribution
10:59:50 13   what was their role?
10:59:54 14          A.   Indi Distribution consisted of
10:59:56 15   CRD which is California Record Distributors,
10:59:59 16   Big State, and Malvern. Okay. All of those
11:00:05 17   were independent distributors which joined
11:00:08 18   forces because they were all distributing in a
11:00:12 19   particular territory.
11:00:13 20          Q.   Okay?
11:00:14 21          A.   So, upon the joining of those
11:00:17 22   companies it created a national distribution
11:00:22 23   source. As well as international.
11:00:37 24          Q.   Okay. So Indi Distribution
11:00:39 25   worked with those, with the California, Big
```

Page 59

```
11:00:39  1              BLAND-RICKY ROBERTS
11:00:42  2   State --
11:00:43  3          A.   Indi consisted of.
11:00:44  4          Q.   Consisted of. Okay.
11:00:47  5          A.   Uh-huh.
11:00:48  6          Q.   That distribution --
11:00:51  7          A.   Call it a network, make it
11:00:53  8   easy.
11:00:53  9          Q.   Network. Then they distribute
11:00:55 10   the Records to individual stores, to
11:00:58 11   retailers?
11:00:58 12          A.   To retail, yes.
11:01:01 13          Q.   What was the international
11:01:03 14   components of Indi Distribution?
11:01:08 15          A.   I don't know which one of the
11:01:09 16   companies was the actual, was the actual
11:01:13 17   international source. I would tend to believe
11:01:17 18   that all of them had international
11:01:19 19   connections.
11:01:21 20          Q.   Okay. Okay. So for JBR, JBR
11:01:37 21   had an agreement with Indi Distribution;
11:01:39 22   correct?
11:01:39 23          A.   Yes.
11:01:40 24          Q.   What was that agreement?
11:01:44 25          A.   I had an exclusive at one point
```

Page 60

```
11:01:44  1              BLAND-RICKY ROBERTS
11:01:46  2   then I had a non-exclusive agreement for them
11:01:48  3   to distribute our product.
11:01:53  4          Q.   When you say exclusive, that
11:01:55  5   means they were the only distributor?
11:01:57  6          A.   The only distributor.
11:01:58  7          Q.   When was the agreement with
11:01:59  8   them exclusive?
11:02:01  9          A.   In the beginning, early on.
11:02:03 10          Q.   For how long?
11:02:04 11          A.   I think it is a three-year
11:02:05 12   deal.
11:02:10 13          Q.   So we are talking like late
11:02:11 14   80s, early 90s you had an exclusive?
11:02:16 15          A.   Right.
11:02:17 16          Q.   Through Indi Distribution?
11:02:19 17          A.   Right.
11:02:19 18          Q.   Then you went to non-exclusive
11:02:22 19   agreement; right?
11:02:23 20          A.   Correct.
11:02:27 21          Q.   Speaking generally about your
11:02:29 22   agreements with Indi Distribution, how did
11:02:31 23   those agreements work; did Indi Distribution
11:02:40 24   buy the Records from the label?
11:02:41 25          A.   Yes, they did.
```

Page 61

