# EXHIBIT 10

Dockets.Justia.com



UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

----------------------------------x

RALPH VARGAS and BLAND-RICKY ROBERTS,

                    Plaintiffs,
                              Civil Action
                                 No.
         -against-           04CV 9772 (JCF)

PFIZER, INC., PUBLICIS, INC.,
FLUID MUSIC, EAST WEST
COMMUNICATIONS, INC. and
BRIAN Transeau p/k/a "BT",

                    Defendants

----------------------------------x
                    August 9, 2006
                    9:15 a.m.

         Videotaped Deposition of

IVAN A. RODRIGUEZ, taken by Defendants,

pursuant to Notice, at the offices of Kirkland

& Ellis, 153 East 53rd Street, New York, New

York, before TAMMEY M. PASTOR, a Registered

Professional Reporter, Certified LiveNote

Reporter and Notary Public within and for the

State of New York.

c5eeceb7-538e-407b-8231-18401767c818

1

2    A P P E A R A N C E S:

3        LAW OFFICES OF PAUL A. CHIN
         Attorneys for Plaintiffs
4            The Woolworth Building
             233 Broadway
5            New York, New York 10007

6        BY:  PAUL A. CHIN, ESQ.

7

         KIRKLAND & ELLIS
8        Attorneys for Defendant Brian Transeau
             153 East 53rd Street
9            New York, New York 10022

10

         BY:  JULIE AHRENS, ESQ.
11

              -and-
12

         DAVID S. OLSON, ESQ.
13       STANFORD LAW SCHOOL
             Crown Quadrangle
14           559 Nathan Abbott Way
             Stanford, California 94305-8610
15

16

17   ALSO PRESENT:

18       MATTHEW CHAVEZ, LegaLink Action Video

19

20

21

22

23

24

25

c5eeceb7-538e-407b-8231-18401767c818

1          IVAN A. RODRIGUEZ - CONFIDENTIAL
2                    VIDEOGRAPHER:  Here begins
3      videotape number 1 in the deposition of Ivan
4      A. Rodriquez in the matter of Ralph Vargas,
5      and Bland-Ricky Roberts versus Pfizer, Inc.,
6      et al. in the United States District Court,
7      Southern District of New York.
8                    Today's date is August 9, 2006.
9      The time on the video monitor is 9:13 a.m. The
10     video operator today is Matthew Chavez, a
11     notary public contracted by LegaLink Video
12     Solutions, San Francisco, California.  This
13     video deposition is taking place at Kirkland &
14     Ellis, 153 East 53rd Street, New York, New
15     York.
16                    Counsel, please voice identify
17     yourselves and state whom you represent.
18                    MR. OLSON:   David Olson with
19     Stanford Law School Center for Internet and
20     Society attorney on behalf of defendant Brian
21     Transeau.  With me is Julie Ahrens of Kirkland
22     & Ellis, attorney for defendant Transeau.
23                    MR. CHIN:   Paul Chin,
24     representing the plaintiffs Ralph Vargas and
25     Bland-Ricky Roberts.

c5eeceb7-538e-407b-8231-18401767c818

1          IVAN A. RODRIGUEZ - CONFIDENTIAL

2               VIDEOGRAPHER:  The court

3    reporter Tammey Pastor of LegaLink please

4    swear in the witness.

5               IVAN A. RODRIGUEZ,

6    residing at  167 West 81 Street Apartment 5C,

7    New York City, New York 10024, having been

8    first duly sworn by the Notary Public (Tammey

9    M. Pastor), was examined and testified as

10   follows:

11        EXAMINATION CONDUCTED BY MR. OLSON:

12        Q.    Good morning, Mr. Rodriquez.

13        A.    Good morning.

14        Q.    Before we get into the

15   substantive questions I am going to ask you

16   today, I just want to cover a little, ask you

17   a few questions and see what your familiarity

18   is with depositions and whatnot --

19        A.    Okay.

20        Q.    -- so we can make sure we are

21   all on the same page.

22        A.    Okay.

23        Q.    Have you been deposed before?

24        A.    No.

25        Q.    Have you ever served as an

1           IVAN A. RODRIGUEZ - CONFIDENTIAL

2   sampling I don't know why they came up with

3   the word sampling, basically you're just

4   recording something you like and repeating it

5   over and over.  That is what sampling means,

6   recording.

7           Q.     What can you sample from?

8           A.     Absolutely anything.  Anything

9   that produces audio can be sampled.

10          Q.     Do you have to have a copy of

11  the thing you want to sample from?

12          A.     It can be a copy.  It can be

13  live.  I can sample your voice as we speak.  I

14  can sample noises in the air.  Whatever the

15  source is.  You need the source in order to

16  sample it.

17          Q.     Without the source you can't

18  sample?

19          A.     You have nothing.

20          Q.     Why was sampling used so much

21  in the hip-hop industry?

22          A.     That is a great question.  I

23  guess my opinion is it was just the easy way

24  out.  I would think the first guy to really

25  suffer from that was James Brown.  The guy had

1          IVAN A. RODRIGUEZ - CONFIDENTIAL

2     no, we shouldn't sample, we shouldn't be

3     sampling?

4               MR. CHIN:  Objection.

5          A.    I couldn't do that because then

6     they would record somewhere else and the

7     studio would just go out of business.

8          Q.    Did you work on the EPMD song

9     we were just discussing?

10          A.    Yes, I did.

11          Q.    What was your work you did on

12    that song?

13          A.    I was engineer.

14          Q.    Where were you at when you did

15    the EPMD song?

16          A.    The EPMD song was recorded and

17    mixed in the C room of Power Play Studios.

18          Q.    Around when was that?

19          A.    I don't know the exact date.

20    Let me think.

21          Q.    Was it in the time '87 '95 when

22    you were working at Power Play Studios?

23          A.    Definitely, yes.

24          Q.    When we talk about sampling, it

25    is even possible to cut and paste individual

c5eecab7-538a-407b-8231-18401767c818

IVAN A. RODRIGUEZ - CONFIDENTIAL

1       notes from a sampled song and rearrange them;
2       isn't it?
3
4               A.      Yes.
5               Q.      Is it possible to cut and paste
6       individual strikes of a drum?
7               A.      Yes.
8               Q.      So if we talk about notes can
9       you cut and paste a whole note of a song?
10              MR. CHIN:  Objection.  You can
11      answer.
12              A.      Yes, you can.
13              Q.      I want to see how fine tuned it
14      can get, can you cut and paste a 1/2 note?
15              A.      Yes.
16              Q.      An 1/8th note?
17              A.      Yes.
18              Q.      How far down can you go?
19              A.      It is infinite.  To the very
20      last molecule of whatever sound is left.
21              Q.      When you were sampling, for
22      instance, at Power Play Studios and Music
23      Palace, what parts of the new material that
24      was being created did you use sampling to
25      create?

c5eeceb7-538e-407b-8231-18401767c818

1        IVAN A. RODRIGUEZ - CONFIDENTIAL
2            Q.    So everyone is being very
3    stoic.  I am sure someone must need a break by
4    now.  Why don't we go off the record and take
5    five to 7 minute break then come back.
6            A.    Fine.
7                  VIDEOGRAPHER:  Going off the
8    record.  The time is 10:59.  This is end of
9    tape number 1.
10                 (Recess taken.)
11                 VIDEOGRAPHER:  We are back on
12   the record.  The time is 11:07.  This is
13   beginning of tape number 2.
14           Q.    Mr. Vargas, is it correct you
15   had not met --
16                 MR. CHIN:   Rodriquez.
17           Q.    Sorry.  Let me start again.
18   Mr. Rodriquez, is it correct you had not met
19   Mr. Roberts before you met him in relation to
20   this case?
21           A.    Not that I can remember.
22           Q.    So, when did you first become
23   aware of -- let me backup.
24                 Are you aware of what is at
25   controversy in this case that you're

c5eeceb7-538e-407b-8231-18401767c818

1       IVAN A. RODRIGUEZ - CONFIDENTIAL
2   testifying in relation to today?
3           A.    Yes.
4           Q.    What is it?
5           A.    That your client sampled his
6   client's original composition and used it in
7   some sort of sale where it ended up in a
8   Celebrex commercial.
9           Q.    When did you first become aware
10  of the facts at issue in this case?
11          A.    I started to think back
12  yesterday.  I think some time April 2004 I
13  think I heard some mention of it.
14          Q.    Where did you hear a mention of
15  it?
16          A.    If I can recall, I think
17  Mr. Vargas said I might have a case, I can't
18  remember the exact wording, but it pertained
19  to he might need my testimony on a case.  He
20  wasn't sure the date.  Something to that
21  nature.  But he would bring me something at
22  some point and want me to do a test and
23  analysis.  Might have spoken about it maybe
24  twice briefly within two months before he
25  actually called me and said here is the thing,

c5eeceb7-538e-407b-8231-18401767c818

IVAN A. RODRIGUEZ - CONFIDENTIAL

this Cambridge Soundworks clock radio?

