Vargas et al v. Pfizer Inc. et al

Doc. 96 Att. 12

# EXHIBIT 12

Dockets.Justia.com

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x
RALPH VARGAS and BLAND-RICKY ROBERTS,

Plaintiffs,

Civil Action No. 04CV 9772 (JCF)

-against-

PFIZER, INC., PUBLICIS, INC., FLUID MUSIC, EAST WEST COMMUNICATIONS, INC. and BRIAN TRANSEAU p/k/a "BT",

Defendants
-----------------------------------x

August 10, 2006
9:10 a.m.

Videotaped Deposition of MATTHEW RITTER, taken by Defendants, pursuant to Notice, at the offices of Kirkland & Ellis, 153 East 53rd Street, New York, New York, before TAMMEY M. PASTOR, a Registered Professional Reporter, Certified LiveNote Reporter and Notary Public within and for the State of New York.

APPEARANCES:

LAW OFFICES OF PAUL A. CHIN
Attorneys for Plaintiffs
The Woolworth Building
233 Broadway
New York, New York 10007
BY: PAUL A. CHIN, ESQ.

KIRKLAND & ELLIS
Attorneys for Defendant Brian Transeau
153 East 53rd Street
New York, New York 10022

BY: JULIE AHRENS, ESQ.

-and-

DAVID S. OLSON, ESQ.
STANFORD LAW SCHOOL
Crown Quadrangle
559 Nathan Abbott Way
Stanford, California 94305-8610

ALSO PRESENT:
MATTHEW CHAVEZ, LegaLink Action Video

MATTHEW RITTER

VIDEOGRAPHER: Here begins videotape number 1 in the deposition of Matthew Ritter in the matter of Ralph Vargas, and Bland-Ricky Roberts versus Pfizer, Inc., et al. United States District Court Southern District of New York. Today's date is August 10, 2006. The time on the video monitor is 9:06 a.m.

The video operator today is Matthew Chavez, notary public contracted by LegaLink Video Solutions San Francisco, California.

This video deposition is taking place at Kirkland & Ellis, 153 East 53rd Street, New York, New York.

Counsel, please voice identify yourselves for the record.

MS. AHRENS: Julie Ahrens with Kirkland & Ellis for the defendant Brian Transeau. With me is David Olson from Stanford Law School. Also counsel for defendant Brian Transeau.

MR. CHIN: Paul Chin, the attorney for plaintiffs Ralph Vargas and

MATTHEW RITTER

Bland-Ricky Roberts.

VIDEOGRAPHER: The court reporter today is Tammey Pastor of LegaLink. Please swear in the witness.

MATTHEW RITTER, residing at 43-29 57th Street, apartment 2-R, Woodside, New York 11377, having been first duly sworn by the Notary Public (Tammey M. Pastor), was examined and testified as follows:

EXAMINATION CONDUCTED BY MS. AHRENS:

Q. Good morning, Mr. Ritter.
A. Good morning.
Q. I am not sure if you have been deposed before. I am just going to go over some general rules of the road for the deposition. First, can you just state your name for the record.
A. Matthew Ritter.
Q. Can you spell your last name, please.
A. R-i-t-t-e-r.
Q. Have you ever been deposed before?

MATTHEW RITTER

A. No, I have not.
Q. So in the deposition it is important that you hear every question that I ask. If you don't hear me, let me know, I will repeat it or we can have the court reporter read it back to you.
If you don't tell me you haven't heard it, I will assume you have heard the question entirely. So will you tell me if you do not hear a question?
A. Yes.
Q. It is also important you understand each question I ask. Same thing for any reason you don't understand, please let me know, I will try to rephrase or repeat the question so you understand it. Will you tell me if you do not understand a question?
A. Yes.
Q. Will you tell me if you need to look at a document in order to answer any of my questions?
A. Yes.
Q. Will you tell me if you do not recall the information necessary to answer a

MATTHEW RITTER

A. Yes. It is my understanding that that is an album of music that Bust Dat Groove is a song of.

Q. Have you ever had a copy of Funky Drummer Volume II?

A. No.

Q. After you first listened to Bust Dat Groove and Aparthenonia, what did you do next?

A. I contacted Paul Chin and told him that I did believe that it was absolutely the same piece of music.

Q. Take a step back for a minute.

A. Okay.

Q. When you got the CD with the two tracks what did you do?

A. I listened to them on a small CD Walkman with headphones. This original disc that I was given for some reason was not a great copy and did not actually play on my normal CD player. So I used a little small one and, you know, the second I heard them I knew they were one and the same. I mean I hear drum recordings all day long every week.

MATTHEW RITTER

I had to listen twice just to see that they, you know, they sounded like the same exact thing to me, just like two recordings of the same piece of music.

Q. How many times did you listen to the tracks?

A. I don't remember. Many times.

Q. What do you mean when you say they were one and the same?

A. Oh, first of all, one thing that a lot of people don't know about drums is that there is no standardized drum tuning, as there is with a guitar. You tune a certain string to G and certain string to an F, whatever. Drums are tuned, you know, entirely by the creative subjective choice of the drummer.

So, it's extremely unusual and perhaps impossible to have two different drum sets sound exactly the same unless they were tuned by the same drummer, the drums were made of the same material, recorded in the same room and so forth. Because I can tune my tom-tom one way, you can tune your tom-tom

MATTHEW RITTER

another way and both are valid.

So the first thing that struck me was that the sound, the actual sounds that I was hearing were exactly the same. So, I mean that in itself would usually tell me that this is the same drummer playing on the same drum set. So, that's what I meant.

Then, you know, once I started listening repeatedly, I started to realize it was not only the same sounds, but, it was the same sounds playing the same rhythms. At which point I realized it would be a coincidence close to a miracle for this to not be the same piece of music.

Q. You said that was second you heard them; right?

A. Yes.

Q. So you immediately recognized that they were the exact same sounds?

MR. CHIN: Objection. You can answer.

A. As soon as I heard them I was struck by the fact that both recordings featured the same drum sounds.

MATTHEW RITTER

Q. So it was your opinion that the two tracks contained the same recordings?

A. Yes. The second one was a digitally enhanced version of the first one. I realized that because some of the rhythms contained in the first one had been, you know, reversed, the order had been reversed in the second one.

Q. You said digitally enhanced, you meant that the order had been reversed --

A. Yes.

Q. -- in the second one? Any other way the second one was digitally enhanced?

A. No. I don't believe so.

Q. Other than the order, was it your opinion that the sounds were the same?

A. The sounds were the same even regardless of the order. The sounds are the actual sounds created by the instruments. These sounds were the same.

Q. Was it your opinion they were not digitally enhanced in any other way or did you know so?

54

MATTHEW RITTER

MR. CHIN: Objection.

A. The only digital enhancing that I was able to hear was some of the rhythmic elements had been, the order of them had been shifted digitally.

Q. Okay. You stated at that point you were listening to what we call Bust Dat Groove and Aparthenonia; right?

A. Yes.

Q. Do you think there could have been any other digital enhancement?

A. I don't know.

Q. And why not?

MR. CHIN: Objection.

A. I have no idea. I have no idea what other enhancements might have happened had the person who enhanced this decided he wanted to enhance it more.

Q. But you didn't hear any other enhancements?

A. Correct. I did not hear any other enhancements except for digital altering of the order of some of the rhythmic elements.

Q. What did you do after you

55

MATTHEW RITTER

reached this conclusion?

A. I contacted Paul Chin and told him that these were unquestionably the same piece of music. That even as a professional drummer I myself would not be able to sit down at my drum set and play this piece of music and have it sound exactly like Bust Dat Groove.

The fact that Aparthenonia did sound exactly like Bust Dat Groove to me, it was clear to me they had to be created by the same drummer, on the same drum set, in the same recording studio, same size drum sticks, with the same nuance of touch. And that essentially they were the same piece of music.

Q. Are you familiar with the term "sampling?" As it is used –

A. Yes. Yes.

Q. I am referring to sampling as it is used in regarding music. Do you have any understanding -- what is your understanding of the word "sampling?"

A. My understanding of the word "sampling" is when a musician takes a

56

MATTHEW RITTER

recording made by another musician and inserts it into their own, inserts that music into their music. Something like that.

Q. After listening to Bust Dat Groove and Aparthenonia, did you believe that Aparthenonia was a sample of the recording from Bust Dat Groove?

A. No. I actually thought Aparthenonia was Bust Dat Groove, a digitally enhanced version of it.

Q. But you believe it was a copy of it?

A. I believed it was it.

Q. Okay. Explain to me what the differences, why you wouldn't consider that a sample?

A. Sure. Okay.

MR. CHIN: Wait a second. I'm sorry. Objection. You can answer.

A. My connotations of the word sampling comes from, basically mostly from rap field. I remember when I was ten years old and rap first hit and at that time a lot of artists would take a small clip of music from

57

MATTHEW RITTER

James Brown or something like that and they would somehow take it, you know, using editing technology and they would insert it into another piece of music that they were writing.

In this case I don't believe that Bust Dat Groove or some part of Bust Dat Groove was taken and inserted into another piece of music. The other piece of music Aparthenonia is Bust Dat Groove. So in my understanding of the phrase sampling, that is not a sample. That is just I am listening to two recordings of the same thing.

In other words, if I play you two CDs, both of them have James Brown, you know, Get on the Good Foot, I am listening to the same song. I am not going to say one is a sample of the other. I am listening to two recordings of the same thing. It may be a digitally enhanced version when artists do new releases of records they often clean-up the sound mix and everything else. It is still not sampling, it is a digitally enhanced version of the same song.

Q. So is it your opinion that

MATTHEW RITTER

Aparthenonia is just a direct copy of Bust Dat Groove?

