UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

_____

"CM/ECF" section for this case and began add the Declaration, the site would freeze and then a prompt appeared indicating that the web site expired.  I attempted to file the Declaration two more times but experienced the same result.  As a result I was unable to file the Declaration on October 12, 2006 on the ECF System.

I declare under the penalties of perjury pursuant to the laws of the United States that the foregoing is true to the best of my knowledge and belief.  Executed on the 12th day of October 2006.

s/Paul A. Chin
Paul A. Chin, Esq. (PC 9656)
LAW OFFICES OF PAUL A. CHIN
The Woolworth Building
233 Broadway, 5th Floor
New York, NY 10279
(212) 964-8030
*Attorneys for Plaintiffs*
