UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
_____

FW  Tww ( ) 192.w ( ·Tw Tf K)µ68D 058 0.6 TD 0  TÓN TD /ýõÚÙÚ2Ñ»6 0    Tc#$rg  C $ã!õ  (*f )£¡

abundance of caution I have submitted [Plaintiffs' Proposed] Joint Pre-Trial Order, and exhibits A.-C of Plaintiffs' Joint Pre-Trial Order exhibits A, B and C to ensure that the Court has information regarding Plaintiffs' position as to what should be included in the final Joint Pre-Trial Order.

I declare under the penalties of perjury pursuant to the laws of the United States that the foregoing is true to the best of my knowledge and belief. Executed on the 13th day of October 2006.

s/Paul A. Chin
Paul A. Chin, Esq. (PC 9656)
LAW OFFICES OF PAUL A. CHIN
The Woolworth Building
233 Broadway, 5th Floor
New York, NY 10279
(212) 964-8030
*Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

On the 13th day of October, 2006, a true and correct copy of the DECLARATION OF PAUL CHIN, [PLAINTIFFS' PROPOSED] JOINT PRE-TRIAL ORDER, PLAINTIFFS' JOINT PRE-TRIAL ORDER EXHIBITS A, B, and C was served in accordance with Local Rule 5.2 and by e-mail to the following attorneys representing the Defendants:

    Julie Ahrens, Esq.
    Kirkland & Ellis, LLP
    555 California Street, Suite 2700
    San Francisco, CA 94104
    *jahrens@kirkland.com*
    *Counsel for Defendant Transeau*

    David S. Olson, Esq.
    Center for Internet and Society
    Stanford Law School
    559 Nathan Abbott Way
    Stanford, CA 94305-8610
    *dolson@law.stanford.edu*
    *Counsel for Defendant Transeau*

    Eric M. Stahl, Esq.
    Davis Wright Tremaine, LLP
    1501 4th Avenue, Suite 2600
    Seattle, WA 98101-1688
    *ericstahl@dwt.com*
    *Counsel for Defendant East West Communications*


| 10/13/06 | s/ Paul A. Chin |
|---|---|
| Date | Paul A. Chin, Esq. (PC 9656) |
| | LAW OFFICES OF PAUL A. CHIN |
| | The Woolworth Building |
| | 233 Broadway, 5th Floor |
| | New York, NY 10279 |
| | (212) 964-8030 |
| | *Attorneys for Plaintiffs* |