## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RALPH VARGAS AND BLAND RICKY ROBERTS,<br><br>      Plaintiffs,<br><br>  v.<br><br>PFIZER INC., PUBLICIS, INC., FLUID MUSIC, EAST WEST COMMUNICATIONS, INC., AND BRIAN TRANSEAU P/K/A "BT",<br><br>      Defendants. | 04 CV 9772 (WHP)<br>ECF CASE |

### DECLARATION OF JULIE A. AHRENS
### IN SUPPORT OF DEFENDANT BRIAN TRANSEAU'S REPLY MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT

1. I, Julie A. Ahrens am an attorney licensed by the state of California and the state of New York and admitted to practice before this Court.

2. I am an associate at the firm of Kirkland & Ellis LLP and make the following declaration based upon my own personal knowledge:

3. Attached as Exhibit W to Defendant Brian Transeau's Reply Memorandum in Support of Summary Judgment is a true and correct copy of excerpts of the deposition of Matthew Ritter, taken on August 10, 2006.

4. Attached as Exhibit X to Defendant Brian Transeau's Reply Memorandum in Support of Summary Judgment is a true and correct copy of excerpts of the deposition of Ivan A. Rodriguez, taken on August 9, 2006.

5. Attached as Exhibit Y to Defendant Brian Transeau's Reply Memorandum in Support of Summary Judgment is a true and correct copy of excerpts of the deposition of Steven W. Smith, taken on August 15, 2006.

Dated: October 18, 2006

___/s/_____
Julie A. Ahrens

KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California 94104-1501
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Attorneys for Defendant
BRIAN TRANSEAU p/k/a "BT,"