# Exhibit X

```
UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

RALPH VARGAS and BLAND-RICKY ROBERTS,

                    Plaintiffs,

                                Civil Action

                                    No.

          -against-            04CV 9772 (JCF)


PFIZER, INC., PUBLICIS, INC.,

FLUID MUSIC, EAST WEST                 CERTIFIED COPY
COMMUNICATIONS, INC. and

BRIAN Transeau p/k/a "BT",

                    Defendants

------------------------------------x

              August 9, 2006

                9:15 a.m.

          Videotaped Deposition of

IVAN A. RODRIGUEZ, taken by Defendants,

pursuant to Notice, at the offices of Kirkland

& Ellis, 153 East 53rd Street, New York, New

York, before TAMMEY M. PASTOR, a Registered

Professional Reporter, Certified LiveNote

Reporter and Notary Public within and for the

State of New York.
```


LEGALINK®  575 Market St        tel (415) 357-4300   www.merrillcorp.com
A MERRILL COMPANY  11th Floor   tel (800) 869-9132
San Francisco, CA 94105         fax (415) 357-4301

GLOBAL COURT REPORTING · LEGAL VIDEOGRAPHY · TRIAL SERVICES

1      IVAN A. RODRIGUEZ - CONFIDENTIAL
2  I remember.  Otherwise, no.
3         Q.    When you say when Mr. Vargas
4  showed it to you are you referring to in
5  relation to this case?
6         A.    Yes.
7         Q.    Now, you said that Mr. Vargas
8  mentioned to you he may want you to testify
9  about something.  And perhaps April of 2004;
10 correct?
11        A.    Yes.
12        Q.    What happened next in regard to
13 the matters at issue in this case?
14        A.    After the once or twice we
15 touched on it, it was in passing, it wasn't
16 like a conversation I need to discuss.  Then
17 he approached me, I believe it was prior to
18 July.  It was maybe June.  Then he spoke to me
19 about it.  Then I said, okay, bring the
20 material to me, we will sit down.
21             I sat with him.  I asked him to
22 give me quiet, not to say anything while I am
23 listening about is this, is this, is that.  I
24 said just let me study it.  I think I studied
25 it for ten minutes.  I responded to him.  I

             IVAN A. RODRIGUEZ - CONFIDENTIAL
said this is absolutely your material.
        Q.      That was based just on
listening to it; is that correct?
        A.      Correct.
        Q.      How were you listening to it?
        A.      Through, let me think,
Cambridge Soundworks Clock Radio.
        Q.      When you say clock radio, am I
thinking of like the kind I have besides my
bed with a clock on it and also a radio?
        A.      No.  This is more like the Bose
system where it is actually a full system
coming out of a small box, sub woofer, when
you close your eyes you think it is a stereo.
        Q.      Is it in stereo?
        A.      Yes, it is.
        Q.      So what format did Mr. Vargas
bring in the pieces he wanted you to listen
to?
        A.      The initial examples came in on
CD.
        Q.      Both of them on CD?
        A.      I believe it was three.
        Q.      Three?

```
 1
 2                    C E R T I F I C A T E
 3     STATE OF NEW YORK    )
 4                          : ss.
 5     COUNTY OF NEW YORK   )
 6
 7          I, TAMMEY M. PASTOR, a Registered
 8     Professional Reporter and Notary Public within
 9     and for the State of New York, do hereby
10     certify:
11          That TIMOTHY M. YESSMAN, the witness
12     whose deposition is hereinbefore set forth, was
13     duly sworn by me and that such deposition is a
14     true record of the testimony given by the
15     witness.
16          I further certify that I am not
17     related to any of the parties to this action by
18     blood or marriage, and that I am in no way
19     interested in the outcome of this matter.
20          IN WITNESS WHEREOF, I have hereunto
21     set my hand this 15th day of August, 2006
22
23
24     TAMMEY M. PASTOR.
                                TAMMEY M. PASTOR, RPR
25
```