Vargas et al v. Pfizer Inc. et al

Doc. 99 Att. 3

# Exhibit Y

Dockets.Justia.com

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

---oOo---

| | | |
|---|---|---|
| RALPH VARGAS and BLAND-RICKY ROBERTS, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | No. 04CV 9772 |
| vs. | ) | (JCF) |
| | ) | |
| | ) | |
| PFIZER, INC.; PUBLICIS, INC.; FLUID MUSIC; EAST WEST COMMUNICATIONS, INC. and BRIAN TRANSEAU, p/k/a "BT", | ) | |
| Defendants. | | |

Deposition of

STEVEN W. SMITH, Ph.D.

Tuesday, August 15, 2006

CERTIFIED COPY

Reported by:

GEORGE SCHUMER, CSR (01-384619)

LEGALINK®
A WORDWAVE COMPANY

LegaLink San Francisco
575 Market Street, 11th Floor
San Francisco, CA 94105

tel (415) 357-4300
tel (800) 869-9132
fax (415) 357-4301

www.legalink.com

GLOBAL COURT REPORTING · LEGAL VIDEOGRAPHY · TRIAL SERVICES

15:31:21 Figures 25 and 26 in the last paragraph on Page 3 of your report?

15:31:25 A. On Figures 25 and 26 if you just do a cursory examination, you would come to the conclusion that they are very different, because one has a much higher amplitude than the other. However, if you simply look over at the left side of the page, at the Y axis, you see they have just been placed on different scales.

15:31:43 The upper figure -- the Figure 25 -- appears three times larger than the one in Figure 26, simply because the scale has been made three times larger.

15:31:57 Q. And by that you are referring to -- the part you are talking about looking three times larger would be the main body of the pinkish color in each figure; right?

15:32:13 A. That's correct.

15:32:13 Q. If we look all the way over to the left, then we see kind of a tall spike of the pink color; right?

15:32:21 A. Correct.

15:32:22 Q. Now in that case there is a difference in the amplitudes; right?

15:32:26 MR. CHIN: Objection.

15:32:28 THE WITNESS: Yes, but that is an artifact of how auto correlation is conducted. It has no meaning.

15:32:35 MR. OLSON: Q. What do you mean by that?

A. Auto correlation is essentially a measure of how similar a signal is to itself. At 0 seconds, it is a measure of how similar a signal is to itself, and it can come out with unpredictable amplitude. It is not part of anything that can be used for comparison.

Q. It appears to me that Figure 25 and Figure 26 kind of choose their top value just above the top of the left-most pink spike. Does that seem right to you?

A. Yes, it does.

Q. And putting aside the confusion that might be caused in just glancing at the two figures, because the vertical scales are different -- I'm going to put that aside for a moment; okay?

A. Yes.

Q. Because you did more than just glance at these figures; right?

A. Yes.

Q. You looked at them carefully?

A. Yes.

Q. And you could see, for instance, that the amplitude in the main body of the pink color in the Figure 25 is not three times the amplitude of the main body of the pink in Figure 26; right?

MR. CHIN: Objection.

15:34:08 THE WITNESS: Yes. By "amplitude," you mean the actual amplitude of the signal, not just as it is printed on the page.

15:34:17 MR. OLSON: Q. The real amplitude.

15:34:19 A. Yes.

15:34:19 Q. That's what you were referring to when you said it looked misleading that the amplitudes were different; correct?

15:34:25 A. Correct.

15:34:26 Q. But we can also see that even if you take into account the differences in the scale, there are other differences in Figure 25 and 26; correct?

15:34:35 A. Yes.

15:34:35 Q. For instance, there's information that appears in Figure 25, kind of between .00060, and the end of .00090 -- that does not appear in Figure 26; right?

15:35:01 A. That's correct.

15:35:02 Q. Likewise, to the right part of both figures, there appears to be information in Figure 25 that's not in Figure 26; correct?

15:35:11 A. That's correct.

15:35:12 Q. Did you read -- do you remember Dr. Boulanger stating that, "There's more information in the Aparthenonia track than in the Funky Drummer track"?

15:35:52 A. Yes.

17:05:39 understand the question. We are saying if we have another complete, separate instrument, and we take the many wave forms from that instrument, and we look at those individual wave forms, and those wave forms are essentially indistinguishable from FD-4 and FD-12 -- that would certainly affect my opinion.

MR. OLSON: Q. How would it affect your opinion?

A. It would mean that two separate instruments being played at different times by different drummers could produce spectra which were very similar -- as similar as FD-4 and FD-12 are from each other.

Q. And correspondingly, your confidence that Aparthenonia is a copy of Funky Drummer would be affected; right?

A. Yes.

Q. In fact, you wouldn't be able to say with certainty at that point; correct?

MR. CHIN: Objection.

THE WITNESS: Yes, at the very least that would extremely weaken my conclusions.

MR. OLSON: Q. And you didn't look at the typical differences between the wave forms for any drums as part of your analysis; right?

A. No other drums besides what was actually in

17:46:58 A. It has minor importance. It goes to the issue of the amplitudes being different result in the spectra being different brightnesses -- as we have discussed the importance of that.

17:47:14 Q. New throughout Mr. Olson's questioning of you, he presented you with many different hypotheticals. He asked you if additional information was provided, would your conclusions be different.

17:48:06 With respect to those questions, if there was additional information that could more conclusively prove the opinions represented by Dr. Boulanger in his report, do you know of any reason why he would not have included that additional information in his report?

