ORIGINAL

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RALPH VARGAS and BLAND RICKY ROBERTS,, <br><br> Plaintiffs, <br><br> - against - <br><br> PFIZER INC., PUBLICIS, INC., FLUID MUSIC, EAST WEST COMMUNICATIONS, INC., and BRIAN TRANSEAU p/k/a "BT,", <br><br> Defendants. | Case No.: 04 CV 9772 (WHP) <br><br> ECF Case <br><br> USDC SDNY <br> DOCUMENT <br> ELECTRONICALLY FILED <br> DOC #: _____ <br> DATE FILED: 10/26/06 |

## [PROPOSED] ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE*

The motion for admission to practice *pro hac vice* in the above captioned matter is GRANTED. The admitted attorney, Anthony T. Falzone is permitted to argue or try this particular case in whole or in part as counsel or advocate.

This Order confirms your appearance as counsel for Defendant Brian Transeau p/k/a "BT" in this case, and it will be entered on the Court's docket. A notation of your admission *pro hac vice* for the above listed case will be made on the roll of attorneys.

The attorneys admitted *pro hac vice* must serve a copy of this Order on all other counsel in this case.

Dated: October 24, 2006

_____
United States District Judge

cc:  Anthony T. Falzone
     Court File

Vargas et al v. Pfizer Inc. et al                                                                                           Doc. 100