

# Davis Wright Tremaine LLP

ANCHORAGE   BELLEVUE   LOS ANGELES   NEW YORK   PORTLAND   SAN FRANCISCO   SEATTLE   SHANGHAI   WASHINGTON, D.C.

ERIC M. STAHL                2600 CENTURY SQUARE         TEL (206) 622-3150
DIRECT (206) 628-7762        1501 FOURTH AVENUE          FAX (206) 628-7699
ericstahl@dwt.com            SEATTLE, WA 98101-1688      www.dwt.com

October 17, 2006

*VIA U.S. MAIL AND FACSIMILE #212-805-6390*

The Honorable William H. Pauley III
U.S. District Court for the Southern
 District of New York
500 Pearl Street, Room 2210
New York, NY 10007-1581

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/26/06

Re:   *Vargas v. Pfizer*; Case No. 1:04-cv-9772
      Application to Appear at Hearing Telephonically

Dear Judge Pauley:

I am lead counsel for defendant East West Communications, Inc. in the above-referenced matter. On November 3, 2006, at 10:30 a.m., the Court will hold a hearing on defendant Brian Transeau's pending motion for summary judgment and (unless the motion is granted) a final pretrial conference.

I write to seek permission to participate in the November 3 hearing and conference telephonically. As the Court is aware, I am based in Seattle, and appearing at the hearing in person would necessitate the expense of a cross-country trip. Based on the issues that I anticipate will arise at the November 3 hearing, I do not believe that my participating by telephone will pose any difficulties for the Court or the remaining parties.

Thank you for your consideration of this request.

Very truly yours,

Davis Wright Tremaine LLP

Eric M. Stahl

Application granted.
SO ORDERED:

WILLIAM H. PAULEY III U.S.D.J.
October 24, 2006

SEA 1894289v1 68284-1



October 17, 2006
Page 2

cc:    Paul Chin, Counsel for Plaintiffs
       Julie Ahrens, Counsel for Defendant Brian Transeau
       David Olson, Counsel for Defendant Brian Transeau
       Doug Rogers

SEA 1894289v1 68284-1

LAWYERS

# Davis Wright Tremaine LLP



ANCHORAGE  BELLEVUE  LOS ANGELES  NEW YORK  PORTLAND  SAN FRANCISCO  SEATTLE  SHANGHAI  WASHINGTON, D.C.

2600 CENTURY SQUARE        TEL (206) 622-3150
1501 FOURTH AVENUE         FAX (206) 628-7699
SEATTLE, WA  98101-1688    www.dwt.com

## FACSIMILE TRANSMITTAL

Date: October 17, 2006

**SEND TO:**

| NAME | FIRM/COMPANY/CONFIRMATION NO. | FAX NUMBER |
|---|---|---|
| The Honorable William H. Pauley III | U.S.D.C. | 212-805-6390 |
| Cc:  Paul Chin | Law Offices of Paul A. Chin | 212-964-2575 |
|       Julie Ahrens | Kirkland & Ellis LLP | 415-439-1500 |
|       David Olson | Stanford Law School | 650-723-4426 |
|       Doug Rogers | East West Communications, Inc. | 310-271-6968 |

**FROM:**

Eric M. Stahl                Telephone: (206) 628-7762    Fax: (206) 628-7699

**NUMBER OF PAGES (including cover page): _____**

Floor Sent From: _____  Time Sent: _____ AM PM    Operator: _____
RETURN TO SENDER:  VIA INTRAOFFICE MAIL ☐   WILL PICK UP ☐   EXTENSION: _____

**COMMENTS:**

THE WRITTEN MESSAGE TRANSMITTED HEREBY IS FOR THE EXCLUSIVE USE OF THE ADDRESSEE AND CONTAINS CONFIDENTIAL, PRIVILEGED AND NONDISCLOSABLE INFORMATION. IF THE RECIPIENT OF THIS MESSAGE IS NOT THE ADDRESSEE, OR A PERSON RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE ADDRESSEE, SUCH RECIPIENT IS PROHIBITED FROM READING OR USING THIS MESSAGE IN ANY WAY. IF YOU HAVE RECEIVED THIS MESSAGE BY MISTAKE, PLEASE NOTIFY THE SENDER IMMEDIATELY AND DESTROY THE FACSIMILE MESSAGE.

**IF YOU DO NOT RECEIVE ALL PAGES OF THIS TRANSMISSION,
PLEASE CALL (206) 622-3150 AS SOON AS POSSIBLE**