UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| RALPH VARGAS and BLAND - RICKY ROBERTS, Plaintiffs, - V. - PFIZER INC., PUBLICIS, INC., FLUID MUSIC, EAST WEST COMMUNICATIONS, INC., and BRIAN TRANSEAU p/k/a "BT", Defendants. | Case No.: 04 CV 9772 (WHP) ECF Case |
|---|---|

**[PROPOSED] JOINT PRETRIAL ORDER**
**EXHIBIT B**

**PLAINTIFFS' EXHIBIT LIST**

Plaintiffs expect to introduce the following exhibits in the trial of this matter. Defendants' objections, if any, are noted.

| No. | Description | Defendants' Objection(s) |
|---|---|---|
| 1. | Opinions and conclusions contained in the declaration of Matthew Ritter, and the exhibits attached thereto. | Hearsay; cumulative; Rule 702; Rule 705 |
| 2. | Opinions and conclusions contain in the declaration of Ivan Rodriguez, and the exhibits attached thereto. | Hearsay; cumulative; Rule 702; Rule 705 |
| 3. | Opinions and conclusions of Dr. Steven Smith, and the exhibits attached thereto. | Hearsay; relevance; lack of foundation; inadmissible opinion testimony; opinion testimony beyond scope of expertise; cumulative; Rule 702; Rule 705 |
| 4. | The compact disc, prepared by Ivan Rodriguez, identified as exhibit "C1" produced during discovery bates stamped number 000025 | Lack of foundation; authenticity. |

| 5. | The compact disc identified as "C2," prepared by Ivan Rodriguez and produced during discovery bates stamped number 000033 | Lack of foundation; authenticity. |
|---|---|---|
| 6. | The notes and drum transcriptions prepared by Matthew Ritter attached to his declaration as exhibit "B." | Rule 702; Rule 705 |
| 7. | The waveform graphs prepared by Ivan Rodriguez comparing *BDG* and *Aparthenonia,* which is attached to Ivan Rodriguez declaration. | Rule 702; Rule 705 |
| 8. | The graphs, charts and other documents comparing the frequency spectra of the first 2.3 second of drum music in *Aparthenonia* and *BDG* which is attached to the expert report of Dr. Steven Smith. | Lack of foundation; documents insufficiently identified; Rule 702; Rule 705. |
| 9. | Plaintiffs documents identified as bates stamped numbers 000003 and 000017, identifying the names of the distribution companies that distributed *FD II and BDG*. | Lack of foundation; authenticity |
| 10. | A copy of the recording *BDG* | Lack of foundation; authenticity; documents insufficiently identified |
| 11. | A copy of the recording *Aparthenonia* | Lack of foundation; authenticity; documents insufficiently identified |
| 12. | A copy of the recording of the *Celebrex Commercial* containing *Aparthenonia* | Lack of foundation; authenticity; documents insufficiently identified |
| 13. | A copy of all declarations and reports, including all the exhibits attached thereto, prepared by witnesses and experts for Defendants, <u>except the second report by Dr. Richard Boulanger which was submitted after the close of discovery and as an exhibit to Defendants' second motion for summary judgment</u>. | |
| 14. | Plaintiffs Second Amended Complaint | |

| | | |
|---|---|---|
| 15. | Plaintiffs first set of interrogatories to Defendant Transeau | Hearsay; relevance. |
| 16. | Plaintiffs first demand for the production of documents and things to Defendant Transeau | Hearsay; relevance. |
| 17. | Plaintiffs first set of interrogatories to Defendant Transeau and responses thereto | Hearsay; relevance. |
| 18. | Plaintiffs first demand for the production of documents and things to Defendant Transeau and responses thereto | Hearsay; relevance. |
| 19. | Plaintiffs first set of interrogatories to Defendant EWC | Hearsay; relevance. |
| 20. | Plaintiffs first demand for the production of documents and things to Defendant EWS | Hearsay; relevance. |
| 21. | Plaintiffs first set of interrogatories to Defendant EWC and responses thereto | Hearsay; relevance. |
| 22. | Plaintiffs first demand for the production of documents and things to Defendant EWC and responses thereto | Hearsay; relevance. |
| 23. | Defendant Transeau's Answer to Plaintiffs' Second Amended Complaint | |
| 24. | Defendant EWC Answer to Plaintiffs' Second Amended Complaint | |
| 25. | Initial Report of Dr. Steven Smith bates stamped numbers 000040, 000040A, 000040B | Hearsay; relevance; cumulative. |
| 26. | Copy of e-mail written by Defendant Transeau identified as Plaintiffs Exhibit 6 from Defendant Transeau's deposition and bates stamped numbers 000044, 000045, 000046, 000047 | Hearsay; relevance; lack of foundation; authenticity. |

| 27. | Deposition transcript of Defendant Brian Transeau taken on August 16, 2006. If necessary for impeachment. | Hearsay; relevance. |
|---|---|---|
| 28. | E-mail dated July 28, 2006 from Plaintiffs' counsel to Defendant BT's attorneys (only if communications between attorneys is admissible by Court). | Hearsay; relevance; document insufficiently identified. |
| 29. | E-mail dated August 7, 2006, 3:21 P.M., from Defendant BT's attorneys to Plaintiffs' counsel (only if communications between attorneys is admissible by Court). | Hearsay; relevance. |
| 30. | E-mail dated August 7, 2006, 5:25 P.M., from Plaintiffs' counsel to Defendant BT's attorneys (only if communications between attorneys is admissible by Court). | Hearsay; relevance. |
| 31. | E-mail dated August 7, 2006, 5:25 P.M., from Plaintiffs' counsel to Defendant BT's attorneys (only if communications between attorneys is admissible by Court). | Hearsay; relevance; duplicative |
| 32. | Letter from Plaintiffs' counsel to Defendant BT's attorneys dated August 15, 2006 (only if communications between attorneys is admissible by Court). | Hearsay; relevance. |
| 33. | Declaration of Anthony Ricigliano, and the exhibits attached thereto, dated | |
| 34. | Copy of compact disc identified as Exhibit D in the declaration of Ivan Rodriguez | Lack of foundation; authenticity. |