UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| RALPH VARGAS and BLAND - RICKY ROBERTS,<br><br>           Plaintiffs,<br><br>    - V. -<br><br>PFIZER INC., PUBLICIS, INC., FLUID MUSIC, EAST WEST COMMUNICATIONS, INC., and BRIAN TRANSEAU p/k/a "BT",<br><br>           Defendants. | Case No.:    04 CV 9772 (WHP)<br><br>ECF Case |
|---|---|

### [PROPOSED] JOINT PRETRIAL ORDER
### EXHIBIT C

### DEFENDANTS' EXHIBIT LIST

Defendants expect to introduce the following exhibits in the trial of this matter. Plaintiffs' objections, if any, are noted.

| <u>No.</u> | **Description** | **Plaintiffs' Objection(s)** |
|---|---|---|
| **A.** | Second Amended Complaint | |
| **B.** | BT's Answer to Second Amended Complaint | |
| **C.** | East West's Answer to Second Amended Complaint | |
| **D.** | Exhibit B of Anthony Ricigliano's Declaration, Pro Tools Waveform Graphs of Celebrex commercial, *Aparthenonia* and *BDG* | Objection. This waveform graph was not produced with Ricigliano's declaration, not produced during discovery. |
| **E.** | Exhibit C of Anthony Ricigliano's Declaration, Excerpts of Drum Training/Method Books | |

| | | |
|---|---|---|
| **F.** | Exhibit D of Anthony Ricigliano's Declaration, audio CD with 11 tracks and written transcriptions of the audio tracks | |
| **G.** | Exhibit A of Anthony Ricigliano's Supplemental Declaration, "Drums of indefinite pitch," *The New Harvard Dictionary of Music* | Objection. Not produced during discovery. No relevance. Motion in *Limine* to preclude introduction at trial |
| **H.** | Exhibit B of Anthony Ricigliano's Supplemental Declaration, Turek, *The Elements of Music: Concepts and Applications* Volume 1, selected pages | Objection. Not produced during discovery. No relevance. Motion in *Limine* to preclude introduction at trial |
| **I.** | Fig. 1 of Dr. Richard Boulanger's Original Report | |
| **J.** | Fig. 2 of Dr. Richard Boulanger's Original Report | |
| **K.** | Fig. 3 of Dr. Richard Boulanger's Original Report | |
| **L.** | Fig. 4 of Dr. Richard Boulanger's Original Report | |
| **M.** | Fig. 5 of Dr. Richard Boulanger's Original Report | |
| **N.** | Fig. 6 of Dr. Richard Boulanger's Original Report | |
| **O.** | Fig. 7 of Dr. Richard Boulanger's Original Report | |
| **P.** | Fig. 8 of Dr. Richard Boulanger's Original Report | |
| **Q.** | Fig. 9 of Dr. Richard Boulanger's Original Report | |
| **R.** | Fig. 10 of Dr. Richard Boulanger's Original Report | |
| **S.** | Fig. 11 of Dr. Richard Boulanger's Original Report | |
| **T.** | Fig. 12 of Dr. Richard Boulanger's Original Report | |
| **U.** | Fig. 13 of Dr. Richard Boulanger's Original Report | |

| | | |
|---|---|---|
| **V.** | Fig. 14 of Dr. Richard Boulanger's Original Report | |
| **W.** | Fig. 15 of Dr. Richard Boulanger's Original Report | |
| **X.** | Fig. 16 of Dr. Richard Boulanger's Original Report | |
| **Y.** | Fig. 17 of Dr. Richard Boulanger's Original Report | |
| **Z.** | Fig. 18 of Dr. Richard Boulanger's Original Report | |
| **AA.** | Fig. 19 of Dr. Richard Boulanger's Original Report | |
| **BB.** | Fig. 20 of Dr. Richard Boulanger's Original Report | |
| **CC.** | Fig. 21 of Dr. Richard Boulanger's Original Report | |
| **DD.** | Fig. 22 of Dr. Richard Boulanger's Original Report | |
| **EE.** | Fig. 23 of Dr. Richard Boulanger's Original Report | |
| **FF.** | Fig. 24 of Dr. Richard Boulanger's Original Report | |
| **GG.** | Fig. 25 of Dr. Richard Boulanger's Original Report | |
| **HH.** | Fig. 26 of Dr. Richard Boulanger's Original Report | |
| **II.** | Fig. 27 of Dr. Richard Boulanger's Original Report | |
| **JJ.** | Fig. 28 of Dr. Richard Boulanger's Original Report | |
| **KK.** | Fig. 29 of Dr. Richard Boulanger's Original Report | |
| **LL.** | Fig. 30 of Dr. Richard Boulanger's Original Report | |

