Julie A. Ahrens
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California 94104-1501
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RALPH VARGAS and BLAND RICKY ROBERTS,<br><br>              Plaintiffs,<br><br>- against -<br><br>PFIZER INC., PUBLICIS, INC., FLUID MUSIC, EAST WEST COMMUNICATIONS, INC., and BRIAN TRANSEAU p/k/a "BT",<br><br>              Defendants. | Case No.: 04 CV 9772 (WHP)<br><br>ECF Case |

**NOTICE OF MOTION AND MOTION FOR ADMISSION *PRO HAC VICE***

PLEASE TAKE NOTICE that, pursuant to Rule 1.3(c) of this Court's Local Rules, Defendant Brian Transeau p/k/a "BT" (hereinafter "BT") by his attorneys Kirkland & Ellis LLP, hereby move to admit *pro hac vice* Ryan J. Casamiquela, to this bar for the purposes of this action.

The affidavit of Ryan J. Casamiquela, sworn to on October 25, 2006, and accompanying affidavit and exhibits, are attached hereto in support of this application. A proposed order is also attached.

Dated: October 30, 2006

*Julie A. Ahrens*
Julie A. Ahrens, Esq.

KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California 94104-1501
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Attorneys for Defendant
BRIAN TRANSEAU p/k/a "BT"

Julie A. Ahrens
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California 94104-1501
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RALPH VARGAS and BLAND RICKY ROBERTS,<br><br>Plaintiffs,<br><br>- against -<br><br>PFIZER INC., PUBLICIS, INC., FLUID MUSIC, EAST WEST COMMUNICATIONS, INC., and BRIAN TRANSEAU p/k/a "BT",<br><br>Defendants. | Case No.: 04 CV 9772 (WHP)<br><br>ECF Case |

## AFFIDAVIT OF JULIE AHRENS IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

JULIE A. AHRENS, being duly sworn, deposes and states:

1. I am a practicing attorney duly admitted to the Bar of the State of New York and admitted to practice before this Court. I am an associate at the firm of Kirkland & Ellis LLP, attorneys for Defendant Brian Transeau p/k/a "BT" (hereinafter "BT"). I submit this affidavit in support of BT's motion pursuant to Rule 1.3(c) of this Court's Local Rules for an order permitting Ryan J. Casamiquela to appear as counsel *pro hac vice* on behalf of BT for the purposes of this action.

2. Mr. Casamiquela is an associate of the firm of Kirkland & Ellis LLP in San Francisco, California. He is a practicing attorney and a member in good standing of the Bar of California. In addition, he is also admitted to practice in the United States District Court for the Northern, Eastern, Central and Southern Districts of California, the U.S. Court of Appeals for the Federal Circuit and the U.S. of Appeals for the Ninth Circuit. Mr. Casamiquela's affidavit in

support of this motion including a copy of the certificate of good standing certifying his status as a member of the California State Bar are attached as Exhibit A. Copies of Mr. Casamiquela's other certificates will be provided upon request.

       3. Mr. Casamiquela has never been denied admission or disciplined by any court.

Dated: October 30, 2006

Julie A. Ahrens, Esq. (JA 8372)

KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California 94104-1501
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Attorneys for Defendant
BRIAN TRANSEAU p/k/a "BT,"

SUBSCRIBED AND SWORN TO BEFORE ME by the said Julie A. Ahrens on this 30th day of October, 2006, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Notary Public in and for the State of California

My Commission Expires on March 14, 2009

MORENA DIAZ
Commission # 1559212
Notary Public - California
San Francisco County
My Comm. Expires Mar 14, 2009

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RALPH VARGAS and BLAND - RICKY ROBERTS,, <br><br> Plaintiffs, <br><br> - V. - <br><br> PFIZER INC., PUBLICIS, INC., FLUID MUSIC, EAST WEST COMMUNICATIONS, INC., and BRIAN TRANSEAU p/k/a "BT,", <br><br> Defendants. | Case No.:    04 CV 9772 (WHP) <br><br> ECF Case |

### AFFIDAVIT OF RYAN J. CASAMIQUELA IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Ryan J. Casamiquela, file this Affidavit in support of Brian Transeau's (hereinafter "BT") Motion for Admission *Pro Hac Vice*, and hereby state as follows:

1. I am admitted to practice in, and am a member in good standing of, the Bar of the State of California. I am also admitted to practice in the United States District Court for the Northern District of California, United States District Court for the Eastern District of California, United States District Court for the Southern District of California, the United States District Court for the Central District of California, the U.S. Court of Appeals for the Federal Circuit and the U.S. Court of Appeals for the Ninth Circuit. A certificate of good standing certifying my status as a member of the California State Bar is attached to this affidavit. If certificates are needed for the other courts, I will provide them.

