UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

B.   requiring Defendant Transseau to immediately reimburse Plaintiffs for all costs, expenses and expert fees Plaintiffs incur as a result of having to engage their experts to analyze and respond to Defendant Transseau's additional expert evidence of striking similarity and independent creation; and

C.   granting any other or further relief to the Plaintiffs as the Court deems just and appropriate.

The date for Defendant Transseau's answering memorandum, if any, shall be due on a date consistent with time required for any such answering memoranda as specified in Rule 6.1(b) of the Local Rules of Local Rules of the United States District Courts for the Southern and Eastern Districts of New York.

WHEREFORE, Plaintiffs respectfully request that the Court grant their motion for reconsideration and provide the relief identified in one of the two proposed orders attached to Plaintiffs' memorandum of law attached hereto.

Dated: New York, New York
November 9, 2006

Respectfully submitted,

   s/ Paul A. Chin
Paul A. Chin, Esq. (PC 9656)
LAW OFFICES OF PAUL A. CHIN
The Woolworth Building
233 Broadway, 5th Floor
New York, NY 10279
(212) 964-8030
*Attorneys for Plaintiffs*

To:   Julie Ahrens, Esq.
Kirkland & Ellis, LLP
555 California Street, Suite 2700
San Francisco, CA 94104
*Counsel for Defendant Transseau*

David S. Olson, Esq.
Anthony Falzone, Esq.
Center for Internet and Society

Stanford Law School
559 Nathan Abbott Way
Stanford, CA 94305-8610
*Counsel for Defendant Transeau*

Eric M. Stahl, Esq.
Davis Wright Tremaine, LLP
1501 4th Avenue, Suite 2600
Seattle, WA 98101-1688
*Counsel for Defendant East West Communications*

# **CERTIFICATE OF SERVICE**

On the 9th day of November, 2006, a true and correct copy of PLAINTIFFS' NOTICE OF MOTION FOR RECONSIDERATION, and the attached Memorandum of Law, was served pursuant to Rule 5.2 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, and via e-mail and first-class mail, postage pre-paid, and placed in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York, to the following the attorneys representing the Defendants:

>Julie Ahrens, Esq.
>Kirkland & Ellis, LLP
>555 California Street, Suite 2700
>San Francisco, CA 94104
>*Counsel for Defendant Transeau*
>
>David S. Olson, Esq.
>Anthony Falzone, Esq.
>Center for Internet and Society
>Stanford Law School
>559 Nathan Abbott Way
>Stanford, CA 94305-8610
>*Counsel for Defendant Transeau*
>
>Eric M. Stahl, Esq.
>Davis Wright Tremaine, LLP
>1501 4th Avenue, Suite 2600
>Seattle, WA 98101-1688
>*Counsel for Defendant East West Communications*

| | |
|---|---|
|    11/9/06 |    s/ Paul A. Chin |
| Date | Paul A. Chin, Esq. (PC 9656) |
| | LAW OFFICES OF PAUL A. CHIN |
| | The Woolworth Building |
| | 233 Broadway, 5th Floor |
| | New York, NY 10279 |
| | (212) 964-8030 |
| | *Attorneys for Plaintiffs* |