UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RALPH VARGAS and : | **CASE NO.:**    **04 CV 9772 (WHP)** |
| BLAND-RICKY ROBERTS : | **(JCF)** |
| : | |
|     Plaintiffs : | |
| vs. : | ECF CASE |
| : | |
| PFIZER INC., PUBLICIS, INC., FLUID MUSIC, : | |
| EAST WEST COMMUNICATIONS, INC. and : | |
| BRIAN TRANSEAU p/k/a "BT" : | |
| : | |
|     Defendants : | |
| : | |

### DECLARATION OF PAUL A. CHIN SUBMITTING COPY OF THE ORAL ARGUMENT TRANSCRIPT IN SUPPORT OF PLAINTIFFS' <u>MOTION FOR RECONSIDERATION</u>

PAUL A. CHIN declares and states as follows:

1. I am an attorney licensed to practice law in the courts of the state of New York and in this District and am counsel for Ralph Vargas ("Plaintiff Vargas") and Bland-Ricky Roberts ("Plaintiff Roberts") (collectively "Plaintiffs") in the above captioned matter. I hereby submit this declaration in support of Plaintiffs' motion for reconsideration.

2. On November 9, 2006, Plaintiffs filed and served their motion for reconsideration, and memorandum in support thereof, ("Plaintiffs' Motion") with the Court and the attorneys representing Brian Transeau ("Defendant Transeau") and East West Communications, Inc. ("Defendant EWC") (collectively "Defendants").

3. Due to the short period of time in which Plaintiffs had to file their motion for reconsideration, in accordance with Rule 6.3 of the Local Rules of this Court, Plaintiffs' Motion was filed without a copy of the transcript of the oral argument before

the Court on November 3, 2006 (the "transcript"); which contained the decision and order of the Court that Plaintiffs are seeking reconsideration.  However, Plaintiffs did inform the Court that once they received a copy of the transcript they would submit the same to the Court and to the attorneys representing Defendants.  *See, Plaintiff' Motion, pg. 5, fn.1*.

4. Plaintiffs subsequently received a copy of the transcript today, November 14, 2006, and have attached said transcript to this declaration as <u>Exhibit A</u>.

5. Plaintiffs hereby submit a copy of the transcript, dated November 3, 2006, of the parties' oral argument before the Court on Defendant Transeau's second motion for summary judgment.  The transcript is submitted in support of Plaintiffs' Motion.

Dated: New York, New York  
       November 14, 2006

Respectfully submitted,

    s/ Paul A. Chin  
Paul A. Chin, Esq. (PC9656)  
LAW OFFICES OF PAUL A. CHIN  
The Woolworth Building  
233 Broadway, 5th Floor  
New York, NY 10279  
(212) 964-8030  
*Attorneys for Plaintiffs*

**TO:** Julie Ahrens, Esq.  
Kirkland & Ellis, LLP  
555 California Street, Suite 2700  
San Francisco, CA 94104  
*Counsel for Defendant Transeau*

David S. Olson, Esq.  
Anthony Falzone, Esq.  
Center for Internet and Society  
Stanford Law School  
559 Nathan Abbott Way  
Stanford, CA 94305-8610  
*Counsel for Defendant Transeau*

Eric M. Stahl, Esq.
Davis Wright Tremaine, LLP
1501 4th Avenue, Suite 2600
Seattle, WA 98101-1688
*Counsel for Defendant East West Communications*

**CERTIFICATE OF SERVICE**

On the 14th day of November, 2006, a true and correct copy of the DECLARATION OF PAUL A. CHIN SUBMITTING A COPY OF THE ORAL ARGUMENT TRANSCRIPT IN SUPPORT OF PLAINTIFFS' MOTION FOR RECONSIDERATION was served pursuant to Local Rule 5.2 of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York, via e-mail and first-class mail, postage pre-paid to the following attorneys representing the Defendants:

>Julie Ahrens, Esq.
>Kirkland & Ellis, LLP
>555 California Street, Suite 2700
>San Francisco, CA 94104
>*Counsel for Defendant Transeau*
>
>David S. Olson, Esq.
>Anthony Falzone, Esq.
>Center for Internet and Society
>Stanford Law School
>559 Nathan Abbott Way
>Stanford, CA 94305-8610
>*Counsel for Defendant Transeau*
>
>Eric M. Stahl, Esq.
>Davis Wright Tremaine, LLP
>1501 4th Avenue, Suite 2600
>Seattle, WA 98101-1688
>*Counsel for Defendant East West Communications*

|  |  |
|---|---|
|     11/14/06    <br>Date |     s/ Paul A. Chin    <br>Paul A. Chin, Esq. (PC 9656)<br>LAW OFFICES OF PAUL A. CHIN<br>The Woolworth Building<br>233 Broadway, 5th Floor<br>New York, NY 10279<br>(212) 964-8030<br>*Attorneys for Plaintiffs* |