**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| RALPH VARGAS AND BLAND RICKY ROBERTS, <br><br> Plaintiffs, <br><br> v. <br><br> PFIZER INC., PUBLICIS, INC., FLUID MUSIC, EAST WEST COMMUNICATIONS, INC., AND BRIAN TRANSEAU P/K/A "BT", <br><br> Defendants. | 04 CV 9772 (WHP) <br> ECF CASE |

**SUPPLEMENTAL DECLARATION OF JULIE A. AHRENS**
**IN SUPPORT OF DEFENDANT BRIAN TRANSEAU'S**
**MOTION FOR SUMMARY JUDGMENT**

1.      I, Julie A. Ahrens am an attorney licensed by the state of California and the state of New York and admitted to practice before this Court.

2.      I am an associate at the firm of Kirkland & Ellis LLP, I am over 18 years of age, and if called upon to testify, I could and would testify competently to the matters stated herein. I make the following declaration based upon my own personal knowledge.

3.      On November 16, 2006 at defendant Brian Transeau's ("BT") studio in Los Angeles, California, I witnessed BT recreate from scratch *Aparthenonia*, the drum track at issue in the above-captioned litigation. My firm contracted LegaLink San Francisco to videotape BT's demonstration. Also present to witness the demonstration were Brian Baughn and Wonseok Choi.

4.      Attached hereto as Exhibit Z is a true and correct copy of the compact disc created by BT on November 16, 2006, labeled "BT New Aparthenonia 11/16/2006" that BT handed to me immediately after saving the computer files he created during the demonstration.

Dockets.Justia.com

5.     Attached hereto as Exhibit AA is a true and correct copy of Volume 1, Videotape Number 1 of the video recording of the recreation demonstration as recorded on November 16, 2006 by Adam Sperry, a Notary Public contracted by LegaLink San Francisco.


Dated:  December 1, 2006

_____/s/_____
Julie A. Ahrens

KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California  94104-1501
Telephone:     (415) 439-1400
Facsimile:     (415) 439-1500

Attorneys for Defendant
BRIAN TRANSEAU p/k/a "BT"