# BOULANGER SUPPLEMENTAL DECLARATION
## EXHIBIT B
## FIGURES B6A – B6Q

To illustrate some of the exceptionally close matches between the original *Aparthenonia* and the recreated Aparthenonia, figures B6A – B6D show similar waveshapes for the entire duration of the patern (B6A); similar waveforms when zooming in on the beat1, 2, 3, and 4 of the pattern (B6B, B6C, B6D, B6E); similar pitch and formant contours (B6F, B6G); and similar sonograms (B6H).



B6A: B6a_WS_Bar1_WaveformComp



B6B: B6b_WS_Beat1_WaveformCompZoom



B6C: B6c_WS_Beat2_WaveformCompZoom



B6D: B6d_WS_Beat3_WaveformCompZoom



B6E: B6e_WS_Beat4WaveformCompZoom



B6F: B6f_WS_PitchComp



B6G: B6g_WS_FormantComp

4



B6H: B6h_WS_SonogramComp

Further, figures B6I – B6Q show remarkable close spectral matches when performing FFTs on the individual beats of the pattern.



B6I: B6i_AU_WaveformSonogramComp

5



B6J: B6j_AU_Beat1_WaveSono



B6K: B6k_AU_Beat1_WaveSpec



B6L: B6l_AU_Beat2_WaveSono



B6M: B6m_AU_Beat2_WaveSpec



B6N: B6n_AU_Beat3_WaveSono



B6O: B6o_AU_Beat3_WaveSpec



B6P: B6p_AU_Beat4_WaveSono



B6Q: B6q_AU_Beat4_WaveSpec