# BOULANGER SUPPLEMENTAL DECLARATION
# EXHIBIT B
# **FIGURES B8A –B8P**

To illustrate some of the obvious differences between the original *Aparthenonia* and *Bust Dat Groove (w/o ride),* figures B8A – B8D (selected from the Rebuttal Report submitted on September 21, 2006 and therein labeled 7b,7c,7d,7h), show differences in audio waveforms and overall rhythmic pattern (B8A); difference in pitch contour and content (B8B); difference in spectral content via the FFT sonogram view (B8C); difference in spectral content via overlays using the FFT spectral view (B8D).



B8A: B8a_WS_WaveformComp(rebuttal7b)

10



B8B: B8b_WS_PitchComp(rebuttal7c)



B8C: B8c_WS_SonogramComp(rebuttal7d)



B8D: B8d_WS_SpectumOverlay(rebuttal7h)

Further, figures B8E – B8P, (selected from the Rebuttal Report submitted on September 21, 2006 and therein labeled 8i, 8j, 8k, 8p, 8q, 8r, 8u, 8v, 8w, 8x, 8y, 8z), compare the FFT sonograms and the FFT spectrums of the original *Aparthenonia* and *Bust Dat Groove (w/o ride)* on a beat by beat basis and show them to be unique.



B8E: B8e_AU_Beat1_WaveSpec(rebuttal8i)



B8F: B8f_AU_Beat1_Apar_Spec(rebuttal8j)



B8G: B8g_AU_Beat1_Bust_Spec(rebuttal8k)



B8H: B8h_AU_Beat2_WaveSpec(rebuttal8p)