

B8I: B8i_AU_Beat2_Apar_Spec(rebuttal8q)

Dockets.Justia.com



B8J: B8j_AU_Beat2_Bust_Spec(rebuttal8r)



B8K: B8k_AU_Beat3_WaveSpec(rebuttal8u)



B8L: B8l_AU_Beat3_Apar_Spec(rebuttal8v)



B8M: B8m_AU_Beat3_Bust_Spec(rebuttal8w)



B8N: B8n_AU_Beat4_WaveSpec(rebuttal8x)



B8O: B8o_AU_Beat4_Apar_Spec(rebuttal8y)



B8P: **B8p_AU_Beat4_Bust_Spec(rebuttal8z)**