MEMORANDUM ENDORSED

# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

555 California Street
San Francisco, California 94104-1501

415 439-1400

www.kirkland.com

Julie A. Ahrens
To Call Writer Directly:
415 439-1453
jahrens@kirkland.com

Facsimile:
415 439-1500
Dir. Fax: 415 439-1353

December 1, 2006

DEC 0 1 2006
CHAMBERS OF
WILLIAM H. PAULEY

12/5/06

**BY FAX**

Hon. William H. Pauley
United States District Judge
United States Courthouse
Room 2210
500 Pearl Street
New York, NY 10007-1581

Re: *Vargas, et al. v. Pfizer, Inc., et al.;* 04 CV 9772 (WHP)

Dear Judge Pauley:

       This firm represents Defendant Brian Transeau in the above-entitled matter. I write concerning the supplemental evidence we are filing on behalf of Defendant Transeau today in support of his summary judgment motion. A few of the exhibits to the declarations cannot be electronically filed. Specifically, these CD's contain audio and video files, which cannot be converted to PDF format for electronic filing.

       We respectfully request that the Court grant permission to file these exhibits in hard copy.

Sincerely,

*Julie Ahrens*

Julie A. Ahrens

cc: Paul A. Chin
    Eric Stahl

Application granted.
SO ORDERED:

_____
WILLIAM H. PAULEY III U.S.D.J.
December 4, 2006

Vargas et al v. Pfizer Inc. et al                   Doc. 116

# KIRKLAND & ELLIS LLP

### Fax Transmittal

555 California Street
San Francisco, California 94104-1501
Phone: 415 439-1400
Fax: 415 439-1500

---

**Please notify us immediately if any pages are not received.**

THE INFORMATION CONTAINED IN THIS COMMUNICATION IS CONFIDENTIAL, MAY BE ATTORNEY-CLIENT PRIVILEGED, MAY CONSTITUTE INSIDE INFORMATION, AND IS INTENDED ONLY FOR THE USE OF THE ADDRESSEE. UNAUTHORIZED USE, DISCLOSURE OR COPYING IS STRICTLY PROHIBITED AND MAY BE UNLAWFUL.

**IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR,
PLEASE NOTIFY US IMMEDIATELY AT:
415 439-1400.**

| To: | Company: | | Fax #: | Direct #: |
|---|---|---|---|---|
| Judge Pauley | US District Court | | 212.805.6390 | 212.805.6393 |
| Paul A. Chin, Esq. | Law Offices of Paul A. Chin | | 212.964.2575 | 212.964.8030 |
| Eric M. Stahl | Davis Wright Tremaine | | 206.628.7699 | 206.628.7762 |
| **From:** | **Date:** | **Pages w/cover:** | **Fax #:** | **Direct #:** |
| Julie A. Ahrens | December 1, 2006 | 2 | 415 439-1500 | 415 439-1453 |

**Message:**

Attached please find a letter re **04 CV 9772**