# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

555 California Street
San Francisco, California 94104-1501

Julie A. Ahrens
To Call Writer Directly:
415 439-1453
jahrens@kirkland.com

415 439-1400

www.kirkland.com

Facsimile:
415 439-1500

November 14, 2006

**BY HAND DELIVERY**

The Honorable William H. Pauley III
U.S. District Court for the Southern District of New York
500 Pearl Street, Chamber 2210
New York, NY 10007

    Re:    *Vargas, et al. v. Pfizer, et al.*, Case No. 04-CV-9772

Dear Judge Pauley:

    Enclosed is a courtesy copy of a letter sent to your chambers and counsel for all parties via U.S. Mail on Friday, November 10, 2006. Today I will serve a courtesy copy to counsel for all parties via electronic mail.

    Respectfully submitted,

    *Julie A. Ahrens*

Julie A. Ahrens (JA 0372)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California 94104-1501
Telephone:    (415) 439-1400
Facsimile:    (415) 439-1500

Attorneys for Defendant
BRIAN TRANSEAU p/k/a "BT,"

cc:    Paul Chin, Esq. (via electronic mail)
        Eric Stahl, Esq. (via electronic mail)

Chicago    London    Los Angeles    Munich    New York    Washington, D.C.