**Stanford Law School**

Anthony Falzone
Executive Director
Fair Use Project
Center for Internet and Society

Crown Quadrangle
559 Nathan Abbott Way
Stanford, CA 94305-8610
Tel 650 736-9050
Fax 650 723-4426
www.law.stanford.edu

November 21, 2006

Hon. William H. Pauley III
U.S. District Judge
U.S. District Court for the Southern District of New York
500 Pearl Street, Chambers 2210
New York, NY 10007

Re: **Vargas, et. al. v. Pfizer, Inc., et. al.**
Case No.: 04 CV 9772 (WHP)

Dear Judge Pauley:

We understand that plaintiffs have filed a "reply" memorandum in support of the motion for reconsideration they filed on November 9. We are puzzled by this, as our opposition memorandum is not due until November 30 per Local Rules 6.1 and 6.3. Accordingly, there is no occasion for plaintiffs to file a "reply" memorandum at this time.

Plaintiffs seem to be operating under the impression that the November 14 letter from Julie Ahrens to Your Honor was an opposition memorandum. It was not. It simply asked the Court to strike plaintiffs' motion for reconsideration altogether, "without further briefing." Having received no response from the Court in regard to our request to strike plaintiffs' motion for reconsideration, we will file our opposition next week.

Thank you for your attention to this matter.

Sincerely yours,

Anthony T. Falzone

cc: Paul Chin

*Inspire. Innovate. Lead.*