USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/8/07

# LAW OFFICES OF PAUL A. CHIN
MEMBER NEW YORK & MARYLAND BARS

January 2, 2007

JAN 03 2007
CHAMBERS OF
[illegible]

**VIA HAND DELIVERY**
The Honorable William H. Pauley III
U.S. District Court Judge
U.S. District Court for the Southern District of New York
500 Pearl Street, Chambers 2210
New York, NY 10007

    Re:    **Request for Extension of Time to Submit Plaintiffs' Rebuttal Report**
            *Vargas, et. al. v. Pfizer, Inc., et. al.*
            *U.S. District Court for the Southern District of New York*
            *Case No.:  04 CV 9772 (WHP)*

Dear Judge Pauley:

This firm represents Plaintiffs in the above referenced matter. Plaintiffs respectfully request that the Court grant Plaintiffs an extension of time in order to submit their rebuttal report to Defendant Brian Transeau's ("Defendant Transeau") supplemental expert report submitted in support of Defendant Transeau's second motion for summary judgment.



On November 3, 2006, this Court entered an order allowing Defendant Transeau to conduct a re-creation, and subsequent fast fourier transform ("FFT") spectral analysis, of *Aparthenonia* utilizing the same materials Defendant Transeau claimed to have used during his initial creation of *Aparthenonia*. Pursuant to the Court's order, Plaintiffs were required to submit a rebuttal report by January 5, 2007. However, as a result of the holiday season, Plaintiffs will be unable to complete their rebuttal report by January 5, 2007. Therefore, Plaintiffs are requesting an additional fourteen (14) days within which to prepare and submit their rebuttal report. Defendant Transeau's attorneys have consented to Plaintiffs' request for this extension of time.

For the reasons stated herein, Plaintiffs respectfully request that the Court extend the time in which Plaintiffs may prepare and submit their rebuttal expert reports to January 14, 2007.

SO ORDERED: Application granted. Plaintiffs shall file and serve their rebuttal report, if any, by January 14, 2007.

/s/ William H. Pauley
WILLIAM H. PAULEY III U.S.D.J.
January 3, 2007

Respectfully submitted,

/s/ Paul A. Chin
Paul A. Chin

cc:   Julie Ahrens, Esq.   *(via e-mail & first class)*

233 BROADWAY • 5TH FLOOR • NEW YORK, NEW YORK • 10279
PHONE: 212-964-8030 • FAX: 212-964-2575

Kirkland & Ellis, LLP
555 California Street, Suite 2700
San Francisco, CA 94104
*Counsel for Defendant Transeau*

David S. Olson, Esq. *(via e-mail & first class)*
Anthony Falzone, Esq.
Center for Internet and Society
Stanford Law School
559 Nathan Abbott Way
Stanford, CA 94305-8610
*Counsel for Defendant Transeau*

Eric M. Stahl, Esq. *(via e-mail & first class)*
Davis Wright Tremaine, LLP
1501 4th Avenue, Suite 2600
Seattle, WA 98101-1688
*Counsel for Defendant East West Communications*