```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
                                    :
RALPH VARGAS and BLAND-RICKY        :
ROBERTS,                            :
                                    :   04 Civ. 9772 (WHP)
            Plaintiffs,             :
                                    :   SCHEDULING ORDER No. 5
       -against-                    :
                                    :
PFIZER, INC. et al.                 :
                                    :
            Defendants.             :
-----------------------------------X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/1/07
```

WILLIAM H. PAULEY III, District Judge:

Counsel in this civil action having appeared for a phone conference with the Court on February 16, 2007, the following schedule is established on consent of the parties:

1. Defendants shall file and serve their consolidated motion to strike and their response to the January 23, 2007 Declaration of Paul Chin by March 16, 2007. Defendants' memorandum of law in support of their motion shall not exceed 15 pages;

2. Plaintiffs shall file and serve their opposition, which shall not exceed 15 pages, by March 29, 2007; and

3. Defendants shall file and serve their reply, which shall not exceed five pages, by April 4, 2007.

Dated: February 26, 2007
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

*Counsel of Record:*

Paul A Chin, Esq.
Law Offices of Paul A. Chin
233 Broadway, 5th Floor
New York, NY 10279
*Counsel for Plaintiffs*

David Sidney Olson
Stanford Law School Center for Internet & Society
559 Nathan Abbot Way
Stanford, CA 94305
*Counsel for Defendant Brian Transeau*

Eric M. Stahl, Esq.
Davis Wright Tremaine, LLP
1501 Fourth Avenue
Seattle, WA 98101

Julie Angela Ahrens, Esq.
Kirkland & Ellis LLP
555 California Street, Suite 2700
San Francisco, CA 94104
*Counsel for Defendant East West*