UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

_____

FW  Tww ( ) 192.w ( ·Tw Tf K)µ68D 058 0.6 TD 0  TÓN TD /ýõÚÙÚ2Ñ»6 0    Tc#$rg  C $ã!õ  (*f )£¡

*Counsel for Defendant Transeau*

    (iii)    Eric M. Stahl, Esq.
Davis Wright Tremaine, LLP
1501 4th Avenue, Suite 2600
Seattle, WA 98101-1688
*Counsel for Defendant East West Communications*

|    3/29/07    |    s/ Paul A. Chin    |
|---|---|
| Date | Paul A. Chin, Esq. (PC 9656) |
| | LAW OFFICES OF PAUL A. CHIN |
| | The Woolworth Building |
| | 233 Broadway, 5th Floor |
| | New York, NY 10279 |
| | (212) 964-8030 |
| | *Attorneys for Plaintiffs* |