Vargas et al v. Pfizer Inc. et al    Doc. 135

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RALPH VARGAS and BLAND-RICKY ROBERTS,
                     Plaintiffs,

-against-

BRIAN TRANSEAU, et al.,
                     Defendants.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/18/07

04 CIVIL 9772 (WHP)

**JUDGMENT**

    Defendants having moved for summary judgment, and the matter having come before the Honorable William H. Pauley III, United States District Judge, and the Court, on May 9, 2007, having rendered its Memorandum and Order granting defendants' motion for summary judgment and dismissing the action, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated May 9, 2007, defendants' motion for summary judgment is granted and the action is dismissed; accordingly, the case is closed.

**Dated:** New York, New York
         May 18, 2007

                                             **J. MICHAEL McMAHON**
                                                Clerk of Court
                          BY:
                                                  Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____

Dockets.Justia.com