USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/23/2007

MAY 17 2007
CHAMBERS OF
WILLIAM H. PAULEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RALPH VARGAS and BLAND - RICKY ROBERTS, <br><br> Plaintiffs, <br><br> - V. - <br><br> PFIZER INC., PUBLICIS, INC., FLUID MUSIC, EAST WEST COMMUNICATIONS, INC., and BRIAN TRANSEAU p/k/a "BT", <br><br> Defendants. | Case No.: 04 CV 9772 (WHP) <br><br> ECF Case |

**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE MOTION FOR ATTORNEYS' FEES, REQUEST TO TAX COSTS, AND NOTICE OF APPEAL**

E-FILING CHAMBERS COPY

Plaintiffs Ralph Vargas and Bland-Ricky Roberts ("Plaintiffs") and Defendants Brian Transeau ("BT") and East West Communications, Inc. (collectively "Defendants") stipulate to the following by and through their respective counsel of record:

1. Pursuant to Federal Rule of Civil Procedure 54 and Local Rule 54.1, the deadline for Defendants to file a motion for attorneys' fees and/or a request to tax costs shall be extended to June 11, 2007 in order to provide the parties sufficient time to meet and confer concerning these issues and whether they can be resolved without further motion practice.

2. Pursuant to Federal Rule of Appellate Procedure 4, the deadline for Plaintiffs to file a notice of appeal from the judgment of dismissal in this case shall be extended to July 6, 2007. To the extent Defendants file a motion for attorneys' fees, the deadline for Plaintiffs to file a notice of appeal from the judgment of dismissal shall be 30 days after the Court enters an order disposing of Defendants' motion for attorneys' fees, as set forth in Federal Rule of Appellate Procedure 4(a)(4)(A)(iii).

Dated: 5-15-07

Paul A. Chin
LAW OFFICES OF PAUL A. CHIN
233 Broadway, 5th Floor
New York, NY 10007
Telephone: (212) 964-8030

Attorney for Plaintiffs
RALPH VARGAS and BLAND-RICKY ROBERTS

Dated: _____

Anthony T. Falzone
David S. Olson
STANFORD LAW SCHOOL
559 Nathan Abbott Way
Stanford, CA 94305-8610
Telephone: (650) 724-0517
Facsimile: (650) 723-4426

**SO ORDERED:**

WILLIAM H. PAULEY III U.S.D.J.
5/22/2007

Alice C. Garber
Christopher W. Keegan
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California 94104-1501
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Attorneys for Defendant

-2-

Plaintiffs Ralph Vargas and Bland-Ricky Roberts ("Plaintiffs") and Defendants Brian Transeau ("BT") and East West Communications, Inc. (collectively "Defendants") stipulate to the following by and through their respective counsel of record:

1. Pursuant to Federal Rule of Civil Procedure 54 and Local Rule 54.1, the deadline for Defendants to file a motion for attorneys' fees and/or a request to tax costs shall be extended to June 11, 2007 in order to provide the parties sufficient time to meet and confer concerning these issues and whether they can be resolved without further motion practice.

2. Pursuant to Federal Rule of Appellate Procedure 4, the deadline for Plaintiffs to file a notice of appeal from the judgment of dismissal in this case shall be extended to July 6, 2007. To the extent Defendants file a motion for attorneys' fees, the deadline for Plaintiffs to file a notice of appeal from the judgment of dismissal shall be 30 days after the Court enters an order disposing of Defendants' motion for attorneys' fees, as set forth in Federal Rule of Appellate Procedure 4(a)(4)(A)(iii).

Dated:_____

Dated: 5/15/07

Paul A. Chin
LAW OFFICES OF PAUL A. CHIN
233 Broadway, 5th Floor
New York, NY 10007
Telephone: (212) 964-8030

Attorney for Plaintiffs
RALPH VARGAS and BLAND-RICKY ROBERTS

_____
Anthony T. Falzone
David S. Olson
STANFORD LAW SCHOOL
559 Nathan Abbott Way
Stanford, CA 94305-8610
Telephone: (650) 724-0517
Facsimile: (650) 723-4426

Attorneys for Defendant
BRIAN TRANSEAU p/k/a "BT,"
Alice C. Garber

Dated: May 14, 2007

BRIAN TRANSEAU p/k/a "BT,"

_____(signature)_____
Eric M. Stahl
DAVIS WRIGHT & TREMAINE LLP
2600 Century Square
1501 Fourth Avenue
Seattle, Washington 98101-1688
Telephone: (206) 622-3150
Facsimile: (206) 628-7699

Attorneys for Defendant
EAST WEST COMMUNICATIOJNS, INC.

**IT IS SO ORDERED.**

Dated:_____

_____
William H. Pauley III
United States District Judge