UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK

---------------------------------------------------------------- x

| | |
|---|---|
| RALPH VARGAS and<br>BLAND-RICKY ROBERTS,<br><br>       Plaintiffs,<br><br>   - against -<br><br>PFIZER INC., PUBLICIS, INC., FLUID<br>MUSIC, EAST WEST COMMUNICATIONS,<br>INC. and BRIAN TRANSEAU p/k/a "BT",<br><br>       Defendants. | Case No. 04 CV 9772 (WHP)<br><br>**NOTICE OF CHANGE OF ADDRESS** |

---------------------------------------------------------------- x

  PLEASE TAKE NOTICE THAT as of June 11, 2007, the address for the Seattle office of

Davis Wright Tremaine LLP, counsel herein for East West Communications, Inc., will change.

| FORMER ADDRESS: | NEW ADDRESS: |
|---|---|
| 2600 Century Square<br>1501 Fourth Avenue<br>Seattle, WA 98101-1688<br>Main Phone: (206) 622-3150<br>Main Fax: (206) 628-7699<br>Email addresses will not change. | 1201 Third Avenue, Suite 2200<br>Seattle, WA 98101-3045<br>Main Phone: (206) 622-3150<br>Main Fax: (206) 757-7700 |

  DATED this 31st day of May, 2007.

                  Davis Wright Tremaine LLP
                  Attorneys for East West Communications, Inc.


                By /s/Eric M. Stahl
                  Eric M. Stahl, WSBA #27619
                  2600 Century Square
                  1501 Fourth Avenue
                  Seattle, WA 98101-1688
                  Telephone: (206) 628-7762
                  Fax: (206) 628-7699
                  E-mail: ericstahl@dwt.com

**DECLARATION OF SERVICE**

I hereby declare that on this 31st day of May, 2007, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Paul A. Chin, Esq.<br>Law Offices of Paul A. Chin<br>The Woolworth Building<br>233 Broadway, 5th Floor<br>New York, New York 10279<br>lawyerchin@aol.com | Attorney for:<br>Ralph Vargas & Bland Ricky Roberts |
| Anthony T. Falzone<br>David S. Olson<br>Center for Internet & Society<br>Stanford Law School<br>559 Nathan Abbott Way<br>anthony.falzone@stanford.edu<br>dolson@law.stanford.edu | Attorneys for:<br>Brian Transeau p/k/a "BT" |
| Julie A. Ahrens<br>Kirkland & Ellis LLP<br>555 California Street<br>San Francisco, CA 94104<br>jahrens@kirkland.com | Attorney for:<br>Brian Transeau p/k/a "B%" |
| Teena H. Lee<br>Davis Wright Tremaine LLP<br>1633 Broadway<br>New York, NY 10019<br>teenalee@dwt.com | Attorney for:<br>East West Communications, Inc. |

I declare under penalty of perjury under the laws of the United States of America that the foregoing statement is true and correct.

Executed at Seattle, Washington, this 31st day of May, 2007.

Davis Wright Tremaine LLP
Attorneys for East West Communications, Inc.

By /s/Eric M. Stahl
　　Eric M. Stahl, WSBA #27619