UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RALPH VARGAS AND BLAND RICKY ROBERTS,

Plaintiffs,

v.

PFIZER INC., PUBLICIS, INC., FLUID MUSIC, EAST WEST COMMUNICATIONS, INC., AND BRIAN TRANSEAU P/K/A "BT",

Defendants.

04 CV 9772 (WHP)
ECF CASE

NOTICE OF CHANGE OF ADDRESS

# NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: Julie A. Ahrens

- ☒ **Attorney**
    - ☒ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: 4167649

- ☒ **Law Firm/Government Agency Association**
    - From: Kirkland & Ellis
    - To: Stanford Law School
    - ☒ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

- ☒ *Address:* 559 Nathan Abbott Way, Stanford, CA 94305-8610
- ☒ *Telephone Number:* (650) 723-2511
- ☒ *Fax Number:* (650) 723-4426
- ☒ *E-Mail Address:* jahrens@law.stanford.edu

Dated: 6/12/07    /s/ Julie A. Ahrens