# STANFORD LEGAL CLINICS

Crown Quadrangle
559 Nathan Abbott Way
Stanford, CA 94305-8610

JUN 07 2007

CHAMBERS OF

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/11/07

Cyberlaw Clinic
Telephone (650) 724-1900
Facsimile (650) 723-4426

David Olson
Direct Dial: (650) 724-0517
E-Mail: dolson@law.stanford.edu

June 7, 2007

**VIA FACSIMILE**

The Honorable William H. Pauley
U.S. District Court for the Southern District of New York
500 Pearl Street, Chambers 2210
New York, NY 10007

Re: Request for extension in *Vargas, et al. v. Pfizer, Inc., et al.* Case No. 04 CV 9772 (WHP)

Dear Judge Pauley:

I represent Defendant Brian Transeau ("BT") in the above-captioned matter. I write to request an extension to the briefing schedule for Defendants' Motion for Attorneys' Fees and Costs so as to accommodate the schedules of the parties and their counsel. On May 23, 2007, this Court previously granted one extension allowing Defendants' Motion for Fees and Costs to be filed on June 11, 2007.

All parties, through their respective counsel, have agreed to the following briefing schedule:

1. Pursuant to Federal Rule of Civil Procedure 54 and Local Rule 54.1, Defendants shall file their motion for attorneys' fees and costs on or before June 29, 2007.

2. Plaintiffs shall file their opposition to Defendants' motion for attorneys' fees and costs on or before July 31, 2007.

3. Defendants shall file their reply in support of their motion for attorneys' fees and costs on or before August 17, 2007.

4. The hearing on Defendants' motion shall be scheduled for September 7, 2007, or on a later date set by the Court.

Sincerely,

David S. Olson
(DO 4906)

cc: Eric M. Stahl
    Paul Chin

SO ORDERED: Application granted. Oral argument on Defendants' motion will be held before this court on September 11, 2007 at 11:00 a.m.

WILLIAM H. PAULEY III U.S.D.J.
6/11/2007

dockets.Justia.com