**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

RALPH VARGAS AND BLAND RICKY
ROBERTS,

 Plaintiffs,

 v.

PFIZER INC., PUBLICIS, INC., FLUID MUSIC,
EAST WEST COMMUNICATIONS, INC., AND
BRIAN TRANSEAU P/K/A "BT",

 Defendants.

04 CV 9772 (WHP)
ECF CASE

---

## DEFENDANTS' MOTION FOR AN ORDER PERMITTING PARTIES TO FILE MOTION FOR COSTS AND ATTORNEYS' FEES UNDER SEAL

Defendants Transeau and East West Communications (collectively "Defendants") file

this Motion to Seal portions of Defendants' Motion for Costs and Attorney's fees. In support of

this Motion, Defendants respectfully ask the Court to consider the following:

### GROUNDS FOR MOTION

On December 6, 2005, the Court signed a Confidentiality Order governing the use of

Confidential Discovery Materials or Information in the above-captioned matter. Paragraph 8 of

the Confidentiality Order states as follows:

> 8. In the event that counsel for any party or non-party
> determines to file in, or submit to, this Court any Confidential Discovery
> Materials, information derived therefrom, or any papers containing or making
> reference to such materials or information, all pages containing such Confidential
> Discovery Materials or Information pertaining thereto shall be filed only in sealed
> envelopes on which shall be endorsed the caption of this action and which shall
> clearly bear the words "CONFIDENTIAL – FILED UNDER SEAL." Parties

must obtain leave of Court before filling [sic] any document under seal. All materials filed under seal shall be available to the Court and to counsel for the parties for viewing and/or copying. Filing under seal shall be without prejudice to any party's right to argue to the Court that such documents or information is not confidential and need not be preserved under seal. Pages of documents or deposition transcripts from which Confidential Discovery Material has been redacted shall be filed in the public record.

Confidentiality Order, pp. 4-5, ¶ 8. Defendants have prepared a Motion for Costs and Attorneys' Fees, a Memorandum in Support of their motion, and a supporting declaration with exhibits thereto. The Memorandum in Support of Defendants' Motion and certain exhibits, including the Settlement Agreement between Plaintiffs and Pfizer, Inc., Publicis, Inc. and Fluid Music, Inc., contain Confidential Information. In addition, Plaintiffs' opposition papers to Defendants' Motion may contain Confidential Information. Plaintiffs support the motion to file the Settlement Agreement and arguments in the papers referencing the Settlement Agreement under seal.

Defendants respectfully request that the Court grant this Motion and enter an order allowing those pages of Defendants' Memorandum, as well as Defendants' Reply Memorandum, and any supporting exhibits which contain Confidential Information, and the pages of Plaintiffs' opposition papers and supporting documents that contain Confidential Information, to be filed under seal pursuant to Paragraph 8 of the Confidentiality Order.

Dated: June 19, 2007

By: _____/s/_____

    Julie A. Ahrens (JA 0372)
    Anthony T. Falzone
    STANFORD LAW SCHOOL
    559 Nathan Abbott Way
    Stanford, CA 94305-8610
    Telephone:    (650) 724-0517
    Facsimile:    (650) 723-4426

    Attorneys for Defendant
    BRIAN TRANSEAU p/k/a "BT"

Dated:  June 19, 2007

By: _____/s/_____

        Eric M. Stahl
        DAVIS WRIGHT & TREMAINE LLP
        1201 Third Avenue, Suite 2200
        Seattle, Washington 98101-1688
        Telephone:     (206) 622-3150
        Facsimile:     (206) 757-7700

        Attorneys for Defendant
        EAST WEST COMMUNICATIONS,   INC.

**IT IS SO ORDERED.**

Dated:_____

_____

William H. Pauley III
United States District Judge