UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RALPH VARGAS AND BLAND RICKY ROBERTS,<br><br>                    Plaintiffs,<br><br>     v.<br><br>PFIZER INC., PUBLICIS, INC., FLUID MUSIC, EAST WEST COMMUNICATIONS, INC., AND BRIAN TRANSEAU P/K/A "BT",<br><br>                    Defendants. | 04 CV 9772 (WHP)<br>ECF CASE |

**<u>NOTICE OF MOTION AND MOTION FOR ATTORNEYS' FEES AND COSTS</u>**

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on September 11, 2007 at 11:00 a.m., or as soon thereafter as the matter may be heard before the Hon. William H. Pauley III at 500 Pearl Street New York, NY, Defendant Brian Transeau will move the Court for an order awarding attorneys' fees and costs in the amount of $752,485 pursuant to Federal Rule of Civil Procedure 54, 17 U.S.C. § 505, 28 U.S.C. § 1920 and any other applicable statutes or rules. This motion will be based on this notice of motion, the accompanying memorandum of points and authorities, the accompanying declarations of Anthony Falzone, Julie Ahrens, David Olson, Eric Chan, Christian Chadd Taylor and Eric Stahl, all exhibits to those declarations, the pleadings, records, orders and papers on file in this matter, and on such further argument or evidence as the Court may permit.

Dated: June 29, 2007                  STANFORD LAW SCHOOL CENTER FOR
INTERNET AND SOCIETY

By:       /s/
Anthony T. Falzone
Julie A. Ahrens
STANFORD LAW SCHOOL
559 Nathan Abbott Way
Stanford, CA 94305-8610
Telephone:(650) 736-9050
Facsimile: (650) 723-4426

Alice Garber
Christopher W. Keegan
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California 94104-1501
Telephone:(415) 439-1400
Facsimile: (415) 439-1500

Attorneys for Defendant
BRIAN TRANSEAU