UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK

------------------------------------------------- x

RALPH VARGAS and
BLAND-RICKY ROBERTS,

                Plaintiffs,

         - against -

PFIZER INC., PUBLICIS, INC., FLUID
MUSIC, EAST WEST COMMUNICATIONS,
INC. and BRIAN TRANSEAU p/k/a "BT",

               Defendants.

------------------------------------------------- x

Case No. 04 CV 9772 (WHP)

## NOTICE OF EAST WEST COMMUNICATIONS, INC.'S
## MOTION FOR ATTORNEYS' FEES AND COSTS

PLEASE TAKE NOTICE that upon the accompanying declaration of Eric M. Stahl, dated June 27, 2007, and the exhibits annexed thereto, the accompanying memorandum of law, and all prior pleadings and proceedings heretofore had herein, the undersigned will move this Court, before the Honorable William H. Pauley, III, on the 11th day of September, 2007 or subsequent date to be determined by the Court, for defendant East West Communications, Inc.'s attorneys' fees and costs incurred in the above-captioned action pursuant to 17 U.S.C. § 505 and Federal Rule of Civil Procedure 54(d), for an award of costs and attorneys' fees, or such other further relief as the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that, pursuant to the letter endorsed by the Court, opposing papers, if any, must be served upon the undersigned and filed on or before July 31, 2007; and reply papers, if any, must be served and filed on or before August 17, 2007.

Dated: New York, New York
      June 29, 2007

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Defendant*
   *East West Communications, Inc.*

By: _____
    Eric Stahl (ES 8910) (*pro hac vice*)
    1201 Third Avenue, Suite 2200
    Seattle, Washington 98101-3045
    (206) 757-8148

    Teena H. (Kim) Lee (TK 3073)
    1633 Broadway
    New York, New York 10019
    (212) 603-6427

TO:    Paul A Chin, Esq.
    Law Offices of Paul A. Chin
    233 Broadway, 5th Floor
    New York, NY 10279
    212-964-8030
    *Attorney for Plaintiffs*
      *Ralph Vargas and Bland-Ricky Roberts*

    David Sidney Olson
    Stanford Law School Center for Internet & Society
    559 Nathan Abbot Way
    Stanford, CA 94305
    (650)723-5674

    Julie Angela Ahrens
    Kirkland & Ellis LLP (SF)
    555 California Street, Suite 2700
    San Francisco, CA 94104
    (415)-439-1453