# EXHIBIT A

Dockets.Justia.com

# Davis Wright Tremaine LLP



AND  SAN FRANCISCO  SEATTLE  SHANGHAI  WASHINGTON, D.C.

2600 CENTURY SQUARE
1501 FOURTH AVENUE
SEATTLE, WA 98101-1688

TEL (206) 622-3150
FAX (206) 628-7699
www.dwt.com
FEDERAL ID #91-0839480

East West Communications, Inc.
Attn: Doug Rogers
9000 Sunset Blvd., Suite 1550
West Hollywood, CA 90069

May 10, 2005
Invoice No. 5429904

## MAY INVOICE FOR
## STATEMENT OF
## SERVICES AND DISBURSEMENTS

Matter No.      0068284-000001

Vargas v. Pfizer

| **DATE** | **PROFESSIONAL** | **TIME** | **DESCRIPTION OF SERVICES** |
|---|---|---|---|
| 03/17/05 | E. Stahl | 0.30 | Confer with K. Nasseri regarding need for coverage at status conference and update on litigation; confer with S. Leaf regarding same and case background |
| 03/17/05 | S. Leaf | 0.60 | Call with E. Stahl regarding copyright matter against East West and BT; review complaint and prepare for court conference |
| 03/18/05 | S. Leaf | 1.80 | Attend court conference; draft lengthy e-mail report on court conferences; various e-mails to E.Stahl |
| 03/21/05 | E. Stahl | 0.70 | Multiple telephone conferences with S. Leaf and Kurosh Nasseri regarding case background, service, and representation issues; review draft stipulation dismissing plaintiff's Lanham Act and state law claims |
| 03/23/05 | E. Stahl | 0.50 | Review and respond to multiple emails, and telephone conversations with S. Leaf, regarding stipulation to dismiss non-copyirght claims and plaintiff's demand that court be advised of representation situation; telephone conversation with Mr. Transeau and emails to Mr. Transeau, Doug Rogers and Kurosh Nasseri regarding same and other case management issues |
| 03/23/05 | S. Leaf | 0.50 | Conference call with E. Stahl; e-mail to Paul Chin; draft letter to court regarding no longer representing East West |
| 03/24/05 | E. Stahl | 0.40 | Multiple communications with S. Leaf regarding letter |

PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING

LAWYERS



| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|-------------|------|------------------------|
| | | | to court regarding representation and service issues; emails to Mr. Transeau, Mr. Rogers and Mr. Nasseri regarding joint representation and other case management issues |
| 03/24/05 | S. Leaf | 0.20 | Edit letter to court; conference with E. Stahl regarding same |
| 04/15/05 | E. Stahl | 0.10 | Review plaintiff's discovery requests and email to clients and S. Leaf regarding same |
| 04/20/05 | E. Stahl | 0.30 | Telephone conversation with Fluid Music attorney regarding discovery and indemnification issues; email to Mr. Rogers regarding discovery; review and analysis of discovery requests |
| 04/22/05 | E. Stahl | 1.20 | Review discovery requests in detail; review documents provided by BT; prepare overall case analysis and strategy for moving forward; multiple emails to clients regarding same; email to Pfizer's counsel regarding reconsideration of motion to change venue |
| 04/25/05 | S. Leaf | 0.50 | Draft letter to Judge Pauley regarding recent developments and send same to E. Stahl |
| 04/26/05 | E. Stahl | 1.20 | Telephone conversation with plaintiffs' counsel regarding various procedural, discovery, and settlement issues; review letter to court and comments from other defendants (including multiple versions from Pfizer's counsel suggesting venue motion was based solely on jurisdictional concerns); emails to S. Leaf and co-defense counsel regarding same; multiple emails to client regarding procedural aspects of case and administrative issues; review papers for pro hac vice admission; dictate file memorandum regarding discussions with counsel for other parties |
| 04/26/05 | S. Leaf | 1.00 | Edit letter to Judge Pauley and circulate same to defense counsel; incorporate comments; calls to E. Stahl regarding letter and strategy issues; draft and file notice or appearance; draft paper for pro hac vice admission of E. Stahl |
| 04/28/05 | E. Stahl | 0.50 | Email to client regarding issues raised in discussions with plaintiffs' and co-defendants' counsel, strategic issues and questions for further research |
| | Total Hours Worked | 9.80 | |

## DISBURSEMENT DETAIL

| DESCRIPTION | QUANTITY | AMOUNT |
|-------------|----------|--------|
| Telecopy Charges | 4 | 2.00 |
| Legal Services - - WASHINGTON STATE BAR - 04/26/05 WSBA #27619 for obtaining Certificate of Good Standing fees | | 12.50 |

LAWYERS 

per E. Stahl

Total Current Disbursements $14.50

## TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

Total Current Services 3,095.00

Total Current Disbursements 14.50

----------------

Total Current Invoice $3,109.50

## STATEMENT OF ACCOUNT

Current Invoice $3,109.50

Total Balance Due This Matter $3,109.50

Eric M. Stahl

# Davis Wright Tremaine LLP



AND  SAN FRANCISCO   SEATTLE   SHANGHAI   WASHINGTON, D.C.

