Dockets.Justia.com

# Davis Wright Tremaine LLP



AND   SAN FRANCISCO   SEATTLE   SHANGHAI   WASHINGTON, D.C.

2600 CENTURY SQUARE
1501 FOURTH AVENUE
SEATTLE, WA 98101-1688

TEL (206) 622-3150
FAX (206) 628-7699
www.dwt.com
FEDERAL ID #91-0839480

East West Communications, Inc.
Attn: Doug Rogers
9000 Sunset Blvd., Suite 1550
West Hollywood, CA 90069

November 9, 2005
Invoice No. 5469730

## NOVEMBER INVOICE FOR
## STATEMENT OF
## SERVICES AND DISBURSEMENTS

Matter No.        0068284-000001

Vargas v. Pfizer

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|--------------|------|--------------------------|
| 10/03/05 | E. Stahl | 0.20 | Telephone conversation with Sara Edelman regarding next steps in discovery/litigation |
| 10/11/05 | E. Stahl | 0.30 | Review and edit discovery requests to plaintiffs drafted by Sara Edelman |
| 10/27/05 | E. Stahl | 0.40 | Review summary judgment order; confer with Sara Edelman regarding same; email to clients regarding same and next steps; confer with S. Leaf regarding same and draft protective order |
| 10/28/05 | S. Leaf | 0.50 | Draft and edit stipulation and confidentiality order |
| 10/31/05 | E. Stahl | 0.80 | Review deposition notices and related correspondence from Paul Chin; multiple emails to client regarding same and scheduling of depositions; review and revise draft protective order; emails with Sara Edelman regarding same |
| 10/31/05 | S. Leaf | 0.30 | Edit protective order and send to E. Stahl; review e-mail correspondence and discovery requests from plaintiff |
| | Total Hours Worked | 2.50 | |

## DISBURSEMENT DETAIL

PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING

LAWYERS 

| DESCRIPTION | QUANTITY | AMOUNT |
|---|---|---|
| Database Search- Pacer (Public Access to court records) 7/05-9/05 (NY) | | 1.40 |
| Outside copy service - - UNISCRIBE INNOVATIVE DOCUMENT SOLUTIONS - Velo Binding expense, 08/10/05 per S. Leaf | | 1.75 |
| Total Current Disbursements | | $3.15 |

## TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | | |
|---|---|---|
| Total Current Services | 769.00 |
| Total Current Disbursements | 3.15 |
| | ---------------- |
| Total Current Invoice | $772.15 |

## STATEMENT OF ACCOUNT

| | |
|---|---|
| Balance from Previous Statement | $26,323.09 |
| Less Payments Received as of 10/20/05 - EAST-WEST COMMUNICATIONS - CHECK #29412 | ($14,461.03) |
| Less Previous Adjustment | ($31.10) |
| Current Invoice | $772.15 |
| Total Balance Due This Matter | $12,603.11 |

Eric M. Stahl

# Davis Wright Tremaine LLP



AND  SAN FRANCISCO   SEATTLE   SHANGHAI   WASHINGTON, D.C.

2600 CENTURY SQUARE
1501 FOURTH AVENUE
SEATTLE, WA 98101-1688

TEL (206) 622-3150
FAX (206) 628-7699
www.dwt.com
FEDERAL ID #91-0839480

Matter ID     0068284-000001
               Vargas v. Pfizer

November 9, 2005
Invoice No. 5469730

East West Communications, Inc.
Attn: Doug Rogers
9000 Sunset Blvd., Suite 1550
West Hollywood, CA 90069

## STATEMENT OF ACCOUNT
### as of Oct 31, 2005

Current Invoice - 5469730         $772.15

Total Balance Due This Matter     $12,603.11

PLEASE REMIT WITH PAYMENT

# Davis Wright Tremaine LLP



AND  SAN FRANCISCO   SEATTLE   SHANGHAI   WASHINGTON D.C.   2600 CENTURY SQUARE          TEL (206) 622-3150
1501 FOURTH AVENUE          FAX (206) 628-7699
SEATTLE, WA 98101-1688     www.dwt.com
FEDERAL ID #91-0839480

East West Communications, Inc.                      December 10, 2005
Attn: Doug Rogers                                   Invoice No. 5476240
9000 Sunset Blvd., Suite 1550
West Hollywood, CA 90069

