Dockets.Justia.com

# Davis Wright Tremaine LLP



ANCHORAGE    BELLEVUE    LOS ANGELES    NEW YORK    PORTLAND    SAN FRANCISCO    SEATTLE    SHANGHAI    WASHINGTON, D.C.

1501 FOURTH AVENUE
2600 CENTURY SQUARE
SEATTLE, WA 98101-1688

TEL (206) 622-3150
FAX (206) 628-7699
www.dwt.com
FEDERAL ID #91-0839480

East West Communications, Inc.
Attn: Doug Rogers
6000 W. Sunset Blvd.
Los Angeles, CA 90028-6402

July 18, 2006
Invoice No. 5525580

## JULY INVOICE FOR
## STATEMENT OF
## SERVICES AND DISBURSEMENTS

Matter No.        0068284-000001

Vargas v. Pfizer

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|-------------|------|------------------------|
| 06/15/06 | E. Stahl | 0.20 | Telephone conversation with BT's counsel regarding discovery and scheduling issues |
| | Total Hours Worked | 0.20 | |

## DISBURSEMENT DETAIL

| DESCRIPTION | QUANTITY | AMOUNT |
|-------------|----------|--------|
| FedEx Airbill #855955700190 05/19/06 Delivery to 6000 Sunset, Los Angeles, CA per E. Stahl | | 19.65 |
| Total Current Disbursements | | $19.65 |

## TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|--|--|
| Total Current Services | 64.00 |
| Total Current Disbursements | 19.65 |
| Total Current Invoice | $83.65 |

PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING

LAWYERS 

## STATEMENT OF ACCOUNT

| | |
|---|---|
| Balance from Previous Statement | $3,542.55 |
| Current Invoice | $83.65 |
| Interest Charges | $17.48 |
| | |
| Total Balance Due This Matter | $3,643.68 |

Eric M. Stahl

# Davis Wright Tremaine LLP



ANCHORAGE    BELLEVUE    LOS ANGELES    NEW YORK    PORTLAND    SAN FRANCISCO    SEATTLE    SHANGHAI    WASHINGTON, D.C.

1501 FOURTH AVENUE
2600 CENTURY SQUARE
SEATTLE, WA 98101-1688

TEL (206) 622-3150
FAX (206) 628-7699
www.dwt.com
FEDERAL ID #91-0839480

Matter ID      0068284-000001
Vargas v. Pfizer

July 18, 2006
Invoice No. 5525580

East West Communications, Inc.
Attn: Doug Rogers
6000 W. Sunset Blvd.
Los Angeles, CA  90028-6402

## STATEMENT OF ACCOUNT
### as of Jun 30, 2006

Current Invoice - 5525580      $83.65

Total Balance Due This Matter      $3,643.68

PLEASE REMIT WITH PAYMENT

# Davis Wright Tremaine LLP



ANCHORAGE    BELLEVUE    LOS ANGELES    NEW YORK    PORTLAND    SAN FRANCISCO    SEATTLE    SHANGHAI    WASHINGTON, D.C.

1501 FOURTH AVENUE
2600 CENTURY SQUARE
SEATTLE, WA 98101-1688

TEL (206) 622-3150
FAX (206) 628-7699
www.dwt.com
FEDERAL ID #91-0839480

East West Communications, Inc.
Attn: Doug Rogers
6000 W. Sunset Blvd.
Los Angeles, CA 90028-6402

August 10, 2006
Invoice No. 5531959

## AUGUST INVOICE FOR
## STATEMENT OF
## SERVICES AND DISBURSEMENTS

Matter No.        0068284-000001

Vargas v. Pfizer

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|--------------|------|--------------------------|
| 07/14/06 | E. Stahl | 0.10 | Review letter regarding discovery issues from BT's attorney; forward same to client |
| 07/17/06 | E. Stahl | 0.10 | Review discovery letter from plaintiff's counsel; forward same to client |
| 07/24/06 | E. Stahl | 0.30 | Telephone conversation with Julie Ahrens (BT counsel) regarding discovery issues; review deposition notices; email to client regarding same |
| 07/27/06 | E. Stahl | 0.30 | Review new discovery responses from plaintiffs; emails to client regarding same |
| 07/30/06 | E. Stahl | 0.10 | Review and reply to emails from BT's counsel regarding discovery related issues |
| | Total Hours Worked | 0.90 | |

## TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---|
| Total Current Services | 288.00 |
| Total Current Disbursements | 0.00 |
| | ---------------- |
| Total Current Invoice | $288.00 |

PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING

LAWYERS 

## STATEMENT OF ACCOUNT

Balance from Previous Statement                     $3,643.68
Current Invoice                                        $288.00

Total Balance Due This Matter                       $3,931.68


Eric M. Stahl

# Davis Wright Tremaine LLP



ANCHORAGE    BELLEVUE    LOS ANGELES    NEW YORK    PORTLAND    SAN FRANCISCO    SEATTLE    SHANGHAI    WASHINGTON, D.C.

1501 FOURTH AVENUE          TEL (206) 622-3150
2600 CENTURY SQUARE         FAX (206) 628-7699
SEATTLE, WA 98101-1688      www.dwt.com
                            FEDERAL ID #91-0839480

Matter ID     0068284-000001                    August 10, 2006
              Vargas v. Pfizer                  Invoice No. 5531959

East West Communications, Inc.
Attn: Doug Rogers
6000 W. Sunset Blvd.
Los Angeles, CA  90028-6402

### STATEMENT OF ACCOUNT
as of Jul 31, 2006

Current Invoice - 5531959                    $288.00

Total Balance Due This Matter                $3,931.68

PLEASE REMIT WITH PAYMENT

# Davis Wright Tremaine LLP



ANCHORAGE    BELLEVUE    LOS ANGELES    NEW YORK    PORTLAND    SAN FRANCISCO    SEATTLE    SHANGHAI    WASHINGTON, D.C.

1501 FOURTH AVENUE     TEL (206) 622-3150
2600 CENTURY SQUARE    FAX (206) 628-7699
SEATTLE, WA 98101-1688  www.dwt.com
FEDERAL ID #91-0839480

East West Communications, Inc.
Attn: Doug Rogers
6000 W. Sunset Blvd.
Los Angeles, CA 90028-6402

September 19, 2006
Invoice No. 5540324

## SEPTEMBER INVOICE FOR
## STATEMENT OF
## SERVICES AND DISBURSEMENTS

Matter No.    0068284-000001

Vargas v. Pfizer

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|-------------|------|-------------------------|
| 08/07/06 | E. Stahl | 0.30 | Review various correspondence from parties, including settlement offer from plaintiffs; emails to Mr. Rogers regarding same |
| 08/14/06 | E. Stahl | 0.10 | Review filing by plaintiffs in opposition to BT's pre-motion letter seeking leave to move for summary judgment |
| 08/22/06 | E. Stahl | 0.20 | Review recent correspondence from BT and plaintiffs' counsel; email to client regarding same |
| 08/24/06 | E. Stahl | 0.10 | Review and respond to emails regarding pre-motion conference on BT's proposed summary judgment motion |
| 08/25/06 | E. Stahl | 0.60 | Telephone conversation with BT's attorneys regarding summary judgment pre-motion hearing, other legal issues and update on depositions; email to client regarding same |
| 08/28/06 | E. Stahl | 0.40 | Review Judge Pauley's practices regarding attendance at conferences; email to client and BT's counsel regarding same; review correspondence between plaintiffs and BT regarding discovery issues |
| 08/31/06 | E. Stahl | 1.30 | Prepare for pre-motion hearing; telephone conversation with BT's counsel regarding same |
| | Total Hours Worked | 3.00 | |

PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING



## DISBURSEMENT DETAIL

| DESCRIPTION | QUANTITY | AMOUNT |
|---|---|---|
| Photocopy Charges | 115 | 17.25 |
| Outside delivery service - - FEDERAL EXPRESS CORPORATION - tracking ID: 790973938094, 06/28/06 to David Olson per M. Rivera | | 24.07 |
| Total Current Disbursements | | $41.32 |

## TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---|
| Total Current Services | 960.00 |
| Total Current Disbursements | 41.32 |
| | ---------------- |
| Total Current Invoice | $1,001.32 |

## STATEMENT OF ACCOUNT

| | |
|---|---|
| Balance from Previous Statement | $3,931.68 |
| Current Invoice | $1,001.32 |
| Total Balance Due This Matter | $4,933.00 |

Eric M. Stahl

# Davis Wright Tremaine LLP



ANCHORAGE    BELLEVUE    LOS ANGELES    NEW YORK    PORTLAND    SAN FRANCISCO    SEATTLE    SHANGHAI    WASHINGTON, D.C.

