# EXHIBIT B

```
Proforma      1312379            06/26/07              Eric M. Stahl                                              Page 1 (1)
================================================================================================================================

0068284-000001    East West Communications, Inc.         East West Communications, Inc.
                  Attn: Doug Rogers                      Attn: Doug Rogers
                  6000 W. Sunset Blvd.                   6000 W. Sunset Blvd.
                  Los Angeles, CA  90028-6402            Los Angeles, CA  90028-6402

                  Vargas v. Pfizer


                                                     Current Trust Balance as of 06/26/07  :       $3,750.00

                                                     ( ) BILL EXACT COSTS AND FEES              ( ) HOLD
                                                     ( ) BILL FEES ONLY     $_____    ( ) WRITE OFF FEES
VISBILL Template No.:   WM                           ( ) BILL COSTS ONLY    $_____    ( ) WRITE OFF COSTS
Billing Instructions:


NARRATIVE:

Reason Codes:       ( ) AGREED REDUCED RATE        ( ) CONTINGENT - WON         ( ) OTHER
                    ( ) BAD RESULT                 ( ) EMPLOYEE DISCOUNT        ( ) OVER RESEARCHED
                    ( ) COURTESY DISCOUNT          ( ) FIXED FEE                ( ) TRAINING
                    ( ) CLIENT DEVELOPMENT         ( ) LATE TIME                ( ) VOLUME DISCOUNT
                    ( ) CONTINGENT - LOST          ( ) ROUNDING

                                            Matter
Atty      Date         Time                 Value      Description of Services Rendered
----      --------     ----             ---------      ---------------------------------

STAHE     06/06/07      .30                102.00      Telephone conversations with BT's counsel              12708096
                                                       regarding timing for fee motion and
                                                       stipulation; email to client regarding same

STAHE     06/07/07      .70                238.00      Review BT draft motion for attorneys' fees and         12708097
                                                       accompanying protective order; email to counsel
                                                       and to client regarding same

STAHE     06/22/07      .20                 68.00      Telephone conversation with BT counsel                 12708098
                                                       regarding motion for attorneys' fees

STAHE     06/24/07     2.60                884.00      Review invoices for history of case and prepare        12708099
                                                       declaration in support of motion for attorneys'
                                                       fees

STAHE     06/25/07     1.00                340.00      Revisions to declaration in support of fee             12708100
                                                       petition
                                     ==========   =============
Fees Total             4.80              1,632.00

Unapplied Credits:                  (       0.00)
```

```
Proforma    1312379           06/26/07          Eric M. Stahl                              Page 2 (2)

0068284-000001    East West Communications, Inc.    East West Communications, Inc.
                  Vargas v. Pfizer
```

| Atty | Date | Check | Disb Amt | Quan | Description of Disbursement | Index |
|------|------|-------|----------|------|-----------------------------|-------|

Disbursement Total                         0.00

## Time Summary By Attorney

| Attorney | Time | Standard Rate | Matter Value | $ per hr |
|----------|------|---------------|--------------|----------|
| STAHE   E. Stahl | 4.80 | 1,632.00 | 1,632.00 | 340.00 |
| Grand Total Fees | 4.80 | 1,632.00 | 1,632.00 | |
| Grand Total Disbursements | | 0.00 | 0.00 | |
| Grand Total Fees and Disbursements | | 1,632.00 | 1,632.00 | |

| Jurisdiction | Matter Value |
|--------------|--------------|
| SEATTLE | 1,632.00 |

Excise Tax
$0.00

## Disbursement Code Summary

| Code | Description | Amount | Quantity |
|------|-------------|--------|----------|
| | Total Disbursements | 0.00 | |

| Aged Time and Disb 06/26/07 | 0 - 30 | 31 - 60 | 61 - 90 | 91 - 120 | 121+ |
|------------------------------|--------|---------|---------|----------|------|
| Time Worked | 4.80 | .00 | .00 | .00 | .00 |
| Matter Value | 1,632.00 | .00 | .00 | .00 | .00 |
| Disbursements | .00 | .00 | .00 | .00 | .00 |

Time Start:       01/01/00        Time End:       06/26/07