UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK
------------------------------------------------------------- x
RALPH VARGAS and                             :
BLAND-RICKY ROBERTS,                         :  Case No. 04 CV 9772 (WHP)
                                             :
                Plaintiffs,          :
                                             :
         - against -                       :
                                             :
PFIZER INC., PUBLICIS, INC., FLUID           :
MUSIC, EAST WEST COMMUNICATIONS,             :
INC. and BRIAN TRANSEAU p/k/a "BT",          :
                                             :
                Defendants.          :
------------------------------------------------------------- x

## DEFENDANT EAST WEST COMMUNICATIONS, INC.'S MEMORANDUM IN SUPPORT OF MOTION FOR ATTORNEYS' FEES AND COSTS

Pursuant to 17 U.S.C. § 505 and FRCP 54(d), Defendant East West Communications, Inc. ("East West") hereby moves the Court for an award of the attorneys' fees and costs it incurred in defending this action. East West is a prevailing defendant. It is entitled to its fees and costs for all of the reasons stated in co-Defendant Brian Transeau's Memorandum in Support of Motion for Attorneys' Fees and Costs, which is being filed today and which East West hereby joins.

As supported by the concurrently filed Declaration of Eric M. Stahl, East West incurred $43,385.50 in attorneys' fees and $1,350.50 in costs in defending itself in this action. These fees and costs are the actual amounts actually billed or to be billed to East West, and all were necessarily incurred in responding to Plaintiffs' claims.

For the foregoing reasons, East West respectfully asks that the Court enter an award against Plaintiffs and in favor of East West, in the amount of $44,736.00.

Dated: New York, New York
June 29, 2007

                            Davis Wright Tremaine LLP
                            Attorneys for East West Communications, Inc.

By _____
    Eric Stahl (ES 8910) (*pro hac vice*)
    1201 Third Avenue, Suite 2200
    Seattle, WA 98101-3045
    Telephone: (206) 757-8148
    Fax: (206) 757-7148
    E-mail: ericstahl@dwt.com

    Teena H. (Kim) Lee (TK 3073)
    1633 Broadway
    New York, NY 10019-6708
    Telephone: (212) 489-8230
    Fax: (212) 489-8340
    E-mail: teenalee@dwt.com

2

SEA 2045326v1 0068284-000001