# EXHIBIT A

```
 2        A.   Between 1994 and '95.
 3        Q.   Okay.  I am handing you what
 4   has been marked as Defendants' Exhibit 3,
 5   which is a copy of Plaintiff's
 6   Exhibit production pages Bates pages 13 and
 7   14.  Have you seen this before, Mr. Chin --
 8   sorry, Mr. Vargas?
 9        A.   What was just given, this
10   certificate of registration?
11        Q.   Yes.  Now I want to direct you
12   down to block 3.  This is a much easier copy
13   to read than Exhibit 2; right?
14        A.   Yes.  It is clearer.
15        Q.   It is not the same thing,
16   though.  If you look in block 1 do you see
17   where it says "title of this work?"
18        A.   Right yes.
19        Q.   It says "Funky Drummer Volume
20   II."
21        A.   Yes.
22        Q.   If you see down in 2A there is
23   a little block that says "nature of
24   authorship."  It says "asterisk, sound
25   recording."
```

```
 2        A.   Yes.
 3        Q.   Do you understand this to be
 4   the copyright registration for the sound
 5   recording for Funky Drummer Volume II?
 6        A.   Yes.
 7        Q.   Then if we look back at
 8   Defendants' Exhibit 2, which is Bates pages 15
 9   and 16, do you see where in that same block 2
10   as A where it says "nature of authorship," it
11   says "music, drum rhythm, drum loops?"
12        A.   Yes.
13        Q.   Do you understand Exhibit 2 to
14   be the composition registration with the
15   Copyright Office?
16        A.   Yes.
17        Q.   Then if we look down back to 3
18   now for a minute, the clearer one, at 3A,
19   block 3A where it says "year in which creation
20   of this work was completed," can you read it
21   on that copy?
22        A.   Yes, I can.
23        Q.   What year is that?
24        A.   It says "1994."
25        Q.   Now that you've read that, does
```

```
 2   that help your recollection of when Funky
 3   Drummer Volume II was recorded?
 4        A.   Yes.
 5        Q.   After reviewing these documents
 6   what is your best estimate of when Funky
 7   Drummer Volume II was recorded?
 8        A.   Between 1994 and '95.
 9        Q.   Do you see on Exhibit 3 that
10   page 1, where it says "effective date of
11   registration," it should be at the top of page
12   13?
13        A.   Yes.
14        Q.   I am looking at 13, not 15.
15        A.   Yes.  January 27.
16             MR. CHIN:   No 1.
17        A.   1995.  January 26.
18        Q.   For Exhibit 3 which is the
19   sound recording copyright registration, does
20   it say "effective date of registration,
21   January 26, 1995?"
22        A.   Yes.
23        Q.   Then for Exhibit 2 which is the
24   composition registration, do you see where it
25   says "effective date of registration, January
```

```
 2   27, 1995?"
 3        A.   Yes.
 4        Q.   So the sound recording
 5   copyright was registered January 26?
 6        A.   Uh-huh.
 7        Q.   And composition was registered
 8   January 27; is that right?
 9        A.   Uh-huh.
10        Q.   So based on these documents, is
11   it your understanding that Funky Drummer
12   Volume II was recorded before January 26,
13   1995?
14        A.   Yes.
15        Q.   If you look in block 2A of
16   Exhibit 3 Bates page 13 where it says "name of
17   author" do you see what it says there?
18        A.   Yes.
19        Q.   What does that say?
20        A.   It says JBR Records, Inc.
21        Q.   Does that mean that JBR Records
22   owns or owned the copyright in the sound
23   recording for Funky Drummer Volume II?
24        A.   Yes.
25        Q.   And on the other Exhibit,
```

2  you looking for?
3  A. A certain looseness sound where
4  when you do the roll that I did, it has a
5  certain feel to it where you can just know
6  from tuning and feel this is just right. Sort
7  of like cooking, you know when it's right.
8  That's the way I want it.
9  Q. Just to follow up a little bit
10 on obeying your Thirst and Wu-Tang Clan, did
11 you ever threaten to sue either one of them?
12 A. Either one of them meaning --
13 Q. Let me break it down. Did you
14 ever threaten to sue for Wu-Tang Clan's use of
15 one of your tracks?
16 MR. CHIN: Objection. I think
17 the testimony is his publisher dealt with it.
18 A. That is what I was about to
19 say. She pretty much dealt with all of that.
20 Q. Do you know if she threatened
21 to sue on your behalf?
22 A. I know that she reached out to
23 them and she gave them a time limit, if they
24 didn't contact her that she would seek legal
25 action, but they worked it out.

