# EXHIBIT B

Page 102

BLAND-RICKY ROBERTS

12:02:35 A. Yes.
12:02:56 Q. How many copies of Funky Drummer I were sold?
12:03:01 A. About 3,000, 3,500, somewhere in there.
12:03:17 Q. How long was Funky Drummer I offered for sale?
12:03:22 A. Not very long. That's why there was a Funky Drummer II.
12:03:25 Q. Okay.
12:03:26 A. Because that particular record was a grass roots effort between Ralph and myself. More so myself than Ralph where, you know, I gave X amount of pieces to Indi. I gave X amount of pieces to various, what would be independent record stores where I was kind of selling it out of the trunk of the car, if you would.
12:03:52 Q. Right.
12:03:59 A. Within a week's time those units that I had, you know, given to those independent stores had sold. I mean this thing flew off the shelves. They were specialty record stores because you would have

Page 103

BLAND-RICKY ROBERTS

the production guys go there and the rappers would go there. People who were into like record production, artists, you know, we had people like D'Angelo bought it. Major guys at the time bought that record.
12:04:48 Q. What format was Funky Drummer I sold in?
12:04:56 A. Both albums, strictly vinyl.
12:04:57 Q. At any point when I am asking questions about Funky Drummer I and II and your answer applies to both, if you can answer it that way, that's fine. I am going to ask it individually so it is not a compound question.
12:05:07 A. Okay.
12:05:08 Q. But if you answer, that's fine we can save time that way if it is the same.
12:05:11 A. Okay.
12:05:12 Q. So Funky Drummer I and II were both on vinyl?
12:05:15 A. Uh-huh.
12:05:18 Q. Was Funky Drummer I ever released on any other media?
12:05:23 A. We didn't release on any other.

Page 104

BLAND-RICKY ROBERTS

12:05:23 Q. Was Funky Drummer II ever released on any other media other than vinyl?
12:05:34 A. No.
12:05:37 Q. Never on compact disk?
12:05:39 A. No.
12:05:40 Q. Never on cassette tape?
12:05:41 A. No.
12:05:44 Q. Who pressed the vinyl for Funky Drummer I?
12:05:51 A. That is a good question, I don't remember whether I used Metropolitan, whether I used a pressing plant in Brooklyn, the name slips me right now. That really escapes me. I don't remember that name or if I used the Florida Records. I don't remember who I used for that. I don't remember who I used for I or II to be honest with you.
12:06:27 Q. So for Funky Drummer I it could have been Metropolitan you said?
12:06:35 A. Uh-huh.
12:06:36 Q. Another place in Brooklyn.
12:06:37 A. Yes. I don't remember that name, though.
12:06:39 Q. And another place in Florida?

Page 105

BLAND-RICKY ROBERTS

12:06:40 A. Florida Press. I think it was called Florida Press I think it was called.
12:06:51 Q. Was Funky Drummer II pressed by the same company that pressed Funky Drummer I?
12:06:58 A. Not necessarily. But I don't remember right now.
12:07:02 Q. Okay. Were there any other companies who could have pressed Funky Drummer II?
12:07:10 A. No.
12:07:12 Q. Mr. Vargas had mentioned that he thought it was pressed in Brooklyn. Does that refresh your recollection?
12:07:18 MR. CHIN: Objection.
12:07:19 A. Well, I said Brooklyn but I don't remember the name of the company. I don't remember.
12:07:28 Q. Do you know if that company is still in business?
12:07:29 A. No, I don't.
12:07:35 Q. How many copies of Funky Drummer I were pressed at first?
12:07:43 A. At first?
12:07:43 Q. Yes.

## Page 110

BLAND-RICKY ROBERTS

```
12:12:23  1
12:12:26  2   untested I would go with 1,000. But Ralph was
12:12:30  3   so emphatic, he believed, I said, okay, we
12:12:34  4   will go 1,500.
12:12:38  5       Q.   Just general information, when
12:12:39  6   you press a record, is there a minimum that
12:12:42  7   you have to have pressed, for example, you
12:12:45  8   couldn't go -- sorry, could you go and say I
12:12:48  9   want five copies of this, press the vinyl?
12:12:53 10       A.   I doubt if you would do that,
12:12:54 11   it is too expensive.
12:12:55 12       Q.   Was there like a minimum
12:12:58 13   threshold number for manufacturers?
12:13:02 14            MR. CHIN: Objection. You can
12:13:02 15   answer.
12:13:02 16       A.   For the manufacturer the
12:13:06 17   numbers that they quote when they give you
12:13:08 18   their pricing sheet start with like 100 or
12:13:11 19   500. So I would say that would be your
12:13:13 20   minimum, I would say.
12:13:15 21       Q.   Then the first pressing of
12:13:16 22   Funky Drummer II, you said it was 1,500
12:13:20 23   copies; right?
12:13:20 24       A.   Yes. Yes.
12:13:28 25       Q.   How many pressings of Funky
```

## Page 111

BLAND-RICKY ROBERTS

```
12:13:28  1
12:13:29  2   Drummer II were made?
12:13:31  3       A.   There was three because of the
12:13:34  4   demand for the record.
12:13:39  5       Q.   So, how many copies of Funky
12:13:41  6   Drummer II were pressed?
12:13:43  7       A.   4,000.
12:13:45  8       Q.   So there was the first one of
12:13:46  9   1,500.
12:13:47 10       A.   Correct.
12:13:48 11       Q.   Then the second pressing?
12:13:49 12       A.   2,000.
12:13:52 13       Q.   Then the third pressing?
12:13:53 14       A.   500.
12:13:54 15       Q.   500. What is the time frame
12:14:05 16   between the first pressing and the last
12:14:07 17   pressing?
12:14:13 18       A.   A month, maybe. A month.
12:14:15 19       Q.   One month?
12:14:15 20       A.   Yeah. A month.
12:14:21 21       Q.   So, do you remember when Funky
12:14:23 22   Drummer II was first pressed?
12:14:25 23       A.   No.
12:14:34 24       Q.   Do you recall the year?
12:14:38 25       A.   No. But it was prior to going
```

