# EXHIBIT F

1  discussing, and how we're discussing it.
2      I made my sample CD because lots of people
3  were sampling my recordings, and I made a sample CD as
4  a way to give back to a community of people that I
5  really believe in -- and also to make money for things
6  that -- I'm not about to do what you are doing, which
7  is go out and sue someone because you believe that
8  they have used something of theirs in a recording of
9  theirs -- yours and a recording of yours and
10 whatever -- which in this case is completely
11 inaccurate, ironically.
12     But I made my sample CD to create a viable and
13 legal means for people to have my drum loops. And at
14 the point that someone purchased my sample CD, all my
15 loops are free license.
16     So there's 403 loops that I made for people to
17 use however they want.
18   Q.  Did you make the loops for free?
19   A.  Yes, I did.
20   Q.  You didn't get paid?
21   A.  That's correct.
22   Q.  So you didn't get paid any money for
23 Aparthenonia?
24   A.  No, that's not what you asked me.
25   Q.  I'm asking that now.