# EXHIBIT P

Dockets.Justia.com

[REDACTED]