# EXHIBIT T

342

1  IVAN A. RODRIGUEZ - CONFIDENTIAL
2  melody; correct?
3      A.  Correct.
4      Q.  What did you mean at the time
5  you wrote "melody?"
6      A.  When I did my declaration I
7  confused myself with Celebrex. I was working
8  on all three. I concentrated on Aparthenonia
9  and Bust Dat Groove. But I also used the
10 Celebrex commercial. Which has a melody.
11 That is where I was confused as I was doing
12 it. It was the first time as well as doing a
13 declaration because I never went that far. I
14 am sure I missed a couple of things.
15     Q.  But Aparthenonia itself does
16 not have a melody; correct?
17     A.  No.
18     Q.  And Bust Dat Groove does not
19 have a melody?
20     A.  No.
21         MR. CHIN: Objection.
22     Q.  So, if you look at paragraph 19
23 of your report -- your declaration rather on
24 page 10.
25     A.  Yes.

343

1  IVAN A. RODRIGUEZ - CONFIDENTIAL
2      Q.  Where you again say "same
3  rhythm, melody and overall feel," were you
4  again referring -- strike that.
5          If you look at page 19 where
6  melody is again mentioned.
7          MR. CHIN: Page 19?
8          MR. OLSON: Paragraph 19.
9      Q.  Let's start over. Paragraph
10 19, where you use melody again --
11     A.  Yes.
12     Q.  -- is that the same as before
13 where you are thinking of Celebrex?
14     A.  Yes.
15     Q.  So notwithstanding what 19
16 says, paragraph 19 says of your declaration,
17 Bust Dat Groove does not have a melody;
18 correct?
19         MR. CHIN: Objection.
20     A.  My opinion Bust Dat Groove does
21 not have what you consider a common melody
22 where there is bells ringing or things like
23 that, but it has a tone of its own. That is
24 what I consider a tone. There is a tone to a
25 kick. There is a tone to the snare. Those

344

1  IVAN A. RODRIGUEZ - CONFIDENTIAL
2  tones are the ones that initially told me they
3  were the same record. If they were just flat
4  snares I wouldn't have been able to tell.
5      Q.  Drums have pitch; right?
6      A.  Pitch, yes, tone when you pitch
7  it up the tone changes, it is brighter,
8  darker.
9      Q.  And you can adjust pitch on the
10 MP3,000; right?
11     A.  Yes, you can.
12     Q.  You adjusted the pitch on Bust
13 Dat Groove to make it higher so it sounds more
14 like Aparthenonia in your edited version;
15 correct?
16     A.  No. Incorrect. I adjusted it
17 for speed. Not so that it could sound the
18 same. It was moving a little bit slower
19 because of the tempo of the new record. When
20 you pitch it, it catches up in speed. If you
21 pitch it drastically then you're affected.
22     Q.  Did that change the tone as
23 well?
24     A.  Slightly.
25     Q.  Do you mean something different

345

1  IVAN A. RODRIGUEZ - CONFIDENTIAL
2  when you say pitch than when you say tone?
3      A.  No. For me pitch and tone are
4  pretty much the same.
5      Q.  So I understand there is drums
6  can have pitch. That can be adjusted by
7  tuning the drums?
8      A.  Correct. The skins.
9      Q.  And you adjusted the pitch by
10 changing the timing on Bust Dat Groove snare
11 hit; right?
12     A.  No. I adjusted the pitch not
13 the timing. The pitch corresponds to timing.
14 If you pitch something upward it moves a tad
15 bit faster. Timing would just be timing,
16 meaning you actually move the item.
17     Q.  I might have misheard before.
18 I thought you said you made the snare hit a
19 little faster which adjusted the pitch; is
20 that correct?
21     A.  No. Backwards. I adjusted the
22 pitch so it could be a bit faster.
23     Q.  Okay. So you adjusted the
24 pitch of the snare from the original Bust Dat
25 Groove; correct?

**346**

1  IVAN A. RODRIGUEZ - CONFIDENTIAL
2  A. Correct.
3  Q. That made it a bit faster;
4  correct?
5  A. Slightly.
6  Q. You've testified that when you
7  say that you can use pitch or tone to mean the
8  same thing; is that right?
9  A. For me it can. I understand it
10  that way.
11  Q. When you been using it here
12  with us today, did you mean different things
13  when you said pitch than tone or do you mean
14  the same thing?
15  A. No, for me they mean the same.
16  For you tone may be base and treble on a
17  radio. For me it is not because I am working
18  within a studio.
19  Q. I want to understand how you
20  are using it.
21  A. Like someone says how do you
22  like my tone? To me it is their pitch.
23  Q. I understand about drums having
24  pitch. But then let me ask does Bust Dat
25  Groove have any melody?

