# EXHIBIT X

Dockets.Justia.com

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RALPH VARGAS and<br>BLAND-RICKY ROBERTS | :    **CASE NO.:   04 CV 9772 (WHP)** |
|   | : |
|          Plaintiffs | :    **ECF CASE** |
|     vs. | : |
|   | :    **PLAINTIFFS SUPPLEMENTAL** |
|   | :    **RESPONSES AND OBJECTIONS** |
| PFIZER INC., PUBLICIS, INC., FLUID MUSIC, | :    **TO DOCUMENT REQUESTS** |
| EAST WEST COMMUNICATIONS, INC. and | : |
| BRIAN TRANSEAU p/k/a "BT" | : |
|   | : |
|          Defendants | : |

Pursuant to Rule 34 of the Federal Rules of Civil Procedure, Ralph Vargas and

Bland-Ricky Roberts (collectively "Plaintiffs"), by and through their attorneys, Paul A.

Chin, Esq., hereby provide their supplemental responses to DEFENDANTS PFIZER,

INC., ALANDA MUSIC, LTD. d/b/a FLUID MUSIC, EAST WEST

COMMUNICATIONS and BRIAN TRANSEAU (collectively "Defendants") First

Request for the Production of Documents[1] ("document requests") as follows:

## GENERAL OBJECTIONS

1.     Plaintiffs object to the document requests to the extent they seek

information that is not reasonably calculated to lead to the discovery of admissible

evidence.

2.     Plaintiffs object to the document requests to the extent they are vague,

unduly burdensome, duplicative, cumulative, redundant, ambiguous, overly broad and

seek information related to a period of time which is not relevant to the matters alleged in

---

[1] Plaintiffs responded to Defendant Fluid Music's first set of interrogatories and
document requests on or about July 24, 2005 ("previous responses"). Plaintiffs
incorporate herein, the responses and objections contained Plaintiffs' previous responses.

Plaintiffs' Amended Complaint and Second Amended Complaint (the "Second Amended Complaint") or in Defendants' Answer to the Amended Complaint.

3.     Plaintiffs object to the document requests to the extent they seek information protected from disclosure by the attorney-client privilege, work-product doctrine or other applicable privileges.

4.     Plaintiffs reserve the right to supplement or amend, in any way, any of their specific or general objections or responses to any or all of the document requests.

5.     These responses are made without waiving: (a) all objections to competency, relevancy, materiality, privilege and admissibility as evidence for any purpose in the trial of this or any other action or subsequent proceeding; (b) the right to object to the use of any information that may be produced in the trial of this or any or other action or any subsequent proceeding on any grounds; or (c) the right to object on any ground at anytime to any demand for further information or other discovery involving or relating to the subject matter of the document requests.

## DEFINITIONS

6.     The term "Composition" shall refer to the original musical work created by Ralph Vargas and the sound recording owned by Bland-Ricky Roberts entitled "Bust Dat Groove w/out Ride" identified in, and which is the subject matter of, the Amended Complaint and Second Amended Complaint.

7.     The term "Infringing Works" shall refer to the musical composition entitled *"Aparthenonia"* and/or the *"Celebrex Commercial"* as those musical compositions are described in the Amended Complaint and Second Amended Complaint.

2

## SUPPLEMENTAL OBJECTIONS AND RESPONSES

*REQUEST NO. 1:* All Documents submitted to or filed with the United States Copyright Office in connection with Bust Dat Groove including, but not limited to, deposit copies of Bust Dat Groove.

**OBJECTION/RESPONSE:** Plaintiffs object to Request number 1 on the grounds that the demanded documents have already been produced to Defendants. Without waiving this objection, Plaintiffs state that the requested documents have been produced.

*REQUEST NO. 2:* All Documents and Communications exchanged between each plaintiff and the United States Copyright Office in connection with Bust Dat Groove.

**OBJECTION/RESPONSE:** Plaintiffs object to Request number 2 on the grounds that the material sought is either confidential or privileged. Without waiving this objection, Plaintiffs state that they do not possess any other documents or communications with the United States Copyright Office in connection with *Bust Dat Groove* that have not already been produced to Defendants.

