# EXHIBIT Z
# PART 2

Dockets.Justia.com

## BOULANGER SUPPLEMENTAL DECLARATION
## EXHIBIT B
## FIGURES B8A –B8P

To illustrate some of the obvious differences between the original *Aparthenonia* and *Bust Dat Groove (w/o ride),* figures B8A – B8D (selected from the Rebuttal Report submitted on September 21, 2006 and therein labeled 7b,7c,7d,7h), show differences in audio waveforms and overall rhythmic pattern (B8A); difference in pitch contour and content (B8B); difference in spectral content via the FFT sonogram view (B8C); difference in spectral content via overlays using the FFT spectral view (B8D).



B8A: B8a_WS_WaveformComp(rebuttal7b)



B8B: B8b_WS_PitchComp(rebuttal7c)



B8C: B8c_WS_SonogramComp(rebuttal7d)



B8D: B8d_WS_SpectumOverlay(rebuttal7h)

Further, figures B8E – B8P, (selected from the Rebuttal Report submitted on September 21, 2006 and therein labeled 8i, 8j, 8k, 8p, 8q, 8r, 8u, 8v, 8w, 8x, 8y, 8z), compare the FFT sonograms and the FFT spectrums of the original *Aparthenonia* and *Bust Dat Groove (w/o ride)* on a beat by beat basis and show them to be unique.



B8E: B8e_AU_Beat1_WaveSpec(rebuttal8i)



B8F: B8f_AU_Beat1_Apar_Spec(rebuttal8j)



B8G: **B8g_AU_Beat1_Bust_Spec(rebuttal8k)**



B8H: B8h_AU_Beat2_WaveSpec(rebuttal8p)



B8I: B8i_AU_Beat2_Apar_Spec(rebuttal8q)



B8J: B8j_AU_Beat2_Bust_Spec(rebuttal8r)



B8K: B8k_AU_Beat3_WaveSpec(rebuttal8u)



B8L: B8l_AU_Beat3_Apar_Spec(rebuttal8v)



B8M: B8m_AU_Beat3_Bust_Spec(rebuttal8w)



B8N: B8n_AU_Beat4_WaveSpec(rebuttal8x)



B8O: B8o_AU_Beat4_Apar_Spec(rebuttal8y)



B8P: **B8p_AU_Beat4_Bust_Spec(rebuttal8z)**

To illustrate a comparatively large set of obvious differences between the recreated Aparthenonia and the original *Bust Dat Groove (w/o ride),* figures B9A – B9E show differences in audio waveforms and overall rhythmic pattern (B9A); difference in pitch contour and content (B9B); difference in spectral content via the FFT sonogram view (B9C); difference in spectral content via overlays using the FFT spectral view (B9D).



B9A: B9a_WS_WaveformComp



**B9B: B9b_WS_PitchComp**



**B9C: B9c_WS_SonogramComp**



**B9D:** `B9d_WS_SpectrumOverlay`

Further, figures B9E – B9L, compare the FFT sonograms and the FFT spectrums of the recreated Aparthenonia and the original *Bust Dat Groove (w/o ride)* on a beat by beat basis and show them to be unique as well.



B9E: `B9e_AU_Beat1_WavSono`



B9F: `B9f_AU_Beat1_WavSpec`



B9G: B9g_AU_Beat2_WavSono



B9H: B9h_AU_beat2_WavSpec



B9I: B9i_AU_beat3_WavSono



B9J: B9j_AU_beat3_WavSpec



B9K: B9k_AU_beat4_WavSono



B9L: B9l_AU_beat4_WavSpec

To illustrate that there are no spectral matches between any of the percussion sounds in Recreated Aparthenonia and the original *Bust Dat Groove (w/o ride),* regardless of where these percussion sounds appear in the pattern, figures B10A – B10F show differences in audio waveforms and spectrum of "similar" sounds from different locations in the pattern. (Note: all sounds were normalized prior to the spectral analysis.) B10A compares the waveform and spectrum of the Bust snare to the Recreated snare from Beat 2; B10B compare the waveform and spectrum of the Bust "closed hat" at beat 1.5 with the Recreated "closed hat" at beat 1.5; B10C compares the simultaneous Bust "kick&hat" at beat 1.5 with the simultaneous Recreated "kick&hat" at beat 1; B10D compares the Bust "clean kick" at beat 4.5 with the Recreated "clean kick" at beat 1.5; B10E compares the Bust "open hat" at beat 3.5 with the Recreated "open hat" (not really an open hat in this case) at beat 3.5; and finally B10F compares the Bust "snare roll" at beat 2.5 with the Recreated "snare roll" at beat 4.5. Regardless of where the "similar" percussion events are taken from the pattern, none of them is an extremely close waveform or spectral match.



B10A:  B10A_AU_Beat2_BustSnareVsRecreatedSnare_WaveSpec



B10B: B10B_AU_Beat2_BustClosedHatVsRecreatedClosedHat_WaveSpec



B10C: B10C_AU_Beat1.5_BustKickHatVsRecreatedBeat1KickHat_WaveSpec



B10D: B10D_AU_Beat4.5_BustKickVsBeat1.5RecreatedKicK_WaveSpec



B10E:B10E_AU_Beat3.5_BustOpenHatVsBeat4.5_RecreatedOpenHat_WaveSpec



B10F: B10F_AU_Beat2.5_BustRollVsBeat4.5_RecreatedRoll_WaveSpec