# EXHIBIT EE

## Distribution List
## Funky Drummer I & II

| | |
|---|---|
| Beat Street Records (NY/local) | 219 East Fordham Road<br>Bronx NY 10458 |
| Carmine's Records (NY/local) | |
| City Hall (west cost/national) | |
| Concourse Music (NY/local) | |
| Downstairs Records (NY/local) | 43rd Street<br>Between 5th and 6th Avenues |
| Downtown Records (NY/local) | 164 West 25th Street<br>New York NY |
| Eight Ball Records (NY/local) | 105 East 9th Street<br>New York NY 10003-5401<br>212-473-6343 |
| Indi Distribution (national) | Secaucus, NJ |
| Metropolitan Recording Corp (NY/local) | 900 Passaic Avenue<br>East Newark NJ 07029-2833<br>973-488-8080 |
| Pearl One Stop (national) | Brooklyn, NY |
| Rock and Soul (NY/local) | 462 Seventh Avenue<br>Between 35th & 26th Streets<br>New York NY |
| Tiger Distribution (int'l) | |
| Vinyl-mania (NY/local) | 60 Carmine Street<br>New York NY<br>212-924-7223 |

**000017**

