# EXHIBIT FF

| Date | Hours | Description |
|---|---|---|
| 6/4/2007 | 0.75 | Correspond with Kirkland re motion for fees; discuss strategy and projects with T. Falzone. |
| 6/5/2007 | 2.25 | Research re motion to file under seal; review precedent of same; review and revise motion for attys' fees; revise fact section and review supporting documents re same; discuss same with D. Olson; discuss strategy and case schedule with T. Falzone. |
| 6/6/2007 | 3.75 | Revise fact section of motion for attys' fees; draft motion to file under seal; discuss same with B. Karl and T. Falzone; revise and file request to amend briefing schedule re motion for fees; correspond with T. Falzone re same. |
| 6/7/2007 | 1.50 | Revise fact section of motion for attys' fees; revise draft motion to file under seal; discuss same with B. Karl and T. Falzone; telephone conference with court clerk re request to amend briefing schedule; discuss same with D. Olson. |
| 6/8/2007 | 1.00 | Revise motion for attys' fees; revise draft motion to file under seal; telephone conference with court clerk re request to amend briefing schedule; telephone conference with T. Falzone re task list and strategy. |
| 6/11/2007 | 1.75 | Correspond with students re work and time spent on case; correspond with D. Olson re same; correspond with C. Taylor re Kirkland's fees; research re motion for attys' fees. |
| 6/12/2007 | 4.25 | Research and revise motion for attys' fees and supporting documents; telephone conf. with J. Basile re recovery of fees; review and analyze records in support of motion. |
| 6/13/2007 | 2.50 | Research and revise motion for attys' fees and supporting documents; review and analyze records in support of motion; correspond with P. Chin re request to file under seal. |
| 6/14/2007 | 3.00 | Research and revise motion for attys' fees and supporting documents; correspond with Kirkland re fees; correspond with students re work and time spent on case. |
| 6/15/2007 | 3.75 | Revise memorandum in support of motion for attys' fees; review case file and cite supporting documents. |
| 6/18/2007 | 2.50 | Revise motion for attys' fees and supporting documents; correspond with P. Chin re motion to file under seal. |

| | | |
|---|---|---|
| 6/19/2007 | 3.25 | Research and revise motion for attys' fees and supporting documents; review and analyze records in support of motion; correspond with P. Chin re motion to file under seal; finalize and file motion to file under seal; telephone conference with A. Garber re Kirkland fees;  telephone conf. with J. Basile re same. |
| 6/20/2007 | 4.50 | Research and revise motion for attys' fees and supporting documents; correspond with B. Karl and J. Lam re research in support of motion; correspond with Kirkland re fees; |
| 6/21/2007 | 4.25 | Research and revise memorandum in support of motion for attys' fees; draft supporting declaration;  organize supporting documents and coordinate with A. Smith; discuss motion and task list with T. Falzone. |
| 6/22/2007 | 5.25 | Research and revise motion for attys' fees and supporting documents; telephone conf. with B. Karl re research; review memo drafted by J. Chan re case law supporting motion for fees; telephone conf. with M. McKane at Kirkland re Kirkland fees; telephone conf. with T. Falzone re same. |
| 6/23/2007 | 4.75 | Research and revise motion for attys' fees and supporting documents. |
| 6/25/2007 | 9.50 | Research and revise motion for attys' fees and supporting documents; discuss same with T. Falzone; correspond with J. Cali re hand filing motion in New York; correspond with Kirkland re fees and supporting documents. |
| 6/26/2007 | 7.00 | Research and revise motion for attys' fees and supporting documents; discuss same with T. Falzone; telephone conf. with court clerk re filing under seal; correspond with J. Cali re hand filing motion in New York; discuss research assignment with J. Lam. |
| 6/27/2007 | 8.25 | Research and revise motion for attys' fees and supporting documents; discuss same with T. Falzone; review J. Lam's research memo and discuss follow up assignments with him and T. Falzone; correspond with Kirkland re declaration and supporting documents; |

| | | |
|---|---|---|
| 6/28/2007 | 7.50 | Revise motion for attys' fees and supporting documents; discuss same with T. Falzone; coordinate with A. Smith; telephone conf. with court clerk re filing under seal; telephone conf. with J. Cali re same; telephone conf. with E. Stahl re declaration and supporting documents |
| | | |
| TOTAL | 81.25 | |