# EXHIBIT A

Vargas v. Pfizer, *et al.*

Anthony T. Falzone

| Date | Hours | Description |
|---|---|---|
| 09/01/06 | 0.5 | review summary of pre-motion conference; conferences re scheduling |
| 09/11/06 | 0.5 | review recent case law re substantial similarity; correspondence re same |
| 09/12/06 | 3.0 | review previous motion for summary judgment and declarations submitted in support of same; correspondence and conferences re substantial similarity issues |
| 09/13/06 | 2.0 | factual and legal research re substantial similarity issues; conferences re same |
| 10/02/06 | 5.4 | review memorandum and case law regarding substantial similarity issues; draft pretrial order |
| 10/03/06 | 4.1 | review memorandum and case law regarding substantial similarity issues; draft pretrial order; prepare for and participate in conference call re pretrial order; revise same |
| 10/16/06 | 4.8 | review plaintiff's and defendant's proposed pretrial orders; draft joint pretrial order; review draft reply brief in support of motion for summary judgment; conferences re same; attention to arrangements for hearing on motion for summary judgment and pretrial conference |
| 10/17/06 | 4.3 | review draft reply brief in support of motion for summary judgment; conferences re same; review correspondence from Mr. Chin; review research re timeliness of Dr. Boulanger's rebuttal report; draft letter to Judge Pauley re trial scheduling |
| 10/18/06 | 3.6 | review plaintiff's and defendant's proposed pretrial orders; draft joint pretrial order; conferences re reply brief in support of summary judgment motion |

| 10/23/06 | 3.7 | review and revise draft pretrial order; review deposition testimony in support of same |
| --- | --- | --- |
| 10/24/06 | 2.5 | review and revise draft pretrial order; review deposition testimony in support of same; conf. with Mr. Chin re same |
| 10/30/06 | 4.2 | prepare for hearing on MSJ and pretrial conference; review briefing and authorities re MSJ; review pretrial order; conferences re above |
| 10/31/06 | 9.1 | travel to New York for hearing on motion for summary judgment and pretrial conference; draft outline of argument on MSJ; review case law regarding same |
| 11/2/06 | 5.5 | prepare for and attend conference re preparation for hearing on motion for summary judgment ad pretrial conference |
| 11/03/06 | 10.5 | prepare for and attend hearing on motion for summary judgment and pretrial conference; return to San Francisco from same |
| 11/06/06 | 2.0 | conferences regarding settlement issues and additional evidence to be submitted in support of motion for summary judgment |
| 11/08/06 | 1.5 | conferences regarding settlement issues and additional evidence to be submitted in support of motion for summary judgment |
| 11/09/06 | 0.6 | conferences regarding settlement issues and additional evidence to be submitted in support of motion for summary judgment |
| 11/14/06 | 2.1 | conferences re drafting opposition to plaintiffs' motion to reconsider and motion to exclude Rodriguez; conference with Ms. Ahrens re recreation of *Aparthenonia* and settlement issues |
| 11/16/06 | 1.5 | conferences re recreation of *Aparthenonia* per Court's instructions; view same via video conference |
| 11/26/06 | 4.8 | review and revise draft opposition to plaintiffs' motion for reconsideration |

| 11/27/06 | 2.5 | review and revise draft opposition to plaintiffs' motion for reconsideration |
| --- | --- | --- |
| 11/28/06 | 3.9 | review and revise draft opposition to plaintiffs' motion for reconsideration; conferences re motions in limine |
| 11/29/06 | 5.5 | review and revise draft opposition to plaintiffs' motion for reconsideration |
| 11/30/06 | 4.7 | review and revise draft opposition to plaintiffs' motion for reconsideration; prepare same for filing |
| 12/12/06 | 1.2 | review Mr. Chin's letter to the Court; draft reply; conferences re same |
| 01/22/07 | 0.4 | review correspondence from Mr. Chin; conferences re same |
| 01/24/07 | 0.4 | review plaintiffs' supplemental expert submission; conferences and correspondence re same |
| 02/05/07 | 2.5 | draft letter to Judge Pauley regarding trial date; revise trial preparation plan; review draft jury verdict form |
| 02/06/07 | 4.0 | review and revise draft jury instructions; legal research re same; conference call re trial preparation; attention to travel, accommodations and logistics |
| 02/07/07 | 4.5 | review and revise draft jury instructions; legal research re same; conference call re trial preparation; attention to travel, accommodations and logistics |
| 03/08/07 | 1.0 | review memo re assignment of accrued causes of action |
| 05/09/07 | 1.1 | review order granting summary judgment; conferences re same |
| 05/11/07 | 2.2 | legal research re recovery of attorneys' fees; conferences re potential settlement offers |
| 05/14/07 | 1.0 | telephone conference with Mr. Chin; draft stipulation extending time to move for attorneys' fees and time to file notice of appeal; conferences re same |

| 05/15/07 | 0.3 | correspondence re stipulation extending time to move for attorneys' fees and time to file notice of appeal; conferences re same |
| --- | --- | --- |
| 05/22/07 | 3.5 | legal research in support of motion for attorneys' fees; conferences re settlement issues and re fees and costs expended by client |
| 05/23/07 | 3.9 | legal research in support of motion for attorneys' fees |
| 05/24/07 | 0.9 | conferences re fee motion and settlement issues |
| 05/30/07 | 3.5 | draft motion for attorneys' fees |
| 06/01/07 | 3.5 | draft motion for attorneys' fees |
| 06/05/07 | 0.9 | conferences re motion for attorneys' fees; draft stipulation setting briefing schedule for same |
| 06/06/07 | 2.9 | draft and revise motion for attorneys' fees and costs; conferences re same |
| 06/21/07 | 2.2 | review and revise draft memo in support of motion for attorneys' fees and costs; conferences re same |
| 06/22/07 | 3.8 | review and revise draft memo in support of motion for attorneys' fees and costs; conferences re same |
| 06/25/07 | 2.5 | review time records; compile same in support of motion for attorneys' fees |
| 06/26/07 | 5.6 | review and revise draft memo in support of motion for attorneys' fees and costs; draft and revise declaration in support of same; review declaration of Eric Stahl in support of same; conferences re above |
| 06/27/07 | 4.4 | draft and revise declaration in support of motion for attorneys' fees; review draft declaration of David Olson in support of same; conferences re same; review time records |
| 06/28/07 | 7.0 | draft and revise motion for attorneys' fees and declaration in support of same; prepare same for filing; conferences re same |

Total Hours:       156