# EXHIBIT B

# Summary Of Attorneys' Fees And Costs Requested By Defendant BT

**Attorneys' Fees**

| | |
|---|---|
| CIS | $ 253,937.50 |
| Kirkland & Ellis LLP | $ 365,215.00 |
| Davis Wright & Tremaine LLP | $ 33,494.50 |
| TOTAL FEES | $ 652,647.00 |

**Costs**

| | |
|---|---|
| Kirkland & Ellis LLP | $ 98,773.59 |
| Davis Wright & Tremaine LLP | $ 1,064.41 |
| TOTAL COSTS | $ 99,838.00 |

**TOTAL FEES AND COSTS**     $ 752,485.00