# EXHIBIT A

| | | | |
|---|---|---|---|
| <td colspan="4" align="center">***STANFORD LAW SCHOOL CYBERLAW CLINIC***<br>***Timekeeper Name: DAVID OLSON***</td> |
| Date | Time | Case | Description |
| 5/19/07 | 11.5 | BT | Discuss case with L. Lessig and J. Granick; email BT offering accepting representation pro bono; correspond repeatedly via email with K. Nasseri re case status and case files; correspond repeatedly via email with E. Stahl re case status and case files; read and analyze 5/18/06 Pre-Motion Conference letter from Plaintiffs to Court requesting pre-motion conference in preparation for moving to compel BT's deposition in New York, or in the alternative, for sanctions; research case law re whether Plaintiffs can force defendant to travel at defendant's own expense to be deposed; receive and analyze voluminous filings from defendants' first motion for summary judgment. |
| 5/20/07 | 4.5 | BT | Continue to review and analyze documents related to summary judgment filing. |
| 5/22/07 | 9.75 | BT | Review correspondence relating to dispute of where BT should be deposed, continue to review case law related to same; TC with BT regarding case status, history, and strategy; review correspondence between BT and Plaintiffs' counsel; review docket to get up to speed on case happenings. |
| 5/23/07 | 13.75 | BT | File notice of appearance as counsel for BT; correspond with K. Nasseri re status of deposition schedules and notices; receive Dr. Boulanger's expert report from E. Stahl and review it; receive prior stipulation to extend discovery from E. Stahl and review; receive expert report of plaintiffs' expert Dr. Steven Smith and review; TC with Plaintiffs' counsel P. Chin re depositions and discovery schedule extension; receive and review sound files from E. Stahl of accused work and allegedly copied work, along with similar sound files; correspond with BT about recreating sound file in deposition; plan discovery strategy and deposition strategy; discuss deposition dates with BT via email; draft discovery extension stipulation and order and letter to Court re same; conduct legal research on standards for summary judgment for lack of access to the allegedly copied work and striking similarity standard; correspond with L. Lessig via email regarding case strategy and proposed plan for litigating next steps of the case. |

| | | | |
|---|---|---|---|
| \multicolumn{4}{c}{***STANFORD LAW SCHOOL CYBERLAW CLINIC***} |
| ***Timekeeper Name: DAVID OLSON*** |

| Date | Time | Case | Description |
|---|---|---|---|
| 5/24/07 | 12.75 | BT | Review D. Levine's proposed changes to letter to Court regarding extension of discovery schedule and revise letter accordingly; correspond via email with Plaintiffs' counsel re proposed discovery extension dates; send proposed stipulation extending discovery to Plaintiffs' counsel; send proposed stipulation extending discovery to E. Stahl; correspond with E. Stahl via email about proposed extension to discovery schedule and possible summary judgment motions and timing; receive and review Plaintiffs' counsel's changes to proposed extension to the discovery schedule; send revised stipulation extending discovery and revised letter to Court re same to E. Stahl; review expert report of M. Ritter; conduct case law research regarding striking similarity and access to copyrighted work; receive and review E. Stahl's edits to letter to Court and revise letter accordingly; circulate revised drafts of letter to Court and stipulation extending discovery to E. Stahl, P. Chin, and BT; send stipulation to extend discovery and letter to Court; correspond via email with K. Nasseri re deposition schedule and contact information for Dr. Boulanger; email Dr. Boulanger regarding deposition; correspond with BT re Dr. Boulanger's expert work and strategy re same. |
| 6/6/07 | 4.75 | BT | Prepare and send official retainer letter to BT; review P. Kelali's memo regarding access and similarity standards and conduct additional research re same; review discovery produced by both sides to date and check for any missing discovery in files. |
| 6/7/06 | 2.25 | | Review discovery responses by plaintiffs, compare to expert reports in the case and draft list of follow up items re discovery. |
| 6/8/06 | 1.75 | | Review discovery and determine what additional discovery may be needed for legal theory of the case. |
| 6/9/06 | 1.25 | | Continue reviewing discovery and correspond with E. Stahl regarding discovery items and getting discovery responses missing from the files. |
| 6/13/06 | 3.5 | | Receive and review defendants' discovery production; conduct Internet search for information about distributors who allegedly distributed plaintiffs' work. |
| 6/17/06 | 3.0 | | Review all documentary evidence plaintiffs provided regarding dissemination of the allegedly copied work; research case law regarding extent of dissemination needed to show access likely. |
| 6/19/06 | 1.25 | | Conduct further analysis of plaintiffs' evidence of dissemination and the standard they need to meet. |
| 6/20/06 | .75 | | Investigate possible expert consultants to use in analyzing the musical similarities in the works. |
| 622/06 | 1.5 | | Review P. Kelali's memo re further research on access and striking similarity and analyze doctrinal fit with facts of the case as now known. |

