UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK

----------------------------------------------------------- x

RALPH VARGAS and                                :
BLAND-RICKY ROBERTS,                            :          Case No. 04 CV 9772 (WHP)
                                                :
                              Plaintiffs,        :          **DECLARATION OF ERIC CHAN IN**
                                                :          **SUPPORT OF DEFENDANT BRIAN**
                 - against -                     :          **TRANSEAU'S MOTION FOR**
                                                :          **ATTORNEYS' FEES AND COSTS**
PFIZER INC., PUBLICIS, INC., FLUID              :
MUSIC, EAST WEST COMMUNICATIONS,                :
INC. and BRIAN TRANSEAU p/k/a "BT",             :
                                                :
                              Defendants.        :

----------------------------------------------------------- x

I, Eric Chan, declare as follows:

1.      I am a 2007 graduate of Stanford Law School, and from September 3, 2006 to December 6, 2006 I was a student in the Cyberlaw Clinic of Stanford's Center for Internet and Society (CIS).  I make this declaration in support of Brian Transeau's Motion for Attorneys' Fees.  I have personal knowledge of the facts set out below and if called as a witness could and would testify competently to them under oath.

2.      I received my J.D. Degree from Stanford Law School in 2007. While at Stanford, in addition to participating in the Cyberlaw Clinic, I was co-Editor-in-Chief of the Stanford Technology Law Review. I was also a CIS Student Fellow during the 2006-2007 school year and worked closely with CIS staff and faculty on several projects outside of my duties in the Cyberlaw clinic. After taking the California bar exam in July, I will work for the Los Angeles office O'Melveny and Myers, a general  practice law firm.

3.      My responsibilities as a student in the Cyberlaw Clinic included researching and drafting motions and memoranda, and assisting in preparations for trial in various intellectual

1

Dockets.Justia.com

property cases. Virtually all of the work I performed for the Cyberlaw Clinic was on behalf of Mr. Transeau in the above-captioned matter. My work on this case was supervised by Anthony Falzone and David Olson.

4.        Attached as Exhibit A is a true and correct summary of the hours I billed to the above-captioned matter on a daily basis along with descriptions of the work performed each day. This information accurately reflects the work I performed and was compiled from personal, handwritten time records and notes maintained in the regular course of my work.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on June 28 , 2007 in Stanford, California.

Eric Chan