# EXHIBIT A

Stanford Law School   Time Keeper Name:  Eric Chan
Cyberlaw Clinic

| DATE | HOURS | ACTIVITY |
|---|---|---|
| 09/13/06 | 2.00 | confer with Tony Falzone regarding case strategy for defendant's second motion for summary judgment |
| 09/14/06 | 3.75 | research (law of substantial similarity in the 2d Cir.) |
| 09/15/07 | 3.00 | research (substantial similarity) |
| 09/16/07 | 4.00 | research and draft argument for motion for summary judgment |
| 09/17/07 | 8.00 | draft memorandum on Second Circuit caselaw |
| 09/18/07 | 4.00 | finalize memorandum |
| 09/19/07 | 1.50 | research (substantial similarity caselaw in music/drumbeat context; scenes a faire doctrine) |
| 09/21/07 | 2.00 | research (law of access and independent creation); assist in drafting motion for summary judgment on access argument |
| 09/22/07 | 2.00 | research (law of access and independent creation); assist in drafting motion for summary judgment on access argument |
| 09/23/07 | 7.75 | research (access, substantial similarity); assist in drafting motion for summary judgment; compile database on substantial similarity issue |
| 09/25/07 | 3.60 | research (music and substantial similarity caselaw and secondary sources); compile database on substantial similarity/sampling issue |
| 10/01/07 | 2.70 | research (music and substantial similarity caselaw and secondary sources); compile database on substantial similarity/sampling issue |
| 10/02/07 | 6.50 | research (music and substantial similarity caselaw and secondary sources); compile database on substantial similarity/sampling issue |
| 10/03/07 | 1.00 | confer with Tony Falzone regarding exhibits for trial and trial strategy |
| 10/04/07 | 6.50 | confer with expert (Rigicliano); research and select musical tracks for exhibits at trial |
| 10/12/07 | 1.00 | research (musical tracks for expert testimony) |
| 10/17/07 | 2.50 | research (expert rebuttal issue); draft argument for inclusion in reply to plaintiff's opposition to defendant's motion for summary judgment |
| 10/18/07 | 6.50 | finalize argument for reply brief |
| 11/01/07 | 3.00 | draft defendant's proposed jury instructions |
| 11/30/07 | 3.00 | draft proposed voir dire questions and jury verdict form |
| TOTAL | 74.30 | |