# EXHIBIT 1

June 27, 2007

**KIRKLAND & ELLIS LLP**
AND AFFILIATED PARTNERSHIPS

Brian Transeau
2658 Griffiths Park Blvd., #511
Los Angeles, CA 90039

555 California Street, Suite 2700
San Francisco, California 94104

FEIN 36-1326630

**Inv.# 3155813**

IN THE MATTER OF  **Ralph Vargas, et al. vs. Client**
**File No. 11106 - 1**

| | |
|---|---:|
| For legal services rendered through May 31, 2007 (see attached Description of Legal Services for detail) | $365,215.00 |
| For disbursements incurred through May 31, 2007 (see attached Description of Expenses for detail) | $98,773.39 |
| Total for legal services rendered and expenses incurred | $463,988.39 |

Brian Transeau
Legal Services Period Ending May 31, 2007
June 27, 2007

## Summary of Hours Billed

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| Julie Ahrens | 16.50 | 385.00 | 6,352.50 |
| Julie Ahrens | 432.00 | 415.00 | 179,280.00 |
| Julie Ahrens | 69.50 | 435.00 | 30,232.50 |
| Alice Garber | 140.25 | 450.00 | 63,112.50 |
| Christopher Keegan | 3.50 | 385.00 | 1,347.50 |
| Christopher Keegan | 127.25 | 415.00 | 52,808.75 |
| Krista Merkley | 160.25 | 145.00 | 23,236.25 |
| Krista Merkley | 7.75 | 160.00 | 1,240.00 |
| Jaime Smith | 39.00 | 195.00 | 7,605.00 |
|  | 996.00 |  | 365,215.00 |

Brian Transeau
Legal Services Period Ending May 31, 2007
June 20, 2007

## Description of Expenses

| Description | Amount |
|---|---|
| Exhibit Labels | 25.00 |
| Process Server Fees | 247.00 |
| Miscellaneous Office Expenses | 14.08 |
| Outside Messenger Services | 46.00 |
| Investigators | 3,977.12 |
| Expert Fees | 700.00 |
| Car Rental | 41.24 |
| Information Broker Doc/Svcs | 1,965.00 |
| Standard Copies or Prints UK/MU | .20 |
| Outside Copy/Binding Services | 2,455.64 |
| Binding | 1.40 |
| Other Court Costs and Fees | 95.00 |
| Outside Computer Services | 3,917.00 |
| Working Meals/K&E and Others | 412.46 |
| Secretarial Overtime | 947.78 |
| Travel Expense | 4,588.76 |
| Fax Charge | 109.18 |
| Travel Meals | 382.85 |
| Filing Fees | 100.00 |
| Local Transportation | 603.69 |
| Appearance Fees | 25.00 |
| Airfare | 4,034.50 |
| Transportation to/from airport | 1,172.21 |
| Other Travel Expenses | 251.73 |
| Court Reporter Fee/Deposition | 28,952.30 |
| Calendar/Court Services | 125.00 |
| Color Copies or Prints | 928.00 |
| Postage | 11.26 |
| Professional Fees | 25,687.91 |
| Telephone | 1,000.39 |
| Tabs/Indexes/Dividers | 21.50 |
| Scanned Images | 420.90 |
| Working Meals/K&E Only | 398.83 |
| Overtime Transportation | 547.68 |
| Overnight Delivery | 1,206.55 |
| Computer Database Research | 8,728.73 |
| Standard Copies or Prints | 3,745.20 |
| Overtime Meals | 70.30 |
| Standard Copies or Prints NY | 816.00 |
| | |
| Total Expenses | $ 98,773.39 |

Brian Transeau
Legal Services Period Ending May 31, 2007
June 20, 2007

## Description of Legal Services

| Date | Hours | Name | Description |
|------|-------|------|-------------|
| 6/26/06 | 1.00 | Christopher Keegan | Attend team meeting with D. Olson, J. Ahrens, A. Garber and P. Kelali. |
| 6/26/06 | 1.50 | Julie Ahrens | Meeting with D. Olson, A. Garber and C. Keegan re case background, strategy and steps going forward; review case file. |
| 6/27/06 | .50 | Jaime C Smith | Assemble case materials and create index of documents. |
| 6/27/06 | 2.75 | Julie Ahrens | Prepare notice of appearance; review rules and forms for electronic filing in SDNY; review complaint; edit task list and correspond with D. Olson re same. |
| 6/28/06 | 1.00 | Jaime C Smith | Conference with team re case documents and status; assemble materials for team. |
| 6/28/06 | .50 | Christopher Keegan | Telephone conference with team re schedule and upcoming tasks. |
| 6/28/06 | 6.25 | Julie Ahrens | Telephone conference with D. Olson; A. Garber and C. Keegan re assignments and case strategy; read and analyze case file, discovery pleadings, correspondence and expert reports; organize files. |
| 6/28/06 | 5.00 | Krista M Merkley | Assemble pleadings and correspondence binders; update and organize case files. |
| 6/29/06 | 1.25 | Christopher Keegan | Review BT filings and materials provided from D. Olson. |
| 6/29/06 | 2.00 | Julie Ahrens | Review research memorandum re copyright defenses; review plaintiffs' supplemental discovery responses and documents. |
| 6/29/06 | 4.00 | Krista M Merkley | Assemble pleadings binder; assemble boxes of case documents for A. Garber, C. Keegan, and J. Ahrens. |
| 6/30/06 | .75 | Christopher Keegan | Telephone conference with D. Olson, J. Ahrens and P. Kelali re case status and discovery tasks. |

Brian Transeau
Legal Services Period Ending May 31, 2007
June 20, 2007

| Date | Hours | Name | Description |
|------|-------|------|-------------|
| 6/30/06 | 4.00 | Julie Ahrens | Review case file and discovery pleadings; outline strategy for discovery issues and prepare for telephone conference re same; finalize and file notice of appearance; telephone conference with D. Also and C. Keegan re discovery plan and assignments. |
| 7/02/06 | 3.00 | Christopher Keegan | Review case file and materials. |
| 7/05/06 | 1.00 | Jaime C Smith | Assemble CD's attached to Summary Judgement Motion's and deposition transcripts for team review. |
| 7/05/06 | 3.50 | Julie Ahrens | Telephone conference with D. Olson; telephone conference with plaintiffs' counsel; review expert report of Dr. Smith; discuss case theory and strategy with E. Hughes. |
| 7/06/06 | .75 | Julie Ahrens | Discuss case with B. Black re research on damages issues; revise pro hac motions; letter to plaintiffs' counsel requesting Pfizer settlement. |
| 7/06/06 | 1.50 | Krista M Merkley | Assemble case documents for B. Black and B. Deisel; update and organize case files. |
| 7/10/06 | 5.00 | Julie Ahrens | Review file, discovery resposes, document production, and draft letter to Chin re discovery. |
| 7/11/06 | .25 | Julie Ahrens | Review plaintiffs' discovery letter. |
| 7/12/06 | .50 | Julie Ahrens | Revise discovery letter to plaintiffs' counsel. |
| 7/12/06 | .50 | Krista M Merkley | Update and organize case files. |
| 7/13/06 | 1.50 | Jaime C Smith | Prepare Notice of Appearance for A. Garber and C. Keegan; collect admission information and certificates of good standing for A. Garber. |
| 7/13/06 | 1.00 | Julie Ahrens | Finalize discovery letter to plaintiffs; telephone conference with D. Olson. |

