# EXHIBIT A
# PART 2

LAWYERS

# Davis Wright Tremaine LLP



AND   SAN FRANCISCO   SEATTLE   SHANGHAI   WASHINGTON, D.C.
2600 CENTURY SQUARE
1501 FOURTH AVENUE
SEATTLE, WA 98101-1688

TEL (206) 622-3150
FAX (206) 628-7699
www.dwt.com
FEDERAL ID #91-0839480

Binary Acoustics, Inc.
Attn: Christel Layton
c/o Glieberman Weise & Associates
16000 Ventura Blvd., #600
Encino, CA 91436

January 11, 2006
Invoice No. 5481934

JANUARY INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS

Matter No.         0068291-000001

Vargas v. Pfizer

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|---|---|---|---|
| 12/02/05 | E. Stahl | 0.10 | Telephone conversation with Sara Edelman regarding settlement offer from plaintiff; email regarding same to clients |
| 12/15/05 | E. Stahl | 0.10 | Email to Sara Edelman regarding clients' settlement position; telephone conversation with Ms. Edelman regarding same |
| 12/19/05 | E. Stahl | 0.20 | Respond to email from client regarding expert witness, FFT analysis and related issues |
|  | Total Hours Worked | 0.40 |  |

### TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---|
| Total Current Services | 116.00 |
| Total Current Disbursements | 0.00 |
| Total Current Invoice | $116.00 |

PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING


## STATEMENT OF ACCOUNT

| | |
|---|---|
| Balance from Previous Statement | $27,723.63 |
| Less Payments Received as of 01/06/06 -<br>   BINARY ACOUSTICS - CHECK #1594 | ($10,517.89) |
| Current Invoice | $116.00 |
| Interest Charges | $157.89 |
| Total Balance Due This Matter | $17,479.63 |

Eric M. Stahl

# Davis Wright Tremaine LLP



LAWYERS

AND  SAN FRANCISCO  SEATTLE  SHANGHAI  WASHINGTON, D.C.

2600 CENTURY SQUARE
1501 FOURTH AVENUE
SEATTLE, WA 98101-1688

TEL (206) 622-3150
FAX (206) 628-7699
www.dwt.com
FEDERAL ID #91-0839480

Matter ID    0068291-000001
Vargas v. Pfizer

January 11, 2006
Invoice No. 5481934

Binary Acoustics, Inc.
Attn: Christel Layton
c/o Glieberman Weise & Associates
16000 Ventura Blvd., #600
Encino, CA 91436

STATEMENT OF ACCOUNT
as of Dec 31, 2005



| | |
|---|---|
| Current Invoice - 5481934 | $116.00 |
| Total Balance Due This Matter | $17,479.63 |



PLEASE REMIT WITH PAYMENT

LAWYERS

# Davis Wright Tremaine LLP



AND  SAN FRANCISCO  SEATTLE  SHANGHAI  WASHINGTON, D.C.  2600 CENTURY SQUARE  TEL (206) 622-3150
1501 FOURTH AVENUE  FAX (206) 628-7699
SEATTLE, WA 98101-1688  www.dwt.com
FEDERAL ID #91-0839480

Binary Acoustics, Inc.  February 14, 2006
Attn: Christel Layton  Invoice No. 5489184
c/o Glieberman Weise & Associates
16000 Ventura Blvd., #600
Encino, CA 91436

FEBRUARY INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS

Matter No.  0068291-000001

Vargas v. Pfizer

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|---|---|---|---|
| 01/19/06 | E. Stahl | 0.10 | Email to K. Nasseri regarding timing of expert disclosure/FFT analysis |
| 01/30/06 | E. Stahl | 0.60 | Emails to client regarding expert disclosure deadline; telephone conversation with potential expert witness Richard Boulanger; multiple emails to Dr. Boulanger regarding requirements for expert reports and background material on case |
| 01/31/06 | E. Stahl | 1.00 | Telephone conversations with Dr. Boulanger; review expert report and discuss changes with Dr. Boulanger; review final report; prepare pleading for service of expert witness designation on other parties |
|  | Total Hours Worked | 1.70 |  |

PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING



### TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---:|
| Total Current Services | 544.00 |
| Total Current Disbursements | 0.00 |
| Total Current Invoice | $544.00 |

---

### STATEMENT OF ACCOUNT

| | |
|---|---:|
| Balance from Previous Statement | $17,479.63 |
| Current Invoice | $544.00 |
| Interest Charges | $169.40 |
| Total Balance Due This Matter | $18,193.03 |

Eric M. Stahl

LAWYERS

# Davis Wright Tremaine LLP



AND  SAN FRANCISCO  SEATTLE  SHANGHAI  WASHINGTON, D.C.

