UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK

------------------------------------------------------------x

RALPH VARGAS and
BLAND-RICKY ROBERTS,

          Plaintiffs,

    - against -

PFIZER INC., PUBLICIS, INC., FLUID
MUSIC, EAST WEST COMMUNICATIONS,
INC. and BRIAN TRANSEAU p/k/a "BT",

          Defendants.

------------------------------------------------------------x

Case No. 04 CV 9772 (WHP)

## DECLARATION OF SERVICE

I, TEENA H. LEE, under penalty of perjury, declare and state that I am over eighteen years of age and not a party to the above-captioned action, and that on the 29th day of June, 2007, I caused to be served by first-class mail, postage prepaid, true and correct copies of the Notice of East West Communications, Inc.'s Motion for Attorneys' Fees and Costs, the Declaration of Eric M. Stahl in support of said motion and exhibits annexed thereto and the accompanying Memorandum of Law in support of said motion upon:

    Paul A Chin, Esq.
    Law Offices of Paul A. Chin
    233 Broadway, 5th Floor
    New York, NY 10279
    212-964-8030
    *Attorney for Plaintiffs*
       *Ralph Vargas and Bland-Ricky Roberts*

    David Sidney Olson
    Stanford Law School Center for Internet & Society
    559 Nathan Abbot Way
    Stanford, CA 94305
    (650)723-5674

Julie Angela Ahrens
Kirkland & Ellis LLP (SF)
555 California Street, Suite 2700
San Francisco, CA 94104
(415)-439-1453

*Attorneys for pro se defendant Brian Transeau*

Dated:   New York, New York
         June 29, 2007

                                        _____
                                                TEENA H. LEE