**Stanford Law School**

Center for Internet and Society

Crown Quadrangle
559 Nathan Abbott Way
Stanford, CA 94305-8610
Tel  650 723-5205
Fax  650 723-4426
cyberlaw.stanford.edu





USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/13/07

<u>VIA FEDEX</u>

June 29, 2007

Hon. William H. Pauley III
U.S. District Judge
U.S. District Court for the Southern District of New York
500 Pearl Street, Chambers 2210
New York, NY 10007

Re:   <u>Vargas, et. al. v. Pfizer, Inc., et. al.</u>
      Case No.: 04 CV 9772 (WHP)

Dear Judge Pauley:

We represent Defendant Brian Transeau in the above-entitled matter. I write regarding the motion for attorneys' fees and costs filed on behalf of Mr. Transeau on Friday June 29, 2007. Exhibit C to the declaration of Anthony T. Falzone in support of the motion is a compact disc containing audio files, which cannot be converted to PDF format for electronic filing.

We respectfully request the Court's permission to file this exhibit in hard copy.

Sincerely,

*Julie A. Ahrens*
Julie A. Ahrens

cc:  Paul Chin
     Eric Stahl
     Alice Garber

*Application granted.*
SO ORDERED:

_____
WILLIAM H. PAULEY III U.S.D.J.
07/12/07