UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK