# LAW OFFICES OF PAUL A. CHIN
MEMBER NEW YORK & MARYLAND BARS

AUG 01 2007
CHAMBERS OF
WILLIAM H. PAULEY

August 1, 2007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/10/07

**VIA HAND DELIVERY**
The Honorable William H. Pauley III
U.S. District Court Judge
U.S. District Court for the Southern District of New York
500 Pearl Street, Chambers 2210
New York, NY 10007

    Re:   *Extension of Time on Consent*
           *Vargas, et. al. v. Pfizer, Inc., et. al.*
           *U.S. District Court for the Southern District of New York*
           *Case No.: 04 CV 9772 (WHP)*

Dear Judge Pauley:

This firm represents Plaintiffs in the above referenced matter.

On July 31, 2007, we wrote to the Court requesting a two day extension of time in which to file Plaintiffs' opposition to Defendants' motion for attorneys' fees. Although we attempted to contact Defendants' attorney to obtain his consent to Plaintiffs' request, we were unable to reach him. However, after delivering our letter to the Court, Defendants' attorney contacted me and it was agreed that: (i) Defendants would consent to Plaintiffs' request for a two day extension of time; thereby, making Plaintiffs' opposition to Defendants' motion for attorneys' fees due by August 2, 2007; and (ii) Plaintiffs would consent to extending the time in which Defendants' had to file their reply to August 21, 2007.

As detailed in Plaintiffs' July 31, 2007 letter, this brief extension of time for Plaintiffs and Defendants to file their opposition and reply, respectively, will not alter the oral argument date (i.e. September 11, 2007) set by this Court.

For the foregoing reasons, it is respectfully requested that the Court extend the filing deadline for Plaintiffs' opposition to August 2, 2007 and Defendants' reply to August 21, 2007.

Respectfully submitted,

Paul A. Chin

*Application granted.*

SO ORDERED:

WILLIAM H. PAULEY III, U.S.D.J.
8/9/07

cc:   David S. Olson, Esq.; *(via facsimile & e-mail)*
      Anthony Falzone, Esq.

**233 BROADWAY • 5TH FLOOR • NEW YORK, NEW YORK • 10279**
**PHONE: 212-964-8030 • FAX: 212-964-2575**

Julie Ahrens, Esq
Center for Internet & Society, Stanford Law School
*Counsel for Defendant Transeau*

Eric M. Stahl, Esq.   *(via facsimile & e-mail)*
Davis Wright Tremaine, LLP.
*Counsel for Defendant East West Communications*