# LAW OFFICES OF PAUL A. CHIN
### MEMBER NEW YORK & MARYLAND BARS

*[Stamp: AUG 03 2007 CHAMBERS OF WILLIAM H. PAULEY]*

*[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 8/17/07]*

August 2, 2007

**VIA HAND DELIVERY**
The Honorable William H. Pauley III
U.S. District Court Judge
U.S. District Court for the Southern District of New York
500 Pearl Street, Chambers 2210
New York, NY 10007

    Re:    *Request to file exhibits in hard copy under seal*
             *Vargas, et. al. v. Pfizer, Inc., et. al.*
             *U.S. District Court for the Southern District of New York*
             *Case No.: 04 CV 9772 (WHP)*

Dear Judge Pauley:

This firm represents Plaintiffs in the above referenced matter.

Pursuant to this Court's order, Plaintiffs are required to file their memorandum of law in opposition to Defendants' motion for attorney's fees under seal. While Plaintiffs are able to file their memorandum of law and their declarations in support thereof on disc and under seal with the Clerk's Office, the numerous exhibits attached to the Declaration of Paul A. Chin in support of Plaintiffs' opposition to Defendants' motion for attorneys' fees make scanning and copying them to a disc very difficult and may exceed the Court's ECF system maximum file capacity.

Therefore, it is respectfully requested that the Court allow Plaintiffs to file the aforementioned exhibits in hard copy under seal with the Clerk's Office.

Respectfully submitted,

Paul A. Chin

cc:    David S. Olson, Esq.; *(via first-class mail)*
       Anthony Falzone, Esq.
       Julie Ahrens, Esq
       Center for Internet & Society, Stanford Law School
       *Counsel for Defendant Transeau*

       Eric M. Stahl, Esq.    *(via first-class mail)*
       Davis Wright Tremaine, LLP.

*Application granted.*
*SO ORDERED*
WILLIAM H. PAULEY III U.S.D.J.
8/16/07

233 BROADWAY • 5TH FLOOR • NEW YORK, NEW YORK • 10279
PHONE: 212-964-8030 • FAX: 212-964-2575

*Counsel for Defendant East West Communications*