UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
RALPH VARGA and
BLAND-RICKY ROBERTS,

              Plaintiffs,

   - against -

PFIZER INC., PUBLICIS, INC., FLUID
MUSIC, EAST WEST COMMUNICATIONS,
INC. and BRIAN TRANSEAU p/k/a "BT',

             Defendants.
------------------------------------------------------------x

Case No. 04 CV 9772 (WHP)

**NOTICE OF APPEARANCE**

    PLEASE TAKE NOTICE that, on the withdrawal of Teena H. Lee of DAVIS WRIGHT TREMAINE LLP, Christopher J. Robinson of the same firm hereby enters his appearance as counsel for defendant East West Communications, Inc. in the above-captioned proceeding, and requests that notice of all matters arising herein, and all documents and papers in this case, be served on the undersigned attorney at the address below.

Dated: New York, New York
         August 21, 2007

                              DAVIS WRIGHT TREMAINE LLP

                              By: _____
                              Christopher J. Robinson (CR 9165)
                              1633 Broadway
                              New York, New York 10019
                              (212) 489-8230

                              Electronic Address
                              chrisrobinson@dwt.com

NYC 187218v1 0068284-000001

To:

Clerk of the Court
United States District Court
500 Pearl Street
New York, NY 10007

Counsel of Record

Bruce Keller, Esq.
Julie Angela Ahrens, Esq.
David Sidney Olson, Esq.
Edward P. Kelley, Esq.
Sara Lynn Edelman, Esq.
Paul A. Chin, Esq.
James J. Pastore, Esq.
Eric M. Stahl, Esq.
Anthony T. Falzone, Esq.