# CERTIFICATE OF SERVICE

Alberta Pellegrino, states as follows:

1. The statements made herein are true of my own personal knowledge, If called upon to testify, I could and would testify competently thereto.

2. I am over 18 years of age, I reside in Staten Island, New York, and am not a party to this action. I am employed by the law firm Davis Wright Tremaine LLP.

3. On August 21, 2007, I caused to be served BY ECF AND MAIL, the attached REPLY IN SUPPORT OF DEFENDANT EAST WEST COMMUNICATIONS, INC.'S MOTION FOR ATTORNEYS' FEES AND COSTS, addressed as follows:

Bruce P. Keller
bpkeller@debevoise.com, nfjoseph@debevoise.com
Julie Angela Ahrens
jahrens@law.stanford.edu, asmith@law.stanford.edu
David Sidney Olson
dolson@law.stanford.edu, lyndaj@stanford.edu
Sara Lynn Edelman
sedelman@dglaw.com
Paul A. Chin lawyerchin@aol.com
James J. Pastore, Jr.
jjpastor@debevoise.com
Anthony T. Falzone
Anthony.falzone@standford.edu

By U.S. Mail

Ryan J. Casamiquela
Kirkland & Ellis LLP
555 California Street
San Francisco, CA 94104-1501

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed in New York, New York on this 21st day of August, 2007.

_____
ALBERTA PELLEGRINO

Sworn to before me this
21st day of August, 2007

_____
Notary Public

PHYLLIS SCHOENBERG
Notary Public, State of New York
No. 01SC4953986
Qualified in New York County
Commission Expires 9/2/09

Document3