UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RALPH VARGAS AND BLAND RICKY ROBERTS,<br><br>             Plaintiffs,<br><br>  v.<br><br>PFIZER INC., PUBLICIS, INC., FLUID MUSIC, EAST WEST COMMUNICATIONS, INC., AND BRIAN TRANSEAU P/K/A "BT",<br><br>             Defendants. | 04 CV 9772 (WHP)<br>ECF CASE<br><br>**SUPPLEMENTAL DECLARARTION OF JULIE A. AHRENS IN SUPPORT OF BRIAN TRANSEAU'S MOTION FOR ATTORNEYS' FEES AND COSTS** |

I, Julie A. Ahrens, declare as follows:

1. I am an attorney admitted to practice in New York and California. I make this supplemental declaration in support of Defendant Brian Transeau's motion for attorneys' fees and costs pursuant to 17 U.S.C. § 505. The matters stated herein are true of my own personal knowledge.

2. Attached hereto as Exhibit GG is a true and correct copy of excerpts of the deposition of Ralph Vargas, taken on July 31, 2006.

Dockets.Justia.com

I declare under penalty of perjury under the laws of the United States of America that the above statement is true and correct. Executed this 24th day of August, 2007 at Stanford, CA.

Dated: August 24, 2007

STANFORD LAW SCHOOL CYBERLAW CLINIC
CENTER FOR INTERNET AND SOCIETY


By: *(signature)*
Julie A. Ahrens (JA 0372)
jahrens@law.stanford.edu

Attorneys for Defendant
BRIAN TRANSEAU p/k/a "BT"