# EXHIBIT GG

*CONFIDENTIAL*
TO BE FILED UNDER SEAL