**Stanford Law School**

Anthony T. Falzone
Executive Director
Fair Use Project
Center for Internet
and Society

Crown Quadrangle
559 Nathan Abbott Way
Stanford, CA 94305-8610
Tel 650 736-9050
Fax 650 723-4426
falzone@stanford.edu


AUG 21 2007
CHAMBERS OF
WILLIAM H. PAULEY

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/24/07

<u>VIA FACSIMILE AND FEDERAL EXPRESS</u>

August 20, 2007

Hon. William H. Pauley III
U.S. District Judge
U.S. District Court for the Southern District of New York
500 Pearl Street, Chambers 2210
New York, NY 10007

Re:    <u>Vargas, et. al. v. Pfizer, Inc., et. al.</u>
       Case No.: 04 CV 9772 (WHP*)*

Dear Judge Pauley:

We represent Defendant Brian Transeau in the above-entitled matter. I write to request an extension of time for BT to file his reply memorandum in support of Defendants' motion for attorneys' fees and costs. Because of a family emergency, we are unable to complete and file the reply brief by <u>Tuesday, August 21, 2007, and would like an extension of three days to file it.</u> Plaintiffs do not object to our request. This extension will not affect the oral argument date of September 11, 2007 set by the court.

<u>We respectfully request the Court's permission to file BT's reply brief on or before Friday, August 24, 2007.</u>

Sincerely yours,

*Julie A. Ahrens*

Julie A. Ahrens

cc: Paul Chin
     Eric Stahl

*Application granted.*
SO ORDERED:

WILLIAM H. PAULEY III U.S.D.J.
8/23/07