


# Davis Wright Tremaine LLP

ANCHORAGE   BELLEVUE   LOS ANGELES   NEW YORK   PORTLAND   SAN FRANCISCO   SEATTLE   SHANGHAI   WASHINGTON, D.C.

ERIC M. STAHL                    SUITE 2200                    TEL (206) 622-3150
DIRECT (206) 757-8148            1201 3RD AVENUE              FAX (206) 757-7700
ericstahl@dwt.com                SEATTLE, WA 98101-3045       WWW.DWT.COM

August 28, 2007

**Via U.S. Mail and Facsimile (212-805-6390)**

The Honorable William H. Pauley III
U.S. District Court for the Southern District of New York
500 Pearl Street, Room 2210
New York, NY 10007-1581

Re:   *Vargas v. Pfizer;* Case No. 1:04-cv-9772
      Application to Appear at Hearing Telephonically

Dear Judge Pauley:

I am lead counsel for defendant East West Communications, Inc. in the above-referenced matter. On September 11, 2007, at 11:00 a.m., the Court will hold a hearing on defendant East West Communications, Inc.'s motion for attorneys' fees and costs.

I write to seek permission to participate in the September 11 hearing telephonically. As the Court is aware, I am based in Seattle, and appearing at the hearing in person would necessitate the expense of a cross-country trip. Based on the issues that I anticipate will arise at the September 11 hearing, I do not believe that my participating by telephone will pose any difficulties for the Court or the remaining parties.

Very truly yours,

Davis Wright Tremaine LLP

Eric M. Stahl

*Application granted.*
SO ORDERED:

WILLIAM H. PAULEY III U.S.D.J.
8/31/07

cc:   Paul Chin, Counsel for Plaintiffs
      Julie Ahrens, Counsel for Defendant Brian Transeau
      Anthony Falzone, Counsel for Defendant Brian Transeau
      Doug Rogers

SEA 2074509v1 0068284-000001