

# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

555 California Street
San Francisco, California 94104-1501

(415) 439-1400

www.kirkland.com



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/11/2007

Alice C. Garber
To Call Writer Directly:
415 439-1452
agarber@kirkland.com

Facsimile:
(415) 439-1500
Dir. Fax: 415 439-1500

September 5, 2007

**Via U.S. Mail and Facsimile (212-805-6390)**

The Honorable William H. Pauley III
U.S. District Court for the Southern District of New York
500 Pearl Street, Room 2210
New York, NY 10007-1581

Re: *Vargas v. Pfizer*, Case No. 1:04-cv-9772 (WHP)

Dear Judge Pauley:

I am defendant Brian Transeau's counsel from Kirkland & Ellis in the above-referenced matter. On September 11, 2007 at 11:00 a.m., the Court will hold a hearing on defendant Brian Transeau's motion for attorneys' fees and costs.

I write to seek permission to participate in the September 11 hearing telephonically. I am based in San Francisco and not able to be in New York on the day of the hearing. In view of the issues that I anticipate will arise at the September 11 hearing, I do not believe that my participating by telephone will pose any difficulties for the Court or the remaining parties.

Sincerely,

Alice C. Garber

APPLICATION GRANTED.

THE HONORABLE WILLIAM H. PAULEY III
U.S. District Court, Southern District of New York
9/10/2007

cc: Paul Chin, Counsel for Plaintiffs
Anthony Falzone, Counsel for Defendant Brian Transeau
Eric M. Stahl, Counsel for Defendant East West Communications, Inc.

Chicago    Hong Kong    London    Los Angeles    Munich    New York    Washington, D.C.