```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/14/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

RALPH VARGAS and BLAND-RICKY ROBERTS,

        Plaintiffs,

    -against-

PFIZER, INC. et al.

        Defendants.

------------------------------------X

04 Civ. 9772 (WHP)

ORDER

WILLIAM H. PAULEY III, District Judge:

    Counsel for the parties having appeared on September 11, 2007 for oral argument on Defendants' motions for attorney fees and costs, it is ordered that each Plaintiff shall file and serve a confidential notarized financial statement by September 28, 2007. The financial statement shall detail all income and assets in which they have any legal or beneficial interest, whether in their individual capacities or jointly with a spouse or other person. Defendants shall serve and file any response by October 5, 2007.

Dated: September 13, 2007
      New York, New York

                   SO ORDERED:

                   _____
                   WILLIAM H. PAULEY III
                   U.S.D.J.

*Counsel of Record*:

Paul A Chin, Esq.
Law Offices of Paul A. Chin
233 Broadway, 5th Floor
New York, NY 10279
*Counsel for Plaintiffs*

Anthony T. Falzone, Esq.
David Sidney Olson, Esq.
Stanford Law School Center for Internet & Society
559 Nathan Abbot Way
Stanford, CA 94305
*Counsel for Defendant Brian Transeau*

Alice C. Garber, Esq.
Kirkland & Ellis LLP
555 California Street, Suite 2700
San Francisco, CA 94104
*Counsel for Defendant Brian Transeau*

Eric M. Stahl, Esq.
Davis Wright Tremaine, LLP
1501 Fourth Avenue
Seattle, WA 98101
*Counsel for Defendant East West*