UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

FILE NO.: 04 CV 9772 (WHP)

    Christopher W. Keegan, Esq.
    Kirkland & Ellis LLP.
    555 California Street
    San Francisco, California 94104-1501
    *Counsel for Defendant Brian Transeau*

(iv)  David S. Olson, Esq.
    Boston College Law School
    Stuart House
    885 Centre Street
    Newton, MA 02459-1163
    *Counsel for Defendant Brian Transeau*

   9/28/07                   s/Paul A. Chin
Date                       Paul A. Chin, Esq. (PC9656)
                        LAW OFFICES OF PAUL A. CHIN
                        The Woolworth Building
                        233 Broadway, 5th Floor
                        New York, NY 10279
                        *Attorneys for Plaintiffs*