UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

"192.Žã#  ä  TD THD 0 P5 0.06rgr0.042NIÊRT8  Tv›

**WHEREFORE**, Plaintiffs respectfully request that the Court grant their motion to stay all further proceedings in this action pending a decision by the U.S. Court of Appeals for the Second Circuit on Plaintiffs' appeal of the orders.

Dated: New York, New York
       October 1, 2007

Respectfully submitted,

      s/ Paul A. Chin
Paul A. Chin, Esq. (PC 9656)
LAW OFFICES OF PAUL A. CHIN
The Woolworth Building
233 Broadway, 5th Floor
New York, NY 10279
(212) 964-8030
*Attorneys for Plaintiffs*

To:    Anthony Falzone, Esq.
      Julie Ahrens, Esq.
      Center for Internet and Society
      Stanford Law School
      559 Nathan Abbott Way
      Stanford, CA 94305-8610
      *Counsel for Defendant Brian Transeau*

      Eric M. Stahl, Esq.
      Davis Wright Tremaine, LLP
      1201 Third Avenue, Suite 2200
      Seattle, WA 98101-3045
      *Counsel for Defendant East West Communications*

      Alice Garber, Esq.
      Kirkland & Ellis, LLP
      555 California Street, Suite 2700
      San Francisco, CA 94104
      *Counsel for Defendant Brian Transeau*

      David S. Olson, Esq.
      Boston College Law School
      Stuart House
      885 Centre Street
      Newton, MA 02459-1163
      *Counsel for Defendant Brian Transeau*

## CERTIFICATE OF SERVICE

On the 1st day of October, 2007, a true and correct copy of PLAINTIFFS'

NOTICE OF MOTION TO STAY PROCEEDINGS PENDING APPEAL, and the

Memorandum of Law attached thereto, was served, pursuant to Rule 5.2 of the Local

Rules of the United States District Courts for the Southern and Eastern Districts of New

York, to the following the attorneys representing the Defendants:

Anthony Falzone, Esq.
Julie Ahrens, Esq.
Center for Internet and Society
Stanford Law School
559 Nathan Abbott Way
Stanford, CA 94305-8610
*Counsel for Defendant Brian Transeau*

Eric M. Stahl, Esq.
Davis Wright Tremaine, LLP
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
*Counsel for Defendant East West Communications*

Alice Garber, Esq.
Kirkland & Ellis, LLP
555 California Street, Suite 2700
San Francisco, CA 94104
*Counsel for Defendant Brian Transeau*

David S. Olson, Esq.
Boston College Law School
Stuart House
885 Centre Street
Newton, MA 02459-1163
*Counsel for Defendant Brian Transeau*

|  |  |
|---|---|
| _____10/1/07_____ | _____s/ Paul A. Chin_____ |
| Date | Paul A. Chin, Esq. (PC 9656) |
|  | LAW OFFICES OF PAUL A. CHIN |
|  | The Woolworth Building |
|  | 233 Broadway, 5th Floor |
|  | New York, NY 10279 |
|  | (212) 964-8030 |

*Attorneys for Plaintiffs*