UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK

---------------------------------------------------------x

RALPH VARGAS and
BLAND-RICKY ROBERTS,

         Plaintiffs,

- against -

PFIZER INC., PUBLICIS, INC., FLUID MUSIC, EAST WEST COMMUNICATIONS, INC. and BRIAN TRANSEAU p/k/a "BT",

         Defendants.

---------------------------------------------------------x

Case No. 04 CV 9772 (WHP)

**CERTIFICATE OF SERVICE**

I hereby certify that on the 5th day of October, 2007, a true and correct copy of Defendant East West Communications, Inc.'s Response to Plaintiffs' Financial Statements, was served on counsel of record in the manner indicated below:

| | |
|---|---|
| Paul A. Chin<br>Law Offices of Paul A. Chin<br>233 Broadway, 5th Floor<br>New York, NY 10279 | Via First-Class Mail and<br>Via Email: lawyerchin@aol.com |
| Anthony T. Falzone<br>Julie Ahrens<br>Center for Internet and Society<br>Stanford Law School<br>559 Nathan Abbott Way<br>Stanford, CA 94305-8610 | Via First-Class Mail and<br>Via Email: anthony.falzone@stanford.edu<br>               jahrens@law.stanford.edu |
| Alice Garber<br>Kirkland & Ellis LLP<br>555 California Street<br>San Francisco, CA 94104-1501 | Via First-Class Mail and<br>Via Email: agarber@kirkland.com |

Executed at Seattle, Washington, this 5th day of October, 2007.

_____
Christine Kruger