UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK

------------------------------------------------------------- x

RALPH VARGAS and
BLAND-RICKY ROBERTS,

               Plaintiffs,

- against -

PFIZER INC., PUBLICIS, INC., FLUID
MUSIC, EAST WEST COMMUNICATIONS,
INC. and BRIAN TRANSEAU p/k/a "BT",

               Defendants.

------------------------------------------------------------- x

Case No. 04 CV 9772 (WHP)

## DECLARATION OF SERVICE

    I, AMANDA SMITH, under penalty of perjury, declare and state that I am over eighteen years of age and not a party to the above-captioned action, and that on the 5th day of October, 2007, I caused to be served by Federal Express, true and correct copies of Defendant Brian Transeau's Response to Plaintiffs' Financial Statements and the Declaration of Julie A. Ahrens in support of said response upon:

Paul A. Chin, Esq.
Law Offices of Paul A. Chin
233 Broadway, 5th Floor
New York, NY 10279
212-964-8030
*Attorney for Plaintiffs Ralph Vargas
and Bland-Ricky Roberts*

Eric M. Stahl, Esq.
Davis, Wright & Tremaine, LLP
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206-622-3150
*Attorneys for East West
Communications, Inc.*

Dated:   Stanford, California
         October 5, 2007

                                                AMANDA SMITH

1