## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RALPH VARGAS AND BLAND RICKY ROBERTS,<br><br>        Plaintiffs,<br><br>  v.<br><br>PFIZER INC., PUBLICIS, INC., FLUID MUSIC, EAST WEST COMMUNICATIONS, INC., AND BRIAN TRANSEAU P/K/A "BT",<br><br>        Defendants. | 04 CV 9772 (WHP)<br>ECF CASE |

### DECLARATION OF JULIE A. AHRENS IN SUPPORT OF DEFENDANT TRANSEAU'S OPPOSITION TO PLAINTIFFS' MOTION TO STAY FURTHER PROCEEDINGS

I, Julie A. Ahrens, declare as follows:

1. I am an attorney admitted to practice in New York and California. I make this declaration in support of Defendant Brian Transeau's Opposition to Plaintiffs' Motion to Stay Further Proceedings Pending Appeal. The matters stated herein are true of my own personal knowledge.

2. Attached hereto as Exhibit A is a true and correct copy of the Stipulation and Order Extending Time to File Motion for Attorneys' Fees, Request to Tax Costs, and Notice of Appeal entered May 23, 2007.

3. Attached hereto as Exhibit B is a true and correct copy of the transcript of the September 11, 2007 hearing on Defendants' Motion for Attorneys' Fees and Costs.

Dockets.Justia.com

4.   Attached hereto as Exhibit C is a true and correct copy of Plaintiffs' Notice of Appeal filed September 20, 2007.

5.   Attached hereto as Exhibit D is a true and correct copy of the Court's Order entered September 14, 2007.

I declare under penalty of perjury under the laws of the United States of America that the above statement is true and correct. Executed this 16th day of October, 2007 at Stanford, CA.

Dated:  October 16, 2007
                           STANFORD LAW SCHOOL CYBERLAW CLINIC
                           CENTER FOR INTERNET AND SOCIETY


By:_____/s/_____
   Julie A. Ahrens (JA 0372)
   jahrens@law.stanford.edu

   Attorneys for Defendant
   BRIAN TRANSEAU p/k/a "BT"