**Stanford**



VIA FEDEX

October 5, 2007

Hon. William H. Pauley III
U.S. District Judge
U.S. District Court for the Southern District of New York
500 Pearl Street, Chambers 2210
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/23/2007
```

Re: <u>Vargas, et. al. v. Pfizer, Inc., et. al.</u>
Case No.: **04 CV 9772 (WHP)**

Dear Judge Pauley:

Pursuant to this Court's Order of September 13, 2007, enclosed is a courtesy copy of Defendant Brian Transeau's response and supporting documents responding to the financial statements submitted by Plaintiffs on September 28, 2007 in the above-entitled matter.

In accordance with Plaintiffs' request that information related to their financial condition be treated as confidential, <u>Brian Transeau asks that the Court permit these papers to be filed under seal.</u> We have served Mr. Transeau's response on all parties and electronically filed a certificate of service.

Thank you for your consideration of this matter.

*Application granted.*

SO ORDERED:

Sincerely,

Julie A. Ahrens

_____
WILLIAM H. PAULEY III U.S.D.J.
10/22/2007

Encls.

cc: Paul Chin
    Eric Stahl
    Alice Garber