Vargas et al v. Pfizer Inc. et al

Doc. 184

United States District Court
Southern District of New York

Ralph Vargas and Bland-Ricky Roberts

-v-

Pfizer, Inc., et. al.

Document # 184

U.S.C.A. # 07-4085-cv

U.S.D.C. # 04 Civ 9772

U.S.D.J.: WHP

Date: 10-24-07

# Notice to the Docket Clerk

(___) Original Record      (2nd) Supplemental Record



The record in the above entitled case was indexed to the U.S.C.A. for the Second Circuit on the 24th Day of October, 2007.

Dockets.Justia.com

**United States District Court for the Southern District of New York**

Date _10-24-07_

U.S.C.A.# _07-4085-cv_

---
Ralph Vargas + Bland-Ricky Roberts

-V-

Pfizer, Inc., et. al.
---

U.S.D.C.# _04 Civ 9772_

D.C. Judge. _WHP_

## _2nd_ Supplemental Index To The Record On Appeal

Prepared by (Name): _Paul A. Chin, Esq._
Firms Name: _Law Offices of Paul A. Chin_
Firms Address: _233 Broadway, 5th Floor_
City, State & Zip: _New York, NY 10279_
Firms Phone#: _212-964-8030_

**District Court Docket Entries**
**Document Description**                                                  Doc.#

1) <u>Supplemental Clerk's Certificate</u>                                  0
2) _Endorsed Letter Application w/exhibits_                                 41
3) _Transcript dated Aug. 10, 2005_                                         48
4) _Defendant Publicis Letter to Court_                                     67
5) _Transcript of oral argument Nov. 3, 2006_                              118
6) _Transcript of oral argument Nov. 3, 2006_                              121
7) _Defendant Transeau letter to Court_                                    127
8) _Attorney letter to Court_                                              170
9) _Transcript oral argument Sept. 11, 2007_                               174
10)

United States District Court for
the Southern District of New York

Date: 10-24-07

Ralph Vargas and Bland-Ricky Roberts

-V-

Pfizer, Inc., et. al.

U.S.C.A. # 07-4085-cv

U.S.D.C. # 04 Civ 9772

D.C. Judge: WHP

## Extract Of Docket Entries

| Date | Document Description |
|---|---|
| 7-6-05 | Endorsed Letter Application w/exhibits |
| 9-7-05 | Transcript dated Aug. 12, 2005 |
| 12-12-05 | Defendant Publicis letter to Court |
| 12-13-06 | Transcript of oral argument Nov. 3, 2006 |
| 1-5-07 | Transcript of oral argument Nov. 3, 2006 |
| 2-13-07 | Defendant Transeau letter to Court |
| 9-6-07 | Attorney letter to Court |
| 9-24-07 | Transcript oral argument Sept. 11, 2007 |

J. Michael McMahon, Clerk

BY: _____
Deputy Clerk

**United States District Court for the Southern District of New York**

Date 10-24-07

U.S.C.A. # 07-4085-cv

U.S.D.C. # 04 Civ 9772

-----------------------------------------

Ralph Vargas and Bland-Ricky Roberts

-v-

Pfizer, Inc., et. al.

-----------------------------------------

D.C. JUDGE WHP

# 2nd Supplemental Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified extract of the docket entries and the original filed papers numbered 1 Through 192 inclusive, constitute the Supplemental record on appeal in the above entitled proceedings.

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this 24th Day of October In this year of our Lord, Two Thousand and Seven, and the Independence of the United States this 232ND year.

J. Michael McMahon, Clerk

By _____
Deputy Clerk