UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - -X
                                       :

RALPH VARGAS and BLAND-RICKY
ROBERTS,                                                          :

             Plaintiffs,                   :

       -against-                              :

PFIZER, INC. et al.,                                             :

            Defendants.                   :

- - - - - - - - - - - - - - - - - - - - - - - - - - - -X

04 Civ. 9772 (WHP)

<u>ORDER</u>

WILLIAM H. PAULEY III, District Judge:

        The Court of Appeals for the Second Circuit having on October 25, 2007 vacated the briefing schedule for Plaintiffs' appeal pending entry of final judgment in this action, Plaintiffs' motion to stay further proceedings pending appeal (Docket No. 176) is denied as moot.

        Defendant Brian Transeau's applications for leave to depose Plaintiffs concerning their financial condition and production of related documents are granted. The following schedule is established:

    (1) Defendants shall serve document requests by November 7, 2007;

    (2) Plaintiffs shall respond to Defendants' document requests by November 21, 2007;

    (3) Depositions of the Plaintiffs shall be completed by December 5, 2007 and shall not exceed two hours each;

    (4) Defendants shall serve and file any supplemental briefing concerning their applications for costs by December 19, 2007;

    (5) Plaintiffs shall serve and file any opposition by January 2, 2008; and

(6) Plaintiffs' confidential financial information may be redacted from any publicly filed versions of the parties' submissions. The parties shall file unredacted copies of all submissions with chambers.

Dated: November 1, 2007
New York, New York

SO ORDERED:

WILLIAM H. PAULEY III
U.S.D.J.

*Counsel of Record:*

Paul A Chin, Esq.
Law Offices of Paul A. Chin
233 Broadway, 5th Floor
New York, NY 10279
*Counsel for Plaintiffs*

Anthony T. Falzone, Esq.
David Sidney Olson, Esq.
Stanford Law School Center for Internet & Society
559 Nathan Abbot Way
Stanford, CA 94305
*Counsel for Defendant Brian Transeau*

Alice C. Garber, Esq.
Kirkland & Ellis LLP
555 California Street, Suite 2700
San Francisco, CA 94104
*Counsel for Defendant Brian Transeau*

Eric M. Stahl, Esq.
Davis Wright Tremaine, LLP
1501 Fourth Avenue
Seattle, WA 98101
*Counsel for Defendant East West Communications*