```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
                              :
RALPH VARGAS and BLAND-RICKY   :
ROBERTS,                       :
                              :     04 Civ. 9772 (WHP)
         Plaintiffs,           :
                              :     ORDER
    -against-                  :
                              :
PFIZER, INC. et al.,           :
                              :
         Defendants.           :
                              :
------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/4/2007

WILLIAM H. PAULEY III, District Judge:

  Counsel for the parties having appeared for a telephone conference on December 3, 2007, Plaintiffs are directed to produce the information regarding their income and assets—including any assets held jointly with a spouse or any other person—described in Defendants' document requests dated November 7, 2007 by close of business on December 4, 2007.

Dated: December 3, 2007
   New York, New York

       SO ORDERED:

       _____
       WILLIAM H. PAULEY III
       U.S.D.J.

*Counsel of Record:*

Paul A Chin, Esq.
Law Offices of Paul A. Chin
233 Broadway, 5th Floor
New York, NY 10279
*Counsel for Plaintiffs*

Anthony T. Falzone, Esq.
David Sidney Olson, Esq.
Stanford Law School Center for Internet & Society
559 Nathan Abbot Way
Stanford, CA 94305
*Counsel for Defendant Brian Transeau*

Alice C. Garber, Esq.
Kirkland & Ellis LLP
555 California Street, Suite 2700
San Francisco, CA 94104
*Counsel for Defendant Brian Transeau*

Eric M. Stahl, Esq.
Davis Wright Tremaine, LLP
1501 Fourth Avenue
Seattle, WA 98101
*Counsel for Defendant East West Communications*