UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────

FW  Tww ( ) 192.w ( ·Tw Tf K)µ68D 058 0.6 TD 0  TÓN TD /ýõÚÙÚ2Ñ»6 0    Tc#$rg  C $ã!õ  (*f )£¡