# MANDATE

**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**
THURGOOD MARSHALL U.S. COURT HOUSE
40 FOLEY SQUARE, NEW YORK, N.Y. 10007

Catherine O'Hagan Wolfe
**CLERK OF COURT**

Date: APR 1 8 2008

Docket Number: 07-5385-pr

Short Title: Daley v. United States of America

DC Docket Number: 04-cv-9772

DC: SDNY (NEW YORK CITY)

DC Judge: Honorable Kimba Wood

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 18th day day of April, two thousand eight.

Judge Deon Earl Daley,

    Petitioner-Appellant,

      v.

United States of America,

    Respondent-Appellee.



*(Stamp: UNITED STATES COURT OF APPEALS FILED APR 1 8 2008 Catherine O'Hagan Wolfe, Clerk SECOND CIRCUIT)*

The *Civil Appeals Management Plan* of this court directs that within ten (10) days after filing a Notice of Appeal, the appellant shall, <u>inter</u> alia, either pay the docketing fee or move for leave to proceed <u>*in forma pauperis*</u>, and that in the event of default of this requirement the Clerk may dismiss the appeal without further notice.

The appellant herein not having so proceeded, upon consideration thereof, it is **ORDERED** that the appeal from the order of 11/5/07 United States District Court for the Southern District of New York be, and it hereby is **DISMISSED**. Any motions pending prior to the entry of this order of dismissal are deemed **MOOT**.

For the Court:
Catherine O'Hagan Wolfe, Clerk
By:

Tanita Allen, Deputy Clerk

---

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk

by

Deputy Clerk

Certified: APR 1 8 2008