Stanford Law School

Center for Internet and Society

Crown Quadrangle
559 Nathan Abbott Way
Stanford, CA 94305-8610
Tel  650 723-5205
Fax  650 723-4426
cyberlaw.stanford.edu

VIA FEDEX

December 19, 2007

Hon. William H. Pauley III
U.S. District Judge
U.S. District Court for the Southern District of New York
500 Pearl Street, Chambers 2210
New York, NY 10007

DATE FILED: 5/2/2008

Re:   <u>Vargas, et. al. v. Pfizer, Inc., et. al.</u>
      Case No.: 04 CV 9772 (WHP)

Dear Judge Pauley:

We represent Brian Transeau in the above-entitled matter. Pursuant to this Court's Order of November 2, 2007, enclosed are courtesy copies of Defendant Brian Transeau's Memorandum in Further Support of Defendants' Motion for Attorneys' Fees and Costs and the supporting Declaration of Julie A. Ahrens and exhibits.

In accordance with Plaintiffs' request that information related to their financial condition be treated as confidential, Mr. Transeau requests that the Court permit these papers to be filed under seal. We have served all papers on all parties and electronically filed a certificate of service.

Thank you for your consideration of this matter.

Sincerely,

Julie A. Ahrens

cc:  Paul Chin
     Eric Stahl
     Alice Garber

Application granted.
SO ORDERED:

WILLIAM H. PAULEY III U.S.D.J.
4/24/2008