# United States Court of Appeals

FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 27th day of November, two thousand seven,

Before:   Hon. Peter W. Hall,
                        Circuit Judge.

Docket No. 07-4085-cv

Ralph Vargas, Bland-Ricky Roberts,

          Plaintiffs-Appellants,

     v.

Pfizer Inc., Publicis, Inc., Fluid Music, East West Communications, Inc., Brian Transeau, p/k/a "BT",

          Defendants-Appellees.

Treating Appellant's opposition as a motion for reconsideration, the motion is DENIED. Appellee shall inform the Clerk of this Court when the District Court enters a final judgment that includes an award of attorneys' fees for a sum certain because not only the fact of the award but also the amount of the award may be subject to the appeal.

FOR THE COURT:
CATHERINE O'HAGAN WOLFE, Clerk
by

Joy Fallek
Administrative Attorney

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk
by

DEPUTY CLERK

Certified:   MAY 1 2008