

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RALPH VARGAS AND BLAND RICKY ROBERTS,<br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>PFIZER INC., PUBLICIS, INC., FLUID MUSIC, EAST WEST COMMUNICATIONS, INC., AND BRIAN TRANSEAU P/K/A "BT",<br>　　　　Defendants. | 04 CV 9772 (WHP)<br>ECF CASE<br><br>**JUDGMENT FOR ATTORNEYS'<br>FEES AND COSTS** |

Defendants Brian Transeau and East West Communications, Inc. having moved to recover attorneys' fees and costs from Ralph Vargas and Bland Ricky Roberts, plaintiffs in the above-captioned case, and the matter having come before the Honorable William H. Pauley, III., United States District Court Judge, and the Court, on August 6, 2008, having rendered its Memorandum and Order awarding Defendants Brian Transeau and East West Communications, Inc. an award of $175,000, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated August 6, 2008, Defendants Brian Transeau and East West Communications, Inc. are awarded fees and costs of $175,000 from Ralph Vargas and Bland Ricky Roberts and that this amount be immediately paid by Ralph Vargas and Bland Ricky Roberts.

Dated: New York, New York
　　　　September 18, 2008

BY: _____

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____