```
11:02:41  1              BLAND-RICKY ROBERTS
11:02:47  2          Q.   Was there an agreement for a
11:02:52  3   return to the label of copies of albums that
11:02:55  4   didn't sell, for example?
11:02:56  5          A.   Yes, there were --
11:02:58  6              MR. CHIN: Objection. You can
11:03:00  7   answer.
11:03:00  8          A.   Yes, there was.
11:03:05  9          Q.   Describe how that worked.
11:03:10 10          A.   The return policy?
11:03:11 11          Q.   Yes.
11:03:11 12          A.   The return policy basically
11:03:13 13   worked, you gave X amount of Records to a
11:03:20 14   particular retailer through your distribution
11:03:23 15   source. If that retailer didn't sell those
11:03:27 16   Records in a time frame, whatever that might
11:03:32 17   be, they had the right to return the product
11:03:37 18   to the distribution house, who in turn will
11:03:41 19   return the product to me.
11:03:57 20          Q.   Okay. So, with the
11:04:05 21   distribution through Indi, did you receive
11:04:17 22   invoices that indicated how many albums they
11:04:20 23   were buying from the record labels from you?
11:04:24 24          A.   Yes.
11:04:25 25          Q.   Then would you receive invoices
```

| Time | # | |
|---|---|---|
| 10:53:30 | 1 | BLAND-RICKY ROBERTS |
| 10:53:33 | 2 | MR. CHIN: No. They are going |
| 10:53:34 | 3 | to quote you. |
| 10:53:35 | 4 | A. Then don't quote me. Then I |
| 10:53:37 | 5 | don't know would be the best answer. |
| 10:53:40 | 6 | Q. Okay. |
| 10:53:41 | 7 | A. But Ray, Goodman & Brown did a |
| 10:53:47 | 8 | substantial number. |
| 10:53:48 | 9 | Q. More than 20,000? |
| 10:53:50 | 10 | A. Did a substantial number. |
| 10:54:01 | 11 | Q. When were those, like the Ray, |
| 10:54:03 | 12 | Goodman & Brown album, when was that released? |
| 10:54:07 | 13 | A. As I told you earlier, I am bad |
| 10:54:09 | 14 | with dates, I couldn't give you an exact date. |
| 10:54:12 | 15 | Q. Was it toward the beginning of |
| 10:54:14 | 16 | when the label went into operation? |
| 10:54:16 | 17 | A. In the middle. |
| 10:54:17 | 18 | Q. Okay. In the middle, so early |
| 10:54:19 | 19 | 90s? |
| 10:54:20 | 20 | A. Yes. |
| 10:54:20 | 21 | Q. What about Kevin Owens? |
| 10:54:23 | 22 | A. Early 90s. |
| 10:54:26 | 23 | Q. Early 90s, okay. |
| 10:54:36 | 24 | Where were, we'll take Ray, |
| 10:54:39 | 25 | Goodman & Brown, where were those albums sold? |

| Time | # | |
|---|---|---|
| 10:54:39 | 1 | BLAND-RICKY ROBERTS |
| 10:54:45 | 2 | A. Nationwide as well as |
| 10:54:46 | 3 | internationally. |
| 10:54:51 | 4 | Q. What about Kevin Owens? |
| 10:54:53 | 5 | A. Same. |
| 10:54:56 | 6 | Q. Did you have -- what about you |
| 10:55:01 | 7 | said I think Al McDowell had an album. |
| 10:55:05 | 8 | A. Uh-huh. |
| 10:55:06 | 9 | Q. Where was that sold? |
| 10:55:07 | 10 | A. Internationally. |
| 10:55:13 | 11 | Q. So to sell the albums |
| 10:55:15 | 12 | internationally who did JBR Records work with? |
| 10:55:22 | 13 | A. We had a distribution agreement |
| 10:55:24 | 14 | with Indi. I-N-D-I distribution. They were a |
| 10:55:33 | 15 | nationally distributing distributor. |
| 10:55:42 | 16 | We also use other various one |
| 10:55:45 | 17 | stop distributors which also shipped |
| 10:55:49 | 18 | internationally. So that is pretty much how |
| 10:55:57 | 19 | we got our records out. |
| 10:55:58 | 20 | Q. Okay. When you say a one stop |
| 10:56:00 | 21 | distributor, what do you mean? |
| 10:56:02 | 22 | A. A one stop is similar to a |
| 10:56:16 | 23 | distributor, but the reason it is called a one |
| 10:56:18 | 24 | stop is because as a, I would say an |
| 10:56:23 | 25 | independent retail source, you can go to that |

| Time | # | |
|---|---|---|
| 10:56:23 | 1 | BLAND-RICKY ROBERTS |
| 10:56:26 | 2 | one place and pick up the major label records |
| 10:56:31 | 3 | as well as the independent label records. So, |
| 10:56:33 | 4 | thus, calling it a one stop. |
| 10:56:37 | 5 | And those one stops usually |
| 10:56:40 | 6 | worked within the chain of distributors that |
| 10:56:45 | 7 | helped to get a record into a marketplace. |
| 10:57:02 | 8 | Q. Okay. But you described Indi |
| 10:57:05 | 9 | Distribution as something separate than a one |
| 10:57:08 | 10 | stop, it was not a one stop distributor; |
| 10:57:11 | 11 | correct? |
| 10:57:11 | 12 | A. Indi distributed a series of |
| 10:57:16 | 13 | independent companies and got their records |
| 10:57:20 | 14 | into the marketplace as would that of any |
| 10:57:23 | 15 | major record companies' distributor get their |
| 10:57:28 | 16 | records into the marketplace. |
| 10:57:29 | 17 | Q. Okay. Can we just talk |
| 10:57:31 | 18 | generally about how records are distributed |
| 10:57:34 | 19 | through say -- |
| 10:57:36 | 20 | A. I charge for giving an |
| 10:57:37 | 21 | education. |
| 10:57:38 | 22 | Q. -- for the major labels, they |
| 10:57:40 | 23 | work with distributors, they may work with one |
| 10:57:43 | 24 | distributor; is that what you're saying? |
| 10:57:45 | 25 | A. A major label -- okay, I will |

| Time | # | |
|---|---|---|
| 10:57:45 | 1 | BLAND-RICKY ROBERTS |
| 10:57:47 | 2 | show you. I will give you this. A major |
| 10:57:50 | 3 | label has its own distribution group. Let's |
| 10:57:53 | 4 | go with Warner Bros. Records. |
| 10:57:57 | 5 | Q. Right. |
| 10:57:58 | 6 | A. Warner Bros. Records is the WEA |
| 10:58:01 | 7 | group. W-E-A. Warner Electra Atlantic. That |
| 10:58:05 | 8 | is the group of labels that distributes |
| 10:58:07 | 9 | through that WEA. I mean in addition to that |
| 10:58:10 | 10 | you have Electra Asylum, you have Asylum. You |
| 10:58:22 | 11 | have all the various labels that would be |
| 10:58:22 | 12 | labels under that umbrella. |
| 10:58:22 | 13 | Q. Right. |
| 10:58:22 | 14 | A. They all distribute through |
| 10:58:24 | 15 | that particular pipeline. Okay. Let's go to |
| 10:58:28 | 16 | Universal. Who happens to be the biggest |
| 10:58:31 | 17 | currently. Universal has Motown, Universal, |
| 10:58:36 | 18 | they have A&M. They have Innerscope which is |
| 10:58:44 | 19 | the biggest label at Universal which is the |
| 10:58:48 | 20 | biggest label thus in the scope of things for |
| 10:58:52 | 21 | urban music. |
| 10:58:54 | 22 | So all of them distribute |
| 10:58:56 | 23 | through the uni distribution group. |
| 10:59:02 | 24 | Now let's go back to Indi. |
| 10:59:05 | 25 | Indi had all the independent labels which they |

LEGALINK, A MERRILL CORPORATION
(800) 325-3376     www.Legalink.com

a8995429-b478-486b-bd88-7a488292165f

BLAND-RICKY ROBERTS

11:04:25 that reflected how many albums were sold to stores?
A. It would be the equivalent of my royalty printout, as you spoke of earlier.
Q. So Indi Distribution would send JBR royalty statements?
A. Pretty much. Because they paid me, less their distribution fee.
Q. Okay. When you said that it involved an agreement that if an album didn't sell in a particular time frame, then they would, they had the right to return it, the store had the right to return it to Indi Distribution; what were the typical time frames for those sales?
A. Nothing was typical.
Q. Okay. Were there any, I mean that you remember, any time frame; would it be like six months?
A. No. I would say it is longer than that.
Q. Would it be a year?
A. Nine months to a year.
Q. Nine months to a year. Okay.

BLAND-RICKY ROBERTS

In your experience of selling albums through JBR Records, how long after an album was released would you expect sales of the album to continue?
A. Depends on how hot the music was and how it was received by the public.
Q. Okay. In your experience if an album was released -- sorry, let's step back.
So, for example, the Kevin Owens album you said sold you're not sure how many, but it sold more than 10,000 was that --
MR. CHIN: Wait. Let her ask the question.
Q. -- were those sales accounted for in a particular time frame?
MR. CHIN: Objection. You can answer.
A. Yes.
Q. What was that time frame?
A. Kevin Owens, I think was for about a year and, I would say about a year and a half.
Q. So what about for the other one we talked about Ray, Goodman & Brown, how long