A.     Next to my sofa.

Q.     What did Mr. Vargas tell you

when he brought in the CD for you to listen

to?

A.     He came in with the CDs, he

said, Doc, this is a Celebrex commercial.  He

mentioned something about it.  I said I think

I have seen that on TV.

Then he said I believe that

some of the material within this is mine.  I

said really?  Okay.  Let me get the other CD.

I mean let me get the CD.  I put it in.  I

heard the Celebrex commercial straight

through.  I went back to his track.  I saw

resemblance but I needed to listen closer.  I

might have gone back three times.  By the

third time when I finished completely hearing

it, I said, yeah, that is your material.

Q.     What made you sure that is

Mr. Vargas' material?

A.     Because there is a certain feel

to live drumming.  Certain tone to it.  Though

I can tell it was somewhat manipulated I can

c5eeceb7-538e-407b-8231-18401767c818

1          IVAN A. RODRIGUEZ - CONFIDENTIAL
2     snare, he will go "dzoo-dzoo," he starts to
3     make you swing around.  That is called a
4     swing.   That is what the drummer does with his
5     body.  Soul drummers they tend to swing a
6     little.  It is the rhythm coming from their
7     bodies into the instrument.  Some rockers are
8     just like boom, straight power driving so the
9     guitar goes through.
10               With a drum machine you have to
11    really be tricky to get some sort of feel.
12    What I get from drumming from guys like Ralph
13    or guys of his caliber is that that soul, that
14    like that roll when you hear that roll.  If
15    you listen to the CD I gave in as evidence you
16    just can't question the roll.  It is so clear.
17    You can almost, it is almost as if he put his
18    hands on the thing and just went like that.
19    That's one of the things that distinguish it.
20    Another one the kicks and snares are like
21    identical.  That is what really made me say,
22    yeah, this is your material.
23               MR. CHIN:   Remember to go a
24    little slow.
25          A.    That is what timing correction

c5eeceb7-538e-407b-8231-18401787c818

1        IVAN A. RODRIGUEZ - CONFIDENTIAL

2   your own music?

3        A.     Stuff that I personally done I

4   have done my own personal sampling.  A lot of

5   my credit work is stuff the client might have

6   brought in with records.  Though at times I do

7   create my own kicks and stuff for particular

8   project.

9        Q.     You mentioned in your

10  declaration you use an MPC 300.  I was

11  wondering, first off, if that is the correct

12  name for it.  Is it 300 or 3,000?

13       A.     It is 3,000.

14       Q.     Okay.  I thought that might be

15  the case.  Would you consider that a drum

16  machine?

17       A.     I like the classic name drum

18  machine.  But that is what the letters MPC

19  stands for.  It is MIDI production center.

20       Q.     When Mr. Vargas came to you and

21  you played the CD, did you have any doubt as

22  to whether that was Mr. Vargas' music or drum

23  beat, rather, in the Celebrex commercial?

24       A.     When I first heard it, I knew

25  at some -- one way or another there were some,

c5eeceb7-538e-407b-8231-18401767c818

1           IVAN A. RODRIGUEZ - CONFIDENTIAL
2    if not all elements from his, but it was a
3    little difficult to tell it was a little
4    cloudy.  That is why I played it a few times.
5                 Then when I really got time to
6    listen to it, that is when I said I really
7    truly believe this is somehow associated to
8    you.  This is when I had the time to put it in
9    Pro Tools to analyze it, take time to work
10   with it.  That was a little review maybe 15
11   minutes.
12           Q.    At that point you were sure; is
13   that right?
14           A.    I was sure it was somehow
15   related, absolutely.
16           Q.    When you say somehow related
17   what do you mean?
18           A.    In that short period of time
19   you can't go here is what happened, here and
20   here.  That takes time.  You have to sit down
21   listen to it, break it down by bars, see where
22   the changes are.  I knew the tone of the
23   snare, the tone of the kick were the same
24   which means at minimum the individual
25   instruments were sampled.  The roll was the

c5eecab7-538e-407b-8231-18401767c818

1          IVAN A. RODRIGUEZ - CONFIDENTIAL

2     same.  The feel in the high hat area and

3     overhead area was the same.

4          Q.     So at this point when you

5     listened to it on your Cambridge Soundworks

6     clock radio you were sure Mr. Vargas' Bust Dat

7     Groove had been copied for the Celebrex

8     commercial; correct?

9               MR. CHIN:  Objection.  That

10    misstates his previous testimony.  If you want

11    to repeat you can repeat what you just said.

12    That is not a proper question.

13              MR. OLSON:   You can have your

14    objection, unless you are going to instruct

15    him not to answer.

16              MR. CHIN:   I am not

17    instructing him not to answer.  Just objection

18    to form.

19              MR. OLSON:   Madam court

20    report, can you read back my question.

21              MR. CHIN:   He is testifying,

22    not you, David.  The question you just

23    solicited yes and no answers are improper.

24              MR. OLSON:   No that is not

25    correct.  You can make your objections.

c5eeceb7-538e-407b-8231-18401767c818

1          IVAN A. RODRIGUEZ - CONFIDENTIAL
2                    (The pending question was
3      read.)
4              A.    Yes.
5              Q.    Did you have any uncertainty at
6      all?
7              A.    At that initial --
8              MR. CHIN:    Sorry, objection.
9              A.    At that initial points I had
10     yet to have figured out how it was done.  But
11     I knew it was done.  As a matter of fact I
12     remember turning around and saying that's your
13     stuff.
14             Q.    At that point you were certain?
15             MR. CHIN:  Objection.  Wait
16     until I get an opportunity to object.
17     Objection.  You can answer.
18             A.    I was certain.
19             Q.    You mentioned the drum roll was
20     one of the things that you found similar
21     between the two works; correct?
22             A.    I actually found it exact.
23             Q.    So when you listened at that
24     time were certain that the drum roll had been
25     copied; is that correct?

c5eeceb7-538e-407b-8231-18401767c818

1          IVAN A. RODRIGUEZ - CONFIDENTIAL
2                    MR. CHIN:  Objection.  You can
3     answer.
4          A.     At minimum.  At minimum the
5     drum roll.
6          Q.     How did you know that drum
7     roll, if it was copied, was copied from
8     Mr. Vargas' track instead of numerous other
9     tracks out there that have drum rolls?
10         A.     Are you asking on that day or
11    as I moved along?
12         Q.     Let's start with that day then
13    we can go beyond that.
14         A.     On that day I listened to it
15    over and over.  I believe eventually I put on
16    headphones, very, very high definition
17    headphones.  I have given them, I believe they
18    are AKG K240, they are very clean.
19         Q.     When you say eventually, you
20    mean at a later time when you listened to it?
21         A.     When I had myself a little
22    extra time I put my headphones on and listened
23    and I kept telling myself absolutely the same
24    song.  It moved around a little bit.  But in
25    my experience I personally moved around

c5eeceb7-538e-407b-8231-18401767c818

1       IVAN A. RODRIGUEZ - CONFIDENTIAL
2   records, I know how it is done.  The roll had
3   the same -- again, my wording might be
4   difficult because I am more into music, maybe
5   you're not.  But there is a certain life to
6   the roll.  It wasn't stiff.  It wasn't tiny.
7              I have seen folks listen to a
8   record and go, wow, I really dig this guy's
9   style, but I don't want to sample it.  So they
10  replay it.  I gave it a chance, tested it for
11  replaying.  I said maybe he replayed it.  When
12  I listened carefully for tone and feel I said
13  no, it is the same exact drum.
14         Q.    Is this as you were listening
15  to it on the Cambridge Soundworks clock radio?
16         A.    When I listened to it on the
17  radio I knew it was the same enough to where I
18  told him, okay, it is the same.  I previously
19  told him if it is not the same I am not
20  dealing with it.  I don't have time and energy
21  to deal with something that is not the same.
22  When it was he turned around and said, I knew
23  it.  I knew it.  I said, yeah, it is your
24  song.
25         Q.    Regarding the drum roll, are

c5eeceb7-538e-407b-8231-18401767c818

1          IVAN A. RODRIGUEZ - CONFIDENTIAL

2      you testifying that -- let me back up a

3      minute.  Let me just ask, could you tell that

4      the snare roll was not from a drum machine

5      based on listening to it?

6                    MR. CHIN:  Objection.

7              A.    Yes.

8              Q.    Could you tell the snare roll

9      was not a sample from some other drumming when

10     you listened to it?

11                   MR. CHIN:  Objection.

12             A.    Yes.

13             Q.    Is it your testimony that the

14     snare roll on Celebrex could only come from

15     Bust Dat Groove?

16                   MR. CHIN:  Objection.

17             A.    Yes.

18                   MR. CHIN:  You can answer.

19             Q.    Is it your testimony that no

20     one else -- is it your testimony that the

21     snare roll on the Celebrex commercial could

22     not be someone trying to play the snare roll

23     from Bust Dat Groove independently?