A. Yes. That is my opinion.

Q. Other than the order of the elements which you said you believed have been shifted, there is no difference between Aparthenonia and Bust Dat Groove; is that your opinion?

A. My opinion other than the order -- my opinion is they are the same piece of music. In the second one, Aparthenonia, the order of some of the rhythmic figures have been digitally altered, the order has.

Q. Have they been digitally altered in any other way?

MR. CHIN: Objection. You can answer.

A. I don't know.

Q. What would you need to know to make that determination?

MR. CHIN: Objection. You can answer.

A. I guess I would need to see somebody do some other kind of digital

MATTHEW RITTER

altering on it to really know there was something else. I don't hear any other digital alterations.

Q. So, after you contacted Paul and told him it was your opinion that these two pieces were unquestionably the same piece of music, what happened next?

A. At that point Mr. Chin asked me if I would be interested in being retained as an expert witness. I said yes. And I wrote an original -- I wrote a report with basically a much less detailed version of these same opinions just stating why I thought they were the same. And my opinion was that they were the same because of the drum sounds, the rhythms and the nuances of touch exhibited by the drummer.

Q. Okay. So you said you wrote a report that is not Defendants' Exhibit 5 or Defendants' Exhibit 29; is that right?

A. That is true, yes.

Q. What did you do with that report?

A. I gave it to Paul so that he -

MATTHEW RITTER

could see what my opinions on this were. That was it. He decided that they did in fact want to use me as an expert witness.

Q. Do you have a copy of that report?

A. I do. I don't have it here, but I have a copy.

MS. AHRENS: Paul, I don't think we've had that report produced to us either. Could you produce that report?

MR. CHIN: Sure. If you just follow that up with a little note.

MS. AHRENS: Sure.

MR. CHIN: But I will put on the record, I will ask him to produce it.

MS. AHRENS: You have a copy, too he says.

MR. CHIN: I don't have a copy, myself.

Q. Did you give Mr. Chin a copy of that report?

A. Yeah. At some point.

MR. CHIN: I don't have it. I produced what I have on me.

MATTHEW RITTER

MS. AHRENS: I don't remember saying you got rid of it.

MR. CHIN: I just --

MS. AHRENS: I mean can you look for it?

MR. CHIN: Of course, I will look for it.

MS. AHRENS: We need all copies of the report.

MR. CHIN: What I am saying I looked in Mr. Ritter's file for everything that I have and I don't have a separate report. But if Mr. Ritter has a copy, I'd ask that he produce that.

MS. AHRENS: Sure. If you can check any other files where it might be.

MR. CHIN: Sure.

Q. In that report you said you stated why they were the same?

A. Yes.

Q. What are those reasons?

A. First of all, the drum sounds, again, it is extremely important to remember that drums are different than every other

MATTHEW RITTER

instrument because we don't yet have a standardized tuning system which means that every person will tune their drum set differently. So one snare drum is never going to sound like another snare drum.

So, first of all, we have three different instruments here, we have a hi-hat, we have a bass drum, we have a snare drum. The snare drum and the bass drum are tuned exactly the same on Bust Dat Groove and Aparthenonia. The hi-hat sounds to be the same model hi-hat. So, I said the sound, the sound themselves.

Secondly, the rhythms, when I looked at the various rhythmic elements which I have broken down in great detail in Exhibit 5 and 29, I saw there were actually no -- that the rhythmic elements were exactly the same. In fact there are no rhythmic elements at all that appear in Aparthenonia. Which don't also appear in Bust Dat Groove.

Given there are, you know, probably millions of different rhythmic possibilities, I thought that that in itself

MATTHEW RITTER

was an uncanny coincidence. Between that and the sound being identical, I was sure there was no possibility that this was not the same recording.

Another thing I want to mention is the nuances of the way the drummer himself was striking the drum, we have a technique in drumming called ghost noting which is where a drummer plays extremely soft notes on the drum. It is kind of fill in the empty spaces between the more prominent more readily hearable notes. I was able to hear some ghost notes on Bust Dat Groove and Aparthenonia that were identical.

Not only were they rhythmically the same, but more interestingly, the ghost notes themselves which are nearly always played on a snare drum, by the way, the ghost notes sounded almost like a tom. This is a phenomenon that happens exceedingly rarely, but basically, if I can go into a somewhat long-winded explanation, a snare drum is a drum that has metal wires underneath it. These metal wires rattle and buzz when you hit

MATTHEW RITTER

the snare drum.

Q. Those are called snares; right?

A. Those are called snares or snare wires. The existence or presence of those wires are what define a snare drum.

A snare drum that has had the snare wires removed is a tom. The point is when this drummer was playing his ghost notes on the snare, his snare drum sounded almost more like a tom than it sounded like a snare drum. The only time that this happens or the only time this would happen would be if the drummer had done what we call choked the snares. Which means that he had tuned the snare wires exceedingly tightly, you know, very unusually tightly to the point where even hitting on the drum softly would not make the wires under the drum rattle.

So between choking the snares and the drummer playing the drum extremely softy with the ghost notes we ended up having the snare drum sound like basically a cross between a tom and snare. That exact same phenomenon, in addition to the other

MATTHEW RITTER

phenomenons, that exact same phenomenon was present on both recordings.

Q. Okay. I want to just ask you a question about tuning the snare wires. When you tune -- are you familiar with turning a snare off, that term?

A. Sure.

Q. What does that mean?

A. Turning a snare off means that you push a lever which removes the wires from under it. Your snare drum would sound like a tom. The interesting thing about these two recordings is that we have actual snare sounding notes happening. Immediately preceded and succeeded by these sort of snare/tom, you know, cross between a snare and a tom.

So, there is no way. It is just physically not possible for a drummer to be turning the snare on and off in that rapid succession, it just doesn't happen. So what we have, really, is a drummer striking the snare drum with enough force on some notes so that the snares, the snare wires are

MATTHEW RITTER

A. You probably could. I have heard of drummers recording certain elements separately. The reason I don't believe that could have happened in this case, the rhythmic placements of these tom ghost notes are what we call the off beats. They are on off beat 16th notes. That would be extremely awkward to play without the rest your physical movement sort of keeping it aligned.

Just sort of isolated in an isolated way to sit there and play these ghost notes without using your other physical movement as a reference point would be, again, be near impossible. And there would really be no reason to do it because, you know, a drummer -- drummers don't try to make their lives harder. They play the instrument the way we play the instrument. I know how ghost notes are played. I know what kind of, you know, unusual tuning results in the effect I heard on this record. I do believe it was recorded live.

Q. When you're saying that it was recorded live, you mean the Bust Dat Groove

MATTHEW RITTER

recording; right?

A. And Aparthenonia, since they are one and the same.

Q. In your opinion Aparthenonia?

A. In my opinion Aparthenonia is a digitally enhanced version of Bust Dat Groove.

Q. Do you have any personal knowledge of how Aparthenonia was created?

A. No, I don't. I don't know how it was created.

Q. Do you know who created Aparthenonia?

A. I believe it was Brian Transeau.

Q. Did you ever met with Brian Transeau?

A. No, I have not.

Q. Have you ever seen Mr. Transeau's studio?

A. No.

Q. Have you ever spoken to Mr. Transeau?

A. No.

Q. Okay. So we were talking about

MATTHEW RITTER

what you heard in the two tracks that made you conclude that they are the same piece of music.

A. Yes.

Q. I will just go over one other thing that you said. You said that the hi-hat sounds, I believe you said they sounded like the same model?

A. They sound like the same hi-hat. A hi-hat is different than a snare drum or bass drum because you can't tune a hi-hat. But every cymbal sounds a little differently, they sound the way they sound when you buy them. There are many different models of cymbals on the market.

Sometimes you can even buy, you can even buy two of the same model and they will sound a little differently depending on how old it is, and so forth. It is a piece of metal. Every piece of metal sounds a little differently.

And to my ear this pair of hi-hats on Aparthenonia sounded like the pair of hi-hats on Bust Dat Groove sounded like the

MATTHEW RITTER

same pair of hi-hats to me.

Q. In your opinion the hi-hat on Aparthenonia was same hi-hat on Bust Dat Groove?

A. In my opinion, yes, there is also an open hi-hat sound which makes that fact more obvious to me. When the hi-hat is opened and they sizzle together a little bit, you know there is basically more nuance in the sound. And when I heard that open sizzle hi-hat on both, it sounded like the same open sizzle hi-hat, I concluded that this must be the same pair of hi-hats. You know, of course also hit with the same amount of force and so forth.

Q. Okay. So it was your opinion not only are they the same pair of hi-hats but they are hit in the same way?

A. It is my opinion it is a recording of the same drummer using the same pair of drum sticks hitting the same pair of hi-hats in the same way.

Q. Regarding the rhythms, you said you believe they are exactly the same;

correct?

A. I believe the various rhythmic elements are exactly the same, but the order of them has been shifted.

Q. You are referring there, you are looking at your declaration, what Exhibit are you looking at?

A. Yeah.

Q. Is that Exhibit, Defendants' Exhibit 5?

A. Yes. Defendants' Exhibit 5 or Defendants' Exhibit 29. They both feature the same list of music elements.

Q. You stated there are no rhythmic elements present in Aparthenonia that do not also exist in Bust Dat Groove; is that your opinion?

A. Yes, that's correct.

Q. Are you absolutely sure that that is the case?

A. From what I hear it is unquestionably my opinion there are no rhythmic elements in Aparthenonia that don't also exist in Bust Dat Groove. I went through

and circled, I first of all broke down Aparthenonia and circled each and every musical element making up the piece of music. And was able to find an example of it somewhere in Bust Dat Groove.

Q. In your opinion could any of the individual drum strikes in Aparthenonia come from anything other than Bust Dat Groove?