17:48:31 MR. OLSON: Objection to the form, and calls for speculation.

17:48:35 THE WITNESS: I have no reason to know why he would not include additional information.

17:48:40 MR. CHIN: Q. When you read Dr. Boulanger's report, what, if any, opinion did you have with respect to the information available to Dr. Boulanger in order to conduct the analysis that he did in his report?

17:49:00 MR. OLSON: Objection to the form.

17:49:02 THE WITNESS: It appeared to be sufficient.

18:17:14 MR. OLSON: Objection. Leading; compound.
18:17:16 THE WITNESS: That's correct.
18:17:17 MR. CHIN: Q. If Dr. Boulanger wanted to do a
18:17:29 fair and impartial analysis between Aparthenonia and
18:17:32 Funky Drummer, is there any reason for him not to use
18:17:36 scales of the same size?
18:17:38 MR. OLSON: Objection. Compound; leading;
18:17:42 calls for speculation.
18:17:43 THE WITNESS: No, there isn't.
18:17:45 MR. CHIN: Q. And if you had to do the
18:17:49 comparison between these two compositions, would you
18:17:54 use scales of the same size, or different size?
18:17:58 A. I would certainly use scales of the same size.
18:18:01 However, since we are referring to these figures
18:18:05 specifically, I would never do the analysis in this
18:18:09 manner.
18:18:10 Q. In your opinion, by using scales of different
18:18:17 sizes in his Figures 25 and 26, is the conclusion that
18:18:23 Dr. Boulanger arrives at false?
18:18:31 MR. OLSON: Objection. Leading; form.
18:18:34 THE WITNESS: I don't believe the single issue
18:18:36 of using different scales is an overwhelming problem.
18:18:41 It is simply problematic of the larger problems within
18:18:45 the report.
18:18:47 MR. CHIN: Q. Did Dr. Boulanger indicate in

18:19:17 his report that he took into consideration the
18:19:28 possible use of the de-noise program in comparing the
18:19:34 two compositions?
18:19:35 MR. OLSON: Objection.
18:19:36 THE WITNESS: No, he had no mention of
18:19:37 anything related to that.
18:19:56 MR. CHIN: Q. In your expert opinion, based
18:20:07 on the information that you have covered, what is your
18:20:14 conclusion as to whether or not Aparthenonia is
18:20:26 extremely similar to Bust Dat Groove?
18:20:32 MR. OLSON: Objection. Leading; compound.
18:20:35 THE WITNESS: In my opinion, the evidence is
18:20:38 extremely strong that Aparthenonia is extremely
18:20:42 similar to Funky Drummer.
18:20:46 MR. CHIN: No further questions.
18:20:52 FURTHER EXAMINATION BY MR. OLSON
18:20:52 MR. OLSON: Q. Dr. Smith, did Figures 25 and
18:20:56 26 from Dr. Boulanger's report have any effect on the
18:21:01 opinions you reached in your analysis of whether
18:21:11 Aparthenonia is a copy of Funky Drummer?
18:21:13 A. No, in my opinion these figures are fatally
18:21:17 flawed, and provide no conclusion whatsoever, either
18:21:20 way.
18:21:20 Q. So even if there were some mistake in the way
18:21:26 Dr. Boulanger prepared Figures 25 and 26 of his

18:36:16 correct?

18:36:17 A. That's correct.

18:36:17 Q. And Dr. Boulanger has 30 years of musical
18:36:22 experience, as reflected in his report; correct?

18:36:27 MR. CHIN: Objection.

18:36:28 THE WITNESS: That's my understanding.

18:36:32 MR. OLSON: Q. So after all that, is it your
18:36:37 testimony on the record that when you make your
18:36:40 conclusion that Aparthenonia is a copy of Bust Dat
18:36:48 Groove, that there's no subjective element to the
18:36:53 process that leads to your conclusion?

18:36:56 MR. CHIN: Objection.

18:36:57 THE WITNESS: I stated that my conclusion was
18:36:59 based on extremely strong evidence, and I stated what
18:37:02 that evidence was. And that included the assumption
18:37:04 now that different drums could not produce these kinds
18:37:09 of similar spectra.

18:37:12 If that assumption is wrong, of course my
18:37:14 conclusion would be wrong.

18:37:15 MR. OLSON: Q. And your assumption regarding
18:37:18 the spectra of drums is subjective; right?

18:37:23 MR. CHIN: Objection.

18:37:24 THE WITNESS: As I said, I don't believe it
18:37:31 would be classified as either subjective or objective.
18:37:33 It is an assumption.

CERTIFICATE OF REPORTER

I, George Schumer, a Certified Shorthand Reporter, hereby certify that the witness in the forgoing matter was by me duly sworn to tell the truth, the whole truth and nothing but the truth in the within-entitled cause;

That said proceeding was taken down in shorthand by me, a disinterested person, at the time and place therein stated, and that the testimony of the said witness was thereafter reduced to typewriting, by computer, under my direction and supervision;

That before completion of the deposition, review of the transcript ✓ was ___ was not requested. If requested, any changes made by the deponent (and provided to the reporter) during the period allowed are appended hereto.

I further certify that I am not of counsel or attorney for either or any of the parties to the said deposition, nor in any way vested in the outcome of this cause, and that I am not related to any of the parties thereto.

DATED: August 22, 2006

George Schumer, CSR 3326