| | | |
|---|---|---|
| **MM.** | Fig. 31 of Dr. Richard Boulanger's Original Report | |
| **NN.** | Fig. 32 of Dr. Richard Boulanger's Original Report | |
| **OO.** | Fig. 33 of Dr. Richard Boulanger's Original Report | |
| **PP.** | Fig. 34 of Dr. Richard Boulanger's Original Report | |
| **QQ.** | Fig. 35 of Dr. Richard Boulanger's Original Report | |
| **RR.** | Fig. 36 of Dr. Richard Boulanger's Original Report | |
| **SS.** | Ex. 2 of Dr. Richard Boulanger's Rebuttal Report | Objection. Not produced during discovery. Motion in *Limine* to preclude introduction at trial. |
| **TT.** | Ex. 3 of Dr. Richard Boulanger's Rebuttal Report | Objection. Not produced during discovery. Motion in *Limine* to preclude introduction at trial. |
| **UU.** | Ex. 4 of Dr. Richard Boulanger's Rebuttal Report | Objection. Not produced during discovery. Motion in *Limine* to preclude introduction at trial. |
| **VV.** | Ex. 5 of Dr. Richard Boulanger's Rebuttal Report | Objection. Not produced during discovery. Motion in *Limine* to preclude introduction at trial. |
| **WW.** | Ex. 6 of Dr. Richard Boulanger's Rebuttal Report | Objection. Not produced during discovery. Motion in *Limine* to preclude introduction at trial. |
| **XX.** | Ex. 7 of Dr. Richard Boulanger's Rebuttal Report | Objection. Not produced during discovery. Motion in *Limine* to preclude introduction at trial. |
| **YY.** | Ex. 8 of Dr. Richard Boulanger's Rebuttal Report | Objection. Not produced during discovery. Motion in *Limine* to preclude introduction at trial. |
| **ZZ.** | Ex. 9 of Dr. Richard Boulanger's Rebuttal Report | Objection. Not produced during discovery. Motion in *Limine* to preclude introduction at trial. |
| **AAA.** | Ex. 10 of Dr. Richard Boulanger's Rebuttal Report | Objection. Not produced during discovery. Motion in *Limine* to preclude introduction at trial. |
| **BBB.** | Audio Sample CD of Dr. Richard Boulanger's Rebuttal Report, tracks 1 - 52 | Objection. Not produced during discovery. Motion in *Limine* to preclude introduction at trial. |

| | | |
|---|---|---|
| **CCC.** | *Breakz from the Nu Skool* (BT 00026 & 00027, two audio CDs) | Objection. Relevance. Only infringing composition should be admitted as evidence. |
| **DDD.** | *Aparthenonia*, master version as rendered from Logic (BT 00021, audio CD, one track) | Objection. Not produced during discovery. Motion in *Limine* to preclude introduction at trial. |
| **EEE.** | James Brown Funky Drummer Comparisons, audio CD, 4 tracks (BT 00028) (Defendant's Deposition Exhibit 4) | Objection. Not produced during discovery. No relevance. Motion in *Limine* to preclude introduction at trial. |
| **FFF.** | Royalty Report for January 2003 - December 2004 re: BT (EW 007) | |
| **GGG.** | Royalty Report for June 2002 - December 2002 re: BT (EW 008) | |
| **HHH.** | Royalty Report for October 2001 - June 2002 (EW 009) | |
| **III.** | Agreement between Brian Transeau and East West Communications, dated 4/6/2001 (EW 001-006) | |
| **JJJ** | Confidential Settlement Agreement and General Release (FL 001 - FL 014) | Objection. Not produced during discovery. Inadmissible. Motion in *Limine* to preclude introduction at trial. |
| **KKK.** | Audio CD Edan, *Sound of The Funky Drummer*, with track list (BT 00022 - 00024) | Objection. Not produced during discovery. No relevance. Motion in *Limine* to preclude introduction at trial. |
| **LLL.** | LL Cool J, *Mama Said Knock You Out*, from the album *All World: Greatest Hits* (BT 00025, audio CD Track 1) | Objection. Not produced during discovery. No relevance. Motion in *Limine* to preclude introduction at trial. |
| **MMM.** | Pop Will Eat Itself, *Not Now James, We're Busy,* from the album *This Is the Day...This Is the Hour...This Is This!!* (BT 00025, audio CD Track 2) | Objection. Not produced during discovery. No relevance. Motion in *Limine* to preclude introduction at trial. |
| **NNN.** | Sinéad O'Connor, *I Am Stretched Out on Your Grave*, from the album *I Do Not Want What I Haven't Got* (BT 00025, audio CD Track 3) | Objection. Not produced during discovery. No relevance. Motion in *Limine* to preclude introduction at trial. |