2. I have never been the subject of disciplinary action by the bars or courts of any jurisdiction in which I am licensed.

3. I have never been denied admission to any court to which I have applied.

4. My office address, telephone number and facsimile number are included below my signature.

5. Kirkland & Ellis LLP has been retained to represent BT in this action. Ryan J. Casamiquela is an Associate of Kirkland & Ellis LLP.

Dated: October 25, 2006

                                              Ryan J. Casamiquela
                                              California State Bar No. 228559
                                              KIRKLAND & ELLIS LLP
                                              555 California Street
                                              San Francisco, California 94104-1501
                                              Telephone:   (415) 439-1400
                                              Facsimile:    (415) 439-1500

SUBSCRIBED AND SWORN TO BEFORE ME by the said Ryan J. Casamiquela on this ___th day of October, 2006, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

                                              Notary Public in and for the State of California

JANAYA R. GUERRERO
Commission # 1529457
Notary Public - California
Alameda County
My Comm. Expires Nov 28, 2008

                                              My Commission Expires on Nov. 28, 2008

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RALPH VARGAS and BLAND - RICKY ROBERTS,,<br><br>Plaintiffs,<br><br>- V. -<br><br>PFIZER INC., PUBLICIS, INC., FLUID MUSIC, EAST WEST COMMUNICATIONS, INC., and BRIAN TRANSEAU p/k/a "BT,",<br><br>Defendants. | Case No.:  04 CV 9772 (WHP)<br><br>ECF Case |

### AFFIDAVIT OF RYAN J. CASAMIQUELA IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Ryan J. Casamiquela, file this Affidavit in support of Brian Transeau's (hereinafter "BT") Motion for Admission *Pro Hac Vice*, and hereby state as follows:

1. I am admitted to practice in, and am a member in good standing of, the Bar of the State of California. I am also admitted to practice in the United States District Court for the Northern District of California, United States District Court for the Eastern District of California, United States District Court for the Southern District of California, the United States District Court for the Central District of California, the U.S. Court of Appeals for the Federal Circuit and the U.S. Court of Appeals for the Ninth Circuit. A certificate of good standing certifying my status as a member of the California State Bar is attached to this affidavit. If certificates are needed for the other courts, I will provide them.

2. I have never been the subject of disciplinary action by the bars or courts of any jurisdiction in which I am licensed.

3. I have never been denied admission to any court to which I have applied.

4. My office address, telephone number and facsimile number are included below my signature.

5. Kirkland & Ellis LLP has been retained to represent BT in this action. Ryan J. Casamiquela is an Associate of Kirkland & Ellis LLP.

Dated: October 25, 2006

Ryan J. Casamiquela
California State Bar No. 228559
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California 94104-1501
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

SUBSCRIBED AND SWORN TO BEFORE ME by the said Ryan J. Casamiquela on this ~~26~~th day of October, 2006, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Notary Public in and for the State of California

My Commission Expires on Nov. 28, 2008

JANAYA R. GUERRERO
Commission # 1529457
Notary Public - California
Alameda County
My Comm. Expires Nov 28, 2008

-2-



# THE STATE BAR OF CALIFORNIA

180 HOWARD STREET
SAN FRANCISCO, CALIFORNIA 94105-1639
TELEPHONE (415) 538-2000

October 18, 2006

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, RYAN JOHN CASAMIQUELA, #228559 was admitted to the practice of law in this state by the Supreme Court of California on December 5, 2003; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

J. Robert McPhail
Custodian of Membership Records

# CERTIFICATE OF SERVICE

I, Joseph J. Cali, hereby certify that on the 31st day of October, 2006, I caused to be served a true and correct copy of the annexed Notice of Motion For Admission Pro Hac Vice, supporting affidavits of Julie Ahrens and Ryan J. Casamiquela, with Exhibit A attached thereto, and Proposed Order, by prepaid first class mail, upon:

| | |
|---|---|
| **Paul A Chin** | **Eric M. Stahl** |
| Law Offices of Paul A. Chin | Davis Wright Tremaine, LLP |
| 233 Broadway, 5th Floor | 1501 Fourth Avenue |
| New York, New York 10279 | Seattle, WA 98101 |
| 212-964-8030 | (206)-628-7762 |
| Fax: 212-964-2575 | Fax: (206)-628-7699 |
| Email: lawyerchin@aol.com | Email: ericstahl@dwt.com |
| *COUNSEL FOR PLAINTIFFS* | *COUNSEL FOR DEFENDANTS EAST-WEST COMMUNICATIONS, INC.* |

_____
Joseph J. Cali