2600 CENTURY SQUARE
1501 FOURTH AVENUE
SEATTLE, WA  98101-1688

TEL (206) 622-3150
FAX (206) 628-7699
www.dwt.com
FEDERAL ID #91-0839480

| | |
|---|---|
| Matter ID     0068284-000001 | May 10, 2005 |
|         Vargas v. Pfizer | Invoice No. 5429904 |

East West Communications, Inc.
Attn: Doug Rogers
9000 Sunset Blvd., Suite 1550
West Hollywood, CA 90069

## STATEMENT OF ACCOUNT
### as of Apr 30, 2005

| | |
|---|---|
| Current Invoice - 5429904 | $3,109.50 |
| Total Balance Due This Matter | $3,109.50 |

PLEASE REMIT WITH PAYMENT

# Davis Wright Tremaine LLP



AND  SAN FRANCISCO  SEATTLE  SHANGHAI  WASHINGTON, D.C.

2600 CENTURY SQUARE
1501 FOURTH AVENUE
SEATTLE, WA 98101-1688

TEL (206) 622-3150
FAX (206) 628-7699
www.dwt.com
FEDERAL ID #91-0839480

East West Communications, Inc.
Attn: Doug Rogers
9000 Sunset Blvd., Suite 1550
West Hollywood, CA 90069

June 7, 2005
Invoice No. 5435514

JUNE INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS

Matter No.          0068284-000001

Vargas v. Pfizer

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|--------------|------|-------------------------|
| 05/02/05 | E. Stahl | 0.10 | Emails to defense counsel, S. Leaf and clients regarding status conference; emails to defense counsel requesting consent to pro hac vice admission |
| 05/05/05 | E. Stahl | 0.10 | Email to clients regarding case scheduling and strategy |
| 05/10/05 | S. Leaf | 0.50 | Draft and edit pro hac vice motion for E. Stahl |
| 05/11/05 | E. Stahl | 0.10 | Email to clients regarding order dismissing non-copyright claims; email to co-defendants' counsel regarding meeting in advance of status conference |
| 05/23/05 | E. Stahl | 0.20 | Review plaintiff's proposed case schedule; multiple emails to client, plaintiff's counsel and defense counsel regarding same, scheduling of status conference, and joint meeting of defense counsel. |
| 05/24/05 | E. Stahl | 0.10 | Email to plaintiff' counsel regarding scheduling of status conference; emails to defense counsel regarding conference and related issues (split item - billed at 50%) |
| 05/26/05 | E. Stahl | 1.20 | Prepare for and participate in conference call with defense counsel; confer with K. Nasseri and email to clients regarding same; draft letter to plaintiffs' counsel regarding scheduling issues |
| 05/31/05 | E. Stahl | 0.20 | Review letter from plaintiff's counsel regarding scheduling of status conference; review citations forwarded by Fluid's attorney for use in letter to court |

PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING

LAWYERS 

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|--------------|------|-------------------------|
| | | | seeking leave to file early summary judgment motion |
| | Total Hours Worked | 2.50 | |

## TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---|
| Total Current Services | 738.00 |
| Total Current Disbursements | 0.00 |
| | ---------------- |
| Total Current Invoice | $738.00 |

## STATEMENT OF ACCOUNT

| | |
|---|---|
| Balance from Previous Statement | $3,109.50 |
| Current Invoice | $738.00 |
| Total Balance Due This Matter | $3,847.50 |

Eric M. Stahl

# Davis Wright Tremaine LLP



AND   SAN FRANCISCO   SEATTLE   SHANGHAI   WASHINGTON, D.C.

2600 CENTURY SQUARE
1501 FOURTH AVENUE
SEATTLE, WA  98101-1688

TEL (206) 622-3150
FAX (206) 628-7699
www.dwt.com
FEDERAL ID #91-0839480

Matter ID      0068284-000001
             Vargas v. Pfizer

June 7, 2005
Invoice No. 5435514

East West Communications, Inc.
Attn: Doug Rogers
9000 Sunset Blvd., Suite 1550
West Hollywood, CA 90069

## STATEMENT OF ACCOUNT
### as of May 31, 2005

Current Invoice - 5435514          $738.00

Total Balance Due This Matter       $3,847.50

# Davis Wright Tremaine LLP



AND   SAN FRANCISCO   SEATTLE   SHANGHAI   WASHINGTON, D.C.