## DECEMBER INVOICE FOR
## STATEMENT OF
## SERVICES AND DISBURSEMENTS

Matter No.          0068284-000001

Vargas v. Pfizer

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|--------------|------|-------------------------|
| 11/01/05 | E. Stahl | 0.70 | Telephone conversation with Sara Edelman regarding scheduling issues and approach to plaintiff's counsel; email clients regarding same; review and respond to email from Paul Chin |
| 11/02/05 | E. Stahl | 0.50 | Prepare for and hold telephone conference with plaintiffs' and other defendants' counsel; email to client regarding same |
| 11/04/05 | E. Stahl | 0.10 | Review Paul Chin's changes to proposed protective order and respond to same |
| 11/08/05 | S. Leaf | 0.20 | Review and sign protective order. |
| 11/10/05 | E. Stahl | 0.20 | Review amended complaint and new discovery responses received from plaintiff; emails to client regarding same |
| 11/16/05 | E. Stahl | 0.40 | Review and edit new version of protective order, revised case schedule, and letter to Judge Pauley regarding same; email to S. Edelman regarding same |
| 11/17/05 | E. Stahl | 0.20 | Telephone conversation with Sara Edelman regarding case schedule and her settlement discussion with plaintiffs' counsel |
| 11/18/05 | E. Stahl | 0.10 | Attention to revised case schedule and email to client regarding same |
| 11/28/05 | E. Stahl | 0.70 | Draft answers to second amended complaint; review answers filed by other defendants |

PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING

LAWYERS 

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|-------------|------|------------------------|
| 11/29/05 | S. Leaf | 0.70 | Review answer to second amended complaint and supervise service and filing of same; emails to Mr. Stahl regarding same |
| | Total Hours Worked | 3.80 | |

## DISBURSEMENT DETAIL

| DESCRIPTION | QUANTITY | AMOUNT |
|-------------|----------|--------|
| Photocopy Charges | 47 | 7.05 |
| Total Current Disbursements | | $7.05 |

## TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---|
| Total Current Services | 1,151.50 |
| Total Current Disbursements | 7.05 |
| Total Current Invoice | $1,158.55 |

## STATEMENT OF ACCOUNT

| | |
|---|---|
| Balance from Previous Statement | $12,603.11 |
| Less Payments Received as of 11/30/05 - EAST-WEST COMMUNICATIONS - CHECK #29485 | ($11,830.96) |
| Current Invoice | $1,158.55 |
| Total Balance Due This Matter | $1,930.70 |

Eric M. Stahl

# Davis Wright Tremaine LLP



AND  SAN FRANCISCO  SEATTLE  SHANGHAI  WASHINGTON, D.C.

2600 CENTURY SQUARE
1501 FOURTH AVENUE
SEATTLE, WA  98101-1688

TEL (206) 622-3150
FAX (206) 628-7699
www.dwt.com
FEDERAL ID #91-0839480

| | |
|---|---|
| Matter ID | 0068284-000001 |
| | Vargas v. Pfizer |

December 10, 2005
Invoice No. 5476240

East West Communications, Inc.
Attn: Doug Rogers
9000 Sunset Blvd., Suite 1550
West Hollywood, CA 90069

## STATEMENT OF ACCOUNT
### as of Nov 30, 2005

| | |
|---|---|
| Current Invoice - 5476240 | $1,158.55 |
| Total Balance Due This Matter | $1,930.70 |

PLEASE REMIT WITH PAYMENT

# Davis Wright Tremaine LLP



AND   SAN FRANCISCO   SEATTLE   SHANGHAI   WASHINGTON D.C.

2600 CENTURY SQUARE
1501 FOURTH AVENUE
SEATTLE, WA 98101-1688

TEL (206) 622-3150
FAX (206) 628-7699
www.dwt.com
FEDERAL ID #91-0839480

East West Communications, Inc.
Attn: Doug Rogers
9000 Sunset Blvd., Suite 1550
West Hollywood, CA 90069

January 11, 2006
Invoice No. 5481933
Revised 03/27/06/gla

JANUARY INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS

Matter No.          0068284-000001

Vargas v. Pfizer

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|--------------|------|--------------------------|
| 12/02/05 | E. Stahl | 0.10 | Telephone conversation with Sara Edelman regarding settlement offer from plaintiff; email regarding same to clients |
| 12/15/05 | E. Stahl | 0.10 | Email to Sara Edelman regarding clients' settlement position; telephone conversation with Ms. Edelman regarding same |
| 12/19/05 | E. Stahl | 0.20 | Respond to email from client regarding expert witness, FFT analysis and related issues |
| | Total Hours Worked | 0.40 | |

## TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---|
| Total Current Services | 116.00 |
| Less Courtesy Discount | (84.00) |
| Adjusted Current Services | 32.00 |
| Total Current Disbursements | 0.00 |
| Total Current Invoice | $32.00 |

PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING

LAWYERS 

## STATEMENT OF ACCOUNT

| | |
|---|---|
| Balance from Previous Statement | $1,930.70 |
| Current Invoice | $32.00 |
| Payment received from East West - Check No. 29505, 12/16/2005 | (772.15) |
| | |
| Total Balance Due This Matter | $1,190.55 |

Eric M. Stahl

# Davis Wright Tremaine LLP



AND   SAN FRANCISCO   SEATTLE   SHANGHAI   WASHINGTON, D.C.

2600 CENTURY SQUARE
1501 FOURTH AVENUE
SEATTLE, WA 98101-1688

TEL (206) 622-3150
FAX (206) 628-7699
www.dwt.com
FEDERAL ID #91-0839480

Matter ID      0068284-000001
                Vargas v. Pfizer

January 11, 2006
Invoice No. 5481933
Revised 03/27/06/gla

East West Communications, Inc.
Attn: Doug Rogers
9000 Sunset Blvd., Suite 1550
West Hollywood, CA 90069

## STATEMENT OF ACCOUNT
### as of Dec 31, 2005

| | |
|---|---|
| Current Invoice - 5481933 | $32.00 |
| Total Balance Due This Matter | $1,190.55 |

**PLEASE REMIT WITH PAYMENT**

# Davis Wright Tremaine LLP



AND  SAN FRANCISCO   SEATTLE   SHANGHAI   WASHINGTON, D.C.

2600 CENTURY SQUARE
1501 FOURTH AVENUE
SEATTLE, WA 98101-1688

TEL (206) 622-3150
FAX (206) 628-7699
www.dwt.com
FEDERAL ID #91-0839480

East West Communications, Inc.
Attn: Doug Rogers
9000 Sunset Blvd., Suite 1550
West Hollywood, CA 90069

February 14, 2006
Invoice No. 5489183

FEBRUARY INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS

Matter No.          0068284-000001

Vargas v. Pfizer

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|--------------|------|-------------------------|
| 01/19/06 | E. Stahl | 0.10 | Email to K. Nasseri regarding timing of expert disclosure/FFT analysis |
| 01/30/06 | E. Stahl | 0.60 | Emails to client regarding expert disclosure deadline; telephone conversation with potential expert witness Richard Boulanger; multiple emails to Dr. Boulanger regarding requirements for expert reports and background material on case |
| 01/31/06 | E. Stahl | 1.00 | Telephone conversations with Dr. Boulanger; review expert report and discuss changes with Dr. Boulanger; review final report; prepare pleading for service of expert witness designation on other parties |
| | Total Hours Worked | 1.70 | |

## TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

Total Current Services                     544.00

Total Current Disbursements               0.00
                                    ----------------
Total Current Invoice                     $544.00

PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING

LAWYERS



## STATEMENT OF ACCOUNT

| | |
|---|---|
| Balance from Previous Statement | $1,274.55 |
| Current Invoice | $544.00 |
| Interest Charges | $11.59 |
| | |
| Total Balance Due This Matter | $1,830.14 |

Eric M. Stahl

# Davis Wright Tremaine LLP



AND   SAN FRANCISCO   SEATTLE   SHANGHAI   WASHINGTON, D.C.

2600 CENTURY SQUARE
1501 FOURTH AVENUE
SEATTLE, WA 98101-1688

TEL (206) 622-3150
FAX (206) 628-7699
www.dwt.com
FEDERAL ID #91-0839480

Matter ID      0068284-000001
                Vargas v. Pfizer

February 14, 2006
Invoice No. 5489183

East West Communications, Inc.
Attn: Doug Rogers
9000 Sunset Blvd., Suite 1550
West Hollywood, CA 90069

### STATEMENT OF ACCOUNT
as of Jan 31, 2006

Current Invoice - 5489183            $544.00

Total Balance Due This Matter       $1,830.14

PLEASE REMIT WITH PAYMENT

LAWYERS

# Davis Wright Tremaine LLP



AND   SAN FRANCISCO   SEATTLE   SHANGHAI   WASHINGTON D C   2600 CENTURY SQUARE
1501 FOURTH AVENUE
SEATTLE, WA 98101-1688