1501 FOURTH AVENUE     TEL (206) 622-3150
2600 CENTURY SQUARE     FAX (206) 628-7699
SEATTLE, WA 98101-1688     www.dwt.com
    FEDERAL ID #91-0839480

Matter ID     0068284-000001         September 19, 2006
          Vargas v. Pfizer          Invoice No. 5540324

East West Communications, Inc.
Attn: Doug Rogers
6000 W. Sunset Blvd.
Los Angeles, CA 90028-6402

### STATEMENT OF ACCOUNT
as of Aug 31, 2006

Current Invoice - 5540324         $1,001.32

Total Balance Due This Matter         $4,933.00

PLEASE REMIT WITH PAYMENT

# Davis Wright Tremaine LLP



ANCHORAGE    BELLEVUE    LOS ANGELES    NEW YORK    PORTLAND    SAN FRANCISCO    SEATTLE    SHANGHAI    WASHINGTON, D.C.

1501 FOURTH AVENUE
2600 CENTURY SQUARE
SEATTLE, WA 98101-1688

TEL (206) 622-3150
FAX (206) 628-7699
www.dwt.com
FEDERAL ID #91-0839480

East West Communications, Inc.
Attn: Doug Rogers
6000 W. Sunset Blvd.
Los Angeles, CA 90028-6402

October 9, 2006
Invoice No. 5545130

## OCTOBER INVOICE FOR
## STATEMENT OF
## SERVICES AND DISBURSEMENTS

Matter No.    0068284-000001

Vargas v. Pfizer

| **DATE** | **PROFESSIONAL** | **TIME** | **DESCRIPTION OF SERVICES** |
|---|---|---|---|
| 09/01/06 | E. Stahl | 0.90 | Participate in telephone conference with the court on BT's request to bring summary judgment motion; email to client regarding same |
| 09/15/06 | E. Stahl | 0.80 | Confer with BT's counsel regarding summary judgment motion; review East West deposition for material in support of same; draft short pleading joining in summary judgment motion; email client regarding same |
| 09/18/06 | L. Majer | 1.10 | Attention to E. Stahl email to T Lee regarding the docket in this matter; call with docketing clerk of the Southern District re: correcting of the docket |
| 09/20/06 | E. Stahl | 0.50 | Emails to BT's attorneys regarding summary judgment motion; drafting of brief, declaration and statement of facts for joinder in summary judgment motion |
| 09/22/06 | E. Stahl | 4.20 | Review and file joinder to BT's summary judgment motion; review drafts of motion, including extensive rewrite of expert witness sections |
| 09/25/06 | E. Stahl | 1.30 | Review and further changes to draft summary judgment motion |
| 09/26/06 | E. Stahl | 0.50 | Review summary judgment filing, including deposition excerpts and new expert reports attached to same |
| | Total Hours Worked | 9.30 | |

L A W Y E R S

**Dt**
**w t**

## DISBURSEMENT DETAIL

| DESCRIPTION | QUANTITY | AMOUNT |
|---|---|---|
| Photocopy Charges | 4 | 0.60 |
| Total Current Disbursements | | $0.60 |

## TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---|
| Total Current Services | 2,838.50 |
| Total Current Disbursements | 0.60 |
| | ---------------- |
| Total Current Invoice | $2,839.10 |

## STATEMENT OF ACCOUNT

| | |
|---|---|
| Balance from Previous Statement | $4,933.00 |
| Less Payments Received as of 10/04/06 - | ($3,914.20) |
| EAST-WWEST COMMUICATIONS - CHECK #30039 | |
| Less Previous Adjustment | ($17.48) |
| Current Invoice | $2,839.10 |
| Total Balance Due This Matter | $3,840.42 |

Eric M. Stahl

# Davis Wright Tremaine LLP



ANCHORAGE   BELLEVUE   LOS ANGELES   NEW YORK   PORTLAND   SAN FRANCISCO   SEATTLE   SHANGHAI   WASHINGTON, D.C.