2  Q. To your knowledge they worked
3  it out before any legal action?
4  A. Yes.
5  Q. How about with Sprite
6  commercial?
7  A. Same thing.
8  Q. After you had the DAT tape for
9  Funky Drummer Volume II, what did you do next
10 with that tape?
11 A. I handed it over to Rick
12 Roberts.
13 Q. And what happened next as far
14 as the --
15 A. He was in control of that. The
16 record label owned it.
17 Q. When you say he owned it, what
18 do you mean?
19 A. It belongs to the record label
20 because it was put out on JBR Records.
21 Q. So what happened next to
22 actually distribute the Funky Drummer Volume
23 II?
24 A. Well, II was manufactured
25 somewhere in Brooklyn. I forget the name of

2  the manufacturing house. We took it ourselves
3  to these records stores. The one shops, the
4  mom and pop stores.
5  Q. When you say it was
6  manufactured in Brooklyn, what do you mean?
7  A. They pressed the record and,
8  you know, put jackets on it and put the labels
9  on it.
10 Q. When you say press the record,
11 does that mean on to vinyl?
12 A. Yes. You know, they
13 manufactured the record, yeah.
14 Q. Was Funky Drummer II
15 distributed on any other media than vinyl?
16 A. No. The format was always
17 vinyl.
18 Q. How about Funky Drummer I?
19 A. Both. Always vinyl.
20 Q. Only distributed on vinyl.
21 They were never distributed on CDs?
22 A. We talked about doing that but
23 never did it.
24 Q. Cassette tapes?
25 A. No.

2  Q. So, how many copies of Funky
3  Drummer II were pressed?
4  A. As far as I can remember, 1,500
5  of II. But then you'd have to ask Rick. He
6  took care of all of that stuff.
7  Q. How many were pressed of Funky
8  Drummer Volume I?
9  A. We had an initial pressing of
10 1,500. We sold out on that and got another
11 1,500 pressed up. I think that was it. You
12 have to ask Rick on that one, too. But that's
13 what I remember.
14 Q. All I'm asking you is your best
15 recollection.
16 A. Yeah. Yeah.
17 Q. When you were just talking,
18 about Funky Drummer Volume I in that last
19 answer?
20 A. The one that got pressed up
21 twice, yeah. I. II only got 1,500, Volume
22 II.
23 Q. So there was never a second
24 pressing of Volume II?
25 MR. CHIN: Objection. It is

2  important that he don't guess. I don't want
3  him to guess. I want him to give his best
4  estimate to his personal knowledge. If he is
5  guessing, I don't want him to guess.
6        MR. OLSON: All we're asking
7  for is best estimates. Since all we have in
8  this case are people's estimates, I am
9  entitled to them.
10        MR. CHIN: Absolutely. You're
11  entitled to his best estimates. But guessing
12  is different than best estimates. I think we
13  can agree on that.
14        MR. OLSON: All I am asking
15  for is best estimates.
16        MR. CHIN: Okay.
17     Q.   Mr. Vargas, with regard to
18  Funky Drummer Volume II, was it pressed more
19  than once, to your knowledge?
20     A.   II, I remember 15. Rick could
21  have pressed more, that is why I said he would
22  have the answers to that, more accurate
23  answers than I would. That was in his
24  department.
25     Q.   I understand that. All I am

2  asking about is your knowledge?
3     A.   1,500 of II.
4     Q.   So to your knowledge -- strike
5  that.
6        As far as you know there wasn't
7  a second pressing of Funky Drummer Volume II?
8     A.   Yeah, as far as I can remember,
9  yes.
10     Q.   You said after it was pressed
11  you took it to mom and pop record stores;
12  right?
13     A.   Yes.
14     Q.   You said "we," who is we?
15     A.   Rick Roberts, Bland-Ricky
16  Roberts.
17     Q.   And you?
18     A.   And me, yes.
19     Q.   Anyone else?
20     A.   No.
21     Q.   Other than distributing to mom
22  and pop record stores, was Funky Drummer
23  Volume II distributed in any other way?
24     A.   Rick took it to different
25  distribution houses around the city.