## Page 112

BLAND-RICKY ROBERTS

```
12:14:38  1
12:14:39  2   out of business.
12:14:43  3       Q.   How soon before going out of
12:14:44  4   business was Funky Drummer II pressed?
12:14:50  5       A.   I don't know.
12:14:54  6       Q.   Was it a year before?
12:14:56  7            MR. CHIN: Objection.
12:14:56  8       A.   I don't know.
12:15:17  9       Q.   Who decided how many copies of
12:15:18 10   Funky Drummer II would be pressed?
12:15:22 11       A.   I did.
12:15:23 12       Q.   Was anyone else involved in
12:15:24 13   that decision?
12:15:26 14       A.   No. It was mostly me. I mean
12:15:29 15   Ralph, you know, being excited about it, but I
12:15:33 16   made the determination.
12:15:34 17       Q.   For Funky Drummer II did you
12:15:36 18   receive an invoice from the manufacturer for
12:15:39 19   any of the three pressings?
12:15:44 20            MR. CHIN: Objection. You can
12:15:44 21   answer.
12:15:48 22       A.   I would assume so.
12:15:49 23       Q.   Okay.
12:15:50 24       A.   I just don't remember whether,
12:15:52 25   you know, it was the cash and carry as I
```

## Page 113

BLAND-RICKY ROBERTS

```
12:15:52  1
12:15:55  2   stated earlier or if it was a situation -- I
12:15:57  3   would tend to believe there was a receipt
12:15:59  4   because I had to get with Ralph on costs.
12:16:06  5       Q.   Okay. What were the costs of
12:16:11  6   pressing the Funky Drummer II album?
12:16:14  7       A.   I don't know back then. I
12:16:16  8   couldn't tell you.
12:16:18  9       Q.   Do you have a sense, was it
12:16:24 10   charged per unit?
12:16:27 11       A.   Yes. It was a per unit price.
12:16:31 12       Q.   For 1,500 copies of the album
12:16:34 13   would it cost $8 per album?
12:16:37 14       A.   No.
12:16:38 15            MR. CHIN: Objection.
12:16:41 16   Objection. You can answer.
12:16:43 17       A.   No, it wouldn't have cost $8
12:16:45 18   per. I just don't remember what the pressing
12:16:46 19   price was then. It was like you always fought
12:16:49 20   to get the best price. So somewhere around
12:16:51 21   $1, $1.10, $1.15. In there.
12:16:59 22       Q.   You said you had to get with
12:17:01 23   Mr. Vargas regarding the costs; what do you
12:17:04 24   mean by that?
12:17:05 25       A.   Well, I would account to him
```

```
12:20:39  1            BLAND-RICKY ROBERTS
12:20:41  2       Objection. Now you can answer.
12:20:43  3       A.   No. I didn't. See, what I was
12:20:48  4  saying to you earlier in me telling him about
12:20:50  5  the expenses and him having to pay for them,
12:20:53  6  he would pay for them out of the money that
12:20:56  7  say I would get from XYZ store.
12:20:58  8       Q.   Okay.
12:20:59  9       A.   Then I would take that money
12:21:00 10  back.
12:21:00 11       Q.   Okay.
12:21:02 12       A.   Okay. But in terms of him like
12:21:05 13  seeing the documents, they were there if he
12:21:07 14  needed to see them, but for the most part, I
12:21:09 15  don't think he did see them.
12:21:11 16       Q.   Okay.
12:21:12 17       A.   I did what I had to do to run a
12:21:14 18  record company.
12:21:19 19       Q.   Those documents you referred
12:21:20 20  to, those would be, for example, invoices from
12:21:25 21  the manufacturer or receipt?
12:21:31 22            MR. CHIN: Objection.
12:21:32 23       A.   Could be that or other invoices
12:21:33 24  that may have, monies that may have been
12:21:37 25  spent. Recording and this, that and the
```

```
12:21:37  1            BLAND-RICKY ROBERTS
12:21:40  2  other.
12:21:51  3       Q.   Do you have, did you keep
12:21:53  4  copies of any of those documents reflecting
12:21:54  5  the number of copies of Funky Drummer II that
12:22:00  6  were manufactured?
12:22:01  7       A.   If in fact I did receive them,
12:22:05  8  I would have had a copy back then. I don't
12:22:07  9  have one now.
12:22:08 10       Q.   Okay. Does anyone else have a
12:22:09 11  copy of those documents?
12:22:12 12       A.   Not to my knowledge.
12:22:13 13       Q.   Would you know about it if
12:22:14 14  someone else did have a copy of those
12:22:16 15  documents?
12:22:17 16            MR. CHIN: Objection. You can
12:22:22 17  answer.
12:22:22 18       A.   I would want to say yes, but
12:22:25 19  the answer would actually have to be no. If
12:22:27 20  someone from their organization that made the
12:22:29 21  Records, pressed the Records, if they had a
12:22:32 22  copy, I wouldn't know that.
12:22:35 23       Q.   Okay. Would you have written
12:22:46 24  notes or any other, you know, memorialization
12:22:48 25  of the number of, an accounting of the number
```

```
12:22:48  1            BLAND-RICKY ROBERTS
12:22:51  2  of copies that you pressed?
12:23:01  3            MR. CHIN: Objection.
12:23:01  4       A.   I don't know. Written notes
12:23:06  5  today?
12:23:07  6       Q.   Yes.
12:23:07  7       A.   No. No.
12:23:13  8       Q.   Are the numbers you are saying
12:23:14  9  for pressing of Funky Drummer II, are you
12:23:17 10  relying only on your memory to testify to
12:23:20 11  those numbers?
12:23:24 12            MR. CHIN: Objection.
12:23:24 13       A.   Pretty much.
12:23:27 14       Q.   Other than your memory what
12:23:28 15  else are you relying on to say that 4,000
12:23:33 16  copies of Funky Drummer II were pressed?
12:23:39 17       A.   It would strictly be memory.
12:23:41 18       Q.   Anything else?
12:23:41 19       A.   No.
12:23:42 20       Q.   There is nothing else other
12:23:43 21  than your memory that you're relying on to
12:23:46 22  testify to the number of copies of Funky
12:23:49 23  Drummer II that were pressed?
12:23:55 24            MR. CHIN: Objection.
12:23:55 25       Q.   You can answer.
```

```
12:23:55  1            BLAND-RICKY ROBERTS
12:23:58  2       A.   Nothing but my memory.
12:23:59  3       Q.   Did you review any documents at
12:24:03  4  all that gave you that number?
12:24:04  5       A.   No. It's all recollection.
12:24:10  6       Q.   So if your memory was mistaken,
12:24:13  7  there is no other way to know the total number
12:24:15  8  of copies of Funky Drummer II that were
12:24:18  9  pressed?
12:24:20 10            MR. CHIN: Objection.
12:24:21 11       A.   Correct.
12:24:31 12       Q.   I will go through the same
12:24:32 13  thing for Funky Drummer I. Are you relying
12:24:34 14  solely on your memory to testify to the
12:24:37 15  number of copies that were pressed of Funky
12:24:40 16  Drummer I?
12:24:41 17       A.   Yes.
12:24:42 18       Q.   Is there anything else?
12:24:44 19            MR. CHIN: Objection.
12:24:46 20       A.   No.
12:24:48 21       Q.   Did you review any documents
12:24:49 22  that gave you, that got you to the number
12:24:53 23  3,000 for the copies of Funky Drummer I that
12:24:55 24  were pressed?
12:24:58 25            MR. CHIN: Objection.
```