**347**

1  IVAN A. RODRIGUEZ - CONFIDENTIAL
2  A. Again, it is a difficult
3  question because melody is different to us.
4  Melody to you is like a song we sing. To me a
5  drum kit has melody because it is a low tone,
6  a low pitch with a high pitch, moves around
7  and creates its own sort of rhythmic melody.
8  But maybe to a trumpet player they may not see
9  it that way, I don't know.
10  Q. Just earlier you testified that
11  Bust Dat Groove does not have melody. Are you
12  now changing your testimony to say that it
13  does have melody?
14  MR. CHIN: Objection.
15  A. No, I am not. I am saying it
16  doesn't have melody in the way maybe you may
17  consider it or someone else. I'm saying the
18  Celebrex commercial had its own melody you can
19  hear the whistling and flute, whatever was
20  going on.
21  But when you listen to
22  Aparthenonia and Bust Dat Groove, they share
23  the same tone. You can almost hum the low end
24  and high end. It is not, again, a melody
25  where it is recognized that way maybe by

**348**

1  IVAN A. RODRIGUEZ - CONFIDENTIAL
2  certain musicians. I am sure drummers and
3  other folks like myself consider it a form of
4  melody. Maybe not written melody. But it is
5  melody. It has got its own melody.
6  Q. Can you hum the melody?
7  A. Yeah, it goes "hum, hum, hum,
8  hum," goes up and down. It doesn't go "hum,
9  hum, hum" straight. There is a tone to the
10  snare. Especially as bright as highly pitched
11  as the snare was recorded that is what
12  distinguishes, most snares are pretty flat.
13  They don't have that high bite. They sound
14  boxy.
15  There are things called box
16  snares, this snare was tuned high when he
17  tuned the skins, that was the initial thing I
18  knew was the same snare when I heard the roll
19  and things of that nature I was able to. So
20  that kit, that drum kit creates its own
21  melody.
22  Q. Have you ever heard a snare
23  drum tuned tightly to have a high pitch like
24  the one on Bust Dat Groove before?
25  A. Yes. Or higher but not exact.

**349**

1  IVAN A. RODRIGUEZ - CONFIDENTIAL
2  Q. You never heard one tightened
3  to have exactly the pitch of Bust Dat Groove;
4  is that correct?
5  A. That is correct.
6  Q. Would it be possible to tighten
7  snare drum to have exactly the pitch of Bust
8  Dat Groove?
9  MR. CHIN: Objection.
10  A. I believe you could somehow
11  come close, but depending on the skin, the
12  drum, the equipment. I can't say it would be
13  exact.
14  Q. If you had the same snare
15  drum -- not the same but if you had a snare
16  drum made by the same manufacturer, put out in
17  the same production, etc., could you tighten
18  that one to have the same pitch?
19  MR. CHIN: Objection.
20  A. Possible. Maybe accidently
21  because you would have to know where he went
22  how far he tightened it. It is individual
23  taste in each drummer.
24  Q. Thousands of drummers in the
25  U.S.; right?

**Page 390**

1  IVAN A. RODRIGUEZ - CONFIDENTIAL
2  Q. They play equally on both
3  speakers straight up the middle?
4  A. Straight up the middle they
5  fill both speakers, yes.
6     (Track Playing.)
7  Q. Did you adjust the pitch at all
8  in making these two snare roll comparisons?
9  A. I do not recall. I only recall
10 the snare.
11 Q. So you might have or you might
12 not?
13    MR. CHIN: Objection.
14 A. I would probably say might not.
15 Q. But you don't recall for
16 certainty today?
17 A. I don't recall for certainty,
18 no, I do not.
19 Q. Let's listen to track 2.
20    (Track Playing.)
21 Q. Can you describe what we are
22 listening to on track 2?
23 A. You are listening to samples of
24 the closed hi-hat in Aparthenonia and closed
25 hi-hat from Bust Dat Groove.