*REQUEST NO. 3:* All Documents and Communications relating to each plaintiff's ownership and/or control of any rights in Bust Dat Groove, including but not limited to copyrights.

**OBJECTION/RESPONSE:** Plaintiffs object to Request number 3 on the grounds that the demanded documents have already been produced to Defendants.

*REQUEST NO. 4:* All Documents and Communications concerning, reflecting and/or in any way relating to the creation of Bust Dat Groove, including, but not limited to, drafts, reference materials and prior iterations of Bust Dat Groove or any portion thereof.

**OBJECTION/RESPONSE:** Plaintiffs state that no reference materials were used and/or utilized in the creation of the Composition. Plaintiffs further state that there are no *drafts or prior iterations* of the Composition.

*REQUEST NO. 5:*    *All versions of Bust Dat Groove.*

**OBJECTION/RESPONSE:** Plaintiffs object to Request number 5 on the grounds that the documents or things requested have already been produced to Defendants and/or that Defendants already possess alternate versions of the Composition (i.e. "Aparthenonia" and the "Celebrex Commercial"). Without waiving this objection, Plaintiffs state that the requested documents or things have been produced to Defendants.

*REQUEST NO. 6:*    *A copy of all recordings, tapes, CDs, Albums or other media that contain Bust Dat Groove or any portion thereof.*

**OBJECTION/RESPONSE:**       Plaintiffs object to Request number 6 on the grounds that the documents or things requested have already been produced to Defendants and/or that Defendants already possess, or have knowledge of the existence of, all recordings, tapes, CDs, Albums or other media that contain the Composition (i.e. "Aparthenonia" and the "Celebrex Commercial"). Without waiving this objection, Plaintiffs state that they are not currently in possession of any recordings, tapes, CDs, Albums or other media that contain Bust Dat Groove or any portion thereof. However, Plaintiffs state that they did receive royalties from Globe Art, Inc. for the use of Plaintiffs' composition "SCR," from the *Funky Drummer Vol. I* album, in a commercial for the soft-drink "Sprite." Plaintiffs received approximately $70,000.00 in royalties of which $18,145.00 was paid to Plaintiff Vargas (see attached document 000001). Plaintiffs further state that they received publishing income from the recording group

professionally known as "Wu-Tang Clan" for its use of Plaintiffs' composition "Make it Funky," from the *Funky Drummer Vol. I* album, on WU-Tang Clan's first album entitled "The Seventh Chamber." Plaintiffs received approximately $40,000.00 in royalties of which $15,983.77 was paid to Plaintiff Vargas (see attached document 000002).

*REQUEST NO. 7:* *All Documents relating to the revenue, licensing fees, assignment fees, royalty payments or any other form of payment received by each plaintiff or its assignees or licensees in connection with Bust Dat Groove, broken down by year.*

**OBJECTION/RESPONSE:** Plaintiffs object to Request number 7 on the grounds that it seeks confidential or proprietary information the disclosure of which is neither relevant nor material to any claim or defense of any party to this action and that the disclosure of any such information is not reasonably calculated to lead to the discovery of admissible evidence. Without waiving these objections, Plaintiffs refer Defendants to their response to Request No. 6.

*REQUEST NO. 8:* *All Documents relating to the distribution, dissemination and/or sale of Bust Dat Groove including, without limitation, documents sufficient to show where Bust Dat Groove has been distributed, disseminated and/or otherwise made available for purchase.*

**OBJECTION/RESPONSE:** Plaintiffs object to Request number 8 on the grounds that it seeks confidential or proprietary information the disclosure of which is neither relevant nor material to any claim or defense of any party to this action and that the disclosure of any such information is not reasonably calculated to lead to the discovery of admissible evidence. Without waiving these objections, Plaintiffs state that the requested information is attached hereto as document 000003.

*REQUEST NO. 9:* All Documents relating to the distribution, dissemination and/or sale of "Funky Drummer, Volume II" including, without limitation, documents sufficient to show where "Funky Drummer, Volume II" has been distributed, disseminated and/or otherwise made available for purchase.