| | | | |
|---|---|---|---|
| *STANFORD LAW SCHOOL CYBERLAW CLINIC*<br>*Timekeeper Name: DAVID OLSON* ||||
| Date | Time | Case | Description |
| 6/26/06 | 1.75 | | Prepare for and meet with new co-counsel from Kirkland & Ellis to discuss case strategy, theories, and division of labor; |
| 6/27/06 | .75 | | Plan and draft task list for case. |
| 6/28/06 | 1.25 | | TC with co-counsel re division of labor and case strategy; revise and add to list of follow up discovery needed. |
| 6/30/06 | 1.75 | | Refine discovery plan; TC with C. Keegan, J. Ahrens, and P. Kelali regarding strategy for obtaining additional discovery and what is needed. |
| 7/2/06 | .5 | | Email Plaintiffs' counsel regarding TC to discuss case and discovery issues; correspond via email with BT regarding case strategy and additional counsel on case |
| 7/3/06 | .25 | | Correspond with plaintiffs' counsel and co-counsel to set up telephone conference to discuss the case. |
| 7/5/06 | 1.0 | | Review and analyze P. Kelali's research memo on re-opening discovery and strategize re extending schedule for making dispositive motions; TC with co-counsel regarding scheduling depositions, supplementing discovery responses, and evidence of distribution of plaintiffs' work; |
| 7/6/06 | .75 | | Review and analyze P. Kelali's memo re extending deadline for dispositive motions once it has passed |
| 7/12/06 | 1.0 | | Review and revise J. Ahrens' letter to Plaintiffs' re outstanding discovery issues ; review Plaintiffs' letter re discovery issues; |
| 7/18/06 | 1.5 | | Correspond via email with J. Ahrens and C. Keegan about subpoenaing Pfizer for the settlement agreement with plaintiffs in this case; review draft subpoenas from J. Ahrens; TC with J. Ahrens re subpoenas, scheduling depositions, and motion to extend dispositive motions deadline. |
| 7/19/06 | 1.75 | | Revise subpoenas to Pfizer, et al. re settlement agreement and correspond with J. Ahrens re same; correspond with J. Ahrens re deposition dates; review research memo from J. Ahrens re potential damages owed in the case and law re same; |
| 7/21/06 | 1.75 | | Review memo from J. Ahrens re the law of contributory infringement as applied to this case; review and begin revising P. Kelali's draft motion to extend the deadline for dispositive motions |
| 7/24/06 | .75 | | Email BT re outstanding discovery issues and deposition of Dr. Boulanger; review and revise letter from Ahrens to Chin re outstanding discovery issues and deposition schedule |
| 7/25/06 | 2.25 | | Review memos from J. Ahrens re copyrightability and access standard; revise P. Kelali's motion to extend dispositive deadline schedule and convert it to a pre-motion conference letter |