Brian Transeau
Legal Services Period Ending May 31, 2007
June 20, 2007

| Date | Hours | Name | Description |
|------|-------|------|-------------|
| 7/14/06 | .50 | Julie Ahrens | Review and edit B. Black's damages memo. |
| 7/18/06 | .50 | Christopher Keegan | Telephone conference with S. Edelman; interoffice conference with J. Ahrens re settlement agreement. |
| 7/18/06 | 3.50 | Julie Ahrens | Correspond with plaintiffs' counsel re deposition scheduling; prepare third party subpoenas; revise B. Black's damages memo; telephone conference with D. Olson. |
| 7/19/06 | 1.50 | Julie Ahrens | Prepare subpoenas to third parties; telephone conference with BT's assistant and coordinate deposition dates; meet with B. Black to discuss damages memo and additional research. |
| 7/19/06 | .50 | Krista M Merkley | Update and organize case files. |
| 7/20/06 | .50 | Julie Ahrens | Research re Rule 68 offers; review conflicts reports re third party subpoenas. |
| 7/20/06 | .25 | Krista M Merkley | Update and organize case files. |
| 7/21/06 | 1.00 | Christopher Keegan | Draft deposition notices for Plaintiff's witnesses. |
| 7/21/06 | 1.00 | Julie Ahrens | Finalize conflicts checks and third party subpoenas; finalize deposition notices and letter to Chin. |
| 7/21/06 | .50 | Krista M Merkley | Update case files with pleadings; update cast list. |
| 7/24/06 | 1.00 | Jaime C Smith | Organize and review materials re Expert Reports and Subpoenas; meet with K. Merkley re updates to calendar and files. |
| 7/24/06 | 1.00 | Julie Ahrens | Call Dr. Boulanger re deposition availability; coordinate subpoena service; review draft letter to Chin re discovery follow-up and discuss same with D. Olson. |
| 7/24/06 | 1.50 | Krista M Merkley | Assemble deposition notices for J. Ahrens; create case calendar; assemble expert reports for J. Ahrens; update case files |

Brian Transeau
Legal Services Period Ending May 31, 2007
June 20, 2007

| Date | Hours | Name | Description |
|------|-------|------|-------------|
| | | | with new pleadings and correspondence. |
| 7/24/06 | 2.75 | Alice C Garber | Review pleadings and discovery responses. |
| 7/25/06 | .75 | Christopher Keegan | Interoffice conference with J. Ahrens and A. Garber. |
| 7/25/06 | 2.00 | Julie Ahrens | Telephone conference with P. Chin re discovery letters and deposition schedules; meeting with C. Keegan, A. Garber and D. Olson re case schedule and strategy. |
| 7/25/06 | .75 | Krista M Merkley | Update case files with new correspondence and pleadings. |
| 7/25/06 | 7.50 | Alice C Garber | Attend team meeting regarding strategy and tasks; follow-up on issues from same; review pleadings and discovery responses. |
| 7/26/06 | .50 | Jaime C Smith | Contact court reporter in preparation for depositions next week; assemble documents for team review in preparation for depositions. |
| 7/26/06 | 2.50 | Julie Ahrens | Correspond with Chin re discovery responses and deposition schedules; coordinate schedules and details for the deposition of Vargas and Roberts. |
| 7/26/06 | 1.50 | Krista M Merkley | Coordinate the production of a cd with all the pleadings and correspondence from the case in searchable pdf format; update case files with discovery, pleadings, and correspondence; pull documents for J. Ahrens. |
| 7/26/06 | 3.50 | Alice C Garber | Review documents and prepare for upcoming depositions. |
| 7/27/06 | 10.00 | Julie Ahrens | Review files and prepare for depositions of Vargas and Roberts; meet with D. Olson and P. Kelali re same; correspond with plaintiffs' counsel re depositions and outstanding discovery issues. |
| 7/27/06 | 5.25 | Krista M Merkley | Assemble Ralph Vargas deposition exhibits |

Brian Transeau
Legal Services Period Ending May 31, 2007
June 20, 2007

| Date | Hours | Name | Description |
|------|-------|------|-------------|
| | | | for J. Ahrens and D. Olson; update case files with new pleadings and correspondence. |
| 7/27/06 | 4.00 | Alice C Garber | Review the expert reports; prepare for depositions. |
| 7/28/06 | 1.00 | Jaime C Smith | Prepare protective order for filing; prepare motion for pro hac for filing for C. Keegan and A. Garber; assemble documents in preparation for depositions. |
| 7/28/06 | .50 | Christopher Keegan | Assist with draft outline for deposition. |
| 7/28/06 | 7.50 | Krista M Merkley | Update case files with correspondence, discovery, expert reports, and background information; assemble Ralph Vargas deposition exhibits for J. Ahrens and D. Olson; code and upload all case correspondence and pleadings to I-Manage. |
| 7/28/06 | 5.00 | Alice C Garber | Review expert reports and case materials; prepare for depositions. |
| 7/30/06 | 7.25 | Julie Ahrens | Prepare for Vargas deposition. |
| 7/30/06 | 3.75 | Krista M Merkley | Assemble Ralph Vargas deposition exhibits for J. Ahrens and D.Olson. |
| 7/31/06 | 9.75 | Julie Ahrens | Prepare for and attend Vargas deposition. |
| 7/31/06 | .50 | Krista M Merkley | Update case files with new correspondence. |
| 7/31/06 | 5.25 | Alice C Garber | Research case law and review pleadings; preform research for deposition preparation. |
| 8/01/06 | 10.00 | Julie Ahrens | Prepare for deposition of Plaintiff Roberts. |
| 8/01/06 | 1.50 | Krista M Merkley | Update case files with new correspondence; discovery and pleadings. |
| 8/02/06 | 11.00 | Julie Ahrens | Prepare for and take deposition of Plaintiff Roberts. |
| 8/02/06 | 1.00 | Krista M Merkley | Update case files with new pleadings and |