2600 CENTURY SQUARE
1501 FOURTH AVENUE
SEATTLE, WA  98101-1688

TEL (206) 622-3150
FAX (206) 628-7699
www.dwt.com
FEDERAL ID #91-0839480

Matter ID   0068291-000001
Vargas v. Pfizer

February 14, 2006
Invoice No. 5489184

Binary Acoustics, Inc.
Attn: Christel Layton
c/o Glieberman Weise & Associates
16000 Ventura Blvd., #600
Encino, CA 91436

STATEMENT OF ACCOUNT
as of Jan 31, 2006

Current Invoice - 5489184            $544.00

Total Balance Due This Matter        $18,193.03

PLEASE REMIT WITH PAYMENT

LAWYERS

# Davis Wright Tremaine LLP



AND  SAN FRANCISCO  SEATTLE  SHANGHAI  WASHINGTON, D.C.

2600 CENTURY SQUARE
1501 FOURTH AVENUE
SEATTLE, WA 98101-1688

TEL (206) 622-3150
FAX (206) 628-7699
www.dwt.com
FEDERAL ID #91-0839480

Binary Acoustics, Inc.
Attn: Christel Layton
c/o Glieberman Weise & Associates
16000 Ventura Blvd., #600
Encino, CA 91436

March 14, 2006
Invoice No. 5496177

MARCH INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS

Matter No.        0068291-000001

Vargas v. Pfizer

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|---|---|---|---|
| 02/06/06 | E. Stahl | 0.20 | Telephone conversation with plaintiff's counsel regarding FFT analysis and next steps in case; emails to clients regarding same |
| 02/09/06 | E. Stahl | 0.20 | Review order of dismissal of other defendants; email to clients regarding same and next steps |
| 02/21/06 | E. Stahl | 0.30 | Telephone conversation with Mr. Transeau regarding case progress/strategy issues; emails to clients regarding same and regarding discovery issues |
| 02/22/06 | E. Stahl | 0.40 | Telephone conversation with plaintiffs' counsel; emails to client regarding same and regarding pending discovery issues |
| 02/24/06 | E. Stahl | 0.40 | Review prior discovery requests and plaintiffs' responses in light of upcoming discovery deadline; email to client regarding same |
|  | Total Hours Worked | 1.50 |  |

### DISBURSEMENT DETAIL

| DESCRIPTION | QUANTITY | AMOUNT |
|---|---|---|
| Photocopy Charges | 8 | 1.20 |

PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING

Binary Acoustics, Inc.
Invoice No. 5496177
Page No. 2

LAWYERS



| | |
|---|---:|
| Total Current Disbursements | $1.20 |

### TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---:|
| Total Current Services | 480.00 |
| Total Current Disbursements | 1.20 |
| Total Current Invoice | $481.20 |

### STATEMENT OF ACCOUNT

| | |
|---|---:|
| Balance from Previous Statement | $18,193.03 |
| Current Invoice | $481.20 |
| Total Balance Due This Matter | $18,674.23 |

Eric M. Stahl

# Davis Wright Tremaine LLP



LAWYERS

AND SAN FRANCISCO  SEATTLE  SHANGHAI  WASHINGTON, D.C.

2600 CENTURY SQUARE
1501 FOURTH AVENUE
SEATTLE, WA 98101-1688

TEL (206) 622-3150
FAX (206) 628-7699
www.dwt.com
FEDERAL ID #91-0839480

Matter ID   0068291-000001
Vargas v. Pfizer

March 14, 2006
Invoice No. 5496177

Binary Acoustics, Inc.
Attn: Christel Layton
c/o Glieberman Weise & Associates
16000 Ventura Blvd., #600
Encino, CA 91436

STATEMENT OF ACCOUNT
as of Feb 28, 2006

Current Invoice - 5496177                    $481.20

Total Balance Due This Matter            $18,674.23



PLEASE REMIT WITH PAYMENT

LAWYERS

# Davis Wright Tremaine LLP



AND  SAN FRANCISCO  SEATTLE  SHANGHAI  WASHINGTON, D.C.
1501 FOURTH AVENUE
2600 CENTURY SQUARE
SEATTLE, WA 98101-1688

TEL (206) 622-3150
FAX (206) 628-7699
www.dwt.com
FEDERAL ID #91-0839480

Binary Acoustics, Inc.
Attn: Christel Layton
c/o Glieberman Weise & Associates
16000 Ventura Blvd., #600
Encino, CA 91436