BLAND-RICKY ROBERTS

was that album for sale to account for the 20,000 or more albums that sold?
A. Over a year.
Q. Was it less than two years?
A. Yes. Let me say this, I stopped manufacturing at that point. But there is demand for that record today.
Q. When did you stop manufacturing?
A. I don't know the exact date.
Q. Can you --
A. No.
Q. -- any best estimate, that doesn't mean a guess, that means was it before -- did you stop manufacturing before JBR went out of business?
A. Yes.
Q. A year before?
A. No. About seven months before I stopped with the Ray, Goodman & Brown, seven or eight months before.
Q. Why would you stop manufacturing an album?
A. Well, in that case I ran out of

BLAND-RICKY ROBERTS

promotion money.
Q. Did Indi Distribution sell to independent record stores?
A. Yes.
Q. Did Indi Distribution sell to major retail outlets, for example, Tower Records?
A. Yes.
Q. So Indi Distribution, the word Indi there means, is referring to the independent record labels, not necessarily the independent stores; right?
MR. CHIN: Objection.
A. I don't know the answer. That, I don't know.
Q. But Indi Distribution, do you know if it distributed major label albums?
A. No, it did not.
Q. What types of media were the albums that JBR Records released, what forms were they released on; vinyl?
A. Vinyl.
Q. Anything else?
A. Cassette, CD.

## Page 158

BLAND-RICKY ROBERTS

13:44:14  Q. So if we are going off of the approximate date of February 1994 when Funky Drummer Volume II was released, you stopped selling it shortly thereafter?

13:44:43  A. March --

MR. CHIN: Wait until she finishes.

Q. Shortly thereafter?

MR. CHIN: Objection.

A. March, April, thereabout.

Q. Have you ever seen copies of Funky Drummer Volume II offered for sale on the internet?

A. No.

Q. I just want to talk about the distribution process for Funky Drummers volume and we talked about your distributor generally for JBR Records. We will focus on Funky Drummer I first. Again I am going to ask you the questions specific to each album. If you say that it was the same for Funky Drummer II, you can tell us that and it will go faster. I'll ask separately otherwise.

How was Funky Drummer I

## Page 159

BLAND-RICKY ROBERTS

distributed?

A. It was distributed, as I stated earlier, through the trunk of the car, as well as through formal distributor channels.

Q. When you say trunk of the car, you're talking about the trunk of your car?

A. That's a term used loosely. As you mentioned a few minutes ago. You asked me about Mr. Vargas delivering Records to Rock and Soul.

Q. Right.

A. That would be considered out of the trunk of the car as opposed to that distribution entity that their salesperson selling that record we would be selling it. We call that out of the trunk of the car.

Q. That is direct --

A. Direct sales.

Q. -- direct sales from the label and the artist in this case, you said Mr. Vargas is not an artist. So direct sales from the label and the musician; right?

A. Okay.

Q. For the sales of Funky Drummer

## Page 160

BLAND-RICKY ROBERTS

Volume I, you said there was also more formal distributor channels?

A. Indi, we used Indi, we used Pearl which is a one stop out of Brooklyn. We used Tiger. Tiger. Tiger. The name slips me right now. Tiger something or something Tiger was an international distributor out of Jersey. Englewood, New Jersey. And we distributed product to all of those sources as well.

Q. Other than Indi, Pearl or Tiger were there any other distribution sources what you were calling more the formal distribution for Funky Drummer Volume I?

A. There was one other one that was located down the block from the Limelight. I just can't remember the name of that one. I know he distributed international as well.

Q. You are talking about the Limelight here in New York City on Sixth Avenue.

A. Yes.

Q. Or what used to be there. It is something else already.

## Page 161

BLAND-RICKY ROBERTS

A. Right.

Q. There was another distributor there, you just don't remember their name?

A. I don't remember their name, the proper name.

Q. You said you also made direct sales to record stores, were those record stores local here in New York?

A. Yes.

Q. What were the names of those stores?

A. You had Rock and Soul. You had Downstairs. You had Downtown. You had Carmine Records. You had Vinyl-mania. Eight Ball Records. Eight Ball, by the way, was an international distributor because they had their own record company. So I know that they shipped product everywhere.

One in the Bronx. There is a couple in the Bronx on Concourse, Grand Concourse, I can't remember. There was one on Fordham Road I know we went to. That's all I can remember.

Q. Other than Rock and Soul,

## Page 206

BLAND-RICKY ROBERTS

14:47:19 II to; correct?
14:47:24 A. Yes.
14:47:24 Q. Was it less than 300 copies?
14:47:29 A. If it less than 100 it would be less than 300.
14:47:32 Q. Sorry. I'm starting to confuse myself. Let's me go to Indi Distribution. In parentheses -- we are looking at Bates page 17, Defendants' Exhibit 8, in parenthesis next to Indi Distribution it says "national." Is that right?
14:48:02 A. Yes.
14:48:04 Q. This is the distributor you said distributed --
14:48:12 A. Pretty much all of our product.
14:48:14 Q. Right. Did they distribute -- where did Indi Distribution distribute their Records to?
14:48:22 A. Okay, if you remember earlier I said to you Indi consisted of Malvern. Malvern covered from Boston down to the Carolinas into Florida, if I am not mistaken. Okay. Then you had Big State, Big State was housed out of Texas.

## Page 207

BLAND-RICKY ROBERTS

14:48:46 Q. Okay.
14:48:47 A. They did the whole southwest, Texas, Louisiana, Arkansas, Mississippi, Kentucky, wherever else. And they had two places. I think their other place was in the Chicago area. So they would handle Chicago, Detroit, that whole --
14:49:11 Q. Okay.
14:49:11 A. Then you had CRD which was California Record Distributors which handled all of the West Coast.
14:49:18 Q. So all --
14:49:20 A. I'm sorry.
14:49:21 Q. I'll let you finish.
14:49:22 A. When they distributed a record it was blanketed nationally.
14:49:26 Q. Did Indi Distribution we talked about earlier, they distributed to retail outlets; correct?
14:49:33 A. Yes.
14:49:36 Q. How many copies of Funky Drummer Volume II did you sell to Indi Distribution?
14:49:43 A. I don't know the final number,

## Page 208

BLAND-RICKY ROBERTS

14:49:45 but I know initial numbers, just on a normal record we would normally do a couple thousand. But being this was a specialty record, if I am not mistaken, we did like 500 initial. I don't know what the reorders were. But I do remember that 500 number initially.
14:50:05 Q. You remember the 500 initial, we are speaking of Funky Drummer Volume II?
14:50:11 A. Both of them was 500.
14:50:15 Q. Okay. How many reorders did you --
14:50:19 A. That is a good question.
14:50:21 Q. -- did you send to Indi Distribution?
14:50:25 A. Definitely one.
14:50:26 Q. Okay.
14:50:27 A. I can't tell you past that because I don't remember, but I do remember there was one and the volume they asked for, the numbers, the units they needed, I don't remember.
14:50:40 Q. Do you have an estimate of the volume of the reorder?
14:50:40 A. No. No, I don't.

## Page 209

BLAND-RICKY ROBERTS

14:50:40 Q. Was it as many as the initial 500?
14:50:45 A. I would tend to think so.
14:50:46 Q. What makes you think that?
14:50:49 A. Just basically the way they were telling me, you know, it's moving in certain types of stores, ones that cater to producers and rap artists, they were letting me know that.
14:51:03 Q. Did they tell you any particular stores where Funky Drummer Volume II was moving as you said?
14:51:09 A. No.
14:51:10 Q. By moving you mean sales?
14:51:11 A. Yes.
14:51:14 Q. So they didn't give you any specific information about what stores sold Funky Drummer Volume II; is that right?
14:51:23 A. Correct. Nor did I ask.
14:51:25 Q. Did you have other than the initial order of 500 and the one reorder, did you have any other sales of Funky Drummer Volume II to Indi Distribution?
14:51:45 A. I don't remember. There very

## Page 210