24             A.    No, they could not.

25             Q.    It had to be the exact snare

1          IVAN A. RODRIGUEZ - CONFIDENTIAL
2     roll copied from Bust Dat Groove; is that your
3     testimony?
4          A.    Yes.
5          MR. CHIN:  Objection.
6          Q.    So no other drummer could come
7     along and play the Bust Dat Groove snare roll
8     and have it record and that be what ended up
9     on the Celebrex commercial?
10         MR. CHIN:  Objection.  You can
11    answer.
12         A.    Not that particular roll.  A
13    drummer could do that roll.  But he would be
14    doing it on different drums with different
15    skins, different tuning, different
16    microphones, different environment, maybe in a
17    different state.
18         Q.    So it wasn't just the way the
19    drum roll was played that made you certain; is
20    that correct?
21         MR. CHIN:  Objection.
22         A.    That is correct.
23         Q.    Tell me all of the things that
24    made you certain it was the same snare drum
25    roll.

c5eeceb7-538e-407b-8231-18401767c818

1           IVAN A. RODRIGUEZ - CONFIDENTIAL
2      it, strikes?
3                MR. CHIN:  Objection.  This is
4      a sound engineer expert.  Is there a
5      particular reason -- he doesn't write music,
6      he didn't write the notes on this song.  Let's
7      narrow it down, David, please.
8                MR. OLSON:   You can make your
9      objections.  But I am going to ask my
10     questions.
11               MR. CHIN:   Let's go off the
12     record for a second.  Can we go off the record
13     for one second.  I just want to make one thing
14     clear.
15               VIDEOGRAPHER:  Going off the
16     record time is 12:04.
17               (Recess taken).
18               VIDEOGRAPHER:  We are back on
19     the record.  The time is 12:06.
20          Q.   Mr. Rodriquez, let me ask you,
21     please state the opinions you intend to
22     testify to at trial.
23          A.   I intend to testify and prove
24     that the composition Bust Dat Groove Without
25     Ride was sampled in its entirety, broken into

c5eeceb7-538e-407b-8231-18401767c818

1    IVAN A. RODRIGUEZ - CONFIDENTIAL

2    pieces and rearranged and put together to

3    create what I know as Aparthenonia, which was

4    then use in the production of the Celebrex

5    commercial.

6         Q.    Do you intend to testify as to

7    any other opinions?

8         A.    Just on the material and how it

9    was manipulated.

10        Q.    Do you plan to offer any

11   opinion as to whether or not Bust Dat Groove

12   Without Ride is original?

13        A.    My opinion is that it is, if

14   I'm asked, yes, it is original.  I will say

15   that.

16        Q.    Do you plan to offer testimony

17   as to an opinion as to whether or not the

18   Aparthenonia track could come from a source

19   other than Bust Dat Groove?

20        A.    I will testify it could not.

21        Q.    Do you plan to offer testimony

22   as to whether someone else could play the

23   snare roll in Bust Dat Groove Without Ride in

24   the Aparthenonia commercial?

25        A.    I will testify that while

c5eeceb7-538e-407b-8231-18401767c818

1            IVAN A. RODRIGUEZ - CONFIDENTIAL
2     someone can try, it would not be exact.
3            Q.    Do you read music?
4            A.    I do not read music.
5            Q.    Do you write music?
6            A.    I do not write music.
7            Q.    You testified about a musical
8     score earlier; correct?
9            A.    Refresh my memory.
10           Q.    Sorry, you mentioned earlier in
11    your testimony, you mentioned the term
12    "musical score," do you recall that?
13           A.    I did.
14           Q.    What do you mean when you say
15    musical score?
16           A.    I don't remember the statement
17    I made.
18           Q.    I just mean generally what does
19    that term mean to you?
20           A.    Musical score, well a score is
21    more so you can write a score for a movie.
22    Scoring on paper, scoring in a program.
23    Creating music and having a way to read it.
24           Q.    Have you ever seen drumming
25    parts of songs written out on a musical score?

c5eeceb7-538e-407b-8231-18401767c818

1          IVAN A. RODRIGUEZ - CONFIDENTIAL
2     Aparthenonia than the drummer that played it
3     on Celebrex -- I mean on Bust Dat Groove?
4          A.    You confused me a little bit at
5     the end.
6          Q.    Let me try to rephrase it more
7     clearly.  Is it possible that some drummer,
8     other than the one playing on Bust Dat Groove
9     is drumming the snare roll in the Celebrex
10    commercial?
11         A.    In my opinion, no.
12         Q.    Not possible?
13         A.    No.
14         Q.    Is it possible the snare drum
15    roll in the Celebrex commercial was created
16    using software or drum machine or some sort of
17    equipment other than a sample of Bust Dat
18    Groove?
19              MR. CHIN:  Objection.
20         A.    Not in my opinion.
21         Q.    Not possible?
22         A.    I can't say impossible.
23    Nothing is impossible.  But in my opinion, no
24    that's absolutely the record.
25         Q.    Would you say it would be

c5eeceb7-538e-407b-8231-18401767c818

1          IVAN A. RODRIGUEZ - CONFIDENTIAL
2    and put several snare strikes together to make
3    a snare drum roll?
4              A.    Yes, you could.
5              Q.    Are you familiar with
6    Propellerhead Reason?
7              A.    Yes I many a.
8              Q.    How are you familiar with it?
9              A.    It is part of every Pro Tool
10   setup everyone owns, it is one of the programs
11   thrown in with it.
12             Q.    So Propellerhead Reason comes
13   along with Pro Tools?
14             A.    Yes, it is like a freebee.
15   They throw it in.  They throw an adapted
16   version in it that lets you go but so far.
17   Then you can pay the balance and get the rest
18   of it.
19             Q.    Do you have a copy, do you own
20   a copy of Propellerhead Reason?
21             A.    I do believe it is inside my
22   computer.
23             Q.    Do you know if you have the
24   basic version or the version where you have to
25   pay for it?

c5eeceb7-538e-407b-8231-18401767c818

1        IVAN A. RODRIGUEZ - CONFIDENTIAL

2        A.    No.   Mine would be basic.   I

3    never updated because I don't use

4    Propellerhead.

5        Q.    Do you have an understanding of

6    what Propellerhead Reason is used for?

7        A.    It is a sequencer.

8        Q.    What do you mean by sequencer?

9        A.    It is a like a drum machine

10   MIDI production center inside a computer.   It

11   is the evolution of getting rid of the

12   instruments and having the entire thing inside

13   like a Mac.

14            So I personally don't use it

15   because I find it boring.   It becomes to a

16   point if you are not touching anything you are

17   really not producing music, you are just

18   looping stuff.   It is a sequencing program.

19            What that does, just like when

20   we are talking about the drums with the time

21   correction that also has time correction.   And

22   what that does is you connect the keyboard.

23   It is called the MIDI keyboard.

24            The MIDI keyboard lets you

25   control what's inside the computer.   Within

c5eeceb7-538e-407b-8231-18401767c818

IVAN A. RODRIGUEZ - CONFIDENTIAL

Reason you pull up different synthesizers.
You assign a certain channel to a synthesizer
and it will permit the keyboard to control
that synth.  Once you are ready to record,
whatever you play gets recorded into a
sequence.  So it is basically a big sequencing
program with different sound sources.

     Q.     Have you ever used the full
version of Propellerhead Reason, the pay
version?

     A.     No.

     Q.     Have you used the basic
version?

     A.     No.

     Q.     What's your familiarity --
strike that.

     Where does your familiarity
with Propellerhead Reason come from?

     A.     Well, not only because it is
promoted along with the Pro Tools and it is in
every magazine in the world, but a lot of the
up and coming producers that are more computer
based, they like live by it.

     Q.     But it is not something you

c5eeceb7-538e-407b-8231-18401767c818

1          IVAN A. RODRIGUEZ - CONFIDENTIAL
2    Aparthenonia then the sounds were sampled from
3    the record.  Because, again, here is the
4    variables, Reason is the same as any other
5    sequencing program.  It is just another
6    marketed product.  I am sure if I turn it on
7    tomorrow I can play with it like anything
8    else.  I just choose not to because it doesn't
9    impress me.
10              But it is not within itself, it
11   is not the only program.  Everyone, Apple's
12   Logic does it.  Everyone does sequencing.  As
13   a matter of fact Pro Tools has its own, people
14   just choose to not turn Pro Tools on, turn on
15   Reasons, use what is in it which I don't like
16   because you are limited to what is in it.
17   Whatever they give you, whatever you buy.
18   Then you import.
19              So my lack of knowledge is by
20   choosing, it is not because I don't know how
21   to use it.  I am sure if I turn it on it won't
22   be that difficult to use.
23        Q.   Okay.  Even with your lack of
24   familiarity with Reason, are you certain that
25   Aparthenonia could not have been created using

c5eeceb7-538e-407b-8231-18401767c818

1           IVAN A. RODRIGUEZ - CONFIDENTIAL
2    Reason without sampling Bust Dat Groove?
3           A.    I believe it was not used
4    without sampling.
5           Q.    Are you certain?
6           A.    As certain as I can be.
7           Q.    I want to make sure I
8    understand what as certain as you can be means
9    if you had to assign a percentage to that what
10   would that be?
11          A.    98.
12          Q.    Are you also certain that
13   Aparthenonia could not have been made using
14   some other software or tools without also
15   sampling Bust Dat Groove?
16          A.    I believe it was used making
17   software, but it was not made without the use
18   of the record.
19          Q.    Your testimony will be that to
20   create Aparthenonia Bust Dat Groove must have
21   been sampled and used?
22          A.    That is my testimony.
23          Q.    Have you ever been accused of
24   sampling without permission?
25          A.    No.