A. Individual drum strikes? I am not sure. And the reason is because the sound are exactly the same. For all I know, you know, maybe there is a piece of equipment out there that can take that exact same sound and mimic it or something. But the sound that I hear in Aparthenonia are exactly the same sounds in Bust Dat Groove.

So it is my opinion that the sound in Aparthenonia came from Bust Dat Groove because I have never known two drum sets to sound the same.

Q. Sorry, I just want to try to understand your answer. You said for all you know maybe there is a piece of equipment out there that can take the exact same sound and

mimic it or something; what do you mean?

A. What I meant is I cannot say for sure where the creators of Aparthenonia got their music from except from what I hear the sounds that they are using are exactly the same as Bust Dat Groove. Which tells me that unless this was the same drummer playing on the same drum set, I have no idea how that phenomenon could happen.

Q. Okay, so other than the same drummer playing on the same instrument, you did say there might be something out there that can mimic the exact sound?

A. There might be something out there that can make us disappear right now. But I am listening to a recording of the same drummer, playing the same sounds, on the same drum set, presumably recorded in the same room, with the same size drum sticks.

Q. So you don't know whether it is possible to create the exact same sounds --

A. I don't know.

MR. CHIN: Wait until she finishes.

Q. So you don't know whether it is possible to create the exact same sounds as on Bust Dat Groove, create those electronically?

MR. CHIN: Objection.

A. I don't know enough about electronic music. I actually know very little about it. So, I don't know if there is technology that exists that could do that.

Q. When we were talking about the ghost notes on the snare, you said you thought those were -- that was a rare sound because the snare wires were tuned exceedingly tightly; right?

MR. CHIN: Objection.

A. I believe that it is extremely unusual for a snare drum to at one moment sound like a snare drum and without turning it on or off, which would be physically impossible in this case, to have it momentarily later sound like a tom-tom.

Q. Okay. But when you turn the snare off, it does sounds like a tom-tom; right?

MR. CHIN: Objection. You're

MATTHEW RITTER

Q. In your opinion was this one measure -- was it just one measure that was played and recorded?

MR. CHIN: Objection.

A. What I heard on the CD was one measure of music that was, seemed to be played over and over and over the same piece of music.

Q. So it was played, that measure was played more than once?

A. Yeah. That measure occurs, you know, many, many times. It is repeated. It may in fact be repeated digitally. I don't know how many times it was repeated. I don't know how the repeating happened. I just know that one measure of music is played over and over.

Q. So it may have been looped?

MR. CHIN: Objection. You can answer.

A. Yes, it may have been looped. In fact I would go as far as to say it was probably looped because again, the sound, you know, from measure to measure are identical.

MATTHEW RITTER

So I am willing to entertain the possibility since this is the same drummer on the same drum set, he might have been able to do that.

Human beings are still less than robotically perfect. In all likelihood this was one measure played by a drummer, then it was looped.

Q. When you listened to the drum sounds on the two tracks, Aparthenonia and Bust Dat Groove you analyzed the musical elements in both of those tracks; is that true?

A. That is true.

Q. It is your opinion the musical elements in the two tracks are identical; is that true?

A. Yes, it is my opinion the musical elements are identical but the order has been juxtaposed digitally.

Q. Were there any differences at all in the sounds on Bust Dat Groove and Aparthenonia?

A. No.

Q. What are the instruments that

MATTHEW RITTER

are played on Bust Dat Groove?

A. Hi-hat, bass drum and snare drum.

Q. When we talk about the elements in Bust Dat Groove are the elements just the hi-hat, the bass and the snare or something else?

MR. CHIN: Objection. You can answer.

A. The hi-hat, bass and snare are the instruments that are being played. That would be the equivalent of saying the song is played on a guitar, this song was played on a bass drum, snare drum and hi-hat. The musical elements are the rhythmic figures that have been combined to create this piece of music.

Q. Okay. What are those rhythmic figures of Bust Dat Groove?

A. Well, we have on the hi-hat we have four sets of two 1/8th notes each. The first one has a half open hi-hat sound on the second 1/8th note on the snare drum we have four elements. We have a ghost note which comes on the second 1/16th. Then the second

MATTHEW RITTER

figure we have a 1/16th note followed by an 1/8th note and multiple bounce stroke. Both of those are ghost noted the 1/8th note and multiple bounce stroke.

We have a rest, a silence and then we have two more notes on the snare. 16th note followed by dotted 1/8th note. The dotted 1/8th note is ghost notes.

The bass drum we have two notes next to each other, we have a rest which is silent, we have a 1/16th note followed by 1/8th note and 1/16th note on the bass drum. We have a dotted 1/8th note rest followed by a 1/16th note on the bass drum.

Q. In providing that answer were you referring to anything?

A. Yes, I was. I was looking at the chart I made here of the various elements of Bust Dat Groove.

Q. That is the first transcription attached to your declaration?

A. Yes.

Q. Defendant's Exhibit 5?

A. Correct.

MATTHEW RITTER

Q. Does the snare sound identical on Bust Dat Groove and Aparthenonia?
A. Yes, it does.
Q. Does the snare roll sound on -- strike that.
Does the snare roll sound identical on Bust Dat Groove and Aparthenonia?
A. Yes, it does. It sounds like a snare drum that has been tuned high with the snares choked, the tip of the stick -- first of all it is not a roll, it is a multiple bounce stroke played with one hand which is the only way somebody could play that because the hi-hat is continuing. So to take both hands and try to play that as an actual roll or four stoke ruff or something like that would be extremely physically challenging, if not impossible.
Q. Sorry to interrupt. Just to describe what is the difference between a snare roll and what you're calling a multiple bounce stroke?
A. Okay. A roll is when you use both hands when you use both sticks on the

MATTHEW RITTER

drum to create one note after the other very fast. To almost create the illusion of a sustained sound. A multiple bounce stroke is taking one single stick and letting it ricochet against the drum head two or more times sometimes an untold number of times if you get extra little buzzes and stuff in there.
Q. You were saying that is not a snare roll but the multiple bounce stroke on the snare; right?
A. Yes, correct.
Q. Does the multiple bounce stroke on Bust Dat Groove sound identical to Aparthenonia?
A. Yes, it sounds identical.
Q. Does the hi-hat sound identical on Bust Dat Groove and Aparthenonia?
A. Yes, it does.
Q. Does the bass drum sound identical on Bust Dat Groove and Aparthenonia?
A. Yes, it does. May I ask a question?
Q. Sure.

MATTHEW RITTER

A. When you ask me if they sound identical, you're talking about the sound of the instrument, because obviously as I said the rhythmic elements have been juxtaposed.
Q. Right. When you say identical you mean the sound of those elements?
A. Yes.
Q. Are identical; right?
A. Yes.
Q. Other than the change in the order of the elements there is no difference in sounds; right?
A. Right.
Q. Would a professional drummer ever refer to a multiple bounce stroke like the one found in Bust Dat Groove as a drum roll?
A. I don't believe he would. No.
Q. Is that because, like you said, to play a roll you have to use both hands whereas the multiple bounce stroke on Bust Dat Groove, it would be physically impossible to play that with both hands?
A. It is not only that. It is

MATTHEW RITTER

that it sounds different. The reason we have different drum techniques is because each one produces a different sound. So a roll usually has much stronger sound than if you take one drum stick and just kind of drag it along the top of a drum. So a multiple bounce stroke does not sound anything like a drum roll.
Q. Okay. I think is a good point for us to break. Can we go off the record.
VIDEOGRAPHER: Going off the record the time is 12:03.
(Luncheon Recess: 12:03 p.m.)

AFTERNOON SESSION

12:43 p.m.

MATTHEW RITTER, resumed, having been previously duly sworn, was examined and testified further as follows:
VIDEOGRAPHER: Back on the record. The time is 12:43.

CONTINUED EXAMINATION BY MS. AHRENS:

Q. Welcome back, Mr. Ritter.
A. Hi.
Q. I want to talk to you now about

MATTHEW RITTER

bass drum. There is a phenomenon which honestly I don't remember the name of right now, but when people hear the same sound played in a series their mind looks for a way to organize it so they automatically start to hear it in groups of twos usually, sometimes threes.

So when I first heard this bass drum track I start initially heard a tick-tock kind of back forth, back forth as if it were two slightly different sounds. At this point I remembered this phenomenon I am telling you about and tried to start to clear my mind after each bass drum hit and it started to sound to me like the exact same sounds repeated over and over.

Q. Do you need to hear it again?

A. No.

Q. Now I am going to play track 1 on Defendants' Exhibit 27.

A. Okay.

Q. This is the Rodriquez declaration Exhibit C1.

(Track Playing.)

MATTHEW RITTER

Q. Can you tell me what those sounds were?

MR. CHIN: Objection.

A. May I hear that again, please.

Q. Sure.

(Track Playing.)

A. It sounds like a multiple bounce stroke played at the same time as a hi-hat sound some kind of -- you know, honestly I am not going to say definitely a hi-hat. This recording sounds very staticy to me, so it sounds like multiple stroke bounce with some kind of white noise happening along with it.

Q. So the white noise might be a hi-hat, is that what you said?

MR. CHIN: Objection. Can you read back his answer, please.

(The preceding answer was read.)

MS. AHRENS: And my question.

(The pending question was read as follows:

"Question: So the white noise-

MATTHEW RITTER

might be a hi-hat, is that what you said?")

MR. CHIN: Objection. You can answer.

A. Yes, I will say it might be a hi-hat action the sound of a hi-hat sustained from a hit that had happened previously is probably what I would take that as.

Q. Okay. You heard what you called a multiple bounce stroke; right?

A. Yes.

Q. You heard that more than once; right?

MR. CHIN: Objection.

A. Yes.

Q. Sorry, the multiple bounce stroke was repeated?

A. Yes.

Q. Were the repetitions of that stroke, did they sound different to you?

MR. CHIN: Objection.