| **OOO.** | New Order, *Ruined in a Day*, from the album *Republic* (US Release)<br>(BT 00025, audio CD Track 4) | Objection. Not produced during discovery. No relevance |
| --- | --- | --- |
| **PPP.** | Nine Inch Nails, *Piggy (Nothing Can Stop Me Now)*, from the album *Further Down the Spiral*<br>(BT 00025, audio CD Track 5) | Objection. Not produced during discovery. No relevance. Motion in *Limine* to preclude introduction at trial. |
| **QQQ.** | Fine Young Cannibals, *I'm Not the Man I Used to Be*, from the album *The Raw & the Cooked*<br>(BT 00025, audio CD Track 6) | Objection. Not produced during discovery. No relevance. Motion in *Limine* to preclude introduction at trial. |
| **RRR.** | MC Frontalot, *Good Old Clyde*, from the album *Nerdcore Hiphop (demo)*<br>(BT 00025, audio CD Track 7) | Objection. Not produced during discovery. No relevance. Motion in *Limine* to preclude introduction at trial. |
| **SSS.** | Dr. Dre, *Let Me Ride*, from the album *The Chronic*<br>(BT 00025, audio CD Track 8) | Objection. Not produced during discovery. No relevance. Motion in *Limine* to preclude introduction at trial. |
| **TTT.** | Public Enemy, *Fight the Power*, from the album *20th Century Masters - The Millennium Collection: The Best of Public Enemy*<br>(BT 00025, audio CD Track 9) | Objection. Not produced during discovery. No relevance. Motion in *Limine* to preclude introduction at trial. |
| **UUU.** | Chubb Rock & Hitman Howie Tee, *Talkin' Loud, Ain't Sayin' Jack*, from the album *And the Winner Is?*<br>(BT 00025, audio CD Track 10) | Objection. Not produced during discovery. No relevance. Motion in *Limine* to preclude introduction at trial. |
| **VVV.** | The Pharcyde, *Officer*, from the album *Bizarre Ride II*<br>(BT 00025, audio CD Track 11) | Objection. Not produced during discovery. No relevance. Motion in *Limine* to preclude introduction at trial. |
| **WWW** | Elton John, *Little Jeanie,* from the album *Greatest Hits, Vol. III*<br>(BT 00025, audio CD track 11) | Objection. Not produced during discovery. No relevance. Motion in *Limine* to preclude introduction at trial. |
| **XXX** | Elton John, *Sad Songs Say so Much,* from the album *Greatest Hits, Vol. III*<br>(BT 00029, audio CD track 2) | Objection. Not produced during discovery. No relevance. Motion in *Limine* to preclude introduction at trial. |

| | | |
|---|---|---|
| **YYY** | Billy Joel, *Big Shot,* from the album *Greatest Hits, Vol. II* (BT 00029, audio CD track 3) | Objection. Not produced during discovery. No relevance. Motion in *Limine* to preclude introduction at trial. |
| **ZZZ** | Chicago, *We Can't Stop the Hurtin'*, from the album *Chicago 17* (BT 00029, audio CD track 4) | Objection. Not produced during discovery. No relevance. Motion in *Limine* to preclude introduction at trial. |
| **AAAA** | The Miracles, *Love Machine,* from the album *Love Machine* (BT 00029, audio CD track 5) | Objection. Not produced during discovery. No relevance. Motion in *Limine* to preclude introduction at trial. |
| **BBBB** | James Brown, *Papa's Got a Brand New Bag,* from album *20 All Time Greatest Hits* (BT 00029, audio CD track 6) | Objection. Not produced during discovery. No relevance. Motion in *Limine* to preclude introduction at trial. |
| **CCCC** | Plaintiffs' Responses and Objections to Fluid Music's Document Requests (7/24/2005) | |
| **DDDD** | Plaintiffs' Responses and Objections to Fluid Music's Interrogatories (7/24/2005) | |
| **EEEE** | Plaintiffs' Responses and Objections to Fluid Music's Requests to Admit (7/24/2005) | |
| **FFFF** | Plaintiffs' Responses and Objections to Document Requests (Nov. 9, 2005) | |
| **GGGG** | Plaintiffs' Supplemental Responses and Objections to Document Requests (April 11, 2006) | |
| **HHHH** | Plaintiffs' Second Supplemental Response and Objections to Document Requests (7/26/2006) | |
| **IIII** | Plaintiffs' Responses and Objections to Interrogatories (11/9/2005) | |
| **JJJJ** | Plaintiffs' Supplemental Responses and Objections to Interrogatories (7/26/2006) (with Roberts's verification dated 7/28/2006 and Vargas's verification dated 7/28/2006) | Objection. Cumulative. Defendants are already producing this document. Motion in *Limine* to preclude introduction at trial. |
| **KKKK** | 7/26/2006 Letter from Paul Chin to Julie Ahrens re discovery | Objection. Neither Plaintiffs' counsel nor Defendants' counsel will be witnesses at trial |

| **LLLL** | 8/28/2006 Letter from Julie Ahrens to Paul Chin re discovery | Objection.  Neither Plaintiffs counsel nor Defendants' counsel will be witnesses at trial |