2600 CENTURY SQUARE
1501 FOURTH AVENUE
SEATTLE, WA  98101-1688

TEL (206) 622-3150
FAX (206) 628-7699
www.dwt.com
FEDERAL ID #91-0839480

East West Communications, Inc.
Attn: Doug Rogers
9000 Sunset Blvd., Suite 1550
West Hollywood, CA 90069

July 25, 2005
Invoice No. 5446115

JULY INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS

Matter No.        0068284-000001

Vargas v. Pfizer

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|--------------|------|-------------------------|
| 06/01/05 | E. Stahl | 0.40 | Review letter from plaintiff's counsel regarding case scheduling and discovery issues; emails to defense counsel and clients regarding same |
| 06/02/05 | E. Stahl | 0.50 | Review letters drafted by Pfizer's attorney (i) to plaintiffs' counsel regarding scheduling/discovery issues and (ii) to court requesting leave to file summary judgment motion; emails to defense counsel regarding revisions to same (including draft paragraph for letter to court regarding plaintiffs' copyright registrations). |
| 06/02/05 | S. Leaf | 0.20 | (NO CHARGE) Review letters to Mr. Chin and Judge Pauley; e-mail to E. Stahl regarding same |
| 06/03/05 | E. Stahl | 0.20 | Review and comment on letter to court drafted by Pfizer counsel regarding leave to file summary judgment motion on copyrightability of plaintiffs' works |
| 06/06/05 | E. Stahl | 0.10 | Review Judge Pauley's "individual practices"; prepare for status conference |
| 06/06/05 | S. Leaf | 0.40 | (NO CHARGE) Review, draft and send various e-mails and telephone calls among counsel regarding scheduling conference call with court |
| 06/07/05 | E. Stahl | 0.80 | Prepare for and participate in telephonic status conference with Court and subsequent conference call with defense counsel; email to clients and S. Leaf |

PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING

LAWYERS



| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|--------------|------|-------------------------|
| | | | regarding same; file memorandum regarding same; telephone conversation with K. Nasseri regarding expert witness; review SDNY local rules |
| 06/08/05 | E. Stahl | 2.10 | Review Tony Ricigliano expert witness resume and prior report; telephone conversation with Mr. Ricigliano; emails to and telephone conversation with defense counsel regarding summary judgment motion, discovery, and lead responsibility for litigation going forward; analysis of : and multiple emails to client regarding workload going forward (including rough litigation budget); attempt to locate prior summary judgment briefing on originality issues; email to client regarding initial discovery disclosures |
| 06/09/05 | E. Stahl | 1.00 | Multiple emails to Mr. Nasseri and Mr. Rogers regarding approach to summary judgment and sharing of costs with other defendants; telephone conversation with expert witness Anthony Ricigliano; email to Fluid counsel Ed Kelly regarding summary judgment motion; outline of potential declaration for Mr. Transeau and email to Mr. Nasseri regarding same; brief outline of summary judgment issues |
| 06/10/05 | E. Stahl | 0.10 | (NO CHARGE) Email to Mr. Transeau's assistant regarding declaration; email to Ed Kelly regarding summary judgment issues (split item - bill at 1/2 value) |
| 06/13/05 | E. Stahl | 0.80 | (NO CHARGE) Telephone conversation with Ed Kelly (Fluid's counsel) regarding summary judgment motion and expert engagement; confer with Kurosh Nasseri regarding same and issues related to ownership of work; emails to Mr. Rogers regarding same and sound wave analysis |
| 06/14/05 | E. Stahl | 1.10 | Email to S. Leaf regarding case administration issues; emails regarding division of cost for expert witness; prepare for call with Mr. Transeau (outline of declaration); telephone conversation with Ed Kelly (Fluid's attorney) regarding summary judgment motion; telephone conversation with Tony Ricigliano regarding expert engagement; confer with S. Leaf regarding discovery responses and local rule issues; telephone conversation with Sara Edelman (Publicis counsel) regarding possession of plaintiffs' work Funky Drummer II |
| 06/14/05 | S. Leaf | 0.30 | Draft and edit rule 26 disclosure; confer with E. Stahl regarding same |
| 06/15/05 | E. Stahl | 0.80 | Review new letter from plaintiffs' counsel to court regarding motion to reconsider prior rulings; calls to Sara Edelman and Bruce Keller regarding same; email to Mr. Rogers regarding sound files and need for |