TEL (206) 622-3150
FAX (206) 628-7699
www.dwt.com
FEDERAL ID #91-0839480

East West Communications, Inc.
Attn: Doug Rogers
9000 Sunset Blvd., Suite 1550
West Hollywood, CA 90069

March 14, 2006
Invoice No. 5496176
Revised 03/27/06/gla

MARCH INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS

Matter No.       0068284-000001

Vargas v. Pfizer

| **DATE** | **PROFESSIONAL** | **TIME** | **DESCRIPTION OF SERVICES** |
|---|---|---|---|
| 02/06/06 | E. Stahl | 0.20 | (NO CHARGE) Telephone conversation with plaintiff's counsel regarding FFT analysis and next steps in case; emails to clients regarding same |
| 02/09/06 | E. Stahl | 0.20 | Review order of dismissal of other defendants; email to clients regarding same and next steps |
| 02/21/06 | E. Stahl | 0.30 | (NO CHARGE) Telephone conversation with Mr. Transeau regarding case progress/strategy issues; emails to clients regarding same and regarding discovery issues |
| 02/22/06 | E. Stahl | 0.40 | Telephone conversation with plaintiffs' counsel; emails to client regarding same and regarding pending discovery issues |
| 02/24/06 | E. Stahl | 0.40 | Review prior discovery requests and plaintiffs' responses in light of upcoming discovery deadline; email to client regarding same |
| | Total Hours Worked | 1.50 | |

## DISBURSEMENT DETAIL

| **DESCRIPTION** | **QUANTITY** | **AMOUNT** |
|---|---|---|
| Photocopy Charges | 8 | 1.20 |

PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING



Total Current Disbursements $1.20

## TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---|
| Total Current Services | 320.00 |
| Total Current Disbursements | 1.20 |
| Total Current Invoice | $321.20 |

## STATEMENT OF ACCOUNT

| | |
|---|---|
| Balance from Previous Statement | $1,746.14 |
| Adjustment regarding 02/14/06 Inv. No. 5489183 per Eric Stahl | (555.59) |
| Current Invoice | $321.20 |
| Total Balance Due This Matter | $1,511.75 |

Eric M. Stahl

# Davis Wright Tremaine LLP



AND   SAN FRANCISCO   SEATTLE   SHANGHAI   WASHINGTON D.C.

2600 CENTURY SQUARE
1501 FOURTH AVENUE
SEATTLE, WA  98101-1688

TEL (206) 622-3150
FAX (206) 628-7699
www.dwt.com
FEDERAL ID #91-0839480

Matter ID    0068284-000001
Vargas v. Pfizer

March 14, 2006
Invoice No. 5496176
Revised 03/27/06/gla

East West Communications, Inc.
Attn: Doug Rogers
9000 Sunset Blvd., Suite 1550
West Hollywood, CA 90069

## STATEMENT OF ACCOUNT
as of Feb 28, 2006

Current Invoice - 5496176              $321.20

Total Balance Due This Matter          $1,511.75

PLEASE REMIT WITH PAYMENT

# Davis Wright Tremaine LLP



AND  SAN FRANCISCO   SEATTLE   SHANGHAI   WASHINGTON, D.C.

1501 FOURTH AVENUE
2600 CENTURY SQUARE
SEATTLE, WA  98101-1688

TEL (206) 622-3150
FAX (206) 628-7699
www.dwt.com
FEDERAL ID #91-0839480

East West Communications, Inc.
Attn: Doug Rogers
9000 Sunset Blvd., Suite 1550
West Hollywood, CA 90069

April 12, 2006
Invoice No. 5502116

APRIL INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS

Matter No.        0068284-000001

Vargas v. Pfizer

| **DATE** | **PROFESSIONAL** | **TIME** | **DESCRIPTION OF SERVICES** |
|---|---|---|---|
| 03/14/06 | E. Stahl | 0.20 | Review notices of deposition from plaintiffs and email to clients regarding same |
| 03/15/06 | E. Stahl | 0.20 | Multiple emails to P. Chin and clients regarding deposition scheduling |
| 03/16/06 | T. Lee | 0.20 | Review and revise letter to Judge Pauley regarding discovery extension and proposed stipulation |
| 03/29/06 | E. Stahl | 1.00 | Review prior discovery requests and answers to date; identify additional documents for production; email to Mr. Rogers regarding same |
| 03/31/06 | E. Stahl | 0.40 | Review documents for production; letter to plaintiffs' lawyer producing same |
| | Total Hours Worked | 2.00 | |