1501 FOURTH AVENUE
2600 CENTURY SQUARE
SEATTLE, WA 98101-1688

TEL (206) 622-3150
FAX (206) 628-7699
www.dwt.com
FEDERAL ID #91-0839480

Matter ID     0068284-000001
                  Vargas v. Pfizer

October 9, 2006
Invoice No. 5545130

East West Communications, Inc.
Attn: Doug Rogers
6000 W. Sunset Blvd.
Los Angeles, CA 90028-6402

## STATEMENT OF ACCOUNT
### as of Sep 30, 2006

| | |
|---|---|
| Current Invoice - 5545130 | $2,839.10 |
| Total Balance Due This Matter | $3,840.42 |

PLEASE REMIT WITH PAYMENT

LAWYERS

# Davis Wright Tremaine LLP



ANCHORAGE    BELLEVUE    LOS ANGELES    NEW YORK    PORTLAND    SAN FRANCISCO    SEATTLE    SHANGHAI    WASHINGTON, D.C.

1501 FOURTH AVENUE        TEL (206) 622-3150
2600 CENTURY SQUARE     FAX (206) 628-7699
SEATTLE, WA 98101-1688   www.dwt.com
                                     FEDERAL ID #91-0839480

East West Communications, Inc.
Attn: Doug Rogers
6000 W. Sunset Blvd.
Los Angeles, CA 90028-6402

November 13, 2006
Invoice No. 5554794

## NOVEMBER INVOICE FOR
## STATEMENT OF
## SERVICES AND DISBURSEMENTS

Matter No.      0068284-000001

Vargas v. Pfizer

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|-------------|------|-------------------------|
| 10/02/06 | E. Stahl | 0.60 | Review draft pretrial order from BT's counsel; email to client and BT's counsel regarding same |
| 10/03/06 | E. Stahl | 0.90 | Email to Mr. Rogers regarding pretrial order and remaining pretrial issues; telephone conversation with BT's counsel regarding revisions to pretrial order |
| 10/09/06 | E. Stahl | 0.80 | Review draft pretrial order and send revisions to BT's counsel; email client regarding same and trial dates |
| 10/10/06 | E. Stahl | 0.40 | Email to client regarding trial and pretrial issues |
| 10/12/06 | E. Stahl | 0.50 | Review plaintiffs' opposition to summary judgment motion; review final pretrial order and authorize signature to same |
| 10/13/06 | E. Stahl | 0.20 | Review plaintiffs' proposed pretrial order |
| 10/17/06 | E. Stahl | 0.60 | Draft letter to court regarding permission to participate in Nov. 3 conference by telephone; review BT's draft summary judgment reply |
| 10/18/06 | E. Stahl | 0.20 | Emails with BT counsel regarding letter to court on trial schedule |
| 10/18/06 | L. Majer | 0.20 | Attention to the court docket online |
| 10/19/06 | E. Stahl | 0.10 | Review BT's summary judgment reply filings |
| 10/23/06 | E. Stahl | 0.30 | Review new draft of pretrial order and email to BT's counsel regarding same |
| 10/27/06 | E. Stahl | 0.20 | Email to client regarding pretrial order and trial scheduling issues |

PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING

LAWYERS 

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|--------------|------|-------------------------|
| 10/30/06 | E. Stahl | 0.10 | Review new version of pretrial order submitted by counsel for BT and plaintiffs |
| 10/30/06 | L. Majer | 0.10 | Attention to court notice |
| | Total Hours Worked | 5.20 | |

## TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---|
| Total Current Services | 1,626.50 |
| Total Current Disbursements | 0.00 |
| | ---------------- |
| Total Current Invoice | $1,626.50 |

## STATEMENT OF ACCOUNT

| | |
|---|---|
| Balance from Previous Statement | $3,840.42 |
| Less Payments Received as of 10/30/06 - | ($3,840.42) |
| EAST-WEST COMMUNICATIONS - CHECK #30073 | |
| Current Invoice | $1,626.50 |
| Total Balance Due This Matter | $1,626.50 |

Eric M. Stahl

# Davis Wright Tremaine LLP



ANCHORAGE    BELLEVUE    LOS ANGELES    NEW YORK    PORTLAND    SAN FRANCISCO    SEATTLE    SHANGHAI    WASHINGTON, D.C.