2     Q.   Do you remember any of those
3  distribution houses?
4     A.   Only a few. There was a lot
5  more that he took care of. That all falls in
6  his area.
7     Q.   Can you give me the names of
8  any you remember?
9     A.   There was a record store called
10  Rock 'N Soul, Downstairs Records, Downtown
11  Records. There was another record store, then
12  the rest was distribution houses he had, that
13  he went to.
14              (Defendants' Exhibit 8
15  for identification, Distribution Lists Funky
16  Drummer I and II, production numbers 000017.)
17     Q.   I am handing you what has been
18  marked as Defendants' Exhibit 8. It bears
19  Plaintiffs' Bates production number of 17.
20        Could you read the title of the
21  document at the top?
22     A.   Distribution Lists Funky
23  Drummer I and II.
24     Q.   Have you seen this document
25  before?

2     A.   Yes.
3     Q.   Did you help prepare this
4  document?
5     A.   Somewhat, yeah.
6     Q.   Where did the information for
7  this document come from?
8     A.   Initially Rick had most of this
9  information.
10     Q.   Where did he have the
11  information?
12     A.   I guess he has the records or
13  he did a lot of this himself. I happened to
14  be with him a few times, that's why I know of
15  some of the places.
16     Q.   When you say he did a lot of
17  this, do you mean compiling this document
18  Exhibit 8 --
19     A.   Oh, no.
20     Q.   -- or do you mean distribution?
21     A.   Distribution.
22     Q.   Plaintiffs recently produced
23  this document with the column on the right
24  which has a little bit of contact information
25  for some of the entities on the left. Are you

2   answer.
3       A.   I would think so, yeah.
4       Q.   Was it less than $100,000?
5       A.   I don't know.
6       Q.   You can't say whether it was?
7       A.   I can't say with certainty.
8       Q.   So it could have been more than
9   $100,000?
10      A.   Could have been.  I don't know.
11      Q.   How did you account on your
12  taxes for the sales from Funky Drummer Volume
13  II?
14           MR. CHIN:  Objection.  Instruct
15  not to answer.
16           MR. OLSON:   What is the basis
17  for the instruction?
18           MR. CHIN:  This is highly
19  irrelevant and the information, the
20  information or whatever answer he may or may
21  not give could subject him to criminal
22  problems.  I am not going to let him answer
23  that question.
24           If you want to send a written
25  interrogatory, we'll decide then.  I am not

2   letting him answer that in a deposition.
3            MR. OLSON:   So, are you
4   instructing him to take the Fifth Amendment,
5   is that what you are saying?
6            MR. CHIN:   I am instructing
7   him to take the Fifth Amendment because I
8   don't know what the answer is going to be.  If
9   you want me to step outside with him and find
10  out whether or not his answer could subject
11  him to criminal liability, I will do that.
12           MR. OLSON:   Yeah, I would be
13  interested if there is a reasonable
14  apprehension of prosecution.  Why don't we
15  take a quick break and you can confer.
16           MR. CHIN:    Okay.
17           VIDEOGRAPHER:  Going off the
18  record.  The time is 3:16.
19           (Recess taken.)
20           VIDEOGRAPHER:  We are back on
21  the record.  The time is 3:21.
22           MR. CHIN:   Okay.  I have
23  spoken with my client and discussed the
24  question, the last question with him.  And I
25  feel satisfied that his answer will not

2   subject him to liability.  So I am withdrawing
3   my instruction not to answer.
4       Q.   Let me ask the question again,
5   Mr. Vargas.  How did you account for sales
6   from Funky Drummer Volume II on your taxes?
7       A.   I did not.
8       Q.   At the time did you think there
9   was anything you were required to do to
10  account for sales on your taxes?
11      A.   I wasn't aware.
12      Q.   Now, if you sold, say you made
13  profits of $100,000 from Funky Drummer Volume
14  II, it would be safe to say you would owe some
15  taxes; isn't it?
16           MR. CHIN:  Objection, calls for
17  hypothetical.
18      A.   Hypothetically speaking, yeah.
19      Q.   Did you file income tax returns
20  from '95 through the end of 90s?
21           MR. CHIN:   Objection,
22  relevance.  You can answer.
23      A.   Yeah, I filed taxes on
24  everything with the exception of the vinyl
25  stuff.