LEGALINK, A MERRILL CORPORATION
(800) 325-3376    www.Legalink.com

a8995429-b478-486b-bd88-7a4882921656

```
                                              Page 150
13:32:26  1           BLAND-RICKY ROBERTS
13:32:27  2   house.  Do you still have any copies of Funky
13:32:42  3   Drummer Volume I?
13:32:43  4       A.   No.
13:32:46  5       Q.   Do you know -- strike that.
13:33:07  6            Where were copies of Funky
13:33:12  7   Drummer Volume II housed after they were
13:33:14  8   pressed?
13:33:16  9       A.   Same as Volume I, they were
13:33:18 10   housed with me.
13:33:24 11       Q.   And do you have any copies of
13:33:26 12   Funky Drummer Volume II?
13:33:29 13       A.   No.
13:33:45 14       Q.   When was Funky Drummer I first
13:33:48 15   offered for sale?
13:33:55 16       A.   Dates, I don't remember.
13:34:07 17       Q.   Sorry, I just want to step back
13:34:09 18   for one minute.  On the copies of Funky
13:34:13 19   Drummer Volume I, do you know where any copies
13:34:16 20   of that album might be?
13:34:25 21       A.   Presently?
13:34:26 22       Q.   Yes.
13:34:39 23       A.   No, I couldn't give you an
13:34:42 24   honest answer on that.
13:34:47 25       Q.   For Funky Drummer Volume II do
```

```
                                              Page 151
13:34:47  1           BLAND-RICKY ROBERTS
13:34:49  2   you know where any copies of that album are
13:34:53  3   presently?
13:34:56  4       A.   No.
13:35:20  5       Q.   You registered a copyright in
13:35:26  6   the sound recording for Funky Drummer Volume
13:35:28  7   II; didn't you?
13:35:29  8       A.   Yes.
13:35:30  9       Q.   Do you remember when that was?
13:35:32 10       A.   No.  Can I ask you a question
13:36:00 11   based on my last answer?
13:36:02 12       Q.   Sure.
13:36:03 13       A.   You asked me did I register a
13:36:04 14   copy.  I answered yes.  Now would that include
13:36:07 15   my agents, the person acting on my behalf to
13:36:10 16   register that or was that me personally.
13:36:16 17       Q.   Do you personally have a
13:36:17 18   copyright in the sound recording for Funky
13:36:20 19   Drummer Volume II?
13:36:21 20       A.   Yes, I do.
13:36:30 21       Q.   Did you register that
13:36:30 22   copyright? You personally.
13:36:34 23       A.   No.
13:36:36 24       Q.   Someone acting on your behalf
13:36:37 25   register that copyright?
```

```
                                              Page 152
13:36:37  1           BLAND-RICKY ROBERTS
13:36:39  2       A.   Yes.
13:36:39  3       Q.   Who was that?
13:36:41  4       A.   It was originally registered by
13:36:45  5   Jane Peterer who was my, she was our agent
13:36:50  6   for -- she was my publisher.  And then it was
13:36:56  7   later amended and that was registered by my
13:36:58  8   attorney.
13:37:03  9       Q.   I am going to show you what has
13:37:05 10   been marked Defendants' Exhibit 3.  Do you
13:37:16 11   recognize this document?
13:37:18 12       A.   Yes.
13:37:22 13       Q.   What is it?
13:37:25 14       A.   It is the Certificate of
13:37:26 15   Registration of an SR Form, which stands for
13:37:30 16   sound recording with the United States
13:37:31 17   government, Copyright Office.
13:37:36 18       Q.   Do you see there in block
13:37:38 19   number 1 where it says "title of this work?"
13:37:41 20       A.   Yes.
13:37:42 21       Q.   What does it say there?
13:37:45 22       A.   "Funky Drummer Volume II."
13:37:50 23       Q.   Is this the Certificate of
13:37:51 24   Registration for the sound recording of Funky
13:37:54 25   Drummer Volume II?
```

```
                                              Page 153
13:37:54  1           BLAND-RICKY ROBERTS
13:37:57  2       A.   Sorry, I didn't hear you.
13:37:59  3       Q.   Is this the Certificate of
13:38:01  4   Registration for the sound recording in Funky
13:38:03  5   Drummer Volume II?
13:38:04  6       A.   Yes, it is.
13:38:09  7       Q.   Do you see there in block
13:38:11  8   number 3 toward the bottom 3A it says "year in
13:38:17  9   which creation of this work was completed?"
13:38:20 10       A.   Uh-huh.
13:38:20 11       Q.   What does it say there?
13:38:24 12       A.   "1994."
13:38:31 13       Q.   Does that refresh your
13:38:33 14   recollection as to when the Funky Drummer
13:38:37 15   Volume II was completed?
13:38:42 16       A.   Well, it says here 1994.
13:38:51 17       Q.   Do you remember, can you tell
13:38:52 18   me when Funky Drummer Volume II was offered
13:38:54 19   for sale?
13:38:58 20       A.   It would have been shortly
13:38:59 21   thereafter the registration of this document.
13:39:13 22       Q.   You see there in 3B where it
13:39:13 23   says the date and nation of the first
13:39:13 24   publication of this particular work was
13:39:13 25   February 11, 1994; do you see that?
```