**Page 391**

1  IVAN A. RODRIGUEZ - CONFIDENTIAL
2  Q. Is the first sound from
3  Aparthenonia?
4  A. The first one is Aparthenonia.
5  Q. Second one is from Bust Dat
6  Groove?
7  A. Correct.
8  Q. Then do they repeat again A B,
9  A B?
10 A. Yes. That is the arrangements.
11 Q. Is this the closed hi-hat you
12 are referring to in 13 B of your declaration
13 on page 6?
14 A. Yes.
15 Q. I am going to play that again
16 from the beginning.
17    (Track Playing.)
18 Q. So those two don't sound
19 exactly the same to me. One sounds a little
20 flatter. Do you hear any difference?
21    MR. CHIN: Objection.
22 A. That is the DSP. That is what
23 the signal processing does.
24 Q. So you hear the difference,
25 too?

**Page 392**

1  IVAN A. RODRIGUEZ - CONFIDENTIAL
2  A. Yes, I do.
3  Q. Is it your opinion that using
4  digital signal processing you could make those
5  two sounds sound exactly the same?
6  A. If I had the exact same
7  settings I believe I can. Whatever the
8  settings were that were used to brighten and
9  equalize and process that hi-hat.
10 Q. Could you do it on your own?
11 A. Yes. But I couldn't be sure of
12 the preset. There are literally thousands of
13 reverbs, depending on what the defendant has
14 in his collection. I would only be making a
15 guess.
16 Q. Given enough time can you make
17 them sound, do you think in your professional
18 opinion, the same through use of DSP?
19 A. I think my current opinion of
20 it being 98 percent the same I can bring it
21 probably up to 99. I couldn't be 100 because
22 I would have no knowledge what the reverb was
23 so that it would be unquestionable. You
24 couldn't tell the difference in the reverbs,
25 but I don't know what that setting is.

**Page 393**

1  IVAN A. RODRIGUEZ - CONFIDENTIAL
2  Q. Is it your testimony if you
3  heard just this hi-hat from Bust Dat Groove
4  used in another song you would know the hi-hat
5  came from Bust Dat Groove?
6  A. Not initially, no. I would
7  have to be directed to, a client would have to
8  tell me I believe this hi-hat is from my
9  record. I couldn't just pick it out. No. I
10 would have to look for it.
11 Q. If you were directed to it. If
12 you're just comparing hi-hats, say that's all
13 that was taken, then would you be able to
14 determine whether the hi-hat came from Bust
15 Dat Groove?
16 A. I believe I would.
17 Q. Do you feel confident of that?
18 A. To the extent that if I
19 couldn't I would just say I can't. I am
20 assuming we're talking about someone asking me
21 to pick out a hi-hat from something. As I
22 told Mr. Vargas, if I don't think it is there
23 I am not even going to bother to look.
24 Q. What is the basis for your
25 feeling of confidence if you heard the Bust

**Page 406**

1  IVAN A. RODRIGUEZ - CONFIDENTIAL
2  he requested it, even if I remember correctly
3  Reasons wasn't even mentioned in the
4  beginning. It was just a master. Reasons
5  from what I understand came later.
6      Q. Let's listen to the rest of
7  these tracks quickly and get you on your way.
8  Track number 3.
9          (Track Playing.)
10     Q. Can you describe what we are
11 hearing there?
12     A. We are hearing the kick drum
13 that I mentioned was used as a filler kick
14 that was pulled out of Bust Dat Groove and
15 used in Aparthenonia. We hear, my opinion, a
16 slight difference because of processing. Bit
17 of a brighter edge but core of the kick is the
18 same.
19     Q. When you say filler kick, that
20 is referring to the alternate kick that is
21 described in 13 D of your declaration on
22 page 6; correct?
23     A. Correct.
24     Q. I heard a difference in the 2
25 tracks. Sorry, let's backup. What do we

**Page 407**

1  IVAN A. RODRIGUEZ - CONFIDENTIAL
2  hear, what is the first sound we hear played
3  on that track 3?
4      A. Do you want me to tell you
5  before you play it?
6      Q. Yes.
7          MR. CHIN: Is it track 3 or 4.
8          MR. OLSON: Track 3. We are
9  on track 3.
10     A. You are hearing this sample of
11 Aparthenonia's kick hit first. Then you're
12 hearing the Bust Dat Groove one hit.
13     Q. Okay. I think Mr. Chin pointed
14 something out here. So I am playing track 3.
15     A. 4.
16         MR. CHIN: That is what I
17 thought.
18     Q. Let me play again this is track
19 3. In your declaration we are both looking at
20 on page 8 here it says track 4 is the filler
21 track; right?
22     A. Correct.
23     Q. Let's start again with track 3
24 and have it fresh?
25     A. I know where you are. Go on.