**OBJECTION/RESPONSE:** Plaintiffs object to Request number 9 on the grounds that it seeks confidential or proprietary information the disclosure of which is neither relevant nor material to any claim or defense of any party to this action and that the disclosure of any such information is not reasonably calculated to lead to the discovery of admissible evidence. Without waiving these objections, Plaintiffs state that they were unable to obtain the requested information from the distributors identified in document 000003.

*REQUEST NO. 10:* All Documents sufficient to show how many copies of "Funky Drummer, Volume II" have been: (i) reproduced, (ii) sold and (iii) distributed and/or disseminated.

**OBJECTION/RESPONSE:** Plaintiffs object to Request number 10 on the grounds that it seeks confidential or proprietary information the disclosure of which is neither relevant nor material to any claim or defense of any party to this action and that the disclosure of any such information is not reasonably calculated to lead to the discovery of admissible evidence. Without waiving these objections, Plaintiffs state that they were unable to obtain the requested information from the distributors identified in document 000003.

*REQUEST NO. 11:* All Documents sufficient to show the sales of any sheet music containing Bust Dat Groove, or any portion thereof.

**OBJECTION/RESPONSE:** Plaintiffs object to Request number 11 on the grounds that the documents requested are neither relevant nor material to any claim or defense of any

party to this action and that the disclosure of any such documents is not reasonably calculated to lead to the discovery of admissible evidence. Without waiving these objections, Plaintiffs state that there has not been any sale of sheet music.

*REQUEST NO.12:* All documents reflecting any radio airplay of Bust Dat Groove.

**OBJECTION/RESPONSE:** Plaintiffs object to Request number 12 on the grounds that the documents requested are neither relevant nor material to any claim or defense of any party to this action and that the disclosure of any such documents is not reasonably calculated to lead to the discovery of admissible evidence. Without waiving these objections, Plaintiffs state that they do not have any such information in their possession.

*REQUEST NO.13:* If Bust Dat Groove is contained on recordings other than "Funky Drummer, Volume II" all Documents reflecting the name of each recording on which it is contained.

**OBJECTION/RESPONSE:** Plaintiffs object to Request number 13 on the grounds that the documents sought are in the possession and control of Defendants. Without waiving this objection, Plaintiffs state that the Composition is contained on: (a) Breakz From the Nu Skool; and (b) the Infringing Works.

*REQUEST NO.14:* If Bust Dat Groove is contained on recordings other than "Funky Drummer Volume, II," all Documents reflecting the number of copies of each recording containing Bust Dat Groove that have been (i) reproduced, (ii) sold and (iii) distributed and/or disseminated.

**OBJECTION/RESPONSE:** Plaintiffs object to Request number 14 on the grounds that the documents sought are in the possession and control of Defendants.

*REQUEST NO.15:* All Documents and Communications relating to the sale, license,

and/or assignment on an exclusive or non-exclusive basis, of any and all rights to Bust Dat Groove.

**OBJECTION/RESPONSE:** Plaintiffs object to Request number 15 on the grounds that it seeks confidential or proprietary information the disclosure of which is neither relevant nor material to any claim or defense of any party to this action and that the disclosure of any such information is not reasonably calculated to lead to the discovery of admissible evidence. Without waiving these objections, Plaintiffs state that *Bust Dat Groove* has not been sold, licensed, and/or assigned to any third-party.

*REQUEST NO.16:* *All Documents and Communications that relate to any comparison of Bust Dat Groove to the musical track in the Celebrex Commercial.*

**OBJECTION/RESPONSE:** Plaintiffs object to Request number 16 on the grounds that the documents sought have already been produced to Defendants.

*REQUEST NO.17:* *All Documents and Communication that relate to any analysis of the Celebrex Commercial.*

**OBJECTION/RESPONSE:** Plaintiffs object to Request number 17 on the grounds that the documents sought have already been produced to Defendants.

*REQUEST NO.18:* *All Documents and Communication that refer or relate to the Celebrex Commercial.*

**OBJECTION/RESPONSE:** Plaintiffs object to Request number 18 on the grounds that the documents sought are in the possession and control of Defendants. Without waiving this objection, Plaintiffs state that they do not have any such documents in their possession.