| | | | *STANFORD LAW SCHOOL CYBERLAW CLINIC* |
|---|---|---|---|
| | | | *Timekeeper Name: DAVID OLSON* |
| Date | Time | Case | Description |
| 7/26/06 | 1.25 | | Review Plaintiffs' additional discovery responses |
| 7/27/06 | 6.5 | BT | Review materials and prepare for deposition of R. Vargas |
| 7/28/06 | 7.0 | BT | Outline and prepare for deposition of R. Vargas |
| 7/29/06 | 10.0 | BT | Prepare for and travel to New York to take deposition of R. Vargas |
| 7/30/06 | 10.25 | BT | Prepare for depositions of Vargas and Roberts |
| 7/31/06 | 9.0 | BT | Take deposition of R. Vargas |
| 8/1/06 | 12 | BT | Work with J. Ahrens to prepare for deposition of R. Roberts and travel from deposition of R. Vargas |
| 8/2/06 | 6.5 | BT | Attend deposition of R. Roberts via telephone |
| 8/8/06 | 10.0 | BT | Travel to and prepare for depositions of Ritter, Rodriguez and Vargas (continued dep). |
| 8/9/06 | 9.25 | BT | Prepare for and attend deposition of M. Ritter |
| 8/10/06 | 16.5 | BT | Take deposition of Rodriguez and continued deposition of R. Vargas and travel from deposition |
| 8/13/06 | 7.5 | BT | Review S. Smith's report and prepare for his deposition |
| 8/14/06 | 10.25 | BT | Review S. Smith's publications and prepare for his deposition |
| 8/15/06 | 9.0 | BT | Prepare for and take deposition of S. Smith |
| 8/16/06 | 6.5 | BT | Prepare for and attend deposition of B. Transeau |
| 8/17/06 | 1.75 | | TC with J. Ahrens re case strategy adjustments given just-completed depositions; correspond with J. Ahrens re response to Plaintiffs letter re allegedly outstanding discovery items and next steps for Dr. Boulanger; correspond with K. Merkley re deposition exhibits and file organization |
| 8/18/06 | .75 | | TC with C. Keegan re issues for Dr. Boulanger to analyze in his supplemental report; organize additional material for Dr. Boulanger to review and have sent to him; |
| 8/21/06 | .5 | | Discuss outstanding discovery issues with J. Ahrens and C. Keegan |
| 8/24/06 | 1.25 | | Prepare for and participate in TC with plaintiffs' counsel and J. Ahrens re outstanding discovery issues and potential motions to compel; arrange for payment of Plaintiffs' expert fees for attending their depositions |
| 8/25/06 | .5 | | TC with J. Ahrens and E. Stahl re upcoming pre-motion conference. |
| 8/27/06 | .5 | | Receive and review P. Chin's letter regarding outstanding discovery issues and Dr. Smith invoice. |
| 8/28/06 | .75 | | Review and discuss with J. Ahrens her draft of a letter responding to P. Chin's letter re outstanding discovery issues. |
| 8/29/06 | .5 | | TC with C. Keegan re Dr. Boulanger supplemental expert report. |

| | | | *STANFORD LAW SCHOOL CYBERLAW CLINIC*<br>*Timekeeper Name: DAVID OLSON* |
|---|---|---|---|
| Date | Time | Case | Description |
| 8/30/06 | 1 | | TC with J. Ahrens re issues and approach for pre-motion conference on extending dispositive motion deadline. |
| 8/31/06 | 1.25 | | TCs with A. Falzone, J. Ahrens, and E. Stahl re pre-motion conference and argument. |
| 9/6/06 | .25 | | TC with C. Keegan re Dr. Boulanger supplemental report. |
| 9/11/06 | 5.75 | BT | Case research for Summary judgment brief; discuss summary judgment drafting with J. Ahrens. |
| 9/12/06 | 7.75 | BT | Review case law and record in preparation for summary judgment briefing; TC with J. Ahrens and A. Falzone re drafting summary judgment brief and striking similarity case law in Second Circuit. |
| 9/13/06 | 4.75 | BT | Work on statement of facts for summary judgment brief; correspond with J. Ahrens re same. |
| 9/14/06 | 6.25 | BT | Continue research and record review in preparation for drafting summary judgment motion |
| 9/15/06 | 8.5 | BT | Continue research re summary judgment and begin outlining motion |
| 9/18/06 | 9.5 | BT | Work on draft of striking similarity section of summary judgment brief |
| 9/19/06 | 14 | BT | Continue drafting summary judgment brief |
| 9/20/06 | 13.75 | BT | Work on sections of summary judgment brief regarding expert testimony and copying |
| 9/21/06 | 15.25 | BT | Continue drafting summary judgment brief |
| 9/22/06 | 10 | BT | Work on summary judgment draft |
| 9/23/06 | 8.25 | BT | revise summary judgment brief |
| 9/24/06 | 10.25 | BT | revise and redraft summary judgment brief |
| 9/25/06 | 12.25 | BT | Finalize and file summary judgment brief |
| 10/2/06 | .75 | | Analyze pretrial order tasks; discuss witness roles and trial testimony; review memo from J. Davis re statutory damages exposure. |
| 10/3/06 | .5 | | Telephone conference re pre-trial order |
| 10/5/06 | .75 | | TC with J. Ahrens re Daubert motion against Dr. Smith's report. |
| 10/6/06 | 1.25 | | Analyze and discuss exhibits and witnesses to be offered at trial with J. Ahrens. |
| 10/9/06 | 2.75 | | Discuss and make further decisions with J. Ahrens re exhibits to be offered at trial; review exhibits to determine which to offer; discuss C. Bess and Kult records with J. Ahrens. |
| 10/10/06 | 1.5 | | Conduct further analysis and decision making re exhibits for trial; discuss same with J. Ahrens. |
| 10/11/06 | 3.25 | | Listen to, analyze and discuss with J. Ahrens drum tracks and songs to be offered at trial to show frequency with which variations on basic beat contained in plaintiffs' track is used. |