Brian Transeau
Legal Services Period Ending May 31, 2007
June 20, 2007

| Date | Hours | Name | Description |
|------|-------|------|-------------|
| | | | correspondence. |
| 8/03/06 | 2.00 | Julie Ahrens | Review deposition transcripts. |
| 8/04/06 | 1.25 | Julie Ahrens | Review Robert's deposition transcript; correspond with plaintiffs' counsel; telephone conference with Corissa Mavroides re BT's deposition and logistics; review expert declaration in preparation for deposition. |
| 8/07/06 | 2.00 | Jaime C Smith | Prepare pro hac motion for filing; assemble expert reports and declarations for D. Olson's review; assemble deposition transcripts for C. Keegan's review. |
| 8/07/06 | 2.25 | Christopher Keegan | Conference with D. Olson and J. Ahrens re upcoming work; review deposition transcripts. |
| 8/07/06 | 2.50 | Julie Ahrens | Prepare for expert depositions; meet with C. Keegan and D. Olson to discuss strategy and assignments. |
| 8/08/06 | 2.25 | Christopher Keegan | Prepare for B. Transeau deposition; conduct legal research re damages summary judgment motion. |
| 8/08/06 | 9.00 | Julie Ahrens | Prepare for depositions of I. Rodriguez and M. Ritter. |
| 8/08/06 | 2.50 | Krista M Merkley | Update case files with correspondence, pleadings, and deposition transcripts. |
| 8/09/06 | 4.75 | Christopher Keegan | Conduct legal research re damages for potential summary judgment; prepare for B. Transeau deposition. |
| 8/09/06 | 12.75 | Julie Ahrens | Prepare for and take deposition of I. Rodriguez; prepare for deposition of M. Ritter. |
| 8/10/06 | 11.50 | Julie Ahrens | Prepare for and take deposition of M. Ritter; draft letter to P. Chin re discovery and follow up after depositions. |
| 8/11/06 | 4.00 | Christopher Keegan | Review of prior depositions; prepare for |

Brian Transeau
Legal Services Period Ending May 31, 2007
June 20, 2007

| Date | Hours | Name | Description |
|------|-------|------|-------------|
| | | | B. Transeau preparation session; review Ritter transcript. |
| 8/11/06 | 9.25 | Julie Ahrens | Travel from depositions in New York to California; revise and finalize letter to plaintiffs' counsel re outstanding discovery and follow-up after depositions; conference call with Corissa Mavroides and D. Olson; correspond with J. Smith re case logistics. |
| 8/11/06 | 1.50 | Krista M Merkley | Update case files with pleadings, correspondence, and document production. |
| 8/13/06 | 1.25 | Christopher Keegan | Prepare for deposition preparation meeting with B. Transeau. |
| 8/14/06 | 2.00 | Jaime C Smith | Assemble documents in preparation for deposition; organize and review correspondence, pleadings and production. |
| 8/14/06 | 6.00 | Christopher Keegan | Prepare for meeting with B. Transeau; attend meeting with B. Transeau re deposition; draft supplemented preparation outline for B. Transeau. |
| 8/14/06 | 1.00 | Julie Ahrens | Client interview of B. Transeau via telephone conference with C. Keegan and D. Olson. |
| 8/14/06 | 9.25 | Krista M Merkley | Update case files with correspondence, pleadings, and document production; assemble Boulanger reports for D. Olson; assemble all expert reports and document productions for C. Keegan; assemble deposition exhibits for D.Olson. |
| 8/14/06 | 7.25 | Alice C Garber | Research and draft motion to compel production of documents. |
| 8/15/06 | 11.50 | Christopher Keegan | Prepare for and attend deposition preparation sessions with B. Transeau; attend Smith deposition. |
| 8/15/06 | 3.75 | Krista M Merkley | Assist D. Olson with deposition preparation; assemble East-West production for C. Keegan. |

Brian Transeau
Legal Services Period Ending May 31, 2007
June 20, 2007

| Date | Hours | Name | Description |
|------|-------|------|-------------|
| 8/15/06 | 2.75 | Alice C Garber | Revise and edit motion to compel production of documents. |
| 8/16/06 | 8.25 | Christopher Keegan | Prepare for deposition; conduct B. Transeau deposition. |
| 8/16/06 | 1.50 | Krista M Merkley | Assemble master set of all defense exhibits; create chart of all deposition exhibits. |
| 8/17/06 | 1.00 | Julie Ahrens | Telephone conference with D. Olson re Dr. Smith's deposition and case strategy. |
| 8/17/06 | 1.50 | Krista M Merkley | update case files with pleadings, correspondence, discovery, and depositions; assemble set of defense exhibits for Paul Chin. |
| 8/18/06 | 1.25 | Christopher Keegan | Telephone conference with Dr. Boulanger; telephone conferences with D. Olson |
| 8/18/06 | 1.00 | Krista M Merkley | Update and organize case files with correspondence, expert information, pleadings, and exhibits; assemble cd's for expert Boulanger. |
| 8/19/06 | 2.00 | Julie Ahrens | Draft letter to P. Chin responding to plaintiffs' discovery demands. |
| 8/21/06 | .50 | Christopher Keegan | Review and revise correspondence re discovery. |
| 8/21/06 | 2.00 | Julie Ahrens | Prepare letter to Plaintiffs' counsel re outstanding discovery issues; discuss same with D. Olson and C. Keegan. |
| 8/21/06 | 1.50 | Krista M Merkley | Update and organize case files with correspondence, pleadings, and discovery documents; assemble set of discovery documents for J. Ahrens review. |
| 8/22/06 | 1.00 | Krista M Merkley | Update and organize case files with correspondence, pleadings and discovery. |
| 8/23/06 | 1.00 | Christopher Keegan | Review deposition transcripts for supplemental expert report. |