April 12, 2006
Invoice No. 5502117

APRIL INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS

Matter No.          0068291-000001

Vargas v. Pfizer

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
| --- | --- | --- | --- |
| 03/02/06 | E. Stahl | 0.10 | Telephone conversation with Paul Chin regarding expert review of Dr. Boulanger's report |
| 03/03/06 | E. Stahl | 0.20 | Review letter from Paul Chin regarding expert report/FFT analysis; email to clients regarding same |
| 03/07/06 | E. Stahl | 0.10 | Draft email to Paul Chin regarding expert report and discovery issues; forward same to Mr. Rogers and Mr. Nasseri |
| 03/13/06 | E. Stahl | 0.40 | Email to Paul Chin regarding expert/trial issues; review response to same and plaintiffs' expert report; email regarding same to clients |
| 03/14/06 | E. Stahl | 0.20 | Review notices of deposition from plaintiffs and email to clients regarding same |
| 03/15/06 | E. Stahl | 0.20 | Multiple emails to P. Chin and clients regarding deposition scheduling |
| 03/16/06 | T. Lee | 0.20 | Review and revise letter to Judge Pauley regarding discovery extension and proposed stipulation |
| 03/17/06 | T. Lee | 0.20 | Locate sample of withdrawal of counsel papers |
| 03/21/06 | T. Lee | 0.50 | Prepare notice of withdrawal and substitution; prepare letter to Judge Pauley; file documents |
| | Total Hours Worked | 2.10 | |

PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING

LAWYERS 

Binary Acoustics, Inc.
Invoice No. 5502117
Page No. 2

## DISBURSEMENT DETAIL

| **DESCRIPTION** | **QUANTITY** | **AMOUNT** |
|---|---|---|
| Photocopy Charges | 6 | 0.90 |
| Total Current Disbursements | | $0.90 |

### TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---|
| Total Current Services | 717.00 |
| Total Current Disbursements | 0.90 |
| Total Current Invoice | $717.90 |

### STATEMENT OF ACCOUNT

| | |
|---|---|
| Balance from Previous Statement | $18,674.23 |
| Current Invoice | $717.90 |
| Interest Charges | $170.56 |
| Total Balance Due This Matter | $19,562.69 |

Eric M. Stahl

# Davis Wright Tremaine LLP 

LAWYERS

AND SAN FRANCISCO SEATTLE SHANGHAI WASHINGTON, D.C.
1501 FOURTH AVENUE
2600 CENTURY SQUARE
SEATTLE, WA 98101-1688

TEL (206) 622-3150
FAX (206) 628-7699
www.dwt.com
FEDERAL ID #91-0839480

Matter ID    0068291-000001
Vargas v. Pfizer

April 12, 2006
Invoice No. 5502117

Binary Acoustics, Inc.
Attn: Christel Layton
c/o Glieberman Weise & Associates
16000 Ventura Blvd., #600
Encino, CA 91436

## STATEMENT OF ACCOUNT
### as of Mar 31, 2006

Current Invoice - 5502117                    $717.90

Total Balance Due This Matter              $19,562.69



PLEASE REMIT WITH PAYMENT

LAWYERS

# Davis Wright Tremaine LLP



ANCHORAGE   BELLEVUE   LOS ANGELES   NEW YORK   PORTLAND   SAN FRANCISCO   SEATTLE   SHANGHAI   WASHINGTON, D.C.

1501 FOURTH AVENUE    TEL (206) 622-3150
2600 CENTURY SQUARE    FAX (206) 628-7699
SEATTLE, WA 98101-1688    www.dwt.com
   FEDERAL ID #91-0839480

Binary Acoustics, Inc.                                            May 11, 2006
Attn: Christel Layton                                            Invoice No. 5510416
c/o Glieberman Weise & Associates
16000 Ventura Blvd., #600
Encino, CA 91436

## MAY INVOICE FOR
## STATEMENT OF
## SERVICES AND DISBURSEMENTS

Matter No.      0068291-000001

Vargas v. Pfizer

## DISBURSEMENT DETAIL

| DESCRIPTION | QUANTITY | AMOUNT |
|---|---|---|
| Photocopy Charges | 2,116 | 317.40 |
| Total Current Disbursements | | $317.40 |

## TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---|
| Total Current Services | 0.00 |
| Total Current Disbursements | 317.40 |
| Total Current Invoice | $317.40 |

PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING

Binary Acoustics, Inc.
Invoice No. 5510416
Page No. 2

LAWYERS 

## STATEMENT OF ACCOUNT

Balance from Previous Statement             $19,562.69
Current Invoice             $317.40

Total Balance Due This Matter             $19,880.09

Eric M. Stahl

LAWYERS

# Davis Wright Tremaine LLP



ANCHORAGE    BELLEVUE    LOS ANGELES    NEW YORK    PORTLAND    SAN FRANCISCO    SEATTLE    SHANGHAI    WASHINGTON, D.C.

1501 FOURTH AVENUE     TEL (206) 622-3150
2600 CENTURY SQUARE    FAX (206) 628-7699
SEATTLE, WA 98101-1688   www.dwt.com
                                           FEDERAL ID #91-0839480

Matter ID     0068291-000001                               May 11, 2006
              Vargas v. Pfizer                                  Invoice No. 5510416

Binary Acoustics, Inc.
Attn: Christel Layton
c/o Glieberman Weise & Associates
16000 Ventura Blvd., #600
Encino, CA 91436

                     STATEMENT OF ACCOUNT
                          as of Apr 30, 2006

        Current Invoice - 5510416                 $317.40

        Total Balance Due This Matter          $19,880.09

PLEASE REMIT WITH PAYMENT