```
14:51:45  1        BLAND-RICKY ROBERTS
14:51:52  2   well may have been, but I just don't remember.
14:52:06  3        Q.   If you had to get that, sorry
14:52:06  4   -- strike that.
14:52:14  5             Do you know where that
14:52:17  6   information would be other than your memory?
14:52:23  7        MR. CHIN: Objection.
14:52:25  8        A.   No.
14:52:25  9        Q.   So the 500 initial order and
14:52:33 10   the one additional reorder that you recall,
14:52:38 11   those numbers are based solely on your memory;
14:52:42 12   is that right?
14:52:42 13        MR. CHIN: Objection. You can
14:52:44 14   answer.
14:52:52 15        A.   Yes.
14:52:53 16        Q.   Did you sell less than 1,500
14:52:59 17   copies of Funky Drummer Volume II to Indi
14:53:04 18   Distribution?
14:53:04 19        MR. CHIN: Objection. You can
14:53:05 20   answer.
14:53:05 21        A.   I don't know. I don't
14:53:06 22   remember.
14:53:07 23        Q.   Okay. On Pearl One Stop that
14:53:21 24   is a distributor; right?
14:53:23 25        A.   Uh-huh.
```

## Page 211

```
14:53:23  1        BLAND-RICKY ROBERTS
14:53:24  2        Q.   They are in Brooklyn?
14:53:25  3        A.   Yeah. They were in Brooklyn.
14:53:27  4        Q.   Are they out of business now?
14:53:29  5        A.   I believe so.
14:53:37  6        Q.   Does Pearl One Stop distribute
14:53:40  7   to retail stores?
14:53:41  8        A.   Yes.
14:53:41  9        Q.   Where are retail stores that
14:53:43 10   Pearl One Stop distributes to or distributed
14:53:46 11   to?
14:53:46 12        A.   All over the country.
14:53:48 13        Q.   In every state in the U.S.?
14:53:55 14        A.   I can't answer that, I don't
14:53:57 15   know.
14:53:57 16        Q.   Do you know what states Pearl
14:53:59 17   One Stop distributed to?
14:54:01 18        A.   No, I don't.
14:54:05 19        Q.   Did you sell copies of Funky
14:54:07 20   Drummer Volume II to Pearl One Stop?
14:54:09 21        A.   Yes, I did.
14:54:11 22        Q.   How many copies did you sell to
14:54:13 23   them?
14:54:22 24        A.   I don't know the exact number,
14:54:24 25   but I do know that I delivered Records to them
```

## Page 212