c5eeceb7-538e-407b-8231-18401767c818

1            IVAN A. RODRIGUEZ - CONFIDENTIAL
2      letter?
3            A.      I believe the lawyer, I had not
4      met this gentlemen Mr. Samuel.  I only spoken
5      with Ralph.  He needed some idea who I was,
6      what I do and what I felt about the case.
7      That is why I kind of speak to him a little
8      bit about myself.  I gave him information on
9      my credentials.  If I were to give you my full
10     credentials it would be like one of those
11     contracts, I literally did thousands of
12     records.  It is boring to continue.  I usually
13     give you top ten.  I said, look, I give you
14     top ten, these are all legendary records, so
15     you know what I have done.
16                Then I explain to him what I
17     see, what I tested, what I believe to be true.
18     Then I told him what I could do with it.
19     After this letter was when I told Ralph if you
20     want I can even break it down and actually
21     show you how he did it.  In front of a jury
22     live, no processing, no nothing just the
23     record and his.  That's how you have the CD
24     you have.
25                MR. OLSON:   Can we go off the

1     IVAN A. RODRIGUEZ - CONFIDENTIAL

2   believe I haven't gone back since.

3          Q.     When you say you brought the

4   evidence and explained everything to him with

5   a radio and everything, what do you mean with

6   a radio?

7          A.     This music stuff is not as

8   concrete as numbers or letters.  I explained

9   to him as if he was a novice.  I said you

10  don't have to think as a lawyer, just listen.

11  Here is what this person did, here is the

12  original one.  I am going to show you how he

13  did it.

14          Then I played the CD.  You have

15  an explanation within my declaration of how he

16  did it.  That is why I said you hear this

17  kick, this is ours, this is his, this is his.

18  As it all came together he was able to see the

19  picture that I saw.  So I broke the entire

20  process down to him so he could understand how

21  it was that the record was originally

22  manipulated.

23          Q.     When you say how he did it, do

24  you mean how the defendant Brian Transeau did

25  it?

c5eeceb7-538e-407b-8231-18401767c818

1       IVAN A. RODRIGUEZ - CONFIDENTIAL
2  infringement and that other person said there
3  wasn't infringement?
4       A.    No.  No.
5       Q.    So when you went, you just
6  testified you went to Mr. Chin's office.  At
7  that point had you done the more fulsome
8  analysis that is reflected in your declaration
9  in this case?
10      A.    No.  Initially it was, I
11 discussed with him what I felt about the
12 music.  I explained to him there were a couple
13 of options on how to prove it.  The first
14 option I asked for which at the time I
15 understood was unavailable, I asked for the
16 master recordings.
17      Q.    Master recordings of what?
18      A.    Of Aparthenonia and/or
19 Celebrex.  Because that will isolate
20 everything.  It will show how it was done.
21 Mr. Chin explained to me it was unavailable.
22 I said then I can also within the record and
23 reproduced commercial or whatever it may be, I
24 can show you how he did it with absolutely no
25 DSP so no one can claim it was manipulated

IVAN A. RODRIGUEZ - CONFIDENTIAL

other than the way it was done originally.

Then I also said as a matter of fact, I can do what I do in the CD live in front of a jury.  Those were the discussions we had.  I went and did my part.  Brought it back to him.  And he had it from there.

Q.    Have you been paid for your work in this case to date?

A.    To date?

Q.    Yes.

A.    Yes, I have.

Q.    Who has paid you?

A.    I believe I got paid from Mr. Vargas either Mr. Vargas or I got a check in the mail.  It has been so long I can't remember.

Q.    Have you drawn up invoices with your time worked and submitted those?

A.    Yes, I have.

Q.    Do you have copies of those invoices?

A.    No, I do not.

Q.    You didn't keep any copies?

A.    They may still be in my

c5eeceb7-538e-407b-8231-18401767c818

1      IVAN A. RODRIGUEZ - CONFIDENTIAL
2  live.  You would know it wasn't a drummer.
3          Q.     Even if you used samples of
4  live drumming?
5          A.     It is not just samples, it is
6  the processing, the way you program it.  The
7  way it comes across that is what I mean by
8  saying there are so many variables it is not
9  like two cakes, it is each individual cake is
10 different.  I can't reproduce that cake
11 without real ingredients.
12         Q.     But your opinion is
13 Aparthenonia is a result of digitally moving
14 pieces of Bust Dat Groove around; correct?
15         A.     It is my opinion the record was
16 taken, sampled, either as a whole or in
17 pieces, then broken down, created, rhythm
18 created then roll was moved to the tail versus
19 the top.  Then you have yourself a record.
20 But to me, in my profession and totally honest
21 opinion, that record was, as we say, flipped
22 around.
23             Before I could commit to it
24 that is when I told Mr. Chin I will prove it
25 to you.  Then I did it.  When I gave him the

c5eeceb7-538e-407b-8231-18401767c818

1        IVAN A. RODRIGUEZ - CONFIDENTIAL
2   CD he couldn't tell me which was the real one
3   which was Ralph's and which was the other
4   gentleman.  The properties are so true nobody
5   can tell it flanged.  Anybody will tell you
6   even little kids when they want two DJs live
7   they play the two records at the same time.
8   They play the same records at the same time.
9   It is called flanging.  That can only happen
10  when the two items are totally identical.
11              I had that happening with
12  Aparthenonia and the edited Bust Dat Groove
13  you have one on left speaker, one on right. I
14  kind of broke it down pretty much as simply as
15  possible as opposed to try to muddy it up with
16  a bunch of graphs.  Some stuff is very
17  difficult.  This is so airy, so open.  It is
18  crystal clear to me.
19          Q.    You say flanging, what is it
20  that causes flanging when you play the same
21  song at the same time?
22          A.    When you play the same sections
23  of the same song or same bass or same horns,
24  even two crash cymbals, if they are absolutely
25  identical and put adjacent to each other they

LegaLink, A Merrill Communications Company    (800) 869-9132

c5eeceb7-538e-407b-8231-18401767c818

1                IVAN A. RODRIGUEZ - CONFIDENTIAL
2     will get right to a point where the two
3     frequencies start to cross.  If something had
4     tone that went "woo-woo," it will go "woo-woo"
5     you will hear a little dance move in it.  That
6     is called flange.  That is such a great effect
7     they actually make that effect now you can buy
8     that in a rack and put it on a guitar or
9     something.  That was initially caused by two
10    of the same objects taking up the same space.
11               So to be able to get Bust Dat
12    Groove in its edited form to flange with
13    Aparthenonia is absolutely incredible because
14    I didn't process Bust Dat Groove.
15    Aparthenonia has been edited and processed.
16    There is DSP on Bust Dat Groove -- I mean
17    there is DSP on Aparthenonia there is none on
18    Bust Dat Groove.  Therefore you see the slight
19    differences in the graph.
20               Q.    There is no DSP on original
21    Bust Dat Groove or on your version of it?
22               A.    On the reedited version.
23    Because Bust Dat Groove was taken and
24    basically flipped around.  In order to show
25    what the defendant did, I took the same exact

c5eeceb7-538e-407b-8231-18401767c818

1       IVAN A. RODRIGUEZ - CONFIDENTIAL

2   record. Took a couple hours to see variations

3   to see what it did. Because if you do it the

4   wrong way it won't work. It was done a

5   specific way. Then the rhythm is true. It is

6   almost as if it is a live drummer on the

7   reedited Bust Dat Groove. It almost sounds

8   like he played it that way. That is how close

9   he edited the pieces. Then when I put them

10  together they actually started to flange.

11       Q.    You said you didn't use digital

12  signal processing that is why there wasn't

13  perfect flange; is that right?