A Every instance of it sounded like the same thing to me, but one of them sounds like a clearer recording of it to me. One of them sounded more muffled than the

MATTHEW RITTER

other.

Q. So the sounds are different to you?

MR. CHIN: Objection. Can you read the answer back, please.

(The preceding answer was read.)

MR. CHIN: Counsel, you have your answer.

MS. AHRENS: No. I asked a question. It is still pending.

MR. CHIN: What is the question?

MS. AHRENS: Can you repeat the question, please.

(The pending question was read.)

A. The sounds are the same to me, one of them sounds like I can hear it more clearly on this particular recording.

Q. So one sound is different than the other sound; right?

A. No. It is the same --

MR. CHIN: Objection.

MATTHEW RITTER

Q. Have you, to use your drum machine -- when you used it in the past does that drum machine play samples of sounds?

A. No. I don't think they are samples of sounds. I believe they're just computer generated sounds that are already stored in the box.

Q. Okay. So they are like synthetic sounds?

A. Yes. It is a synthesizer.

Q. I want to talk about the various elements of Bust Dat Groove --

A. Okay.

Q. -- that we've identified sorry, that you identified in your declaration we've been talking about a little bit.

What is it in your -- is it your opinion that Bust Dat Groove is original?

A. Yes. It is original. I have listened to thousands of drum recordings and I have not heard anything before that sounds exactly like Bust Dat Groove, which is why when I heard Aparthenonia I said, oh, it is Bust Dat Groove.

MATTHEW RITTER

I also have not seen this exact combination of elements in any book or anything like that. Including the ones I looked through given to me by Anthony Ricigliano.

Q. Let's take the elements individually. We touched on this earlier. If we can just discuss what are the elements of Bust Dat Groove that you, in your opinion, think are original?

A. It is not the elements so much. That would be the equivalent of looking at a poem and saying, well, I seen every one of these words before. There is nothing original about this poem. I have seen 1/8th notes on a hi-hat before. I have seen multiple bounce strokes before. It is the exact combinations here that are original to me.

Q. Okay. So it is the combination of elements make it original?

A. Right.

Q. Does anything else?

A. Yes, the sound of the drums and the manner in which the rhythm itself was

MATTHEW RITTER

executed with a very interesting and nuanced touch on the snare that makes the snare drum sound like a cross between a snare and a tom.

Q. So it is the combination of the elements?

A. Yes.

Q. The sound of the drums?

A. Yes. Which, by the way, is a creative choice because, you know, the drummer, presumably Ralph Vargas in the case of Bust Dat Groove, actually decided how to tune those drums. Because as mentioned earlier, we have yet to come up with a standard drum tuning system. So everybody tunes their drums differently.

So first the drummer has to decide which cymbals to buy so that he gets the sound he wants. And how exactly to tune each of the individual components of the drum set.

So that's sort of creative choice number one. Then choosing these exact elements and combining them this way is number two. Like I said, I have not heard this exact

MATTHEW RITTER

combination of elements before in my recollection, ever. Again, I did look through and listen to all of the exhibits that Mr. Ricigliano presented. This combination appeared nowhere.

Then the actual manner in which the drummer chose to strike the drums so as to elicit an unusual sound from his snare drum.

Q. Do you know that it was Vargas who decided how to tune the drums for Bust Dat Groove?

A. I don't know exactly. If nothing else, it was Vargas who decided to play on that particular drum set that was tuned that way. If he himself didn't tune it, I don't know. So, he chose what drum sound he wanted on his recording and either adjusted them to be so or had somebody adjust them until he was happy with them. I don't know who did the tuning.

Q. The choosing of the elements in combining that would be, you were saying that the drummer's choice; is that true?

A. Yes.

Q. On that instructional video you played beats?
A. Yes.
Q. Drum beats?
A. Yes.
Q. Do you play a drum kit?
A. Yes.
Q. Did you get clearances for the beats that you play on your instructional video?
A. No. Because the beats I played I was basically improvising, based on other things I'd heard. But, no, I did not do an exact, perform exact transcription of anyone else's drumming except for my own. There were no other instruments or anything involved.
Q. Was every beat on your video original to you?
MR. CHIN: Objection.
A. You know, I probably in some senses, yeah, I think it probably, I would have to say -- you know, I know I am probably bias because I am the one that played it. I think so. I think if I heard something off of

my DVD I would probably immediately recognize it as my particular timing, my way of striking the drum closer to the edge rather than the middle, the way I tune my drums and the little variations that have become sort of idiosyncracies for me.
Q. Aside from thinking of it in the sense of if you heard a recording of your beat the same way it is recorded on your DVD video, but let's say one of these students who is purchasing your, you know, instructional video or something plays your beat, do you feel that beat, do you feel that is a composition --
MR. CHIN: Objection.
Q. -- those beats?
MR. CHIN: Objection.
A. Yes. The combination of elements that I would choose with my specific variations and so forth would be a drumming composition all my own. Max Roche, very famous drummer in the 60s used to do entire songs that were just drums. And these things would have names and so forth. They were

compositions. And one of the most famous ones is called The Drum Also Waltzes. I would expect in every way if I were going to have a special feature on my DVD of me playing The Drum Also Waltzes I would absolutely expect to have to pay licensing fee for that.
Q. What separates that example you're thinking of, you know, specifically from expecting to pay a license for other beats that you have heard before?
MR. CHIN: Objection.
A. It doesn't. As I said, I don't know whether to expect to pay a licensing fee. I know that --
Q. But you did say you would absolutely expect to have to pay a licensing fee for Max Roche's playing that on your DVD. There is some difference?
A. My point is that is somebody else's composition. I didn't do anything by Max Roche or Ralph Vargas for that matter, I did my own things which were largely improvised in the moment.
What I was saying if I took

something composed by another drummer and actually took a transcription of it and replicated it, I would intend and expect to have to pay a licensing fee on it.
Q. So other than the way you played or your touch, would a transcription of any beat that is on your video be one that, you know, has not been written down before?
A. Probably yes, yes.
Q. Probably yes? Sorry?
A. Probably yes. I am sure that there are beats on my video that have not been written down before. There are millions of combinations of rhythms, so to, you know, if I sat here and just played one measure worth off the top of my head, you know, I would think it would take a very long time, if ever for someone to go through old drumming book and so forth and find that exact thing somewhere. Unless I were playing something like simply bass on 1, and 3 snare on 2 and 4.
Something more complicated than that like Bust Dat Groove, I looked through Mr. Ricigliano's excerpts from books dating

218

MATTHEW RITTER

back decades. There wasn't one single example of Bust Dat Groove in any of them.

Q. If someone transcribed all the beats on your instructional video would any of those beats have been transcribed before any time in history?

A. Well that is what I am saying --

MR. CHIN: Objection, hold on sorry. Objection. You can answer.

A. I believe it would be unlikely and a coincidence unless it were perhaps bass on 1 and 3 snare on 2 and 4 something extremely basic and common.

Q. Do you show any simple beats for beginners on your individual?

A. Yes, I show this beat and some slight variations of it.

Q. So those slight variations are simple beats for beginners?

A. Yes.

Q. What are those slight variations -- we're talking about slight variations to the basic rock beat you

219

MATTHEW RITTER

described earlier?

A. Yes.

Q. What are those variations?

A. What are they? There is I believe in most cases I was still playing the bass on 1 and 3 and then maybe occasionally adding one more bass drum note somewhere showing different possibilities.

Q. Of placing the bass note?

A. Yes. Exactly. It is a DVD about bass drum playing. I was trying to show that you could theoretically place the bass drum in various spots of a measure.

Q. Do you play the basic rock beat on your video?

A. Yes.

Q. And you play in fact John Bonham triplets on your instructional video; don't you?

A. Yes, I do.

Q. Did you get clearance for that?

A. I actually played them pretty differently than John Bonham. When we talk about John Bonham triplets we are talking

220

MATTHEW RITTER

about doing a triplet is three notes grouped together.

Q. Right.

A. Talking about hitting one hand to do the first note and doing two notes with the foot after that.

So when --

Q. A split triplet kind of?

A. Yes. So when Bonham would do this, he would have his one hand on the hi-hat, and he would do the bass drum with the foot. When I did it I actually used both hands in unison and moved them around to various sounds of the drums improvising my own creative impulse on an idea that John Bonham had I guess pioneered to some degree.

Q. But you sell your video by saying that you show John Bonham triplets; right?

A. Yes.

Q. But you play them differently?

A. Yes. Exactly.

Q. And --

A. It is understood in the

221

MATTHEW RITTER

drumming community John Bonham triplets means you can play very fast triplets with your foot. Everybody wants to know how to play foot very fast. That is what I am talking about is the ability to play the foot at high speeds, not so much a specific rhythm. If that makes any sense.

Q. It sort of doesn't make sense just because you said it is a John Bonham triplet. That is a specific, is it fair to say that is a specific rhythm?

A. John Bonham was one of the first drummers to play two hits in a row on the bass drum very fast and repeatedly with one other note in between. He would do it with the one hand on the hi-hat. Then so it would be like hand, foot, foot, hand, foot, foot. He would do this extremely fast. People have always been trying to figure out how he played it fast.

So I demonstrated a foot movement that can help drummers be able to learn to do this while I moved my hands around to various pitched drums, rather than staying

226

MATTHEW RITTER

home just hitting their couch and their lap.

Q. Right. Okay. So when they play, when you transcribe something they have heard, popular music and they play it on your drum, just for you and them in the lesson, you're saying you don't typically tune the drums in those cases. Is it then evident the drum, you know, doesn't sound really what they are trying to play?

A. If I think I understood you correctly, yes, when a student of mine plays a rhythm we transcribed, on a drum set in my teaching studio, it does not usually sound anything like the recording that we transcribed because the way the drummer is hitting the drum is different, the way the drum set is tuned is different.