LAWYERS



| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|------|------|------|
| | | | possible declaration; confer with Tony Ricigliano; further outline of summary judgment motion; telephone conversation with Mr. Transeau regarding his declaration |
| 06/15/05 | S. Leaf | 0.10 | Edit rule 26 disclosures |
| 06/16/05 | E. Stahl | 1.70 | Review Bruce Keller's letter to court responding to plaintiffs' request for reconsideration; outline potential discovery requests to plaintiff; analysis/outline of summary judgment motion; email to Ed Kelly regarding same |
| 06/16/05 | S. Leaf | 0.40 | Review and respond to various e-mails; draft letter to court; research regarding local rules |
| 06/17/05 | E. Stahl | 1.10 | Review documents from Mr. Nasseri; identify further factual information needed for Mr. Transeau's declaration and call to his office for supporting biographical material; telephone conversations with expert witness Tony Ricigliano regarding progress and discovery issues; telephone conversation with other defense counsel regarding discovery requests to plaintiff and further work on same |
| 06/20/05 | E. Stahl | 0.60 | Prepare for and hold conference call with Tony Ricigliano and Ed Kelly regarding expert report; review draft discovery requests to plaintiff from Ed Kelly and comments regarding same |
| 06/21/05 | E. Stahl | 1.00 | Review plaintiff's letter to court and court requirement that defendants answer; confer with S. Leaf regarding and strategy for same; conference call with defense counsel regarding answers, discovery issues and summary judgment briefing; emails to client regarding same |
| 06/21/05 | S. Leaf | 0.60 | Review letter from plaintiffs' counsel; confer with E. Stahl regarding same; research regarding ; e-mails to E. Stahl |
| 06/22/05 | E. Stahl | 0.30 | Emails to clients regarding jurisdictional issues and initial disclosures |
| 06/23/05 | E. Stahl | 2.50 | Draft and multiple revisions to Mr. Transeau's declaration; email same to client; telephone conversation with Tony Ricigliano regarding expert report; attention to initial discovery disclosures; draft of fact section of summary judgment motion |
| 06/23/05 | S. Leaf | 0.50 | Edit initial disclosures |
| 06/24/05 | E. Stahl | 1.80 | Review initial disclosures from all parties; telephone conversation with and email to Mr. Rogers regarding sound engineer declaration; review email regarding East West Funky Drummer album; review expert report; telephone conversation with Mr. Ricigliano regarding same; draft summary judgment motion |

LAWYERS 

| <u>DATE</u> | <u>PROFESSIONAL</u> | <u>TIME</u> | <u>DESCRIPTION OF SERVICES</u> |
|---|---|---|---|
| 06/24/05 | M. Duffy | 0.30 | Prepare affidavit of service by fax and mail for Def.s Initial Disclosure statements; serve via fax and by mail; prepare copies and distribute accordingly |
| 06/26/05 | E. Stahl | 3.80 | Draft summary judgment brief; further analysis and questions for expert witness/declaration |
| 06/27/05 | E. Stahl | 4.00 | Telephone conversations with Tony Ricigliano regarding expert report; telephone conversations with Ed Kelly regarding summary judgment brief; drafts and revisions of Mr. Rhys Moody's declaration; further revisions to fact section of summary judgment brief; review and edits to Ed Kelly's working draft of argument section of brief |
| 06/27/05 | S. Leaf | 0.10 | Review declarations accompanying motion for summary judgment; e-mail regarding same |
| 06/28/05 | E. Stahl | 5.80 | Drafting of summary judgment brief (including review of declarations, review of case law, and substantial revisions to argument section ); review and telephone conversations with Tony Ricigliano regarding completion of musicology report; multiple emails and telephone conversations with other defense counsel regarding completion and filing of motion |
| 06/28/05 | S. Leaf | 2.00 | Conference with E. Stahl regarding answers for East West and BT and summary judgment motions; draft answer |
| 06/29/05 | E. Stahl | 4.50 | Calls with other defense counsel; multiple revisions to and further legal research for summary judgment brief; draft separate statement of facts required by local rules; coordinate with other counsel for finalizing and filing of brief |
| 06/29/05 | S. Leaf | 3.10 | E-mails to/from E. Stahl; review and proof briefs; research cases for inclusion in brief; edit and proof declarations and answers; telephone conference with Ed Kelly regarding filing motion |
| 06/29/05 | L. Majer | 0.80 | Cite and quote check brief |
| 06/30/05 | E. Stahl | 1.00 | Review additional revisions to summary judgment brief and related parties; review Ricigliano declaration exhibits; attention to filing of brief; attention to filing of answer and Rule 7.1 corporate disclosure statement; confer with Ed Kelly and Bruce Keller regarding possible cross claims by Fluid |
| 06/30/05 | S. Leaf | 3.70 | Proof, edit, finalize and file motion for summary judgment and supporting papers; edit and serve answers for East West and BT; numerous calls and e-mails regarding same; draft letter to the Court regarding filing hard copy exhibits and cover letter enclosing courtesy copies |
| 06/30/05 | L. Majer | 1.60 | Conference with S. Leaf regarding document preparation and filing; call with the ECF clerk of the |

LAWYERS 

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|-------------|------|------------------------|
| | | | Southern District of New York |
| | Total Hours Worked | 50.10 | |

## DISBURSEMENT DETAIL

| DESCRIPTION | QUANTITY | AMOUNT |
|-------------|----------|--------|
| Photocopy Charges | 342 | 57.53 |
| Court reporting service - - LEGAL RETRIEVAL SERVICES INC - Rush filing of Motion Pro Hac Vice and US District Court SDNY, 05/11/05 per L. Majer | | 12.50 |
| Total Current Disbursements | | $70.03 |

## TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---|
| Total Current Services | 14,391.00 |
| Total Current Disbursements | 70.03 |
| | ---------------- |
| Total Current Invoice | $14,461.03 |

## STATEMENT OF ACCOUNT

| | |
|---|---|
| Balance from Previous Statement | $3,847.50 |
| Current Invoice | $14,461.03 |
| Interest Charges | $31.10 |
| Total Balance Due This Matter | $18,339.63 |

Eric M. Stahl

# Davis Wright Tremaine LLP



AND   SAN FRANCISCO   SEATTLE   SHANGHAI   WASHINGTON, D.C.