## DISBURSEMENT DETAIL

| **DESCRIPTION** | **QUANTITY** | **AMOUNT** |
|---|---|---|
| Photocopy Charges | 718 | 107.70 |
| Total Current Disbursements | | $107.70 |

PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING



## TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---|
| Total Current Services | 650.00 |
| Total Current Disbursements | 107.70 |
| | ---------------- |
| Total Current Invoice | $757.70 |

## STATEMENT OF ACCOUNT

| | |
|---|---|
| Balance from Previous Statement | $2,067.34 |
| Less Payments Received as of 04/11/06 - | ($1,511.75) |
|   EAST-WEST COMMUNICATIONS -CHECK #29670 | |
| Current Invoice | $757.70 |
| | |
| Total Balance Due This Matter | $1,313.29 |

Eric M. Stahl

# Davis Wright Tremaine LLP



AND  SAN FRANCISCO  SEATTLE  SHANGHAI  WASHINGTON D C  1501 FOURTH AVENUE
2600 CENTURY SQUARE
SEATTLE, WA  98101-1688

TEL (206) 622-3150
FAX (206) 628-7699
www.dwt.com
FEDERAL ID #91-0839480

Matter ID      0068284-000001
Vargas v. Pfizer

April 12, 2006
Invoice No. 5502116

East West Communications, Inc.
Attn: Doug Rogers
9000 Sunset Blvd., Suite 1550
West Hollywood, CA 90069

### STATEMENT OF ACCOUNT
as of Mar 31, 2006

| | |
|---|---|
| Current Invoice - 5502116 | $757.70 |
| Total Balance Due This Matter | $1,313.29 |

PLEASE REMIT WITH PAYMENT

# Davis Wright Tremaine LLP



ANCHORAGE    BELLEVUE    LOS ANGELES    NEW YORK    PORTLAND    SAN FRANCISCO    SEATTLE    SHANGHAI    WASHINGTON, D.C.

1501 FOURTH AVENUE
2600 CENTURY SQUARE
SEATTLE, WA 98101-1688

TEL (206) 622-3150
FAX (206) 628-7699
www.dwt.com
FEDERAL ID #91-0839480

East West Communications, Inc.
Attn: Doug Rogers
9000 Sunset Blvd., Suite 1550
West Hollywood, CA 90069

May 11, 2006
Invoice No. 5510414

MAY INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS

Matter No.        0068284-000001

Vargas v. Pfizer

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|-------------|------|------------------------|
| 04/17/06 | E. Stahl | 0.30 | Review letter from plaintiffs' counsel regarding depositions and email response to same; email to client regarding same; review supplemental discovery from plaintiffs |
| 04/18/06 | E. Stahl | 0.20 | Call to plaintiffs' counsel regarding deposition scheduling; email to client regarding same and case status |
| 04/19/06 | E. Stahl | 0.20 | Telephone conversation with plaintiffs' attorney regarding deposition scheduling and other case administrative issues; email to client regarding same |
| 04/20/06 | E. Stahl | 0.30 | Emails to client and plaintiffs' counsel regarding deposition of Mr. Rogers |
| 04/26/06 | E. Stahl | 0.20 | Email to client regarding deposition scheduling and other case matters |
| | Total Hours Worked | 1.20 | |

## DISBURSEMENT DETAIL

| DESCRIPTION | QUANTITY | AMOUNT |
|-------------|----------|--------|
| Photocopy Charges | 412 | 61.80 |
| Total Current Disbursements | | $61.80 |

PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING

LAWYERS 

## TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---|
| Total Current Services | 384.00 |
| Total Current Disbursements | 61.80 |
| | ---------------- |
| Total Current Invoice | $445.80 |

## STATEMENT OF ACCOUNT

| | |
|---|---|
| Balance from Previous Statement | $1,313.29 |
| Current Invoice | $445.80 |
| Interest Charges | $5.44 |
| Total Balance Due This Matter | $1,764.53 |

Eric M. Stahl

# Davis Wright Tremaine LLP



ANCHORAGE    BELLEVUE    LOS ANGELES    NEW YORK    PORTLAND    SAN FRANCISCO    SEATTLE    SHANGHAI    WASHINGTON, D.C.