1501 FOURTH AVENUE
2600 CENTURY SQUARE
SEATTLE, WA 98101-1688

TEL (206) 622-3150
FAX (206) 628-7699
www.dwt.com
FEDERAL ID #91-0839480

| | |
|---|---|
| Matter ID    0068284-000001 | November 13, 2006 |
| Vargas v. Pfizer | Invoice No. 5554794 |

East West Communications, Inc.
Attn: Doug Rogers
6000 W. Sunset Blvd.
Los Angeles, CA 90028-6402

## STATEMENT OF ACCOUNT
### as of Oct 31, 2006

| | |
|---|---|
| Current Invoice - 5554794 | $1,626.50 |
| Total Balance Due This Matter | $1,626.50 |

PLEASE REMIT WITH PAYMENT

# Davis Wright Tremaine LLP



ANCHORAGE    BELLEVUE    LOS ANGELES    NEW YORK    PORTLAND    SAN FRANCISCO    SEATTLE    SHANGHAI    WASHINGTON, D.C.

1501 FOURTH AVENUE
2600 CENTURY SQUARE
SEATTLE, WA 98101-1688

TEL (206) 622-3150
FAX (206) 628-7699
www.dwt.com
FEDERAL ID #91-0839480

East West Communications, Inc.
Attn: Doug Rogers
6000 W. Sunset Blvd.
Los Angeles, CA 90028-6402

December 7, 2006
Invoice No. 5560630

## DECEMBER INVOICE FOR
## STATEMENT OF
## SERVICES AND DISBURSEMENTS

Matter No.        0068284-000001

Vargas v. Pfizer

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|-------------|------|------------------------|
| 11/02/06 | E. Stahl | 0.30 | Telephone conversation with Julie Ahrens regarding summary judgment hearing; prepare for pretrial conference |
| 11/03/06 | E. Stahl | 1.40 | Prepare for and participate in summary judgment hearing and pretrial conference; email to client regarding same |
| 11/09/06 | E. Stahl | 0.10 | Review Vargas motion to reconsider court's summary judgment ruling |
| | Total Hours Worked | 1.80 | |

## DISBURSEMENT DETAIL

| DESCRIPTION | QUANTITY | AMOUNT |
|-------------|----------|--------|
| Telecopy Charges | 15 | 7.50 |
| Total Current Disbursements | | $7.50 |

PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING

LAWYERS 

## TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---|
| Total Current Services | 576.00 |
| Total Current Disbursements | 7.50 |
| | ---------------- |
| Total Current Invoice | $583.50 |

## STATEMENT OF ACCOUNT

| | |
|---|---|
| Balance from Previous Statement | $1,626.50 |
| Current Invoice | $583.50 |
| Total Balance Due This Matter | $2,210.00 |

Eric M. Stahl

# Davis Wright Tremaine LLP



ANCHORAGE    BELLEVUE    LOS ANGELES    NEW YORK    PORTLAND    SAN FRANCISCO    SEATTLE    SHANGHAI    WASHINGTON, D.C.

1501 FOURTH AVENUE
2600 CENTURY SQUARE
SEATTLE, WA 98101-1688

TEL (206) 622-3150
FAX (206) 628-7699
www.dwt.com
FEDERAL ID #91-0839480

| Matter ID | 0068284-000001 |
| | Vargas v. Pfizer |

December 7, 2006
Invoice No. 5560630

East West Communications, Inc.
Attn: Doug Rogers
6000 W. Sunset Blvd.
Los Angeles, CA 90028-6402

### STATEMENT OF ACCOUNT
as of Nov 30, 2006

Current Invoice - 5560630          $583.50

Total Balance Due This Matter          $2,210.00

PLEASE REMIT WITH PAYMENT

# Davis Wright Tremaine LLP



ANCHORAGE    BELLEVUE    LOS ANGELES    NEW YORK    PORTLAND    SAN FRANCISCO    SEATTLE    SHANGHAI    WASHINGTON, D.C.