2       Q.   When you made profits from
3   playing with Total Remix, did you record that
4   income on your income taxes?
5            MR. CHIN:   Objection,
6   relevance.
7       A.   Yes, I have a separate tax
8   ID number.
9       Q.   Do you have an accountant who
10  helps you with your taxes?
11           MR. CHIN:   Objection,
12  relevance?
13      A.   I don't have a separate.  Just
14  a regular, you know, tax people.
15      Q.   Who did your taxes, say in
16  1996?
17           MR. CHIN:   Objection,
18  relevance?
19      A.   H&R.
20      Q.   H&R Block?
21      A.   Yes.
22      Q.   Did you tell H&R Block that you
23  had proceeds from sales of Funky Drummer
24  Volume II that you needed to account for?
25      A.   No.

2   really don't.
3       Q.   To your knowledge did Bust Dat
4   Groove ever receive any radio airplay?
5       A.   I've never heard it, no.
6       Q.   To your knowledge did Bust Dat
7   Groove ever receive any TV airplay?
8       A.   Other than the Celebrex.
9       Q.   Okay.  Other than allegedly in
10  the Celebrex ad, to your knowledge did Bust
11  Dat Groove ever receive any TV airplay?
12      A.   As far as I know.  Sometimes,
13  you know people use it and I'm not aware of it
14  so I don't know.
15      Q.   I'm just asking --
16      A.   As far as I know.
17      Q.   As far as you know the answer
18  is?
19      A.   I don't know.
20      Q.   Let me ask it one more time
21  just to get a yes or no answer.  As far as you
22  know -- strike that.
23           Other than allegedly in the
24  Celebrex commercial, as far as you know did
25  Bust Dat Groove ever receive any TV airplay?

2       A.   I don't know.
3       Q.   Did Mr. Roberts ever give you
4   any kind of written accounting for profits
5   from the Funky Drummer II album?
6       A.   No.
7       Q.   Did you ever license any tracks
8   from the Funky Drummer II album?
9       A.   No.
10      Q.   Do you know if anyone ever
11  licensed any tracks from the Funky Drummer II
12  album?
13           MR. CHIN:  Objection.
14      A.   I don't know.
15      Q.   Did you try to license tracks
16  from the Funky Drummer II album?
17      A.   I didn't personally, but maybe
18  Jane Peterer did.
19      Q.   Do you have any knowledge of
20  any attempts she made to license tracks from
21  the Funky Drummer album?
22      A.   No.  But I got personal phone
23  calls myself from people that wanted to use it
24  and I would direct them to Jane Peterer.
25      Q.   People who wanted to use tracks

2   from Funky Drummer II?
3       A.   Yeah.
4       Q.   Which tracks?
5       A.   I don't remember the exact
6   tracks.
7       Q.   Did anyone call wanting to use
8   Bust Dat Groove?
9       A.   I don't know.  Sometimes they
10  would call her directly, so...
11      Q.   I am just asking with reference
12  to the calls you stated you received, did
13  anyone call with regard to Bust Dat Groove?
14      A.   We didn't get into even finding
15  out what track they wanted to use because I
16  would direct them to Jane Peterer.  She was
17  handling all my publishing work, so...
18      Q.   Did you follow up with
19  Ms. Peterer after you directed people to her?
20      A.   Yes.  And she told me who was
21  inquiring.  But we didn't get into what track
22  or anything like that, you know.
23      Q.   Did any of those inquiries lead
24  to someone paying for license to the track?
25      A.   As far as I know, no.

2       Q.   And you stated that you
3   intended this album to be for hip-hop
4   producers, among other people; correct?
5       A.   Yes.
6       Q.   And you hoped that they would
7   listen to your tracks and license the tracks;
8   is that right?
9       A.   Yes.
10      Q.   So you wanted them to use the
11  tracks in albums or music they would be doing;
12  is that correct?
13      A.   Yes.
14      Q.   But you wanted them to pay you
15  for the right to do that; correct?
16      A.   Exactly.
17      Q.   Did you give any copies of
18  Funky Drummer II away to try to encourage
19  people to use your tracks?
20      A.   We gave very few out.  Very
21  few.  Because it was expensive for us.
22      Q.   So, under plan that you had,
23  you expected, say, hip-hop producers to buy
24  your album; correct?
25      A.   Absolutely.  Yes.