39 (Pages 150 to 153)

a8995429-b478-486b-bd88-7a4882921656

Page 154

```
13:39:13  1            BLAND-RICKY ROBERTS
13:39:17  2        A.  Yes, uh-huh.
13:39:21  3        Q.  So, does that date on this form
13:39:28  4   reflect when Funky Drummer II was released for
13:39:31  5   sale?
13:39:32  6            MR. CHIN:  Objection.  You can
13:39:34  7   answer.
13:39:34  8        A.  It says February 11, 1994.
13:39:38  9        Q.  What does that mean to you when
13:39:40 10   it says "date of first publication, date and
13:39:45 11   nation of this first publication of this
13:39:46 12   work?"
13:39:49 13            MR. CHIN:  Objection.  The
13:39:50 14   issue of whether publication is a legal term.
13:39:53 15   But he can still answer.
13:39:55 16        Q.  To the extent you know.
13:39:56 17        A.  Publication would be the time
13:39:57 18   in which it is distributed or produced.
13:40:02 19        Q.  Okay.
13:40:05 20        A.  It states here it was done on
13:40:06 21   that date, so I would imagine that's the date.
13:40:17 22        Q.  Is Funky Drummer Volume I,
13:40:22 23   sorry -- strike that.
13:40:23 24            Do you have any reason to doubt
13:40:24 25   the date that is on this form, that that's
```

Page 155

```
13:40:24  1            BLAND-RICKY ROBERTS
13:40:29  2   accurate?
13:40:30  3        A.  I have no reason to doubt it.
13:40:36  4        Q.  Is Funky Drummer Volume I still
13:40:38  5   for sale today?
13:40:43  6        A.  When you ask me still for sale,
13:40:48  7   do you mean am I selling it?
13:40:51  8        Q.  Sure.  Are you selling it?
13:40:54  9        A.  No.  Not presently.
13:40:54 10        Q.  Do you know if anyone is
13:40:55 11   selling it?
13:40:56 12        A.  I have seen it on the internet
13:40:59 13   for sale once or twice.
13:41:03 14        Q.  Is it still being sold first
13:41:06 15   end user sales?
13:41:07 16        A.  No.  Not first end.
13:41:08 17        Q.  So if you have seen it for sale
13:41:10 18   it is a used copy being sold?
13:41:12 19        A.  Correct.  To my knowledge.
13:41:13 20   Because I didn't buy it, so to my knowledge it
13:41:15 21   is.
13:41:23 22        Q.  When did you stop selling Funky
13:41:25 23   Drummer Volume I?
13:41:34 24        A.  I don't know the exact date.
13:41:39 25        Q.  Where did you see Funky Drummer
```