**Page 408**

1  IVAN A. RODRIGUEZ - CONFIDENTIAL
2          (Track Playing.)
3      Q. What is track 3, what are we
4  hearing?
5      A. Track 3 is the kick that was
6  sampled from the second beat going into the
7  third.
8      Q. Is that the kick splash?
9      A. Splash.
10     Q. Referred to at 13 C of your
11 declaration?
12     A. Correct. The differences
13 you're hearing are in brightness, but you have
14 the splash on the kick.
15     Q. In both?
16     A. In both. If you turn the
17 speakers toward you you can hear it. That
18 again was one of the reasons I was more and
19 more convinced as I went by, because how would
20 Reasons create a kick with Ralph's splash in
21 it with the same tone of kick. It is just
22 like twins almost. It is almost like twins.
23         So how can they come from two
24 different mothers if it is twins, it is from
25 the same guy in my opinion. It was somehow

**Page 409**

1  IVAN A. RODRIGUEZ - CONFIDENTIAL
2  sampled by someone and used as a kick in this
3  song.
4      Q. But you don't know or you can't
5  personally say that it is impossible to use
6  Reason to make a kick splash sound; is that
7  correct?
8      A. It is not impossible to make
9  any kick and a splash. You know the degree
10 that would have to be different was so small
11 for me to go, oh, I'm out of here. It would
12 be that small, but it just doesn't exist. If
13 BT's friend was in the studio, BT didn't know,
14 he loaded sounds, something like that, you
15 could get me with that. Everyone is claiming,
16 yeah, this is from a program that sounds
17 exactly like this gentleman's record. It is
18 virtually impossible to me.
19     Q. I understand. I want to try to
20 get through these.
21     A. Forgive me. That is why I am
22 saying it sounds the same where you go can it
23 be happening with another? Sure anything
24 could happen. But the possibilities that this
25 guy in New York, that guy way over there did

**Page 410**

IVAN A. RODRIGUEZ - CONFIDENTIAL
it the same, I don't believe him.
  Q. First on track 3 do we have Aparthenonia's kick; is that right?
  A. Correct. It is the brighter one.
  Q. Then second is Bust Dat Groove kick?
  A. Correct.
  Q. They repeat A B as before?
  A. Correct.
  Q. Let's listen one more time.
  A. Sure.
     (Track Playing.)
  Q. Is there a splash on that first one?
  A. There is a splashy sort of what we call gated sound. It is almost like a cough. You hear reverb hangs, it is like a "pa" but then a gate goes "chu, chu", it is a reverb gated and cut off. That is not exactly a gated reverb, but gated sounds. It is a splashy sound, it is absolutely identical on both other than brightness, the EQ. I believe if I bring that one up with the treble and add

**Page 411**

IVAN A. RODRIGUEZ - CONFIDENTIAL
whatever the reverb was on that it would be absolutely identical.
  Q. In your expert opinion what instrument is used to create the sound we are hearing on track 3?
  A. The complete sound?
  Q. Yeah.
  A. It is a kick drum with a cymbal hitting simultaneously on top of it.
  Q. Let's listen to track 4.
     (Track Playing.)
  Q. What are we hearing on track 4?
  A. You are hearing the filler kick being used in Aparthenonia, then in Bust Dat Groove.
  Q. Is that what is called the alternate kick in 13 D of your declaration?
  A. Correct.
  Q. Back to track 3 for a second. Did track 3 contain the kick splash that is referred to as 13 C in your declaration?
  A. Correct.
  Q. Which one do we hear first on track 4?

**Page 412**

IVAN A. RODRIGUEZ - CONFIDENTIAL
  A. The first one you heard was Aparthenonia. The second was Bust Dat Groove.
  Q. Do they repeat A B?
  A. Yes, they do.
     (Track Playing.)
  Q. I am going to play it again. Wrong track. Okay.
     (Track Playing.)
  Q. Again I hear somewhat of a difference, do you hear a difference in those two?
  A. Slight.
     MR. CHIN: Objection.
  Q. What was your answer?
  A. My answer was I hear a slight difference.
  Q. What in your opinion creates that difference?
  A. EQ and DSP. Equalization, brighter top, and a digital signal processing to let it breath a little more.
  Q. Now I want to take you to track 5. This is where we are going to hear Aparthenonia and then Bust Dat Groove;