*REQUEST NO.19:* *All Documents and Communications (including pre-litigation*

*Communications) that relate to the potential or actual infringement of each plaintiff's rights in Bust Dat Groove.*

**OBJECTION/RESPONSE:** Plaintiffs object to Request number 19 on the grounds that the documents sought are privileged and protected by the attorney-client privilege and/or the attorney work product doctrine. Without waiving this objection, Plaintiffs hereby produce a copy of a letter they received from the law firm Davis & Gilbert, LLP, regarding Plaintiffs' claim of infringement (document 000004-000007).

*REQUEST NO. 20:* All Documents and Communications between each plaintiff and any person or entity relating to the Celebrex Commercial.

**OBJECTION/RESPONSE:** Plaintiffs object to Request number 20 on the grounds that it is vague, ambiguous, overly broad, does not provide a specific time period and is otherwise improper. Plaintiffs further object to Request number 12 on the grounds that the documents sought are privileged and protected by the attorney-client privilege and/or the attorney work product doctrine. Without waiving this objection, Plaintiffs refer Defendants to their response to Request No. 19.

*REQUEST NO. 21:* All Documents and Communications that relate to plaintiffs' claim that any defendant(s) had access to Bust Dat Groove before the creation of the musical track in the Celebrex Commercial.

**OBJECTION/RESPONSE:** Plaintiffs object to Request number 21 on the grounds that it seeks information primarily in the possession of Defendants. Without waiving this objection, Plaintiffs state because the musical track in the *Celebrex Commercial* is almost identical to Plaintiffs' composition *Bust Dat Groove* that access is presumed. In addition, Plaintiffs state that the distributors identified in document 000003 distributed copies of

the *Funky Drummer Vol. I and II* in record stores throughout the United States.

*REQUEST NO. 22:*    *All Documents that relate to each plaintiff's claim that it has been damaged as a result of any defendant's alleged copyright infringement of Bust Dat Groove.*

**OBJECTION/RESPONSE:**    See Plaintiffs' Response to Defendants' Interrogatory Number 2.

*REQUEST NO. 23:*    *All Documents that relate to the amount of actual damages each plaintiff has allegedly sustained as a result of defendants' alleged copyright infringement of Bust Dat Groove.*

**OBJECTION/RESPONSE:**    See Plaintiffs' Response to Defendants' Request Number 22.

*REQUEST NO. 24:*    *All Documents provided to any expert or consultant with whom plaintiffs have consulted concerning any issues in this case, including the issue of damages.*

**OBJECTION/RESPONSE:**    Plaintiffs object to Request number 24 on the grounds that the documents sought are privileged and protected by the attorney work product doctrine. Without waiving this objection, Plaintiffs state it is in possession of all documents and/or things produced by Plaintiffs to each of their three experts.

*REQUEST NO. 25:*    *All Documents and Communications, including, but not limited to complaints and claim letters, which refer or relate to the potential or actual infringement of plaintiff Vargas' copyright rights in any work, including, but not limited to, Bust Dat Groove.*

**OBJECTION/RESPONSE:**    Plaintiffs object to Request number 25 on the grounds that

the documents requested have already been produced to Defendants. Without waiving this objection, Plaintiffs refer Defendants to document 000004-000007.

*REQUEST NO. 26:*  *All Documents and Communications, including, but not limited to complaints and claim letters, which refer or relate to the potential or actual infringement of plaintiff Roberts' copyright rights in any work, including, but not limited to, Bust Dat Groove.*

**OBJECTION/RESPONSE:** Plaintiffs object to Request number 26 on the grounds that the documents requested have already been produced to Defendants.