| | | | *STANFORD LAW SCHOOL CYBERLAW CLINIC* <br> *Timekeeper Name: DAVID OLSON* |
|---|---|---|---|
| Date | Time | Case | Description |
| 10/13/06 | 3.75 | | Review and analyze plaintiffs' opposition to summary judgment; discuss reply strategy with J. Ahrens. |
| 10/14/06 | 3.25 | | Read cases cited in plaintiffs' brief in opposition to summary judgment |
| 10/15/06 | 4.25 | | Outline summary judgment reply brief |
| 10/16/06 | 12.25 | | Draft Smith section of reply brief; discuss reply brief and sections with J. Ahrens |
| 10/17/06 | 11.75 | | Revise reply brief |
| 10/18/06 | 13.75 | BT | Finalize and file reply brief |
| 10/24/06 | 1.0 | | Prepare for and participate in TC with P. Chin, J. Ahrens, and A. Falzone re pre trial order and stipulated facts |
| 10/25/06 | .5 | | TC with J. Ahrens re pre-trial order and ongoing case projects. |
| 10/30/06 | 5.25 | BT | Meet with E. Chan re drafting jury instructions; review draft pre trial order and participate in TC with J. Ahrens and A. Falzone re revisions to same. |
| 10/31/06 | 1.75 | BT | Work on summary judgment argument with J. Ahrens. |
| 11/7/06 | .75 | | Prepare for and participate in TC with J. Ahrens and A. Falzone re case status, strategy, and settlement issues |
| 11/9/06 | .75 | | TC with J. Ahrens and A. Falzone re settlement issues and BT's recreation |
| 11/15/06 | 1.5 | BT | Review transcript from summary judgment oral argument and plan steps to comply with Court's request for additional information. |
| 11/16/06 | 2.25 | BT | Discuss with J. Ahrens and help plan session at which BT will recreate Aparthenonia in his studios. |
| 11/19/06 | .75 | | Correspond with J. Ahrens, A. Falzone, and A. Garber re format and presentation of BT's recreation of Aparthenonia. |
| 11/27/06 | 3.5 | BT | Discuss Dr. Boulanger expert report and fact witness declarations with J. Ahrens; assist Dr. Boulanger and two fact witness in drafting their declarations with J. Ahrens; meet with BT and review his declaration and obtain signature. |
| 11/28/06 | 3.5 | BT | Discuss and draft declaration summarizing expert analysis of recreated Aparthenonia conducted by Dr. Boulanger; discuss with J. Ahrens format and materials needed to file additional evidence and declarations with Court on December 1. |
| 12/1/06 | 3.0 | BT | Finalize and help file submission of supplemental summary judgment materials and declarations. |
| 12/6/06 | .75 | BT | Read and discuss Plaintiffs' reply brief regarding plaintiffs' motion for reconsideration of order allowing additional evidence related to motion for summary judgment. |
| 1/23/07 | .25 | BT | Review youtube video showing amen break beat similar to BT's beat |
| 1/24/07 | .5 | BT | TC with J. Ahrens to discuss response to P. Chin's opinion testimony in his supplemental declaration |