Brian Transeau
Legal Services Period Ending May 31, 2007
June 20, 2007

| Date | Hours | Name | Description |
|------|-------|------|-------------|
| 8/24/06 | 4.00 | Julie Ahrens | Telephone conference with court clerk re appearance by telephone for Sept. 1 pre-motion conference; prepare for and participate in telephone conference with opposing counsel re discovery issues; discuss same with D. Olson; correspond with K. Merkeley re case files and exhibits. |
| 8/24/06 | .75 | Krista M Merkley | Update and organize case file with BT and Vargas production. |
| 8/25/06 | 2.00 | Julie Ahrens | Telephone conference with E. Stahl and D. Olson re upcoming pre-motion telephone conference; draft letter to P. Chin to memorialize telephone conference re discovery. |
| 8/27/06 | 1.50 | Julie Ahrens | Review P. Chin's letter re discovery issues; draft letter responding and memorializing conference call re discovery. |
| 8/28/06 | 1.00 | Christopher Keegan | Review B. Transeau deposition transcript. |
| 8/28/06 | 2.00 | Julie Ahrens | Edit and finalize letter to P. Chin memorializing conference call re discovery and responding to plaintiffs' discovery demands; discuss same with D. Olson. |
| 8/28/06 | 1.50 | Krista M Merkley | Update case files with depositions, correspondence, pleadings, and invoices; assemble copy of BT's deposition for C. Keegan; finalize defense exhibits to be sent to Paul Chin. |
| 8/29/06 | 2.25 | Christopher Keegan | Telephone conference with D. Olson re supplemental expert report; review S. Smith deposition re supplemental expert report; review materials for supplemental expert report. |
| 8/30/06 | .50 | Christopher Keegan | Draft introduction to supplemental expert report. |
| 8/30/06 | .50 | Julie Ahrens | Telephone conference with D. Olson re |

| Date | Hours | Name | Description |
|------|-------|------|-------------|
| | | | strategy and issues for pre-motion conference on summary judgment motion. |
| 8/31/06 | 2.75 | Julie Ahrens | Telephone conference with D. Olson and T. Falzone re strategy and arguments for pre-motion conference on summary judgment motion; telephone conference with E. Stahl and D. Olson re same; research and analyze case law in preparation for pre-motion conference. |
| 9/01/06 | 4.50 | Julie Ahrens | Prepare for and argue premotion conference re summary judgment via telephone conference with Judge Pauley; correspond with team re same; correspond with Paul Chin re discovery issues. |
| 9/06/06 | 1.00 | Christopher Keegan | Telephone conference with D. Olson re Dr. Boulanger's report; telephone conference with Dr. Boulanger re supplemental report; prepare for telephone conference tomorrow with Dr. Boulanger. |
| 9/06/06 | .75 | Krista M Merkley | Update case files with pleadings and correspondence. |
| 9/07/06 | 4.75 | Christopher Keegan | Telephone conferences with Dr. Boulanger re expert report. |
| 9/08/06 | .50 | Krista M Merkley | Update case files with pleadings and correspondence. |
| 9/11/06 | 5.00 | Julie Ahrens | Review documents received from T. Snell; correspond with BT re discovery issues; review correspondence from P. Chin re discovery requests; discuss case strategy with D. Olson; correspond with T. Gallo re document authenticity. |
| 9/11/06 | .25 | Krista M Merkley | Update case files with correspondence. |
| 9/12/06 | 4.00 | Julie Ahrens | Case law research re substantial similarity and copying copyrightable elements; telephone conference with D. Olson and T. Falzone to discuss same and plan summary judgment brief; meet with M. McGuire re organization of files and |

Brian Transeau
Legal Services Period Ending May 31, 2007
June 20, 2007

| Date | Hours | Name | Description |
|------|-------|------|-------------|
| | | | documents to Stanford. |
| 9/13/06 | 1.00 | Jaime C Smith | Review local rules and rules of Judge Pauley re filing of summary judgement motions. |
| 9/13/06 | 1.50 | Julie Ahrens | Correspond with BT re fact gathering for summary judgment; correspond with D. Olson re same; review judge's rules; prepare 56.1 statement. |
| 9/14/06 | 3.50 | Julie Ahrens | Prepare for summary judgment; telephone calls to witnesses; draft 56.1 statement of undisputed facts. |
| 9/15/06 | 2.00 | Julie Ahrens | Draft 56.1 statement; read deposition transcript of Dr. Smith. |
| 9/18/06 | 9.00 | Julie Ahrens | Research case law and draft summary judgment brief; witness interview with M. DiMattia. |
| 9/18/06 | .50 | Krista M Merkley | Assemble sets of Matthew Ritter cd's for J. Ahrens and D. Olson. |
| 9/19/06 | 13.75 | Julie Ahrens | Research case law and draft summary judgment brief. |
| 9/19/06 | 2.50 | Krista M Merkley | Assemble word indexes for all deposition for J. Ahrens; organize document production; meet with J. Ahrens re Summary Judgment Tasks |
| 9/20/06 | 5.00 | Christopher Keegan | Interoffice conferences with D. Olson and J. Ahrens re summary judgment work; draft summary judgment declarations; conduct legal research re sound recordings/sampling; telephone conference with Dr. Boulanger re expert report. |
| 9/20/06 | 14.50 | Julie Ahrens | Research case law and draft summary judgment brief. |
| 9/20/06 | 1.50 | Krista M Merkley | Assemble set of Plaintiff exhibits for J. Ahrens and D. Olson. |
| 9/21/06 | 1.50 | Jaime C Smith | Cite check Summary Judgement brief in |

Brian Transeau
Legal Services Period Ending May 31, 2007
June 20, 2007

| Date | Hours | Name | Description |
|------|-------|------|-------------|
| | | | preparation for filing. |
| 9/21/06 | 13.00 | Christopher Keegan | Telephone conference with Dr. Boulanger re rebuttal report; review exhibits and expert report; interoffice conferences with J. Ahrens and D. Olson re brief; review and revise L.R. 56.1 statement of facts; review Dr. Boulanger's expert report. |
| 9/21/06 | 16.00 | Julie Ahrens | Research case law and draft summary judgment brief. |
| 9/21/06 | 3.75 | Krista M Merkley | Assemble exhibits for Summary Judgment Brief for D. Olson and J. Ahrens |
| 9/22/06 | 8.50 | Jaime C Smith | Cite check summary judgement brief; assemble exhibits to SJ brief; prepare brief for filing. |
| 9/22/06 | 8.00 | Christopher Keegan | Review and revise summary judgment brief. |
| 9/22/06 | 9.50 | Julie Ahrens | Research case law and draft summary judgment brief; prepare letter to court; telephone with E. Stahl re same; revise 56.1 statement. |
| 9/22/06 | 7.00 | Krista M Merkley | Assemble exhibits for the Summary Judgment brief for J. Ahrens and D. Olson; cite check Summary Judgment brief. |
| 9/23/06 | 2.00 | Christopher Keegan | Review and revise summary judgment brief, LR 56.1 facts statement, other documents for filing. |
| 9/23/06 | 1.00 | Julie Ahrens | Revise and draft summary judgment brief. |
| 9/24/06 | 5.50 | Jaime C Smith | Cite check and assemble exhibits to Summary Judgement brief. |
| 9/24/06 | 5.00 | Christopher Keegan | Review and revise summary judgment brief, L.R. 56.1 Statement of Facts and other motion papers. |
| 9/24/06 | 4.50 | Krista M Merkley | Assemble exhibits to the Summary Judgment brief for D. Olson; cite check Summary Judgment brief for D. Olson. |