```
14:54:24  1        BLAND-RICKY ROBERTS
14:54:28  2   three or four times and in a box that
14:54:30  3   consisted of 50 Records. So I'm not sure of
14:54:34  4   the exact number. But I know I went there
14:54:37  5   three or four times.
14:54:40  6        Q.   When you say three or four
14:54:41  7   times, do you mean you went there with, we're
14:54:45  8   speaking of Funky Drummer Volume II?
14:54:47  9        A.   Correct.
14:54:50 10        Q.   So your best estimate would be
14:54:52 11   around 200 copies to Pearl One; is that right?
14:54:56 12        A.   150, 200.
14:54:58 13        Q.   Between 150 to 200.
14:55:00 14        A.   Uh-huh.
14:55:01 15        Q.   Okay. So less than 300?
14:55:02 16        A.   Yes.
14:55:08 17        Q.   Let's see, for Tiger
14:55:09 18   Distribution in parentheses there, we are
14:55:12 19   looking again at page Bates number 17, it's DX
14:55:17 20   8, it says there that in parentheses (Int'l)
14:55:26 21   that is international; is that right?
14:55:28 22        A.   Yes.
14:55:30 23        Q.   Tiger Distribution is a
14:55:32 24   distributor; right?
14:55:33 25        A.   Yes, it is.
```

## Page 213

```
14:55:33  1        BLAND-RICKY ROBERTS
14:55:34  2        Q.   Where does Tiger Distribution
14:55:42  3   distribute albums to?
14:55:51  4        A.   I would have to say to the
14:55:52  5   whole country. I know for sure they did
14:55:54  6   England, they did France, they did Germany
14:55:57  7   because I discussed that with them. And they
14:55:59  8   did Italy. Past that, I don't know.
14:56:12  9        Q.   Did Tiger Distribution
14:56:15 10   distribute to retail stores; is that right?
14:56:17 11        A.   As far as I know that is where
14:56:19 12   they sent Records.
14:56:20 13        Q.   Did they distribute Records in
14:56:23 14   the United States?
14:56:27 15        A.   I'm not 100 percent sure, I
14:56:29 16   don't know.
14:56:32 17        Q.   Did you sell copies of Funky
14:56:33 18   Drummer Volume II to Tiger Distribution?
14:56:35 19        A.   Yes.
14:56:38 20        Q.   How many copies did you sell to
14:56:39 21   them?
14:56:44 22        A.   About -- let's see, they took a
14:56:47 23   hundred each time. I went there a few times.
14:56:49 24   I don't know the exact number, but I know each
14:56:52 25   time they took a hundred. So they took two
```

a8995429-b478-486b-bd88-7a4882921656

```
                          Page 110
12:12:23  1         BLAND-RICKY ROBERTS
12:12:26  2    untested I would go with 1,000. But Ralph was
12:12:30  3    so emphatic, he believed, I said, okay, we
12:12:34  4    will go 1,500.
12:12:38  5         Q.  Just general information, when
12:12:39  6    you press a record, is there a minimum that
12:12:42  7    you have to have pressed, for example, you
12:12:45  8    couldn't go -- sorry, could you go and say I
12:12:48  9    want five copies of this, press the vinyl?
12:12:53 10         A.  I doubt if you would do that,
12:12:54 11    it is too expensive.
12:12:55 12         Q.  Was there like a minimum
12:12:58 13    threshold number for manufacturers?
12:13:02 14             MR. CHIN: Objection. You can
12:13:02 15    answer.
12:13:02 16         A.  For the manufacturer the
12:13:06 17    numbers that they quote when they give you
12:13:08 18    their pricing sheet start with like 100 or
12:13:11 19    500. So I would say that would be your
12:13:13 20    minimum, I would say.
12:13:15 21         Q.  Then the first pressing of
12:13:16 22    Funky Drummer II, you said it was 1,500
12:13:20 23    copies; right?
12:13:20 24         A.  Yes. Yes.
12:13:28 25         Q.  How many pressings of Funky
```