14       A.    No. That's why if you look at

15  your graphs, the graphs your experts have

16  given you in the past, post my declaration, I

17  clearly state in my declaration that what

18  keeps the two pictures basically from being

19  the same picture is that when Aparthenonia was

20  put together, it was put together

21  professionally. It was put together. Then it

22  was equalized. Then you add the DSP. The

23  processing on the snare. A little bit on the

24  hat. Something to give it that little airy

25  feeling so it has a live feel. I didn't do

1          IVAN A. RODRIGUEZ - CONFIDENTIAL
2     nonidentical graphs --
3                    MR. CHIN:  Objection.
4          Q.      -- your testimony is that you
5     could bring them to or very near identical by
6     adding digital signal processing?
7          A.     Correct.  That is my testimony.
8          Q.     When you listen to your edited
9     version of Bust Dat Groove and Aparthenonia
10    you can hear some difference; correct?
11         A.     There is some ambiance missing,
12    that is the difference you are hearing,
13    ambiance meaning roominess, air from DSP.
14         Q.     But is it your testimony the
15    actual drum sounds are exactly the same?
16         A.     Yes, that is my testimony.
17         Q.     Would we be able to hear that
18    if we played both?
19         A.     Absolutely you will.  They are
20    on the CD we gave you.
21         Q.     They should sound exactly the
22    same?
23         A.     Not only do they sound the
24    same, you have them visually.  I actually
25    tracked each kick and snare from both tracks

c5eeceb7-538e-407b-8231-18401767c818

1           IVAN A. RODRIGUEZ - CONFIDENTIAL
2    so you can hear texture on both.
3           Q.    Have you looked at the
4    declaration by Rhys Moody and waveform
5    analysis by him as part of preparing your
6    declaration; correct?
7           A.    Yes, I did.
8                        (Defendants' Exhibit 25
9    for identification, declaration of Rhys Moody,
10   no production numbers.)
11          Q.    I am handing you a copy of what
12   has been marked Defendant's Exhibit 25.  Do
13   you recognize this?
14          A.    Yes, I do.
15          Q.    What is this?
16          A.    This is Mr. Moody's
17   declaration.
18          Q.    Is this a true and accurate
19   copy of the declaration as you reviewed it
20   before, the best you can tell?
21          A.    Yes, it is.
22          Q.    At the back you will see there
23   is Exhibit A which is a waveform analysis.  Is
24   that Mr. Moody's waveform analysis you
25   referred to in your declaration?

c5eeceb7-538e-407b-8231-18401767c818

1          IVAN A. RODRIGUEZ - CONFIDENTIAL

2     is different, that is not reverb.  If you say

3     that is too dry, reverb, that is another DSP.

4     If you want compression, if you want limiting,

5     gating, these are all different types of

6     process.

7                    So it can't be stated one DSP,

8     it depends on what you're talking about, what

9     setting, that is where the master comes in.

10    All that is determined by the master.

11         Q.    Do you know if it is possible

12    to create music using Propellerhead Reason and

13    have it just record without a master?

14              MR. CHIN:  Objection.

15         A.    Once you do a creation and you

16    end, that is a master because if not it

17    wouldn't playback.  The only way it plays back

18    because it records all these events and

19    information into a sequencer.  So, by not

20    recording would be like writing in the wind,

21    it would disappear.

22         Q.    Whatever you record when you're

23    done making your music that is what you call a

24    master; right?

25              MR. CHIN:  Objection.

c5eeceb7-538e-407b-8231-18401767c818

1             IVAN A. RODRIGUEZ - CONFIDENTIAL

2             A.    And that is what you store.

3    You click file, save as.  Maybe Aparthenonia

4    draft 1.  You store that.  The master never

5    disappears, then you reopen it when you over

6    dub which is let me open up another track, let

7    me add this.

8             But were you not to hit that

9    record button, then you're just playing live.

10   Then there is no master.  But for it to be

11   able to be played back, that is a master, that

12   is a session, a file.

13             Q.    How many tracks would that kind

14   of master store?

15             A.    Like Propellerhead?

16             Q.    Yes.

17             A.    Minimum 32 tracks, maybe more.

18   Depends on the CPU power.  You are limited by

19   your equipment.

20             Q.    Are you familiar with the

21   terms --

22             MR. CHIN:  Sorry.  Tracks, are

23   we talking about number of songs? Or are we

24   talking about the recording capability one

25   track for the drum, one track for the bass?

c5eeceb7-538e-407b-8231-18401767c818

1             IVAN A. RODRIGUEZ - CONFIDENTIAL

2             Q.    I am about to ask a question I

3    think will clarify that.  Are you familiar

4    with the terms 8 track master, 16 track

5    master, etc.?

6             A.    Yes, I am.

7             Q.    What does that mean?

8             A.    8 track master means that you

9    have a maximum of 8 physical tracks.  Were it

10   to be tape or were it to be hard drive

11   systems.  You have two things in that.  You

12   have virtual and you have physical.  Physical

13   are things you use vocals, if a person is

14   playing a live instrument, a violin or

15   something it requires physical space to stand.

16             Virtual which is Propellerhead,

17   Propellerhead runs certain virtual

18   instruments, it records the information you're

19   playing but uses less CPU power.  So an 8

20   track master means you have 8 tracks.

21             16 track master means you have

22   16.  16 slots, usually kick, snare, hi-hat

23   kick, bass, crash.  Usually 16 instruments,

24   that is what a multitrack is.

25             Q.    The term when you use "tracks"

c5eecab7-538e-407b-8231-18401767c818

1             IVAN A. RODRIGUEZ - CONFIDENTIAL
2       in that context, can you also use the term
3       "channels?"
4             A.      You can.  I tend as an engineer
5       to call the physical item a track.  It is just
6       a chunk of memory.  It is not a channel tool
7       you put your finger on a strip.  That is a
8       channel strip.
9             Q.      A channel is something coming
10      into the track; is that right?
11            A.      A channel what actually
12      controls audio.  If you were to look at an old
13      song they use 2 inch tape.  That 2 inch tape
14      sustains 24 tracks.  When you pull that tape
15      off it is still tracks.  When you put it on
16      the machine say I want to hear it, you see 24
17      needles, when you push faders up now you're
18      talking about take me to channel, let me hear
19      channel 8, let me hear channel 3.  You raise
20      the channel.
21                  Otherwise engineers call the
22      multi, the master, we call it a multi because
23      it is multitrack.  The multi is always
24      considered the master, the multimaster.
25            Q.      When you go to production on

c5eeceb7-538e-407b-8231-18401767c818

1          IVAN A. RODRIGUEZ - CONFIDENTIAL
2     say an album, that is done in a 2 track
3     format; is that right?
4          A.     The multitrack is mixed down to
5     a 2 track format.  2 track format is usually
6     handed to the A&R.
7          Q.     2 track format when it is mixed
8     down to that what do you call it?
9          A.     2 track.  Engineers give me 2
10    track, give me instrumental 2 track.  Means
11    stereo.  Only thing will be format, half inch,
12    quarter inch, DVD, whatever the record label
13    requests.
14         Q.     Using 2 track in that context,
15    based on your professional experience and
16    knowledge, is it possible to use programs like
17    Propellerhead Reason and record your master as
18    a 2 track?
19         A.     That a confusing question
20    because record your master to 2 track, when
21    you say master, do you mean multitrack master
22    already done?
23         Q.     When you say you're making your
24    music then you record for the first time so it
25    not just going off in the wind, do you recall

c5eeceb7-538e-407b-8231-18401767c818

1           IVAN A. RODRIGUEZ - CONFIDENTIAL
2       listening to the 2 tracks; is that right?
3                A.     Yes.
4                Q.     You don't have any personal
5       knowledge of who created Aparthenonia;
6       correct?
7                A.     I do not, no.
8                Q.     You don't have any personal
9       knowledge of what equipment was used to create
10      Aparthenonia?
11               A.     No, I do not.
12               Q.     You don't have any personal
13      knowledge of when Aparthenonia was created?
14               A.     No, I do not.
15               Q.     You don't have any knowledge of
16      the order of the steps that were taken to
17      create Aparthenonia?
18               A.     No, I do not.
19               Q.     You don't have any personal
20      knowledge of -- strike that.
21                      Do you have any personal
22      knowledge that the person who created
23      Aparthenonia had access to Bust Dat Groove;
24      correct?
25                      MR. CHIN:  Objection.