Sometimes honestly it is unrecognizable as what we transcribed. Sort of the opposite of hearing Bust Dat Groove and Aparthenonia and realizing all those nuances are exactly the same.

Q. So your Students -- sorry, you are talking about when your students play the

227

MATTHEW RITTER

transcription?

A. Yes.

Q. Do you sometimes play the transcription or just hear it and play it?

A. Yeah, I will often take the transcription we figured out and play it for them as a demonstration.

Q. Do they saw, wow, Matt, that sounds like whatever song they are asking you to play?

MR. CHIN: Objection.

Q. Something to that extent?

MR. CHIN: Objection.

A. No, I mean usually the sentiment they express is cool, when am I going to learn to play that fast or whatever?

Q. It is not, even without the tuning, not saying, yeah, that doesn't really sound like that beat; right?

MR. CHIN: Objection.

A. Sorry, I don't understand the question.

Q. Just trying to understand that. Even if they are playing on a drum set that

228

MATTHEW RITTER

hasn't been tuned, you know, to the way the original recording was tuned --

A. Right.

Q. -- whether the impression is that doesn't really get at what, that doesn't really sound like the song I've heard?

MR. CHIN: Objection.

A. Sometimes it does, I do get that reaction. In which case I may have them switch drum sets, we have two sets in the room. Like I said, one of them has the bass drum tuned very differently. Sometimes I'll ask the students to switch drum sets and play on the drum set with the bigger deeper bass drum. Maybe it will sound more like the recording.

Q. You teach a lot of children; right?

A. I teach a lot of adult beginners, but I have also taught children. Most of my students are adults.

Q. Most of your students are not advanced; right?

A. Right. Most, if I have 30

229

MATTHEW RITTER

students in a week, maybe 25 or 26 of them are beginner, intermediate and maybe two or three or four are somewhat advanced. I have only one or two extremely advanced drummers.

Q. Do you currently teach at a school?

A. No, I don't. I currently teach in my own drumming studio.

Q. Have you taught at a school we talked about --sorry, have you taught at a school before?

A. Yes. I taught for a few years at the Lycee Francais which is a private elementary school on the upper East side. I was part of the after school program. I would go there two days a week and give half hour drum lessons to kids that signed up.

Q. Sorry, how long did you do that?

A. Well, I began in fall of 2001 I believe I did it until last fall 2005. I have not done it for the past year. I believe I did it for four years straight.

Q. So all of the students at that

238

MATTHEW RITTER

different drummer than the drummer on the first track?

MR. CHIN: Objection. But you can answer.

A. I am going to say right away since this is not a drummer that I'm familiar with, unless he is playing the exact same thing, I probably will have no way to know.

Q. You testified and you stated in your declaration that each time a drummer makes a recording that drummer leaves a fingerprint; right?

A. Yes. That's right.

Q. And that you can tell based on listening whether the same drummer is playing?

A. Playing the same thing. In other words, if you are about to play me something now that is a different rhythm, I haven't heard what this drummer's fingerprint sounds like playing this second rhythm. So I have nothing to compare it to from the first rhythm.

On the other hand, if we took rhythm number 1 you just played to me and had

239

MATTHEW RITTER

two other drummers play that same rhythm, the way they space the various elements of that rhythm I would in all likelihood be able to tell which drummer played which or whether it was the same person doing the same thing.

Q. On Bust Dat Groove part of what would be the fingerprint of that recording would be the ghost notes; right?

A. Yes, that's part of it.

Q. Part of it was the multiple bounce stroke; right?

A. Right. Which is also a ghost note because it is played extremely softly.

Q. Let's go through and identify the instruments on, we will do track number 2.

A. Okay.

Q. Just identify the instruments on each track.

(Track Playing.)

Q. That is track number 2. What are the instruments?

A. Can I hear it again. I am getting some static through the speaker. I am not sure if it is snare rattle or the speaker

240

MATTHEW RITTER

or what.

(Track Playing.)

A. That sounds also like bass drum, snare drum and hi-hat to me.

Q. If there is anything about -- sorry, if you can tell me and you can tell that any of the tracks has a different drummer than another, go ahead and let me know. If you can't, fair enough.

MR. CHIN: Objection. Is it possible to read back what his answer was before that just so can write it down in my notes.

(The preceding answer was read.)

MR. CHIN: My question is is that what you guys are going to do?

MS. AHRENS: We are going to go -- I am going to go through each track and play it and identify the instruments and ask him if he can identify. I will make the question more specific to Mr. Vargas.

Q. I am going to play track number 1 again.

241

MATTHEW RITTER

(Track Playing.).

Q. On track number 1 can you tell me whether that is Ralph Vargas playing the drums or not?

MR. CHIN: Objection.

A. I have no idea. I never heard Ralph play a rhythm like that. So I don't know if I am hearing Ralph play it now.

Q. You have heard, of course Ralph play other drum tracks that you know are Ralph playing?

MR. CHIN: Objection.

A. I have heard Ralph play one other drum track as well as, as I mentioned to you on my second meeting with him he played a snippet of himself in a wedding band or something like that in his car. I don't really remember what it sounded like.

Q. Okay. And on track number 1 did you hear any ghost notes?

A. Before I answer may I hear it again. That is really the thing I would probably want to wear headphones and listen very carefully more than I am able to do with

these speakers.

Q. Okay. Let me play it for you again?

A. Since this is a sworn testimony. I will try and see if I hear any.

(Track Playing.)

A. Can I hear it once more, please.

Q. Sure.

(Track Playing.)

A. I am not able to hear any on this but I have no way of knowing if there really is any because I would want to listen more closely with headphones.

Q. When you made your original transcription of Bust Dat Groove, you were listening to that on your DiscMan; right?

A. Right.

Q. You heard ghost notes on that; right?

A. I did, yeah. They are definitely more pronounced on that recording than on this one if there are any. I think there might not be any on this one.

Q. That copy of Bust Dat Groove on your DiscMan, that was a copy that was, you said was a poor quality copy?

A. It would only play on that machine. So, I mean it was not burned properly or something. Because it didn't play on most machines.

Q. Okay. I am going to do -- on track number 1 we still just have bass drum, snare drum and hi-hat?

A. Yes.

Q. I am going to play -- and on track number 1 you said you can't say whether it is Mr. Vargas or not?

MR. CHIN: Objection.

A. I don't know if it is Mr. Vargas or not.

Q. You don't know. I am going to play track number 2 from Defendants' Exhibit 30.

(Track Playing.)

Q. What instruments do you hear on track number 2?

A. Bass drum, snare, hi-hat and a

ghost note on the snare.

Q. Is the ghost notes an instrument?

A. No.

Q. So three instruments you hear are a bass, a snare drum and a hi-hat right?

A. Yes.

Q. But you did hear a ghost note too?

A. I did.

Q. Can you say whether the drummer on track 2 is different than the drummer on track 1?

MR. CHIN: Objection.

A. I have no idea.

Q. Can you tell if the drummer on track number 2 is Mr. Vargas?

MR. CHIN: Objection.

A. I have no idea.

Q. Did you hear on track number 2 any multiple bounce strokes?

A. No, I did not. I heard one isolated ghost stroke.

Q. Okay. I will play track number

3 from Defendants' Exhibit number 30.

(Track Playing.)

MR. CHIN: Let her ask the questions.

Q. Can you identify what instruments are played on track number 3?

A. Bass drum, snare drum and hi-hat.

Q. Do you have an opinion as to whether the bass drum, snare drum and hi-hat are the same bass drum, snare drum and hi-hat that were played on track 2?

MR. CHIN: Objection.

A. I don't know. I will have to hear, you know, again it is like the drummer's fingerprint thing, I would want to hear the same drum set playing the same rhythm because, you know, how loud the person is playing the snare changes the tambour of the instrument and so forth.

I would want to hear the same rhythm played twice on two different drum sets or the same to determine if it was the same drum set. How you strike a drum, you know,

MATTHEW RITTER

significantly can change the sound of the drum. I do hear some ghost notes, by the way.

Q. Okay. Forgive me if I asked you this about track 3, can you say whether track 3 is different, a different drummer than the drummer on the previous track?

MR. CHIN: Objection.

A. I don't know who is playing the drums.

Q. Okay. Even though you don't know who is playing the drums can you determine whether it is a different drummer than the previous track?

MR. CHIN: Objection.

A. I don't know if it is the same or different drummer.

Q. Can you -- so you can't whether it is Mr. Vargas or not; right?

MR. CHIN: Objection.

A. I cannot tell who is the drummer.

Q. You said you heard ghost notes; is that right?

A. Yes, I did.

MATTHEW RITTER

Q. How many ghost notes?

A. Can I hear it again.

Q. I can play it again sure.

(Track Playing.)

A. I hear at least three already.

Q. Did you hear any multiple bounce strokes?

A. No.

Q. I just want to ask when you made your transcription of Funky Drummer?

A. Yes.

Q. You also made a transcription of Aparthenonia, you made those, some of the original versions of those transcriptions you made from listening to the tracks on a DiscMan; right?

A. This is true.

Q. For both songs; right?

A. Yes.

Q. What kind of headphones were you listening to when you used your DiscMan?

A. They are called Studio Kans, they are professional recording studio headphones.

MATTHEW RITTER

Q. Sorry, what was the name of the headphones again?

A. Studio Kans K-A-N-S.

Q. Is there any other kind of manufacturer name or anything?

A. No.

Q. The ghost notes that you said you heard on track number 3 --

A. That is the one we just heard?

Q. Yes.

A. Yup.

Q. Are those Mr. Vargas' ghost notes?

MR. CHIN: Objection.

A. I don't know whose ghost notes they are. I will say they do sound like tom hits to me. It sounds to me like it is either Mr. Vargas or it is somebody playing on a drum that was tuned by Mr. Vargas and trying to imitate Mr. Vargas' ghost notes technique.