2600 CENTURY SQUARE
1501 FOURTH AVENUE
SEATTLE, WA 98101-1688

TEL (206) 622-3150
FAX (206) 628-7699
www.dwt.com
FEDERAL ID #91-0839480

Matter ID     0068284-000001
            Vargas v. Pfizer

July 25, 2005
Invoice No. 5446115

East West Communications, Inc.
Attn: Doug Rogers
9000 Sunset Blvd., Suite 1550
West Hollywood, CA 90069

## STATEMENT OF ACCOUNT
as of Jun 30, 2005

| | |
|---|---|
| Current Invoice - 5446115 | $14,461.03 |
| Total Balance Due This Matter | $18,339.63 |

PLEASE REMIT WITH PAYMENT

# Davis Wright Tremaine LLP



AND   SAN FRANCISCO   SEATTLE   SHANGHAI   WASHINGTON, D.C.

2600 CENTURY SQUARE
1501 FOURTH AVENUE
SEATTLE, WA 98101-1688

TEL (206) 622-3150
FAX (206) 628-7699
www.dwt.com
FEDERAL ID #91-0839480

East West Communications, Inc.
Attn: Doug Rogers
9000 Sunset Blvd., Suite 1550
West Hollywood, CA 90069

August 10, 2005
Invoice No. 5449824

### AUGUST INVOICE FOR
### STATEMENT OF
### SERVICES AND DISBURSEMENTS

Matter No.        0068284-000001

Vargas v. Pfizer

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|---|---|---|---|
| 07/01/05 | E. Stahl | 0.30 | Review answers of other defendants; analysis of · and email to clients regarding same |
| 07/01/05 | S. Leaf | 0.40 | Draft letter to plaintiff's counsel enclosing hard copies of exhibit not sent by ECF; send exhibits and hard copies of all papers to all counsel; e-mails with E. Stahl regarding same; forward ECF confirmation to E. Stahl |
| 07/01/05 | L. Majer | 1.00 | Prepare an amended Notice of Motion; arrange for the service of Motion documents |
| 07/05/05 | L. Majer | 0.40 | Arrange for the filing of hard copies of exhibits with the clerk of Southern District of New York; attention to E. Stahl ECF registration |
| 07/06/05 | L. Majer | 0.20 | Prepare an Affidavit of Service and electronically file Rule 7.1 Statement with the clerk of the SDNY |
| 07/07/05 | E. Stahl | 0.10 | Emails to defense counsel and clients regarding possible Rule 68 offer to plaintiff |
| 07/08/05 | L. Majer | 0.50 | Call with S.Leaf regarding amended response to summary judgment; draft letter to Judge Pauley enclosing a courtesy copy; arrange for delivery to Judge; arrange for faxing of same to all counsel |
| 07/12/05 | E. Stahl | 0.10 | Emails to client and other defense counsel regarding possible settlement/Rule 68 offer |
| 07/13/05 | E. Stahl | 0.20 | Telephone conversation with Ed Kelly regarding offer |

PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING


| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|--------------|------|-------------------------|
| | | | of judgment; email to clients regarding same |
| 07/14/05 | E. Stahl | 0.90 | Telephone conversations with E. Kelly and S. Edelman regarding offer of judgment; confer with J. Brockett and review legal research regarding _____ ; draft offer of judgment, letter to co-defendants regarding division of costs and mutual understanding, and letter to plaintiffs' counsel explaining offer |
| 07/14/05 | J. Brockett | 0.70 | Research regarding whether _____ conference with E. Stahl regarding same |
| 07/15/05 | E. Stahl | 0.70 | Revise and distribute to defense counsel draft offer of judgment, c _____ |
| 07/15/05 | J. Brockett | 0.20 | Revise _____ |
| 07/18/05 | E. Stahl | 0.10 | Attention to Offer of Judgment and related issues |
| 07/18/05 | S. Leaf | 0.70 | Various calls to co-defense counsel regarding offer of judgment _____ numerous calls regarding coordinating service of offer of judgment; send signed letter and offer of judgment to co-defense counsel |
| 07/19/05 | S. Leaf | 0.10 | Calls to Mr. Kelly regarding offer of judgment _____ |
| 07/24/05 | E. Stahl | 1.10 | Review and analysis of plaintiffs' summary judgment opposition papers |
| 07/25/05 | E. Stahl | 2.10 | Telephone conversation with defense counsel regarding summary judgment opposition and reply papers; call to musicologist regarding same; outline and review of cases for same |
| 07/26/05 | E. Stahl | 1.10 | Telephone conversation with Tony Ricigliano and Bruce Keller; review discovery material from plaintiff; further work on brief and summary judgment reply papers |
| 07/27/05 | E. Stahl | 4.10 | Draft declarations, legal research and briefing for summary judgment reply |
| 07/27/05 | L. Majer | 0.50 | Review correspondence, other documents and court calendars to update schedule of filing deadlines, court appearances and discovery deadlines |
| 07/28/05 | E. Stahl | 4.70 | Further drafting and legal research for summary judgment reply |
| 07/29/05 | E. Stahl | 1.80 | Drafting summary judgment reply brief; review plaintiffs' response to offer of judgment and emails to client and defense counsel regarding same |
| 07/30/05 | E. Stahl | 0.90 | Review revised draft of summary judgment reply and edits/revisions to same; review new version of |