1501 FOURTH AVENUE
2600 CENTURY SQUARE
SEATTLE, WA 98101-1688

TEL (206) 622-3150
FAX (206) 628-7699
www.dwt.com
FEDERAL ID #91-0839480

Matter ID     0068284-000001
           Vargas v. Pfizer

May 11, 2006
Invoice No. 5510414

East West Communications, Inc.
Attn: Doug Rogers
9000 Sunset Blvd., Suite 1550
West Hollywood, CA 90069

## STATEMENT OF ACCOUNT
### as of Apr 30, 2006

Current Invoice - 5510414       $445.80

Total Balance Due This Matter       $1,764.53

PLEASE REMIT WITH PAYMENT

# Davis Wright Tremaine LLP



ANCHORAGE    BELLEVUE    LOS ANGELES    NEW YORK    PORTLAND    SAN FRANCISCO    SEATTLE    SHANGHAI    WASHINGTON, D.C.

1501 FOURTH AVENUE
2600 CENTURY SQUARE
SEATTLE, WA 98101-1688

TEL (206) 622-3150
FAX (206) 628-7699
www.dwt.com
FEDERAL ID #91-0839480

East West Communications, Inc.
Attn: Doug Rogers
6000 W. Sunset Blvd.
Los Angeles, CA 90028-6402

June 15, 2006
Invoice No. 5518077

## JUNE INVOICE FOR
## STATEMENT OF
## SERVICES AND DISBURSEMENTS

Matter No.      0068284-000001

Vargas v. Pfizer

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|--------------|------|-------------------------|
| 05/01/06 | E. Stahl | 0.30 | Telephone conversation with Paul Chin regarding East West deposition; arrangements for same with Los Angeles office; call to client regarding same |
| 05/02/06 | E. Stahl | 0.40 | Email to client regarding deposition logistics and considerations for deposition; review background material in preparation for same |
| 05/03/06 | E. Stahl | 3.00 | Prepare for and participate in telephonic deposition of East West; telephone conversations with Mr. Rogers before and after depositions |
| 05/15/06 | E. Stahl | 0.10 | Review correspondence from plaintiffs' counsel regarding deposition scheduling and other issues |
| 05/19/06 | E. Stahl | 0.20 | Review correspondence from plaintiff's counsel, including deposition transcript; forward transcript to Mr. Rogers for review |
| 05/24/06 | E. Stahl | 0.30 | Review stipulation regarding new case schedule; call to client and Mr. Transeau's counsel regarding same |
| | Total Hours Worked | 4.30 | |

## DISBURSEMENT DETAIL

| DESCRIPTION | QUANTITY | AMOUNT |
|-------------|----------|--------|

PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING

LAWYERS

| | | |
|---|---|---|
| Photocopy Charges | 115 | 17.25 |
| Telecopy Charges | 5 | 2.50 |
| Court Reporting Service - - A&E COURT REPORTERS - 05/19/06 for obtaining deposition transcripts fees per E. Stahl | | 365.75 |
| Duplicating expense - - WILLIAMS LEA INC - bindings, 03/28/06 per L. Steinman | | 3.50 |
| Total Current Disbursements | | $389.00 |

## TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---|
| Total Current Services | 1,376.00 |
| Total Current Disbursements | 389.00 |
| | ---------------- |
| Total Current Invoice | $1,765.00 |

## STATEMENT OF ACCOUNT

| | |
|---|---|
| Balance from Previous Statement | $1,764.53 |
| Current Invoice | $1,765.00 |
| Interest Charges | $13.02 |
| Total Balance Due This Matter | $3,542.55 |

Eric M. Stahl

# Davis Wright Tremaine LLP



ANCHORAGE    BELLEVUE    LOS ANGELES    NEW YORK    PORTLAND    SAN FRANCISCO    SEATTLE    SHANGHAI    WASHINGTON, D.C.

1501 FOURTH AVENUE          TEL (206) 622-3150
2600 CENTURY SQUARE         FAX (206) 628-7699
SEATTLE, WA 98101-1688      www.dwt.com
                            FEDERAL ID #91-0839480

Matter ID       0068284-000001                    June 15, 2006
                Vargas v. Pfizer                  Invoice No. 5518077

East West Communications, Inc.
Attn: Doug Rogers
6000 W. Sunset Blvd.
Los Angeles, CA  90028-6402

### STATEMENT OF ACCOUNT
#### as of May 31, 2006

Current Invoice - 5518077            $1,765.00

Total Balance Due This Matter        $3,542.55

PLEASE REMIT WITH PAYMENT