1501 FOURTH AVENUE     TEL (206) 622-3150
2600 CENTURY SQUARE     FAX (206) 628-7699
SEATTLE, WA 98101-1688    www.dwt.com
FEDERAL ID #91-0839480

East West Communications, Inc.
Attn: Doug Rogers
6000 W. Sunset Blvd.
Los Angeles, CA 90028-6402

January 5, 2007
Invoice No. 5566044

## JANUARY INVOICE FOR
## STATEMENT OF
## SERVICES AND DISBURSEMENTS

Matter No.     0068284-000001

Vargas v. Pfizer

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|--------------|------|-------------------------|
| 12/01/06 | E. Stahl | 0.10 | Review new filing by BT (recreation of Aparthenonia) in support of summary judgment motion |
| 12/04/06 | E. Stahl | 0.70 | (NO CHARGE) Review video/audio submissions by BT of demonstration recreating Aparthenonia |
| | Total Hours Worked | 0.80 | |

## TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---|
| Total Current Services | 32.00 |
| Total Current Disbursements | 0.00 |
| Total Current Invoice | $32.00 |

PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING

LAWYERS 

## STATEMENT OF ACCOUNT

Balance from Previous Statement                              $2,210.00
Current Invoice                                                 $32.00

Total Balance Due This Matter                               $2,242.00


Eric M. Stahl

# Davis Wright Tremaine LLP



ANCHORAGE    BELLEVUE    LOS ANGELES    NEW YORK    PORTLAND    SAN FRANCISCO    SEATTLE    SHANGHAI    WASHINGTON, D.C.

1501 FOURTH AVENUE
2600 CENTURY SQUARE
SEATTLE, WA 98101-1688

TEL (206) 622-3150
FAX (206) 628-7699
www.dwt.com
FEDERAL ID #91-0839480

Matter ID     0068284-000001
                Vargas v. Pfizer

January 5, 2007
Invoice No. 5566044

East West Communications, Inc.
Attn: Doug Rogers
6000 W. Sunset Blvd.
Los Angeles, CA 90028-6402

## STATEMENT OF ACCOUNT
### as of Dec 31, 2006

Current Invoice - 5566044         $32.00

Total Balance Due This Matter       $2,242.00

PLEASE REMIT WITH PAYMENT

# Davis Wright Tremaine LLP



ANCHORAGE    BELLEVUE    LOS ANGELES    NEW YORK    PORTLAND    SAN FRANCISCO    SEATTLE    SHANGHAI    WASHINGTON, D.C.

1501 FOURTH AVENUE
2600 CENTURY SQUARE
SEATTLE, WA 98101-1688

TEL (206) 622-3150
FAX (206) 628-7699
www.dwt.com
FEDERAL ID #91-0839480

East West Communications, Inc.
Attn: Doug Rogers
6000 W. Sunset Blvd.
Los Angeles, CA 90028-6402

March 8, 2007
Invoice No. 5579846

## MARCH INVOICE FOR
## STATEMENT OF
## SERVICES AND DISBURSEMENTS

Matter No.          0068284-000001

Vargas v. Pfizer

| **DATE** | **PROFESSIONAL** | **TIME** | **DESCRIPTION OF SERVICES** |
|---|---|---|---|
| 02/16/07 | E. Stahl | 0.40 | Attend telephonic hearing on BT's motion to strike; email to client regarding same |
| | Total Hours Worked | 0.40 | |

## DISBURSEMENT DETAIL

| **DESCRIPTION** | **QUANTITY** | **AMOUNT** |
|---|---|---|
| Photocopy Charges | 10 | 1.50 |
| Law library - - PACER SERVICE CENTER - Pacer (Public Access to Court Records) 10/06-12/06 (NY) | | 3.68 |
| Total Current Disbursements | | $5.18 |

PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING

LAWYERS 

## TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---|
| Total Current Services | 136.00 |
| Total Current Disbursements | 5.18 |
| | ---------------- |
| Total Current Invoice | $141.18 |

## STATEMENT OF ACCOUNT

| | |
|---|---|
| Balance from Previous Statement | $2,242.00 |
| Current Invoice | $141.18 |
| Total Balance Due This Matter | $2,383.18 |

Eric M. Stahl

# Davis Wright Tremaine LLP



ANCHORAGE    BELLEVUE    LOS ANGELES    NEW YORK    PORTLAND    SAN FRANCISCO    SEATTLE    SHANGHAI    WASHINGTON, D.C.