Page 156

```
13:41:39  1            BLAND-RICKY ROBERTS
13:41:41  2   Volume I offered for sale on the internet?
13:41:51  3        A.  What site was that?  It was on
13:41:52  4   one of those sites like an eBay site.
13:41:55  5        Q.  Was it eBay?
13:41:57  6        A.  I'm not a hundred percent sure,
13:42:00  7   but it was a site similar to that.
13:42:11  8        Q.  Was that a copy of the Funky
13:42:12  9   Drummer Volume I the vinyl copy?
13:42:15 10        A.  Yes, it was vinyl.
13:42:17 11        Q.  When did you see that for sale?
13:42:25 12        A.  When we first started this
13:42:26 13   case.
13:42:28 14        Q.  When was that?
13:42:28 15        A.  We have been doing this, what,
13:42:30 16   two years now.  So it had to be about two
13:42:32 17   years ago.
13:42:33 18        Q.  About 2004?
13:42:36 19        A.  If we been doing this case for
13:42:38 20   two years -- it is either 2004, 2005.  It is
13:42:41 21   whatever the time frame is that we've been
13:42:44 22   pursuing this case I saw it just prior to
13:42:47 23   that.
13:42:55 24        Q.  Okay.  Since then have you seen
13:42:58 25   Funky Drummer Volume I offered for sale on the
```

Page 157

```
13:42:58  1            BLAND-RICKY ROBERTS
13:43:00  2   internet?
13:43:01  3        A.  No.
13:43:03  4        Q.  How many times did you see it
13:43:04  5   for sale on the internet?
13:43:07  6        A.  In the beginning?  I saw it
13:43:14  7   once.  I think it was once.  Because one of my
13:43:16  8   kids was on the internet.  That is how I
13:43:18  9   happened to see it.
13:43:43 10        Q.  When did you stop selling --
13:43:45 11   sorry, is Funky Drummer Volume II still for
13:43:48 12   sale?
13:43:50 13        A.  During what time frame?
13:43:52 14        Q.  Presently.
13:43:53 15        A.  Is it for sale now?
13:43:54 16        Q.  Yes.
13:43:54 17        A.  No, it is not.
13:43:57 18        Q.  And when did you stop selling
13:43:58 19   Funky Drummer Volume II?
13:44:05 20        A.  Shortly after the last
13:44:06 21   pressing.
13:44:09 22        Q.  When was that?
13:44:10 23        A.  Within that month time frame
13:44:11 24   that we spoke of earlier.  Date, I couldn't
13:44:14 25   give you a date.
```

40 (Pages 154 to 157)

a8995429-b478-486b-bd88-7a4882921656

## Page 158

```
13:44:14  1                BLAND-RICKY ROBERTS
13:44:21  2        Q.   So if we are going off of the
13:44:24  3   approximate date of February 1994 when Funky
13:44:32  4   Drummer Volume II was released, you stopped
13:44:39  5   selling it shortly thereafter?
13:44:43  6        A.   March --
13:44:45  7             MR. CHIN:  Wait until she
13:44:46  8   finishes.
13:44:47  9        Q.   Shortly thereafter?
13:44:49 10             MR. CHIN:  Objection.
13:44:52 11        A.   March, April, thereabout.
13:45:06 12        Q.   Have you ever seen copies of
13:45:08 13   Funky Drummer Volume II offered for sale on
13:45:10 14   the internet?
13:45:12 15        A.   No.
13:45:21 16        Q.   I just want to talk about the
13:45:23 17   distribution process for Funky Drummers volume
13:45:28 18   and we talked about your distributor generally
13:45:31 19   for JBR Records.  We will focus on Funky
13:45:34 20   Drummer I first.  Again I am going to ask you
13:45:36 21   the questions specific to each album.  If you
13:45:38 22   say that it was the same for Funky Drummer II,
13:45:40 23   you can tell us that and it will go faster.
13:45:44 24   I'll ask separately otherwise.
13:45:52 25             How was Funky Drummer I
```

## Page 159

```
13:45:52  1                BLAND-RICKY ROBERTS
13:45:53  2   distributed?
13:45:56  3        A.   It was distributed, as I stated
13:45:58  4   earlier, through the trunk of the car, as well
13:46:03  5   as through formal distributor channels.
13:46:05  6        Q.   When you say trunk of the car,
13:46:07  7   you're talking about the trunk of your car?
13:46:10  8        A.   That's a term used loosely.  As
13:46:17  9   you mentioned a few minutes ago.  You asked me
13:46:19 10   about Mr. Vargas delivering Records to Rock
13:46:23 11   and Soul.
13:46:25 12        Q.   Right.
13:46:25 13        A.   That would be considered out of
13:46:27 14   the trunk of the car as opposed to that
13:46:30 15   distribution entity that their salesperson
13:46:33 16   selling that record we would be selling it.
13:46:40 17   We call that out of the trunk of the car.
13:46:40 18        Q.   That is direct --
13:46:40 19        A.   Direct sales.
13:46:40 20        Q.   -- direct sales from the label
13:46:42 21   and the artist in this case, you said
13:46:44 22   Mr. Vargas is not an artist.  So direct sales
13:46:48 23   from the label and the musician; right?
13:46:53 24        A.   Okay.
13:47:11 25        Q.   For the sales of Funky Drummer
```

## Page 160

```
13:47:11  1                BLAND-RICKY ROBERTS
13:47:12  2   Volume I, you said there was also more formal
13:47:16  3   distributor channels?
13:47:18  4        A.   Indi, we used Indi, we used
13:47:21  5   Pearl which is a one stop out of Brooklyn.  We
13:47:33  6   used Tiger.  Tiger.  The name slips me
13:47:37  7   right now.  Tiger something or something Tiger
13:47:40  8   was an international distributor out of
13:47:43  9   Jersey.  Englewood, New Jersey.  And we
13:47:47 10   distributed product to all of those sources as
13:47:57 11   well.
13:47:58 12        Q.   Other than Indi, Pearl or Tiger
13:48:01 13   were there any other distribution sources what
13:48:03 14   you were calling more the formal distribution
13:48:06 15   for Funky Drummer Volume I?
13:48:08 16        A.   There was one other one that
13:48:09 17   was located down the block from the Limelight.
13:48:16 18   I just can't remember the name of that one.  I
13:48:18 19   know he distributed international as well.
13:48:20 20        Q.   You are talking about the
13:48:21 21   Limelight here in New York City on Sixth
13:48:24 22   Avenue.
13:48:25 23        A.   Yes.
13:48:25 24        Q.   Or what used to be there.  It
13:48:27 25   is something else already.
```