**Page 413**

IVAN A. RODRIGUEZ - CONFIDENTIAL
correct?
  A. Yes.
  Q. Then it says in your declaration, the third you hear both playing at the same time and both hear the audio flange; is that right?
  A. Correct.
  Q. Let's listen to that.
     (Track Playing.)
  Q. Right there. Did they just start playing at the same time?
  A. They are flanging, yes, they are playing together.
  Q. Before we get to them playing together so the two sounds somewhat different to me, do they sound somewhat different to you?
     MR. CHIN: Objection.
  A. In my professional opinion outside of the DSP they are absolutely exact.
  Q. Right. But I am not asking about outside the DSP. I am saying as we listen to them?
  A. Yes. The DSP is lacking the

**Page 414**

1 IVAN A. RODRIGUEZ - CONFIDENTIAL
2 breath it seems to cut off short because of
3 breathing the reverb.
4    Q. I understand you think some
5 things could be done to make them sound the
6 same.
7    A. Correct.
8    Q. As we listen to them here do
9 they sound different to you?
10        MR. CHIN: Objection.
11   A. Slightly.
12   Q. I can hear difference. Can you
13 hear a difference?
14   A. Slight, very small.
15   Q. To me it sounds like
16 Aparthenonia sounds a little, I don't know,
17 would brighter be the term?
18   A. Right. It is brighter and
19 airier. Again, no disrespect, I don't
20 understand the law. My audio the way I
21 understand audio you don't understand it. Of
22 course it sounds different. That is why I
23 have to continue to say slight because if
24 someone of the same caliber of me would sit
25 there he would understand what I mean by

**Page 415**

1 IVAN A. RODRIGUEZ - CONFIDENTIAL
2 slight. He would say you're missing reverb,
3 correct. Otherwise if I weren't to consider
4 reverb I am listening to the same exact record
5 in my world with musicians. Musicians would
6 pick that up instantly.
7    Q. They would pick up how it could
8 be similar. They can hear what I can hear
9 which is differences too; right?
10   A. True. But as a professional
11 they would know all it lacks is reverb,
12 someone that has that profession, someone like
13 yourself especially if your job is to defend
14 the product you are going to notice some
15 differences maybe sounds that way to you but
16 to me or maybe even someone sitting in that
17 desk out there, I think they would think it is
18 exactly the same thing.
19   Q. When we are talking about track
20 5 here and talking about Bust Dat Groove, this
21 is your edited version of Bust Dat Groove?
22   A. Correct.
23   Q. The one you took from a sample
24 of the original Bust Dat Groove --
25   A. Correct.

**Page 416**

1 IVAN A. RODRIGUEZ - CONFIDENTIAL
2    Q. -- moved things around to try
3 to make it sounds like Aparthenonia?
4    A. My statement would be moved
5 things around to create what was done, to
6 create Aparthenonia. I am not trying to make
7 my record sound like theirs. I am trying to
8 show how they used our record to sound like
9 that. Because then it makes it sound like I
10 am trying to emulate their record. I'm not.
11   Q. You were trying to make it
12 sound like Aparthenonia; right?
13   A. Right because I knew
14 Aparthenonia was the defendant -- the
15 plaintiffs' record. I knew he didn't use it
16 in that form. I had to put it, I had to edit
17 it and move things around as was done to
18 initially to create Aparthenonia.
19   Q. As you think it was done?
20   A. Because if I tried to
21 manipulate it, it would sound nothing like
22 Aparthenonia. If the elements were different.
23 If we were absolutely different, no matter
24 what I did here it would clash, it would
25 absolutely not flange. My point being is that

**Page 417**

1 IVAN A. RODRIGUEZ - CONFIDENTIAL
2 I guess the opinion is what I think. But in
3 my testimony what I believe in my heart,
4 Aparthenonia is not what I think, I know
5 Aparthenonia was made from this record in my
6 heart. That's what I believe.
7    Q. That's what you believe based
8 on analysis you described in this declaration?
9    A. Correct.
10   Q. Not based on any personal
11 knowledge you have of how Aparthenonia was
12 made?
13   A. No. By the way it sounds and
14 by the analysis.
15   Q. Let's try to hear the flanging,
16 I am not sure I heard that.
17   A. You have to point it to
18 yourself. It is hard in stereo.
19   Q. Can you hear it?
20   A. Yes.
21       MR. CHIN: Where are we on
22 time?
23       VIDEOGRAPHER: We are at 7
24 hours and 6 minutes.
25   A. It will be a bit difficult but