*REQUEST NO. 27:*  *All Documents and Communications that refer or relate to any claim that Bust Dat Groove infringes the copyright in any work.*

**OBJECTION/RESPONSE:** Plaintiffs state that the Composition does not infringe the copyright(s) in any work(s).

Dated: New York, New York
      April 11, 2006

Respectfully submitted,

Paul A. Chin, Esq. (PC 9656)
LAW OFFICES OF PAUL A. CHIN
The Woolworth Building
233 Broadway, 5th Floor
New York, NY 10279
(212) 964-8030
*Attorneys for Plaintiffs*

TO:    Eric M. Stahl, Esq.
       Davis Wright Tremaine LLP
       2600 Century Square
       1501 Fourth Avenue
       Seattle, WA 98101-1688
       (206) 628-7762
       ericstahl@dwt.com
       *Counsel for Defendant East West Communication*

Brian Transeau (*pro se*)
2658 Griffiths Park Blvd., #511
Los Angeles, CA 90039

Sara L. Edelman, Esq.
Davis & Gilbert, LLP
1740 Broadway
New York, NY 10019
(212) 468-4829
sedelman@dglaw.com
*Counsel for Defendants Pfizer, Inc., Publicis, Inc., and
Alanda Music, Ltd. d/b/a Fluid Music*

## CERTIFICATE OF SERVICE

On the 11th day of April, 2006, a true and correct copy of PLAINTIFFS'
SUPPLEMENTAL RESPONSES AND OBJECTIONS TO DOCUMENT REQUESTS,
and the exhibits attached thereto, was served first-class mail, postage pre-paid, and placed
in an official depository under the exclusive care and custody of the United States Postal
Service within the State of New York, to the following the attorneys representing the
Defendants:

> Eric M. Stahl, Esq.
> Davis Wright Tremaine LLP
> 2600 Century Square
> 1501 Fourth Avenue
> Seattle, WA 98101-1688
> (206) 628-7762
> ericstahl@dwt.com
> *Counsel for Defendant East West Communication*
>
> Brian Transeau (*pro se*)
> 2658 Griffiths Park Blvd., #511
> Los Angeles, CA 90039
>
> Sara L. Edelman, Esq.
> Davis & Gilbert, LLP
> 1740 Broadway
> New York, NY 10019
> (212) 468-4829
> sedelman@dglaw.com
> *Counsel for Defendants Pfizer, Inc., Publicis, Inc., and
> Alanda Music, Ltd. d/b/a Fluid Music*

4/11/06
Date

Paul A. Chin, Esq. (PC 9656)
LAW OFFICES OF PAUL A. CHIN
The Woolworth Building
233 Broadway, 5th Floor
New York, NY 10279
(212) 964-8030
*Attorneys for Plaintiffs*

yee : VARGAS, RALPH
140 West 104th Street
Apt. 10H
New York NY 10025-4204
10025

Company : GLOBEART PUBLISHING
d.b.a. GlobeArt Inc.
530 East 76th Street
Suite 26H
New York NY
10021

In account with : VARGAS, RALPH

(Code 4282)

FOR PERIOD 01/01/95 TO 07/07/95

| | | |
|---|---|---|
| BALANCE BROUGHT FORWARD | | 0.00 |
| COMMERCIAL TV | 20000.00 | |
| TOTAL ROYALTIES | | 20000.00 |
| Advances | 1555.00 DB | |
| Payments | 18445.00 DB | |
| Adjustments | 0.00 | |
| Royalty Transfers | 0.00 | |
| TOTAL TRANSACTIONS | | 20000.00 DB |
| BALANCE CARRIED FORWARD | | 0.00 |

GLOBE ART INC.
530 E. 76TH ST.
NEW YORK, NY 10021

1693

1-12/210 0920

7-7 19 95

PAY TO THE
ORDER OF   Ralph Vargas                    $ 18 145 00/xx

eighteen-thousand-one-hundred-forty-five DOLLARS

CHEMICAL
CHEMICAL BANK
453 EAST 86TH STREET
NEW YORK, NY 10028

MEMO "Obey Your Thirst"

⑈021000128⑈079 030807⑈ 1696

000001

000002

**GLOBEART INC.**
530 E. 76TH ST.
NEW YORK, NY 10021

1803

DATE 7-10-96

$\frac{1-12}{210}$0920

PAY TO THE
ORDER OF   Ralph Vargas                                    $ 15,983.$\frac{77}{00}$

fifteen-thousand-nine-hundred-eighty-three $\frac{77}{00}$   DOLLARS

**CHEMICAL**
CHEMICAL BANK
453 EAST 86TH STREET
NEW YORK, NY 10028



**JBR** *Records, Inc.*

P.O. Box 667
Corona Elmhurst Station
New York, NY 11373
Tel: (718) 341-2007
Fax: (718) 341-0290