| | | | |
|---|---|---|---|
| | STANFORD LAW SCHOOL CYBERLAW CLINIC<br>*Timekeeper Name: DAVID OLSON* | | |
| Date | Time | Case | Description |
| 1/25/07 | 1.75 | BT | Revise letter to Court requesting pre-motion conference for permission to file a motion to strike the supplemental declaration of P. Chin. |
| 2/6/07 | 1.0 | | Prepare for and participate in TC with J. Ahrens and T. Falzone re trial preparation. |
| 3/12/07 | 4.75 | | Read and offer revisions to motion to strike P. Chin's declaration or in the alternative responding to Chin's arguments |
| 3/13/07 | 5.25 | | Continue to revise motion to strike/response to Chin's arguments. |
| 3/14/07 | 2.75 | | Make additional revisions to motion to strike/response to Chin's arguments and review and make corrections. |
| 3/15/07 | 2.25 | | Review, revise, and make corrections to motion to strike/response to Chin's arguments to finalize for filing. |
| 3/29/07 | 3.75 | | Review plaintiffs' opposition brief to BT's motion to strike; TC with J. Ahrens to discuss reply to same. |
| 4/1/07 | 7.5 | | Review summary judgment briefing and supporting documents, expert reports, and briefing re motion to strike P. Chin's declaration or in the alternative offering responses in order to draft reply brief in support of motion to strike. |
| 4/2/07 | 5.25 | | Begin drafting reply brief in support of motion to strike/respond to Chin's arguments. |
| 4/3/07 | 6.75 | | Continue drafting reply brief and review documents in support thereof. |
| 4/4/07 | 9.25 | | Complete drafting, revise, finalize, and file reply brief. |
| 5/9/07 | 1.0 | | Read and analyze Court's order granting summary judgment |
| 5/14/07 | 1.25 | | Review and revise stipulation extending time to move for attorneys' fees. |
| 5/15/07 | 2.25 | | Finalize and file stipulation to extend time to move for attorneys' fees and to appeal. |
| 5/24/07 | 1.25 | | Prepare for and meet with A. Falzone to discuss strategy and division of labor for drafting motion for attorneys' fees. |
| 5/25/07 | 1.75 | | Discuss fee motion with A. Falzone and whether protective order covering settlement agreement between former co-defendants and plaintiffs means that we will have to file under seal; conduct research re fee motion standard. |
| 6/1/07 | 6.75 | | Review docket, first motion for summary judgment, and early part of case and draft part of fact section of fee motion brief re same. |

| | | | |
|---|---|---|---|
| <td colspan="4" align="center">***STANFORD LAW SCHOOL CYBERLAW CLINIC***<br>***Timekeeper Name: DAVID OLSON***</td> | | | |
| Date | Time | Case | Description |
| 6/2/07 | 7.75 | | Review record re distribution and sales of plaintiffs' work, access to same, and expert reports on issue of striking similarity for inclusion in fact/background section of fee brief; draft portion of background section re same |
| 6/3/07 | 5.25 | | Revise and continue drafting fee/background section of fee motion brief. |
| 6/4/07 | 3.5 | | Review A. Falzone's draft of the argument section of the fee motion brief; revise and continue drafting fact/background section of fee motion brief |
| 6/5/07 | 4.25 | | Complete first draft of fact/background section of fee motion brief and circulate to team. |
| 6/6/07 | 6.5 | | Review draft of motion for attorneys' fees; work on supporting documents for same; work with J. Ahrens to file stipulation extending time to file for attorneys' fees. |
| 6/7/07 | 2.5 | | Receive TC from Clerk informing us that stipulation needs to be signed by all parties; after J. Ahrens's TC to Court clerk getting permission to fax letter requesting extension, draft and fax letter re extension; continue work on supporting documents for fee motion. |
| 6/24/07 | 6.5 | | Review current draft of motion for attorneys' fees; work on supporting documentation for motion. |
| 6/25/07 | 9.75 | | Continue work on motion for attorneys' fees. |
| Total: | 552.25 | | |
| Total Fees @ $300/hour | $165,675 | | |