Brian Transeau
Legal Services Period Ending May 31, 2007
June 20, 2007

| Date | Hours | Name | Description |
|------|-------|------|-------------|
| 9/25/06 | 5.00 | Jaime C Smith | Prepare summary judgement brief for filing; assemble exhibits and cite check brief. |
| 9/25/06 | 7.50 | Christopher Keegan | Review and revise summary judgment brief; review and revise L.R. 56.1 statement; final review before filing. |
| 9/25/06 | 6.00 | Julie Ahrens | Revise and finalize summary judgment brief; revise 56.1 statement; file summary judgment brief. |
| 9/25/06 | 9.25 | Krista M Merkley | Assemble exhibits for Summary Judgment brief for D. Olson; cite check Summary Judgment brief for D. Olson. |
| 9/26/06 | 2.50 | Jaime C Smith | Update exhibits to SJ filing and prepare copies to send to opposing counsel, the Court and for team distribution. |
| 9/26/06 | 1.00 | Christopher Keegan | Review filings; draft letter to Stanford re expert report. |
| 9/26/06 | 2.00 | Julie Ahrens | Complete follow up tasks re summary judgment brief; correspond with team re same. |
| 9/26/06 | 3.50 | Krista M Merkley | Update case files; assemble binder of summary judgment briefing and cases cited for A. Garber; organize all cases cited in summary judgment brief; organize exhibits cited in summary judgment brief. |
| 9/27/06 | 4.50 | Krista M Merkley | Assemble Summary Judgment Brief with all cited cases for A. Garber; assemble all exhibits for A.Garber; organize case files; update case files with pleadings and correspondence. |
| 9/28/06 | 1.50 | Jaime C Smith | Review local rules re pre trial order. |
| 9/28/06 | 3.00 | Krista M Merkley | Assemble binder of deposition transcripts for A. Garber; update and organize case files. |
| 9/29/06 | 1.50 | Krista M Merkley | Assemble binder of deposition transcripts |

Brian Transeau
Legal Services Period Ending May 31, 2007
June 20, 2007

| Date | Hours | Name | Description |
|------|-------|------|-------------|
| | | | for A. Garber. |
| 10/02/06 | .50 | Christopher Keegan | Interoffice conference with J. Ahrens re case status. |
| 10/02/06 | 3.00 | Julie Ahrens | Create case project list; review student research memos; review draft PTO; discuss case with C Keegan. |
| 10/03/06 | 1.25 | Christopher Keegan | Telephone conference with J. Ahrens and A. Falzone; review pretrial order. |
| 10/03/06 | 2.00 | Julie Ahrens | Prepare project list; telephone conference with P. Chin, T. Falzone, E. Stahl re PTO; discuss same with C. Keegan; revise PTO. |
| 10/03/06 | .50 | Krista M Merkley | Update case files with pleadings and correspondence. |
| 10/03/06 | 1.25 | Alice C Garber | Attend team conference re case strategy and tasks. |
| 10/04/06 | 2.50 | Christopher Keegan | Conduct legal research re potential motion to strike; conduct legal research for reply brief. |
| 10/04/06 | 3.50 | Krista M Merkley | Create trial exhibit list. |
| 10/05/06 | 2.75 | Julie Ahrens | Telephone conference with A. Garber re case update and upcoming deadlines; telephone conference with D. Olson and students re Daubert motion and research assignment; telephone conference with P. Chin re PTO; revise PTO. |
| 10/05/06 | 4.00 | Krista M Merkley | Organize case files; assemble  copy of summary judgment brief for docket clerk. |
| 10/05/06 | 3.50 | Alice C Garber | Draft and revise pre-trial order. |
| 10/06/06 | 2.75 | Julie Ahrens | Revise PTO and stipulated facts; identify exhibits and witnesses for PTO; discuss same with D. Olson . |
| 10/06/06 | 1.50 | Krista M Merkley | Update and organize case files. |
| 10/09/06 | 1.00 | Christopher Keegan | Conduct legal research on summary judgment |

Brian Transeau
Legal Services Period Ending May 31, 2007
June 20, 2007

| Date | Hours | Name | Description |
|------|-------|------|-------------|
| | | | motion. |
| 10/09/06 | 5.75 | Julie Ahrens | Revise PTO and discuss same with D. Olson; correspond with E Stahl re same; locate and select songs for exhibits; edit exhibit list and select defense exhibits for PTO; discuss order of proof with R. Casamiquela; correspond with Kult records re Carlos Bess.; revise project list. |
| 10/09/06 | 1.75 | Krista M Merkley | Update case files with correspondence; assemble copies of Original Summary Judgment Motion and 9/26 Summary Judgment Motion binders. |
| 10/10/06 | 2.25 | Christopher Keegan | Conduct legal research for reply brief. |
| 10/10/06 | 8.50 | Julie Ahrens | Draft letter to court re extension on Plaintiffs and Defendants' briefs; review and create defense exhibit list for PTO; discuss exhibit selection and lists with D. Olson; coordinate exhibits with K. Merkeley; discuss order of proof with R. Casamiquela; review student research memos. |
| 10/10/06 | 5.00 | Krista M Merkley | Assemble potential trial exhibits for J. Ahrens; assemble Summary Judgment Motions for R. Casamiquela; assist J. Ahrens in producing cd. |
| 10/11/06 | 2.75 | Christopher Keegan | Conduct legal research for summary judgment reply. |
| 10/11/06 | 5.75 | Julie Ahrens | Revise PTO; locate and mark exhibits and discuss same with K. Merkeley; call A. Ricigliano re song selections; discuss same with D. Olson. |
| 10/11/06 | 6.00 | Krista M Merkley | Assemble trial exhibits for J. Ahrens and D.Olson; prepare cd's to be produced. |
| 10/12/06 | 4.75 | Christopher Keegan | Review Plaintiffs' summary judgment filing. |
| 10/12/06 | 7.00 | Julie Ahrens | Revise finalize and file PTO; correspond with P. Chin re same; review and analyze |