```
                          Page 111
12:13:28  1         BLAND-RICKY ROBERTS
12:13:29  2    Drummer II were made?
12:13:31  3         A.  There was three because of the
12:13:34  4    demand for the record.
12:13:39  5         Q.  So, how many copies of Funky
12:13:41  6    Drummer II were pressed?
12:13:43  7         A.  4,000.
12:13:45  8         Q.  So there was the first one of
12:13:46  9    1,500.
12:13:47 10         A.  Correct.
12:13:48 11         Q.  Then the second pressing?
12:13:49 12         A.  2,000.
12:13:52 13         Q.  Then the third pressing?
12:13:53 14         A.  500.
12:13:54 15         Q.  500. What is the time frame
12:14:05 16    between the first pressing and the last
12:14:07 17    pressing?
12:14:13 18         A.  A month, maybe. A month.
12:14:15 19         Q.  One month?
12:14:15 20         A.  Yeah. A month.
12:14:21 21         Q.  So, do you remember when Funky
12:14:23 22    Drummer II was first pressed?
12:14:25 23         A.  No.
12:14:34 24         Q.  Do you recall the year?
12:14:38 25         A.  No. But it was prior to going
```

```
                          Page 112
12:14:38  1         BLAND-RICKY ROBERTS
12:14:39  2    out of business.
12:14:43  3         Q.  How soon before going out of
12:14:44  4    business was Funky Drummer II pressed?
12:14:50  5         A.  I don't know.
12:14:54  6         Q.  Was it a year before?
12:14:56  7             MR. CHIN: Objection.
12:14:56  8         A.  I don't know.
12:15:17  9         Q.  Who decided how many copies of
12:15:18 10    Funky Drummer II would be pressed?
12:15:22 11         A.  I did.
12:15:23 12         Q.  Was anyone else involved in
12:15:24 13    that decision?
12:15:26 14         A.  No. It was mostly me. I mean
12:15:29 15    Ralph, you know, being excited about it, but I
12:15:33 16    made the determination.
12:15:34 17         Q.  For Funky Drummer II did you
12:15:36 18    receive an invoice from the manufacturer for
12:15:39 19    any of the three pressings?
12:15:44 20             MR. CHIN: Objection. You can
12:15:44 21    answer.
12:15:48 22         A.  I would assume so.
12:15:49 23         Q.  Okay.
12:15:50 24         A.  I just don't remember whether,
12:15:52 25    you know, it was the cash and carry as I
```

```
                          Page 113
12:15:52  1         BLAND-RICKY ROBERTS
12:15:55  2    stated earlier or if it was a situation -- I
12:15:57  3    would tend to believe there was a receipt
12:15:59  4    because I had to get with Ralph on costs.
12:16:06  5         Q.  Okay. What were the costs of
12:16:11  6    pressing the Funky Drummer II album?
12:16:14  7         A.  I don't know back then. I
12:16:16  8    couldn't tell you.
12:16:18  9         Q.  Do you have a sense, was it
12:16:24 10    charged per unit?
12:16:27 11         A.  Yes. It was a per unit price.
12:16:31 12         Q.  For 1,500 copies of the album
12:16:34 13    would it cost $8 per album?
12:16:37 14         A.  No.
12:16:38 15             MR. CHIN: Objection.
12:16:41 16    Objection. You can answer.
12:16:43 17         A.  No, it wouldn't have cost $8
12:16:45 18    per. I just don't remember what the pressing
12:16:46 19    price was then. It was like you always fought
12:16:49 20    to get the best price. So somewhere around
12:16:51 21    $1, $1.10, $1.15. In there.
12:16:59 22         Q.  You said you had to get with
12:17:01 23    Mr. Vargas regarding the costs; what do you
12:17:04 24    mean by that?
12:17:05 25         A.  Well, I would account to him
```

a8995429-b478-486b-bd88-7a4882921656

## Page 94

```
11:52:36  1           BLAND-RICKY ROBERTS
11:52:38  2       Q.  So, in that you would consider
11:52:40  3   yourself an innocent bystander?
11:52:42  4       A.  Yes. Innocent bystander.
11:52:46  5       Q.  Do you know who played the
11:52:48  6   tracks on Funky Drummer II?
11:52:54  7       A.  Who played the tracks.
11:52:56  8       Q.  Sorry, -- strike that.
11:52:57  9           We will go back. What
11:52:58 10   instruments were recorded on the Funky Drummer
11:53:03 11   II album?
11:53:05 12       A.  Ralph's drums again. Ralph's
11:53:07 13   drum set.
11:53:10 14       Q.  Who played the drums on those
11:53:12 15   tracks?
11:53:12 16       A.  Ralph. To my knowledge just
11:53:15 17   Ralph.
11:53:21 18       Q.  Who else was present at the
11:53:25 19   recording session of Funky Drummer II?
11:53:32 20       A.  To my recollection just Ralph,
11:53:34 21   myself and Carlos.
11:53:45 22       Q.  What was Carlos' role on the
11:53:46 23   Funky Drummer II album?
11:53:48 24       A.  To me, engineer.
11:53:54 25       Q.  Was his role different to
```

## Page 95