1          IVAN A. RODRIGUEZ - CONFIDENTIAL
2          A.     I assume he did.  Because I
3   assume the song from my study shows it came
4   from a vinyl record.  I couldn't say.  I don't
5   know.  Someone had that record inside that
6   house or studio or whatever.
7          Q.     That assumption is based on
8   what?
9          A.     On me knowing the two songs
10  come from the same source.
11         Q.     That is based -- you know that
12  based on similarity?
13         A.     Almost to exact.  Similarities.
14         Q.     Other than the listening and
15  analysis you describe in this declaration, is
16  there any other basis for your assumption
17  whoever created Aparthenonia had access to
18  Bust Dat Groove?
19         A.     No, that's it.
20         Q.     Do you assume the person must
21  have had access to the vinyl Bust Dat Groove?
22         A.     It could have been a CD.
23  Someone could have burned it to CD and shared
24  it.  But they had to have access to the
25  original source material which would be the

c5eeceb7-538e-407b-8231-18401767c818

1        IVAN A. RODRIGUEZ - CONFIDENTIAL
2   sound, the audio.
3        Q.    You don't know what if any
4   studio Aparthenonia was created in; correct?
5        A.    I do not.
6        Q.    You never went to any studio
7   where Aparthenonia was being created?
8        A.    I did not.
9        Q.    Have you ever met the defendant
10  Brian Transeau?
11       A.    No.
12       Q.    You never talked to him?
13       A.    No.
14       Q.    Do you know who he is?
15       A.    Yes.
16       Q.    How do you know who he is?
17       A.    I have seen him in magazines.
18       Q.    Do you understand him to be a
19  musician?
20       A.    A musician, producer type.
21       Q.    What have you seen him in
22  magazines for?
23       A.    He was speaking about his
24  opinions on something on how to make records
25  or something in a publication called EQ

1          IVAN A. RODRIGUEZ - CONFIDENTIAL
2     definition, I am positive as far as I'm
3     concerned Aparthenonia and then Celebrex came
4     from the creation of this record.
5          Q.    Would it change your opinion if
6     the facts showed that whoever created
7     Aparthenonia did not have access to, physical
8     access to Bust Dat Groove?
9               MR. CHIN:  Objection.
10         A.    It would only if whatever
11    source material he used was used by someone
12    that used this to create that source material.
13    I believe whatever the source material came
14    from, it came from this.  Someone sampled this
15    and either the defendant either he used it or
16    he used it from collection where someone got
17    it from here.  But this record was absolutely
18    used throughout that.
19         Q.    So, you don't have direct
20    opinion as to whether Brian Transeau directly
21    sampled Bust Dat Groove; is that right?
22              MR. CHIN:  Objection.
23         A.    I cannot answer that because I
24    was not in the studio.
25         Q.    Your opinion is just that

1          IVAN A. RODRIGUEZ - CONFIDENTIAL

2    someone sampled Bust Dat Groove and it ended

3    up being in Aparthenonia; is that right?

4                    MR. CHIN:  Objection.

5          A.     That's my opinion, this record

6    is inside Aparthenonia.  At some point

7    somebody did it.

8          Q.     Could Propellerhead Reason

9    contain a sample or bits of samples from Bust

10   Dat Groove?

11         A.     That would be highly unlikely.

12   That is the reason we asked for the master so

13   long ago before we went into this just to give

14   him the benefit of the doubt.  Because it is

15   not common, a company as big as Propellerhead

16   don't make mistakes like that often, though

17   they have happened in the past.  Not in a long

18   time.

19                    So I couldn't say it unless I

20   was given the material and told this is the

21   section, these are the presets I used.  When I

22   listen to them I can tell you.  We would know

23   it was pulled prior to that.  But none of that

24   material was made available to me.  So I can

25   only make a conclusion from what I got here

1      IVAN A. RODRIGUEZ - CONFIDENTIAL

2 and what I got from the original recordings

3 without any other evidence, for me it is 100

4 percent it was this.

5      Q.     When you say large companies

6 don't usually make mistakes like that, do you

7 mean mistakes like using samples without

8 clearing them?

9      A.     Correct.

10      Q.     But you have heard of occasions

11 where they did make those mistakes?

12      A.     Just one, there was one where I

13 thought, and anyone else in the music business

14 thought it was absolutely ridiculous, it was

15 the Roland Music Company. They have been

16 around for God knows how many years, they make

17 fantastic equipment. In the last 15 years or

18 so they get their little endorsements from DJs

19 and hip-hop kids because hip-hop is a huge

20 market. So they sell all sort of

21 synthesizers, the synthesizers have stock sets

22 for options. You can buy a strings card, it

23 will be a string ensemble, you can buy an

24 orchestration card, they invented hip-hop

25 card. The hip-hop card was simply blatant

c5eeceb7-538e-407b-8231-18401767c818

1          IVAN A. RODRIGUEZ - CONFIDENTIAL
2    pads, I kept it on the top 2 so I don't touch
3    it when I am working down here.
4               Any time I want to refer to it
5    I tap it and listen to the commercial.  Mostly
6    initially I focused on Aparthenonia because I
7    knew that was the base track.  I had already
8    known when I tested those two they were
9    absolutely exact.  No question about it.
10   Aparthenonia was Celebrex.  It was what was
11   used as the bottom track on Celebrex. Then I
12   said, okay, let me focus on this.
13          Q.    Did you know that because you
14   had been told that as part of this litigation?
15          A.    Because I listened to it.
16   Because I knew even when I had agreed to take
17   the case on, I knew there was some movement,
18   movement discrepancies, that is why I said I
19   have to decipher it, I have to break it down.
20          Q.    What is a movement discrepancy?
21          A.    There was a movement within the
22   loops.  You can tell something that happened
23   here happened here, but they weren't in the
24   same spot.  It was moved there was discrepancy
25   in the movement and movement of samples that's

1          IVAN A. RODRIGUEZ - CONFIDENTIAL
2    why I didn't just give them a CD with two
3    things.  I said let me break it down.  I will
4    figure out exactly what was necessary for the
5    defendant to do to make this work like this.
6    Because it wasn't that simple.  It wasn't a
7    simple ABC.
8          Q.    So you had to digitally edit
9    and move things around to make Bust Dat Groove
10   sound like Aparthenonia; is that right?
11         A.    Essentially, but I had to edit
12   the pieces that were used to fit in properly.
13   You didn't just sample something, just tap it.
14   There is a certain rhythm to what Mr. Vargas
15   did.  Most of it is kept in the reedited
16   version which is Aparthenonia.  Most of that
17   feel is there.  So if you don't edit it right
18   and check the sections it doesn't fall in
19   place.  Which means it took time to edit it
20   properly.
21               So what I did was studied
22   Aparthenonia, I studied the changes, I can
23   hear the changes within the song myself by
24   listening.  Then I said, okay, I know what he
25   did here.  I would take that section.  You

c5eeceb7-538e-407b-8231-18401767c818

1    IVAN A. RODRIGUEZ - CONFIDENTIAL

2    basically hear the left speaker 5 seconds

3    playing here only 2, but when these two play

4    they flange, so you know that section was

5    there.

6              Then I took the drum roll which

7    is at the top of Mr. Vargas' song, toward the

8    top, the defendant used it at the tail rolling

9    into a 1 coming back down into 1.  When I

10   played it again it flanged.  All I had to do

11   was put the other pieces right from the same

12   record where he put them and it was almost the

13   exact other than the reverb.

14             Q.    Is it ever the case that

15   different drumming tracks can be played

16   together and they will flange at some point?

17             A.    Maybe if they are in the same

18   region, maybe if they are both 60 hertz kicks,

19   kicks in the 40 hertz, kicks that are really

20   deep.  It would be, like, it would be so

21   small, it would be, oop, it wouldn't flange

22   running through it.  You get that point where

23   maybe the kick just touches frequency.  It

24   would go "wooo," then you would hear it keep

25   going versus the song continuing to flange as

IVAN A. RODRIGUEZ - CONFIDENTIAL

1   it keeps going which means more elements are

2   the same.

3          Q.    Could it be the case of all the

4   snare drum rolls out there you could find two

5   snare drum rolls that if you adjusted the

6   timing and put them right together they would

7   flange?

8          A.    You might be able to get

9   something, but it still wouldn't be definitive

10  only because they have to share something.

11  Have to share something, something within the

12  sound has to be the same for that flange to

13  really truly go along.  Otherwise it would

14  "chuu," it would be something like you will

15  notice it, wow what was that, versus something

16  you just hear it.  It sounds like an airplane

17  running through the record.

18         Q.    If you took two similar drum

19  snares from different drum loops -- strike

20  that.

21         If you took two similar snare

22  drum rolls from different drum loops, could

23  you use digital signal processing to make them

24  flange, fully flange?

c5eeceb7-538e-407b-8231-18401767c818

1          IVAN A. RODRIGUEZ - CONFIDENTIAL
2    asking you is what I want to do is understand
3    all the bases for your opinions.  I want to
4    understand if it was shown to you to a level
5    of certainty that no one involved in creating
6    Aparthenonia or any materials from which
7    Aparthenonia was made ever had physical access
8    to Bust Dat Groove in any way, would that
9    change your opinion in this case?
10             MR. CHIN:  Objection.
11        A.    Okay.  I have the perfect
12   answer.  Now I completely understand you.  If
13   we were sitting here today day one, that would
14   make a huge difference.  Sitting here two
15   years later it would make little difference.
16   Because that's the exact evidence I requested.
17   I requested masters which would prove that the
18   defendant did not use the samples.  The master
19   never showed up.  We would have been done
20   within a week.
21             So we're here two years later.
22   So it is difficult for me to trust someone's
23   opinion or how do I know if it is not doctored
24   product later when we could have done what is
25   standard in all cases, you subpoena the

c5eeceb7-538e-407b-8231-18401767c818

1           IVAN A. RODRIGUEZ - CONFIDENTIAL

2    master, it gets provided, we look at the work

3    we go you know what, maybe we're wrong, let's

4    see, but nothing ever came.  No Pro Tools, no

5    Reasons, absolutely nothing.

6           Q.     Because the master has never

7    been provided to you --

8           A.     Correct.

9           Q.       -- that helps make you certain

10   that Aparthenonia was created by sampling Bust

11   Dat Groove; is that right?

12               MR. CHIN:  Objection.

13          A.     It makes me mistrust the

14   defendant and what he is attempting to do.  My

15   evidence comes strictly from my professional

16   career and what I hear and what I see.  How it

17   got from here to here and who did it wasn't my

18   concern.  It was from what I understand here

19   is this product.  I can prove this product was

20   used to make this one.  That's really the

21   extent of what I can do.