Q. Why would you say it would be like it sounds like a drum tuned by Mr. Vargas?

A. Because, again, it is

MATTHEW RITTER

exceedingly rare for one drum to suddenly sound like a different drum just because it is being played at a very soft volume. I mean the sound of the drum can change a little, but to have it suddenly sound like a tom-tom, a moment ago it sounded like a snare is very unusual. I hear that same phenomenon on this record.

So, I heard that on Bust Dat Groove. I know that Ralph at least on that song chose to choke the snares on his drum. I hear that same phenomenon here.

Q. I will play track number 4 from Defendants' Exhibit 30.

(Track Playing.)

A. Okay.

Q. What instruments do you hear on track number 4?

A. Bass drum, snare drum and cymbal.

Q. Is it a ride cymbal?

A. The person is using it like a ride cymbal which means they are playing constant rhythm on it. It is very hard to

250

MATTHEW RITTER

tell what kind of cymbal it is. But, yes, it is being used as a ride cymbal. So some cymbal.

Q. Do the instruments you hear on track number 4 in your opinion, are they the same instruments that you heard played on track number 3 -- do the instruments you hear on track number 4 are they the same instruments you heard played on track number 3?

MR. CHIN: Objection.

A. I don't know.

Q. Can you say whether the drummer is different on track number 4 than on the previous track?

MR. CHIN: Objection.

A. I don't know, but I will say that if asked to speculate I would assume that, it may be -- it may be the same drummer because I hear a ghost note immediately following a loud snare accent. Which is something I've heard on, you know, I also heard on previous tracks we play here.

Q. Okay. On the previous tracks

251

MATTHEW RITTER

we played here, track number 3 you said had at least three ghost notes were those similar ghost notes followed by a loud snare?

A. Can I hear number 3 again?

Q. Sure.

(Track Playing.)

A. Yes. Yes. This is a drummer that likes to play a soft ghost note immediately after a loud snare, which is not very common. So it is may well be the same drummer but the rhythm sounds different. So I don't know if it is the same person.

Q. Did you hear any other -- sorry, how many ghost notes did you hear on that track?

A. Track 4; right?

Q. Yes.

A. Can I hear it again, please.

(Track Playing.)

A. I only can clearly make out one there is a lot of white noise because of the cymbal. I can make out one immediately following a loud snare hit.

Q. Can you tell if track number 4

252

MATTHEW RITTER

is Mr. Vargas playing the drums?

MR. CHIN: Objection.

A. I don't know if it is Mr. Vargas.

Q. Did you hear on that track any multiple bounce strokes?

A. No, I did not.

Q. Do you believe -- we have a pair of headphones, would you prefer to listen to the tracks through the headphones, would that help?

A. It might help. I can try that.

Q. Okay. I don't know if this is going to cut out the sound for all of us.

A. There is a loud buzzing.

MR. CHIN: There is now?

THE WITNESS: Yes, there is.

MR. CHIN: Does anybody know how to get rid of that?

VIDEOGRAPHER: It might help if you take it right out of the computer instead of the headphones.

A. That is going to cover up any nuance I am trying to find.

253

MATTHEW RITTER

MS. AHRENS: Can we go off the record.

VIDEOGRAPHER: Going off the record the time is 4:03.

(Recess taken.)

VIDEOGRAPHER: We are back on the record. The time is 4:04.

Q. Mr. Ritter, we are going to play track number 5 through the headphones that we have given you. This is track number 5 on Defendants' Exhibit 30.

(Track Playing.)

A. I'm sorry, I have to go back to speakers, it sounds like it is underwater, maybe it varies from track to track. I think I would prefer the speakers.

Q. Do you want to hear it again through the speakers?

A. Yes. Just the speakers. Sorry about that.

Q. That's okay. Here is track number 5 through the speakers, we might have to turn it up.

(Track Playing.)

258

MATTHEW RITTER

immediately following a snare drum, which means that a drummer may have time to move his hands to another drum all together.

Q. I will play track number 6 on Defendants' number 30.

(Track Playing.)

A. Can I hear it again, please.

Q. Sure.

(Track Playing.)

MR. CHIN: What is that, is that part of the record?

THE WITNESS: I don't know what that is.

(Track Playing.)

A. Okay.

Q. On track number 6 what instruments do you hear?

A. Bass drum, hi-hat and snare drum.

Q. Do you have an opinion as to whether those are the same bass drum, snare and hi-hat as on the previous track?

A. I don't know.

Q. Can you say whether the drummer

259

MATTHEW RITTER

on track 5 is different than the previous -- sorry, whether the drummer on track 6 is different than on the previous track?

MR. CHIN: Objection.

A. I can't say. I don't know.

Q. Can you tell if it is Mr. Vargas playing track number 6?

MR. CHIN: Objection.

A. I don't know.

Q. Did you hear any ghost notes in track number 6?

A. I did not hear any.

Q. Did you hear any multiple bounce strokes in track 6?

A. No. But I will say the quality, as you guys are probably hearing already is degenerating as we go track by track. There is a lot of static coming through this. I don't know if it is the machine or recording. I am being asked to identify notes that are extremely difficult to hear even if the drum was in the room with us.

But that having been said, I will say no, I don't hear any ghost notes on

260

MATTHEW RITTER

that.

Q. You are saying those drums and those sounds are extremely difficult to hear even in a room with a live drummer, but you formed your opinion listening to a recording on a DiscMan; is that right?

MR. CHIN: Objection.

A. That's correct because on that particular recording certain of the elements, including most of the ghost notes were prominent enough for me to hear them. Just as has been the case with a couple of the tracks I heard today.

Q. Okay. Track number 7 from Defendants' Exhibit 30.

(Track Playing.)

Q. On track number 7 can you tell me what instruments are played?

A. Bass drum, snare drum and hi-hat.

Q. Do you have an opinion as to whether those are the same instruments that were on the previous track?

MR. CHIN: Objection.

261

MATTHEW RITTER

A. I don't know if they are the same instruments. I do know that the sound is very unusual on this track. It sounds extremely boomy and muddy, I don't know if that is the way it was recorded or something enhanced digitally, but in either case I don't know if it is the same drums used on the previous track.

Q. Can you say whether the drummer is different than the drummer for the previous track?

MR. CHIN: Objection.

A. I don't know.

Q. Can you tell if it is Mr. Vargas playing the drums on track number 7?

MR. CHIN: Objection.

A. I don't know.

Q. Did you hear any ghost notes on track 7?

A. No. I did not.

Q. Did you hear any multiple bounce strokes on track number 7?

A. No.

Q. I am going to play track number 8 from Defendants' Exhibit 30.

(Track Playing.)

Q. Can you tell me what instruments are on track 8?

A. Bass drum, snare drum and hi-hat.

Q. Do you have an opinion as to whether these drums are the same as the previous, the drums used in any of the previous tracks?

MR. CHIN: Objection.

A. I don't know. But again this sound on this is very -- sounds very strange to me, like something that may have been altered electronically somehow. When the snares hit it seems to echo for almost the whole rest of the measure. So either it is in an echo chamber or there has been a certain kind of reverb put on or the mic is positions in a way to get very unusual recorded sounds.

Q. Would added effects make it more difficult to identify whether it is the same drummer playing?

A. I don't know. Possibly. I mean the more a recording is tampered with in any way the more it becomes obscure of what was there originally.

Q. On track number 8 -- I can't remember where I was -- did you hear any ghost notes?

A. May I hear it one more time.

Q. Sure.

(Track Playing.)

A. I don't believe there are any ghost notes on that recording.

Q. Did you hear any multiple bounce strokes on track 8?

A. No, I did not.

Q. Do you know if any effects were used in the studio when Funky Drummer Volume II was being recorded?

A. I don't know.

Q. Do you know if any effects were added to Funky Drummer II when it was being mixed?

A. I have no idea.

Q. Track number 9 from Defendants'

Exhibit number 30.

(Track Playing.)

Q. Do you know what instruments are on track number 9?

A. Bass drum, snare drum, hi-hat and human voices.

Q. Can you say whether the instruments you hear on track number 9 are the same as the instruments played on track number 8?

MR. CHIN: Objection.

A. I don't know.

Q. Can you say whether the drummer on track 9 is different than the previous, the drummer on the previous track?

MR. CHIN: Objection.

A. I don't know.

Q. Can you tell if track 9 is being played by Mr. Vargas?

MR. CHIN: Objection.

A. I cannot tell.

Q. Did you hear any ghost notes on track number 9?

A. I did not hear any, but I don't

know if there are any because there were children laughing and there is a lot of static coming from the machine. Even if they were there, I don't trust that I would be able to hear them with that kind of recording.

Q. Did you hear any multiple bounce stroke on track number 9?

A. I did not hear any but again the nuances were pretty obscured as I was listening to that because of the children's voices and stuff they had put in.

Q. I will play track number 10 from Defendants' Exhibit 30.

(Track Playing.)

Q. What instruments -- do you want to hear track 10 again?

A. Sure.

(Track Playing.)

A. Okay.

Q. What instruments do you hear on track number 10?

A. Bass drum, hi-hat, rim click which means hitting on the rim of the snare drum and a person humming.

MATTHEW RITTER

Q. Have you ever heard of Carlos Bess?

A. No.

Q. What level of drummer would you consider Ralph Vargas to be?

A. Ralph is very advanced professional level drummer.

Q. Do you know what is flanging?

A. Flanging in drum terms?

Q. Yes. Or music terms.

MR. CHIN: Objection, compound.

A. I saw in Doc Rodriquez's report he was saying something about flanging should occur. I don't know what that means in terms of audio world. But in drum world if we use our left foot to make the hi-hat splash once against each other sometimes we call that flanging the hi-hats. So they collide together, maybe that is what Mr. Rodriquez was saying, the two sounds would collide if they weren't lined up right.