LAWYERS 

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|--------------|------|--------------------------|
| | | | Ricigliano declaration |
| | Total Hours Worked | 22.90 | |

## DISBURSEMENT DETAIL

| DESCRIPTION | QUANTITY | AMOUNT |
|-------------|----------|--------|
| Photocopy Charges | 75 | 11.17 |
| Telecopy Charges | 4 | 2.25 |
| Court reporting service - - LEGAL RETRIEVAL SERVICES INC - Super rush filing of Exhibits & Order at US District Court SDNY, 07/05/05 per L. Majer | | 55.00 |
| Database Search- Pacer (Public Access to court records) 4/05-6/05 (SEA) | | 2.68 |
| Database Search- Pacer (Public Access to court records) 4/05-6/05 (NY) | | 0.80 |
| Outside copy service - - CUSTODIAN OF PETTY CASH NY - color copies of documents, 07/05/05 per L. Majer | | 6.00 |
| Outside copy service - - UNISCRIBE INNOVATIVE DOCUMENT SOLUTIONS - velo binding, 06/30/05 per SML | | 10.50 |
| FedEx Airbill #838522267710 06/24/05 Delivery to 74 Malvern Road, Scarsdale, NY per E. Stahl | | 9.22 |
| Outside delivery service - - CARIB EXPRESS MESSENGER SERVICE - to Debie Voise and Pipton, 05/06/05 per W. Nisbet | | 6.50 |
| Outside delivery service - - CARIB EXPRESS MESSENGER SERVICE - 06/30/05, to Judge William Pauley per A. Marino | | 7.50 |
| West Publishing (billed at cost) computerized legal research 06/26/05 per E. Stahl | | 22.30 |
| West Publishing (billed at cost) computerized legal research 06/26/05 per E. Stahl | | 22.29 |
| West Publishing (billed at cost) computerized legal research 06/28/05 per F. Hanson | | 11.39 |
| West Publishing (billed at cost) computerized legal research 06/29/05 per S. Leaf | | 14.20 |
| West Publishing (billed at cost) computerized legal research 06/29/05 per L. Majer | | 130.28 |
| West Publishing (billed at cost) computerized legal research 07/14/05 per J. Brockett | | 21.95 |
| West Publishing (billed at cost) computerized legal research 07/14/05 per J. Brockett | | 26.77 |
| West Publishing (billed at cost) computerized legal research 07/14/05 per J. Brockett | | 21.95 |
| West Publishing (billed at cost) computerized legal research 07/14/05 per J. Brockett | | 26.76 |
| Total Current Disbursements | | $409.51 |

LAWYERS 

## TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---|
| Total Current Services | 6,448.00 |
| Total Current Disbursements | 409.51 |
| | ---------------- |
| Total Current Invoice | $6,857.51 |

## STATEMENT OF ACCOUNT

| | |
|---|---|
| Balance from Previous Statement | $18,339.63 |
| Current Invoice | $6,857.51 |
| Total Balance Due This Matter | $25,197.14 |

Eric M. Stahl

# Davis Wright Tremaine LLP



AND   SAN FRANCISCO   SEATTLE   SHANGHAI   WASHINGTON, D.C.   2600 CENTURY SQUARE
1501 FOURTH AVENUE
SEATTLE, WA 98101-1688

TEL (206) 622-3150
FAX (206) 628-7699
www.dwt.com
FEDERAL ID #91-0839480

| | |
|---|---|
| Matter ID | 0068284-000001 |
| | Vargas v. Pfizer |

August 10, 2005
Invoice No. 5449824

East West Communications, Inc.
Attn: Doug Rogers
9000 Sunset Blvd., Suite 1550
West Hollywood, CA 90069

## STATEMENT OF ACCOUNT
as of Jul 31, 2005

| | |
|---|---|
| Current Invoice - 5449824 | $6,857.51 |
| Total Balance Due This Matter | $25,197.14 |