1501 FOURTH AVENUE
2600 CENTURY SQUARE
SEATTLE, WA 98101-1688

TEL (206) 622-3150
FAX (206) 628-7699
www.dwt.com
FEDERAL ID #91-0839480

Matter ID          0068284-000001
                   Vargas v. Pfizer

March 8, 2007
Invoice No. 5579846

East West Communications, Inc.
Attn: Doug Rogers
6000 W. Sunset Blvd.
Los Angeles, CA 90028-6402

### STATEMENT OF ACCOUNT
as of Feb 28, 2007

Current Invoice - 5579846          $141.18

Total Balance Due This Matter      $2,383.18

PLEASE REMIT WITH PAYMENT

# Davis Wright Tremaine LLP



ANCHORAGE   BELLEVUE   LOS ANGELES   NEW YORK   PORTLAND   SAN FRANCISCO   SEATTLE   SHANGHAI   WASHINGTON, D.C.

1501 FOURTH AVENUE
2600 CENTURY SQUARE
SEATTLE, WA 98101-1688

TEL (206) 622-3150
FAX (206) 628-7699
www.dwt.com
FEDERAL ID #91-0839480

East West Communications, Inc.
Attn: Doug Rogers
6000 W. Sunset Blvd.
Los Angeles, CA 90028-6402

April 6, 2007
Invoice No. 5587023

## APRIL INVOICE FOR
## STATEMENT OF
## SERVICES AND DISBURSEMENTS

Matter No.        0068284-000001

Vargas v. Pfizer

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|--------------|------|-------------------------|
| 03/14/07 | E. Stahl | 0.20 | Review and respond to BT's motion to strike plaintiffs' evidence and request that East West join motion |
| 03/29/07 | E. Stahl | 0.10 | Review plaintiffs' filing in response to BT's motion to strike |
| | Total Hours Worked | 0.30 | |

## TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---|
| Total Current Services | 102.00 |
| Total Current Disbursements | 0.00 |
| Total Current Invoice | $102.00 |

LAWYERS 

## STATEMENT OF ACCOUNT

Balance from Previous Statement                                    $2,383.18
Current Invoice                                                      $102.00

Total Balance Due This Matter                                      $2,485.18


Eric M. Stahl

# Davis Wright Tremaine LLP



ANCHORAGE    BELLEVUE    LOS ANGELES    NEW YORK    PORTLAND    SAN FRANCISCO    SEATTLE    SHANGHAI    WASHINGTON, D.C.

1501 FOURTH AVENUE
2600 CENTURY SQUARE
SEATTLE, WA 98101-1688

TEL (206) 622-3150
FAX (206) 628-7699
www.dwt.com
FEDERAL ID #91-0839480

Matter ID          0068284-000001
                   Vargas v. Pfizer

April 6, 2007
Invoice No. 5587023

East West Communications, Inc.
Attn: Doug Rogers
6000 W. Sunset Blvd.
Los Angeles, CA  90028-6402

## STATEMENT OF ACCOUNT
### as of Mar 31, 2007

Current Invoice - 5587023          $102.00

Total Balance Due This Matter      $2,485.18

PLEASE REMIT WITH PAYMENT

# Davis Wright Tremaine LLP



ANCHORAGE     BELLEVUE     LOS ANGELES     NEW YORK     PORTLAND     SAN FRANCISCO     SEATTLE     SHANGHAI     WASHINGTON, D.C.

1501 FOURTH AVENUE
2600 CENTURY SQUARE
SEATTLE, WA 98101-1688

TEL (206) 622-3150
FAX (206) 628-7699
www.dwt.com
FEDERAL ID #91-0839480

East West Communications, Inc.
Attn: Doug Rogers
6000 W. Sunset Blvd.
Los Angeles, CA 90028-6402

April 6, 2007
Invoice No. 5587023

## APRIL INVOICE FOR
## STATEMENT OF
## SERVICES AND DISBURSEMENTS

Matter No.        0068284-000001

Vargas v. Pfizer

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|-------------|------|-------------------------|
| 03/14/07 | E. Stahl | 0.20 | Review and respond to BT's motion to strike plaintiffs' evidence and request that East West join motion |
| 03/29/07 | E. Stahl | 0.10 | Review plaintiffs' filing in response to BT's motion to strike |
| | Total Hours Worked | 0.30 | |

## TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---|
| Total Current Services | 102.00 |
| Total Current Disbursements | 0.00 |
| | --------------- |
| Total Current Invoice | $102.00 |



LAWYERS

## STATEMENT OF ACCOUNT

Balance from Previous Statement                          $2,383.18
Current Invoice                                             $102.00