## Page 161

```
13:48:27  1                BLAND-RICKY ROBERTS
13:48:28  2        A.   Right.
13:48:28  3        Q.   There was another distributor
13:48:31  4   there, you just don't remember their name?
13:48:33  5        A.   I don't remember their name,
13:48:34  6   the proper name.
13:48:45  7        Q.   You said you also made direct
13:48:46  8   sales to record stores, were those record
13:48:49  9   stores local here in New York?
13:48:50 10        A.   Yes.
13:48:51 11        Q.   What were the names of those
13:48:52 12   stores?
13:48:55 13        A.   You had Rock and Soul.  You had
13:48:58 14   Downstairs.  You had Downtown.  You had
13:49:05 15   Carmine Records.  You had Vinyl-mania.  Eight
13:49:11 16   Ball Records.  Eight Ball, by the way, was an
13:49:20 17   international distributor because they had
13:49:21 18   their own record company.  So I know that they
13:49:23 19   shipped product everywhere.
13:49:31 20             One in the Bronx.  There is a
13:49:33 21   couple in the Bronx on Concourse, Grand
13:49:39 22   Concourse, I can't remember.  There was one on
13:49:42 23   Fordham Road I know we went to.  That's all I
13:49:51 24   can remember.
13:50:06 25        Q.   Other than Rock and Soul,
```

Page 162

```
13:50:06  1              BLAND-RICKY ROBERTS
13:50:08  2   Downstairs, Downtown, I think you said
13:50:11  3   Carmine, Vinyl-mania, Eight Ball Records there
13:50:16  4   were a couple, two, are you saying two in the
13:50:19  5   Bronx?
13:50:19  6       A.    Let's say several.
13:50:22  7       Q.    Several in the Bronx?
13:50:23  8       A.    More than two.  Maybe four.
13:50:24  9       Q.    Were there other record
13:50:25 10   stores to which you distributed Funky Drummer
13:50:29 11   Volume I?
13:50:32 12       A.    There very well may have been,
13:50:33 13   I just can't remember names right now.
13:50:43 14       Q.    Where would you get that
13:50:44 15   information if you had to, the names of any of
13:50:49 16   those other stores?
13:50:53 17       A.    When you say had to, do you
13:50:55 18   mean my life depends on it?
13:50:57 19       Q.    Sure.
13:50:57 20       A.    I'm in trouble.
13:50:59 21       Q.    Is there any document that
13:51:01 22   reflects what record stores Funky Drummer
13:51:05 23   Volume I was distributed to?
13:51:08 24       A.    That exists now?
13:51:11 25       Q.    No.  That existed at the time
```

Page 163

```
13:51:11  1              BLAND-RICKY ROBERTS
13:51:12  2   it was being sold.
13:51:14  3       A.    Oh, sure.
13:51:16  4       Q.    Who has those documents?
13:51:21  5       A.    Not being smart, probably a
13:51:23  6   landfill somewhere.
13:51:24  7       Q.    So are there any documents that
13:51:28  8   exist now?
13:51:28  9       A.    No.
13:51:33 10       Q.    Is any information about what
13:51:36 11   stores Funky Drummer Volume I was distributed
13:51:41 12   to through direct sales that any information
13:51:47 13   you have, are you relying solely on your
13:51:49 14   memory for that?
13:51:51 15       A.    Yes.
13:51:55 16       Q.    Any information about what
13:51:58 17   distributors sold Funky Drummer Volume I, is
13:52:02 18   that information from your memory?
13:52:07 19       A.    Yes.  You can add another
13:52:10 20   distributor.  City Hall on the West Coast.
13:52:13 21   City Hall also.
13:52:15 22       Q.    Did you just remember that?
13:52:16 23       A.    Yeah, based on you saying based
13:52:18 24   on your memory.
13:52:33 25       Q.    Were there any other -- who was
```

Page 164

```
13:52:33  1              BLAND-RICKY ROBERTS
13:52:37  2   responsible for distributing Funky Drummer
13:52:41  3   Volume I?
13:52:46  4       A.    What do you mean by who was
13:52:47  5   responsible?
13:52:49  6       Q.    Whose responsibility was it to
13:52:50  7   see that Funky Drummer Volume I was
13:52:52  8   distributed anywhere?
13:52:54  9       A.    Mine.
13:52:56 10       Q.    Was there anyone else who was
13:52:57 11   responsible for that?
13:52:58 12       A.    No.
13:53:00 13       Q.    Was there anyone else who
13:53:01 14   helped you distribute Funky Drummer I?
13:53:05 15       A.    Sure.
13:53:07 16       Q.    Who was that?
13:53:08 17       A.    Ralph and all of the above
13:53:10 18   mentioned.
13:53:14 19       Q.    And all of the above mentioned,
13:53:16 20   you mean --
13:53:17 21       A.    All those that you wrote down.
13:53:19 22       Q.    Each store?
13:53:20 23       A.    Yes.
13:53:20 24       Q.    Helped you distribute.  As well
13:53:23 25   as obviously each of the distributors?
```