# Distribution List
## FUNKY DRUMMER I / II

Indi Distribution     (National)

Pearl One Stop     (National)

Tiger Distribution     (International)

City Hall     (West Coast/National)


Rock and Soul     (NY/local)

Downtown Records     (NY/local)

Downstairs Records     (NY/local)

Eight Ball Records     (NY/local)

Broadway Sounds     (NY/local)

Carmine's Records     (NY/local)

Vinyl-mania     (NY/local)

Beat Street Records     (NY/local)

Concourse Music     (NY/local)

000003

DAVIS & GILBERT LLP
1740 BROADWAY
NEW YORK, NEW YORK 10019
(212) 468-4800

DIRECT DIAL NUMBER
(212) 468-4839
EMAIL ADDRESS
bweingrad@dglaw.com

MAIN FACSIMILE
(212) 468-4888
PERSONAL FACSIMILE
(212) 974-7034

By Facsimile and UPS Next Day Air

June 8, 2004

Mr. Rick Roberts
JBR Records, Inc.
RR 18 Box 6006
East Stroudsburg, PA 18301

Re: Original Background Audio Track of Celebrex Commercial

Dear Mr. Roberts:

As you know, this firm represents the advertising agency Publicis, Inc. I write to follow up on my letter to you of May 14, 2004 and to respond substantively to your assertion that the background audio track (the "Track") in a television commercial created by Publicis for the pharmaceutical product Celebrex (the "Commercial") samples a sound recording owned by JBR Records titled "Bust that Grove, With Out Ride" (the "Sound Recording").

We have reviewed carefully with Publicis the process by which the Track was composed and recorded, and we can confirm for you that the Track does not copy any part of the Sound Recording. To the contrary, the Track is an original audio work that was created for Publicis by the outside music production house Fluid Music without any reliance on or resemblance to the Sound Recording.

To create a drumline for the Track, Fluid Music used a sample loop titled "Aparthenonia," from the sound library recording titled "Breakz From the Nu Skool," by the programmer and musician BT. (Background information on "Breakz From the Nu Skool" is enclosed with this letter for your review.) Fluid Music recorded "Aparthenonia" exactly as heard on "Breakz From the Nu Skool" and did not remix or manipulate the loop in any way. On top of "Aparthenonia" Fluid Music layered a number of other percussion and instrumental tracks to create the Track. The audio files of the Commercial, "Aparthenonia" and the Sound Recording that also are enclosed with this letter make clear that the drumline on the Track is derived from "Aparthenonia," and that neither the Track nor "Aparthenonia" copy the Sound Recording in any way.

000004

#452237 20115-0040-005

DAVIS & GILBERT LLP

Mr. Rick Roberts
JER Records, Inc.
June 8, 2004
Page 2


We trust that your review of the enclosed audio files will confirm for you that the Commercial does not sample the Sound Recording. We assure you that Fluid Music is very confident that the Track is an original musical work that does not infringe the Sound Recording, and Fluid Music is prepared to defend the Track vigorously against your alleged sampling claim.

Please feel free to contact me if you have further questions. This letter is written without prejudice to any rights or remedies relating to this matter. We expressly reserve all rights.

Sincerely,

Howard Weingrad

Enclosures


cc:   Julie Weinman, Publicis, Inc.
      David Shapiro, Fluid Music

000005



# Breakz From the Nu Skool AUD/WAV

In Stock!

Our price: $99.95

Have you used this product?

Also available in AKAI and GIGA (Halion compatible) formats.