Brian Transeau
Legal Services Period Ending May 31, 2007
June 20, 2007

| Date | Hours | Name | Description |
|------|-------|------|-------------|
| | | | plaintiffs' opposition brief; outline reply brief. |
| 10/12/06 | 3.50 | Krista M Merkley | Assemble trial exhibits for D. Olson and J. Ahrens. |
| 10/13/06 | 3.50 | Christopher Keegan | Conduct legal research for reply brief. |
| 10/13/06 | 8.00 | Julie Ahrens | Correspond and telephone calls with P. Chin re PTO and plaintiffs proposed filing; research cases cited in plaintiffs' opposition brief; outline reply brief; discuss same with D. Olson. |
| 10/13/06 | 5.50 | Krista M Merkley | Asssemble trial exhibits for D. Olson and J. Ahrens; update case files with pleadings. |
| 10/14/06 | 2.00 | Julie Ahrens | Draft reply brief for summary judgment motion. |
| 10/15/06 | 2.50 | Julie Ahrens | Draft reply brief for summary judgment motion. |
| 10/16/06 | 2.00 | Christopher Keegan | Conduct legal research re exclusion of evidence; legal research on witness travel expenses; conduct legal research on access point. |
| 10/16/06 | 12.75 | Julie Ahrens | Draft reply brief for summary judgment motion; discuss same with D. Olson; C. Keegan; A. Garber; correspond with P. Chin re letter to court re joint PTO; telephone conference with T. Falzone re case status and strategy. |
| 10/16/06 | 6.00 | Krista M Merkley | Assemble trial exhibits for J. Ahrens and D. Olson; assemble case law cited in "Plaintiffs' Opposition to Defendant's Motion for Summary Judgment" for A. Garber; assemble all expert reports for A. Garber; assemble "Plaintiffs' Opposition to Defendant's Motion for Summary Judgment" briefing and exhibits for R. Casamiquela; update and organize cases with pleadings and correspondence. |

| Date | Hours | Name | Description |
|------|-------|------|-------------|
| 10/16/06 | 6.50 | Alice C Garber | Review summary judgment briefing; perform research for same; confer with D. Olson and J. Ahrens re same. |
| 10/17/06 | 2.75 | Christopher Keegan | Review and revise summary judgment brief. |
| 10/17/06 | 11.50 | Julie Ahrens | Draft reply brief for summary judgment motion; correspond re same with E. Stahl; discuss same with A. Garber and C. Keegan. |
| 10/17/06 | 2.25 | Krista M Merkley | Assemble exhibits for Reply brief for J. Ahrens and D. Olson. |
| 10/17/06 | 7.50 | Alice C Garber | Research and draft reply brief on summary judgment motion. |
| 10/18/06 | 3.00 | Jaime C Smith | Prepare reply brief re summary judgement for filing. |
| 10/18/06 | 13.50 | Julie Ahrens | Revise, finalize and file reply brief for summary judgment motion; draft declaration and finalize exhibits to brief. |
| 10/18/06 | 3.50 | Krista M Merkley | Assemble exhibits for Reply Brief; cite check Reply Brief. |
| 10/19/06 | 1.00 | Krista M Merkley | Update and organize case files with reply brief; assemble copies of the reply brief to E. Stahl, Judge Pauley, and P. Chin. |
| 10/23/06 | .50 | Krista M Merkley | Update files with correspondence and pleadings. |
| 10/24/06 | 2.00 | Julie Ahrens | Telephone conference with P. Chin, T. Falzone and D. Olson re revised PTO and stipulated facts; revise stipulated facts and discuss same with T. Falzone. |
| 10/25/06 | 1.50 | Julie Ahrens | Review and revise joint PTO; discuss projects with D. Olson and update project list; correspond with team re same. |
| 10/26/06 | 1.50 | Christopher Keegan | Draft witness outline for C. Vasquez. |
| 10/26/06 | .50 | Julie Ahrens | Review Plaintiffs' exhibit list; correspond with students re research assignments. |

Brian Transeau
Legal Services Period Ending May 31, 2007
June 20, 2007

| Date | Hours | Name | Description |
|------|-------|------|-------------|
| 10/26/06 | .50 | Krista M Merkley | Assemble Opposition brief and Reply brief for B. Transeau. |
| 10/27/06 | 1.75 | Christopher Keegan | Draft witness outlines for I. Rodriguez. |
| 10/27/06 | 2.50 | Julie Ahrens | Prepare objections to Plaintiffs' exhibit list; review summary judgment briefing in preparation for summary judgment oral argument. |
| 10/30/06 | 1.00 | Christopher Keegan | Draft witness outline for C. Vasquez/M. DiMittia. |
| 10/30/06 | 8.00 | Julie Ahrens | Revise and circulate objections to Plaintiffs' exhibit list; telephone conference with T Falzone and D Olson re revisions to PTO; revise, finalize and file joint PTO; correspond with P Chin and E Stahl re same; prepare for oral argument on summary judgment. |
| 10/31/06 | 10.25 | Julie Ahrens | Prepare for oral argument on summary judgment motion; meet with A. Garber to practice; discuss same with D. Olson. |
| 10/31/06 | 3.50 | Krista M Merkley | Assemble Opening, Opposition, and Reply Brief binders for J. Ahrens; Assemble case law re Opening, Opposition, and Reply Brief for J. Ahrens. |
| 10/31/06 | 7.50 | Alice C Garber | Review summary judgment pleadings to prepare for hearing; confer with J. Aherns and perform research for same. |
| 11/01/06 | 7.50 | Julie Ahrens | Travel to and prepare for oral argument on summary judgment motion. |
| 11/01/06 | 2.50 | Krista M Merkley | Assemble S briefing for A. Gerber and Julie Ahems. |
| 11/01/06 | 6.75 | Alice C Garber | Review summary judgment motion papers; prepare for pretrial hearing. |
| 11/02/06 | 12.50 | Julie Ahrens | Prepare for oral argument on summary judgment motion; meet with T. Falzone re same. |