```
11:53:54  1           BLAND-RICKY ROBERTS
11:53:55  2   anyone else?
11:53:56  3       A.  To anyone else? Maybe to Ralph.
11:53:58  4       Q.  What did Ralph -- what was Mr.
11:54:06  5   Bess' role according to Ralph?
11:54:14  6       A.  That particular time I made
11:54:15  7   Ralph say strictly engineer.
11:54:18  8       Q.  Why is that?
11:54:20  9       A.  I don't believe in giving you
11:54:21 10   credit for something you didn't do. Because
11:54:29 11   to me if you can do something, you can do it.
11:54:35 12   Thus, you don't need me to boost on something
11:54:41 13   you didn't do say you did do.
11:54:43 14       Q.  Okay.
11:54:44 15       A.  That is just how I am. I don't
11:54:45 16   ask anybody put me down as executive producer
11:54:48 17   on your record if I didn't pay the bills or
11:54:50 18   coordinate the material or do the things
11:54:53 19   necessary to be deemed an executive producer.
11:55:00 20   So I didn't feel he should be anything other
11:55:02 21   than an engineer.
11:55:04 22       Q.  Was Mr. Bess credited for being
11:55:06 23   anything other than an engineer on Funky
11:55:08 24   Drummer II?
11:55:10 25       A.  I don't know.
```

## Page 96

```
11:55:10  1           BLAND-RICKY ROBERTS
11:55:28  2       Q.  If Mr. Vargas testified that
11:55:30  3   six hours in the studio were booked for Funky
11:55:33  4   Drummer I, would you have any reason to doubt
11:55:35  5   that?
11:55:36  6           MR. CHIN: Objection?
11:55:39  7       A.  If he testified to that?
11:55:40  8       Q.  Yes.
11:55:40  9       A.  Is that what he said?
11:55:42 10       Q.  Yes.
11:55:43 11           MR. CHIN: Objection.
11:55:44 12       Q.  That is what the question is.
11:55:46 13           MR. CHIN: Sorry, I thought
11:55:46 14   you were answering.
11:55:48 15       Q.  If Mr. Vargas were to say we
11:55:51 16   had six hours in the studio to record Funky
11:55:54 17   Drummer I, would you have any reason to doubt
11:55:57 18   him?
11:56:09 19           MR. CHIN: Objection.
11:56:10 20       A.  With me not knowing and not
11:56:11 21   remembering, I would tend to go with it. But
11:56:14 22   I don't know. I don't know that that's the
11:56:16 23   case.
11:56:17 24       Q.  If Mr. Vargas testified that
11:56:19 25   four hours in the studio were booked for Funky
```

## Page 97

```
11:56:19  1           BLAND-RICKY ROBERTS
11:56:21  2   Drummer II, would you have any reason to doubt
11:56:25  3   him on that?
11:56:31  4           MR. CHIN: Objection.
11:56:32  5       A.  Once again, not knowing.
11:56:44  6       Q.  If Mr. Vargas testified under
11:56:48  7   oath the total paid to the studio for Funky
11:56:50  8   Drummer II was around $500 to $600, would you
11:56:54  9   have any reason to doubt him?
11:56:56 10           MR. CHIN: Objection. You can
11:56:59 11   answer.
11:56:59 12       A.  No. I have no reason to doubt
11:57:06 13   him. He was there, if he remembers, he
11:57:06 14   remembers. I don't remember.
11:57:08 15       Q.  When Mr. Vargas pitched the
11:57:10 16   idea of the Funky Drummer series to you, did
11:57:12 17   he tell you a target audience for those, for
11:57:19 18   the Funky Drummer?
11:57:22 19           MR. CHIN: Objection. You can
11:57:22 20   answer.
11:57:23 21       A.  Yes.
11:57:24 22       Q.  Okay. What was that target
11:57:25 23   audience?
11:57:28 24       A.  The rappers, producers, people
11:57:32 25   who would utilize his beats to make songs.
```

## Page 98

BLAND-RICKY ROBERTS

People in a production capacity, I guess.

Q. So the target audience for the Funky Drummer album is not the music listening consumer; is that fair?

MR. CHIN: Objection. You can answer.

A. Fair.

Q. Did you ever hear Mr. Vargas play the tracks, the beats that were on Funky Drummer II, did you ever hear him play those before the recording session?

MR. CHIN: Objection. You can answer.

A. I don't remember. I don't remember.

Q. Okay. Were you present at any rehearsals that Mr. Vargas may have had before he went into the studio?

A. The term rehearsal? What do you mean.

Q. How would you define rehearsal?

A. I am not the one asking the question. I want to know how you define it.

Q. All right. I will ask a

## Page 99

BLAND-RICKY ROBERTS

different question. How would you define a rehearsal, if an artist said, Mr. Roberts, I am going to rehearse before I go into the studio to record these tracks, what would you take that to mean?

MR. CHIN: Objection. You can answer.

A. What I would take it to mean is that one would practice, if you would, what it is they plan on doing. Working out the kinks.

Q. Were you ever present when Mr. Vargas practiced the beats that he recorded for Funky Drummer II?

MR. CHIN: Objection.

A. I can't specifically say I was at a rehearsal. Other than the time he played the stuff for me that time and he said, you know, this is what I am talking about, man. Other than that time I've heard Ralph play a lot. And I can't tell you if that was a specific rehearsal for that next album series or if he was working on some stuff that he was going to use for a show, you know, because he still played with the band.

## Page 100

BLAND-RICKY ROBERTS

Q. Right.

A. I couldn't answer that. I don't know. I don't know. That is why I asked you about your definition of rehearsal.

Q. You said there was the one time when he said this is what I'm talking about and he played beats, that was before the recording session for Funky Drummer I?

A. Yes.

Q. Did he do -- did you have a similar interaction with him where he played beats and described what he wanted to do for Funky Drummer II?

MR. CHIN: Objection.

A. That, I don't remember.

Q. Do you remember when Funky Drummer I was recorded?

A. Dates?

Q. Yes.

A. No.

Q. Do you know an approximate year when Funky Drummer I was recorded?

A. '90-something. I don't remember exactly.

## Page 101

BLAND-RICKY ROBERTS

Q. Was it recorded before JBR Records went out of business?

A. Yes.

Q. That you said was approximately 1995?

MR. CHIN: Objection. That wasn't the time.

A. '95, '96.

Q. Okay. So was Funky Drummer I recorded before 1995, '96?

A. Yes.

Q. When was Funky Drummer II recorded?

A. Not long thereafter.

Q. When you say not long, about how long after Funky Drummer I was Funky Drummer II?

A. I don't know. Maybe eight months, nine months, something like that.

Q. Can you describe what lead to the second album Funky Drummer?

A. The success of the first one.

Q. When you say success, do you mean album sales?

## Page 314