22          Q.     Does it make a difference to

23   your analysis and the opinions you plan to

24   offer at trial that no "master" has been

25   produced by defendant Brian Transeau?

c5eeceb7-538e-407b-8231-18401767c818

1              IVAN A. RODRIGUEZ - CONFIDENTIAL
2         A.      It does affect, yes.
3         Q.      How does that affect your
4    analysis?
5         A.      It creates more suspicion about
6    the manipulation of the product because a
7    digital master will clearly show what you've
8    done.  That was my purpose for giving you my
9    master to my graphs so that you can clearly
10   see there was no manipulation.  It was
11   recorded that way.
12              So, making music for so long
13   and somewhat being involved with people that
14   have other cases the first thing people do is
15   give up the master.  That shuts down the
16   plaintiff.  Because it proves clearly I have
17   nothing to do with what you're saying.  This
18   or this that you have claimed is not here.
19   But to not have a master, something you
20   basically burn on to a DVD, that's difficult
21   to work with.
22        Q.      So, if it were proven to you to
23   a certainty that Aparthenonia was created and
24   then recorded directly to a 2 track format --
25        A.      Right.

c5eeceb7-538e-407b-8231-18401767c818

IVAN A. RODRIGUEZ - CONFIDENTIAL

of whether whoever created Aparthenonia made

any notes while creating it; correct?

    A.    What was that?

    Q.    You have no personal knowledge

whether whoever created Aparthenonia made any

notes during its creation; correct?

    A.    I do not.

    Q.    If a master existed and were

provided to you, say it was 2 track, what on

it would prove that it is or is not a sample,

that Aparthenonia was or was not created using

a sample of Bust Dat Groove?

    A.    A 2 track master would not help

because that is the final product.  The

previous master which while may not have been

recorded to a multitrack master was sequenced

as multiple instruments.  There wasn't just

one button played and everything just ran.

One played the kick, one played the snare, one

played the hi-hat.  That information existed

in a computer.  It doesn't disappear unless

you erase it.

    Q.    If defendant Transeau testified

that he created Aparthenonia in the format you

1          IVAN A. RODRIGUEZ - CONFIDENTIAL

2     seen it in without there ever being some

3     previous master, do you have any reason to

4     doubt that testimony?

5          A.     Absolutely.

6          Q.     What is that?  What reason?

7          A.     Because when you create music

8     you are creating a master.  Again, so I can

9     make it easier to understand, whether you use

10    a record, a sampler, Pro Tools, the reason

11    they give you so many faders with so many

12    processors is because you want to be able to

13    tweak and control levels.  If he was working

14    in a mono state of mind, everything is up the

15    middle and whatever the levels are, they are.

16    He was able to manipulate levels, hi-hat

17    levels, EQ the bass drum.

18               These are all separate settings

19    that while being done are initially virtual,

20    when you finish and take your hands off the

21    keyboard it is stored.  That is the only way

22    you can play it back.  Otherwise he would

23    literally be going, okay, go, I missed it, go,

24    he would be there for three days.  He has to

25    sequence the product.  He has to listen to it

c5eeceb7-538e-407b-8231-18401767c818

IVAN A. RODRIGUEZ - CONFIDENTIAL

1   and go, I don't like this.  Got it.  I need a
2   little reverb, you can't do the reverb live
3   while your playing unless you are playing it
4   with your nose.  I am trying to be very basic
5   about it.
6
7                   So certain things you must, the
8   exact word "creation" within a computer which
9   I was positive was what he used, is stored in
10  RAM while you do it.  When you finish and you
11  hit stop you can either save it or it
12  disappears, but in its form it is a
13  multitrack, it is not physical tracks, it is
14  MIDI comp, MIDI notes.  You have 16 MIDI notes
15  in a cable.  He can assign, unless he is using
16  USB, but you still have 16 MIDI notes, he can
17  assign MIDI note 1, 2, 3.  When he is playing
18  these you will see these little rods go on the
19  screen.  They represent the note.  That's the
20  master.
21                  If he would have provided us
22  with that master and simply the name of the
23  presets of what he used, I would have just
24  uploaded it into Reasons, hit play and heard
25  it.  Call Mr. Chin and say, well, this is what

c5eeceb7-538e-407b-8231-18401767c818

1          IVAN A. RODRIGUEZ - CONFIDENTIAL
2     this looks like.  But as simple as that
3     sounds, that never happened.
4          Q.     So what we've been referring to
5     here, the information stored in a computer of
6     someone using Reason, that doesn't necessarily
7     mean you also record that on to some sort of
8     master tape; correct?
9          A.     Not physically.  But the
10    virtual movement of his hands are recorded in
11    time until he decides save or turn off the
12    computer.  But they don't go anywhere.  That
13    is exactly what a sequencer does.  That is
14    what MPC 3000 does, that is what Logic does,
15    that is what Reasons does.  It is just a
16    platform that permits you to do a bunch of
17    stuff simply.  And keep it all and even fix it
18    after.  So if you hit one wrong note you can
19    actually just touch it from flat, it will go
20    sharp.  Right in the computer.
21               So when you are clicking that
22    it is taking up physical space, it is taking
23    up memory.  That is a master.
24          Q.     In the scenario you have been
25    describing, could in this case BT, once he has

c5eeceb7-538e-407b-8231-18401767c818

1        IVAN A. RODRIGUEZ - CONFIDENTIAL

2  the Aparthenonia track the way he wants it,

3  just record it to a, on to a CD?

4        A.    True.  That is what you do.

5        Q.    Without creating any kind of

6  multitrack physical master tape or anything

7  outside of the computer; correct?

8        A.    That is what he decided to do

9  or supposedly did.  But there is no creation.

10  There is file, save.  That's it.  There is the

11  multi two clicks.  You know, maybe it is the

12  way we work.  I keep files for everything.

13  You normally do because this person that just

14  purchased this material from you may want you

15  to do an additional version of it.  So why

16  would you reprogram it when all you do is

17  click and it is right back or even more so, if

18  it was that simple to reprogram we could have

19  had a reprogram master.  Some master,

20  something that showed us same exact thing.

21  But it is just amazing how there is absolutely

22  no masters, no way to recall it.  No trail.

23        Q.    Could he burn it to a CD in 2

24  tracks after he is satisfied with the session

25  without ever having saved it?

1           IVAN A. RODRIGUEZ - CONFIDENTIAL
2    now, doesn't have the old computer anymore,
3    would there be any way to get that master
4    you'd been describing that was on the computer
5    he created Aparthenonia on?
6                MR. CHIN:  Objection.
7           A.     Absolutely, because what
8    crashed on my computer were documents I saved
9    within the computer.  When I do Pro Tools I
10   have DVDs for absolutely every song.  It is
11   common practice.
12               Usually the manufacturer not
13   only wants the 2 track mix, he wants the
14   master.  So you give him the CD and give him a
15   DVD that shows the program Reasons with the
16   presets and the programming in case they have
17   litigation in the future they have the proof
18   in their hands.
19               So even if my computer crashed
20   I have absolutely everyone's material on
21   individual DVDs because clients always get the
22   master before they cut record deals.  As far
23   as the studio is concerned or production.
24   Whoever hires me gets the master.  If the A&R
25   calls me, he gets the master.  If the

1          IVAN A. RODRIGUEZ - CONFIDENTIAL
2          Q.    The fact you never been
3     provided a master has an influence on your
4     opinion as to whether Aparthenonia was created
5     by using a sample of Bust Dat Groove?
6                MR. CHIN:  Objection.
7          A.    Again, it is a bit tricky, in a
8     way, yes.
9          Q.    You brought that up repeatedly;
10    haven't you?
11         A.    Here is what I mean, here is
12    what I mean, here is what I mean.  I have no
13    doubts whatsoever.  If there was any period
14    where some doubts could have been formed, it
15    would have been in the beginning when the
16    master is provided to me and I test it.  But I
17    am 100 percent sure that the record was used.
18    So him not bringing a master is not going to
19    make that opinion change.  At this point I
20    would be skeptical.  That is the word I would
21    be skeptical because if you can't produce a
22    master because maybe your computer crashed
23    over the last few years or whatever how can
24    you produce it now.  It is skepticism.
25                Ideally if I was the defendant,

c5eeceb7-538e-407b-8231-18401767c818

1         IVAN A. RODRIGUEZ - CONFIDENTIAL

2 you were my attorney I would say here is the

3 master, get him off my back. That is what I

4 would have done doing this music thing for 20

5 years and watching it done.

6         Q.     Because that is the reasonable

7 thing to do; right?