Q. What happens when you flange two hi-hat cymbal together?

A. They kind of ring.

MATTHEW RITTER

Q. Are they louder?

A. Louder than what?

Q. Louder than when they are not flanged?

A. You can flange loud, you can flange soft. It is a different sound. You are making the cymbal strike against each other and ringing.

Q. Okay. Do the pitches you heard on Aparthenonia and Bust Dat Groove, do either of those sound different due to the sound recording quality?

(Continued on following page.)

A. They sounds the same to me.

Q. Okay.

MS. AHRENS: I have nothing further.

MR. CHIN: Thank you.

VIDEOGRAPHER: Going off the record. The time is 5:01. This is the end of tape number 4.

(Time Noted: 5:01 p.m.)

____________________
MATTHEW RITTER

Subscribed and sworn to before me this _____ day of _________, 2006.

______________________________

MATTHEW RITTER

STATE OF NEW YORK ) Pg__of__Pgs
ss:
COUNTY OF NEW YORK )

I wish to make the following changes, for the following reasons:

PAGE LINE
___ ___ CHANGE: ________________
REASON: ________________
___ ___ CHANGE: ________________
REASON: ________________
___ ___ CHANGE: ________________
REASON: ________________
___ ___ CHANGE: ________________
REASON: ________________
___ ___ CHANGE: ________________
REASON: ________________
___ ___ CHANGE: ________________
REASON: ________________
___ ___ CHANGE: ________________
REASON: ________________
___ ___ CHANGE: ________________
REASON: ________________
___ ___ CHANGE: ________________
REASON: ________________

CERTIFICATE

STATE OF NEW YORK )
: ss.
COUNTY OF NEW YORK )

I, TAMMEY M. PASTOR, a Registered Professional Reporter, Certified LiveNote Reporter and Notary Public within and for the State of New York, do hereby certify:

That MATTHEW RITTER the witness whose deposition is hereinbefore set forth, was duly sworn by me and that such deposition is a true record of the testimony given by the witness.

I further certify that I am not related to any of the parties to this action by blood or marriage, and that I am in no way interested in the outcome of this matter.

IN WITNESS WHEREOF, I have hereunto set my hand this ____ day of __________, 2006.

______________________
TAMMEY M. PASTOR, RPR, CLR

E X H I B I T S

| | PAGE |
|---|---|
| (Defendants' Exhibit 29 for identification, Ritter Draft Declaration, production numbers 00034.) | 16 |
| (Defendants' Exhibit 30 for identification, Musical Tracks from Funky Drummer Volume II, production numbers 00023.) | 169 |

MATTHEW RITTER

A. It is so crackly.

Q. I hear the crackling as well. To me it sounds like a needle on a record, on a vinyl. Does that sound --

A. That sounds like that might be correct. Yes.

Q. Can you identify what instruments are played on track number 5?

A. Yes. May I hear it one more time.

Q. Sure.

(Track Playing.)

A. Can I hear it once more, please.

Q. Uh-huh.

(Track Playing.)

A. There is bass drum, snare drum, hi-hat.

Q. Do you have an opinion whether those three instruments are the same as on the previous track?

A. No, I don't have an opinion. I don't know.

Q. Is the cymbal that we heard on

MATTHEW RITTER

track 5 different than the cymbal we heard on track 4?

MR. CHIN: Objection.

A. Is track 4 the one that I said they are playing it like a ride cymbal?

Q. Yes. We can hear track 4.

A. This sounds like a hi-hat to me. The other one sounded like a cymbal being used as a ride cymbal.

Q. Could a hi-hat cymbal be used as a ride symbol?

A. It is possible if it were opened all of the way so the two cymbals didn't hit each other.

Q. I can play track 4 again. But I wanted to ask whether you thought on track number 4 the cymbal that was being played like a ride was a hi-hat symbol being played like a ride?

A. I am going -- there are ride cymbals of every shape and size. Usually a hi-hat refers to two cymbals placed together so that they now bump up against one another. So I have no idea what kind of cymbal the

MATTHEW RITTER

person is playing on, but it wasn't two cymbals closed together.

Q. Okay. Fair enough. Can you say on track number 5 whether the drummer is different than the previous track?

A. No, I don't know.

Q. Okay. Can you tell if track number 5 is being played by Mr. Vargas?

MR. CHIN: Objection.

A. I have no idea.

Q. Did you hear any ghost notes on track number 5?

A. I don't know. Can I hear it again.

Q. Sure.

(Track Playing.)

A. It does sounds like there is one ghost notes. I'm not clear what instrument it's on. It may be on the snare. It may not. It sounds very tom-like to me again. I'm not sure. This recording is muddier than the others I heard.

Q. Okay. When you say you're not sure what instrument it is played on, is it

MATTHEW RITTER

possible the ghost note is being played on the hi-hat?

MR. CHIN: Objection.

A. I don't believe it is possible it is being played on the hi-hat.

Q. Is it possible the ghost note is being played on the bass drum?

MR. CHIN: Objection.

A. I believe it is being played on some instrument with a hand not the foot.

Q. Okay. So the three instruments we hear there, what you hear there is the bass drum, the snare and hi-hat; right?

A. Yes. Except like I said there is one ghost note that again sounds distinctly tom-like.

Q. That ghost note, it could be a tom?

MR. CHIN: Objection.

A. I don't know. It could be or it could be the same phenomenon I heard in other tracks today which is a snare sounding like a tom. The reason I am not assure in this case is because the hit I heard is not

266

MATTHEW RITTER

Q. Is a rim click, would you consider that an instrument?

A. When we notate it we usually put it as a separate thing. It has got its own symbol for a rim. I think that is the most specific way to say it. Snare rim.

Q. Is a rim click different than -- forget it. Scratch that.

Can you say whether the instruments that are used on track number 10 are the same as on the previous track?

MR. CHIN: Objection.

A. I don't know.

Q. Can you say whether the drummer on track number 10 is different than the previous track?

MR. CHIN: Objection.

A. I don't know.

Q. Can you tell if it is Mr. Vargas playing the drums on track number 10?

MR. CHIN: Objection.

A. I don't know.

Q. Did you hear any ghost notes on

267

MATTHEW RITTER

track number 10?

A. Yes, there are some ghost notes on the rim that are bordering on not ghost notes because sometimes the volume on them creeps up a little bit. Yes, there are some ghost notes on the rim of the drum.

Q. Did you hear any multiple bounce stroke on track 10?

A. No, I did not.

Q. I am going to play track number 11 from Defendants' Exhibit 30.

(Track Playing.)

Q. What instruments do you hear on track number 11?

A. Let me hear it once more, please.

Q. Sure.

(Track Playing.)

A. Okay.

Q. What instruments do you hear on track number 11?

A. I hear bass drum, hi-hat, snare drum and some other kind of sound that is like a high pitched metallic sound, maybe somebody

268

MATTHEW RITTER

hitting on the side of a cymbal stand or something and putting that in there or a drum that is made of metal and is tuned slightly incorrectly so that there is some overtones coming from the metal of the drum.

Q. Could it be anything else?

A. Sure. It could be anything. It is an unusual sound effect. I don't know where it originated from. But it has got sort of a high pitched metallic sound. Almost like taking a hammer and hitting it on a window frame or something. It is played in unison with the snare drum hits.

Q. Right. Can you say whether the instruments you could identify on track number 11, whether those are the same instruments that were played on the previous track?

MR. CHIN: Objection.

A. No, I can't say.

Q. Can you tell if whether the drummer is different on track number 11 than on the previous track?

MR. CHIN: Objection.

A. I can't tell.

269

MATTHEW RITTER

Q. Can you tell if track number 11 is Mr. Vargas?

MR. CHIN: Objection.

A. I don't know.

Q. Did you hear any ghost notes on track 11?

A. I did not hear any.

Q. Did you hear any multiple bounce stroke on track 11?

A. No.

Q. I will play track number 12.

(Track Playing.)

Q. Can you identify the instruments played on track 12?

A. May I hear it once more, please.

Q. Sure.

(Track Playing.)

A. Okay.

Q. Can you identify the instruments on track 12?

A. Bass drum, snare drum and hi-hat.

Q. Do you haven opinion as to

whether those are the same bass drum, snare drum and hi-hat that were on the previous track?

MR. CHIN: Objection.

A. I don't.

Q. Can you say whether the drummer on track number 12 is the same or different than the previous track's drummer?

MR. CHIN: Objection.

A. I don't know.

Q. Can you tell if track number 12 is played by Mr. Vargas?

MR. CHIN: Objection.

A. No.

Q. Did you hear any ghost notes on track 12?

A. Yes.

Q. And did you hear multiple bounce strokes on track 12?

A. May I hear it once more, please.

Q. Sure.

(Track Playing.)

A. Once more.

(Track Playing.)

Q. What instruments -- sorry, did you hear any multiple bounce stroke on track 12?

A. I heard one, yes.

Q. I will play track number 13 from Defendants' number 30 -- actually we can go off the record. We need to switch the tape.

VIDEOGRAPHER: Going off the record. The time is 4:26. This is the end of tape number 3.

(Recess taken.)

VIDEOGRAPHER: Back on the record. The time is 4:30. This is beginning of tape number 4.

Q. Mr. Ritter, you said you wanted to finish your answer about the multiple bounce stroke?

A. Right. I would like to hear it once more.

Q. Talking about track number 12.

(Track Playing.)

A. I'm not able to say whether

that multiple bounce stroke was executed with one or two hands. Whereas on Bust Dat Groove it was definitely executed with one hand. This one to me sounds a more aggressive and it also sounds like the hi-hat may stop momentarily there, in which case it is possible the drummer took both sticks and did sort of a simultaneous two handed multiple bounce stroke.