PLEASE REMIT WITH PAYMENT

# Davis Wright Tremaine LLP



AND SAN FRANCISCO   SEATTLE   SHANGHAI   WASHINGTON, D.C.   2600 CENTURY SQUARE
1501 FOURTH AVENUE
SEATTLE, WA 98101-1688

TEL (206) 622-3150
FAX (206) 628-7699
www.dwt.com
FEDERAL ID #91-0839480

East West Communications, Inc.
Attn: Doug Rogers
9000 Sunset Blvd., Suite 1550
West Hollywood, CA 90069

September 9, 2005
Invoice No. 5455495

SEPTEMBER INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS

Matter No.       0068284-000001

Vargas v. Pfizer

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|--------------|------|--------------------------|
| 08/01/05 | E. Stahl | 2.30 | Further review and redrafting of summary judgment reply brief and Ricigliano declaration; prepare same for filing |
| 08/02/05 | E. Stahl | 0.20 | Calls to S. Leaf regarding filing of motion; review new discovery requests from plaintiffs |
| 08/02/05 | S. Leaf | 1.60 | Review and edit reply brief; prepare same for filing; e-mails to E. Stahl regarding reply brief, proof and edit table of contents and table of authorities |
| 08/02/05 | M. Duffy | 1.25 | Cite check brief; review and edit table of authorities; prepare documents to be filed and courtesy copies sent to the judge; draft certificate of service; prepare copies to be served by U.S. mail |
| 08/03/05 | S. Leaf | 0.10 | File motion papers; attention to files |
| 08/09/05 | E. Stahl | 0.20 | Telephone conversation with Bruce Keller regarding summary judgment hearing and joint defense issues; emails to client regarding same; review legal research regarding Rule 68 offers; email to S. Leaf regarding same |
| 08/10/05 | E. Stahl | 0.50 | Telephone conversations with B. Keller and Tony Ricigliano regarding oral argument on summary judgment motion |
| 08/12/05 | S. Leaf | 1.70 | Attend oral argument on defendants' motion for summary judgment; telephone call to E. Stahl |

PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING

LAWYERS



| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|-------------|------|------------------------|
| | | | regarding same; draft e-mail report to client on oral argument |
| 08/22/05 | E. Stahl | 0.50 | Review and analyze plaintiffs' discovery requests; emails to Mr. Nasseri and Mr. Rogers regarding answers to particular requests; review responses to same; draft email to Mr. Transeau regarding same; review Ricigliano invoice and emails to clients regarding same |
| 08/23/05 | E. Stahl | 0.30 | Email to Mr. Transeau regarding discovery questions; telephone conversation with Kurosh Nasseri regarding answers to same; email to S. Leaf and Bruce Keller regarding details of creation of Aparthenonia |
| 08/26/05 | E. Stahl | 2.40 | Draft and review responses to interrogatories and requests for production (including review of prior correspondence and emails to clients regarding need for further information) |
| 08/29/05 | E. Stahl | 0.40 | Telephone conversation with Sara Edelman regarding discovery, new representation for other defendants, and related issues; confer with S. Leaf regarding discovery responses; emails to client regarding and revisions to same |
| 08/29/05 | S. Leaf | 0.40 | Review discovery responses for BT and East West; draft email to E. Stahl regarding same; telephone call with E. Stahl regarding discovery responses |
| 08/30/05 | E. Stahl | 0.60 | Telephone conversation with S. Leaf regarding discovery issues; multiple emails to client regarding discovery responses |
| 08/31/05 | E. Stahl | 2.30 | Telephone conversation with Kurosh Nasseri regarding BT discovery responses; revisions to same; telephone conversation with Mr. Doug Rogers regarding East West discovery responses; draft and emails regarding same |
| | Total Hours Worked | 14.75 | |

## DISBURSEMENT DETAIL

| DESCRIPTION | QUANTITY | AMOUNT |
|-------------|----------|--------|
| Photocopy Charges | 209 | 31.42 |
| West Publishing (billed at cost) computerized legal research 07/25/05 per C. Johnson | | 14.21 |
| West Publishing (billed at cost) computerized legal research 07/28/05 per E. Stahl | | 15.61 |
| West Publishing (billed at cost) computerized legal research 08/01/05 per E. Stahl | | 46.72 |
| West Publishing (billed at cost) computerized legal research 08/02/05 per S. Leaf | | 4.01 |

LAWYERS



West Publishing (billed at cost) computerized legal research      2.29
08/02/05 per M. Duffy

         Total Current Disbursements      $114.26

## TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---:|
| Total Current Services | 4,349.00 |
| Total Current Disbursements | 114.26 |
| | ---------------- |
| Total Current Invoice | $4,463.26 |

## STATEMENT OF ACCOUNT

| | |
|---|---:|
| Balance from Previous Statement | $25,197.14 |
| Less Payments Received as of 08/11/05 - | ($3,847.50) |
|      EAST-WEST COMMUNICATIONS - CHECK 329286 | |
| Current Invoice | $4,463.26 |
| Total Balance Due This Matter | $25,812.90 |

Eric M. Stahl

# Davis Wright Tremaine LLP



AND   SAN FRANCISCO   SEATTLE   SHANGHAI   WASHINGTON, D.C.