Total Balance Due This Matter                            $2,485.18


Eric M. Stahl

# Davis Wright Tremaine LLP



ANCHORAGE   BELLEVUE   LOS ANGELES   NEW YORK   PORTLAND   SAN FRANCISCO   SEATTLE   SHANGHAI   WASHINGTON, D.C

1501 FOURTH AVENUE
2600 CENTURY SQUARE
SEATTLE, WA 98101-1688

TEL (206) 622-3150
FAX (206) 628-7699
www.dwt.com
FEDERAL ID #91-0839480

Matter ID      0068284-000001
                Vargas v. Pfizer

April 6, 2007
Invoice No. 5587023

East West Communications, Inc.
Attn: Doug Rogers
6000 W. Sunset Blvd.
Los Angeles, CA  90028-6402

### STATEMENT OF ACCOUNT
as of Mar 31, 2007

Current Invoice - 5587023               $102.00

Total Balance Due This Matter           $2,485.18

PLEASE REMIT WITH PAYMENT

# Davis Wright Tremaine LLP



ANCHORAGE   BELLEVUE   LOS ANGELES   NEW YORK   PORTLAND   SAN FRANCISCO   SEATTLE   SHANGHAI   WASHINGTON, D.C.

SUITE 2200
1201 THIRD AVENUE
SEATTLE, WA 98101-3045

TEL (206) 622-3150
FAX (206) 757-7700
www.dwt.com
FEDERAL ID #91-0839480

East West Communications, Inc.
Attn: Doug Rogers
6000 W. Sunset Blvd.
Los Angeles, CA 90028-6402

June 8, 2007
Invoice No. 5602821

## JUNE INVOICE FOR
## STATEMENT OF
## SERVICES AND DISBURSEMENTS

Matter No.        0068284-000001

Vargas v. Pfizer

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|-------------|------|------------------------|
| 05/09/07 | E. Stahl | 0.60 | Review court's opinion granting summary judgment and dismissing case; confer with BT attorney Julie Ahrens regarding same and next steps; email to client regarding same and possible motion for attorneys' fees |
| 05/10/07 | E. Stahl | 0.60 | Email to client and confer with Julie Ahrens regarding fee application; review of invoices and locate sample memorandum for same |
| 05/14/07 | E. Stahl | 0.10 | Email to BT's counsel regarding stipulation extending time for fee application |
| 05/24/07 | E. Stahl | 0.40 | Telephone conversation with BT's counsel regarding fee application and possible settlement offer to plaintiff |
| | Total Hours Worked | 1.70 | |

## DISBURSEMENT DETAIL

| DESCRIPTION | QUANTITY | AMOUNT |
|-------------|----------|--------|
| Law library - - PACER SERVICE CENTER - Pacer, 1/07-3/07 | | 2.08 |
| Law library - - PACER SERVICE CENTER - Pacer 1/07-3/07 (NY) | | 2.00 |
| Total Current Disbursements | | $4.08 |

PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING



## TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

|  |  |
|---|---|
| Total Current Services | 578.00 |
| Total Current Disbursements | 4.08 |
| Total Current Invoice | $582.08 |

## STATEMENT OF ACCOUNT

| | |
|---|---|
| Balance from Previous Statement | $2,485.18 |
| Current Invoice | $582.08 |
| Total Balance Due This Matter | $3,067.26 |

Eric M. Stahl

# Davis Wright Tremaine LLP



ANCHORAGE   BELLEVUE   LOS ANGELES   NEW YORK   PORTLAND   SAN FRANCISCO   SEATTLE   SHANGHAI   WASHINGTON, D C

SUITE 2200
1201 THIRD AVENUE
SEATTLE, WA 98101-3045

TEL (206) 622-3150
FAX (206) 757-7700
www.dwt.com
FEDERAL ID #91-0839480

Matter ID      0068284-000001
               Vargas v. Pfizer

June 8, 2007
Invoice No. 5602821

East West Communications, Inc.
Attn: Doug Rogers
6000 W. Sunset Blvd.
Los Angeles, CA  90028-6402

## STATEMENT OF ACCOUNT
as of May 31, 2007

Current Invoice - 5602821                 $582.08

Total Balance Due This Matter             $3,067.26

PLEASE REMIT WITH PAYMENT