Page 165

```
13:53:23  1              BLAND-RICKY ROBERTS
13:53:25  2       A.    Yes.
13:53:35  3       Q.    Did anyone at Globe Art help
13:53:40  4   distribute the copies of Funky Drummer
13:53:42  5   Volume I?
13:53:43  6       A.    No.
13:53:44  7       Q.    Did Jane Peterer, did she help
13:53:46  8   distribute copies of Funky Drummer Volume I?
13:53:48  9       A.    No.
13:53:51 10       Q.    Then for Funky Drummer Volume
13:53:59 11   II, how was that distributed?
13:54:03 12       A.    Same way.  Volume I was
13:54:04 13   distributed.
13:54:05 14       Q.    By that you mean there was
13:54:06 15   direct sales to record stores; right?
13:54:10 16       A.    Direct sales to record stores
13:54:12 17   as well as formal distribution channels.
13:54:21 18       Q.    For Funky Drummer Volume II,
13:54:23 19   did any of those formal channels differ than
13:54:26 20   what you testified to about Volume I?
13:54:35 21       MR. CHIN:  Objection.
13:54:35 22       A.    No.
13:54:38 23       Q.    Were any of the stores where
13:54:39 24   you made direct sales of Funky Drummer II,
13:54:42 25   were those different than the ones you listed
```

## Page 166

```
13:54:42  1             BLAND-RICKY ROBERTS
13:54:45  2   for Funky Drummer Volume I?
13:54:48  3            MR. CHIN:  Objection.
13:54:50  4        Q.  Was Funky Drummer Volume II
13:54:52  5   sold in stores other than the ones you've said
13:54:58  6   you distributed Funky Drummer Volume I to?
13:55:02  7            MR. CHIN:  Objection.
13:55:02  8        A.  Probably, yes.
13:55:05  9        Q.  Did you distribute copies of
13:55:07 10   Funky Drummer Volume II to other record stores
13:55:09 11   than the ones that you listed for Funky
13:55:13 12   Drummer Volume I?
13:55:15 13            MR. CHIN:  Objection.
13:55:16 14        A.  I am sure I did, yes.
13:55:22 15        Q.  Do you mean there were other
13:55:23 16   record stores you distributed to that you
13:55:25 17   can't remember the names of right now?
13:55:27 18        A.  Correct.
13:55:28 19        Q.  Is that true for Funky Drummer
13:55:30 20   Volume I as well?
13:55:32 21        A.  Correct.
13:55:42 22        Q.  Would it be fair to say the
13:55:43 23   distribution for Funky Drummer Volume I and
13:55:47 24   for Volume II were similar?
13:55:51 25        A.  Yes.
```

## Page 167

```
13:55:51  1             BLAND-RICKY ROBERTS
13:55:56  2        Q.  I am going to show you what has
13:55:57  3   been produced in this case plaintiffs Bates
13:56:00  4   page marked 3.  We can mark that as
13:56:02  5   Defendants' Exhibit 18.
13:56:02  6            (Defendants' Exhibit 18 for
13:56:24  7   identification, Distribution List, production
13:56:24  8   numbers 000003.)
13:56:25  9        A.  Oh, man.
13:56:25 10        Q.  I am showing you what is
13:56:26 11   Defendants' Exhibit 18, page 3 of plaintiffs'
13:56:32 12   production in this case.  Do you recognize
13:56:34 13   that document?
13:56:37 14        A.  Yeah.  It was a listing of the
13:56:45 15   of the places where Funky Drummer was
13:56:46 16   distributed.  It is on a JBR memorandum.  This
13:56:52 17   is something that I think I produced or found
13:57:00 18   this.  I don't know where I found this at.
13:57:02 19   But I think I gave this to Mr. Chin.  That is
13:57:05 20   why when you asked me does it exist, I said no
13:57:07 21   because I forgot all about this.  That is why
13:57:11 22   I said oh, my goodness, yeah.
13:57:14 23        Q.  So who wrote this memorandum?
13:57:21 24        A.  I believe I did.
13:57:21 25        Q.  Who is it to?
```

## Page 168

```
13:57:21  1             BLAND-RICKY ROBERTS
13:57:26  2        A.  This was in general.  I think I
13:57:28  3   gave this to Sabrina.  And I gave it to
13:57:38  4   probably this would have went to Indi because
13:57:41  5   they wanted to know who I gave the record to.
13:57:44  6   If I am not mistaken.  That is what this is.
13:57:54  7        Q.  Was this -- so this document
13:57:55  8   was it created for this litigation?
13:57:58  9        A.  No.  No.
13:58:01 10        Q.  When was it created?
13:58:03 11        A.  Gees, I don't know the date.
13:58:05 12   It is a long time ago.
13:58:12 13        Q.  Was it created while JBR was
13:58:15 14   still in business?
13:58:16 15        A.  Yes, it was.
13:58:22 16        Q.  Where was this found?
13:58:26 17        A.  My wife found it in a box.
13:58:35 18   This was in it and some other documents
13:58:37 19   pertaining to one other record.  But that was
13:58:39 20   the only two documents that was in that box.
13:58:41 21   Then the rest of it was house stuff pertaining
13:58:45 22   to our house.
13:58:52 23        Q.  Okay.
13:58:53 24        A.  So my guess is this was
13:58:54 25   Sabrina's copy because I know everything else
```