**AWARDED KEYBOARD KEY BUY AWARD, APRIL 2002**

"BT has risen to the pinnacle of the electronica pack, and one of the reasons is his lethal rhythm programming. His machine-gun stutter edits and jackhammer grooves are the stuff of legend, and now you can get a piece of the action on his signature library CD, Breaks from the Nu Skool. Now that he's opened his vault of loops and let us in, we should all get in line. "This is a killer sample set," concludes Ken. A no-brainer purchase indeed." - Greg Rule and Ken Hughes. KEYBOARD, APRIL 2002

"The loops are strong, compelling, and speaker-shaking. Sometimes the beats almost seem like too much of a good thing (the motto seems to be "why just compress when you can overcompress?"), but for those who want plug-and-play, gla it-sized beats, these are state of the art." - Craig Anderton- EQ, ARPIL 2002

"As the name suggests, it's nu skool breaks all the way with this collection, featuring 436 fresh and funky breaks, the likes of which you will not have heard of before. It's certainly an impressive collection of original sounding breaks - mostly banging, all tempo grouped - and with the diversity of this collection there really is something for everyone." 8 out of 10- FUTURE MUSIC MAGAZINE, UK JANUARY 2002

Sample CD's by Category
Sample CD's by Format
Downloadable sounds

Buy Breakz From the Nu Sk AUD/WAV and receive dee on these other fine products

Select the checkbox next to product that you would like with Breakz From the Nu Sk AUD/WAV

Add 1-2 products, get 10%
Add 3-4 products, get 15%
Add 5 + products, get 20%

Twisted Textures A

da nu RnB hip hop (out of stock)

Hip Hop Raw Flava (out of stock)

Brazil Electro AUD

Downtown Strings

Downtown Beats A

Downtown Orchest AUD/WAV

Dance Mega Drum AUD/AKAI (out of stock)

Dance Mega Drum AUD/AKI/EMU (out of stock)

House Essentials AUD/WAV

Drum n Bass Fast l AUD/WAV

Sounds Online: Breakz From the Nu Skool AUD/WAV

"BT continues to share his generosity with dance music producers looking for distinctive, high-quality sounds and beats. Almost every pattern has its own distinctive sound and personality resulting from extensive, creative processing using everything from cheap stomp boxes to computer editing." 5 out of 5 - Chris Gill REMIX MAGAZINE

Breakz from the Nu Skool is the first of two sample CD's in BT's signature collection and features cutting edge breakbeats hand mangled through hundreds of plug-ins, stomp boxes, pressed to vinyl, you name it! From Kyma to Reason, Breakz from the Nu Skool streams through on all frequencies of subconscious awareness. Best of all this CD is sample accurate! No more flaming as you stack loop upon loop. Drop them into any audio program and you're off and sprinting. Once you've busted some Breakz from the Nu Skool, you won't look back! The package includes a bonus WAV CD-ROM.

Without a doubt, BT is one of the fastest rising artists in today's music scene. He has written the score for the #1 box office hit "Fast and the Furious", as well as scores for "Driven", "Go", and "Under Suspicion", produced N'Sync's single "Pop", released his own album "Movement in Still Life" (which received rave reviews), and most recently released the double re-mix album "R&R". Peter Gabriel, who BT collaborated with on his Millennium 2000 score, recently told the Los Angeles Times "BT mounts mesmerizing journeys with his compositions. He is not only a virtuoso programmer, but an extremely gifted musician..."

Twisted Textures is another great release from BT.

Average user rating: ★★★★☆

User Reviews:
- ★★★★★ Bangin' Beatz... by Thom Adams from Bridgeport, CT United States
- ★★★★★ Awesome!!! by 6th Ignition Recall from Belleville, United States
- ★★★★★ reviewed sept. 2002 by Porter - www.TheCreationFactory.com from Napa Valley, CA United States
- ★★★★☆ All I could say is...B.M. ( Bad Mutha**ka ) by SoulRocka Nasty Nene from Bronx, NY United States
- ★★★★★ Excellent product! by MWS from Houston
- ★★★★☆ It doesn't get any better than this. by Ethan Callender from Brooklyn, NY United States

Home · My Account · About Us · Order Info · Shipping Info · Technical Support · License Info · Referral Program · Privacy Policy
Copyright ©1985-2003 Sounds Online (A division of East West Communications, Inc.). All rights reserved.
Contact: webmaster@soundsonline.com

000007