| Date | Hours | Name | Description |
|------|-------|------|-------------|
| 11/02/06 | 10.25 | Alice C Garber | Travel to New York to attend pretrial hearing. |
| 11/03/06 | 7.50 | Julie Ahrens | Prepare for and argue summary judgment motion before Judge Pauley; discuss case strategy with T. Falzone and A. Garber; travel from NYC. |
| 11/03/06 | 7.50 | Alice C Garber | Attend pretrial hearing in New York. |
| 11/05/06 | 8.75 | Alice C Garber | Travel back from pretrial hearing in New York. |
| 11/06/06 | .50 | Krista M Merkley | Assemble list of contact information for J. Ahrens; organize and update case files with pleadings. |
| 11/06/06 | 4.50 | Alice C Garber | Review expert reports regarding analysis of audio track; develop plan to supplement evidence. |
| 11/07/06 | 3.25 | Julie Ahrens | Correspond with BT re summary judgment hearing, case status and submitting evidence of independent creation; review and analyze order of proof; telephone conference with Dr. Boulanger re analyzing independent creation evidence; telephone conference with D. Olson and T. Falzone re case strategy and settlement position. |
| 11/07/06 | 1.50 | Alice C Garber | Review deposition transcripts. |
| 11/08/06 | 3.25 | Julie Ahrens | Telephone conference with Corissa Mavriodes re scheduling BT's recreation demonstration; correspond with BT re case strategy and settlement position; review and analyze order of proof re damages; |
| 11/08/06 | .50 | Krista M Merkley | Update case files pleadings. |
| 11/08/06 | 2.25 | Alice C Garber | Review deposition transcripts and expert reports. |
| 11/09/06 | 4.00 | Julie Ahrens | Review and analyze draft order of proof re damages; review and analyze Plaintiffs' motion for reconsideration and discuss |

| Date | Hours | Name | Description |
|------|-------|------|-------------|
| | | | same with A. Garber; telephone conference with D. Olson and T. Falzone re case strategy, settlement offer to plaintiffs and BT's recreation demonstration; telephone conference with B. Transeau re recreation demonstration; |
| 11/09/06 | 5.75 | Alice C Garber | Research and draft letter to Judge Pauley re plaintiff's motion for reconsideration. |
| 11/10/06 | 3.75 | Julie Ahrens | Research case law and local rules re plaintiffs motion for reconsideration; revise, finalize and send letter to Judge Pauley requesting sua sponte dismissal of plaintiffs' motion for reconsideration; correspond with A. Garber re same; telephone conference with C. Mavorides re scheduling BT's demonstration of recreation. |
| 11/10/06 | 2.50 | Alice C Garber | Research response to motion for reconsideration. |
| 11/13/06 | .50 | Julie Ahrens | Prepare for trip to LA for BT's demonstration of the recreation of Aparthenonia. |
| 11/13/06 | 5.75 | Alice C Garber | Reviews deposition transcripts and evidence for response to motion for reconsideration. |
| 11/14/06 | 1.00 | Julie Ahrens | Research local rules re date for opposition to plaintiffs' motion for reconsideration; telephone conference with J. Cali re same; draft letter to court re request for dismissal of plaintiffs' motion. |
| 11/14/06 | 4.75 | Alice C Garber | Research response to motion for reconsideration; organize plan to supplement evidence. |
| 11/15/06 | 2.75 | Alice C Garber | Review expert reports re audio track analysis. |
| 11/16/06 | 12.50 | Julie Ahrens | Travel to Los Angeles and attend B. Transeau's demonstration of Aparthenonia |

Brian Transeau
Legal Services Period Ending May 31, 2007
June 20, 2007

| Date | Hours | Name | Description |
|------|-------|------|-------------|
| | | | recreation. |
| 11/17/06 | .50 | Julie Ahrens | Correspond and strategize with A. Falzone, A. Garber, C. Keegan and D. Olson re BT's evidence of independent recreation. |
| 11/20/06 | 1.25 | Julie Ahrens | Telephone conference with Dr. Boulanger re expert analysis of BT's recreation of Aparthenonia; review Plaintiffs' "reply" brief in support of motion for reconsideration; review T. Falzone's letter to the court re same; |
| 11/20/06 | 1.00 | Krista M Merkley | Assemble cd for J. Ahrens and R. Boulanger; update and organize case files with correspondence and pleadings. |
| 11/22/06 | 5.25 | Alice C Garber | Research case law for opposition to motion for reconsideration. |
| 11/24/06 | .50 | Julie Ahrens | Telephone conference with Dr. Boulanger re expert analysis of BT's Aparthenonia recreation. |
| 11/27/06 | 2.75 | Julie Ahrens | Draft witness declarations re BT's demonstration of Aparthenonia recreation; discuss same with D. Olson; meet with B. Transeau to review, edit and finalize same; review and edit opposition brief to Plaintiffs' motion for reconsideration. |
| 11/28/06 | 5.50 | Julie Ahrens | Telephone conference with D. Olson and student re research on motion in limine of plaintiffs' expert testimony; revise draft witness declarations, discuss edits with D. Olson, T. Falzone and A. Garber; telephone conference with B. Baughn and W. Choi re declarations; telephone conference with Dr. Boulanger and D. Olson re expert anlaysis and draft declaration. |
| 11/28/06 | .25 | Krista M Merkley | Update cast list with Boulanger's home address; update and organize case files. |
| 11/28/06 | 7.75 | Alice C Garber | Research and edit expert's and BT's declarations; research response to motion for reconsideration. |

Brian Transeau
Legal Services Period Ending May 31, 2007
June 20, 2007

| Date | Hours | Name | Description |
|------|-------|------|-------------|
| 11/29/06 | 6.25 | Julie Ahrens | Telephone conferences with Dr. Boulanger re expert analysis and declaration re recreation evidence in support of summary judgment motion; telephone conference with W. Choi re witness declaration and revise declaration; telephone conference with B. Baughn re witness declaration and revise declaration; telephone conferences with Kult Records's business manager, B. Currie re Carlos Bess and correspond with Lilla Vietri re same; telephone conference with T. Falzone re edits to opposition to motion for reconsideration; |
| 11/30/06 | 7.00 | Julie Ahrens | Telephone conference with W. Choi and revise witness declaration; telephone conference with B. Baughn and revise witness declaration; telephone conference with Dr. Boulanger re expert analysis and declaration; discuss same with A. Garber and T. Falzone; draft Ahrens declaration for filing recreation evidence in support of motion for summary judgment; organize and prepare documents for filing evidence with court. |
| 12/01/06 | 7.50 | Julie Ahrens | Prepare, finalize and file declarations and expert report re independent creation evidence; telephone conference with Dr. Boulanger to discuss same. |
| 12/01/06 | 1.75 | Krista M Merkley | Assemble 6 copies of Dr. Boulanger's Supplemental Declaration Exhibit A, Exhibit ZD, and Exhibit AA for J. Ahrens. |
| 12/05/06 | .50 | Krista M Merkley | Assemble physical cds to be filed on behalf of BT's SJ Motion. |
| 12/06/06 | .25 | Julie Ahrens | Review and analyze Plaintiffs' reply in support of motion for reconsideration. |
| 12/07/06 | .25 | Julie Ahrens | Correspond with B. Transeau re copy of Reason 1.01 software. |
| 12/12/06 | .75 | Julie Ahrens | Review and analyze Plaintiffs' request to Judge Pauley for a telephone conference re |