```
17:39:12  1     BLAND-RICKY ROBERTS
17:39:15  2  retail sale in stores on the West Coast?
17:39:20  3        A.  No.
17:39:29  4        Q.  And Mr. Chin asked you about a
17:39:31  5  distribution fee paid to distributors.
17:39:33  6        A.  Yes.
17:39:35  7        Q.  Did that come out of, you said
17:39:40  8  earlier you received $8 per unit?
17:39:45  9        A.  Yes.
17:39:46 10        Q.  For Funky Drummer II?
17:39:50 11        A.  Uh-huh.
17:39:51 12        Q.  Did the fee paid to
17:39:52 13  distributors come out of that?
17:39:56 14        A.  No.  It was added on, remember,
17:40:07 15  as I stated earlier that was my wholesale
17:40:10 16  price.
17:40:11 17        Q.  Right?
17:40:11 18        A.  Whatever they added on for what
17:40:13 19  would be known as the list price.
17:40:15 20        Q.  Right. So you okay.  Got it.
17:40:20 21        MS. AHRENS:  I think I have no
17:40:21 22  further questions.
17:40:22 23        MR. CHIN:  No further
17:40:22 24  questions.
17:40:23 25        VIDEOGRAPHER:  Going off the
```

## Page 315

```
17:40:23  1     BLAND-RICKY ROBERTS
17:40:25  2  record.
17:40:25  3        MR. CHIN:  We are going to
17:40:26  4  read and sign.
17:40:28  5        VIDEOGRAPHER:  End of tape
17:40:29  6  number 4.
          7        (Time Noted: 5:40 p.m.)
          8
          9  _____
         10        BLAND-RICKY ROBERTS
         11
         12  Subscribed and sworn to before me
         13  this ____ day of _____, 2006.
         14
         15  _____
```

## Page 316

```
 1        BLAND-RICKY ROBERTS
 2  STATE OF NEW YORK  )  Pg__of__Pgs
 3                     ss:
 4  COUNTY OF NEW YORK )
 5     I wish to make the following changes,
 6  for the following reasons:
 7  PAGE LINE
 8  ___ ___ CHANGE: _____
 9          REASON: _____
10  ___ ___ CHANGE: _____
11          REASON: _____
12  ___ ___ CHANGE: _____
13          REASON: _____
14  ___ ___ CHANGE: _____
15          REASON: _____
16  ___ ___ CHANGE: _____
17          REASON: _____
18  ___ ___ CHANGE: _____
19          REASON: _____
20  ___ ___ CHANGE: _____
21          REASON: _____
22  ___ ___ CHANGE: _____
23          REASON: _____
24  ___ ___ CHANGE: _____
25          REASON: _____
```

## Page 317

```
 1     BLAND-RICKY ROBERTS
 2        CERTIFICATE
 3  STATE OF NEW YORK )
 4                    : ss.
 5  COUNTY OF NEW YORK )
 6     I, TAMMEY M. PASTOR, a Registered
 7  Professional Reporter, Certified LiveNote
 8  Reporter and Notary Public within and for the
 9  State of New York, do hereby certify:
10     That BLAND-RICKY ROBERTS, the
11  witness whose deposition is hereinbefore set
12  forth, was duly sworn by me and that such
13  deposition is a true record of the testimony
14  given by the witness.
15     I further certify that I am not
16  related to any of the parties to this action
17  by blood or marriage, and that I am in no way
18  interested in the outcome of this matter.
19     IN WITNESS WHEREOF, I have
20  hereunto set my hand this ____ day of
21  _____, 2006.
22
23  _____
24  TAMMEY M. PASTOR, RPR, CLR
25
```

Page 318

1  BLAND-RICKY ROBERTS
   E X H I B I T S
2  DESCRIPTION                    PAGE LINE
   (Defendants' Exhibit 18 for identification,
3  Distribution List, production numbers 000003.)
   ..................................... 167:6
4
   (Defendants' Exhibit 19 for identification,
5  11/9/05 Plaintiffs' Responses and Objections
   to Interrogatories, no production numbers.)
6  ..................................... 232:22
7  (Defendants' Exhibit 20 for identification,
   Roberts Verification, no production numbers.)
8  ..................................... 281:11
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

LEGALINK, A MERRILL CORPORATION
(800) 325-3376        www.Legalink.com

a8995429-b478-486b-bd88-7a4882921656