8         A.     Yes. Now Mr. BT might be a

9 very busy man, might be touring and doing all

10 this. Ideally all these lawyers and

11 everything makes absolutely no sense for

12 something so simple that might have been taken

13 off the record according to him or somebody

14 else. I always stood behind the same exact

15 testimony. My wording may be a little funny

16 because I am not a lawyer. I stand by what I

17 know I can prove, I can prove.

18         Q.     Because if BT had the master it

19 wasn't a sample, it wouldn't make sense for

20 him not to produce it; right?

21         MR. CHIN: Objection.

22         A.     No. It would make sense.

23         Q.     It wouldn't make sense for him

24 not to produce it?

25         A.     Correct. It would make sense

c5eeceb7-538e-407b-8231-18401767c818

1        IVAN A. RODRIGUEZ - CONFIDENTIAL
2        Q.     -- moved things around to try
3   to make it sounds like Aparthenonia?
4        A.     My statement would be moved
5   things around to create what was done, to
6   create Aparthenonia.  I am not trying to make
7   my record sound like theirs.  I am trying to
8   show how they used our record to sound like
9   that.  Because then it makes it sound like I
10  am trying to emulate their record.  I'm not.
11       Q.     You were trying to make it
12  sound like Aparthenonia; right?
13       A.     Right because I knew
14  Aparthenonia was the defendant -- the
15  plaintiffs' record.  I knew he didn't use it
16  in that form.  I had to put it, I had to edit
17  it and move things around as was done to
18  initially to create Aparthenonia.
19       Q.     As you think it was done?
20       A.     Because if I tried to
21  manipulate it, it would sound nothing like
22  Aparthenonia.  If the elements were different.
23  If we were absolutely different, no matter
24  what I did here it would clash, it would
25  absolutely not flange.  My point being is that

c5eeceb7-538e-407b-8231-18401767c818

1               IVAN A. RODRIGUEZ - CONFIDENTIAL
2       I guess the opinion is what I think.  But in
3       my testimony what I believe in my heart,
4       Aparthenonia is not what I think, I know
5       Aparthenonia was made from this record in my
6       heart.  That's what I believe.
7               Q.      That's what you believe based
8       on analysis you described in this declaration?
9               A.      Correct.
10              Q.      Not based on any personal
11      knowledge you have of how Aparthenonia was
12      made?
13              A.      No.  By the way it sounds and
14      by the analysis.
15              Q.      Let's try to hear the flanging,
16      I am not sure I heard that.
17              A.      You have to point it to
18      yourself.  It is hard in stereo.
19              Q.      Can you hear it?
20              A.      Yes.
21              MR. CHIN:      Where are we on
22      time?
23              VIDEOGRAPHER:  We are at 7
24      hours and 6 minutes.
25              A.      It will be a bit difficult but

1       IVAN A. RODRIGUEZ - CONFIDENTIAL

2       Q.     Then we hear Bust Dat Groove,

3 your digitally manipulated version on the

4 right speaker; correct?

5       A.     Correct.

6       Q.     Then we hear both at the same

7 time, Aparthenonia on the left speaker,

8 digitally edited version of Bust Dat Groove on

9 the right speaker; correct?

10       A.     Correct.

11       Q.     We will hear flanging again?

12       A.     Again.   If you can pick it up.

13       Q.     I want you to listen to it then

14 we will see if you pick it up.

15       (Track Playing.)

16       Q.     Right there did they just both

17 come in?

18       A.     Yes, they did.

19       Q.     Have you heard any flanging

20 yet?

21       A.     Absolutely.

22       Q.     Where do you hear it?

23       A.     Around the snare area.

24       Q.     Their roll or just snare?

25       A.     No.   Right when the snare hits

c5eeceb7-538e-407b-8231-18401767c818

1        IVAN A. RODRIGUEZ - CONFIDENTIAL

2    a little bit of the hat and just in a brief

3    the reason I mentioned there was flanging was

4    it is almost impossible to get the flanging.

5    So to be able to get flanging even a bit

6    without the processing was an amazing thing.

7    That is why I mentioned it even, flanges.

8    Because I shouldn't be able to get flanging

9    that tight without the DSP.  But the items are

10   so close to each other that's why that

11   happens.

12           Q.    I will listen to a little bit

13   more.

14                 (Track Playing.)

15           A.    Right there.  Right there.  Let

16   me show you something, pause it a second.

17   When you're listening to the music just listen

18   to the snare, you will notice the snare has a

19   certain tone, all of a sudden the tone drops

20   out and that comes back, that drop out is a

21   flange.  You will notice not all the snares

22   sound exactly the same, yet they are the same

23   snare.  When they change that is the flange

24   going through.

25           Q.    Let's listen to it.

c5eeceb7-538e-407b-8231-18401767c818

1          IVAN A. RODRIGUEZ - CONFIDENTIAL
2          Q.    Go ahead.
3          A.    Sorry, where are we?
4          Q.    Page 2 of your declaration,
5     paragraph 4, Materials Reviewed.
6          A.    I did.  There was one
7     additional thing.
8          Q.    What was that?
9          A.    The vinyl record.
10          Q.    Is this list with the addition
11     of the vinyl record -- strike that.
12                Did you in fact review
13     everything on this list for A through I?
14          A.    I did.
15          MR. OLSON:   Okay.  Thank you
16     very much, Mr. Rodriquez.
17          MR. CHIN:   We are going to
18     read and sign.
19          VIDEOGRAPHER:   The time is
20     6:17.  This is the end of tape number 5.
21
22          (Time Noted: 6:17 p.m.)
23
24                         _____
25                         IVAN A. RODRIGUEZ

1          IVAN A. RODRIGUEZ - CONFIDENTIAL
2     Subscribed and sworn to before me
3     this _____ day of _____, 2006.
4
5
6     _____
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

c5eeceb7-538e-407b-8231-18401767c81f

1          IVAN A. RODRIGUEZ - CONFIDENTIAL

2     STATE OF NEW YORK        )      Pg__of__Pgs

3                              ss:

4     COUNTY OF NEW YORK       )

5          I wish to make the following changes,

6     for the following reasons:

7     PAGE LINE

8     _____ _____    CHANGE: _____

9                     REASON: _____

10    _____ _____    CHANGE: _____

11                    REASON: _____

12    _____ _____    CHANGE: _____

13                    REASON: _____

14    _____ _____    CHANGE: _____

15                    REASON: _____

16    _____ _____    CHANGE: _____

17                    REASON: _____

18    _____ _____    CHANGE: _____

19                    REASON: _____

20    _____ _____    CHANGE: _____

21                    REASON: _____

22    _____ _____    CHANGE: _____

23                    REASON: _____

24    _____ _____    CHANGE: _____

25                    REASON: _____

c5eeceb7-538e-407b-8231-18401767c818

1             IVAN A. RODRIGUEZ - CONFIDENTIAL
2                 C E R T I F I C A T E
3    STATE OF NEW YORK    )
                          : ss.
4    COUNTY OF NEW YORK   )
5             I, TAMMEY M. PASTOR, a Registered
6    Professional Reporter, Certified LiveNote
7    Reporter and Notary Public within and for the
8    State of New York, do hereby certify:
9             That ^^^WITNESS, the witness whose
10   deposition is hereinbefore set forth, was duly
11   sworn by me and that such deposition is a true
12   record of the testimony given by the witness.
13            I further certify that I am not
14   related to any of the parties to this action
15   by blood or marriage, and that I am in no way
16   interested in the outcome of this matter.
17            IN WITNESS WHEREOF, I have
18   hereunto set my hand this ____ day of
19   _____, 2006.
20   _____
21   TAMMEY M. PASTOR, RPR, CLR
22
23
24
25

c5eeceb7-538e-407b-8231-18401767c818

1                    I  N  D  E  X

2    WITNESS                                      PAGE

3

4                 E  X  H  I  B  I  T  S

5                                              PAGE

6        (Defendants' Exhibit 21 for           14

7        identification, Rodriguez Resume,

8        production numbers 000031 and 32.)

9        (Defendants' Exhibit 22 for           35

10       identification, Declaration of

11       Ivan A.  Rodriguez, no production

12       numbers.)

13       (Defendants' Exhibit 23 for           37

14       identification, Letter dated

15       7/16/04, production numbers

16       00030.)

17       (Defendants' Exhibit 24 for           155

18       identification, Funky Drummer

19       Volume II, production numbers

20       00028 and 29.)

21       (Defendants' Exhibit 25 for           248

22       identification, declaration of

23       Rhys Moody, no production

24       numbers.)

25

c5eeceb7-538e-407b-8231-18401767c818

1          (Defendants' Exhibit 26 for          314
2          identification, CD, production
3          numbers 00033.)
4          (Defendants' Exhibit 27 for          314
5          identification, CD, production
6          numbers 000025.)
7          (Defendants' Exhibit 28 for          315
8          identification, CD, production
9          numbers 000024.)
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

c5eeceb7-538e-407b-8231-18401767c818