Q. So if it was two hands it wouldn't be, you wouldn't perform one multiple bounce stroke with two hands?

A. You might take both sticks and kind of go "zzzzzz" yeah.

Q. I want to go into track number 13 of Defendants' Exhibit 30.

(Track Playing.)

Q. On track 13 what instruments do we hear?

A. Bass drum, snare drum and hi-hat.

Q. Can you tell if that is Mr. Vargas playing track number 13?

MR. CHIN: Objection. Go

ahead.

A. I don't know.

Q. Do you hear ghost notes on track 13?

A. No, I don't hear any.

Q. Do you hear multiple bounce stroke on track 13?

A. No.

Q. We will play track 14.

(Track Playing.)

Q. I will start it over. That is track 14 of Defendants' Exhibit 30.

(Track Playing.)

A. Okay, all right. I know that. That must be Bust Dat Groove with Ride. Finally. Yes, that is Mr. Ralph Vargas playing Bust Dat Groove on his drum set with a ride cymbal added in.

Q. What about, let's go through it. What instruments do you hear on track 14?

A. Bass drum, snare drum, ride cymbal. Let me listen again and see if he pulled the hi-hat out or if the hi-hat is still in there, too.

MATTHEW RITTER

Q. Did you hear ghost notes on track 17?

A. I didn't hear any, no.

Q. Did you hear any multiple bounce stroke?

A. No.

Q. Would there be, if you had to determine for certain what instruments were played on track 17, how would you do that?

A. I would ask the drummer who played it what he played if I had to be 100 percent certain. But I believe it is snare drum, a bass drum, a hi-hat and some other kind of high pitched sound, possibly another snare drum or something.

Q. I am done with these, I believe. You said you were listening repeatedly to Bust Dat Groove and Aparthenonia in doing your analysis to reach your conclusions; right?

A. Yes.

Q. Did you hear any difference in the sounds caused by recording quality between the two tracks?

MATTHEW RITTER

A. One of the tracks, I think it was Aparthenonia, on the whole sounded a little tinier to me or something.

Q. Was there anything else?

A. No.

Q. When you said -- you said Aparthenonia sounded a little tinier; right?

A. Yes.

Q. I will just look at your declaration which is Defendants' Exhibit number 5. I want to turn to page 4 paragraph 9. Paragraph 9 you say Bust Dat Groove and Aparthenonia are identical; is that true?

A. Yes. I have here that they are identical in ways that would be impossible unless they drum tracks were in fact one and the same. The ways being the sound of the drums, the nuance of touch, the tuning of the instruments and the choice of rhythmic elements.

Q. You don't note there that Aparthenonia sounds tinier; do you know?

A. No. Because I attribute that

MATTHEW RITTER

to the sound quality of the recording itself. Just like these I am hearing here sound very scratchy and everything, too. But it still sounds like identical to Bust Dat Groove in ways that would be impossible unless that was Bust Dat Groove.

Q. On page 5, paragraph 12, you say Aparthenonia and Bust Dat Groove sound identical; right?

A. Yes.

Q. On Defendants' Exhibit 29 which was --

A. Correction, the way the music elements in Aparthenonia and Bust Dat Groove are played sound identical. In addition to the sounds themselves. But the recording quality sounds slightly different from one track to the other to me.

Q. So when you say in your declaration that the drum sounds in Bust Dat Groove and Aparthenonia are identical, did you mean that there is no detectable difference to the human ear?

A. I meant I was listening to a

MATTHEW RITTER

recording of the same snare drum. Sounds identical to me.

Q. So, when you say identical in your declaration you don't mean the drum sounds of Bust Dat Groove and Aparthenonia cannot be distinguished; is that right?

MR. CHIN: Objection.

A. The quality of the recording can. It is like the Louis Armstrong analogy I made earlier, if I listen to two Louis Armstrong, one of them one on a vinyl record, one on a CD, the sound quality of the source is going to be a little different but, yes, Louis Armstrong's voice will sound identical to me.

Q. And in your, what we called your draft declaration which was produced today --

A. Yes.

Q. -- for the first time, Defendants' Exhibit 29, page 4, you also say that the sound themselves are identical; is that right?

A. Yes.

MATTHEW RITTER

MR. CHIN: Objection. You can answer.

A. Yes, that's correct.

Q. So if you take out that one hit of the drum it would no longer be a basic rock beat?

A. Yeah. You have complicated things slightly, perhaps significantly depending on who the student is, by taking out something that is a sort of anchor for the rhythm.

Q. The other things played there on the one beat would be the first 1/8th note on the hi-hat; right?

A. That's true, yes. What happens many times, at times I have asked students to play that exact rhythm where they don't play the base on 1, they play the bass drum only on 3, after one or two passes through, their brain flips it around on them and they think the 3 is the 1, then they are out of sync with the music.

Q. About what level would a student have to be to play at the basic rock

MATTHEW RITTER

beat but no bass on the first beat?

MR. CHIN: Objection.

Q. In your experience.

A. For a student to be able to play that consistently all the way through a song without losing their bearings they probably have to take lessons for a few months.

Q. Would you consider that like intermediate level or how would you describe that level?

A. I think after a few months they are sort of advanced beginner.

Q. Is the multiple bounce stroke a common element used to embellished a rock beat?

A. It is used on occasion, it is not what I consider very common, because since it is something subtle, it is a subtle nuance, it is the kind of thing, frankly that in rock music would be drowned out by the electric guitar and so forth. A lot of jazz drummers used to do a multiple stroke bounce with one -- multiple bounce stroke with one hand.

MATTHEW RITTER

It is not as common in rock.

Q. Does James Brown's music use multiple bounce strokes?

A. I can't say for sure, I don't know.

Q. So you said that the beating of the snare drum on the 2 and 4 drum beat is basic; right?

A. That is basic, yes. Hitting the snare drum on the 2 and the 4.

Q. And Bust Dat Groove track is the snare hit on the 2 and the 4?

A. Well, it is hit on the 2 and what we call the E of 2. Which is the note immediately preceding. It is hit on the 4 then the E of 4. That actually is extremely complicated to do. Especially if you are going to have two different volume levels between the first note and next note because it means you have to make one very loud stroke and immediately follow on the same instrument with a soft stroke. This is the kind of thing that would take years for a drummer to be able to do.

MATTHEW RITTER

Q. Okay. Is the, I just want to look at your transcription just so I understand what you're saying when you say the E of the 1 --

A. E of 2.

Q. Sorry. We are looking at Defendants' Exhibit 5, we are looking at Bust Dat Groove transcription which is the first one attached to the declaration?

A. Yes.

Q. The snare line, we will look at that individually. That is the third one down.

A. Okay.

Q. You said the E was the note immediately preceding the 1?

A. Immediately following. Not the 1. We are talking about the 2 and 4.

Q. Sorry. Right.

A. So, yeah, we take each beat, by each beat I don't mean each -- I don't mean each hit on the drum. I mean each moment of music. It is usually divided into four parts, we have the number and we have what we call

Q. Would it always have to be that way?

MR. CHIN: Objection.

A. I mean I'm sure that, you know, many drummers like myself have been in situations where, you know, some other creative member of the band, guitarist or something might suggest why don't you try this or that.

Q. In fact if you played sheet music written by somebody else, the elements, choosing the elements and combining would be the choice of the person who wrote the music you're playing; right?

A. That's true. Yes. So in that case the thing left would be the exact phrasing that the drummer used. The nuance of touch that he decided to use and the sound he decided to get from the instrument, either, you know, by tuning them or having someone else tune them to his liking.

Q. So, putting aside the way the drums were tuned and played, can you just identify each thing that makes Bust Dat Groove

original?

MR. CHIN: Objection.

A. So aside from --

Q. If possible?

A. In other words, aside from the words chosen and sentences construction what is original about the poem? Is that the question?

Q. We were talking about the drums and recording of a drum beat so just, you know, if there is anything aside from the way they are tuned and how they are played is there anything that makes Bust Dat Groove original?

A. The combination --

MR. CHIN: Hold on. Sorry. Objection.

A. This is an original combination of elements that I have not seen exactly in this way before, the combination of the rhythmic elements chosen. The way the drums are struck with the nuance of touch and the way the drums were tuned, including a choked snare drum.

Q. What other elements -- you said the original combination of elements made it original. What other than the multiple bounce stroke makes Bust Dat Groove an original composition?

MR. CHIN: Objection. You can answer.

A. Everything I just said. In fact I don't even think I mentioned the multiple bounce stroke. I was talking about this exact combination of rhythmic elements, meaning what's happening on beat 1, what's happening on beat 2 and what's happening on beat 3.

So the, this combination of rhythmic elements, the way these drums were struck, the decision to place the ghost notes, one of them being, yes, multiple bounce stroke in one specific spot, the way the drums were tuned and checked in the sense, in the case of the snare drum.

And the way the drums were then hit so as to get a specific sound, for example hitting the snare extremely loudly on beat 2,

immediately followed by a ghost note on the E of 2 struck so delicately that the snare drum sounds like a tom.

Q. Is it your opinion if another drummer heard this rhythmic pattern and repeated it, that they would be copying Mr. Vargas' original creation?

A. I do believe they would be copying his, yes, his original, you know, combining of these rhythmic elements. I doubt very much if this other drummer would also be able to imitate the exact nuance of touch that Ralph executed this rhythm with.

That's why, you know, that is the very reason why people use sampling, we were talking before about James Brown. Led Zepplin is another one very famous that took a very famous rhythm from Led Zepplin's song called When the Levy Breaks, it was sampled and used in Beastie Boys' songs and so forth. The reason for this you can't just write down a rhythm on a piece of paper, have any drummer play it and make it sound the same.

If you want to sound like James