2600 CENTURY SQUARE
1501 FOURTH AVENUE
SEATTLE, WA 98101-1688

TEL (206) 622-3150
FAX (206) 628-7699
www.dwt.com
FEDERAL ID #91-0839480

Matter ID      0068284-000001
               Vargas v. Pfizer

September 9, 2005
Invoice No. 5455495

East West Communications, Inc.
Attn: Doug Rogers
9000 Sunset Blvd., Suite 1550
West Hollywood, CA 90069

## STATEMENT OF ACCOUNT
### as of Aug 31, 2005

| | |
|---|---|
| Current Invoice - 5455495 | $4,463.26 |
| Total Balance Due This Matter | $25,812.90 |

**PLEASE REMIT WITH PAYMENT**

# Davis Wright Tremaine LLP



AND   SAN FRANCISCO   SEATTLE   SHANGHAI   WASHINGTON, D.C.

2600 CENTURY SQUARE
1501 FOURTH AVENUE
SEATTLE, WA 98101-1688

TEL (206) 622-3150
FAX (206) 628-7699
www.dwt.com
FEDERAL ID #91-0839480

East West Communications, Inc.
Attn: Doug Rogers
9000 Sunset Blvd., Suite 1550
West Hollywood, CA 90069

October 14, 2005
Invoice No. 5463712

## OCTOBER INVOICE FOR
## STATEMENT OF
## SERVICES AND DISBURSEMENTS

Matter No.       0068284-000001

Vargas v. Pfizer

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|-------------|------|-------------------------|
| 09/01/05 | E. Stahl | 0.10 | Edit discovery requests; email to clients regarding same |
| 09/02/05 | E. Stahl | 0.40 | Final review and service of discovery responses |
| 09/26/05 | E. Stahl | 0.20 | Review new discovery responses from Pfizer, Publicis and Fluid Music; email to clients regarding same |
| | Total Hours Worked | 0.70 | |

## DISBURSEMENT DETAIL

| DESCRIPTION | QUANTITY | AMOUNT |
|-------------|----------|--------|
| Telecopy Charges | 11 | 5.50 |
| Document retrieval service charges - - LEGAL RETRIEVAL SERVICES INC - - Super rush filing of Reply Memo and Supplemental Declaration at U.S. District Court of NY, 08/02/05 per M. Duffy | | 55.00 |
| Outside delivery service - - CARIB EXPRESS MESSENGER SERVICE - 07/01/05 to Bruce Killer per W. Nisbet | | 6.50 |
| Outside delivery service - - CARIB EXPRESS MESSENGER SERVICE - 07/01/05 to Davis & Gilbert per W. Nisbet | | 6.50 |
| Outside delivery service - - CARIB EXPRESS MESSENGER SERVICE - 07/01/05 to Chrysler per W. Nisbet | | 6.50 |

PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING



| | |
|---|---|
| Outside delivery service - - CARIB EXPRESS MESSENGER SERVICE - 07/01/05 to Paul Chin Law Firm per W. Nisbet | 6.50 |
| Outside delivery service - - CARIB EXPRESS MESSENGER SERVICE - to The Court House, 07/08/05 per W. Nisbet | 7.50 |
| Total Current Disbursements | $94.00 |

## TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---|
| Total Current Services | 203.00 |
| Total Current Disbursements | 94.00 |
| | ---------------- |
| Total Current Invoice | $297.00 |

## STATEMENT OF ACCOUNT

| | |
|---|---|
| Balance from Previous Statement | $25,812.90 |
| Current Invoice | $297.00 |
| Interest Charges | $213.19 |
| Total Balance Due This Matter | $26,323.09 |

Eric M. Stahl

# Davis Wright Tremaine LLP



AND  SAN FRANCISCO  SEATTLE  SHANGHAI  WASHINGTON, D.C.

2600 CENTURY SQUARE
1501 FOURTH AVENUE
SEATTLE, WA 98101-1688

TEL (206) 622-3150
FAX (206) 628-7699
www.dwt.com
FEDERAL ID #91-0839480

Matter ID      0068284-000001
             Vargas v. Pfizer

October 14, 2005
Invoice No. 5463712

East West Communications, Inc.
Attn: Doug Rogers
9000 Sunset Blvd., Suite 1550
West Hollywood, CA 90069

## STATEMENT OF ACCOUNT
### as of Sep 30, 2005

Current Invoice - 5463712        $297.00

Total Balance Due This Matter        $26,323.09

PLEASE REMIT WITH PAYMENT