## Page 169

```
13:58:54  1             BLAND-RICKY ROBERTS
13:58:57  2   was thrown in the dumpster.
13:59:01  3        Q.  So, of all the JBR documents
13:59:04  4   pertaining to Funky Drummer I or -- pertaining
13:59:09  5   to Funky Drummer I, is this the only document
13:59:13  6   that you have found?
13:59:18  7        A.  It is the only one I found that
13:59:21  8   I can remember.  I didn't give anything else
13:59:24  9   to Mr. Chin that I can remember.  This is it.
13:59:32 10        Q.  Did you give to Mr. Chin all of
13:59:34 11   the documents in your possession regarding
13:59:40 12   Funky Drummer, either album, the series?
13:59:44 13        A.  I and II.
13:59:45 14        Q.  Yes.
13:59:46 15        A.  Yes, I gave him everything that
13:59:48 16   I had.  I think this and then he obtained the
13:59:53 17   SR forms.
13:59:58 18        Q.  Okay.  Did you ask your wife if
13:59:59 19   she had any other JBR documents that would be
14:00:03 20   relevant to this case?
14:00:06 21        A.  Yes.  Once she found this I
14:00:08 22   did.
14:00:09 23        Q.  Yes?
14:00:09 24        A.  Once she had found this I did
14:00:11 25   ask her and she said I don't even know --
```

Page 266

```
16:26:34  1         BLAND-RICKY ROBERTS
16:26:36  2    letter dated June 8, 2004 that is Defendants'
16:26:40  3    Exhibit 10 --
16:26:41  4       A.  Yes.
16:26:46  5       Q.  Was it at that point you
16:26:47  6    decided to file a lawsuit?
16:26:53  7       A.  Yes.
16:26:54  8       Q.  And did you talk to any other
16:26:55  9    lawyers, other than Kendell Minter or
16:26:58 10    Mr. Chin?
16:27:02 11       A.  Yes, Mr. Chin's associates.  So
16:27:11 12    the answer to the question would be yes.
16:27:13 13       Q.  Who else was that?
16:27:21 14          MR. CHIN:  Do you want the
16:27:21 15    names of the other attorneys.
16:27:23 16          MS. AHRENS:  Yes.
16:27:24 17          MR. CHIN:  Mark Samuels.
16:27:27 18    M-A-R-K, Samuels, S-A-M-U-E-L-S.
16:27:31 19          MS. AHRENS:  Sorry, is Mark
16:27:32 20    Samuels your associate?
16:27:34 21          MR. CHIN:  No, he was somebody
16:27:38 22    that I have done work with together.  I work
16:27:39 23    with together.
16:27:40 24          MS. AHRENS:  Okay.
16:27:44 25          MR. CHIN: Not associate that he
```

Page 267

```
16:27:44  1         BLAND-RICKY ROBERTS
16:27:46  2    is a part of my firm.
16:27:48  3          MS. AHRENS:  In your office;
16:27:49  4    right?
16:27:50  5          MR. CHIN:  You want the other
16:27:50  6    attorney?
16:27:51  7          MS. AHRENS:  Yes.
16:27:52  8          MR. CHIN:  James McMillan.
16:27:55  9    M-C capital M-I-L-L-A-N.  There is a third
16:28:05 10    attorney in that office but the name escapes
16:28:07 11    me right now.
16:28:10 12       A.  Suspenders.
16:28:11 13          MR. CHIN:  Yes.  I forgot his
16:28:12 14    name.
16:28:22 15       Q.  Mr. Roberts, when did you first
16:28:24 16    speak to Mark Samuels about the Celebrex ad?
16:28:31 17       A.  I can't give you a date.  It
16:28:37 18    was shortly after this letter.
16:28:40 19       Q.  This letter you mean?
16:28:42 20       A.  The letter being Defendants'
16:28:43 21    Exhibit 10.  I interviewed with Ralph two or
16:28:54 22    three other attorneys that couldn't handle the
16:29:02 23    scope of this type of litigation, thus I got
16:29:05 24    in touch with my attorney Kendell and he
16:29:09 25    turned me on to Mark Samuels' office who in
```

Page 268

```
16:29:09  1    ROBERTS-CONFIDENTIAL ATTORNEYS' EYES
16:29:12  2    turn put me with Mr. Chin.
16:29:22  3       Q.  Just to close out you didn't
16:29:23  4    have any discussions prior to the lawsuit with
16:29:25  5    East West Communications; did you?
16:29:27  6       A.  No.
```

Page 269

```
16:29:27  1    ROBERTS-CONFIDENTIAL ATTORNEYS' EYES
16:29:46  2       THE FOLLOWING IS A CONFIDENTIAL PORTION:
16:29:46  3       Q.  You have settled your case
16:29:47  4    against Pfizer, Publicis and Fluid Music for
16:29:50  5    $150,000; is that correct?
16:29:54  6          MR. CHIN:  Objection.  This
16:29:57  7    portion of the transcript should be governed
16:29:59  8    by the confidentially stipulation and agreed
16:30:03  9    confidentially order.
16:30:11 10          My objection is to form and
16:30:14 11    relevance, but I just want it to be known in
16:30:16 12    the record this section of the transcript
16:30:18 13    should be subject to the confidentially order.
16:30:21 14    Correct?
16:30:22 15          MS. AHRENS:  Yes.  That's
16:30:23 16    correct.
16:30:25 17       Q.  You can answer.
16:30:28 18       A.  You asked me did we settle?
16:30:30 19       Q.  Yes.
16:30:30 20       A.  Yes, we did.
16:30:31 21       Q.  You settled for a payment of
16:30:33 22    $150,000; is that right?
16:30:34 23          MR. CHIN:  Objection.  You can
16:30:35 24    answer.
16:30:36 25       A.  Yes.
```

68 (Pages 266 to 269)