Brian Transeau
Legal Services Period Ending May 31, 2007
June 20, 2007

| Date | Hours | Name | Description |
|------|-------|------|-------------|
| | | | summary judgment motion; telephone conference with D. Olson and T. Falzone to discuss same; review and edit draft letter response to Judge Pauley. |
| 12/12/06 | .50 | Krista M Merkley | Assemble copy of BT recreation cd for A. Garber. |
| 12/29/06 | .50 | Julie Ahrens | Respond to Plaintiffs' request for extension of time; telephone conference with T. Falzone & D. Olson re same. |
| 1/03/07 | .25 | Julie Ahrens | Telephone conversation with Judge Pauley's clerk re extension for Plaintiffs' submission; communicate with team re same. |
| 1/08/07 | 1.25 | Julie Ahrens | Telephone conference with Dr. Boulanger re plaintiffs' request for Logic files and printouts and case status update; telephone conference with Paul Chin re plaintiffs' request for Logic files and printouts; discuss same with D. Olson. |
| 1/09/07 | .50 | Julie Ahrens | Telephone conference with Paul Chin re plaintiffs' request for additional copy of Logic files; email correspondence with Paul Chin re same. |
| 1/10/07 | 1.00 | Julie Ahrens | Prepare CD for Paul Chin with new copies of BT's recreation; coordinate with K. Merkeley re same; draft cover letter to P. Chin re same; coordinate with J. Smith and K. Merkley re case files and court docket questions; discuss case status and strategy with Z. Higgins. |
| 1/11/07 | .25 | Krista M Merkley | Confirm docketing re entry 123 with Southern District of New York docket clerk. |
| 1/19/07 | .25 | Julie Ahrens | Correspond with T. Falzone and D. Olson re plaintiffs' assignment of copyright from JBR Records to B. Roberts. |
| 1/22/07 | 2.00 | Julie Ahrens | Correspond with team re strategy re plaintiffs' late filing; review and analyze plaintiffs' request for an |

Brian Transeau
Legal Services Period Ending May 31, 2007
June 20, 2007

| Date | Hours | Name | Description |
|------|-------|------|-------------|
| | | | extension of time and discuss same with D. Olson; telephone conference and correspond with Paul Chin re draft letter to court; review and revise draft letter and discuss same with D. Olson. |
| 1/23/07 | .50 | Julie Ahrens | Review plaintiffs' response to recreation evidence; correspond with E. Stahl re same. |
| 1/24/07 | .50 | Julie Ahrens | Correspond with D. Olson and T. Falzone re plaintiffs' response to independent creation evidence. |
| 1/25/07 | 4.50 | Julie Ahrens | Telephone conference with D. Olson re Plaintiffs' rebuttal to independent creation evidence; draft letter to Judge Pauley requesting pre-motion conference on motion to strike P. Chin's declaration; finalize letter and discuss same with D. Olson. |
| 1/26/07 | .75 | Julie Ahrens | Telephone conference with Dr. Boulanger re plaintiffs' rebuttal to independent creation evidence. |
| 1/29/07 | .50 | Julie Ahrens | Review P. Chin's response to letter requesting pre-motion conference with Judge Pauley on motion to strike; correspond with team re same. |
| 2/05/07 | .50 | Julie Ahrens | Review draft letter to court re trial date; correspond with T. Falzone and D. Olson re same. |
| 2/06/07 | 2.00 | Julie Ahrens | Telephone conference with T. Falzone and D. Olson re trial preparation and task list; review orders of proof; coordinate trial preparations. |
| 2/07/07 | 1.25 | Julie Ahrens | Coordinate trial preparations and logistics with S. Martin; correspond with T. Falzone re same; telephone conference with B. Transeau re case developments. |
| 2/14/07 | 3.50 | Krista M Merkley | Update and organize case files with correspondence, pleadings, and discovery. |

Brian Transeau
Legal Services Period Ending May 31, 2007
June 20, 2007

| <u>Date</u> | <u>Hours</u> | <u>Name</u> | <u>Description</u> |
|---|---|---|---|
| 2/16/07 | .75 | Julie Ahrens | Prepare for and participate in telephone conference with Judge Pauley re defendants' proposed motion to strike; correspond with team re same. |
| 3/01/07 | .75 | Julie Ahrens | Outline motion to strike and brief in further support of summary judgment motion. |
| 3/05/07 | 4.00 | Julie Ahrens | Research re motion to strike Chin's declaration; draft outline of same. |
| 3/06/07 | 3.75 | Julie Ahrens | Research and draft motion to strike Chin's declaration and in further support of summary judgment motion. |
| 3/07/07 | 4.50 | Julie Ahrens | Research and draft motion to strike Chin's declaration and in further support of summary judgment motion. |
| 3/08/07 | 6.25 | Julie Ahrens | Research and draft motion to strike Chin's declaration and in further support of summary judgment motion. |
| 3/09/07 | 7.75 | Julie Ahrens | Research and draft motion to strike Chin's declaration and in further support of summary judgment motion. |
| 3/12/07 | 1.25 | Julie Ahrens | Revise motion to strike/summary judgment brief; discuss same with D. Olson. |
| 3/13/07 | 6.75 | Julie Ahrens | Revise motion to strike Chin's declaration and in further support of summary judgment motion. |
| 3/14/07 | 2.50 | Julie Ahrens | Revise motion to strike Chin's declaration and in further support of summary judgment motion; discuss same with D. Olson. |
| 3/14/07 | 2.00 | Krista M Merkley | Cite check the case law for BT's Motion to Strike Declaration of Paul Chin and in Further Support of BT's Motion for Summary Judgment for J. Ahrens. |
| 3/15/07 | 1.00 | Julie Ahrens | Edit, finalize and file motion to strike and in further support of summary |

Brian Transeau
Legal Services Period Ending May 31, 2007
June 20, 2007

| Date | Hours | Name | Description |
|------|-------|------|-------------|
| | | | judgment. |
| 3/15/07 | 2.00 | Krista M Merkley | Cite check BT's Motion to Strike Declaration of Paul Chin and in Further Support of BT's Motion for Summary Judgment. |
| 3/29/07 | 1.50 | Julie Ahrens | Review and analyze plaintiffs' opposition brief; discuss same and strategy for reply brief with D. Olson. |
| 4/02/07 | 2.25 | Julie Ahrens | Draft reply brief re motion to strike/summary judgment; conference with D. Olson re same. |
| 4/03/07 | 6.25 | Julie Ahrens | Draft reply brief re motion to strike. |
| 4/04/07 | 4.50 | Julie Ahrens | Finalize and file reply brief re motion to strike. |